# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.                       Case No. 3:21-cv-1066

The UNITED STATES OF AMERICA;
*et al.*,

    *Defendants*.

_____/

## NOTICE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), the undersigned lead attorney for the Plaintiff hereby certifies and files the following proof of service:

1) That I mailed by certified mail, returned receipt, the summons, ECF 3, with copies of the Complaint, ECF 1, to each of the Defendants: the United States of America through the U.S. Attorney's Office for the Northern District of Florida; Troy Miller, Acting Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services; U.S. Citizenship and Immigration Services; Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security; U.S. Department of Homeland Security; Tae Johnson, Acting Director of U.S.

Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement.

2)  That pursuant to Federal Rule of Civil Procedure 4(i)(1)(B) & 4(i)(2) and 28 CFR § 0.77, the U.S. Attorney General has been served via the U.S. Department of Justice, Justice Management Division with a copy of the documents listed in paragraph one for each of the Defendants.

3)  That on September 30 and October 12, 2021, the United States Postal Service provided certified mail receipts to me for the packages sent certified mail. The receipts are attached hereto as Exhibit A.

4)  That the United States Postal Service website[1] tracking information confirms delivery of the ten certified priority mail packages. The delivery confirmations are attached hereto as Exhibit B.

I make these proof of service statements under 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my current knowledge.

---

[1] https://tools.usps.com/go/TrackConfirmAction_input

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Rachel Siegel (FBN 1029143)
DEPUTY SOLICITOR GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2021, a true and correct copy of the foregoing was filed with the Court's CM/ECF system and furnished by U.S. mail to:

Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530

United States Attorney's Office
Northern District of Florida
21 E. Garden St., Suite 400
Pensacola, FL 32502

U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue
Suite 4.4-B
Washington, D.C. 20229
CBP-Service-Intake@cbp.dhs.gov

Troy Miller
Acting Commissioner
U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue
Suite 4.4-B
Washington, D.C. 20229
CBP-Service-Intake@cbp.dhs.gov

U.S. Citizenship and Immigration Services
5900 Capital Gateway Dr., Mail Stop 2120
Camp Springs, MD 20588
uscis.serviceofprocess@uscis.dhs.gov

Ur M. Jaddou
Director
U.S. Citizenship and Immigration Services
5900 Capital Gateway Dr., Mail Stop 2120
Camp Springs, MD 20588
uscis.serviceofprocess@uscis.dhs.gov

U.S. Dept. of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0485
OGC@hq.dhs.gov

The Honorable Alejandro Mayorkas
Secretary of Homeland Security
U.S. Dept. of Homeland Security
Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528-0485
OGC@hq.dhs.gov

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. S.W., Mail Stop 5900
Washington, DC 20536-5900
OPLAServiceIntake@ice.dhs.gov

Tae Johnson
Acting Director
U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. S.W., Mail Stop 5900
Washington, DC 20536-5900
OPLAServiceIntake@ice.dhs.gov

*/s/ James H. Percival*
James H. Percival