

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** CIV
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To U.S. Attorney's Office
Street and Apt. No., or PO Box No. 21 E. Garden St., Suite 400
City, State, ZIP+4® Pensacola, FL 32502

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT** CIV
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To U.S. Immigration & Customs Enforcement
Street and Apt. No., or PO Box No. 500 12th St. SW, Mail Stop 5900
City, State, ZIP+4® Washington, DC 20536-5900

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



