# USPS Tracking®

FAQs ❯

## Track Another Package  ➕

**Tracking Number:** 70191120000214088334                    Remove ✕

Your item was delivered to an individual at the address at 12:19 pm on October 4, 2021 in PENSACOLA, FL 32502.

## ⊘ Delivered, Left with Individual

October 4, 2021 at 12:19 pm
PENSACOLA, FL 32502

Feedback

**Get Updates** ⌄

**Text & Email Updates**                                                    ⌄

**Tracking History**                                                        ⌃

**October 4, 2021, 12:19 pm**
Delivered, Left with Individual
PENSACOLA, FL 32502
Your item was delivered to an individual at the address at 12:19 pm on October 4, 2021 in PENSACOLA, FL 32502.

**October 2, 2021, 11:27 am**
Delivery Attempted - No Access to Delivery Location
PENSACOLA, FL 32503

**October 2, 2021, 9:36 am**
Delivery Attempted - No Access to Delivery Location
PENSACOLA, FL 32502

**October 2, 2021, 6:10 am**
Out for Delivery
PENSACOLA, FL 32503

**October 2, 2021, 4:42 am**
Arrived at Post Office
PENSACOLA, FL 32503

**October 1, 2021, 5:33 am**
Arrived at USPS Regional Facility
PENSACOLA FL PROCESSING CENTER

**September 30, 2021, 11:14 pm**
Departed USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

**September 30, 2021, 6:47 pm**
Arrived at USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

Feedback

---

**Product Information**                                                    ︿

**Postal Product:**                          **Features:**
                                             Certified Mail™

---

See Less ︿

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70191120000214088372

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:41 am on October 4, 2021 in WASHINGTON, DC 20229.

 **Delivered, Front Desk/Reception/Mail Room**

October 4, 2021 at 10:41 am
WASHINGTON, DC 20229

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 4, 2021, 10:41 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229
Your item was delivered to the front desk, reception area, or mail room at 10:41 am on October 4, 2021 in WASHINGTON, DC 20229.

---

**October 4, 2021, 9:15 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**Product Information**                                                                                              ⌃

**Postal Product:**                          **Features:**
                                             Certified Mail™

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70191120000214088402

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:41 am on October 4, 2021 in WASHINGTON, DC 20229.

## ⊘ Delivered, Front Desk/Reception/Mail Room

October 4, 2021 at 10:41 am
WASHINGTON, DC 20229

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 4, 2021, 10:41 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20229
Your item was delivered to the front desk, reception area, or mail room at 10:41 am on October 4, 2021 in
WASHINGTON, DC 20229.

---

**October 4, 2021, 9:15 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

## Product Information ︿

**Postal Product:**

**Features:**
Certified Mail™

**See Less** ︿

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

**FAQs ❯**

## Track Another Package **+**

---

**Tracking Number:** 70191120000214088389

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:39 am on October 4, 2021 in WASHINGTON, DC 20529.

## ✅ Delivered, Front Desk/Reception/Mail Room

October 4, 2021 at 10:39 am
WASHINGTON, DC 20529

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 4, 2021, 10:39 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20529
Your item was delivered to the front desk, reception area, or mail room at 10:39 am on October 4, 2021 in WASHINGTON, DC 20529.

---

**October 4, 2021, 9:20 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**Product Information**                                                                              ︿

**Postal Product:**                              **Features:**
                                                 Certified Mail™

─────────────────────────────────────────────────────────────────

**See Less** ︿

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package  +

**Tracking Number:** 70191120000214088396

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:39 am on October 4, 2021 in WASHINGTON, DC 20529.

## ⊘ Delivered, Front Desk/Reception/Mail Room

October 4, 2021 at 10:39 am
WASHINGTON, DC 20529

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 4, 2021, 10:39 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20529
Your item was delivered to the front desk, reception area, or mail room at 10:39 am on October 4, 2021 in
WASHINGTON, DC 20529.

---

**October 4, 2021, 9:20 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**Product Information**                                                                 ⌃

**Postal Product:**                        **Features:**
                                           Certified Mail™

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs  >

## Track Another Package  +

**Tracking Number:** 70191120000214088358

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:38 am on October 4, 2021 in WASHINGTON, DC 20528.

## ⊘ Delivered, Front Desk/Reception/Mail Room

October 4, 2021 at 10:38 am
WASHINGTON, DC 20528

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 4, 2021, 10:38 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528
Your item was delivered to the front desk, reception area, or mail room at 10:38 am on October 4, 2021 in WASHINGTON, DC 20528.

---

**October 4, 2021, 9:25 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**Product Information** ⌃

**Postal Product:**

**Features:**
Certified Mail™

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70191120000214088136

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:38 am on October 4, 2021 in WASHINGTON, DC 20528.

## ⊘ Delivered, Front Desk/Reception/Mail Room

October 4, 2021 at 10:38 am
WASHINGTON, DC 20528

Feedback

### Get Updates  ⌄

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ⌃

**October 4, 2021, 10:38 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528
Your item was delivered to the front desk, reception area, or mail room at 10:38 am on October 4, 2021 in WASHINGTON, DC 20528.

---

**October 4, 2021, 9:25 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**Product Information**                                                            ∧

**Postal Product:**                          **Features:**
                                             Certified Mail™

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs  >

Track Another Package  +

**Tracking Number:** 70191120000214088365

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:40 am on October 4, 2021 in WASHINGTON, DC 20536.

## ⊘ Delivered, Front Desk/Reception/Mail Room

October 4, 2021 at 10:40 am
WASHINGTON, DC 20536

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 4, 2021, 10:40 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536
Your item was delivered to the front desk, reception area, or mail room at 10:40 am on October 4, 2021 in WASHINGTON, DC 20536.

---

**October 4, 2021, 9:18 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**Product Information**                                                                     ⌃

**Postal Product:**                        **Features:**
                                           Certified Mail™

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70191120000214088143

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:40 am on October 4, 2021 in WASHINGTON, DC 20536.

## ⊘ Delivered, Front Desk/Reception/Mail Room

October 4, 2021 at 10:40 am
WASHINGTON, DC 20536



Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 4, 2021, 10:40 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20536
Your item was delivered to the front desk, reception area, or mail room at 10:40 am on October 4, 2021 in
WASHINGTON, DC 20536.

---

**October 4, 2021, 9:17 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**Product Information** ⌃

**Postal Product:**                          **Features:**
                                             Certified Mail™

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ❯

## Track Another Package ＋

**Tracking Number:** 70191120000214088150

Remove ✕

Your item was delivered at 4:51 am on October 18, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

October 18, 2021 at 4:51 am
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                          ⌄

---

**Tracking History**                                                              ⌃

**October 18, 2021, 4:51 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:51 am on October 18, 2021 in WASHINGTON, DC 20530.

---

**October 15, 2021, 11:06 am**
Available for Pickup
WASHINGTON, DC 20530

---

**October 15, 2021, 8:45 am**
Arrived at Post Office
WASHINGTON, DC 20018

**October 14, 2021**
In Transit to Next Facility

**October 12, 2021, 11:37 pm**
Departed USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

**October 12, 2021, 9:25 pm**
Arrived at USPS Regional Facility
TALLAHASSEE FL DISTRIBUTION CENTER

**Product Information** 

**Postal Product:**                    **Features:**
                                       Certified Mail™

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**