UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:21-cv-01066 |

## MOTION TO TRANSFER VENUE

Defendants United States of America, et al., by and through undersigned counsel, hereby move the Court for an order either dismissing or transferring this case to the Tallahassee Division of the U.S. District Court for the Northern District of Florida under 28 U.S.C. § 1406 and 1404(a) and Local Rule 3.1(B).

This motion is made on the basis outlined in the attached memorandum of legal points and authorities in support of this motion, any exhibits and/or reply submitted in support of this motion, and all other relevant documents and filings.

As explained in the memorandum, venue is improper in the Pensacola Division under 28 U.S.C. § 1391(e) and Northern District of Florida Local Rule 3.1(B). Alternatively, the convenience of witnesses, access to evidence, and interests

1

of justice counsel transfer pursuant to under 28 U.S.C. § 1404(a).  For these reasons, the Court should either dismiss or transfer this case to the Pensacola Division.

| | |
|---|---|
| Date:  December 3, 2021 | Respectfully submitted, |
| JASON R. CODY<br>*Acting United States Attorney* | BRIAN M. BOYNTON<br>*Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 805-7537<br>Joseph.a.darrow@usdoj.gov |
| | SARAH STEVENS WILSON<br>*Assistant Director*<br>Office of Immigration Litigation<br>Appellate Section |

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Local Rule 7.1(F) because, excluding parts of the document exempted by the Rule, it contains 156 words.

I further certify that a conference of counsel pursuant to Local Rule 7.1(B) was held on December 1, 2021, but it was unsuccessful in resolving the issues absent litigation.

/s/ Joseph A. Darrow
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ Joseph A. Darrow
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division