UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:21-cv-01066 |

**MOTION TO DISMISS THE COMPLAINT**

Defendants United States of America, et al., by and through undersigned counsel, hereby move the Court for an order dismissing the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6).

This motion is made on the basis outlined in the attached memorandum of legal points and authorities in support of this motion, any exhibits and/or reply submitted in support of this motion, and all other relevant documents and filings.

As explained in the memorandum, Plaintiff's claims must be dismissed under Rule 12(b)(3) because they are filed in the wrong venue; under Rule 12(b)(1) because they are partially moot and lack standing, and the actions they challenge are committed to agency discretion, are not final agency action, and are precluded from review by statute; and under Rule 12(b)(6) because Plaintiff lacks a cognizable cause

1

of action to enforce the Immigration and Nationality Act and each of Plaintiff's claims fail on the merits. Accordingly, the Complaint must be dismissed with prejudice.

Date:  December 3, 2021					Respectfully submitted,

JASON R. CODY						BRIAN M. BOYNTON
*Acting United States Attorney*				*Assistant Attorney General*

MARIE A. MOYLE					WILLIAM C. PEACHEY
*Assistant United States Attorney*			*Director*
Northern District of Florida				Office of Immigration Litigation
							District Court Section

							EREZ REUVENI
							*Assistant Director*

							/s/ *Joseph A. Darrow*
							JOSEPH A. DARROW
							*Trial Attorney*
							U.S. Department of Justice
							Civil Division
							Office of Immigration Litigation
							District Court Section
							P.O. Box 868, Ben Franklin Station
							Washington, DC 20044
							Tel.: (202) 805-7537
							Joseph.a.darrow@usdoj.gov

							SARAH STEVENS WILSON
							*Assistant Director*
							Office of Immigration Litigation
							Appellate Section

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Local Rule 7.1(F) because, excluding parts of the document exempted by the Rule, it contains 167 words.

I further certify that a conference of counsel pursuant to Local Rule 7.1(B) was held on December 1, 2021, but it was unsuccessful in resolving the issues absent litigation.

    */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division