# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 3:21-cv-01066 |
| The UNITED STATES OF AMERICA, *et al.*, | ) |
| *Defendants.* | ) |

## [PROPOSED] ORDER DISMISSING THE COMPLAINT

Having considered Defendants' Motion to Dismiss the Complaint, all memorandum and exhibits in support thereof, and all oppositions and replies thereto, IT IS HEREBY ORDERED:

The Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b). Each party is to bear its own fees and costs.

Date: _____          Signed: _____
                                        UNITED STATES DISTRICT JUDGE