UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 3:21-cv-01066 |
| The UNITED STATES OF AMERICA, *et al.*, | ) |
| *Defendants.* | ) |

**[PROPOSED] ORDER TRANSFERRING DIVISION**

Having considered Defendants' Motion to Transfer Venue, all memorandum and exhibits in support thereof, and all oppositions and replies thereto,

IT IS HEREBY ORDERED:

This case is hereby transferred to the Pensacola Division of the Northern District of Florida for all further proceedings.

Date: _____    Signed: _____
                                                  UNITED STATES DISTRICT JUDGE