UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.                                       No. 3:21-cv-1066-TKW-EMT

UNITED STATES OF AMERICA,
et al.,

   *Defendants*.
_____/

**JOINT MOTION FOR EXTENSIONS
OF TIME AND LEAVE TO FILE A REPLY BRIEF**

The parties jointly move for extensions of time, as described below, and for an order allowing Defendants to file a reply brief in support of their motion to transfer.

**1.** On September 28, 2021, Plaintiff, the State of Florida, filed its complaint. ECF 1. On December 3, Defendants, the United States and several agencies and officials of the United States, moved to dismiss under Rules 12(b)(1), (3), and (6), and to transfer venue to the Tallahassee Division. ECF 6–7.

**2.** Attached to Defendants' motion to dismiss is a November memorandum, which Defendants argue renders Florida's complaint moot in part. ECF 6-1 at 8–9. Florida is considering amending its complaint to challenge this new memorandum, which would likely render Defendants' pending motion to dismiss moot.

**3.** Defendants' motion to transfer venue asks this Court to "decide that motion before it adjudicates the pending motion to dismiss." ECF 7-1 at 25. Because Florida's amending of its complaint may moot Defendants' motion to dismiss, but its venue allegations are unlikely to change, Florida consents to that request.

**4.** In light of the foregoing, as well as pressing deadlines the parties face in other cases and the upcoming holidays, the parties have agreed as follows:

- Florida's deadline to either (a) respond to the motion to dismiss or (b) file an amended complaint as a matter of right will be 14 days after this Court decides the motion to transfer.

- Florida's deadline to respond to the motion to transfer will be extended by seven days, making it due December 27 (as December 24th is a holiday).

- Defendants may file a reply in support of its motion to transfer not to exceed 3,200 words. *See* Local Rule 7.1(I). The reply will be due 14 days after Florida's response deadline, making it due January 10.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Natalie Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

3

JASON R. CODY
*Acting United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

BRIAN M. BOYNTON
*Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

*Counsel for Defendants*

4

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.1(B), counsel conferred with Defendants in good faith about the relief requested in this motion. Counsel is authorized to represent that Defendants join in this motion.

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this motion contains 313 words.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2021, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ James H. Percival*
Deputy Attorney General