**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STATE OF FLORIDA**,

    **Plaintiff**,

**v.**                                          **Case No. 3:21cv1066-TKW-EMT**

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER

Upon due consideration of the parties' joint motion for extension of time and leave to file reply brief (Doc. 9), it is **ORDERED** that the motion is **GRANTED**, and

1.    Plaintiff shall have until December 27, 2021, to respond to Defendants' motion to transfer.

2.    Defendants may file a reply in support of the motion to transfer on or before January 10, 2022.  The reply shall be limited to 3,200 words.

3.    Plaintiff shall have 14 days after the Court rules on the motion to transfer to respond to Defendants' motion to dismiss or to file an amended complaint.

**DONE and ORDERED** this 13th day of December, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**