**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STATE OF FLORIDA,**

      **Plaintiff,**                              **Civil Case Number:
3:21-CV-01066-TKW-EMT**

**v.**

**UNITED STATES OF AMERICA, ET AL,**

      **Defendants.**

_____/

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW, the undersigned Assistant United States Attorney, and gives notice of counsel in representing Defendant, United States of America, in the above instant case.  All further pleadings and correspondence in this action should be directed to the undersigned.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Marie A. Moyle*
**Marie A. Moyle**
Assistant U. S. Attorney
Florida Bar No.:  1003498
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
marie.moyle@usdoj.gov
(850) 942-8430
Fax:  (850) 942-8466
Attorney for Defendant

## LOCAL RULE 5.1(F) CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Notice has been

furnished via CM/ECF to all interested parties, this 27th day of January, 2022.

*/s/ Marie A. Moyle*
**Marie A. Moyle**
Assistant U.S. Attorney