# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

      v.                            No. 3:21-cv-1066-TKW-EMT

UNITED STATES OF AMERICA,
et al.,

   *Defendants*.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned is admitted and authorized to practice in this court, and files this Notice of Appearance as Counsel on behalf of the State of Florida. Copies of all pleadings, notices, orders, and correspondence regarding the above-styled case are requested to be served on the undersigned.

   Primary:    Henry.Whitaker@myfloridalegal.com

   Secondary:    Jenna.Hodges@myfloridalegal.com

Respectfully submitted.

        Ashley Moody
        ATTORNEY GENERAL

        */s/ Henry C. Whitaker*
        Henry C. Whitaker (1031175)
        SOLICITOR GENERAL

        Office of the Attorney General
        The Capitol, PL-01
        Tallahassee, Florida 32399-1050
        (850) 414-3300
        (850) 410-2672 (fax)
        henry.whitaker@myfloridalegal.com

        *Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on February 1, 2022.

>                             */s/ Henry C. Whitaker*
>                             Henry C. Whitaker
>                             SOLICITOR GENERAL