UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                            Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER

Based on the amended complaint (Doc. 16) filed by Plaintiff as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B), Defendants' motion to dismiss the original complaint (Doc. 6) is moot. Accordingly, it is **ORDERED** that:

    1.    Defendants' motion to dismiss is **DENIED** as moot.

    2.    Defendants shall have 14 days from the date of this Order to answer or otherwise respond to the amended complaint. *See* Fed. R. Civ. P. 15(a)(3).

**DONE and ORDERED** this 2nd day of February, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**