UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.                                No. 3:21-cv-1066-TKW-EMT

UNITED STATES OF AMERICA,
et al.,

   *Defendants*.
_____/

**CONSENTED-TO MOTION FOR EXTENSION
OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendants respectfully move the Court for a two-week extension of time to respond to Plaintiff's Amended Complaint, ECF No. 16, as described below. Plaintiff has consented to this extension.

**1.** On September 28, 2021, Plaintiff, the State of Florida, filed its complaint. ECF 1. On December 3, Defendants, the United States and several agencies and officials of the United States, moved to dismiss under Federal Rule of Civil Procedure 12(b) and to transfer venue to the Tallahassee Division. ECF Nos. 6, 7. In their motion to dismiss, Defendants argued that a portion of Plaintiff's claims were mooted by the termination of the Notice to Report practice. ECF No. 6.

**2.** Pursuant to a joint motion by the parties, the Court agreed to receive briefing on the motion to transfer and adjudicate that motion, after which Plaintiff

would either respond to Defendants' motion to dismiss or file an amended complaint. ECF No. 10.

**3.** On January 18, 2022, the Court denied Defendants' motion to transfer venue. ECF No. 13.

**4.** On February 1, 2022, Plaintiff filed its First Amended Complaint. ECF No. 16. By comparison to the initial Complaint, which included 72 paragraphs of allegations and had six claims for relief, ECF No. 1, the First Amended Complaint includes 112 paragraphs of allegations and has eight claims for relief, ECF No. 16.

**5.** On February 2, 2022, the Court denied Defendants' pending motion to dismiss as moot and ordered that Defendants answer or otherwise respond to the First Amended Complaint within 14 days, or by February 16, 2022. ECF No. 17.

**6.** Defendants require additional time to answer or otherwise respond to the First Amended Complaint and respectfully move the Court to extend the response deadline by 14 days, or until March 2, 2022. Plaintiff consents to this request.

**7.** Good cause supports the requested extension. Given the additional allegations and claims raised in the First Amended Complaint that Defendants must investigate and respond to, and the fact that answering or filing a responsive motion to the First Amended Complaint will require analysis, input and coordination by multiple federal agencies, Defendants require additional time to prepare their response.

8. Neither party will be prejudiced by the brief requested extension, which will not unduly delay proceedings in this case.

Accordingly, Defendants respectfully request that the Court extend their deadline to answer or otherwise respond to the First Amended Complaint by 14 days, until March 2, 2022.

| | |
|---|---|
| Date:  February 7, 2022 | Respectfully submitted, |
| JASON R. CODY<br>*Acting United States Attorney* | BRIAN M. BOYNTON<br>*Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 805-7537<br>Joseph.a.darrow@usdoj.gov |
| | SARAH STEVENS WILSON<br>*Assistant Director*<br>Office of Immigration Litigation<br>Appellate Section |

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.1(B), counsel conferred with Plaintiff in good faith about the relief requested in this motion. Counsel is authorized to represent that Plaintiff consents to this motion.

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Local Rule 7.1(F) because, excluding parts of the document exempted by the Rule, it contains 422 words.

                                                */s/ Joseph A. Darrow*
                                               JOSEPH A. DARROW
                                               Trial Attorney
                                               United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> By: <u>*/s/ Joseph A. Darrow*</u>
> JOSEPH A. DARROW
> Trial Attorney
> United States Department of Justice
> Civil Division