UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, <br><br> *Plaintiff,* <br><br> v. <br><br> The UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants.* | Civil Action No. 3:21-cv-01066 |

**[PROPOSED] ORDER GRANTING CONSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Having considered Defendants' Consented-To Motion for Extension of Time to Respond to First Amended Complaint, and all related documents,

IT IS HEREBY ORDERED:

The extension of time is GRANTED. Defendants must answer or otherwise respond to the First Amended Complaint by March 2, 2022.

Date: _____      Signed: _____
                                                  UNITED STATES DISTRICT JUDGE
                                                  T. KENT WETHERELL II