UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                    Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendants' consented-to motion for extension of time (Doc. 18), it is

**ORDERED** that the motion is **GRANTED**, and Defendants shall have until March 2, 2022, to answer or otherwise respond to the amended complaint.

**DONE and ORDERED** this 8th day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**