# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>The UNITED STATES OF )<br>AMERICA, *et al.*, )<br>)<br>*Defendants*. )<br>) | Civil Action No. 3:21-cv-01066 |

## MOTION TO STAY THE CASE PENDING THE SUPREME COURT'S DECISION IN *TEXAS v. BIDEN*

Defendants United States of America, et al., by and through undersigned counsel, hereby move the Court for an order staying this case pending the Supreme Court's decision in *Texas v. Biden*, 10 F.4th 538 (5th Cir. 2021), *cert. granted*, No. 21-954 (U.S. Feb. 18, 2022). Plaintiff State of Florida opposes this motion.

This motion is made on the basis outlined in the attached memorandum of legal points and authorities in support of this motion, any exhibits and/or reply submitted in support of this motion, and all other relevant documents and filings.

1

As explained in the attached Memorandum of Points and Authorities in Support of this Motion, there is substantial overlap between Florida's allegations in this case and the issues to be decided by the Supreme Court in *Texas*, including whether 8 U.S.C. § 1225(b) mandates that the Government either detain or return to a contiguous country all noncitizens arriving to or apprehended crossing its border, with the option for release humanitarian parole generally unavailable. Judicial economy and the avoidance of inconsistent judgments counsel in favor of staying this case until the Supreme Court issues its ruling in *Texas* and this Court has the benefit of the Supreme Court's interpretation of the meaning of 8 U.S.C. §§ 1225(b) and 1182(d), which are fundamental to resolving the claims at issue here. The Supreme Court has agreed to hear *Texas* this term so any stay would be limited in duration and not prejudice either party.

For the reasons set forth in the Memorandum, Defendants respectfully request that the Court stay all deadlines until after the Supreme Court issues its decision in *Texas v. Biden,* No. 21-954. The parties would submit a joint status report on proceeding in this case within 14 days of the issuance of that decision. Defendants also respectfully request that the Court stay all pending deadlines, including Defendants' deadline to answer or respond to the First Amended Complaint, until the Court rules on this stay motion.

| | |
|---|---|
| Date: February 24, 2022 | Respectfully submitted, |
| JASON R. CODY<br>*Acting United States Attorney* | BRIAN M. BOYNTON<br>*Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 805-7537<br>Joseph.a.darrow@usdoj.gov |
| | SARAH STEVENS WILSON<br>*Assistant Director*<br>Office of Immigration Litigation<br>Appellate Section |