# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-01066 |
| ) | |
| The UNITED STATES OF ) | |
| AMERICA, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO THE FIRST AMENDED COMPLAINT

Defendants respectfully request that the Court extend their deadline to answer or otherwise respond to the First Amended Complaint, ECF No. 16, currently March 2, 2022, by five days, or until March 7, 2022, due to unforeseen and significant technological issues. Plaintiff State of Florida does not oppose this request.

Good cause supports this motion, for the reasons that follow:

1

1. Plaintiff filed its First Amended Complaint, ECF No. 16, on February 1, 2022.

2. In a motion Plaintiff consented to, in light of the extensive additional allegations and claims in the First Amended Complaint by comparison with the original Complaint, ECF No. 1, Defendants requested a two-week extension of their deadline to answer or respond.  ECF No. 18.

3. The Court granted the motion, making Defendants' answer or response deadline March 2, 2022. ECF No. 19.

4. Starting the morning of February 24, 2022, undersigned counsel, the lead attorney for Defendants, began experiencing extreme and debilitating technological issues with his government-issued computer. He was unable to log into his computer to access any of his files, including those pertaining to this case.

5. Undersigned counsel immediately sought technological assistance and has been working diligently since that time to restore the functionality of his computer and regain access to his files.

6. Department of Justice technicians ultimately determined that counsel required a new computer, which was shipped to him.  However, the technological issues have not been resolved yet and to date counsel

remains unable to log into his government-issued computer to access his files.

7. Counsel reasonably believes that these technological issues will be resolved and normal work functioning will be restored by the end of this week, and Defendants will be prepared to file their response to the First Amended Complaint by next Monday, March 7, 2022. Counsel sincerely regrets any inconvenience caused by these unforeseen technological issues.

8. Counsel for Defendants conferred with counsel for Plaintiff regarding this motion, and Plaintiff indicated that it did not oppose an extension of Defendants' deadline until March 7, 2022.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request a brief extension of their deadline to answer or respond to the First Amended Complaint until March 7, 2022.

| | |
|---|---|
| Date: March 1, 2022 | Respectfully submitted, |
| JASON R. CODY<br>*Acting United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Local Rule 7.1(F) because contains 649 words.

I further certify that a conference of counsel pursuant to Local Rule 7.1(B) was held on March 1, 2022, and Plaintiff indicated it did not oppose this motion.

      */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division