UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                   Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendants' unopposed motion for extension of time (Doc. 21), it is

**ORDERED** that the motion is **GRANTED**, and Defendants shall have until March 7, 2022, to answer or otherwise respond to the amended complaint.

**DONE and ORDERED** this 2nd day of March, 2022.

                                          *T. Kent Wetherell, II*
                                          **T. KENT WETHERELL, II**
                                          **UNITED STATES DISTRICT JUDGE**