# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

|  |  |
|---|---|
| STATE OF FLORIDA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-01066 |
| ) | |
| The UNITED STATES OF ) | |
| AMERICA, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendants United States of America, et al., by and through undersigned counsel, hereby move the Court for an order dismissing the First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This motion is made on the basis outlined in the attached memorandum of legal points and authorities in support of this motion, any exhibits and/or reply submitted in support of this motion, and all other relevant documents and filings.

As explained in the memorandum, Plaintiff's claims must be dismissed under Rule 12(b)(1) because Plaintiff lacks standing and the actions it challenges are committed to agency discretion, are not final agency actions, and are precluded from review by statute, and under Rule 12(b)(6) because Plaintiff lacks a cognizable cause of action to enforce the Immigration and Nationality Act and each of Plaintiff's

1

claims fail on the merits. Accordingly, the First Amended Complaint must be dismissed with prejudice.

Date:  March 7, 2022                                  Respectfully submitted,

JASON R. COODY                                        BRIAN M. BOYNTON
*United States Attorney*                              *Principal Deputy Assistant Attorney General*

MARIE A. MOYLE                                        WILLIAM C. PEACHEY
*Assistant United States Attorney*                    *Director*
Northern District of Florida                          Office of Immigration Litigation
                                                      District Court Section

                                                      EREZ REUVENI
                                                      *Assistant Director*

                                                      /s/ *Joseph A. Darrow*
                                                      JOSEPH A. DARROW
                                                      *Trial Attorney*
                                                      U.S. Department of Justice
                                                      Civil Division
                                                      Office of Immigration Litigation
                                                      District Court Section
                                                      P.O. Box 868, Ben Franklin Station
                                                      Washington, DC 20044
                                                      Tel.: (202) 805-7537
                                                      Joseph.a.darrow@usdoj.gov

                                                      SARAH STEVENS WILSON
                                                      *Assistant Director*
                                                      Office of Immigration Litigation
                                                      Appellate Section

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Local Rule 7.1(F) because, excluding parts of the document exempted by the Rule, it contains 164 words.

I further certify that a conference of counsel pursuant to Local Rule 7.1(B) was held on March 4, 2022, but it was unsuccessful in resolving the issues absent litigation.

                                                      */s/ Joseph A. Darrow*
                                                      JOSEPH A. DARROW
                                                      Trial Attorney
                                                      United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                      By: */s/ Joseph A. Darrow*
                                                      JOSEPH A. DARROW
                                                      Trial Attorney
                                                      United States Department of Justice
                                                      Civil Division