UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, *Plaintiff,* v. The UNITED STATES OF AMERICA, *et al.,* *Defendants.* | Civil Action No. 3:21-cv-01066 |

**[PROPOSED] ORDER DISMISSING THE FIRST AMENDED COMPLAINT**

Having considered Defendants' Motion to Dismiss the First Amended Complaint, all memorandum and exhibits in support thereof, and all oppositions and replies thereto,

IT IS HEREBY ORDERED:

The First Amended Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b). Each party is to bear its own fees and costs.

Date: _____    Signed: _____
UNITED STATES DISTRICT JUDGE

1