UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                                              Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.

_____/

## ORDER DENYING STAY

    This case is before the Court based on Defendants' motion to stay (Doc. 20) and Plaintiff's response in opposition (Doc. 24). Upon due consideration of these filings and the case file, the Court finds that this case has languished long enough and that whatever would be gained in this case from having the Supreme Court's views on the overlapping issues raised in *Texas v. Biden*, No. 21-954, is outweighed by the harm that Plaintiff (and the nation) will continue to suffer if this case continues to be delayed and illegal immigrants are allowed to continue flooding into the country under the challenged "Parole + ATD" policy that, according to the amended complaint, violates the letter and spirit of the immigration laws.

    Accordingly, it is **ORDERED** that Defendants' motion to stay is **DENIED**.

**DONE and ORDERED** this 11th day of March, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**