## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STATE OF FLORIDA,

     Plaintiff,

v.                                     Case No.  3:21-cv-1066

The UNITED STATES OF AMERICA;
ALEJANDRO MAYORKAS, Secretary
of the United States Department of
Homeland Security, in his official
capacity; UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY; TROY MILLER, Acting
Commissioner of U.S. Customs and
Border Protection, in his official capacity;
U.S. CUSTOMS AND BORDER
PROTECTION; TAE JOHNSON,
Acting Director of U.S. Immigration and
Customs Enforcement, in his official
capacity; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; UR M.
JADDOU, Director of U.S. Citizenship
and Immigration Services, in her official
capacity; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

     Defendants.
_____/

## NOTICE OF APPEARANCE

On behalf of Plaintiff State of Florida, Karen A. Brodeen notices her

appearance as co-counsel, and it is respectfully requested that all further pleadings,

1

motions, memoranda, orders of Court, and other documents filed or served in this

cause be sent accordingly to undersigned counsel at the addresses set forth below:

Karen Brodeen:

Primary email address: Karen.Brodeen@myfloridalegal.com

Secondary email address: John.Bennett@myfloridalegal.com

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

*/s/ Karen A. Brodeen*

Karen A. Brodeen
Special Counsel
Florida Bar No. 512771
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3665
Facsimile: (850) 413-7555
Karen.Brodeen@myfloridalegal.com
Attorney for State of Florida

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the court on this 16th day of March, 2022.

*/s/ Karen A. Brodeen*
Karen A. Brodeen