UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.   Case No. 3:21-cv-1066-TKW-EMT

The UNITED STATES OF AMERICA;
*et al.*,

   *Defendants*.
_____/

**FLORIDA'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Florida moves for an extension of time of 7 days to respond to Defendants' motion to dismiss, Doc. 23, so that Florida's response is due Monday, March 28, 2022. As grounds for the extension, Florida states the following:

1. On September 28, 2021, Florida filed its initial complaint. Doc. 1. On December 3, Defendants moved to dismiss. Docs. 6. Attached to that motion was a November memo that rendered part of Florida's complaint moot. Doc. 6-2.

2. On February 1, 2022, 14 days after this Court's order denying Defendants' motion to transfer venue, Doc. 13, Florida filed an amended complaint, Doc. 16.

3. On February 24, 2022, Defendants filed a 17-page motion to stay the case pending the Supreme Court's Decision in *Biden v. Texas*, No. 21-954 (U.S.). Doc.

1

20. On March 9, Florida responded to that motion, Doc. 24, and on March 11, this Court denied the motion, Doc. 25.

4. On March 7, Defendants filed their motion to dismiss. Florida consented to two extensions for Defendants totaling 19 days, giving the Defendants a total of 33 days to draft their motion. The motion is 36 pages in length and raises several complex arguments. Moreover, Florida was unable to begin preparing its response until it responded to Defendants' motion to stay.

5. A short extension of 7 days will not delay this action. Florida's has already served discovery on Defendants pursuant to this Court's March 11 scheduling order. Doc. 26.

Accordingly, Florida respectfully requests that the Court extend its deadline to respond to the motion to dismiss by 7 days, until March 28, 2022.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.1(B), counsel conferred with Defendants and is authorized to represent that Defendants consent to the motion.

*/s/ Natalie P. Christmas*
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on March 17, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Natalie P. Christmas*
Assistant Attorney General
