# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

**v.**                                      **Case No. 3:21cv1066-TKW-EMT**

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.

_____/

## <u>ORDER GRANTING EXTENSION OF TIME</u>

Upon due consideration of Plaintiff's unopposed motion for extension of time (Doc. 28), it is

**ORDERED** that the motion is **GRANTED**, and Plaintiff shall have until March 28, 2022, to file its response to Defendants' motion to dismiss.

**DONE and ORDERED** this 18th day of March, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**