BRIAN M. BOYNTON
Principal Deputy Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
ERIN T. RYAN
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-5802
Facsimile: (202) 305-7000
E-Mail: erin.t.ryan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| The STATE of FLORIDA, | No. 3:21-CV-1066 |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |
| v. | |
| UNITED STATES; et al., | |
| Defendants. | |

Undersigned counsel respectfully notifies the Court and all parties of the entry of her appearance on behalf of all Defendants – the United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; Chris Magnus, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services.

The contact information for undersigned counsel is:

>ERIN T. RYAN
>Trial Attorney
>U.S. Department of Justice, Civil Division
>Office of Immigration Litigation-DCS
>P.O. Box 868, Ben Franklin Station
>Washington, DC 20044
>Telephone: (202) 532-5802
>Facsimile: (202) 305-7000
>E-Mail: erin.t.ryan@usdoj.gov

Dated: March 22, 2022                    Respectfully submitted,

>BRIAN M. BOYNTON
>Principal Deputy Attorney General
>Civil Division
>
>WILLIAM C. PEACHEY
>Director, District Court Section
>Office of Immigration Litigation
>
>EREZ REUVENI
>Assistant Director

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Erin T. Ryan
ERIN T. RYAN
NYS Bar Number 5386115
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5802
Erin.t.ryan@usdoj.gov

*Attorneys for Defendants*

2

CERTIFICATE OF SERVICE

Case No. 3:21-CV-1066

I HEREBY CERTIFY that on March 22, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

                                                */s/ Erin T. Ryan*
                                                ERIN T. RYAN
                                                U.S. Department of Justice