UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

   v.   No. 3:21-cv-1066-TKW-EMT

UNITED STATES OF AMERICA,
et al.,

   *Defendants*.

_____/

**CONSENTED-TO MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Northern District of Florida Local Rule 7.1(I), Defendants respectfully move the Court for leave to file a reply in support of their Motion to Dismiss the First Amended Complaint, ECF No. 23, and in response to Plaintiff's Response to that Motion, ECF No. 31, as described below. Plaintiff has consented to this motion. In support thereof, Defendants state the following:

1. On February 1, 2022, Plaintiff, the State of Florida, filed a First Amended Complaint. ECF No. 16.

2. On March 7, 2022, Defendants, the United States and several agencies and officials of the United States, moved to dismiss the First Amended Complaint for lack of jurisdiction and failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b). ECF No. 23.

3. On March 25, 2022, Plaintiff filed its Response in opposition to Defendants' Motion to Dismiss. ECF No. 31.

4. Defendants respectfully request the Court's leave to file a reply in support of their Motion and in response to Plaintiff's opposition.

5. Good cause supports this motion for leave to file a reply, as exceptional circumstances require Defendants to address and clarify a few issues raised by Florida. *See* L.R. 7.1(I). A reply is necessary to permit Defendants to address several issues, including, but not limited to, (1) Florida's clarification that Count VIII encompasses a freestanding claim for equitable relief enjoining allegedly unlawful executive action, ECF No. 31 at 10 n.5 (citing *Armstrong v. Exceptional Child Ctr., Inc.*, 575 U.S. 320, 327 (2015)), rather than a Take Care Clause claim, which requires a separate and distinct analysis, (2) Florida's inaccurate allegation that the Parole + ATD policy statement "was created in response to Florida's challenge to explain practices that were already occurring." ECF No. 31 at 26, and (3) Florida's reliance on out-of-circuit cases that are inconsistent with Eleventh Circuit appellate and district court decisions.

6. Plaintiff consents to this motion.

7. If leave is granted, Defendants would file the reply within seven (7) days of the Court's order granting this Motion.

**CONCLUSION**

Accordingly, Defendants respectfully request that the Court grant leave for them to file a reply in support of their Motion to Dismiss the First Amended Complaint. Defendants would file such reply within seven days of the Court's order, if leave is granted.

| | |
|---|---|
| Date:  March 28, 2022 | Respectfully submitted, |
| JASON R. COODY<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>ERIN T. RYAN<br>*Trial Attorneys*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 805-7537<br>Joseph.a.darrow@usdoj.gov |
| | SARAH STEVENS WILSON<br>*Assistant Director*<br>Office of Immigration Litigation<br>Appellate Section |

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.1(B), counsel conferred with Plaintiff in good faith about the relief requested in this motion. Counsel is authorized to represent that Plaintiff consents to this motion.

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitation of Local Rule 7.1(F) because, excluding parts of the document exempted by the Rule, it contains 407 words.

                                         */s/ Joseph A. Darrow*
                                         JOSEPH A. DARROW
                                         Trial Attorney
                                         United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> By: */s/ Joseph A. Darrow*
> JOSEPH A. DARROW
> Trial Attorney
> United States Department of Justice
> Civil Division