**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| STATE OF FLORIDA, <br><br>              Plaintiff, <br><br> v. <br><br> The UNITED STATES OF AMERICA; et al., <br><br>              Defendants. | Case No. 3:21-cv-1066-TKW-EMT |

## MOTION TO APPEAR PRO HAC VICE

Undersigned counsel hereby moves the Court for permission to appear *pro hac vice* on behalf of the Immigration Reform Law Institute as *amicus curiae*. I am a member of good standing in the District of Columbia bar. I am also admitted to practice before the Fifth, Ninth, and Eleventh Circuit Courts of Appeals. I respectfully request to be admitted to practice in the United States District Court for the Northern District of Florida for this cause only.

Dated:  March 31, 2022

Respectfully submitted,

/s/ Matt Crapo
MATT A. CRAPO
Of Counsel
Immigration Reform Law Institute
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
matt.crapo@pm.me
litigation@irli.org

Counsel for *Amicus Curiae*
Immigration Reform Law Institute

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, a true and accurate copy of the foregoing

document was filed electronically (via CM/ECF) and served on all counsel of record.

*/s/ Matt Crapo*
MATT A. CRAPO