UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                    Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## **ORDER**

This case is before the Court based on the motion for leave to appear *pro hac vice* filed by attorney Matt A. Crapo (Doc. 34) on behalf of potential *amicus curiae* Immigration Reform Law Institute.[1] The Court finds based on the motion and supporting documentation that Mr. Crapo meets the requirements of Local Rule 11.1 to appear *pro hac vice*. The Court also notes that the applicable fee has been paid. Accordingly, it is

**ORDERED** that the motion is **GRANTED**, and attorney Matt A. Crapo is authorized to appear pro hac vice for potential *amicus curiae* Immigration Reform Law Institute.

---

[1] The question of whether the Institute will be allowed to participate as *amicus curiae* is not presently before the Court and will be considered separately after a proper motion is filed and the parties have an opportunity to be heard.

**DONE and ORDERED** this 1st day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**