UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                        Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER

Upon due consideration of the Immigration Reform Law Institute's unopposed motion for leave to file *amicus* brief (Doc. 36), it is

**ORDERED** that:

1. The motion is **GRANTED**, and the Immigration Reform Law Institute's *amicus* brief (Doc. 36-1) is accepted.

2. Defendants shall address the arguments raised in the *amicus* brief in their reply in support of their motion to dismiss, and on the Court's own motion, the deadline for the reply is extended by 7 days to April 12, 2022. No further extensions will be granted.

**DONE and ORDERED** this 4th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**