UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                         Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.
_____/

## **FINAL SCHEDULING ORDER**

Upon consideration of the report of the parties' Rule 26(f) planning meeting (Doc. 38), it is **ORDERED** that the following deadlines and procedures are established:

1. <u>Amending pleadings and joining parties</u>: The deadlines for amending the pleadings and joining additional parties is May 6, 2022, per the timeframe established in the Initial Scheduling Order.

2. <u>Rule 26 disclosures</u>:   The deadlines established in the Initial Scheduling Order for initial and expert disclosures under Rule 26(a)(1) and (a)(2), respectively, are reaffirmed.  The parties may agree to modify these deadlines without court approval pursuant to Local Rule 6.1 so long as the

extension does not interfere with the time set for completing discovery, submitting or responding to a motion, or trial.

3. <u>Supplemental disclosures</u>: Supplemental disclosures under Rule 26(e) must be made promptly upon discovering the information calling for the supplement so as not to prejudice the opposing party or delay the case, and no later than 28 days before the close of discovery.

4. <u>Discovery deadline</u>: The discovery deadline established in the Initial Scheduling Order (July 11, 2022) is reaffirmed. No extensions of this deadline will be granted absent unanticipated extraordinary circumstances beyond the parties' control and a showing of due diligence in attempting to complete discovery by the deadline.

5. <u>Potentially dispositive motions</u>: The deadline for filing motions for summary judgment or other potentially dispositive motions is 21 days after the discovery deadline. Responses and replies shall be filed within the times provided in Local Rule 56.1 and shall also comply with the requirements set forth in the Initial Scheduling Order.

6. <u>*Daubert* motions</u>: The deadline for filing *Daubert* motions is 21 days after the discovery deadline. Responses shall be filed within the time provided in Local Rule 7.1. Replies are not permitted.

7. <u>Trial</u>:  To be set later.  The Court typically schedules a case management conference to set the trial date after ruling on the motions for summary judgment or other potentially dispositive motions or upon receiving notice that no such motions have been filed and the case is ready to be set for trial.  This ensures that the Court will have all the time it needs to rule on the motions and prevents the parties from having to spend additional time, effort, and money preparing for trial until the motions have been decided and it is known what issues, if any, remain for trial.  This also allows the Court to give the parties a firm trial date, rather than a spot within a trial period.  *That said, because of the nature of this case, the Court has tentatively blocked December 5-7, 2022, on its calendar for a potential bench trial, and counsel shall do so as well.*

8. <u>Pretrial conference and related deadlines</u>:  A Pre-Trial Order will be entered when the case is set for trial establishing the date for the pretrial conference (typically 2 weeks before the trial date) and the deadline for the attorney conference leading to the filing of a pretrial stipulation and related papers.  The deadline established for the attorney conference also will be the deadline for disclosures under Rule 26(a)(3), with any objections to be filed within 7 days thereafter.

9. <u>Motions in limine</u>.  Motions in limine and other pretrial motions shall be filed no later than 14 days prior to the pretrial conference, with a response to the motion filed no later than 7 days thereafter, to allow consideration of the motion at or prior to the pretrial conference.

10. <u>Mediation</u>:  Mediation will not be ordered in this case because of the issues involved, but the parties are encouraged to attempt to resolve their differences outside the litigation process if possible.

11. <u>Other matters</u>:

    (a) The parties' report will control the matters it addresses, except to the extent of any conflict with this Order.  On matters not addressed in this Order or the parties' report, the Initial Scheduling Order remains in effect.

    (b) Deadlines will be determined based on this Order (and the parties' report as adopted by this Order), other applicable orders, and the governing rules.  Docket entries made by the clerk of the court are for the clerk's internal use and are not controlling.

    (c) The attorneys are expected to comply with the standards of professionalism in the American College of Trial Lawyers Code of Pretrial and Trial Conduct, which is available at the "attorneys" tab on the court's website.

5

**DONE and ORDERED** this 6th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

5