UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                Case No.  3:21-cv-1066

The UNITED STATES OF AMERICA,
*et al.*,

    Defendants.
_____/

## PLAINTIFF STATE OF FLORIDA'S RULE 26(A)(1) INITIAL DISCLOSURES

Plaintiff State of Florida provides its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) as follows:

### Fed. R. Civ. P. 26(a)(1)(A)(i)

**The name and, if known, the address and telephone number, of each individual likely to have discoverable information and the subject matter of the information.**

The following are individuals likely to have discoverable information that may be used by Plaintiff State of Florida to support a claim:

1) David Ensley
   Chief of Research and Data Analysis
   Florida Department of Corrections
   501 South Calhoun St.
   Tallahassee, FL 32399-2500
   Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on Florida's prison system.

2) Jacob Oliva
   Senior Chancellor
   Florida Department of Education
   325 W Gaines St.
   Tallahassee, FL 32399
   Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on primary and secondary education expenditures.

3) Tony Lloyd
   Assistant Secretary for Administration
   Florida Department of Children and Families
   2415 N Monroe St.
   Suite 400
   Tallahassee, FL 32303-4190
   Phone: Please contact via counsel for Florida

Subject Matter: Impact of the challenged policies on public benefits expenditures.

4) Jesse Bottcher
   AHC Administrator
   Florida Agency for Health Care Administration
   2727 Mahan Drive
   Tallahassee, FL 32308
   Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on emergency healthcare services.

5) James Heckman
   Interim Bureau Chief of Workforce Statistics and Economic Research and Chief Economist
   Florida Department of Economic Opportunity
   107 E Madison St.
   Tallahassee, FL 32399-4128
   Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on unemployment expenditures.

3

### Fed. R. Civ. P. 26(a)(1)(A)(ii)

**A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that may be used to support a claim.**

1) October 20, 2021 Letter from Defendant Tae Johnson to Governor Ron DeSantis re: Resettlement of Aliens in Florida

2) Defendants' January 27, 2021 Email re: ERO historical book-in data compared to new DHS memo and PEP

3) Florida Department of Corrections Annual Report FY 20-21

### Fed. R. Civ. P. 26(a)(1)(A)(iii)

**A computation of each category of damages.**

Plaintiff does not seek any damages in this case.

### Fed. R. Civ. P. 26(a)(1)(A)(iv)

**Insurance agreements.**

Plaintiff is not aware of any insurance agreements relevant to this case.

\* \* \*

Plaintiff will supplement these disclosures as additional information becomes available.

Respectfully submitted

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Karen A. Brodeen (FBN 512771)
SPECIAL COUNSEL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Natalie P. Christmas*
Assistant Attorney General