UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                                                                           Case No.: 3:21-CV-1066

The UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

   *Defendants*.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

On behalf of Plaintiff State of Florida, Anita J. Patel notices her appearance as co-counsel, and it is respectfully requested that all further pleadings, motions, memoranda, orders of Court, and other documents filed or served in this cause be

1

sent accordingly to undersigned counsel at the addresses set forth below:

    Primary email address: Anita.Patel@myfloridalegal.com

    Secondary email address: Complexlitigation.eservice@myfloridalegal.com

        Respectfully submitted,

        ASHLEY MOODY
        ATTORNEY GENERAL

        */s/ Anita J. Patel*
        Anita J. Patel (FBN 1029143)
        Senior Assistant Attorney General
        Office of the Attorney General
        The Capitol, Pl-01
        Tallahassee, Florida 32399-1050
        Telephone: (850) 414-3300
        Facsimile: (850) 410-2672
        Anita.Patel@myfloridalegal.com
        Complexlitigation.eservice@myfloridalegal.com
        *Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the court on this 5th day of May, 2022.

        */s/ Anita J. Patel*
        Anita J. Patel (FBN 1029143)