# EXHIBIT 1

**Exhibit 1 - 001**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>The UNITED STATES OF )<br>AMERICA, *et al.,* )<br><br>*Defendants.* ) | Civil Action No. 3:21-cv-01066 |

## CERTIFIED ADMINISTRATIVE RECORD

Defendants hereby provide Plaintiff with the Certified Administrative Record

for the above-referenced matter. Annexed hereto, please find:

- Administrative Record Index; and

- Certified Administrative Record, bearing Bates Stamp Nos. AR0001-31.

**Exhibit 1 - 002**

DATED: April 20, 2022                    Respectfully submitted,

JASON A. COODY                           BRIAN M. BOYNTON
*United States Attorney*                  *Principal Deputy Attorney General*

MARIE A. MOYLE                           WILLIAM C. PEACHEY
*Assistant United States Attorney*        *Director*
                                         Office of Immigration Litigation
                                         District Court Section

                                         EREZ REUVENI
                                         *Assistant Director*

                                         /s/ *Joseph A. Darrow*
                                         JOSEPH A. DARROW
                                         ERIN T. RYAN
                                         *Trial Attorneys*
                                         U.S. Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel.: (202) 805-7537
                                         Joseph.a.darrow@usdoj.gov

                                         SARAH STEVENS WILSON
                                         *Assistant Director*
                                         Office of Immigration Litigation
                                         Appellate Section

                                         *Counsel for Defendants*

**Exhibit 1 - 003**

### *Florida v. United States of America, et al.*, 3:21-cv-1066
### Index for Certified Administrative Record

| 1. | Table of Contents | AR0001 |
|---|---|---|
| 2. | Certification | AR0002 |
| 3. | Memorandum, *Parole Plus Alternative to Detention* (Nov. 2, 2021) | AR0004 |
| 4. | Email, *Daily Sit Rep: 10/20/2021* (Oct. 20, 2021) | AR0007 |
| 5. | Email, *OPS East STATS* (Sept. 22, 2021) | AR0012 |
| 6. | Email, ***Update*** *Family Unit Parole with ATD Initiative* (Aug. 12, 2021) | AR0016 |
| 7. | Email, *FW: Family Unit Parole with ATD Initiative* (Aug. 11, 2021) | AR0021 |
| 8. | Email, *FW: Situation RGV* (Aug. 2, 2021) | AR0025 |
| 9. | Email, *Parole Guidance* (July 31, 2021) | AR0028 |
| 10. | CBP Website, FY2022 Encounter Statistics | AR0030 |
| 11. | CBP Website, FY2021-2022 Encounters Percentage Change Statistics | AR0031 |

**Exhibit 1 - 004**

Defendants in the above captioned matter hereby file the Administrative Record,[1] which is attached to this filing as Exhibit 1 and includes the following documents:

| DATE | DOCUMENT |
|---|---|
| November 2, 2021 | Memorandum, *Parole Plus Alternative to Detention* |
| October 20, 2021 | Email, *Daily Sit Rep: 10/20/2021* |
| September 22, 2021 | Email, *OPS East STATS* |
| August 12, 2021 | Email, ****Update*** Family Unit Parole with ATD Initiative* |
| August 11, 2021 | Email, *FW: Family Unit Parole with ATD Initiative* |
| August 2, 2021 | Email, *FW: Situation RGV* |
| July 31, 2021 | Email, *Parole Guidance* |
| N/A | CBP Website, FY2022 Encounter Statistics |
| N/A | CBP Website, FY2021-2022 Encounters Percentage Change Statistics |

---

[1] The filing of this Administrative Record is not a concession that the decision of the Chief of the U.S. Border Patrol is subject to judicial review.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

|  |  |  |
|---|---|---|
| STATE OF FLORIDA, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-01066 |
| The UNITED STATES OF AMERICA, *et al.,* | ) ) ) | |
| *Defendants.* | ) ) ) | |

1.      My name is Raul Ortiz. I am employed with the U.S. Customs and Border Protection (CBP) as the Chief of the United States Border Patrol. I have held this position since August 15, 2021.

2.      I am the custodian of the memorandum *Parole Plus Alternative to Detention,* dated November 2, 2021, which I signed, as well as a copy of the administrative record for the Parole + Alternative to Detention (ATD) memorandum.  I certify that the documents listed in the attached index are true and correct copies of the documents contained in the administrative record, and, to the best of my knowledge, information, and belief, constitute the non-privileged documents that I considered in issuing the Parole + ATD memorandum on November 2, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19 day of April, 2022 in Washington, D.C.

Raul L. Ortiz

Chief of the United States Border Patrol

1300 Pennsylvania Avenue, NW
Washington, DC 20229



U.S. Customs and
Border Protection

NOV 0 2 2021

MEMORANDUM FOR:    All Chief Patrol Agents
                                All Deputy Chief Patrol Agents

FROM:                    Raul L. Ortiz
                                Chief
                                U.S. Border Patrol

SUBJECT:              Parole Plus Alternative to Detention

This memorandum supersedes previous guidance relating to prosecutorial discretion and issuance of Notices to Report (NTR), as issued in March 2021, and establishes conditions for the implementation of parole plus Alternative to Detention (Parole + ATD), a processing pathway that will replace the use of NTR unless that pathway is explicitly authorized by the U.S. Border Patrol (USBP) Chief.

USBP takes very seriously its mission of creating a secure border while ensuring the health and safety of migrants in its custody, as well as the health of the workforce. Earlier this year, when encounters were consistently high, operational capacity strained, and COVID-19 acute, USBP began issuing NTRs, a significantly faster mechanism for processing noncitizens, particularly when used for family units (FMU). NTRs were used for certain noncitizens following initial processing and collection of biometric and biographic information. The use of this processing pathway enabled USBP to relieve overcrowding in congregate settings, thus better protecting both the workforce and noncitizens in our custody. Importantly, use of an NTR decreased processing times significantly compared with processing families for a Notice to Appear (NTA), thus ensuring that families were more expeditiously moved out of U.S. Customs and Border Protection (CBP) custody. The process of issuing NTAs is much more time consuming, given the level of detail and interagency coordination required to establish A-files and finalize the charging documents. Those released with NTRs, however, were directed to report to ICE for further processing, including for an NTA, as appropriate.

Effective immediately, USBP is ceasing the use of NTRs. When noncitizens will be processed for release from USBP facilities, USBP will prioritize resources to issue noncitizens NTAs immediately. NTAs formally initiate immigration proceedings, and it is USBP's goal to maximize NTA issuance from USBP facilities and eliminate the need for use of alternative processing pathways in the future.

In circumstances where an alternate path is necessary to address urgent crowding and excessive Time-In-Custody (TIC) in USBP facilities, Border Patrol has developed an alternative processing pathway: the use of Parole + ATD. This pathway includes enrollment of FMUs in ICE ATD programs to ensure individuals are accounted for after release from USBP facilities. Parole + ATD is a rigorous enforcement process that is effective and includes accountability measures to

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

Parole Plus Alternative to Detention
Page 2

require noncitizens to report to ICE for issuance of an NTA and continue through the formal immigration process.

To deal with situations in which capacity constraints or conditions in custody warrant the more expeditious processing, USBP may consider use of Parole + ATD on a case-by-case basis for FMUs when certain conditions, laid out below, exist. The use of Parole + ATD in these circumstances will ensure that the USBP can continue to meet its mission requirements, such as border security operations, by maximizing deployments of agents to the field. Use of Parole + ATD is consistent with 8 U.S.C. § 1182(d)(5), which provides that certain noncitizens may be paroled temporarily "only on a case-by-case basis for urgent humanitarian reasons or significant public benefit"—namely, the urgent humanitarian need to protect the workforce, migrants, and American public against the spread of COVID-19 that may be exacerbated by overcrowding in CBP facilities.

All individual members of a FMU who are processed for Parole + ATD, will, as a condition of their parole, be required to report to ICE within 15 days to be processed for an NTA. Effective immediately:

In the Del Rio (DRT) and Rio Grande Valley (RGV) Sectors, Chief Patrol Agents may authorize the processing of FMUs for Parole + ATD on a case-by-case basis when the temporary staffing support to the sector is maximized, the seven-day average of encounters is greater than the sector's Fiscal Year 2019 May daily average,[1] and when one or more of the following is true:

- The average TIC in the sector exceeds 72 hours AND the number of subjects who were taken into custody in the sector during the preceding 48 hours exceeds the number of individuals booked out in the same period.

- The sector exceeds 100% of the total non-COVID detention capacity AND the number of subjects who were taken into custody in the sector during the preceding 48 hours exceeds the number of individuals booked out in the same period.

Outside of the DRT and RGV Sectors, any sector seeking to utilize the Parole + ATD pathway must obtain approval from the USBP Chief and the CBP Commissioner prior to implementation. The USBP Chief and CBP Commissioner may authorize the use of this pathway in situations in which capacity constraints or conditions in custody show that there is an urgent humanitarian reason to release FMUs in a more expeditious fashion in order to avoid crowding in CBP facilities and the resulting COVID-19 health risks to the workforce and migrants in custody, taking into account the factors identified above.

The use of Parole + ATD pathway in DRT and RGV Sectors will be reassessed by USBP HQ on a daily basis in accordance with the conditions established above.

---

[1] The Fiscal Year 2019 May daily average in RGV was 1,607 and in DRT was 276. This month saw the highest encounter numbers that year.

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

Parole Plus Alternative to Detention
Page 3

Parole + ATD may not be used for noncitizens who pose a national security or public safety threat. Furthermore, Parole + ATD may only be issued when an individual is not covered by or is excepted from, on a case-by-case basis, the U.S. Centers for Disease Control and Prevention (CDC) Title 42 Order.

In sectors in which the use of the Parole + ATD pathway has been approved, if parole is appropriate based on a consideration of the above factors (as well as any other applicable urgent humanitarian reasons or significant public benefit considerations), USBP agents may exercise their discretion to process the noncitizen(s) with Parole + ATD, after initial enrollment processing is complete, rather than issuing an NTA.

Under no circumstances will a noncitizen who claims to be, is suspected to be, or is determined to be a noncitizen unaccompanied child as defined by 6 U.S.C. § 279(g)(2), be processed through this pathway.

As the processing landscape and the nature of the current COVID-19 pandemic remains fluid and may change over time, updated guidance will be disseminated to the field via email to reflect the latest changes. In particular, when COVID-19 conditions eventually improve, it is expected that there will no longer be a need for this alternate pathway.

Staff may direct their questions to the Immigration, Prosecutions, and Custody Operations Unit at Headquarters by emailing █████████████████████████████████

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE



| | |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |
| **Subject:** | Daily Sit Rep: 10/20/2021 |
| **Date:** | Wednesday, October 20, 2021 4:37:26 PM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image001.png |

Chief ,

Below is today's Sit Rep.

**Situation DRT**

- DRT has encountered 525 since midnight
  - 279 T42 / 246 T8 (406 SA, 100 FMUs, 19 UCs)

- DRT has encountered: 3663 since Sunday 10/17
  - 1977 T42 / 1686 T8 (2758 SA, 780 FMU, 125UCs)

- DRT Total in custody: 1015 currently in custody
  - SA: 650 (200 processed complete)
  - FMU: 323 (180 processed complete)
  - UC: 42 (11 processed complete)

- Eagle Pass SSF – Total in custody - 529 at 212% capacity (31.8% FMU)

**Situation LRT**

- LRT has encountered 152 since midnight
  - 89 T42 / 63 T8 (143 SA, 0 FMUs, 9 UCs)

- LRT has encountered: 988 since Sunday 10/17
  - 846 T42 / 142 T8 (908 SA, 32 FMU, 48 UCs)

- LRT Total in custody: 723 currently in custody
  - SA: 471 (226 processed complete)
  - FMU: 247 (106 processed complete)
  - UC: 5 (4 processed complete)

- Laredo CPC – Total in custody -534 at 214% capacity (65.1% SA)

**Situation RGV:**

- RGV has encountered over 813 subjects since midnight.
  - 342 T42 / 471 T8 (439 SA, 286 FMUs, 88 UCs)
- RGV has had 4489 encounters since Sunday 10/17
  - 1716 T42 / 2773 T8 (2072 SA, 1767 FMUs, 650 UCs)
- RGV Total in Custody: 3004
  - SA: 983 (463 Processed complete)
  - FMU: 1730 (360 Processed complete)
  - UC: 291 (165 Processed complete)
- Donna SSF - Total in custody- 2019 at 248% capacity (57.6% FMU, 32.7% SA, 9.7% UC)

**ORs:**
- DRT: ORd Yesterday 87    Today: 149
- RGV: ORd Yesterday: 126    Today: 51

**NTR:**
- DRT: NTR released Yesterday: 0              Today: 1
- RGV: NTR released Yesterday: 0          Today: 0

**Paroled:**
- DRT: Paroled Yesterday: 104        Today: 185
- RGV: Paroled Yesterday: 0          Today: 0

**Virtual Processing:**
- Total Files Completed 10/19 :  76
  - NB Processed: 33
  - OFO U.S. Partners: 33
  - OFO Foreign Partners: 10

**ENV Flights:**
- 85 Honduran FMU
- 73 El Salvadoran FMU

Total subjects removed via ENV overall (7/30/2021 to date):  3,332

**NT Flights T-42 Flights to Mexico:**
- Villahermosa – 135 Honduran FMU
- Tapachula – 135 Guatemalan FMU

**Lateral Flights:**
- 133 FMU from RGV to TCA

**T42 Flights:**
- N/A

**IFP T42 to Mexico:**
- 103 SA from LRT

**ERO Direct Intake Flights:**
- 68 SA from EPT to Dallas ERO
- 117 SA from DRT to New Orleans ERO

YUM Situation:

- Currently in custody: **924**
  - UC: 11 (5 Processed Complete)
  - FMU: 273 (60 Processed Complete)
  - SA: 640 (257 Processed Complete)
- Today's movement: 197

- TOT ERO: 44
  - 81 additional planned to ERO
- Lateral to other sectors: 165 (165 Bus/0 Air)
- Planned Laterals: 172

**MCC**

- <u>UC Dashboard</u> currently shows **466** UCs in USBP custody: (☐ *125 UCs*)
  - Average TIC – 20 hours (No Change)
  - Average Time to Notify ORR – 12 hours (☐ *1 Hr.*)
  - ***1 UC*** *over 72 hours* (☐ *1 UC*)
  - ***3% (***12) of all UCs have been in custody between 48-72 hours
    - 10 is Processed Complete
  - ***97%*** (422) of all UCs have been in custody less than 48 hours
  - RGV is holding 276 UCs (59%)
- **Positive COVID UCs (RGV Only):**
  - RGV is currently holding 6 UCs in Donna, Texas (POD D).
    - 6 are Processed Complete/Pending Transport
    - Avg. Total TIC: 15 Hrs.
    - Avg. Time to Notify ORR: 10 Hrs.
    - Avg. Time for ORR Placement: 1 Hr.
    - Avg. Time for MVM Transport: 4 Hrs.
- **UCs Booked Out / Apprehended:**
  - 224 total UCs booked out thus far
  - 184 UCs have been apprehended since midnight
- **Top 15 Highest TIC:**
  - 11 Booked Out
  - 2 Scheduled for Transportation
  - 1 VR
  - 1 being evaluated
- **Proposed Movements/Available Beds for Tomorrow:**
  - 67 UCs in UIP Referred/Pending ORR Placement
  - ORR's shelter capacity is at 55% with 9,2979 standard beds available

- ***Weekly Goals:***



- ***Prior 21 Day Snapshot:***



EPT In-Custody
- Total in Custody – 644 (439 > 72)
  - 72 - UC (47 Processed Complete)
    - 0 > 72
    - Average TIC – 22
    - 32 UC currently pending transfer to ORR facility
    - 33 UCs pending placement in UC Portal
  - 41 - FAMU (22 Processed Complete)
    - 33 > 72
    - Average TIC – 125
  - 531 - SA (424 Processed Complete)
    - 406 > 72
    - Average TIC – 214

BBT In-Custody
- Total in Custody – 12 (0 > 72)
  - 0 - UC
    - 0 > 72
    - Average TIC – 17
    - 2 UCs pending placement in UC Portal

    0 - FAMU (0 Processed Complete)
    - 0 > 72
    - Average TIC – N/A
  - 24 - SA (0 Processed Complete)
    - 0 > 72
    - Average TIC – 17

FMUs and SA Referral on 10/19/21:



Thank you,

(A) Assistant Chief
Law Enforcement Operations Directorate
Current Operations - Ops Cell

**From:**
**To:** ███████████
**Subject:** OPS east STATS
**Date:** Wednesday, September 22, 2021 9:18:01 AM
**Attachments:** image001.png
image002.png
image003.png

---

Ops East Hospitalizations - 3
- DRT:
  - RELEASED. ███████████; (DRS) In San Antonio admitted Friday. COVID.
- RGV:
  - BPA ███████ (FTB)
    No change. On ventilator. Slight fever.
  - ███████ (RGV/LE Info System Specialist)
    No change. LEISS ██████ advised that he is still in the rehab area on oxygen taking medication. He is beginning to feel better and already started physical therapy.
  - BPA ███████ (BRP)
    No change. BPA ███████ advised his vitals are stable and his liver enzymes have dropped a little. He is on medication for bilirubin and dialysis was done today.

COVID
32- Employees quarantined/isolation
27– Non-Citizens Isolated
12 employee deaths USBP / 43 deaths CBP
45- fully vaccinated employees tested positive

RGV Processed 1,532 – 76% T8 (1164) / 24% T42 (368) w/ 32% manpower
- 110- NTA-OR (73 FMUA, 37 SA)
- 475- Paroles (475 FMUA)
- 17% virtually processed (268 files, 109 calls, 116 checks) 48 employees, 5.58 per employee, 65% OFO; 33, 298 YTD.
- 4,609- Week to Date Total Apprehensions a 15% decrease over last week (5437)
- On pace for 10,754 this week, vs. last week (13,910), projected 23% decrease
- Holding: 6,102 - 477% Capacity
  - 37% processed; TIC 77 (2914 O72H) ; 60 UNP TIC (1502 O72H)
  - 59% FMUAs; 31% SAs, 10% UCs
  - 415 Haitians (7%), FLF 34; 376 WSL



LRT Processed 302 – 25% T8 (75) / 75% T42 (227) w/ 15% manpower
- 711- Week to Date Total Apprehensions, a 9% Decrease over last week (784)
- On pace for 1,659 this week, vs. last week (2,064), projected 20% decrease

Holding: 1,121 – 383% Capacity
- 43% Processed Complete;
- TIC 56 (412 O72H) ; UNP TIC 44 (151 O72H)
- 599 Haitians (278 FMU, 320 SAs) LRN, LRW, HEB



DRT Processed 2,274 – 92% T8 (2,096) / 8% T42 (78) w/ 55% manpower
- 283- NTA-OR (4 FMUA, 279 SA)
- 369- NTR (100 FMUA, 269 SA)
- 131- Paroles (131 FMUA)
- 6,451- Week to Date Total Apprehensions, a 63% increase over last week (3949)
- On pace for 15,052 this week, vs. last week (11,503), projected 31% increase
- Holding: 2,785 – 599% Capacity (+6,752 Under Bridge) Total: 9,537
  - 60% processed complete
  - 48-hour TIC (591 O72H); UNP TIC 41 hours (167 O72H)
  - 1,664 Haitians (61% processed 1,114); TIC 43; 313 O72H
  - Haitian 60%, 13% Chilean; 8% Venezuelan; 6% Nicaraguan; 4% Cuban ([10%] Brazil-64, Mexico, Ecuador, Ghana, Colombia-15)
- Designated Movements:
  - Yesterday: Planned 1,981 / Actioned 2,702
  - Today: Planned 2,036 / Actioned 215
  - Tomorrow: Planned 1,981 / Pending 1,981



Ramey Sector
Recent Haitian events in Ramey Sector: 102 in the last 8 days
- Sept 15 – 23 Haitians
- Sept 17 – 11 Haitians
- Sept 19 – 17 Haitians
- Sept 20 – 32 Haitians reported by DNR, pending transport this morning by USCG on 9/22.
- September 22 – 19 Haitians reported by DNR on Mona Island.

- Ramey Sector continues to see an increase in Haitian apprehension month over month
  - March – 1
  - April – 2
  - May – 13
  - June – 31
  - July – 40
  - August – 60
  - SEP-September 19 – 74 arrested. 102 Reported Month to Date (51 pending transport from Mona)

- On September 20, 2021, Puerto Rico Department of Natural and Environmental Resources (DNER) reported 32 Haitians detained on Mona Island. DNER requested assistance due to their lack of detention space and available detainee food supplies. USCG provided MREs and will coordinate pick-up of migrants today via the USCG cutter with USBP onboard.

- Ops East reached out to MCC ERO to ascertain if the nearby ERO SPC can assist with space in Aguadilla due to Ramey's limited detention space ███. ERO was unable to support with space, however, Ramey advised that ERO did provide JPAT space for the 17 Haitians apprehended on September 19. Ops East advised MCC ERO that Ramey Sector will be requesting space on future JPAT flights to Haiti for the additional 32 that will be transported from Mona Island today.

- ████████████████████████████████████████████

09/22: 1,295 Movements Via Air Planned ; 810 to Haiti (135 Cancelled)
**Wednesday:  5 IAO, 6 USCG (350), 1 MVM, 1 Loop**
6~~5~~ IAO flights to Haiti
- 2 out of Laredo
- 1 out of El Paso
- 3 out of Harlingen (1 HRL cancelled per last night)
1 MVM flight to Haiti out of Harlingen/McAllen

1 Loop flight from DRT to EPT and TCA

| Date | Time | MOT | Depart Location | Arrival | Arrival Time | Type | Qty | Off Load |
|------|------|-----|-----------------|---------|--------------|------|-----|----------|
| 22-Sep | 0900 | C2003 | DRIA | ELP | 1015 (MT) | FMU | 51 + Laps | |
| 22-Sep | 1100 | C2705 | DRIA | ELP | 1215 (MT)* | FMU | 38+12 Laps | |
| 22-Sep | 1330 | C2004 | DRIA | ELP | 1445 (MT) | FMU | 80 +Laps | |
| | | | | | | | | |
| 22-Sep | 1015 (MT) | C2003 | ELP | PIDC | 1400 | SAM | 51 | |
| 22-Sep | 1300 (MT)* | C2705 | ELP | PIDC | 1630 | SAM | 38 | |
| 22-Sep | 1445 (MT) | C2004 | ELP | PIDC | 1830 | SAM | 80 | |

Thursday:
**5** IAO flights to Haiti
- **2** out of Laredo
- **3** out of Harlingen
**2** MVM flights to Haiti out of Harlingen/McAllen
1 Loop flight from DRT to EPT
Double SWB transfer flight from DRT to NOL ERO

| From: | |
|---|---|
| To: | |
| Cc: | |
| Subject: | ***Update*** Family Unit Parole with ATD initiative |
| Date: | Thursday, August 12, 2021 10:25:48 AM |
| Attachments: | image002.png |
| | image003.png |

**UPDATE:**

**This is specific to RGV and DRT only.**

**BLUF:  Effective immediately the reporting period for Paroles will change from 60 days to 15 days from entry.**

Impacted areas that must be changed are the I-385 and the Parole stamp.

I-385
- Box 24 remarks must include: AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN <mark>15 DAYS</mark> OR FACE REMOVAL FROM THE UNITED STATES.  VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.

Parole Stamp:
- **Until**: The date - <mark>15 days</mark> from entry
- **Purpose**: 212 (d)(5)
- **Date**: date issued
- **Location**: Sector 3 letter indicator
- **Officer**: Initials and star number of processing agent issuing parole

*Assistant Chief*
*U.S. Border Patrol Headquarters*

| From: | |
|---|---|
| Sent: | Wednesday, August 11, 2021 10:46 AM |
| To: | |
| Cc: | |
| Subject: | FW: Family Unit Parole with ATD initiative |

This is specific to RGV and DRT only.

**BLUF:  Effective immediately U.S. Border Patrol (USBP) will use the DHS Parole Stamp on I-94's when processing for the Parole pathway in e3. If your sector does not have a stamp, please continue the Parole process as previously outlined.  When you obtain your DHS parole stamp please implement the following.**

In order to strengthen the validity of the Parole, agents will begin stamping the I-94's that are issued to non-citizens who have been processed as Parole and transferred to ICE/ERO for alternate to detention (ATD). The stamping of the I-94 should be done after ICE/ERO initiates the ATD. Below are the mandatory fields that must be filled in when stamping the I-94:

- <u>Until</u>: The date - 60 days from entry
- <u>Purpose</u>: 212 (d)(5)
- <u>Date</u>: date issued
- <u>Location</u>: Sector 3 letter indicator
- <u>Officer</u>: Initials and star number of processing agent issuing parole



*Assistant Chief*
*U.S. Border Patrol Headquarters*

---

**From:** ███████████████████████████████████
**Sent:** Thursday, August 5, 2021 1:48 PM
**To:** ████████████████████████
**Cc:** █████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████

**Subject:** Family Unit Parole with ATD initiative

Sir,

Please forward the below guidance to Del Rio Sector for immediate implementation. Based on the discussions with LEOD leadership, RGV may implement this effort at your direction although I recommend a phased approach in that sector. It is my understanding that this effort will not be available to other sectors until further notice.

Finally, this guidance has been reviewed by ICE leadership and they have agree that the specifics listed below are operationally feasible.

Please advise if any questions arise out of this effort.

_____

_____

_____

**For immediate implementation**

**BLUF:  Effective immediately and until further notice, U.S. Border Patrol (USBP) will begin processing certain non-citizen <u>family units</u> (FMU) utilizing the <u>Parole</u> pathway in e3.**

While all members of the FMU will be processed for Parole, the head of house hold (HOH) will be the only one that will receive an Alien Registration number (A#) and A-File. The remainder of the family unit will be processed under the Parole pathway however, they will not be issued an A#. USBP will then coordinate with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), (collocated on site), for Alternate to Detention (ATD) to be applied to the HOH non-citizen. Agents will process the non-citizens consistent with existing processing procedures and in accordance with the instructions below:

Agents may consider their authority to issue a Parole to FMU on a case-by-case basis and based on the factors outlined below.

- Whether ICE/ERO will accept custody of the non-citizen(s)
- Whether the non-citizen poses a threat to national security, border security, or a heightened public safety risk, as outlined in the January 20, 2021 memorandum *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* from Acting Secretary Pekoske
- When a sector reaches 75% total detention capacity and the number of subjects arriving in custody exceeds the discharge of persons out of custody over a 24-hour period
- When the average time-in-custody (TIC) of unprocessed persons exceeds 48 hours and the number of subjects arriving in custody is projected to exceed the discharge of persons out of custody over the next 24 hr. period

To correctly process a non-citizen under the Parole pathway agents must:

- Document **"why"** the non-citizen was paroled in the I-213 narrative based on the factors above. Example: "*Subject was paroled due to time in custody constraints at the (insert USBP station or processing facility name here)* "
- In addition agents must annotate the following in the I-213 narrative, *"Subject Released with Alternate to Detention as a Condition of Parole"*
- **Ensure that all members of the FMU are properly linked as such in the e3 family panel**
- Ensure that all members of the FMU being processed have a disposition of "Parole"
- Add the U.S. (Domestic) Address to the I-213 tab for the non-citizen
- Begin typing the intended destination into the Find Address field, and a validated address will appear.  Select the Address and hit **Save** at the bottom of the page.
- If the address is unknown, the processing agent must, at a minimum, include the **State** in which the non-citizen is travelling to.  Select the State from the drop-down options and hit **Save** at the bottom of the screen.
- The destination address will be added to the file.  **Supervisors will ensure that the U.S. (Domestic) Address field has correctly populated according to this guidance before releasing subjects to ICE/ERO**
- **Agents will <u>NOT</u> book any FMU subject in e3 for the Parole process.  USBP will only search and enroll.**
- Data quality checks will be conducted on a consistent and regular basis to ensure compliance.

<u>A-File</u>**:** Agents will issue an alien registration number to the non-citizen HOH, but **<u>not</u>** charge the subject, and the HOH file will contain the forms listed below:

- I-213
- I-385 **\*Must include the following in box 24 Remarks: AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES.  VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.**
- I-94
- G-56

Agents will provide all members of the family unit a copy of the I-385, I-94 and the G-56. Documents for each of the family unit members will be placed on the right hand side of the file as shown below:

Once processing is complete, USBP will coordinate with ICE/ERO on site for ATD. ICE/ERO will then take the file and forward it to the appropriate ICE Field Office.



Acting Associate Chief
U.S. Border Patrol

**From:**
**Sent:** Wednesday, August 11, 2021 10:46 AM
**To:**
**Cc:** Immigration Prosecution & Custody OPS
**Subject:** FW: Family Unit Parole with ATD initiative

**This is specific to RGV and DRT only.**

**BLUF:  Effective immediately U.S. Border Patrol (USBP) will use the DHS Parole Stamp on I-94's when processing for the Parole pathway in e3. If your sector does not have a stamp, please continue the Parole process as previously outlined.  When you obtain your DHS parole stamp please implement the following.**

In order to strengthen the validity of the Parole, agents will begin stamping the I-94's that are issued to non-citizens who have been processed as Parole and transferred to ICE/ERO for alternate to detention (ATD). The stamping of the I-94 should be done after ICE/ERO initiates the ATD. Below are the mandatory fields that must be filled in when stamping the I-94:

- **Until**: The date - 60 days from entry
- **Purpose**: 212 (d)(5)
- **Date**: date issued
- **Location**: Sector 3 letter indicator
- **Officer**: Initials and star number of processing agent issuing parole



*Assistant Chief*
*U.S. Border Patrol Headquarters*

**AR 0021**
**Exhibit 1 - 025**

**From:** ███████████████████████████████
**Sent:** Thursday, August 5, 2021 1:48 PM
**To:** ███████████████████████████
**Cc:** ██████████████████████████████████████████████████████
███████████████████████████████████████████████

**Subject:** Family Unit Parole with ATD initiative

Sir,

Please forward the below guidance to Del Rio Sector for immediate implementation.  Based on the discussions with LEOD leadership, RGV may implement this effort at your direction although I recommend a phased approach in that sector.  It is my understanding that this effort will not be available to other sectors until further notice.

Finally, this guidance has been reviewed by ICE leadership and they have agree that the specifics listed below are operationally feasible.

Please advise if any questions arise out of this effort.

-
_____
_____
_____

**For immediate implementation**

**BLUF:  Effective immediately and until further notice, U.S. Border Patrol (USBP) will begin processing certain non-citizen <u>family units</u> (FMU) utilizing the <u>Parole</u> pathway in e3.**

While all members of the FMU will be processed for Parole, the head of house hold (HOH) will be the only one that will receive an Alien Registration number (A#) and A-File.  The remainder of the family unit will be processed under the Parole pathway however, they will not be issued an A#.  USBP will then coordinate with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), (collocated on site), for Alternate to Detention (ATD) to be applied to the HOH non-citizen. Agents will process the non-citizens consistent with existing processing procedures and in accordance with the instructions below:

Agents may consider their authority to issue a Parole to FMU on a case-by-case basis and based on the factors outlined below.

- Whether ICE/ERO will accept custody of the non-citizen(s)
- Whether the non-citizen poses a threat to national security, border security, or a heightened public safety risk, as outlined in the January 20, 2021 memorandum *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* from Acting Secretary Pekoske
- When a sector reaches 75% total detention capacity and the number of subjects arriving in custody exceeds the discharge of persons out of custody over a 24-hour period

- When the average time-in-custody (TIC) of unprocessed persons exceeds 48 hours and the number of subjects arriving in custody is projected to exceed the discharge of persons out of custody over the next 24 hr. period

To correctly process a non-citizen under the Parole pathway agents must:

- Document **"why"** the non-citizen was paroled in the I-213 narrative based on the factors above. Example: "***Subject was paroled due to time in custody constraints at the (insert USBP station or processing facility name here)***"
- In addition agents must annotate the following in the I-213 narrative, *"**Subject Released with Alternate to Detention as a Condition of Parole**"*
- **Ensure that all members of the FMU are properly linked as such in the e3 family panel**
- Ensure that all members of the FMU being processed have a disposition of "Parole"
- Add the U.S. (Domestic) Address to the I-213 tab for the non-citizen
- Begin typing the intended destination into the Find Address field, and a validated address will appear.  Select the Address and hit **Save** at the bottom of the page.
- If the address is unknown, the processing agent must, at a minimum, include the **State** in which the non-citizen is travelling to.  Select the State from the drop-down options and hit **Save** at the bottom of the screen.
- The destination address will be added to the file.  **Supervisors will ensure that the U.S. (Domestic) Address field has correctly populated according to this guidance before releasing subjects to ICE/ERO**
- **Agents will NOT book any FMU subject in e3 for the Parole process.  USBP will only search and enroll.**
- Data quality checks will be conducted on a consistent and regular basis to ensure compliance.

A-File: Agents will issue an alien registration number to the non-citizen HOH, but **not** charge the subject, and the HOH file will contain the forms listed below:

- I-213
- I-385 **\*Must include the following in box 24 Remarks: AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES.  VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.**
- I-94
- G-56

Agents will provide all members of the family unit a copy of the I-385, I-94 and the G-56.  Documents for each of the family unit members will be placed on the right hand side of the file as shown below:

Once processing is complete, USBP will coordinate with ICE/ERO on site for ATD.  ICE/ERO will then take the file and forward it to the appropriate ICE Field Office.

AR 0023
Exhibit 1 - 027

## Sample File for Family Unit Parole

- A-Number and file will <u>only</u> be assigned to Head of Household (HoH)
- I-213 will <u>only</u> be printed for HoH
- <u>All members</u> of FMU will receive a copy of I-385, I-94, and G-56
- Documents for all members of FMU will be printed and placed on the right side of HoH's A-File



*Left Side*

- I-213

*I-213 for HoH only*

*Right Side*

- I-385
- I-94
- G-56

*Documents above for each member for the FMU*

Acting Associate Chief
U.S. Border Patrol

4

AR 0024
Exhibit 1 - 028

From: ███████
To:
Subject: FW: Situation RGV
Date: Wednesday, April 6, 2022 11:17:24 AM
Attachments: image001.png
image003.png

---

From: ███████████████████
Sent: Monday, August 2, 2021 2:28 PM
To: ███████████████████████
Subject: FW: Situation RGV

FYSA

███████████
Acting Deputy Chief
United States Border Patrol
Law Enforcement Operations
Operational Programs
████████████

---

From: ██████████████████████
Sent: Monday, August 2, 2021 2:25 PM
To: ████████████████████████
Subject: FW: Situation RGV

**RGV**
- RGV **Encountered** 8,752 this weekend  (3,619 Fri, 2,378 Sat, 2,755 Sun)
- Primarily (56%) (5,911) of those were family units, (1,570 SAs), (1,271 UCs); and is on pace for 20,421 encounters this week an 3% decrease over last week's *new* high-water mark (20,955)

- Overall RGV is **Holding** 9,577 with 26% (2,438) processed  Primarily (Honduran 37%; Guatemalan 29%; 17% Nicaraguan) 62% (5,931) FMUAs, with average TIC of 68 hours (up 7 hours from Friday)
  - RGV Unprocessed TIC is 52 hours with 3,624 over 72 hours and 56% (2,023) processed complete of those over 72 hours
  - Hospital Watch: RGV has 33 migrants in hospital
  - UCs: Holding 1,956; 26% (507) processed; Primarily Honduran 45% and Guatemalan 34% ; 268 transfers; TIC is 64 53 hours (up 11 hours from Friday); 838 over 72 hours (up 371); 52% (433) processed / 48% (405) unprocessed
  - Family Units: Holding 5,931; 22% processed; Primarily Honduran and Guatemalan; Average TIC 58 hours (down 3 hours form Friday); with 1,637over 72 hours; 62% (1,007) processed / 38% (630) unprocessed
  - Single Adults: Holding 1,671; 39% processed; Primarily 81% (1,347) Nicaraguan   Average TIC is 70 hours (up 36 hours); with 1,149 over 72 hours;  51% (583) over 72 hours are processed / 49% (566) unprocessed over 72 hours
  - TOPS:

- Overall RGV processed 7,894 files (Fri-2,045 ; Sat-2,937 ; Sun-2,912)
- Of which 11% T42 (854); 89% T8 (7,040); and 44% manpower ████ assigned to processing duties
  - Of the 7,040 T8 files; 2,685 (38%) were non-NTR. Of those non-NTR T8: 1,194 were FMUAs, 973 UCs; 554 SAs processed
  - 3,413 NTRs released this weekend; 4,319 NTRs Processed
  - 1,419 NTA-ORs Released; with 880 Processed
  - Of the weekend ERO goal for 2,100 FMUAs, RGV processed over 57% of the goal (1,194 FMUA files T8)
  - Virtual Processing
    - Files Completed: 148,109,157= 414 Files this Weekend
    - Average Rate of 5 2 Files per Agent
    - 21,926 Files FYTD
    - 86 of 90 slots to be filled

- COVID-19: (As of 8 a m  8/2)
  - 97 BP employees isolated; 73 active positive
  - 31 DOD employees isolated; 13 active positive
  - 22 detainees isolated; 7 active positive

**Movements**
- **FMUA ENV Flights: Running Total : 4 Flights / 140 PAX**
  - 2 Flights / 73 departed (Friday) (73/147 50% positive or family of positives)
  - 2 Flights / 67 departed (Monday) (67/148 45% positive or family of positives)
  - This week planned flights are M-W-F
  - Future week target will be 270 total Wednesdays and Fridays

- **FMUA Loop Flights: 3 Daily Planned** (135 EA); **Target 405 7 days a week to SDC, TCA, and EPT.**
  **Weekend:** 1,187

  **Friday**
  - EPT - 131
  - SDC - 129
  - TCA – 134                         • Total = 394
  **Saturday**
  - EPT - 131
    SDC - 129

- TCA – **134**
  - • Total = 393

**Sunday**
- EPT - 131
- SDC - 135
- TCA – 134
  - • Total = 400

- **Buses to Laredo – Started Sunday 8/1:**
  - ○ 3 buses (210 PAX) daily planned (LRT is picking up)
  - ○ 8/1 - 3 buses , 210 Subjects
  - ○ 8/2 - 1, 70 (as of 0745)

- **Moved to ERO**
  - ○ Friday 89 SAs; 266 FMUAs
  - ○ Saturday 79 SAs, 315 FMUAs
  - ○ Sunday 40 SA, 499 FMUAs

- **Planned Movements to ERO Today;**
  - ○ 0 SA, 97 FMUAs

**Blue Font** shows recent LOE movements/updates
- Red check marks anotates complete
- Yellow items that still need attention.

**RGV Requirements Identified:**
1. **Increased Medical personal for screenings**
   a. LSGS personnel 82 LSGS medical staff (30 Providers and 52 Support Staff) to RGV are being moved  Takes 3-5 days to effectuate.
   b. 17 National BORSTAR deploying to RGV to support TOPS until LSGS arrive (Estimated Deployment 5-14 days; Start Date TBD)
   c. USCG/HHS to backfill sectors who lose LSGS support.

2. **Virtual Processing**
   a. Total of 87 of 90 VP slots have been filled as of 8/2
   b. The following Sectors provided additional support above those slots they already provided:
      i. Spokane – 6
      ii. Detroit – 24
      iii. Buffalo – 3
      iv. Swanton – 9
      v. Houlton – 3
      vi. USBP HQ – 1 (pilot)
   c. We need executive level support to provide increased/continued OFO VP support  Current OFO VP support (10) provided 30% of all file output and produce high quality files

| Sector | Current | Surge | Total Commitment | Change |
|---|---|---|---|---|
| Blaine | 3 | +0 | 3 | Going to Support YUM VP (OPS WEST LOEs) |
| Spokane | 3 | +6 | 9 | SPW will remain at 3 processors (per day) right now and increase to 9 over the next 24 hours |
| Havre | 4 | +0 | 4 | No Change - Currently has 2 Agents on 2 shifts processing |
| Grand Forks | 3 | +0 | 3 | No change - Currently has 2 Agents on Days and one on Swings |
| Detroit | 6 | +24 | 30 | Currently doing 6 per day, Will provide a total of 30 per day or 10 slots per shift (30) – Increase of 14 daily. Purchasing more equipment to run up to 25 VP per shift dependent on manpower. |
| Buffalo | 3 | +3 | 6 | Adding an additional shift of 3 |
| Swanton | 6 | +9 | 15 | Currently has 2 Agents on 3 shifts, will increase to 5 Agents on 3 shifts = 15 processors |
| Houlton | 3 | +3 | 6 | HLT has 3 Agents processing on day shift.  Will add 3 Agents on swings as well= 6 processors |
| OFO | 10 | - | 10 | Days 2-4; Swings 2-4; and Mids 2 |
| USBP Headquarters | - | +1 | 1 | Piloting 8/2 |
| **TOTALS FOR PLUS UP SURGE** | 41 | +46 | =87 | of 90 slots filled; 3 Unfilled |

- **Detailing 33 KIN/CCT to RGV to support surge**
  a. RGV executed this operation on 8/1 – 8/21
  b. 3 Supervisors and 30 agents from KIN/CCT deployed to RGV Surge

- **Additional manpower from LRT (60 agents)**
  a. 60 LRT agents deployed to RGV on 8/1

- **Resume Lateral Bus Movements from RGV to LRT**
  a. LRT supporting by transporting 3 LRT buses daily (70 PAX each for 210 total) starting 8/1

3. **RGV onboarding USCIS personnel with Targeted Skillsets to Donna**
   a. USCIS Director ████ visited, along with ████ and ████ (Harlingen and Houston FODs) and offered to help  They are providing 1801s that can process and serve NTAs; manage RAILS from Donna; and run records checks
   b. ██████████████████

- **Additional NTRs and Transition to Parole Processing**
    - a. RGV NTRs authorized 1500 FRI, 1750 Saturday, and Unlimited to move back log before beginning the new Parole/ATD process
    - b. Guidance on Parole Process provided to RGV 7/31

4. **Additional Buses/Drivers from (BOP)**
    - a. RGV has 21 buses  (7 of 21 are operational, 1 is to be Deadlined)
    - b. RGV Requests:
        - i. 48, 10-hour high-capacity routes per day (Bus)
        - ii. 27, 10-hour low-capacity routes per day (Van)
        - iii. 10 additional caged high-capacity buses (50-78 passenger)
        - iv. 12 additional caged 15 passenger vans
        - v. 24 additional CDL-P drivers
    - c. 8/2 – PMO Call with IPC, PMOD, RGV to explore reallocation of existing ISS contracted routes across SWB and/or New Contract Addition with G4S.
        - i. PMOD, RGV, IPC will develop the requirements documentation for what routes are needed. Include Cost Estimate. It is imperative this is done ASAP (preferably today) so we can use the information to begin exploring our options.
        - ii. ████ from PMOD will reach out to ISS Action to see what capacity they have to fill routes.
        - iii. If ISS Action has route capacity or can pull resources, Procurement/PMOD will request quote if costs exceed what is currently allowable under the task order. CO will coordinate quote/modification as necessary to fund the new route.
        - iv. If ISS Action does NOT have capacity, Procurement/PMOD will reach out to G4S to determine if they can provide the requirements and if so, at what price.
    - d. Exploring DHS/CBP bus options. These require 1 LEO to support.
    - e. Exploring DoD buses with drivers. These require 1 LEO to support.
    - f. Exploring Leasing of Buses
    - g. Exploring Reallocation of Delivery of new buses/vans (OFO/USBP)
    - h. ████ with the Transportation PMO:
        - i. Allotted 6,160 Weekly Labor Hours
        - ii. Approved Surge Hours - 22.5 hours per week = 1 hour added to each of their runs daily
        - iii. Trailboss Contract – 10-12 routes weekly with the potential to reach up to 20 routes once their staffing is at a level that able to support
        - iv. Additionally - There's currently a request pending with ISS to augment by one bus route per shift

5. **Requesting Additional OFO**
    - a. Request OFO support virtual processing.
    - b. OPS CELL requested 100 OFO TDY support to RGV.
    - c. RGV to provide any updated numbers as related to OFO requirements based on current flow
    - d. The following duties could be performed by OFO in addition to virtual processing to support RGV
        - i. (28) Pod Security @ Donna I, II, and III
        - ii. (22-44 depending if pairs required, OFO requires 2 Officers for this duty) Hospital Watch
        - iii. (varies, at least 9) Runners @ Donna & TOPS
        - iv. (varies) Perimeter Security @ TOPS
        - v. (3) Search @ Intake Donna
        - vi. (3) Property @ Intake Donna
        - vii. (2) Validating US Addresses with USPS Webpage @ Intake Donna
        - viii. (2) Caretaker Area Overseeing Contractors Caring for Kids (Shower Area) @ Donna
        - ix. (2) Property Prep for Transport
        - x. (3) Title 42 Pod Security @ Donna
        - xi. (1) Face to File Assistance for Transport/Manifests
        - xii. (1) Hold Bodies Waiting for Medical (Medical Area Support)

6. **Hospital Watch – Requesting Manpower to Assist**
    - a. With 38 - 50 migrants in the hospital watch support is needed  It is possible OFO, KIN/CCT, and or new LRT detailers are filling this need

7. **Shifting some Operation Load Up transportation ICE/ERO support to Transportation Hub**
    - a. Chief ████ has a call today to discuss ICE FUG OPS being assigned to RGV Transportation Team, will advise of outcome with ERO leadership
    - b. RGV Suggests assistance through the Transportation Hub, to ensure always available for OA but available the other time to do other transport as needed
    - c. Could be used as Hospital Watch?
    - d. No issues with HSI detailers

- **EOIR/ATD assigned FMUA files in box to LRT for processing (file only)**
    - a. Submitted 141 to LRT 07/27  Chief ████ advised RGV should keep working to turn over approximately 50 files with EOIR addresses to LRT to continue to fine tune this LOE  RGV advised 07/29.


Thanks,

████

Assistant Chief
Law Enforcement Operations Directorate (LEOD) | East Corridor

████

**From:**
**Sent:**     Saturday, July 31, 2021 3:01 PM
**To:**
**Cc:**

**Subject:**   Parole Guidance
**Attachments:**   Parole Disposition.pptx

Good afternoon,

Please disseminate the below guidance regarding the Parole pathway to RGV for immediate implementation.  Attached are the e3 screen shots regarding the process.

---

**For immediate implementation**

**BLUF:  Effective immediately and until further notice:  U.S. Border Patrol (USBP) will begin to include considering certain non-citizens for processing utilizing the** <u>Parole</u> **pathway via e3.**

In our continued effort to improve processing efficiencies throughout the immigration continuum, the United States Border Patrol (USBP), in coordination with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), will begin processing certain non-citizens utilizing the Parole pathway in e3.  Agents will process the non-citizens consistent with existing processing procedures and in accordance with the instructions below; and upon processing complete, USBP will coordinate with ICE/ERO that is collocated on site for Alternate to Detention (ATD).

Agents may consider using their discretionary authority to issue a Parole to family units or single adults on a case-by-case basis, based on considerations of the factors outlined below.

- Whether ICE/ERO will accept custody of the non-citizen(s)
- Whether the non-citizen poses a threat to national security, border security, or a heightened public safety risk, as outlined in the January 20, 2021 memorandum *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* from Acting Secretary Pekoske.
- When a sector reaches 75% total detention capacity and the number of subjects arriving in custody exceeds the discharge of persons out of custody over a 24-hour period.
- When the average time-in-custody (TIC) of unprocessed persons exceeds 48 hours and the number of subjects arriving in custody is projected to exceed the discharge of persons out of custody over the next 24 hr. period.

To correctly process a subject under the Parole pathway agents must:

- Document **"why"** the non-citizen was paroled in the I-213 narrative based on the factors above.
- In addition agents must annotate the following in the I-213 narrative, "**Subject Released with Alternate to Detention as a Condition of Parole**"
- Ensure that non-citizens being processed have a disposition of "Parole"

AR 0028
Exhibit 1 - 032

- Add the U.S. (Domestic) Address to the I-213 tab for the non-citizen.
- Begin typing the intended destination into the Find Address field, and a validated address will appear.  Select the Address and hit **Save** at the bottom of the page.
- If the address is unknown, the processing agent must, at a minimum, include the **State** in which the non-citizen is travelling to.  Select the State from the drop-down options and hit **Save** at the bottom of the screen.
- The destination address will be added to the file.  **Supervisors will ensure that the U.S. (Domestic) Address field has correctly populated according to this guidance before releasing subjects to ICE/ERO.**

USBP should provide the I-385 (**\*with the same 60 day reporting requirement**), I-94, and G-56 forms to the non-citizen.  Data quality checks will be conducted on a consistent and regular basis to ensure compliance.

- **\*REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES.  VISIT ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.**

*Assistant Chief*
*U.S. Border Patrol Headquarters*

**AR 0029**
**Exhibit 1 - 033**





**U.S. Customs and Border Protection (CBP) Encounters**
U.S. Border Patrol (USBP) Title 8 Apprehensions, Office of Field Operations (OFO) Title 8 Inadmissible Volumes, and Title 42 Expulsions by Fiscal Year to Date (FYTD) 2022

Select a component:  ○ USBP  ○ OFO





**U.S. Customs and Border Protection (CBP) Encounters**
US Border Patrol (USBP) Title 8 Apprehensions, Office of Field Operations (OFO)
Title 8 Inadmissible Volumes, and Title 42 Expulsions Previous v Current Fiscal
Year to Date (FYTD) 2022



Select a component:  ◉ USBP   ○ OFO

### USBP FY21 Month(s) v FY22 Month(s) Encounters Percent Change

| **FYTD** | **OCT** | NOV | DEC | JAN | FEB |
|---|---|---|---|---|---|

| | FY21 Month(s) | FY22 Month(s) | % Change |
|---|---|---|---|
| San Diego | 6,953 | 14,339 | ▲106.2% |
| El Centro | 4,089 | 5,042 | ▲23.3% |
| Yuma | 787 | 21,891 | ▲2681.6% |
| Tucson | 11,469 | 19,189 | ▲67.3% |
| El Paso | 8,777 | 14,002 | ▲59.5% |
| Big Bend | 1,521 | 3,607 | ▲137.1% |
| Del Rio | 8,446 | 28,213 | ▲234.% |
| Laredo | 9,373 | 7,443 | ▼-20.6% |
| Rio Grande Valley | 17,617 | 45,390 | ▲157.6% |
| **Grand Total** | **69,032** | **159,116** | **▲130.5%** |

View Percent Change FYTD by:   ◉ Demographic   ○ Citizenship Grouping



**Source:** USBP and OFO official year end reporting for FY21; USBP and OFO month end reporting for FY22TD. Data is current as of 03/03/2022.

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I served the **CERTIFIED ADMINISTRATIVE RECORD** via email on the following counsel for Plaintiff in *Florida v. United States, et al.*, No. 3:21-cv-01066.

Karen Ann Brodeen
Karen.brodeen@myfloridalegal.com

Natalie Christmas
Natalie.christmas@myfloridalegal.com

James Hamilton Percival II
James.percival@myfloridalegal.com


By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division

**Exhibit 1 - 036**