# EXHIBIT 2

Exhibit 2 - 001

| | |
|---|---|
| From: | (b) (6), (b) (7)(C) |
| To: | (b) (6), (b) (7)(C) |
| Cc: | (b) (6), (b) (7)(C) |
| Subject: | RE: COVID Restrictions |
| Date: | Tuesday, July 6, 2021 12:57:00 PM |

Hello!

Here is the closest that we have for our 320:

The CDC recommendations at the time were groups no larger than 10. So we developed 10-person units, 8 units per pod, 4 pods. Also, with a 20x30 holding unit (600 sqft), we still met the 60 sqft/person metric within each unit.

(b) (6), (b) (7)(C)
Border Patrol & Air and Marine Program Management Office (BPAM PMO)
Mobile: (b) (6), (b) (7)(C)

From: (b) (6), (b) (7)(C)
Sent: Tuesday, July 6, 2021 10:51 AM
To: (b) (6), (b) (7)(C)
Subject: COVID Restrictions

Good morning ma'am,



(b) (6), (b) (7)(C)
Assistant Chief/Operational Medical Advisor
Office of the Chief Medical Officer
U.S. Customs and Border Protection
(b) (6), (b) (7)(C)  Mobile
(b) (6), (b) (7)(C)