# EXHIBIT 5

Exhibit 5 - 001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br> STATE OF MISSOURI, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as <br> President of the United States, *et al.*, <br><br> *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## CERTIFICATION

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

I am the custodian of the Migrant Protection Protocols documents and the administrative record for those decisions for DHS. I certify that, to the best of my knowledge, information, and belief, the attached corrected index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered.

Executed this 19th day of July, 2021 in Washington, D.C.

JULIANA J BLACKWELL
Digitally signed by JULIANA J BLACKWELL
Date: 2021.07.19 17:17:53 -04'00'

Juliana Blackwell
Deputy Executive Secretary

Exhibit 5 - 002

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:21-cv-00067-Z |

**CORRECTED CERTIFIED INDEX**

**DOCUMENT** **PAGE**

1. *Termination of the Migrant Protection Protocols Program*, Secretary Mayorkas, June 1, 2021 ............................................................................................................1

2. *Inspection and Expedited Removal of Aliens; Detention and Removal of Aliens; Conduct of Removal Proceedings; Asylum Procedures, Proposed Rule*, Federal Register vol. 62, No. 2 444-517, January 3, 1997 ............................................8

3. *Implementation of Expedited Removal*, Office of the Deputy Commissioner, March 31, 1997 ............................................................................................82

4. *Regulations Concerning the Convention Against Torture*, Federal Register, Vol. 64, No. 33 8478-08496, February 19, 1999 ..............................................90

5. *Detention Guidelines Effective October 9, 1998*, Michael A. Pearson, Executive Associate Commissioner, Office of Field Operations, October 7, 1998 ..........109

6. *Treatment of Cuban Asylum Seekers at Land Border Ports of Entry*, Jayson P. Ahern, Assistant Commissioner, Office of Field Operations, June 10, 2005 ..................120

7. *Parole of Arriving Aliens Found to Have a Credible Fear of Persecution of Torture*, Immigration and Customs Enforcement Directive No. 11002.1, December 8, 2009 ......126

8. *U.S. Immigration and Customs Enforcement's Award of the Family Case Management Program Contract*, OIG-18-22, DHS Office of the Inspector General, November 30, 2017 ......................................................................136

9. *Mexican Government Statement regarding MPP*, December 20, 2018 ..........................147

Case 3:21-cv-01066-TKW-ZCB   Document 47-5   Filed 05/19/22   Page 4 of 6
Case 2:21-cv-00067-Z   Document 78-1   Filed 07/20/21   Page 3 of 5   PageID 2684

10. *Policy Guidance for Implementation of the Migrants Protection Protocols*, Secretary Nielsen, January 25, 2019 ........................................................................................151

11. *Guidance on Migrant Protection Protocols*, Todd A. Hoffman, Executive Director, Admissibility and Passenger Programs, Office of Field Operations, January 28, 2019 ..................................................................................................................155

12. *Guidance for Implementing Section 235(b)(2)(C) of the Immigration and Nationality Act and the Migrant Protection Protocols*, Policy Memorandum, January 28, 2019 ..................................................................................................................156

13. *MPP Guiding Principles*, Enforcement Programs Division, January 28, 2019 ..............161

14. *Pentagon Announces Nearly 4,000 Additional Troops Heading to U.S.-Mexico Border*, Brett Samuels, The Hill, February 3, 2019 ..........................................................163

15. *Implementation of the Migrant Protection Protocols*, Ronald D. Vitiello, Deputy Director and Senior Official Performing the Duties of Director, February 12, 2019 ......165

16. *Migrant Protection Protocols Guidance*, Nathalie R. Asher, Acting Executive Associate Director, February 12, 2019 ...........................................................................167

17. *Presidential Proclamation on Declaring a National Emergency Concerning the Southern Border of the United States*, February 15, 2019 .........................................171

18. *Trump Declares National Emergency at Border*, Jordan Fabian, February 15, 2019 .....175

19. *Guidance on Migrant Protection Protocols*, Carla L. Provost, March 1, 2019...............179

20. *Trump Attorney General's Ruling Expands Indefinite Detention for Asylum Seekers*, Mica Rosenberg, Kristina Cooke, Reuters, April 16, 2019 ................................181

21. *Review of Migrant Protection Protocols Policy and Implementation*, Acting Secretary McAleenan, June 12, 2019 ...............................................................................186

22. *Immigration Court Backlog exceeds 1 Million Cases, Data Group Says*, Priscilla Alvarez, CNN, September 18, 2019 .................................................................187

23. *The Migrant Protection Protocols Red Team Report*, DHS Office of Operations Coordination, October 25, 2019......................................................................................192

24. *Review of the Migrant Portection Protocols Policy and Implementation – Final Recommendation*, Acting Secretary McAleenan, November 8, 2019 .............................202

25. *Examining the Human Rights and Legal Implications of DHS's Remain in Mexico Policy*, Hearing before the Subcommittee on Border Security, Facilitation, and Operations, November 19, 2019 .....................................................................................204

26. *Publicly Reported Cases of Violent Attacks on Individuals Returned to Mexico Under the Migrant Protection Protocols*, Human Rights First, December 2019............374

27. *Report: Crimes Against Migrants Waiting in Mexico to Seek U.S. Asylum Continue to Climb*, Julian Aquilar, The Texas Tribune, December 5, 2019 ...................422

28. *Dismantling Asylum: A Year Into the Migrant Protection Protocols*, American Friends Service Committee, January 2020....................................................426

2

Exhibit 5 - 004

29. *Response to the Migration [sic] Protection Protocols Red Team Report*, Memorandum for the Acting Secretary, January 14, 2020 ............................................. 452

30. *The Devastating Toll of Remain in Mexico One Year Later*, Doctors Without Borders, January 29, 2020 ................................................................................. 456

31. *Supreme Court Says Trump Administration May Continue Remain in Mexico Policy for Asylum Seekers*, Robert Barnes, The Washington Post, March 11, 2020 .................. 463

32. *Joint DHS/EOIR Statement on MPP Rescheduling*, March 23, 2020 ............................. 466

33. *DHS OIG Formal Complaint Regarding Remain in Mexico*, Human Rights Watch, June 2, 2020 ................................................................................................. 468

34. *Migrant Protection Protocols*, DHS Archived Website, July 17, 2020 ........................ 490

35. *CBP Has Taken Steps to Limit Processing of Undocumented Aliens at the Ports of Entry*, OIG-21-02, DHS Office of Inspector General, October 27, 2020 .................... 506

36. *Closing out the Migrant Protection Protocols Red Team Report Evaluation Process*, Acting Secretary Chad Wolf, December 7, 2020 .............................................. 543

37. *Supplemental Policy Guidance for Additional Improvement of the Migrant Protection Protocols*, December 7, 2020 .................................................................. 546

38. *Supplemental Migrant Protection Protocols Guidance – Initial Document Service*, Enforcement Programs Division, December 7, 2020 ......................................... 551

39. *Supplemental Migrant Protection Protocols Guidance – MPP Amenability*, Enforcement Programs Division, December 7, 2020 ...................................................... 552

40. *Migrant Protection Protocols Metrics and Measures*, December 2020 ......................... 554

41. *Measuring* In Absentia *Removal in Immigration Court*, American Immigration Council, January 2021 ................................................................................. 557

42. *Suspension of Enrollment in the Migrant Protection Protocols Program*, Acting Secretary David Pekoske, January 20, 2021 ......................................................... 581

43. *Creating a Comprehensive Regional Framework to Address the Causes of Migration, To Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*, Executive Order 14010, Federal Register Vol 86, No. 23, 8267-8271, February 2, 2021 ............... 582

44. *DHS Announces Process to Address Individuals in Mexico with Active MPP Cases*, February 11, 2021 ................................................................................. 587

45. *Delivered to Danger, Trump Administration Sending Asylum Seekers and Migrants to Danger*, Human Rights First, February 19, 2021 ......................................... 589

46. *Mexican Camp That Was Symbol of Migrant Misery Empties Out Under Biden*, Laura Gottesdiener, Reuters, March 7, 2021 ................................................................ 614

47. *Statement by Homeland Security Secretary Alejandro N. Mayorkas Regarding the Situation at the Southwest Border*, March 16, 2021 ................................................. 621

48. *The Facts on the Increase in Illegal Immigration*, FactCheck.org, March 23, 2021 ....... 628

**Exhibit 5 - 005**

49. Email: *MPP Data*, March 29, 2021 .................................................................................634

50. *Total MPP In Absentia Removal Orders*, March 29, 2021 .............................................635

51. *Total MPP In Person Removal Orders*, March 29, 2021 ...............................................636

52. *Total MPP Removal Orders*, March 29, 2021 ................................................................637

53. *Total MPP Termination Order*, March 29, 2021 ...........................................................638

54. *Protection Postponed: Asylum Office Backlogs Cause Suffering, Separate Families, and Undermine Integration*, Human Rights First, April 2021..........................639

55. *Final or Most Current Outcomes, Total SW Border Encounters by MPP case*, May 2021...................................................................660

56. *Southwest Land Border Encounters*, April 2021 ...............................................................664

57. *CBP Encounters Data*, April 2021[1]..................................................................................669

58. *USBP Total Enforcement Encounter FY 21*, May 8, 2021 ...............................................670

59. *Restoring the Department of Justice's Access-to-Justice Function and Reinvigorating the White House Legal Aid Interagency Roundtable*, Presidential Memorandum for the Heads of the Executive Departments and Agencies, Federal Register Vol. 86, No. 97, 27793-27796, May 18, 2021....................................................674

60. *Number of Persons Entering the U.S. Under the End of MPP Operation as of May 21, 2021*, IOM End of MPP Daily Monitoring.........................................................678

61. *Number of Persons Entering the U.S. Under the End of MPP Operation as of May 25, 2021*, IOM End of MPP Daily Monitoring.........................................................679

62. *DHS and DOJ Announce Dedicated Docket Process for More Efficient Immigration Hearings*, May 28, 2021 ..............................................................................680

63. *Assessment of the Migrant Protection Protocols (MPP)*, October 28, 2019.....................................................................................................................682

---

[1] The charts came from the Southwest Land Border Encounters website. However, they were unable to be downloaded together as one pdf.