UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                                                 Case No. 3:21-cv-1066-TKW-EMT

The UNITED STATES OF AMERICA;
*et al.*,

   *Defendants*.

_____/

**JOINT MOTION TO ENLARGE
TIME TO COMPLETE DISCOVERY**

Pursuant to Rule 16(b)(4) and Local Rule 7.1, the parties respectfully request an order extending the discovery period by 30 days. The parties do not request to change the trial date. The parties state the following:

1. According to this Court's scheduling orders, the discovery period ends on July 11, 2022. Doc. 26 at 1, Doc. 39 at 2. The deadline for dispositive motions is August 1, 2022. Doc. 39 at 2. The case is tentatively set for trial on December 5–7, 2022. *Id.* at 3.

2. Granting this motion would move the discovery deadline to August 10, 2022, and the dispositive motions deadline to August 31, 2022.[1]

---

[1] The parties do not at this time seek to extend the deadline to serve discovery requests, which has already passed, but seek this relief for purposes of completing depositions.

3.      Since the Court's initial scheduling order on March 11, 2022, Doc. 26, both parties have diligently pursued discovery. The parties have propounded paper discovery and have engaged in multiple conferrals on the discovery propounded by Florida in order to resolve discovery related issues in good faith, with the most recent conferral occurring on May 19, 2022.  The parties have also engaged in discussion regarding the scheduling of numerous depositions prior to the close of the current discovery period.  Despite these efforts, several unforeseen issues have arisen which require the parties to take 30 additional days to complete discovery.

4.      First, a significant portion of discovery sought in this case implicates information that one or both sides view as protected from disclosure, such as the identity of the relevant applicants for admission and other potentially sensitive information. The parties are working in good faith to resolve these issues.

5.      Second, Florida has moved to take extra-record discovery of the Parole + ATD policy. Doc. 47. The Court's ruling on that motion is likely to affect what documents the parties produce in discovery, and the parties believe it would be inefficient for the parties and the Court if the parties take depositions before completing their productions.

6.      A 30-day extension will enable the parties to resolve any pending discovery issues and accommodate the schedules of the numerous deponents whom the parties seek to depose.

7. If the Court grants this motion, summary judgment should be fully briefed by September 28, 2022, giving the Court almost ten weeks before the beginning of trial.

For these reasons, the parties respectfully request an order extending the discovery deadline by 30 days, making the discovery deadline August 10, 2022, and the dispositive motions deadline August 31, 2022.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for Plaintiff*

JASON R. COODY
*United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
*Northern District of Florida*

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

*Counsel for Defendants*

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this motion contains 430 words.

*/s/ James H. Percival*
Deputy Attorney General

## CERTIFICATE OF SERVICE

I certify that on May 19th, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ James H. Percival*
Deputy Attorney General
