UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                          Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.

_____/

## ORDER

This case is before the Court based on Plaintiff's motion to supplement the administrative record (Doc. 47) and the parties' joint motion to enlarge time to complete discovery (Doc. 48). Upon due consideration of these motions, it is

**ORDERED** that:

1. The joint motion to enlarge time to complete discovery is **GRANTED** and the discovery deadline is extended to August 10, 2022. All deadlines in the scheduling order tied to the discovery deadline are extended likewise. No further extensions will be granted absent unanticipated extraordinary circumstances beyond the parties' control. The parties should not expect to receive any extensions of the summary judgment briefing schedule if they hope to have a ruling on any such motions before trial.

2. Defendants shall have 7 days from the date of this Order to respond to Plaintiff's motion to supplement the administrative record because, even with the extension of the discovery deadline, that request needs to be resolved sooner than the normal timeframe in the local rules would allow.

**DONE and ORDERED** this 20th day of May, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**