# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

### Case No. 3:21-CV-1066

STATE OF FLORIDA,

                   Plaintiff,

     v.

The UNITED STATES OF
AMERICA, *et al.*,

                   Defendants.

_____/

### DEFENDANTS' CONSENT MOTION FOR A *NUNC PRO TUNC* EXTENSION OF TIME TO ANSWER THE COMPLAINT

Defendants, by and through undersigned counsel, hereby submit this motion requesting a brief six (6) day *nunc pro tunc* extension of time, until May 24, 2022, to answer plaintiff's Complaint. Plaintiff's counsel consents to this request.

On February 1, 2022, plaintiff filed its Amended Complaint, and on March 7, 2022, defendants filed a motion to dismiss. ECF Nos. 16, 23. This motion was fully briefed on April 12, 2022, and on May 4, 2022, the Court denied the motion. ECF Nos. 31, 40, 45. In that same Order, the Court directed defendants to file their answer within 14 days, or by May 18. ECF No. 45. While this motion was pending, however, the parties were engaged in extensive document discovery, as detailed in the parties' May 19, 2022 motion. ECF No. 48. Defendants inadvertently missed the deadline to file their answer, and were made aware of this oversight earlier today.

Defendants sincerely apologize to the Court and opposing counsel for this delay. This brief extension will not impact any other deadlines, and the parties are continuing to engage in discovery.

Accordingly, defendants respectfully request a six (6) day *nunc pro tunc* extension of time, until May 24, 2022, to answer plaintiff's complaint.

Date: May 20, 2022

JASON R. COODY
*United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division