# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

IN RE: REASSIGNMENT OF CIVIL AND CRIMINAL CASES TO MAGISTRATE JUDGE ZACHARY C. BOLITHO

Case No. 4:95mc40111

_____/

## ADMINISTRATIVE ORDER

On this day, May 23, 2022, Zachary C. Bolitho is appointed as a United States Magistrate Judge in the Northern District of Florida, Pensacola Division. The clerk of court is directed to immediately reassign all pending cases currently assigned to Magistrate Judge Elizabeth M. Timothy to Magistrate Judge Zachary C. Bolitho.

**DONE AND ORDERED** this 23rd day of May, 2022.

s/Mark E. Walker
**Chief United States District Judge**