UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.     Case No.  3:21-cv-1066

The UNITED STATES OF AMERICA,
*et al.*,

    Defendants.
_____/

**PLAINTIFF STATE OF FLORIDA'S AMENDED RULE 26(A)(1) DISCLOSURES**

Plaintiff State of Florida provides the following amendment to its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and the Initial Scheduling Order (ECF 26):

**Fed. R. Civ. P. 26(a)(1)(A)(i)**

**The name and, if known, the address and telephone number, of each individual likely to have discoverable information and the subject matter of the information.**

The following are individuals likely to have discoverable information that may be used by Plaintiff State of Florida to support a claim:

1) David Ensley
   Chief of Research and Data Analysis
   Florida Department of Corrections
   501 South Calhoun St.
   Tallahassee, FL 32399-2500

1

    Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on Florida's prison system.

   2) Jacob Oliva
      Senior Chancellor
      Florida Department of Education
      325 W Gaines St.
      Tallahassee, FL 32399
      Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on primary and secondary education expenditures.

   3) Tony Lloyd
      Assistant Secretary for Administration
      Florida Department of Children and Families
      2415 N Monroe St.
      Suite 400
      Tallahassee, FL 32303-4190
      Phone: Please contact via counsel for Florida

Subject Matter: Impact of the challenged policies on public benefits expenditures.

   4) Jesse Bottcher
      AHC Administrator
      Florida Agency for Health Care Administration
      2727 Mahan Drive
      Tallahassee, FL 32308
      Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on emergency healthcare services.

   5) James Heckman
      Interim Bureau Chief of Workforce Statistics and Economic Research and Chief Economist
      Florida Department of Economic Opportunity
      107 E Madison St.
      Tallahassee, FL 32399-4128
      Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on unemployment expenditures.

6) **Robert Kynoch**
   **Director of Division of Motorist Services**
   **Florida Department of Highway Safety and Motor Vehicles**
   **2900 Apalachee Parkway, A-432, MS-02**
   **Phone: Please contact via counsel for Florida**

Subject matter: Impact of the challenged policies on identification and driver's licenses services.

<u>Fed. R. Civ. P. 26(a)(1)(A)(ii)</u>

**A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that may be used to support a claim.**

1) October 20, 2021 Letter from Defendant Tae Johnson to Governor Ron DeSantis re: Resettlement of Aliens in Florida

2) Defendants' January 27, 2021 Email re: ERO historical book-in data compared to new DHS memo and PEP

3) Florida Department of Corrections Annual Report FY 20-21

4) **Documents produced by Defendants pursuant to Florida's discovery requests.**

5) **Documents produced by Defendants pursuant to Florida's FOIA requests.**

6) **Documents produced by Florida to Defendants.**

7) **Documents identified by Florida in interrogatory responses to**

> **Defendants.**

8) **Publicly available documents reflecting Defendants' immigration policies.**

## Fed. R. Civ. P. 26(a)(1)(A)(iii)

**A computation of each category of damages.**

> Plaintiff does not seek any damages in this case.

## Fed. R. Civ. P. 26(a)(1)(A)(iv)

**Insurance agreements.**

> Plaintiff is not aware of any insurance agreements relevant to this case.

* * *

Plaintiff will supplement these disclosures as additional information becomes available.

Dated: June 10, 2022                                    Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)

A<small>SSISTANT</small> A<small>TTORNEY</small> G<small>ENERAL OF</small> L<small>EGAL</small> P<small>OLICY</small>

Karen Brodeen (FBN 512771)
S<small>PECIAL</small> C<small>OUNSEL</small>

Anita J. Patel (FBN 1029143)
S<small>ENIOR</small> A<small>SSISTANT</small> A<small>TTORNEY</small> G<small>ENERAL</small>

*/s/ Anita Patel*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 410-2672
Anita.Patel@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on June 10, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Anita Patel*
Anita Patel