UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                    Case No.  3:21-cv-1066

The UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, Secretary of the United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, Director of U.S. Citizenship and Immigration Services, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.
_____/

**PLAINTIFF STATE OF FLORIDA'S NOTICE OF TAKING RULE 30(B)(6) DEPOSITION OF DEFENDANT UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules

of Civil Procedure, Plaintiff, by and through its attorneys, will take the deposition upon oral examination of Defendant United States Department of Homeland Security regarding the topics set forth in **Schedule A** hereto at a date, time, and place mutually agreed upon by counsel for the parties and will continue thereafter until completed. The person or persons designated and produced at the deposition by Defendant United States Department of Homeland Security shall testify as to matters known or reasonably available to Defendant United States Department of Homeland Security. The agency representative shall appear with knowledge to testify to the topics listed in Schedule A.  The depositions will be recorded by stenographic and audiovisual means before an officer(s) authorized pursuant to Rule 28 and will take place as follows:

| **Date** | **Time** | **Location** |
|---|---|---|
| July 13, 2022 | 9:30 a.m. | Videoconference on Zoom or similar platform |
| | | Court Reporter: Phipps Reporting, (888) 811-3408 |
| July 14, 2022 | 9:30 a.m. | Videoconference on Zoom or similar platform |
| | | Court Reporter: Phipps Reporting, (888) 811-3408 |
| July 18, 2022 | 9:30 a.m. | Videoconference on Zoom or similar platform |
| | | Court Reporter: Phipps Reporting, (888) 811-3408 |
| July 28, 2022 | 9:30 a.m. | 2300 Wilson Blvd, 7th Floor, Arlington, VA 22201 |
| | | Court reporter: Henderson Legal Services |

# **DEFINITIONS**

The following definitions shall apply:

1. "Department" or "DHS" means the United States Department of Homeland Security and includes all component agencies, especially Immigration and Customs Enforcement, Customs and Border Protection, and U.S. Citizenship and Immigration Services.

Dated this 29th day of June, 2022.

                Respectfully submitted,

                **ASHLEY MOODY**
                **ATTORNEY GENERAL**

                John Guard (FBN 374600)
                CHIEF DEPUTY ATTORNEY GENERAL

                James H. Percival (FBN 1016188)
                DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

                Henry C. Whitaker (FBN 1031175)
                SOLICITOR GENERAL

                Daniel Bell (FBN 1008587)
                CHIEF DEPUTY SOLICITOR GENERAL

                Natalie P. Christmas (FBN 1019180)
                ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

                Karen Brodeen (FBN 512771)
                SPECIAL COUNSEL

                Anita J. Patel (FBN 1029143)
                SENIOR ASSISTANT ATTORNEY GENERAL

*/s/ James H. Percival*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3665
Facsimile: (850) 413-7555
James.Percival@myfloridalegal.com

*Counsel for the State of Florida*

**Schedule A – Topics of Examination**

1. DHS's Parole + ATD policy, which rescinded and replaced the notice to report policy, including the reasons for implementing it and its impact.

2. DHS's non-detention policy as described in Florida's amended complaint, including the reasons for implementing it and its impact. This includes any policy resulting in the release into the interior of applicants for admission arrested at or near the Southwest border, whether pursuant to 8 U.S.C. § 1182, 8 U.S.C. § 1226, an assertion of "prosecutorial discretion," or otherwise.

3. Information and data regarding the causes of the current surge of migrants at the Southwest Border.

4. The options available to DHS agents when they encounter an applicant for admission at the Southwest Border, including applying Title 42, the Migrant Protection Protocols, expedited removal, or one of the challenged polices, and the criteria DHS applies in determining which option to select.

5. Information and data regarding the number of applicants for admission who entered the country on or after January 1, 2020 and who DHS knows or has reason to believe have resettled in Florida.

6. Information and data regarding the number of applicants for admission who were released into the United States interior from January 1, 2020 to present,

including whether they failed to show up for their immigration proceedings or to check in at a DHS office as required.

7. Information and data regarding which policies and authorities purportedly authorized the releases referenced in # 6.

8. Information and data regarding the number of aliens in Florida DHS knows to have committed crimes.

9. Costs to States, financially and in terms of allocation of resources, as a result of unlawful immigration.

10. The government's immigration detention capacity, including efforts to increase or decrease that capacity.

11. DHS's answers to Plaintiff's interrogatories, requests for admission, and requests for production (collectively, "discovery requests"), including efforts made and search terms utilized to locate responsive documents.

12. Documents reviewed, relied upon, or considered in answering Plaintiff's discovery requests to DHS.

13. Documents produced by DHS to Plaintiff in response to discovery requests.

14. Facts and information regarding the processing delays in and around April 2022 and May 2022 at the ICE facility located at 9495 Delegates Drive, Orlando, Florida, including steps taken by DHS to address the delays.

15. The information discussed between or shared with "senior DHS officials" and "reporters" on March 29, 2022. *See* https://www.yahoo.com/gma/us-bracing-influx-migrants-southern-003500370.html.

16. Facts and information regarding the data cited to in footnote 1 of Plaintiff's First Amended Complaint and the monthly status reports filed in *Texas v. Biden*, Case No. 2:21-cv-00067-Z (N. D. Texas).