UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

## Honorable Zachary C. Bolitho, U.S. Magistrate Judge

**Case Style:** *State of Florida vs. United States, et al*
**Case No.:** 3:21-cv-1066/TKW
**Date:** July 8, 2022
**Hearing:** Telephonic Hearing; DHS Motion To Compel [57] and State of Florida's Response in Opposition [59]

_____

**Time Commenced:** 2:00 p.m.     **Time Concluded:** 3:05 p.m.
**Court Reporter:**     DCR

**Attorneys present for Plaintiff:**
Anita Patel, Esquire in attendance via telephone conferencing

**Attorneys present for Defendants:**
Erin Ryan, Esquire in attendance via telephone conferencing
Joseph Darrow, Esquire in attendance via telephone conferencing
Marie Moyle, Esquire in attendance via telephone conferencing

_____
Filed in Open Court
July 8, 2022
Deputy Clerk: kli