UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.                                Case No. 3:21-cv-1066-TKW-ZCB

UNITED STATES OF AMERICA,
et al.,

    *Defendants*.

_____/

## **NOTICE OF APPEARANCE**

Bilal Ahmed Faruqui hereby gives notice of his appearance as co-counsel for

State of Florida.

                                 Respectfully submitted,

                                 ASHLEY MOODY
                                 Attorney General

                                 /s/ *Bilal Ahmed Faruqui*
                                 BILAL AHMED FARUQUI
                                 Senior Assistant Attorney General
                                 Florida Bar Number 15212
                                 Office of the Attorney General
                                 General Civil Litigation Division
                                 State Programs Bureau
                                 PL – 01 The Capitol
                                 Tallahassee, Florida 32399-1050
                                 (850) 414-3757
                                 Bilal.Faruqui@myfloridalegal.com
                                 *Counsel for State of Florida*