# EXHIBIT H

| | |
|---|---|
| **From:** | Darrow, Joseph A. (CIV) |
| **To:** | Anita Patel; Ryan, Erin T. (CIV) |
| **Cc:** | James Percival; Reuveni, Erez R. (CIV); Moyle, Marie (USAFLN); Wilson, Sarah S. (CIV); Natalie Christmas; Elizabeth Teegen; Bilal Faruqui; Fudim, Elissa P. (CIV); Karen Brodeen |
| **Subject:** | RE: [EXTERNAL] RE: FL v. US - DHS 30 (B)(6) deposition designees |
| **Date:** | Tuesday, July 12, 2022 7:53:35 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Hi Anita,

You and your colleagues should have just received email invites to a delivery Box we have created for producing documents to you.  The first round of the documents we will be producing to you this week are in there now – they are the group I first mentioned to y'all, the roughly 1,000 pages (pre-review) of documents from which I earlier provided redacted samples to you, generally all pertaining to an ICE program titled Operation Horizons.

Please let me know if you have any issues accessing the files.

Regards,

Joe


**Joseph A. Darrow**
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Liberty Square Building
450 5th Street, NW
Washington, DC 20530-0001
Mobile:  (202) 598-7537
joseph.a.darrow@usdoj.gov