# EXHIBIT I

| | |
|---|---|
| **From:** | Darrow, Joseph A. (CIV) |
| **To:** | Ryan, Erin T. (CIV); Karen Brodeen |
| **Cc:** | James Percival; Reuveni, Erez R. (CIV); Moyle, Marie (USAFLN); Wilson, Sarah S. (CIV); Natalie Christmas; Elizabeth Teegen; Bilal Faruqui; Fudim, Elissa P. (CIV); Anita Patel; Carmen Oquendo; Ratana, Arden (CIV) |
| **Subject:** | RE: [EXTERNAL] RE: FL v. US - DHS 30 (B)(6) deposition designees |
| **Date:** | Wednesday, July 13, 2022 6:19:49 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Good evening, Karen and Florida counsel,

We have uploaded another set of production documents to that same Box, a 46 MB PDF containing 102 documents from CBP's ESI search in response to RFP No. 2 (i.e., from the custodians: the Office of Field Operations Executive Director of Admissibility and Passenger Programs, and the Border Patrol Chief of Law Enforcement Operations Directorate).  This represents CBP's portion of the response to RFP No. 2. There are about 16 additional documents turned up in that search still under review – we will get you any of those not being withheld based on privilege as soon as possible.  CBP is also working on the privilege log, but given the imminent depositions, we figured you would want to see these documents ASAP and not await production on completion of the privilege log.

Please let me know if you have any issues opening this set of documents.

Regards,

Joe