# EXHIBIT J

1
2

**UNITED STATES DISTRICT COURT**
**NORTHRN DISTRICT OF FLORIDA**

3

4    STATE OF FLORIDA,                              **Case No.  3:21-cv-1066**

5          Plaintiff,

6

7    v.

8    The UNITED STATES OF AMERICA;
     ALEJANDRO MAYORKAS, Secretary
9    of the United States Department of
     Homeland Security, in his official
10   capacity; UNITED STATES
     DEPARTMENT OF HOMELAND
11   SECURITY; TROY MILLER, Acting
12   Commissioner of U.S. Customs and
     Border Protection, in his official capacity;
13   U.S. CUSTOMS AND BORDER
     PROTECTION; TAE JOHNSON,
14   Acting Director of U.S. Immigration and
15   Customs Enforcement, in his official
     capacity; U.S. IMMIGRATION AND
16   CUSTOMS ENFORCEMENT; UR M.
17   JADDOU, Director of U.S. Citizenship
     and Immigration Services, in her official
18   capacity; U.S. CITIZENSHIP AND
19   IMMIGRATION SERVICES,
20
21         Defendants.
22

23

24                    **DECLARATION OF ELAINE DISMUKE**

25

26        I, Elaine Dismuke, pursuant to 28 U.S.C. § 1746, and based upon my

27   personal knowledge and information made known to me from official records and

28                                          1

1   reasonably relied upon in the course of my employment, hereby declare as follows,

2   relating to the above-captioned matter:

3   1.   I am currently the eDiscovery Team Lead with the Enterprise Infrastructure

4        Operations Directorate, Office of Information and Technology ("OIT"),

5        Enterprise Services, U.S. Customs and Border Protection ("CBP").  I have held

6        this position since January 2011.

7   2.   I graduated from the University of Maryland in 1973 with a BS in Biology and

8        was Information Technology Infrastructure Library ("ITIL") certified in 2006.

9        My specialized training includes, but is not limited to: Certified Information

10       Systems Auditor ("CISA") Training in 2016, Clearwell Admin Training in

11       2014, Exchange 2007 Server Training in 2009, Exchange 2003 Server training

12       in 2007, Information Technology Infrastructure Library ("ITIL") Foundations,

13       Version 3 in 2008, Implementing and Managing MS Server with Exchange

14       Server in 2003, Basic Outlook/Exchange Support in 2006, Lotus 6

15       Administration – Server and User Support Training in 2005, Lotus R5 training

16       in 2005, Cc:Mail Administration and User Support in 1998 and Softswitch –

17       mainframe training in 1998.

18  3.   The OIT eDiscovery team is responsible for, among other things, conducting

19       centralized searches of email for CBP and its subcomponents.  I manage a team

20       of 6 individuals, and currently have 160 open, active cases.

       ***General eDiscovery Process and Resource Constraints***

21  4.   As an initial matter, CBP does not have the tools in place to easily conduct an

22       agency-wide search of employee emails.  CBP emails are currently archived by

23       a third-party contractor.  The contractor maintains these emails on a series of

24       "journal" servers, which keep a copy of every email sent or received by any

25       CBP employee in chronological order.  Thus, in order to search the emails of a

26       particular individual, those emails must first be collected and stored on a

27       server.  These servers are then searchable by time period, custodian, and

28                                             2

keyword, but not by mailbox.  Thus, to search for emails from a particular custodian for a particular keyword for a particular year, the servers must crawl through *all* CBP emails for that *entire* year—a massive amount of data.  CBP generates approximately 1.5 million messages a day, which amounts to about 110 terabytes of email data per year.  Accordingly, a single custodian/keyword search for an approximate 2.5 year period from January 2020 to the present would require the journal servers to crawl through about 990 terabytes of data.

5. Recently, CBP migrated from Email as a Service (journaled email) to Office 365.  Journaling for the Microsoft Office emails was turned on May 15, 2021.  In addition to journaling being turned on, the data in the mailboxes is also being migrated to Archive 360.  Thus, any searches for emails must include both Office 365 and Archive 360 searches.  In order to collect emails from a particular custodian, my team therefore must essentially run two searches – one over the journaled emails, and another over the Office 365 server.  While these searches can be run concurrently, downloading the messages from Office 365 can take several hours.  This therefore increases the time for running a particular search.

6. Searches are generally conducted on a platform called Archive 360 which is a tool to run the searches and then store exported data.  While searches in Archive 360 generally take between two and eight hours to run per custodian/keyword, the speed of the searches depends on many factors, such as network connectivity/bandwidth, the amount of data being journaled, collected, and/or downloaded, and the complexity of the underlying searches.  The more complicated the search, the longer it takes to process the request, with a real possibility of network connectivity issues.

3

***Open Cases***

7. Currently, the eDiscovery Team has approximately 160 open cases in various stages of production and review.  These cases are based on civil litigation requests, trade issues, congressional fact finding, criminal cases, and Freedom of Information Act (FOIA) requests.  Those requests come from the Office of Chief Counsel, the Office of Professional Responsibility, the CBP FOIA Office, the Department of Homeland-Office of Inspector General, the SOC (Security Operations Center), and Managerial Administrative requests.  This figure does not include the requests from OIT's Technology Service Desk for individual email message restores, nor does this figure include requests sent to eDiscovery from the CBP Email Services team, the Office 365 Project team, or one of our customers asking for additional data their previously completed request.  Data pulls range from a single search to searches on 30 or more custodians with or without key words or Enterprise Searches (searching all 76,000 CBP mailboxes) using multiple key words.

8. There is no way to know how much data will be included in each case until that case is pulled. Search time frames have been as short as 1 day to as long as 14 years.  Based on the scope of each request, there can be different types of searches which could include not only email messages, but internet data pulls, logon/logoff information, data collection from servers to include miscellaneous data from shared drives, home drives and individual hard drives, which in the case of Border Patrol, Air and Marine or the Office of Field Operations, could be in the hundreds, as these offices log into multiple computers on a daily basis and move between different locations as their duties require.

9. Archive 360 runs one collection at a time.  Each eDiscovery analyst can run one search at a time.  Once that search has completed and saved, a second search can be started.

4

- My team is currently working on a search of email messages from three custodians, using the following search terms:

  - (stop* OR end* OR ceas* OR no longer OR eliminat*) w/5 (detaining migrants OR detention of migrants OR detaining applicants OR detention of applicants OR detaining arriving OR detention of arriving OR detaining border OR detention of border OR detaining family units OR detention of family units OR detaining FMUs or detention of FMUs).

- The above referenced search string for documents of the three custodians involve a total of 36 searches. This is because the search for each term after the "w/5" must be run separately, for a total of 12 searches for each of the three custodians. My team estimates that this search will be completed by July 29, 2022.

- I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this _15_ day of July, 2022.

_____ _Elaine Dismuke_

Elaine Dismuke

eDiscovery Team Lead

Office of Information and

Technology

U.S. Customs and Border Protection