UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,
    Plaintiff,

vs.                                                        Case No.:  3:21cv1066/TKW/ZCB

UNITED STATES OF AMERICA, et al.,
    Defendants.
    _____/

**ORDER**

On July 8, 2022, Plaintiff filed a Motion to Compel requesting the Court enter an order compelling the production of documents responsive to two of Plaintiff's Requests for Production (RFP).  (Doc. 60).  On July 15, 2022, Defendants responded in opposition to Plaintiff's motion.  (Doc. 67).  According to Defendants, some of the requested documents in Plaintiff's motion have already been produced, a majority of the outstanding documents are forthcoming, and only a small number of documents are still in review.  (*Id.*).

Given Defendants' representations about the production of documents, it appears to the Court that many of the issues raised in Plaintiff's Motion to Compel have been or will be resolved soon.  The Court believes the parties may be able to eliminate the need for the Court to issue an order if they have a conversation about where things stand at present.  Accordingly, the Court **ORDERS** counsel to confer telephonically or in person regarding the issues raised in the Motion to Compel.  That

1

conference shall occur on or before **July 20, 2022**. During that conference, the Court expects counsel to endeavor in good faith to resolve any remaining issues raised in the Motion to Compel. **By 5:00 p.m. on July 20, 2022,** counsel should file a joint notice advising the Court of the status of the issues raised in the Motion to Compel. The notice should include the date that the in person or telephonic conference occurred, as well as the duration of the conference.

It is so **ORDERED**. This the 18th day of July 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge