UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                            Case No.  3:21-cv-1066

The UNITED STATES OF AMERICA,
*et al.*,

    Defendants.
_____/

## JOINT STATUS REPORT REGARDING PLAINTIFF'S MOTION TO COMPEL

The parties hereby file this Joint Status Report as required by this Court's Order (Doc. 68).  In accordance with the Order, the parties engaged in a telephonic conferral regarding the issues raised in Florida's Motion to Compel. The duration of the conferral was fifty-two (52) minutes.   As discussed below, the parties were able to reach a resolution on several issues.

The parties agree that Defendants have completed production of the approximately 1,000 pages of documents that are responsive to RFP # 17, which are referred to as the "Operation Horizon" documents.  Defendants will provide any privilege log associated with this production within 7 days.

1

As to Florida's RFP # 2, Defendants have agreed to complete production of the CBP documents gathered in response to Defendants' ESI search (Group A), ICE documents gathered in response to Defendants' ESI search (Group B), and ICE documents gathered in response to the parties' agreed upon July 5 search terms (Group D) by July 22, 2022.[1] Defendants will provide any associated privilege log within 7 days of production.

Regarding the CBP documents gathered in response to the parties' agreed upon July 5 search terms (Group C), Defendants have agreed to complete all production by August 19, 2022, and will provide documents sooner on a rolling basis to the extent possible. The parties are currently negotiating regarding extending the discovery period. If the court does not extend the discovery period, Plaintiff reserves the right to renew its motion to compel.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY
Henry C. Whitaker (FBN 1031175)

---

[1] The referencing of various groups of documents tracks how the various categories are referenced in Defendants' Response to Plaintiff's Motion to Compel Production of Documents. Doc. 67 at 4.

2

SOLICITOR GENERAL
Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL
Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY
Karen Brodeen (FBN 512771)
SPECIAL COUNSEL
Anita J. Patel (FBN 1029143)
SENIOR ASSISTANT ATTORNEY GENERAL

*/s/ Anita J. Patel*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 410-2672
Anita.Patel@myfloridalegal.com

*Counsel for the State of Florida*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

*/s/ Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation,

3

>District Court Section
>P.O. Box 868, Ben Franklin Station
>Washington, D.C. 20044
>Tel: (202) 598-7537
>Email: joseph.a.darrow@usdoj.gov
>
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 20th, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

>*/s/ Anita J. Patel*
>Senior Assistant Attorney General