UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                                       Case No. 3:21cv1066-TKW-EMT

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.

_____/

## ORDER EXTENDING DEADLINES AND RESCHEDULING TRIAL

Upon due consideration of Plaintiff's unopposed motion to extend deadlines and for a new trial date (Doc. 70), it is **ORDERED** that the motion is **GRANTED**, and:

1. The deadline for amending the pleadings is extended to August 12, 2022.

2. The discovery deadline is extended to September 12, 2022, and all deadlines in the scheduling order (Doc. 39) tied to the discovery deadline are extended likewise.

3. The Court has blocked January 9-11, 2023, on its calendar for a potential bench trial, and counsel shall do so as well.

    4.    A date for the pretrial conference will be set after the Court reviews the briefing on any motions for summary judgment and makes a preliminary determination as to whether the case is likely to be resolved on the motions or whether a trial will be necessary.

    **DONE and ORDERED** this 21st day of July, 2022.

                                                _____
                                                **T. KENT WETHERELL, II**
                                                **UNITED STATES DISTRICT JUDGE**