UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                             Case No.  3:21-cv-1066

The UNITED STATES OF AMERICA,
*et al.*,

    Defendants.
_____/

## **PLAINTIFF STATE OF FLORIDA'S THIRD AMENDED RULE 26(A)(1) DISCLOSURES**

Plaintiff State of Florida provides the following amendment to its amended initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and the Initial Scheduling Order (ECF 26):

### **Fed. R. Civ. P. 26(a)(1)(A)(i)**

**The name and, if known, the address and telephone number, of each individual likely to have discoverable information and the subject matter of the information.**

The following are individuals likely to have discoverable information that may be used by Plaintiff State of Florida to support a claim:

1) David Ensley
   Chief of Research and Data Analysis
   Florida Department of Corrections
   501 South Calhoun St.
   Tallahassee, FL 32399-2500

1

    Phone: Please contact via counsel for Florida

2) Wes Kirkland
   Florida Department of Corrections
   501 South Calhoun St.
   Tallahassee, FL 32399-2500
   Phone: Please contact via counsel for Florida

3) Kimberly Thomas
   Florida Department of Corrections
   501 South Calhoun St.
   Tallahassee, FL 32399-2500
   Phone: Please contact via counsel for Florida

4) Lavitta Stanford
   Florida Department of Corrections
   501 South Calhoun St.
   Tallahassee, FL 32399-2500
   Phone: Please contact via counsel for Florida

Subject matter: Each of these witnesses have knowledge as to the impact of the challenged policies on Florida's prison system.

5) Jacob Oliva
   Senior Chancellor
   Florida Department of Education
   325 W Gaines St.
   Tallahassee, FL 32399
   Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on primary and secondary education expenditures.

6) Tony Lloyd
   Assistant Secretary for Administration
   Florida Department of Children and Families
   2415 N Monroe St.
   Suite 400
   Tallahassee, FL 32303-4190
   Phone: Please contact via counsel for Florida

7) Patti Grogan
   Florida Department of Children and Families
   2415 N Monroe St.
   Suite 400
   Tallahassee, FL 32303-4190
   Phone: Please contact via counsel for Florida

Subject Matter: Each of these witnesses have knowledge as to the impact of the challenged policies on public benefits expenditures.

8) Jesse Bottcher
   AHC Administrator
   Florida Agency for Health Care Administration
   2727 Mahan Drive
   Tallahassee, FL 32308
   Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on emergency healthcare services.

9) James Heckman
   Interim Bureau Chief of Workforce Statistics and Economic Research and Chief Economist
   Florida Department of Economic Opportunity
   107 E Madison St.
   Tallahassee, FL 32399-4128
   Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on unemployment expenditures.

10) Robert Kynoch
    Director of Division of Motorist Services
    Florida Department of Highway Safety and Motor Vehicles
    2900 Apalachee Parkway, A-432, MS-02
    Phone: Please contact via counsel for Florida

Subject matter: Impact of the challenged policies on identification and driver's licenses services.

11) Any individuals identified in any party's Rule 26(a)(1) disclosures, including any supplements thereto.

12) Any individuals identified through discovery by any party in this matter.

### Fed. R. Civ. P. 26(a)(1)(A)(ii)

**A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that may be used to support a claim.**

1) October 20, 2021 Letter from Defendant Tae Johnson to Governor Ron DeSantis re: Resettlement of Aliens in Florida

2) Defendants' January 27, 2021 Email re: ERO historical book-in data compared to new DHS memo and PEP

3) Florida Department of Corrections Annual Report FY 20-21

4) Documents produced by Defendants pursuant to Florida's discovery requests.

5) Documents produced by Defendants pursuant to Florida's FOIA requests.

6) Documents produced by Florida to Defendants.

7) Documents identified by Florida in interrogatory responses to Defendants.

8) Publicly available documents reflecting Defendants' immigration policies.

9) **Documents regarding applicants for a Florida Driver's License or Identification Card who appear to have been released by DHS.**

### Fed. R. Civ. P. 26(a)(1)(A)(iii)

**A computation of each category of damages.**

Plaintiff does not seek any damages in this case.

## Fed. R. Civ. P. 26(a)(1)(A)(iv)

**Insurance agreements.**

Plaintiff is not aware of any insurance agreements relevant to this case.

\* \* \*

Plaintiff will supplement these disclosures as additional information becomes available.

Dated: July 21, 2022                                    Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

BILAL FARUQUI (FBN 15212)
SENIOR ASSISTANT ATTORNEY GENERAL

Anita J. Patel (FBN 1029143)
SENIOR ASSISTANT ATTORNEY GENERAL

*/s/ Anita Patel*
Office of the Attorney General

5

>The Capitol, PL-01
>Tallahassee, Florida 32399-1050
>Telephone: (850) 414-3300
>Facsimile: (850) 410-2672
>Anita.Patel@myfloridalegal.com
>
>*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on July 21, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

>*/s/ Anita Patel*
>Anita Patel