# EXHIBIT B

| | |
|---|---|
| **From:** | James Percival |
| **To:** | Ryan, Erin T. (CIV); Anita Patel; Karen Brodeen; Natalie Christmas |
| **Cc:** | Darrow, Joseph A. (CIV); Reuveni, Erez R. (CIV); Moyle, Marie (USAFLN) |
| **Subject:** | [EXTERNAL] RE: Florida - Meet and Confer Follow-Up |
| **Date:** | Wednesday, August 10, 2022 1:44:02 PM |

Hi Erin,

We see Price as separate from Magnus and Johnson, so let me take each piece in turn.

As to Magnus and Johnson, we asked for them because they signed the new policy and you all refused to give us a 30b6 for the new policy. We will withdraw them (without prejudice to seeking them later) if you will allow the 30b6. Four hours per witness is fine, as long as you will agree that two count as one in terms of our depo count for the individual portions.

I also want to clarify one thing. We are not conceding that *Apex* applies to either Magnus or Johnson, who are neither cabinet secretaries nor deputy secretaries. I specifically recall that ICE Director Homan was deposed while I was at DOJ, and *Apex* was never raised. We were simply offering to subject any deposition of those officials to the *Apex* standard as a gesture towards reaching an agreement.

As to Price, unless you are asserting that *Apex* applies, it's not clear to us that we would need to offer a "compelling explanation." Having said that, let me offer three: (1) several deponents have refused to answer questions, suggesting that we should ask someone at ICE; (2) Raul Ortiz was one such witness, and Price is essentially his counterpart when it comes to the detention capacity issue, which is a central issue in this case; and (3) Ortiz contradicted the testimony of your 30b6 designee several times on issues related to Border Patrol, and we are well within our rights to probe whether the head of ERO would do the same.

Please let us know <u>today</u> if you will accept service for Price.

For the court reporter service, see below.

# James Salandro
*Client Services Coordinator*
**Henderson Legal Services, Inc.**
**ph:  202.220.4158**
**fax: 202.220.4162**
**calendar@hendersonlegalservices.com**
**www.hendersonlegalservices.com**

