# **EXHIBIT C**

| | |
|---|---|
| **From:** | James Percival |
| **To:** | Ryan, Erin T. (CIV); Anita Patel; Karen Brodeen; Natalie Christmas |
| **Cc:** | Darrow, Joseph A. (CIV); Reuveni, Erez R. (CIV); Moyle, Marie (USAFLN) |
| **Subject:** | [EXTERNAL] RE: Florida - Meet and Confer Follow-Up |
| **Date:** | Thursday, August 11, 2022 2:17:42 PM |
| **Attachments:** | red line.pdf |

Hi Erin,

See the attached red line showing the discussed changes. Please confirm that Defendants consent to the filing.

Regarding conferral, we are available on Monday. To assist in that conferral, we request two pieces of information: (1) the names and titles of the new 30b6 designees; and (2) the names and titles of Corey Price's direct reports—while we do not believe Apex applies to Mr. Price, we do think we need this information to meaningfully confer, since the whole point of Apex is you are supposed to obtain the information from less senior officials. If you assert that Apex applies to Mr. Price's direct reports, please provide those officials' direct reports, and please continue that down to the level where Defendants will no longer object on Apex grounds.