# EXHIBIT D

| | |
|---|---|
| **From:** | Ryan, Erin T. (CIV) |
| **To:** | James Percival; Anita Patel; Karen Brodeen; Natalie Christmas |
| **Cc:** | Darrow, Joseph A. (CIV); Reuveni, Erez R. (CIV); Moyle, Marie (USAFLN) |
| **Subject:** | RE: Florida - Meet and Confer Follow-Up |
| **Date:** | Tuesday, August 16, 2022 5:44:00 PM |

Hi Jimmy,

I know you are still discussing the options we raised regarding the Price deposition, but we were also discussing it with the agency and they proposed a different solution that I think may be more appealing so I wanted to bring it to your attention now.

Rather than you trying to pick someone from one of the subparts of ERO as we suggested, and which may actually end up limiting the scope of the testimony you can obtain, ICE offered the ERO Chief of Staff, Michael Bernacke as a potential deponent in place of Mr. Price.  Mr. Bernacke is in the top echelon of ERO officials overseeing all the subparts – like Mr. Price – and provides direct support to Executive Acting Director Price's office.  Issues are generally elevated through the Chief of Staff prior to consideration by EAD Price.  Mr. Bernacke is not as high ranking as Mr. Price, so the agency would be open to allowing his deposition to proceed, but he would still be able to talk about all the components of ICE generally just as Mr. Price could.

Please let us know if this is amenable to you and we can discuss specifics and make the arrangements.

Thanks,

Erin