# Exhibit A


U.S. Department of Homeland Security

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary, Alejandro Mayorkas (/person/alejandro-mayorkas) | Secretary's Corner (/topics/secretary-homeland-security)
    - Deputy Secretary, John K. Tien (/person/john-k-tien)
    - Chief of Staff, Kristie Canegallo
    - Executive Secretary, Kimberly O'Connor (/person/kimberly-oconnor)
    - General Counsel, Jonathan E. Meyer (/person/jonathan-e-meyer)
    - Military Advisor to the Secretary, RDML Michael Day
- Under Secretary, Management (acting), Randolph D. "Tex" Alles (/person/randolph-d-tex-alles)
    - Deputy Under Secretary for Management, Eric Hysen, Senior Official Performing the Duties of the Deputy Under Secretary for Management
    - Chief Financial Officer (vacant), Stacy Marcott, Senior Official Performing the Duties of the Chief Financial Officer
    - Chief Human Capital Officer, Roland Edwards (/person/roland-edwards)
    - Chief Information Officer, Eric Hysen (/person/eric-hysen)
    - Chief Procurement Officer, Paul Courtney (/person/paul-courtney)
    - Chief Readiness Support Officer, Tom Chaleki (/person/tom-chaleki)
    - Chief Security Officer, Richard D. McComb (/person/richard-d-mccomb)
    - Executive Director, Office of Program Accountability and Risk Management, Debra Cox (/person/debra-cox)
    - Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon (/person/shonnie-r-lyon)
    - Director, Federal Protective Service (FPS), L. Eric Patterson (/person/l-eric-patterson)
- Under Secretary, Science and Technology (vacant), Kathryn Coulter Mitchell, Senior Official Performing the Duties of the Under Secretary
    - Deputy Under Secretary (vacant), Catherine Cross, Senior Official Performing the Duties of the Deputy Under Secretary
- Under Secretary, Office of Intelligence and Analysis, Kenneth L. Wainstein (/person/kenneth-l-wainstein)
    - Principal Deputy Undersecretary, Office of Intelligence and Analysis, Melissa Smislova
- Under Secretary, Office of Strategy, Policy, and Plans, Robert Silvers (/person/robert-silvers)
    - Deputy Under Secretary, Kelli Ann Burriesci (/person/kelli-ann-burriesci)
    - Assistant Secretary for Border and Immigration Policy (acting), Blas Nuñez-Neto
    - Assistant Secretary for Counterterrorism and Threat Prevention (acting), Samantha Vinograd
    - Assistant Secretary for Cyber, Infrastructure, Risk and Resilience, Iranga Kahangama
    - Assistant Secretary for International Affairs, Serena Hoy (/person/serena-hoy)
    - Assistant Secretary for Trade and Economic Security, Bridget McGovern
- Director, U.S. Citizenship and Immigration Services, Ur M. Jaddou (https://www.uscis.gov/about-us/organization/leadership/ur-mendoza-jaddou-director-us-citizenship-and-immigration-services)
    - Deputy Director, U.S. Citizenship and Immigration Services, Jennifer B. Higgins (https://www.uscis.gov/about-us/organization/leadership/jennifer-higgins-deputy-director-us-citizenship-and-immigration-services)
- Commandant, U.S. Coast Guard, Admiral Linda L. Fagan (https://www.uscg.mil/Leadership/Senior-Leadership/Commandant/)
    - Vice Commandant, U.S. Coast Guard, Steven D. Poulin (https://www.uscg.mil/Leadership/Senior-Leadership/Vice-Commandant/)
- Commissioner, U.S. Customs and Border Protection, Chris Magnus
    - Deputy Commissioner, U.S. Customs and Border Protection, Troy Miller
- Director, Cybersecurity and Infrastructure Security Agency, Jen Easterly (https://www.cisa.gov/jen-easterly)
    - Deputy Director, Nitin Natarajan (https://www.cisa.gov/nitin-natarajan)
- Administrator, Federal Emergency Management Agency, Deanne Criswell (https://www.fema.gov/profile/deanne-criswell)
    - Deputy Administrator, Erik Hooks
    - Deputy Administrator for Resilience (acting), Victoria Salinas
    - U.S. Fire Administrator, Dr. Lori L. Moore-Merrell
- Director, Federal Law Enforcement Training Centers, Thomas J. Walters (https://www.fletc.gov/leadership)
    - Deputy Director, Federal Law Enforcement Training Centers (acting), Richard M. Deasy
- Director, U.S. Immigration and Customs Enforcement (ICE) (acting), Tae Johnson
    - Deputy Director (acting), Patrick J. Lechleitner

Exhibit A - 2

- Director, U.S. Secret Service, James M. Murray (https://www.secretservice.gov/about/leadership/#director)
  - Deputy Director, U.S. Secret Service, Faron K. Paramore
- Administrator, Transportation Security Administration (acting), David Pekoske (https://www.tsa.gov/leader-bios/administrator)
  - Deputy Administrator, Transportation Security Administration (vacant), Stacey Fitzmaurice, Senior Official Performing the Duties of the Deputy Administrator
- Assistant Secretary, Countering Weapons of Mass Destruction Office (acting), Gary Rasicot
  - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Charles Cook (/person/charles-d-chas-cook)
- Director and Chief Medical Officer, Office of Health Security, Dr. Pritesh Gandhi (/person/pritesh-gandhi-md-mph)
  - Deputy Director and Deputy Chief Medical Officer, Office of Health Security, Dr. Herbert Wolfe (/person/dr-herbert-wolfe-mhs-pa)
- Assistant Secretary, Office of Legislative Affairs, Alice Lugo (/person/alice-lugo)
  - Deputy Assistant Secretary, Bryn McDonough (Senate)
  - Deputy Assistant Secretary, Alexandra Carnes (House)
- Assistant Secretary, Office of Partnership and Engagement, Brenda F. Abdelall (/person/brenda-abdelall)
  - Principal Deputy Assistant Secretary, Vacant
  - Assistant Secretary, Office for State and Local Law Enforcement (acting), Heather Fong
  - Deputy Assistant Secretary, Office for State and Local Law Enforcement, Vacant
  - Deputy Assistant Secretary, Intergovernmental Affairs, Miriam Enriquez
  - Deputy Assistant Secretary, Private Sector Office, Jamie Lawrence
  - Executive Director, Social Impact and Campaigns, Karinda L. Washington
  - Executive Director, Homeland Security Advisory Council, Rebecca Sternhell
  - Executive Director, Office of Academic Engagement, Traci Silas
  - Director, Committee Management Office, Mike Miron
- Assistant Secretary, Office of Public Affairs, Marsha Espinosa (/person/marsha-espinosa)
  - Deputy Assistant Secretary, Communications (acting), Luis Miranda
  - Deputy Assistant Secretary, Strategic Communications, Jeff Solnet
- Executive Director, Joint Requirements Council, Joseph D. Wawro (/person/joseph-d-wawro)
- Director, Operations Coordination, Christopher J. Tomney (/person/rear-admiral-christopher-j-tomney-uscg-ret)
- Chief Freedom of Information Officer, Lynn Parker Dupree (/person/lynn-parker-dupree)
- Chief Privacy Officer, Lynn Parker Dupree (/person/lynn-parker-dupree)
- Citizenship and Immigration Services Ombudsman, Phyllis A. Coven (/person/phyllis-coven)
  - Citizenship and Immigration Services Deputy Ombudsman, Nathan Stiefel (/person/nathan-stiefel)
- Ombudsman for Immigration Detention (acting), David Gersten
- Officer for Civil Rights and Civil Liberties, Katherine Culliton-González (/person/katherine-culliton-gonzalez)
- Inspector General, Joseph V. Cuffari (https://www.oig.dhs.gov/about/MeetTheIG)

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

## Keywords

LEADERSHIP (/KEYWORDS/LEADERSHIP)

Last Updated: 08/18/2022