# EXHIBIT F

# U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

| Assistant Deputy Director | DIRECTOR —————— DEPUTY DIRECTOR | Chief of Staff |
|---|---|---|
| Assistant Deputy Director | | Executive Secretariat |

| PROFESSIONAL RESPONSIBILITY Assistant Director | DETENTION POLICY & PLANNING Assistant Director | PRINCIPAL LEGAL ADVISOR | STATE & LOCAL COORDINATION Assistant Director | CONGRESSIONAL RELATIONS Assistant Director | PUBLIC AFFAIRS Assistant Director |
|---|---|---|---|---|---|

| ENFORCEMENT & REMOVAL OPERATIONS Executive Associate Director | HOMELAND SECURITY INVESTIGATIONS Executive Associate Director | MANAGEMENT & ADMINISTRATION Executive Associate Director |
|---|---|---|

**ENFORCEMENT & REMOVAL OPERATIONS**

| Removal | Field Operations |
|---|---|
| Enforcement | Mission Support |
| Secure Communities | Detention Management |
| Immigration Health Services | |

**HOMELAND SECURITY INVESTIGATIONS**

| Operations | International Affairs |
|---|---|
| Programs | Intelligence |
| Mission Support | National Intellectual Property Rights Coordination Center |

**MANAGEMENT & ADMINISTRATION**

| Chief Information Officer | Chief Financial Officer |
|---|---|
| Acquisition Management Officer | Human Capital Officer |
| Freedom of Information Act Officer | Privacy Officer |
| Diversity & Civil Rights | Training & Development |
| Policy | National Firearms & Tactical Training Unit |


Homeland Security

06/07/2011