## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION
### Civil Hearing Minutes

**Case Style:**     State of Florida v. United States et al.*; 3:21cv1066-TKW/ZCB*

**Type of Hearing:**     Telephonic Motion Hearing re [75] Motion to Quash

**Time Commenced:**     3:00   p.m.          **Time Concluded:**     4:04     p.m.

**Court Reporter:**     DCR

**Courtroom Deputy:**     Sylvia Williams

---

**Attorney(s) for Plaintiffs:**
**Anita J Patel, Esq.**
**James Percival, II, Esq.**

**Attorney(s) for Defendants:**
**Erin Ryan, Esq.**
**Joseph Darrow, Esq.**
**Marie Moyle, Esq.**

**Proceedings:**
3:00pm     Court in session
3:02pm     Court addresses parties regarding Motion to Quash (ECF 75)
3:03pm     Defense speaks
3:05pm     Plaintiff responds
3:08pm     Court questions Defense. Defense responds. Plaintiff responds
4:01pm     Court addresses parties. Will take arguments under consideration. Order to be entered.
4:04pm     Court adjourned

**Filed: 8/31/2021**
**CRD initials: sdw**