# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 3:00 PM | Case No. | 3:21cv1066-TKW/ZCB |
| Time Concluded | 3:40 PM | Date | September 21, 2022 |

**DOCKET ENTRY:**   Telephonic Status Conference held. Defense request to increase word limit to 11,000 words on Summary Judgment – Granted. Parties to file exhibits in hard copy with Response.

PRESENT: U.S. DISTRICT JUDGE   **T. KENT WETHERELL, II**      Paula Cawby      Julie Wycoff

Deputy Clerk      Court Reporter

**Style of Case:**  STATE OF FLORIDA v. UNITED STATES et al

Plaintiff Counsel Present

James Percival
Anita Patel
Natalie Christmas

Plaintiff

State of Florida

Defendant Counsel Present

Joseph Anton Darrow
Erin Ryan
Marie Moyle

Defendant

United States, et al

**PROCEEDINGS**

**Filed in Open Court**

**9/21/2022**

Deputy Clerk:  PMC