UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.                                     Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA;
*et al.*,

    *Defendants*.
_____/

**FLORIDA'S NOTICE OF FILING SUMMARY JUDGMENT EXHIBITS**

    Florida gives notice of filing its exhibits in support of its motion for partial summary judgment on the issue of standing. A list of the exhibits is below.

| | |
|---|---|
| **Exhibit 1** | Declaration of Robert Kynoch, Florida Department of Highway Safety and Motor Vehicles |
| **Exhibit 2** | Declaration of Lavitta Stanford, Florida Department of Corrections |
| **Exhibit 3** | Declaration of Tony Lloyd, Florida Department of Children and Families |
| **Exhibit 4** | Declaration of Jacob Oliva, Florida Department of Education |
| **Exhibit 5** | Declaration of Jesse Bottcher, Florida Agency for Health Care Administration |
| **Exhibit 6** | Declaration of James Heckman, Florida Department of Economic Opportunity |

| | |
|---|---|
| **Exhibit 7** | U.S. Customs and Border Protection Custody and Transfer Statistics FY2021 |
| **Exhibit 8** | U.S. Customs and Border Protection Custody and Transfer Statistics FY2022 |
| **Exhibit 9** | October 20, 2021 Letter from Tae Johnson to Governor Ron DeSantis |
| **Exhibit 10** | Data produced by Defendants regarding numbers of aliens present in Florida |
| **Exhibit 11** | Defendants' Responses to Plaintiff's First Set of Interrogatories |
| **Exhibit 12** | U.S. Border Patrol March 20, 2021 Email regarding "Prosecutorial Discretion Authority" |
| **Exhibit 13** | Deposition of Corey Price, Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement |
| **Exhibit 14** | Deposition of Department of Homeland Security's Rule 30(b)(6) designee Tony Barker, U.S. Border Patrol |
| **Exhibit 15** | Deposition of Department of Homeland Security's Rule 30(b)(6) designee Robert Guadian, U.S. Immigration and Customs Enforcement |

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Natalie P. Christmas*
Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Anita Patel (FBN 1029143)
SENIOR ASSISTANT ATTORNEY GENERAL

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

Bilal Faruqui (FBN 15212)
SENIOR ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on October 3, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Natalie P. Christmas*
Assistant Attorney General
