# Exhibit 1

Exhibit 1 - 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

    Plaintiff,

v.                                                                Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA,
*et al.*,

    Defendants.

_____/

**<u>DECLARATION OF ROBERT KYNOCH</u>**

I, Robert Kynoch, hereby declare:

1.    I make this declaration on the basis of my own personal and professional knowledge and experience, information available to me through my position with the Florida Department of Highway Safety and Motor Vehicles (FLHSMV), and publicly available information.

2.    I have been employed with FLHSMV as the Director of Motor Services for approximately seven years.

3.    FLHSMV is a state agency charged with issuance of driver's licenses and state identification cards (ID cards). The State provides licenses and ID cards to citizens and persons classified as a "nonimmigrant" by the Department of Homeland Security (DHS).

4.    When a noncitizen applies for a license or an ID card, FLHSMV interfaces with DHS's Systematic Alien Verification System (SAVE) in order to determine whether their immigration status renders them eligible to receive a license or ID card. The non-citizen provides FLHSMV their DHS issued document such as a Notice of Hearing, Parole, I-589 Asylum Application, etc., which must have an alien number or admissions number. This document is scanned and saved to the nonimmigrant's record. The nonimmigrant's name, date of birth, and

Exhibit 1 - 2

alien/admissions number is then used for electronic verification in SAVE. If the information verifies, SAVE responds with the nonimmigrant's current immigration status and other specific information such as an expiration date.

5.    Nonimmigrants who verify in SAVE are issued a credential over the counter. If the nonimmigrant's information is not verified during the initial verification, SAVE will return an "Institute Additional Verification" message. In this circumstance, additional research is required to determine the customer's immigration status. If the nonimmigrant's immigration status is later verified, a credential is mailed to the customer. A license or identification card issued to a nonimmigrant is valid only during the period of time of the applicant's authorized stay in the United States or, if there is no definite end to the period of authorized stay, a period of one year.

6.    While FLHSMV maintains the immigration documents provided by applicants for purposes of verifying immigration status through SAVE, it does not categorize applicants by their specific immigration document. Rather, the noncitizen applicants who are deemed eligible through SAVE are categorized as "nonimmigrants" or "immigrants" in our system. However, we were able to identify some examples of noncitizens whose documentation indicate that they crossed the Southwest border and were paroled pursuant to INS § 212(d)(5). *See* Exhibits A-H. Additionally, from January 2020 through August 2022, FLHSMV issued 1,074,448 Non-Immigrant IDs and driver's licenses of which 407,101 were issuances of original IDs and licenses and 667,347 were Renewals.

7.    FLHSMV incurs costs in the issuance of these licenses and ID cards. Specifically, costs associated with the verification through the SAVE System. FLHSMV is charged a monthly service transaction fee of $25.00 for every month in which FLHSMV utilizes the System and .50 cents for each initial verification and .50 for an additional verification. From January 2020 through August 2022, FLHSMV incurred $911,395 in fees for use of the SAVE System.

8.    Even though the state incurs these fees, FLHSMV charges the same $48.00 fee for licenses and $25.00 fee for ID Cards for everyone, regardless of immigration status. Therefore, at a minimum, it costs FLHSMV at least .50 cents more for each nonimmigrant who applies for a license or ID.

Exhibit 1 - 3

9.      Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/29/2022
Date

Robert Kynoch
Director of Motor Services
Florida Department of Highway Safety and Motor Vehicles

Exhibit 1 - 4

| CONTROL Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|
| Birthdate | | Age | Marital Status<br>☐ Single<br>☐ Separated | ☐ Widowed<br>☐ Married<br>☐ Divorced | File Number<br>EGS2204000422 | |
| Sex | Hair | Eyes | Complexion | Height | Weight | Scars or Marks |
| U.S. Address/Mail | | (Number) | (Street) | (City) 33145 | (State) | (ZIP CODE) |
| Alien's Telephone # | | | | Date of Action<br>04/20/2022 | | Location Code<br>EGS |
| City, Province (State) and Country of Birth<br>CUBA, CUBA | | | | | Country of Citizenship<br>CUBA | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry<br>04/19/2022, 2230, 0 mile(s) E of EGP, EWI | | | | | Status at Entry<br>PWA Mexico | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country)<br>CUBA | | | | | | |
| Method of Location/Apprehension<br>PB  UNKNOWN | | | (At/Near)<br>EAGLE PASS, TX | | Date & Hour<br>04/19/2022  2301 | |

**Location Code:**  EGS (Eagle Pass, Texas)

**Date, Place, Time and Manner of Last Entry/Attempted Entry:**
04/19/2022, 2230, 0 mile(s) East of EGP (Eagle Pass), EWI (Entry Without Inspection)

**Status at Entry:**  PWA (Present Without Authorization) Mexico

**Location At/Near:**  Eagle Pass, TX

Exhibit 1-A - 5

DHSMV_106_001



| Common Name: | | Date Of Birth: | | Gender: | |
| DL/ID Number: | | Customer Number: | | License Class: | ID Card |

**Person**

License & ID

OOS CDLIS Info

Transactions

Dispositions

Sanctions

Correspondence

Driver Schools

Exams

Crashes

Rep/CDR-CDT

History

CDL Medical Info

CDL Med History

C & D

Letters

Scanned Documents

Transcript

Generated Documents

| Legal Name: | | |
| SSN: | | Status: | Valid |
| Ethnicity: | | | |
| Height: | | | |

| Country of Birth: | CUBA | | |
| Issue Date: | 06/13/2022 | Expiration Date: | 05/09/2023 |
| Replacement Date: | | Form Number: | E832206130200 |
| Restrictions: | | Endorsements: | |

View Name History    View More Details

| Type | Address | County Country | Date Modified | Source | |
|------|---------|----------------|---------------|--------|---|
| Mailing Address: | 32225 | DUVAL US OF AMERICA | 06/30/2022 | E8316AMH | Edit |
| Residential Address: | 32225 | DUVAL US OF AMERICA | 06/13/2022 | DL Issuance | |
| Transient Address: | | | | | |

View Address Details

Exhibit 1-A - 6

DHSMV_106_002



OBSERVACIONES
REMARKS

PASAPORTE — REPÚBLICA DE CUBA

P    CUB

CUBANA

SANTIAGO DE CUBA CUB

27/ABR/APR/2017
27/ABR/APR/2023
LA HABANA

P<CUB

<<1CUB          2304274          <<<16

Exhibit 1-A - 7          DHSMV_106_003

| CONTROL Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|
| Birthdate | | Age | Marital Status ☐ Single ☐ Separated | ☐ Widowed ☐ Married ☐ Divorced | File Number EGS2204000422 | |
| Sex | Hair | Eyes | Complexion | Height | Weight | Scars or Marks |
| U.S. Address/Mail | | (Number) | (Street) | (City)      (State) 33145 | (ZIP CODE) | |
| Alien's Telephone # | | | | Date of Action 04/20/2022 | Location Code EGS | |
| City, Province (State) and Country of Birth CUBA, CUBA | | | | | Country of Citizenship CUBA | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry 04/19/2022, 2230, 0 mile(s) E of ECP, ewi | | | | | Status at Entry PWA Mexico | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country) CUBA | | | | | | |
| Method of Location/Apprehension PB UNKNOWN | | | | (At/Near) EAGLE PASS, TX | Date & Hour 04/19/2022 2301 | |

PAROLED
DEPARTMENT OF HOMELAND SECURITY

6·19·22

212(d)(5)

4/20 DET MM

PAROLED Until 05/09/23

PURPOSE

212(d)(5)

| JAC/ERO | 05/09/22 | CH3578 |
|---|---|---|
| (OFFICE) | (DATE) | (OFFICER) |

Exhibit 1-A - 8                    DHSMV_106_004

FINS #:1319307708 | Subject ID:377057232 | Event No:EGS2204000422

| 1. FAMILY NAME (Capital Letters) | First Name | Middle Name | 2. Age | 3. Country of Citizenship |
|---|---|---|---|---|
| | | | | CUBA |

| 4. Alias | 5. Date Apprehended | 6. Office |
|---|---|---|
| | April 19, 2022 | DRT/EGS |

| 7. Birth Date | 8. Birth Place |
|---|---|
| | CUBA, CUBA |

| 9. Sex | 10. OSC/WA Served |
|---|---|
| | ☒ Yes   ☐ No   (Explain) |

| 11. File Number | 12. Bond   Date Posted |
|---|---|
| | $ |

| 13. CINS | 14 Medical Alert   ☐ No   ☐ Yes   (Explain) |
|---|---|
| ☐ Yes   ☒ No | |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R  ☐ Deport | 22. Rt. Index Print – In | 23. Rt. Index Print - Out |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |

24. Remarks: See I-831

FORM I-385 (08/01/07)         ALIEN BOOKING RECORD
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Exhibit 1-A - 9

DHSMV_106_005

| CONTROL Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Birthdate | | Age | Marital Status<br>☐ Single<br>☐ Separated | ☐ Widowed<br>☐ Married<br>☐ Divorced | File Number<br>EGT2204000736 | | |
| Sex | Hair | Eyes | Complexion<br>MED | Height | Weight | Scars or Marks | |
| U.S. Address/Mail | (Number) | (Street) | (City) | (State)<br>34953 | (ZIP CODE) | | |
| Alien's Telephone # | | | Date of Action<br>04/11/2022 | | | Location Code<br>EGT | |
| City, Province (State) and Country of Birth<br>HAVANA, CUBA | | | | | Country of Citizenship<br>CUBA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry<br>04/10/2022, 0800, 15 mile(s) S of EGP, EWI | | | | | Status at Entry<br>PWA Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country)<br>CUBA | | | | | | | |
| Method of Location/Apprehension<br>FB UNKNOWN | | | (At/Near)<br>EAGLE PASS, TX | | | Date & Hour<br>04/10/2022 0830 | |

**Location Code:** EGT (Eagle Pass, Texas)

**Date, Place, Time and Manner of Last Entry/Attempted Entry:**
04/10/2022, 0800, 15 miles South of EGP (Eagle Pass), EWI (Entry Without Inspection)

**Status at Entry:** PWA (Present Without Author...

**Location At/Near:** Eagle Pass, TX

Eagle Pass North

Exhibit 1-B - 10

DHSMV_107_001



| Common Name: | | Date Of Birth: | | Gender: | |
| DL/ID Number: | | Customer Number: | | License Class: | Class E |

**Person**

- License & ID
- OOS CDLIS Info
- Transactions
- Dispositions
- Sanctions
- Correspondence
- Driver Schools
- Exams
- Crashes
- Rep/CDR-CDT
- History
- CDL Medical Info
- CDL Med History
- C & D
- Letters
- Scanned Documents
- Transcript
- Generated Documents

| Legal Name: | | | |
| SSN: | | Status: | Valid |
| Ethnicity: | | | |
| Height: | | | |
| Country of Birth: | CUBA | | |
| Issue Date: | 06/10/2022 | Expiration Date: | 06/10/2023 |
| Replacement Date: | | Form Number: | P822206100049 |
| Restrictions: | | Endorsements: | |

View Name History      View More Details

| Type | Address | County Country | Date Modified | Source | |
|------|---------|----------------|---------------|--------|---|
| Mailing Address: | 34953 | ST LUCIE US OF AMERICA | 06/07/2022 | DL Issuance | Edit |
| Residential Address: | 34953 | ST LUCIE US OF AMERICA | 06/10/2022 | DL Issuance | |
| Transient Address: | | | | | |

View Address Details

Exhibit 1-B - 11

DHSMV_107_002



Exhibit 1-B - 12

DHSMV_107_003



DEPARTAMENTO DE SEGURIDAD INTERNA
Servicio de Inmigración y Control de Aduanas de los Estados Unidos

**PD G-56**

Nombre: ▮

Domicilio: ▮

Número del Expediente: ▮        Fecha de Nacimiento: ▮

Fecha: 04/11/2022

34953

**Favor de presentarse con este aviso en la oficina local de ICE cuando sea solicitado**

| | |
|---|---|
| **UBICACIÓN DE LA OFICINA** | Las oficinas locales de ICE están enumeradas en el documento adjunto titulado "Oficinas Locales de ICE". Favor de llamar al 1-888-351-4024 si usted necesita asistencia en localizar o reportarse a su oficina local de ICE. |
| **FECHA LÍMITE** | Debe presentarse en su oficina local de ICE en los 60 días siguientes de su puesta en libertad. |
| **SOLICITUD** | Preséntese ante un Oficial de Deportación de ICE para que continúe su tramitación y consideración para su inscripción en un Programa Alternativo a la detención (ATD, por sus siglas en inglés). |
| **MOTIVO DE LA CITA** | Usted ha sido puesto en libertad a discreción del Servicio de Aduanas y Protección Fronteriza de los Estados Unidos y ahora debe ponerse en contacto con su oficina local para completar la tramitación.<br><br>Reportarse con ICE asegurará de que el Departamento de Seguridad Interna (DHS, por sus siglas en inglés) tiene su domicilio e información de contacto actualizados. Una vez que se presente con ICE por primera vez, será evaluado para cumplir con los requisitos de presentación continua que pueden incluir la presentación en persona. El no reportarse a la oficina local de ICE puede resultar en su detención o se le coloque en formas adicionales de supervisión o monitoreo. |
| **TRAIGA CON USTED** | Documentos de identificación (acta de nacimiento, documentos de identidad emitidos por el gobierno, tales como licencia de conducir o cédula) y todos los documentos de inmigración. |

**Plazo de un Año de la Solicitud de Asilo: Si usted cree que puede reunir los requisitos para el asilo, debe presentar el Formulario I-589, la Solicitud de Asilo y de Retención de Expulsión. El Formulario I-589, instrucciones, y la información sobre dónde presentar el Formulario se pueden encontrar en www.uscis.gov/i-589. Si no presenta el Formulario I-589 en el plazo de un año desde su llegada, no podrá solicitar asilo de acuerdo con el artículo 208(a)(2)(B) de la Ley de Inmigración y Nacionalidad.**

**SI NO SE PRESENTA COMO SE LE HA INDICADO, PUEDE SER DETENIDO Y/O PERDER EL DERECHO A CUALQUIER POSIBLE RECURSO. GRACIAS POR SU COOPERACIÓN.**

Exhibit 1-B - 13

DHSMV_107_004

U.S. Department of Homeland Security

Continuation Page for Form ___I385___

| Alien's Name | File Number | Date |
|---|---|---|
| ██████████ | ████████ | April 11, 2022 |
| | Event No: EGT2204000736 | |

24. REMARK
-----------------------------
AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT
(ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED
STATES. VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES◙ FOR ADDRESSES

Signature

Title *BAM*

____2____ of ____2____ Pages

Exhibit 1-B - 14                    DHSMV_107_005

JINS #:1318918118   Subject ID:376869632   Event No:EGT2204000736

| 1. FAMILY NAME (Capital Letters) | First Name          Middle Name | 2. Age | 3. Country of Citizenship |
|---|---|---|---|
| ████████████ | | ████ | CUBA |

| 4. Alias | | 5. Date Apprehended | 6. Office |
|---|---|---|---|
| | | April 10, 2022 | DRT/EGT |

| 7. Birth Date | 8. Birth Place |
|---|---|
| ████████ | HAVANA, CUBA |

| 9. Sex | 10. OSC/WA Served |
|---|---|
| ████████ | ☐ Yes   ☒ No   (Explain) |

| 11. File Number | 12. Bond          Date Posted |
|---|---|
| | $ |

| 13. CINS | 14 Medical Alert   ☐ No   ☐ Yes   (Explain) |
|---|---|
| ☐ Yes   ☒ No | |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R ☐ Deport | 22. Rt. Index Print – In | 23. Rt. Index Print - Out |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |

24. Remarks: See I-831

FORM I-383 (08/01/97)                     ALIEN BOOKING RECORD
              UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Exhibit 1-B - 15                DHSMV_107_006

| CONTROL Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Birthdate | | Age | Marital Status<br>☐ Single<br>☐ Separated | ☐ Widowed<br>☐ Married<br>☐ Divorced | File Number<br>A0#2204000736 | | |
| Sex | Hair | Eyes | Complexion<br>MED | Height | Weight | Scars or Marks | |

| U.S. Address/Mail | (Number) | (Street) | (City) | (State) | (ZIP CODE) |
|---|---|---|---|---|---|
| | | | | 34953 | |

| Alien's Telephone # | Date of Action<br>04/11/2022 | Location Code<br>EGT |
|---|---|---|

| City, Province (State) and Country of Birth<br>HAVANA, CUBA | Country of Citizenship<br>CUBA |
|---|---|

| Date, Place, Time, and Manner of Last Entry/Attempted Entry<br>04/10/2022, 0800, .15 mile(s) S of EGP, EWI | Status at Entry<br>PWA Mexico |
|---|---|

| Foreign Address/Residence (Number, Street, City, Province (State), Country)<br>CUBA |
|---|

| Method of Location/Apprehension<br>PB  UNKNOWN | (At/Near)<br>EAGLE PASS, TX | Date & Hour<br>04/10/2022  0830 |
|---|---|---|

4/11/23

212 (d) (5) DRT RL

4/11/22

Exhibit 1-B - 16                    DHSMV_107_007

You are required to retain this permit in your possession and to surrender it to the transportation line at the time of your departure unless you depart over the land border of the United States in which case you must surrender it to a Canadian immigration officer on the Canadian border, or to a United States Immigration officer of the Mexican border.

## DEPARTURE RECORD

Port:

Date:

Manner:

Country of
Destination :

UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Form Approved OMB No. 43-R0496

ARRIVAL - DEPARTURE RECORD

Form I-94 (Rev. 08/01/07)

Exhibit 1-B - 17

| CONTROL Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|
| Birthdate | | Age | Marital Status ☐ Single ☐ Separated | ☐ Widowed ☐ Married ☐ Divorced | File Number 80312205000105 | |
| Sex | Hair | Eyes | Complexion MED | Height | Weight | Scars or Marks |
| U.S. Address/Mail | (Number) | (Street) | (City) 33183 | (State) | | (ZIP CODE) |
| Alien's Telephone # | | | Date of Action 05/03/2022 | | Location Code EGT | |
| City, Province (State) and Country of Birth HAVANA, CUBA | | | | Country of Citizenship CUBA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry 05/02/2022, 1300, 15 mile(s) N of EGP, EWI | | | | Status at Entry PWA Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country) CUBA | | | | | | |
| Method of Location/Apprehension PB UNKNOWN | | | (At/Near) EAGLE PASS, TX | | Date & Hour 05/02/2022 1331 | |

**Location Code:** EGT (Eagle Pass, Texas)

**Date, Place, Time and Manner of Last Entry/Attempted Entry:** 05/02/2022, 13:00, 15 miles North of EGP (Eagle Pass), EWI (Entry Without Inspection)

**Status at Entry:** PWA (Present Without Authorization) Mexico

**Location At/Near:** Eagle Pass, TX

Exhibit 1-C - 18                    DHSMV_108_001



| Common Name: | | Date Of Birth: | Gender: | |
|---|---|---|---|---|
| DL/ID Number: | | Customer Number: | License Class: | Class E |

**Person**

License & ID

OOS CDLIS Info

Transactions

Dispositions

Sanctions

Correspondence

Driver Schools

Exams

Crashes

Rep/CDR-CDT

History

CDL Medical Info

CDL Med History

C & D

Letters

Scanned Documents

Transcript

Generated Documents

| | | | | |
|---|---|---|---|---|
| Legal Name: | | | | |
| SSN: | | Status: | Valid | |
| Ethnicity: | | | | |
| Height: | | | | |

| | | | | |
|---|---|---|---|---|
| Country of Birth: | CUBA | | | |
| Issue Date: | 06/13/2022 | Expiration Date: | 06/13/2023 | |
| Replacement Date: | | Form Number: | M702206130122 | |
| Restrictions: | | Endorsements: | | |

View Name History     View More Details

| Type | Address | County Country | Date Modified | Source | |
|---|---|---|---|---|---|
| Mailing Address: | 34242 | SARASOTA US OF AMERICA | 06/13/2022 | DL Issuance | Edit |
| Residential Address: | 34242 | SARASOTA US OF AMERICA | 06/13/2022 | DL Issuance | |
| Transient Address: | | | | | |

View Address Details

Exhibit 1-C - 19

DHSMV_108_002



Exhibit 1-C - 20

DHSMV_108_003

copies

FINS #:1319796139
Subject ID:377282733
Event No:EGT2205000105

| 1. FAMILY NAME (Capital Letters) | First Name | Middle Name | 2. Age | 3. Country of Citizenship |
| --- | --- | --- | --- | --- |
| ██████████ | ████████████ | | ██ | CUBA |

| 4. Alias | | 5. Date Apprehended | 6. Office |
| --- | --- | --- | --- |
| | | May 02, 2022 | DRT/EGT |

| 7. Birth Date | 8. Birth Place |
| --- | --- |
| ██████████ | HAVANA, CUBA |

| 9. Sex | 10. OSC/WA Served |
| --- | --- |
| ██████████ | ☐ Yes   ☒ No   (Explain) |

| 11. File Number | 12. Bond        Date Posted |
| --- | --- |
| ██████ | $ |

| 13. CINS | 14 Medical Alert   ☐ No   ☐ Yes   (Explain) |
| --- | --- |
| ☐ Yes   ☒ No | |

| 15. TRANSFER DATE | FROM | TO |
| --- | --- | --- |
| A | | |
| B | | |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R ☐ Deport | 22. Rt. Index Print – In | 23. Rt. Index Print – Out |
| --- | --- | --- | --- |
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |

24. Remarks: See I-831

FORM I-385 (08/01/07)                     ALIEN BOOKING RECORD
                UNITED STATES DEPARTMENT OF HOMELAND SECURITY

---

Subject ID:377282733
Event No:EGT2205000105

| ...etters) | First Name | Middle Name | 2. Age | 3. Country of Citizenship |
| --- | --- | --- | --- | --- |

U.S. Department of Homeland Security                     Continuation Page for Form _____ I385

| Alien's Name | File Number | Date |
| --- | --- | --- |
| ██████████████████ | Event No:EGT2205000105 | May 03, 2022 |

24. REMARK
-------------------------
AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES. VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.

Exhibit 1-C - 21

DHSMV_108_004

| CONTROL Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|
| Birthdate ▉ | Age | Marital Status<br>☐ Single<br>☐ Separated | ☐ Widowed<br>☐ Married<br>☐ Divorced | File Number<br>EGT2205000105 | | ▉ |
| Sex ▉ | Hair ▉ | Eyes ▉ | Complexion<br>MED | Height | Weight | Scars or Marks |
| U.S. Address/Mail | (Number) | (Street) | (City) | (State) | (ZIP CODE) | |
| | | | | 33183 ▉ | | |
| Alien's Telephone # ▉ | | | Date of Action<br>05/03/2022 | | | Location Code<br>EGT |
| City, Province (State) and Country of Birth<br>HAVANA, CUBA | | | | Country of Citizenship<br>CUBA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry<br>05/02/2022, 1300, 15 mile(s) N of EGP, EWI | | | | Status at Entry<br>PWA Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country)<br>CUBA | | | | | | |
| Method of Location/Apprehension<br>PB UNKNOWN | | (At/Near)<br>EAGLE PASS, TX | | Date & Hour<br>05/02/2022 1331 | | |



Exhibit 1-C - 22

DHSMV_108_005

You are required to retain this permit in your possession
and to surrender it to the transportation line at the time of
your departure unless you depart over the land border of
the United States in which case you must surrender it to a
Canadian immigration officer on the Canadian border, or to
a United States Immigration officer of the Mexican
border.

## DEPARTURE RECORD

**Port:**

**Date:**

**Manner:**

**Country of**
**Destination :**

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Form Approved OMB No. 43-R0496
ARRIVAL - DEPARTURE RECORD
Form I-94 (Rev. 08/01/07)

Exhibit 1-C - 23

DHSMV_108_006



DEPARTAMENTO DE SEGURIDAD INTERNA
Servicio de Inmigración y Control de Aduanas de los Estados Unidos

**PD G-56**

Numero del Expediente: ████████     Fecha de Nacimiento: ████████

Nombre: ████████     Fecha: **05/03/2022**

Domicilio: ████████████████████ 33183 ██

**Favor de presentarse con este aviso en la oficina local de ICE cuando sea solicitado**

| | |
|---|---|
| **UBICACIÓN DE LA OFICINA** | Las oficinas locales de ICE están enumeradas en el documento adjunto titulado "Oficinas Locales de ICE". Favor de llamar al 1-888-351-4024 si usted necesita asistencia en localizar o reportarse a su oficina local de ICE. |
| **FECHA LÍMITE SOLICITUD** | Debe presentarse en su oficina local de ICE en los 60 días siguientes de su puesta en libertad. |
| | Preséntese ante un Oficial de Deportación de ICE para que continúe su tramitación y consideración para su inscripción en un Programa Alternativo a la detención (ATD, por sus siglas en inglés). |
| **MOTIVO DE LA CITA** | Usted ha sido puesto en libertad a discreción del Servicio de Aduanas y Protección Fronteriza de los Estados Unidos y ahora debe ponerse en contacto con su oficina local para completar la tramitación. |
| | Reportarse con ICE asegurará de que el Departamento de Seguridad Interna (DHS, por sus siglas en inglés) tiene su domicilio e información de contacto actualizados. Una vez que se presente con ICE por primera vez, será evaluado para cumplir con los requisitos de presentación continua que pueden incluir la presentación en persona. El no reportarse a la oficina local de ICE puede resultar en su detención o se le coloque en formas adicionales de supervisión o monitoreo. |
| **TRAIGA CON USTED** | Documentos de identificación (acta de nacimiento, documentos de identidad emitidos por el gobierno, tales como licencia de conducir o cédula) y todos los documentos de inmigración. |

**Plazo de un Año de la Solicitud de Asilo: Si usted cree que puede reunir los requisitos para el asilo, debe presentar el Formulario I-589, la Solicitud de Asilo y de Retención de Expulsión. El Formulario I-589, instrucciones, y la información sobre dónde presentar el Formulario se pueden encontrar en** www.uscis.gov/i-589. **Si no presenta el Formulario I-589 en el plazo de un año desde su llegada, no podrá solicitar asilo de acuerdo con el artículo 208(a)(2)(B) de la Ley de Inmigración y Nacionalidad.**

**SI NO SE PRESENTA COMO SE LE HA INDICADO, PUEDE SER DETENIDO Y/O PERDER EL DERECHO A CUALQUIER POSIBLE RECURSO. GRACIAS POR SU COOPERACIÓN.**

ICE Form G-56/PD (3/21)

Exhibit 1-C - 24

DHSMV_108_007

| CONTROL Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Birthdate | | Age | Marital Status ☒ Single ☐ Separated | ☐ Widowed ☐ Married ☐ Divorced | File Number 7US2204002320 | | |
| Sex | Hair | Eyes | Complexion MED | Height | Weight | Scars or Marks | |
| U.S. Address/Mail | (Number) | (Street) | (City) | (State) | | (ZIP CODE) 32948 | |
| Alien's Telephone # | | | Date of Action 04/27/2022 | | | Location Code YUS | |
| City, Province (State) and Country of Birth HAVANA, CUBA | | | | | Country of Citizenship CUBA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry 04/26/2022, 2000, 6 mile(s) NW of SLU, PWA (AFOOT) | | | | | Status at Entry PWA Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country) HAVANA CUBA | | | | | | | |
| Method of Location/Apprehension PB UNKNOWN | | | (At/Near) SAN LUIS, AZ | | | Date & Hour 04/26/2022 2233 | |

**Location Code:** YUS (Yuma, Arizona)

**Date, Place, Time and Manner of Last Entry/Attempted Entry:**
04/26/2022, 2000, 6 miles Northwest of SLU (San Luis), PWA (Present Without Authorization) (AFOOT)

**Status at Entry:** PWA (Present Without Authorization) Mexico

**Location At/Near:** San Luis, AZ

Exhibit 1-D - 25

DHSMV_109_001



| | Common Name: | ███████ | Date Of Birth: | ███ | Gender: | ███ |
| | DL/ID Number: | ███████ | Customer Number: | | License Class: | ID Card |

**Person**

License & ID
OOS CDLIS Info
Transactions
Dispositions
Sanctions
Correspondence
Driver Schools
Exams
Crashes
Rep/CDR-CDT
History
CDL Medical Info
CDL Med History
C & D
Letters
Scanned Documents
Transcript
Generated Documents

| Legal Name: | ███████ | | |
| SSN: | ███████ | Status: | Valid |
| Ethnicity: | ███████ | | |
| Height: | ███ | | |
| Country of Birth: | CUBA | | |
| Issue Date: | 06/13/2022 | Expiration Date: | 06/13/2023 |
| Replacement Date: | | Form Number: | H732206130025 |
| Restrictions: | | Endorsements: | |
| | View Name History | View More Details | |

| Type | Address | County Country | Date Modified | Source | |
|------|---------|-----------------|---------------|--------|---|
| Mailing Address: | ███████ 32948 | INDIAN RIVER US OF AMERICA | 06/13/2022 | DL Issuance | Edit |
| Residential Address: | ███████ 32948 | INDIAN RIVER US OF AMERICA | 06/13/2022 | DL Issuance | |
| Transient Address: | | | | | |
| | View Address Details | | | | |

Exhibit 1-D - 26



Exhibit 1-D - 27

DHSMV_109_003

FINS #:13195/5195               Subject ID:377181409                    Event No:YUS2204002320

| 1. FAMILY NAME (Capital Letters) | First Name | Middle Name | 2. Age | 3. Country of Citizenship |
|---|---|---|---|---|
| | | | | CUBA |

| 4. Alias | | 5. Date Apprehended | 6. Office |
|---|---|---|---|
| | | April 26, 2022 | YUM/YUS |

| 7. Birth Date | 8. Birth Place |
|---|---|
| | HAVANA, CUBA |

| 9. Sex | 10. OSC/WA Served |
|---|---|
| | ☐ Yes   ☒ No   (Explain) PAROLED |

| 11. File Number | 12. Bond          Date Posted |
|---|---|
| | $ |

| 13. CINS | 14 Medical Alert   ☐ No   ☐ Yes   (Explain) |
|---|---|
| ☐ Yes   ☒ No | |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R  ☐ Deport | 22. Rt. Index Print – In | 23. Rt. Index Print - Out |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |

24. Remarks: AS A CONDITION OF PAROLE, YOU'RE TO REPORT TO AN ICE OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS. WWW.ICE.GOV

FORM I-385 (08/01/97)                 ALIEN BOOKING RECORD
                UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Exhibit 1-D - 28                    DHSMV_109_004

| CONTROL Name (Last, First, Middle) ███████████ | | | | | | |
|---|---|---|---|---|---|---|
| Birthdate ███████ | Age ███ | Marital Status ☒ Single ☐ Separated | ☐ Widowed ☐ Married ☐ Divorced | File Number YU8220400232G ███████ | | |
| Sex ██ | Hair ██ | Eyes ██ | Complexion MED | Height ██ | Weight ██ | Scars or Marks |
| U.S. Address/Mail | (Number) | (Street) | (City) | (State) | (ZIP CODE) 32948 | |
| Alien's Telephone # ██████ | | | Date of Action 04/27/2022 | | Location Code YUS | |
| City, Province (State) and Country of Birth HAVANA, CUBA | | | | Country of Citizenship CUBA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry 04/26/2022, 2000, 6 mile(s) NW of SLO, PWA (AFOOT) | | | | Status at Entry PWA Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country) HAVANA CUBA | | | | | | |
| Method of Location/Apprehension PB UNKNOWN | | | (At/Near) YUM LO39. '84 | | Date & Hour 04/26/2022 2233 | |





DEPARTAMENTO DE SEGURIDAD INTERNA
Servicio de Inmigración y Control de Aduanas de los Estados Unidos

Numero del Expediente: ▇▇▇▇▇   Fecha de Nacimiento: ▇▇▇▇▇

**PD G-56**

Nombre: ▇▇▇▇▇   Fecha: **04/27/2022**

Domicilio: ▇▇▇▇▇ 32948

**Favor de presentarse con este aviso en la oficina local de ICE cuando sea solicitado**

| UBICACIÓN DE LA OFICINA | Las oficinas locales de ICE están enumeradas en el documento adjunto titulado "Oficinas Locales de ICE". Favor de llamar al 1-888-351-4024 si usted necesita asistencia en localizar o reportarse a su oficina local de ICE. |
|---|---|
| FECHA LÍMITE | Debe presentarse en su oficina local de ICE en los 60 días siguientes a su puesta en libertad. |
| SOLICITUD | Preséntese ante un Oficial de Deportación de ICE para que continúe su tramitación y consideración para su inscripción en un Programa Alternativo a la detención (ATD, por sus siglas en inglés). |
| MOTIVO DE LA CITA | Usted ha sido puesto en libertad a discreción del Servicio de Aduanas y Protección Fronteriza de los Estados Unidos y ahora debe ponerse en contacto con su oficina local para completar la tramitación.<br><br>Reportarse con ICE asegurará de que el Departamento de Seguridad Interna (DHS, por sus siglas en inglés) tiene su domicilio e información de contacto actualizados. Una vez que se presente con ICE por primera vez, será evaluado para cumplir con los requisitos de presentación continua que pueden incluir la presentación en persona. El no reportarse a la oficina local de ICE puede resultar en su detención o se le coloque en formas adicionales de supervisión o monitoreo. |
| TRAIGA CON USTED | Documentos de identificación (acta de nacimiento, documentos de identidad emitidos por el gobierno, tales como licencia de conducir o cédula) y todos los documentos de inmigración. |

**Plazo de un Año de la Solicitud de Asilo: Si usted cree que puede reunir los requisitos para el asilo, debe presentar el Formulario I-589, la Solicitud de Asilo y de Retención de Expulsión. El Formulario I-589, instrucciones, y la información sobre dónde presentar el Formulario se pueden encontrar en** www.uscis.gov/i-589. **Si no presenta el Formulario I-589 en el plazo de un año desde su llegada, no podrá solicitar asilo de acuerdo con el artículo 208(a)(2)(B) de la Ley de Inmigración y Nacionalidad.**

**SI NO SE PRESENTA COMO SE LE HA INDICADO, PUEDE SER DETENIDO Y/O PERDER EL DERECHO A CUALQUIER POSIBLE RECURSO. GRACIAS POR SU COOPERACIÓN.**

Exhibit 1-D - 30

DHSMV_109_006

| CONTROL Name (Last, First, Middle) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Birthdate | | Age | Marital Status | ☐ Widowed | File Number EPS2204602282 | | |
| | | | ☐ Single ☐ Married ☐ Separated ☐ Divorced | | | | |
| Sex | Hair | Eyes | Complexion MED | Height | Weight | Scars or Marks | |

| U.S. Address/Mail | (Number) | (Street) | (City) | (State) 34952 | (ZIP CODE) |
|---|---|---|---|---|---|

| Alien's Telephone # | Date of Action 04/28/2022 | Location Code EPS |
|---|---|---|

| City, Province (State) and Country of Birth EL JIBARO, CUBA | Country of Citizenship CUBA |
|---|---|

| Date, Place, Time, and Manner of Last Entry/Attempted Entry 04/27/2022, 0620, 1 mile(s) E of BOA, PWA (AFOOT) | | Status at Entry PWA Mexico |
|---|---|---|

| Foreign Address/Residence (Number, Street, City, Province (State), Country) CUBA | |
|---|---|

| Method of Location/Apprehension PB  UNKNOWN | (At/Near) EL PASO, TX | Date & Hour 04/27/2022  0625 |
|---|---|---|

**Location Code:**  EPS (El Paso, Texas)

**Date, Place, Time and Manner of Last Entry/Attempted Entry:**
04/27/2022, 062, 1 mile(s) East of BOA (Bridge of the Americas), PWA
(Present Without Authorization) (AFOOT)

**Status at Entry:**  PWA (Present Without Authorization) Mexico

**Location At/Near:**  El Paso, TX

Exhibit 1-E - 31



| | | | | | |
|---|---|---|---|---|---|
| Common Name: | [redacted] | Date Of Birth: | [redacted] | Gender: | [redacted] |
| DL/ID Number: | | Customer Number: | | License Class: | ID Card |

- Person
- License & ID
- OOS CDLIS Info
- Transactions
- Dispositions
- Sanctions
- Correspondence
- Driver Schools
- Exams
- Crashes
- Rep/CDR-CDT
- History
- CDL Medical Info
- CDL Med History
- C & D
- Letters
- Scanned Documents
- Transcript
- Generated Documents

[redacted]

[redacted]

| | | | |
|---|---|---|---|
| Legal Name: | [redacted] | | |
| SSN: | [redacted] | Status: | Valid |
| Ethnicity: | [redacted] | | |
| Height: | [redacted] | | |
| Country of Birth: | CUBA | | |
| Issue Date: | 06/14/2022 | Expiration Date: | 06/14/2023 |
| Replacement Date: | | Form Number: | P822206140152 |
| Restrictions: | | Endorsements: | |

View Name History  View More Details

| Type | Address | County Country | Date Modified | Source | |
|---|---|---|---|---|---|
| Mailing Address: | [redacted] 34987 [redacted] | ST LUCIE US OF AMERICA | 06/14/2022 | DL Issuance | Edit |
| Residential Address: | [redacted] 34987 [redacted] | ST LUCIE US OF AMERICA | 06/14/2022 | DL Issuance | |
| Transient Address: | | | | | |

View Address Details



Exhibit 1-E - 33

DHSMV_110_003

| CONTROL Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|
| Probation ▓▓▓▓ | Age ▓▓ | Marital Status ☐ Single ☐ Separated | ☐ Widowed ☐ Married ☐ Divorced | File Number EP62204202282 | | ▓▓▓▓ |
| Sex ▓ | Hair ▓ | Eyes ▓ | Complexion MED | Height ▓ | Weight ▓ | Scars or Marks |
| U S Address/Mail (Number) (Street) (City) (State) (ZIP CODE) ▓▓▓▓ 34952 | | | | | | |
| Alien's Telephone # ▓▓▓▓ | | | Date of Action 04/28/2022 | | Location Code EPB | |
| City, Province (State) and Country of Birth EL JIBARO, CUBA | | | | Country of Citizenship CUBA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry 04/27/2022, 0630, 1 mile(s) E of DCR, TX (AFOOT) | | | | Status at Entry FMR Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country) CUBA | | | | | | |
| Method of Location/Apprehension PB UNKNOWN | | (At/Near) E PED 1 | | | Date & Hour 04/27/2022  0625 | |

Exhibit 1-E - 34

DHSMV_110_004

You are required to retain this permit in your possession and to surrender it to the transportation line at the time of your departure unless you depart over the land border of the United States in which case you must surrender it to a Canadian immigration officer on the Canadian border, or to a United States Immigration officer of the Mexican border.

**DEPARTURE RECORD**

Port:

Date:

U.S. DEPARTMENT OF HOMELAND SECURITY

**PAROLED**

Until  06/29/2022

91012

Purpose  212 (d) (5)

91012

Manner:

04/28/2022 EPT G.Sanchez

(Date)   (Location)   (Officer)

U.S. DEPARTMENT OF HOMELAND SECURITY

Country of

Destination :

UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Form Approved OMB No. 43-R0496

ARRIVAL - DEPARTURE RECORD

Form I-94 (Rev. 08/01/07)

Exhibit 1-E - 35                    DHSMV_110_005

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Fee Waiver Approved | | June 08, 2022 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | | |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2290532591 | May 27, 2022 | 1 of 1 |
| | | DATE OF BIRTH |

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

34987            14   00004040

հիիսիիիսիիսիիսիսիսիսիսիիսիիսիիսիսիիսիիսիսիսիս

**NAME AND MAILING ADDRESS**

**Eligibility Category: C11**

We have received your form and are currently processing the above case. We will notify you separately about any other case you filed. If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if you are eligible, you may use this notice in conjunction with your facially expired Form I-766, Employment Authorization Document (EAD), as proof of an automatic extension of employment authorization and/or EAD, as applicable.

You are eligible for an automatic extension of your employment authorization and/or EAD if: (1) You have timely filed to renew your current employment authorization and/or EAD; (2) Your EAD renewal request is under a category that is eligible for an automatic extension (see uscis.gov/eadautoextend for a list of eligible categories); (3) The category on your current EAD matches the "Class Requested" listed on this notice (If you are a TPS beneficiary or applicant, your EAD and this notice must contain either the A12 or C19 category, but they do not need to match each other); and (4) Your EAD renewal application is still pending with USCIS when your current EAD expires.

If eligible, you may present this notice to an employer with your expired EAD (and Form I-94, Arrival/Departure Record, if applicable) for employment eligibility verification (Form I-9) purposes. If eligible, your automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your EAD renewal application, the automatic extension immediately ends, and you can no longer present this notice to your employer for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to advance parole.

Based on your responses in Part 2 on the Form I-765, you have consented to the disclosure of your information to the Social Security Administration (SSA). If USCIS approves your application for employment authorization, USCIS will electronically transmit the data to SSA and the SSA may assign you a Social Security Number (SSN) and issue a card.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| National Benefits Center | |
| P.O. Box 648003 | |
| Lee's Summit, MO  64002 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

Exhibit 1-E - 36                    DHSMV_110_006

PAROLE

**(Nicaragua)** [redacted]

| | | | | | |
|---|---|---|---|---|---|
| **Common Name:** | [redacted] | **Date Of Birth:** | [redacted] | **Gender:** | [redacted] |
| **DL/ID Number:** | [redacted] | **Customer Number:** | [redacted] | **License Class:** | ID Card |

- Person
- License & ID
- OOS CDLIS Info
- Transactions
- Dispositions
- Sanctions
- Correspondence
- Driver Schools
- Exams
- Crashes
- Rep/CDR-CDT
- History
- CDL Medical Info
- CDL Med History
- C & D
- Letters
- Scanned Documents
- Transcript
- Generated Documents

[redacted]

| | | | |
|---|---|---|---|
| **Legal Name:** | [redacted] | | |
| **SSN:** | | **Status:** | Expired - Pending Sanction(s) |
| **Ethnicity:** | [redacted] | | |
| **Height:** | [redacted] | | |
| **Country of Birth:** | NICARAGUA | | |
| **Issue Date:** | 05/23/2022 | **Expiration Date:** | 06/26/2022 |
| **Replacement Date:** | | **Form Number:** | R062205230192 |
| **Restrictions:** | | **Endorsements:** | |

View Name History    View More Details

| Type | Address | County Country | Date Modified | Source | |
|---|---|---|---|---|---|
| **Mailing Address:** | [redacted] 33063 [redacted] | BROWARD US OF AMERICA | 05/23/2022 | DL Issuance | Edit |
| **Residential Address:** | [redacted] 33063 [redacted] | BROWARD US OF AMERICA | 05/23/2022 | DL Issuance | |
| **Transient Address:** | | | | | |

View Address Details

PAROLE

## Nicaraguan Passport



Exhibit 1-F - 38

DHSMV_111_002

PAROLE

## Parole Document

| CONTROL Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|
| Birthdate ▇ | Age ▇ | Marital Status ☑ Single ☐ Married ☐ Separated | ☐ Widowed ☐ Married ☐ Divorced | File Number ▇ | | |
| Sex ▇ | Hair ▇ | Eyes ▇ | Complexion MED | Height ▇ | Weight ▇ | Scars or Marks None Indicated |
| U.S. Address/Mail (Number) | | (Street) 33063 | (City) | (State) | | (ZIP CODE) |
| Alien's Telephone # ▇ | | | Date of Action 04/27/2022 | | Location Code MCS | |
| City, Province (State) and Country of Birth LA CONCEPTION NAGAY, NICARAGUA | | | | Country of Citizenship NICARAGUA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry 04/24/2022, 0111, @ 94 mile(s) W of RIO. GRN (AFOOT) | | | | Status at Entry PWA Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country) LA CONCEPTION NAGAY NICARAGUA | | | | | | |
| Method of Location/Apprehension FB UNKNOWN | | | (AU/Near) NEXICO, TX | | Date & Hour 04/26/2022 2208 | |

6/26/22
212(D)(5)
4/27/22 RGV B.Riley

Exhibit 1-F - 39                        DHSMV_111_003

PAROLE

(Venezuela) █████████████████████████████████████



| | Common Name: ███████ | Date Of Birth: ████ | Gender: ████ |
| | DL/ID Number: ███████ | Customer Number: ████ | License Class: Class E |

**Person**

License & ID

OOS CDLIS Info

Transactions

Dispositions

Sanctions

Correspondence

Driver Schools

Exams

Crashes

Rep/CDR-CDT

History

CDL Medical Info

CDL Med History

C & D

Letters

Scanned Documents

Transcript

Generated Documents

| | |
|---|---|
| Legal Name: | █████████████ |
| SSN: | Status: **Expired - Pending Sanction(s)** |
| Ethnicity: | ███████ |
| Height: | ██ |

| | | | |
|---|---|---|---|
| Country of Birth: | VENEZUELA | | |
| Issue Date: | 05/26/2022 | Expiration Date: | 07/18/2022 |
| Replacement Date: | | Form Number: | A72205260020 |
| Restrictions: | | Endorsements: | |

View Name History     View More Details

| Type | Address | County Country | Date Modified | Source | |
|---|---|---|---|---|---|
| Mailing Address: | ████ 32578█ | OKALOOSA US OF AMERICA | 05/26/2022 | DL issuance | Edit |
| Residential Address: | ████ 32578█ | OKALOOSA US OF AMERICA | 05/26/2022 | DL issuance | |
| Transient Address: | | | | | |

View Address Details

Exhibit 1-G - 40

DHSMV_112_001

PAROLE

**Venezuelan Passport**



Exhibit 1-G - 41

DHSMV_112_002

PAROLE

## Parole Document

| CONTROL Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|
| Birthdate ▮ | Age ▮ | Marital Status ☐ Single ☐ Separated | ☐ Widowed ☐ Married ☐ Divorced | File Number ▮ | | ▮ |
| Sex ▮ | Hair ▮ | Eyes ▮ | Complexion MED | Height ▮ | Weight ▮ | Scars or Marks |
| U.S. Address/Mail          (Number)          (Street)          (City)          (State)          (ZIP CODE) ▮ 32578 ▮ | | | | | | |
| Alien's Telephone # ▮ | | | Date of Action 05/15/2022 | | | Location Code EGT |
| City, Province (State) and Country of Birth CARACAS, VENEZUELA | | | | Country of Citizenship VENEZUELA | | |
| Date, Place, Time, and Manner of Last Entry/Attempted Entry 05/15/2022, 1122, 0 mile(s) A of EGP, ewi | | | | Status at Entry PWA Mexico | | |
| Foreign Address/Residence (Number, Street, City, Province (State), Country) VENEZUELA | | | | | | |
| Method of Location/Apprehension PB UNKNOWN | | | (At/Near) EAGLE PASS, TX | | Date & Hour 05/15/2022 1122 | |

PAROLED
Until _7/15/22_
Purpose _212(d)(5)_
_5/15/22 DRT_ ▮

Exhibit 1-G - 42                                        DHSMV_112_003

PAROLE

## Additional Documents (Not used for POI and/or Legal Presence)

| FINS #:1320293026 | | Subject ID:377523583 | | | Event No:EGT2205001050 |
|---|---|---|---|---|---|

| 1. FAMILY NAME (Capital Letters) | First Name | Middle Name | 2. Age | 3. Country of Citizenship VENEZUELA | |
|---|---|---|---|---|---|

| 4. Alias | 5. Date Apprehended May 15, 2022 | 6. Office DRT/EGT |
|---|---|---|

| 7. Birth Date | 8. Birth Place CARACAS, VENEZUELA |
|---|---|
| 9. Sex | 10. OSC/WA Served ☒ Yes  ☐ No  (Explain) |
| 11. File Number | 12. Bond   Date Posted $ |
| 13. CINS ☐ Yes  ☒ No | 14 Medical Alert  ☐ No  ☐ Yes  (Explain) |
| | 14 A. |

| 15. TRANSFER DATE | FROM | TO |
|---|---|---|
| A | | |
| B | | |
| C | | |

| 16. ADMITTED BY: | 19. RELEASED TO:☐ V/R ☐ Deport | 22. Rt. Index Print – In | 23. Rt. Index Print - Out |
|---|---|---|---|
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | |

24. Remarks: See I-831

FORM I-385 (08/01/07)                    ALIEN BOOKING RECORD
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Exhibit 1-G - 43

DHSMV_112_004

PAROLE

**(Haiti)** ███████████████████████████



| | Common Name: ████████ | Date Of Birth: ████████ | Gender: ████████ |
| | DL/ID Number: ████████ | Customer Number: ████████ | License Class: ID Card |

| Person | | |
| --- | --- | --- |
| License & ID | Legal Name: ████████ | |
| OOS CDLIS Info | SSN: | Status: **Valid - Pending Sanction(s)** |
| Transactions | Ethnicity: ████ | |
| Dispositions | Height: ████ | |
| Sanctions | Country of Birth: HAITI | |
| Correspondence | Issue Date: 05/23/2022 | Expiration Date: 05/23/2023 |
| Driver Schools | Replacement Date: | Form Number: E702205230098 |
| Exams | Restrictions: | Endorsements: |
| Crashes | View Name History | View More Details |

| Type | Address | County Country | Date Modified | Source | |
| --- | --- | --- | --- | --- | --- |
| Mailing Address: | ███████ 32210 | DUVAL US OF AMERICA | 05/23/2022 | DL Issuance | Edit |
| Residential Address: | ███████ 32210 | DUVAL US OF AMERICA | 05/23/2022 | DL Issuance | |
| Transient Address: | | | | | |

View Address Details

Exhibit 1-H - 44

DHSMV_113_001

PAROLE

## Haitian Passport



Exhibit 1-H - 45

PAROLE

**Parole Document**

You are required to retain this permit in your possession
and to surrender it to the transportation line at the time of
your departure unless you depart over the land border of
the United States in which case you must surrender it to a
Canadian immigration officer on the Canadian border, or to
a United States Immigration officer of the Mexican
border.

### DEPARTURE RECORD

Port:

Date:

Manner:

Country of
Destination :

UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Form Approved OMB No. 43-R0496

ARRIVAL - DEPARTURE RECORD

Form I-94 (Rev. 08/01/07)

Exhibit 1-H - 46

DHSMV_113_003

PAROLE

## Additional Documents (Not used for POI and/or Legal Presence)

| FINS # 1183842911 | Subject ID: 377434530 | | | Event No: EP82285001532 |
|---|---|---|---|---|
| 1. FAMILY NAME (Capital Letters) | First Name   Middle Name | 2. Age | 3. Country of Citizenship  HAITI | |
| 4. Alias | | 5. Date Apprehended  May 13, 2022 | | 6. Office  EPT/EPS |
| 7. Birth Date | 8. Birth Place  PORT AU PRINCE, HAITI | | | |
| 9. Sex | 10. OSC/WA Served  ☒ Yes   ☐ No   (Explain) | | | |
| 11. File Number | 12. Bond   Date Posted  $ | | | |
| 13. CINS  ☐ Yes   ☐ No | 14 Medical Alert   ☐ No   ☐ Yes   (Explain) | | 14. R. | |
| 15. TRANSFER DATE | FROM | | TO | |
| A | | | | |
| B | | | | |
| C | | | | |
| 16. ADMITTED BY: | 19. RELEASED TO: ☐ V/R ☐ Deport | | 22. Rt. Index Print – In | 23. Rt. Index Print - Out |
| 17. SEARCHED IN BY: | 20. RELEASED BY: | | | |
| 18. DATE ADMITTED: | 21. DATE RELEASED: | | | |
| 24. Remarks: See I-831 | | | | |

FORM I-385 (08/01/07)     ALIEN BOOKING RECORD
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

Exhibit 1-H - 47

DHSMV_113_004