# Exhibit 2

Exhibit 2 - 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STATE OF FLORIDA,

     Plaintiff,

v.                               Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA,
*et al.*,

     Defendants.

_____/

## DECLARATION OF LAVITTA STANFORD

I, Lavitta Stanford, hereby declare:

1.    I make this declaration on the basis of my own personal and professional knowledge and experience, information available to me in my position in public service, and publicly available information.

2.    I am currently employed by the Florida Department of Corrections (FDC) as the Budget Director. I have been employed by FDC for approximately 12 years. Over those 12 years, I have been employed in various capacities within the finance and accounting office and the budget office.  I have been in my current position as Budget Director since November 13, 2020.  As the Budget Director I am responsible for directing, planning and organizing budget administration for FDC.

3.    The FDC is a state agency charged with protecting the public through the incarceration and supervision of criminal offenders.

4.    FDC has 143 correctional facilities throughout the state of Florida. These facilities incarcerate felons convicted and sentenced to more than one year by Florida's court system.

5.    Inmates subject to incarceration at FDC facilities include persons of various immigration statuses including U.S. citizens and non-citizens. Therefore,

Exhibit 2 - 2

any applicants for admission that have committed or that will commit a felony and is sentenced to more than 1 year, is subject to incarceration in a FDC facility.

      6.     FDC incurs costs associated with the incarceration of inmates. In order to offset the costs associated with incarceration of criminal aliens, FDC participates in the State Criminal Alien Assistance Program (SCAAP). SCAAP is administered by the Bureau of Justice Assistance (BJA) in conjunction with U.S. Immigration and Customs Enforcement (ICE) and the Department of Homeland Security (DHS). According to the SCAAP website, the program provides federal payments to states and localities that incurred correctional officer salary costs for incarcerating undocumented criminal aliens with at least one felony conviction or two misdemeanor convictions for violations of state or local law and who are incarcerated for at least four (4) consecutive days during the reporting period.

      7.     In order to receive federal payment for the cost of incarcerating undocumented criminal aliens FDC must submit an application to BJA which includes information as to specific inmates who are known aliens or are reasonably and in good faith believed to be eligible undocumented criminal aliens. The Bureau of Research and Data Analysis submits the application to the BJA. If an award is granted, the Budget Office is notified. The SCAAP information for the last four reporting periods along with the costs of incarceration are reflected below in Table 1. The information in the table was provided by the Bureau of Research and Data Analysis and the Budget Office.

**Table 1**

| Reporting Period | 7/1/15 - 6/30/16 | 7/1/16 - 6/30/17 | 7/1/17 - 6/30/18 | 7/1/18 - 6/30/19 |
|---|---|---|---|---|
| Eligible Inmates Reported | 7,320 | 7,103 | 6,923 | 6,848 |
| Number of Inmate Days Reported | 2,231,181 | 2,171,574 | 2,118,554 | 2,115,979 |
| Costs of Incarceration per day | $53.52 | $55.80 | $59.57 | $62.16 |
| Estimated Costs to Incarcerate Reported Eligible Inmates | $119,412,807 | $121,173,829 | $126,202,262 | $131,529,255 |

Exhibit 2 - 3

| Amount Reimbursed | $6,823,144 | $6,786,271 | $7,380,287 | $8,236,498 |

8.     As shown in the chart above, the amount reimbursed through the SCAAP Program is a fraction of the costs incurred by the state for incarcerating a criminal alien.  These funds are ultimately transferred to the State of Florida's General Revenue Fund.

9.     Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/27/22

_____
Date

_____
Lavitta Stanford
Budget Director
Florida Department of Corrections

Exhibit 2 - 4