# Exhibit 3

Exhibit 3 - 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

     Plaintiff,

v.                                                    Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA,
*et al.*,

     Defendants.

_____/

## DECLARATION OF TONY LLOYD

I, Tony Lloyd, hereby declare:

1.    I make this declaration on the basis of my own personal and professional knowledge and experience, review of information available to me through my position at the Florida Department of Children and Families (DCF), and publicly available information.

2.    I am currently employed by DCF as the Assistant Secretary for Administration. I have been employed in this position for the past 3 years. I am responsible for DCF's Administrative Services which includes contracted client services, financial management, general services, partner compliance, revenue management, and human resources.  Through this position, I am familiar with the expenditures associated with DCF's various program areas.

3.    DCF is a statewide agency that works in partnership with local communities to protect the vulnerable, promote strong and economically sufficient families, and advance personal and family recovery and resiliency.  We provide a multitude of services to the public that include programs for child welfare, domestic violence survivors and their families, human trafficking, substance abuse and mental health, and public benefits.  Most of the services provided by DCF are provided to individuals regardless of their immigration status. Therefore, noncitizens including applicants for admission that crossed the Southwest border and make their way to

Exhibit 3 - 2

Florida are eligible to receive many of the services DCF offers. Those services as well as the cost to the state of providing those services is discussed below.

<u>Economic Self-Sufficiency</u>

4.     DCF's Economic Self-Sufficiency (ESS) program helps to promote strong and economically self-sufficient communities by determining eligibility for food, cash, and medical assistance for individuals and families on the road to economic recovery.  In addition, ESS administers benefits for food assistance, cash assistance, caregiver payments, optional state supplement for long term care recipients, and refugee programs. While ESS determines eligibility for Medicaid, Medicaid is otherwise administered by the Agency for Health Care Administration.

5.     As a part of the eligibility process, DCF reviews immigration documentation provided by applicants for assistance and verifies eligibility through the U.S. Citizenship and Immigration Services' Systematic Alien Verification for Entitlements (SAVE) system.   Individuals without an immigration status conferring eligibility are generally ineligible for public assistance programs, except for Emergency Medicaid.

6.     DCF uses the Non-Citizen Guide to assist in eligibility determinations for non-citizens. The guide is a DCF created document intended to provide guidance to regional DCF employees in making individual determinations of eligibility for programs administered by the ESS program. A copy of the Non-Citizens Guide is attached hereto as Exhibit A.

7.     There are several categories of noncitizens who may be eligible to receive public assistance. For instance, the following persons may be eligible for food assistance, temporary cash assistance, and Medicaid if they meet the program specific criteria:

     a. Cuban or Haitian Nationals who are paroled under INS Section 212(d)(5). Ex. A at 25.
     b. Noncitizens granted Haitian and Cuban entrant status. Ex. A at 32.
     c. Cuban or Haitian Nationals who are applicants for asylum. Ex. A at 18.
     d. Cubans or Haitians whose deportation has been withheld under INS Section 243(h) or 241(b)(3). Ex. A at 29.

8.      Additionally, noncitizens who are paroled under INS Section 212(d)(5) for at least one year may be eligible for temporary cash assistance and Medicaid if 5 years have passed since being granted parole status. *See* Ex. A at 23. Noncitizens who do not have a qualified or eligible status maybe be eligible for Emergency Medicaid for Aliens. Ex. A at 53.

9.      From January 2020 through January 2022, the cost to the state of providing benefits to qualifying noncitizens including: (1) those paroled under INA § 212(d)(5), (2) Cuban and Haitian entrants (including those who were paroled, or applied for asylum, or are in removal proceedings, and have not been issued a final, non-appealable, legally enforceable order of removal), or (3) those who had no qualifying immigration status is as follows:

a.  The Temporary Assistance for Needy Families (TANF) Program provides temporary cash assistance to needy families. The total cost of providing this cash assistance was $1,174,426.60. This cost is shared between the federal government and the state. The state's share of the total cost was 83%, which is $974,774.08.

b.  The Supplemental Nutrition Assistance Program (SNAP) provides nutrition benefits to eligible families. The federal government funds the cost of the benefit but the costs of administration of the program are shared between the federal government and the state.   For the above-referenced time period, the state's share was $2.17 per person, totaling $2,162,194.18.

c.  Relative Caregiver Financial Assistance is provided to assist relatives who assume court ordered custody and care of a dependent child following an adjudication of dependency. The state fully funds this benefit. The cost of providing this benefit for the requisite time period was $12,236.00. Similarly, DCF also provides Non-Relative Caregiver Financial Assistance to assist nonrelatives who assume court ordered custody and care of a dependent child following an adjudication of dependency. This benefit is also fully funded by the state. The cost of providing this benefit for the requisite time period was $249.00.

Exhibit 3 - 4

<u>Substance Abuse and Mental Health</u>

10.     DCF's Substance Abuse and Mental Health (SAMH) Program serves as the single state authority for mental health and substance abuse services and is designated by the federal Substance Abuse and Mental Health Services Administration (SAMHSA). The program is responsible for the oversight of a statewide system of care for the prevention, treatment, and recovery of children and adults with serious mental illnesses or substance abuse disorders. This includes seven (7) state mental health treatment facilities, three (3) of which are state operated and four (4) of which are operated through a contract provider. In addition to mental health services, SAMH provides treatment for substance misuse through a community-based provider system that offers detoxification, treatment and recovery support for adolescents and adults affected by substance misuse, abuse or dependence. DCF provides these services to individuals regardless of their immigration status.

11.     For fiscal year 2021-2022[1], DCF spent $7,636,351 on services for undocumented persons in state residential treatment facilities. Individuals housed in these facilities are there involuntarily and are generally committed under the following circumstances: 1) upon a determination, pursuant to Chapter 916, Florida Statutes, that the person is incompetent to proceed through the judicial system; 2) upon a determination, pursuant to Chapter 916, Florida Statutes, that the individual is not guilty of reason of insanity; and 3) pursuant to a Baker Act under Chapter 394, Florida Statutes.

12.     For fiscal year 2021-2022, DCF spent $940,389,499 on substance abuse and mental health services provided through the community-based provider system.

13.     Undocumented individuals in state mental health treatment facilities do not qualify for federally funded services or benefits for mental health services. Thus, these services are funded entirely by the state. Services and benefits provided to undocumented individuals in the community are funded by federal block grant dollars and state taxpayer dollars.

14.     Beyond any financial impact, applicants for admission availing themselves of SAMH services prevent or delay treatment for legal residents and citizens of the state of Florida. These resources are limited and, as a result, there are

---

[1] DCF's fiscal year begins July 1 of each year and ends on June 30 of the following year.

wait lists for the forensic and civil services described above.  As of September 21, 2022, there are 338 forensic patients awaiting placement and 65 civil patients awaiting placement at a state residential treatment facility.

### Child Welfare

15.    Office of Child and Family Well-Being works in partnership with local communities and courts to ensure the safety, timely permanency, and well-being of Florida's children.  The Office of Child and Family Well-Being also manages all contracts with Community Based Care Lead Agencies to deliver prevention, in-home and out-of-home services and placement, as well as adoption and post-adoption services, manages grant funding to providers and agencies, houses the Office of Continuing Care, and manages the Florida Abuse Hotline.  DCF is responsible for investigation of allegations of child abuse, neglect, and abandonment, and subsequent safety actions for children which may include removal of children from parental care to protect children from any present or impending abuse, neglect, or abandonment.  DCF receives Title IV-E federal funding for its child welfare services but DCF is prohibited from utilizing federal funds for non-citizen children. As a result, services provided to nonqualified non-citizen children are fully funded by the state.  This would include those paroled under section 212(d)(5) of the INS for less than one year.  The cost of providing those services for fiscal year 2021-2022 was $5,336,755.81.

### Domestic Violence

16.    DCF's Domestic Violence Program develops partnerships with community organizations to create a system of domestic violence shelters and services for survivors and their children. DCF certifies and provides a mixture of state and federal funding to forty-one (41) domestic violence centers in the State of Florida.  Domestic violence centers provide crisis intervention and support services to adult survivors of domestic violence and their children free of charge, 24 hours a day, 7-days a week, 365 days a year. Services include emergency shelter, 24-crisis and information hotline, safety planning, counseling, case management, child assessment, information and referrals, education and community awareness, and training for law enforcement and other professionals.   These services are provided regardless of immigration status. Thus, DCF does not inquire as to immigration status.

17.    In order to provide these services, the domestic violence centers received a fixed monthly payment. For fiscal year 2021-2022, the 41 domestic

violence centers received a combined amount of $38,511,217.00 in state funds from General Revenue and the Domestic Violence Trust Fund.

18.   In fiscal year 2021-2022, 11,811 survivors received emergency residential shelter at a certified domestic violence center totaling 532,825 nights in emergency shelter. Advocates received 81,357 domestic violence hotline calls and conducted 171,008 instances of safety planning with survivors. Counseling was provided to 311,061 counseling sessions were provided totaling 206,093 hours. Service and case management plans were completed for 23,832 survivors. 380,040 referrals were completed for services such as housing, financial support, legal services, employment assistance, and other community services. Community education and training was provided to 110,626 women, men, and children.

19.   Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_29 Sep 22_
Date

Tony Lloyd
Assistant Secretary for Administration
Florida Department of Children and Families



# NONCITIZEN HANDBOOK

**Updated April 2019**

Exhibit 3-A - 8

1RFP1_025_001

**TABLE OF CONTENTS           CHAPTER 1**

**Introduction**                                                                        **3**

Exhibit 3-A - 9          1RFP1_025_002

**CHAPTER 1**                                                    **INTRODUCTION**

Individuals applying for or receiving public assistance benefits (i.e., food assistance benefits, temporary cash assistance, Medicaid, Children's Health Insurance Program (CHIP), Medicaid, etc.) must be United States citizens or meet certain noncitizen requirements.

An individual is considered a United States citizen if:

- Born in the United States or a United States territory (i.e., nationals); or
- Born abroad to a United States citizen, meeting specific criterion; or
- Naturalized.

Individuals who do not meet the above criteria are noncitizens.

Individuals who hold one of the following US Citizenship and Immigration Services statuses are qualified noncitizens:

- Lawful Permanent Residents;
- Granted Asylum under section 208;
- Refugee admitted under section 207;
- Parolee under section 212(d)(5) admitted for at least 1 year;
- Deportation withheld under section 243(h) or 241(b)(3);
- Granted Conditional Entry pursuant to section 203(a)(7);
- Cuban and Haitian Entrants;
- Battered Spouse or Abused Child or the parent or child of a Battered person; and
- Victims of Human Trafficking

There are two groups of noncitizens who are not qualified noncitizens but who are eligible for specific Federal programs.  These noncitizens are:

- Hmong or Highland Laotians, their spouses, dependent children and unmarried surviving spouses; and
- American Indians born outside the United States.

Qualified noncitizen status alone does not always mean automatic eligibility for public assistance based on citizenship status.  Some qualified noncitizen status is ineligible for certain benefits unless other program specific criteria are met.

There are a noncitizens groups that must be both qualified noncitizens and meet specific requirements for food assistance.  These noncitizens include:

- Lawful permanent resident who can be credited with 40 qualifying quarters;
- Active Duty United States Military, their spouses and unmarried dependent children;
- Veterans, their spouses and unmarried dependent children and unremarried surviving spouses;
- Amerasians;

3

Exhibit 3-A - 10          1RFP1_025_003

- Lawfully residing in the United States on 8/22/96 and under 18;

- Lawfully residing in the United States and meeting the food assistance definition of disabled; and

- Lawfully residing in the United States and 65 or older on 8/22/96.

Federal regulations limit public assistance eligibility and bars many noncitizens from receiving food assistance and Supplemental Security Income (SSI).  Noncitizens who do not have a qualified or eligible status are only eligible for certain programs such as Emergency Medicaid for Aliens (EMA).

Staff must access the U.S. Citizenship and Immigration Services (USCIS) intergovernmental information sharing system (Verification Information System-Customer Processing System (VIS-CPS or SAVE)) designed to aid eligibility staff in determining an applicant's or recipient's noncitizen status when verifying noncitizen information.  If the noncitizen does not wish for the Department to contact the USCIS to verify his or her noncitizen status, the Department must give the household the option of withdrawing its application or participating without that member.

This guide will assist the staff in identifying a noncitizen's status, the public assistance program the noncitizen may qualify to receive, and the eligibility criteria and restrictions to eligibility for each program.

This guide reflects the policies and procedures directly related to identifying the qualified status of noncitizens, including special restrictions and requirements necessary to determine eligibility for public assistance programs.  It does not advise on or explain all factors of eligibility.  This handbook does not replace policy other materials and staff should refer to the On0lione Policy Manual for questions related to program eligibility.

Chapter 2 of this guide will assist staff in determining which status to use on FLORIDA.  Some of the codes are limited, there will be times when staff must look through several codes before finding the most appropriate code for an individual.  Although each code includes a list of documents that identify a noncitizen as meeting the criteria of that code, these lists are not all inclusive.  If staff have questions about the documents submitted by the noncitizen, they should contact their regional program office or the SAVE Guide.

Exhibit 3-A - 11          1RFP1_025_004

**CHAPTER 2**                                                    **NONCITIZEN STATUS**

# TABLE OF CONTENTS    CHAPTER 2

| **2.1** | **LAWFUL PERMANENT RESIDENTS** | |
|---|---|---|
| Lawful Permanent Residents with prior Refugee code under section 207 (39) | | 9 |
| Lawful Permanent Residents, admitted before 8/22/96, WITHOUT prior Refugee, Asylee, Amerasian or Cuban/Haitian code (40) | | 10 |
| Lawful Permanent Residents, admitted on or after 8/22/96, WITHOUT prior Refugee, Asylee, Amerasian or Cuban/Haitian code (41) | | 11 |
| Lawful Permanent Residents with prior Asylee code under section 208 (60) | | 13 |
| Lawful Permanent Residents with Amerasian code (61) | | 14 |
| Lawful Permanent Residents with a prior Cuban/Haitian code (62) | | 15 |

| **2.2** | **ASYLEES** | |
|---|---|---|
| Asylees under section 208 (53) | | 17 |
| National of Cuba or Haiti who is an Asylum Applicant  (64) | | 18 |

| **2.3** | **REFUGEES** | |
|---|---|---|
| Refugee under section 207 (52) | | 20 |
| Victims of Human Trafficking (73) | | 21 |

| **2.4** | **PAROLEES** | |
|---|---|---|
| Paroled under section 212(d)(5) for at least 1 year admitted before 8/22/96 (49) | | 23 |
| Paroled under sec. 212(d)(5) for at least 1 year admitted on/after 8/22/96 (50) | | 24 |
| National of Cuba or Haiti Paroled under sec. 212(d)(5) (63) | | 25 |

| **2.5** | **DEPORTATION WITHHELD** | |
|---|---|---|
| Deportation withheld under section 243(h) or 241(b)(3) (56) | | 27 |
| National of Cuba or Haiti with an Indefinite Stay of Deportation (65) | | 28 |
| National of Cuba or Haiti whose Deportation is withheld (66) | | 29 |

| **2.6** | **ENTRANTS** | |
|---|---|---|
| Conditional Entrant admitted before 8/22/96 (Code no longer in use) (47) | | 31 |
| Conditional Entrant admitted on or after 8/22/96 (Code no longer in use) (48) | | 31 |
| Cuban/ Haitian Entrant  (54) | | 32 |

| **2.7** | **BATTERED** | |
|---|---|---|
| Battered Spouse or Abused Child admitted before 8/22/96 (44) | | 35 |
| Battered Spouse or Abused Child admitted on or after 8/22/96 (45) | | 37 |

| **2.8** | **MILITARY** | |
|---|---|---|
| Active Duty United States Military or a Veteran (42) | | 40 |
| Spouse & Dependent Children of Active Duty United States Military or a Veteran (43) | | 41 |

Exhibit 3-A - 12          1RFP1_025_005

| **2.9** | **ELIGIBLE INDEFINITELY REGARDLESS OF STATUS** | |
|---|---|---|
| American Indians Born Outside the United States (46) | | 44 |
| Hmong or Highland Laotian, Spouse, Dependent Child, or Unmarried Surviving Spouse (70) | | 45 |
| **2.10** | **OTHER QUALIFIED ELIGIBLE INDEFINITELY** | |
| Qualified Noncitizen Child under 18 Lawfully Residing in the United States on or Before 8/22/96 (67) | | 47 |
| Qualified Noncitizen who was 65 and Lawfully Residing in the United States on 8/22/96  (68) | | 48 |
| Qualified Noncitizen Blind or Disabled Lawfully Residing in the United States on or Before 08/22/96 (69) | | 49 |
| Qualified Noncitizen Blind or Disabled or Qualified Noncitizen Child under 18 Lawfully Residing in the United States (75) | | 50 |
| **2.11** | **OTHER** | |
| Amerasians (57) | | 52 |
| No Qualified or Eligible Status (Eligible for Emergency Medicaid for Aliens) (58) | | 53 |
| Other USCIS Status (Not Eligible for Emergency Medicaid for Aliens) (59) | | 54 |
| SDX-SUNCAP Eligible (71) | | 56 |
| SDX-SUNCAP Ineligible (72) | | 57 |
| Lawfully Residing Noncitizen Child under Age 19 and Qualified Noncitizen Children Age 18 subject to the 5-year ban (77) | | 58 |

Exhibit 3-A - 13              1RFP1_025_006

**CHAPTER 2**                                                    **NONCITIZEN STATUS**

---

This chapter will assist in determining the most appropriate FLORIDA AICZ "ALIEN STAT" code for noncitizen applicants and recipients. When beginning this process, start with the documents the individual provided and verify the individual's name, date of birth, status if applicable, and country of origin through SAVE. If you cannot find an eligible status based on the most current status, consider their prior status. This process may make it necessary for you to look through several codes before finding the most appropriate code for the individual.

Each FLORIDA AICZ code includes a list of documents which may support eligibility under that status. However, there will be times when the individual has a document that is not on the list. When this happens, staff should seek assistance to establish whether the documentation is sufficient to establish eligibility from a higher authority according to your circuit/region procedures.

**REMEMBER:** This guide does not replace the policy manual.

Exhibit 3-A - 14          1RFP1_025_007

# LAWFUL PERMANENT RESIDENTS

# 2.1

Exhibit 3-A - 15     1RFP1_025_008

# Lawful Permanent Resident
## with prior Refugee code under section 207 or Victim of Human trafficking

**FLORIDA AICZ Code:**    **39**

**Policy:**  Lawful permanent residents with a prior Refugee code are qualified noncitizens potentially eligible for benefits based on meeting program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from their date of entry/status/asylum |

**Documentation:**

- I-551 (card will bear a picture of the noncitizen)
- Unexpired temporary I-551 stamp on I-94
- Unexpired temporary I-551 stamp in foreign passport

**US Citizenship and Immigration Services Codes to Look or on Card:**

- Temporary stamp:
PROCESSED FOR I-551 TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL ___EMPLOYMENT AUTHORIZED

- Some commonly seen codes, which appear on the front or back of cards include: RE6, RE7, RE8, RE9, R86, IC6, P71

**Additional Information:**

- If code **Z13** appears on any of these documents, the city where issued must be determined and a copy of all US Citizenship and Immigration Services documentation faxed with Executive Office for Immigration Review Request Form to Executive Office for Immigration Review court for that city.

Exhibit 3-A - 16                    1RFP1_025_009

**CHAPTER 2**                                           **NONCITIZEN STATUS**

### Lawful Permanent Resident, admitted before 8/22/96, **WITHOUT** prior Refugee, Asylee, Amerasian or Cuban/Haitian code

**FLORIDA AICZ Code:    40**

**Policy:**  Lawful permanent residents admitted before 8/22/96 without prior Refugee, Asylee, Amerasian, or Cuban/Haitian status are qualified noncitizens eligible for benefits based on their date of status as well as meeting program specific criteria.

| Food Assistance Benefits | Eligible if: |
|---|---|
|  | <ul><li>**less than 5 years** in any qualifying status <u>and</u> can be credited with 40 qualifying quarters of work</li><li>**more than 5 years** in any qualifying status</li></ul> |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

**Documentation:**

- I-551 (card will bear a picture of the noncitizen)
- Unexpired temporary I-551 stamp on I-94
- Unexpired temporary I-551 stamp in foreign passport

**US Citizenship and Immigration Services Codes to Look for on Card:**

- Temporary stamp:
  PROCESSED FOR I-551 TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL _____ EMPLOYMENT AUTHORIZED
- Some commonly seen codes, which appear on the front or back of cards include: AR1, AR6, C20--C29, CF1, CF2, CR1, CR2, CR6, CR7, CX1--CX3, CX6--CX8, DV1, DV2, DV3, F20--F29, FX1--FX3, IF1, IF2, IR1--IR4, IR6-- IR9, IW1, IW2, IW6, IW7, MR6, MR7, P21--P23, P26--P28, IB1--IB3, IB6-- IB8, B11, B12, B16, B17, B20--29, B31--33, B36--38, BX1--BX3, or BX6-- BX8

**Additional Information:**

- Many Lawful Permanent Residents are required to have a sponsor unless they have a prior Refugee, Asylee, Amerasian, or Cuban/Haitian code.
- Lottery noncitizens will not have a sponsor.
- Noncitizens with codes DV1 through DV8 will not have sponsors.

Exhibit 3-A - 17          1RFP1_025_010

## Lawful Permanent Resident, admitted on or after 8/22/96, WITHOUT prior Refugee, Asylee, Amerasian, Victim of Human Trafficking, or Cuban/Haitian code

**FLORIDA AICZ Code:    41**

**Policy:**  Lawful permanent residents admitted on or after 8/22/96, without prior Refugee, Asylee, Amerasian, or Cuban-Haitian status are qualified noncitizens eligible for benefits based on their date of status as well as meeting program specific criteria.

| Food Assistance Benefits | Eligible if: <ul><li>**less than 5 years** in any qualifying status <u>and</u> can be credited with 40 qualifying quarters of work</li><li>**more than 5 years** in any qualifying status</li></ul> |
|---|---|
| **Temporary Cash Assistance** | Eligible if 5 years have passed since attaining this status |
| **Medicaid (includes SSI-Related):** | Eligible if 5 years have passed since attaining this status |
| **Refugee Assistance Program:** | Not eligible |

**NOTE:** 5 years of ineligibility does not apply to: Victims of human trafficking, certain veterans or active military, or those with deportation withheld.


### Documentation:

- I-551 (card will bear a picture of the noncitizen)
- Unexpired temporary I-551 stamp on I-94
- Unexpired temporary I-551 stamp in foreign passport


### US Citizenship and Immigration Services Codes to Look for on Card:

- Temporary stamp:

    PROCESSED FOR I-551 TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL _____ EMPLOYMENT AUTHORIZED

- Some commonly seen codes, which appear on the front or back of cards include: AR1, AR6, C20--C29, CF1, CF2, CR1, CR2, CR6, CR7, CX1--CX3, CX6--CX8, DV1, DV2, DV3, F20--F29, FX1--FX3, IF1, IF2, IR1--IR4, IR6-- IR9, IW1, IW2, IW6, IW7, MR6, MR7, P21--P23, P26--P28, IB1--IB3, IB6-- IB8, B11, B12, B16, B17, B20--29, B31--33, B36--38, BX1--BX3, or BX6-- BX8

Exhibit 3-A - 18                    1RFP1_025_011

**Additional Information:**

- Many Lawful Permanent Residents are required to have a sponsor unless they have a prior Refugee, Asylee, Amerasian, or Cuban/Haitian code.
- Lottery noncitizens will not have a sponsor.
- Noncitizens with codes DV1 through DV8 will not have sponsors.

12

Exhibit 3-A - 19        1RFP1_025_012

**CHAPTER 2**                                                                    **NONCITIZEN STATUS**

## Lawful Permanent Resident with prior Asylee Code
## Under section 208

**FLORIDA AICZ Code:    60**

**Policy:**  Lawful permanent residents with a prior Asylee status under section 208 are qualified noncitizens potentially eligible for benefits based on their date of status as well as meeting program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from date asylum status was granted |

**Documentation:**

- I-551 (card will bear a picture of the noncitizen) **required** for this code
- Unexpired temporary I-551 stamp on I-94 or in foreign passport

**Establishing Asylee Status:**

- I-94 annotated with stamp showing grant of asylum under section 208
- Grant letter from the Asylum Office of US Citizenship and Immigration Services
- Order of an immigration judge granting asylum
- Employment Authorization Document (I-766) annotated "A5".  Must also verify date of status.

**US Citizenship and Immigration Services Codes to Look for on Card:**

- Temporary stamp:
  PROCESSED FOR I-551 TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL _____EMPLOYMENT AUTHORIZED
- Codes will be found on front or back of cards.
- Some commonly seen codes, which appear on the front or back of cards include: AS1, AS2, and AS3 which establish asylee status.  Some others are: AS6, AS7, AS8, GA6, GA7, and GA8

**Additional Information:**

- If code **Z13** – Determine entry port and fax Executive Office for Immigration Review form to Executive Office for Immigration Review Court.

13

Exhibit 3-A - 20                    1RFP1_025_013

**CHAPTER 2**                                                    **NONCITIZEN STATUS**

---

### Lawful Permanent Resident with prior Amerasian code

**FLORIDA AICZ Code:     61**

**Policy:**  Lawful permanent residents with Amerasian status are qualified noncitizens potentially eligible for benefits based on their date of entry into the country as well as meeting program specific criteria.  See code 57 on page 2-48 for definition of Amerasian.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if from Vietnam and within <u>first</u> eight months from their date of entry into the country |

**<u>Documentation:</u>**

- I-551 with code AM6, AM7, AM8 (card will bear a picture of the noncitizen)
- Unexpired temporary I-551 stamp on I-94 with code AM1, AM2, or AM3
- Unexpired temporary I-551 stamp in foreign passport with code AM1, AM2, or AM3

**<u>US Citizenship and Immigration Services Codes to Look for on Card:</u>**

- Temporary stamp:
  PROCESSED FOR I-551 TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL _____EMPLOYMENT AUTHORIZED
- Codes will be found on front or back

**<u>Additional Information:</u>**

- If code **Z13** – Determine entry port and fax Executive Office for Immigration Review form to Executive Office for Immigration Review Court.

14

Exhibit 3-A - 21          1RFP1_025_014

# Lawful Permanent Resident
## with prior Cuban/Haitian Entrant code

**FLORIDA AICZ Code:    62**

**Policy:**  Lawful permanent resident with prior Cuban/Haitian status are qualified noncitizens potentially eligible for benefits based on their date of status as well as meeting program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from their date of entry into the country |

**Documentation:**

- I-94 with stamp showing paroled as Cuban Haitian Entrant under 212(d)(5)
- Current or expired temporary I-551 stamp on I-94 or foreign passport with codes CH6, HE6, HA6, or HB6
- Current or expired I-551 stamp in foreign passport with code CU6, CU7 (CU7 not eligible for RAP), or NC6 and other documents indicating prior Cuban/Haitian Entrant status.
- A child from Cuba or Haiti with special immigrant juvenile status.

**US Citizenship and Immigration Services Codes to Look for on Card:**

- Temporary stamp:
   PROCESSED FOR I-551 TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL _____EMPLOYMENT AUTHORIZED

**Additional Information:**

- If code **Z13** – Determine entry port and fax Executive Office for Immigration Review form to Executive Office for Immigration Review Court.

15

Exhibit 3-A - 22          1RFP1_025_015

# ASYLEES
# 2.2

## Granted Asylum under section 208

**FLORIDA AICZ Code:**     **53**

**Policy:**   Noncitizens granted permission to remain in this country under Section 208 are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from the date asylum status was granted |

**Documentation:**

- I-94 annotated with stamp showing codes AS1, AS2, AS3, or V92
- I-94 annotated with stamp showing grant of asylum under section 208
- Grant letter from the Asylum Office of US Citizenship and Immigration Services
- Order of an immigration judge granting asylum
- I-766 annotated "A5"
- USCIS Notice of Approval of the asylee's I-730 petition (for family members not included in the original petition).

**NOTE:**  I-589 is only used for Cuban/Haitian Asylum Applicants.  AICZ code 64 should be used for these customers.

**Additional Information:**

- An asylee is a noncitizen already in the United States or at a port of entry, who is granted asylum in the United States.
- Asylum may be granted to noncitizens, who are unable or unwilling to return to their countries of nationality, or to seek the protection of those countries, because of persecution or a well-founded fear of persecution.
- This status is covered by Section 208 of the Immigration and Nationality Act.

Exhibit 3-A - 24

## National of Cuba or Haiti who is an Asylum Applicant

**FLORIDA AICZ Code:    64**

**Policy:**  A national of Cuba or Haiti who meets 501(e) of the Refugee Education Assistance Act of 1980 because they have an application for asylum pending with US Citizenship and Immigration Services is considered a Cuban/Haitian Entrant who is potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from the date C/H Entrant status was attained |

**Documentation:**

- I-589
- I-94
- I-766 with category code C08

**Additional Information:**

- An asylum applicant is one who has applied for asylum, whose application for asylum is pending, and who has not yet received a final, non-appealable denial of the request for asylum.
- Asylum may be granted to noncitizens, who are unable or unwilling to return to their countries of nationality, or to seek the protection of those countries, because of persecution or a well-founded fear of persecution.

Exhibit 3-A - 25          1RFP1_025_018

# REFUGEES
# 2.2

Exhibit 3-A - 26        1RFP1_025_019

**CHAPTER 2**                                                      **NONCITIZEN STATUS**

---

## Refugee under section 207

**FLORIDA AICZ:      52**

**Policy:**  Noncitizens admitted under Section 207 are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from the date of entry into the country |

**Documentation:**

- I-94 annotated with codes RE1, RE2, RE3, RE4, or V93.
- I-94 annotated with stamp showing admission under Section 207
- I-766 annotated "A3"
- I-571

**US Citizenship and Immigration Services Codes to Look for on Card:**

Stamp (Section 207 or 207(c)):

ADMITTED AS A REFUGEE PURSUANT TO SEC. 207 OF THE INA.  IF YOU DEPART THE U.S. YOU WILL NEED PRIOR PERMISSION FROM USCIS TO RETURN.  EMPLOYMENT AUTHORIZED PORT _____ DATE _____ OFF.

**Additional Information:**

- A Refugee is a person who flees his or her country due to persecution or a well-founded fear of persecution because of race, religion, nationality, political opinion, or membership in a social group.
- Refugees are eligible for federal resettlement assistance.

20

Exhibit 3-A - 27        1RFP1_025_020

# Victims of Human Trafficking

**FLORIDA AICZ Code:    73**

**Policy:**   Victims of severe forms of human trafficking are eligible under any federal or state program or activity to the same extent as a noncitizen, admitted to the United States as a refugee under section 207 of the Immigration and Nationality Act.  The spouse of an age 21 or older trafficking victim, are eligible to the same extent as the victim.  The parents, spouses, children, and unmarried siblings of the trafficking victim under 21 years of age, who are under 18 on the date of the T visa application, are eligible to the same extent as the victim.

The William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 expanded eligibility for federal benefits and services to children who are potential child victims of human trafficking.  Under the law, the Department of Health and Human Services (HHS) Office of Refugee Resettlement (ORR) may authorize "interim assistance" for up to 90 days for a child potentially subjected to human trafficking.

If the Department of Health and Human Services Office of Refugee Resettlement determines the child is a potential victim of human trafficking, they will provide an "Interim Assistance Letter" that authorizes eligibility for all federally funded benefits and services, for up to 90 days, to the same extent as a Refugee.  This includes placement in the Unaccompanied Refugee Minors Program if no parent or legal guardian is available to care for the child.  Children are not required to have continued presence or a "T" nonimmigrant visa before receiving an "Interim Assistance Letter".

| | |
|---|---|
| **Food Assistance Benefits** | Eligible from the date on certification letter |
| **Temporary Cash Assistance** | Eligible from the date on certification letter |
| **Medicaid (includes SSI-Related)** | Eligible from the date on certification letter |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from the date on certification letter |

**Note:** The date of entry will be the date indicated on the certification letter.

**Documentation:**

- Office of Refugee Resettlement (ORR) certification letter
- Telephone call to verification line at (202) 401-5510
- Note entry date on CLRC
- Victims that are minors are eligible based on a similar ORR letter of eligibility, which is not a certification letter
- T-2, T-3, T-4, or T-5 visa, also called a "Derivative T Visa"

21

Exhibit 3-A - 28        1RFP1_025_021

# PAROLEES
# 2.4

Exhibit 3-A - 29        1RFP1_025_022

_____

## Paroled under section 212(d)(5) for at least one year, Admitted before 8/22/96

**FLORIDA AICZ Code:    49**
**For nationals of Cuba or Haiti use AICCZ code 63**

**Policy:**  Noncitizens who entered this country before 8/22/96 who were granted temporary parole status for at least one year under section 212(d)(5) are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible if 5 years have passed since attaining this status |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

### Documentation:

- I-94 with a stamp showing admission for at least one year under section 212(d)(5).  The noncitizen cannot aggregate periods of admission for less than a year to meet the one-year requirement.

- The following card verifies parolee status, but may not reflect the length of the parole period:
    - I-766 annotated "A4" or "C11"

### US Citizenship and Immigration Services Codes to Look for on Card:

Stamp:

PAROLED PURSUANT TO SEC 212(d)(5) OF THE INA TO: _____
PURPOSE _____ PORT _____ DATE
_____OFFICER_____

### Additional Information:

- The time between the entry date and the paroled to date must be at least one year.
- The Justice Department has discretionary authority to permit certain persons or groups to enter the United States in an emergency or because it serves an overriding public interest.  Parole may be granted for humanitarian, legal, or medical reasons.  These entrants are granted temporary residence, are ineligible for special federal benefits and are not on a predetermined path to permanent resident status.
- Parolees may qualify for work authorization depending on personal circumstances.

Exhibit 3-A - 30          1RFP1_025_023

# Paroled under section 212(d)(5) for at least one year, admitted on or after 8/22/96

**FLORIDA AICZ Code:**        **50**

**For nationals of Cuba or Haiti use code 63**

**Policy:**  Noncitizens who entered this country on or after 8/22/96 who were granted temporary parole status for at least one-year under section 212(d)(5) are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| Food Assistance Benefits | Eligible if 5 years have passed since attaining this status |
|---|---|
| Temporary Cash Assistance | Eligible if 5 years have passed since granted parolee status |
| Medicaid (includes SSI-Related) | Eligible if 5 years have passed since granted parolee status |
| Refugee Assistance Program | Not eligible unless a national of Cuba or Haiti |

### Documentation:

- I-94 with a stamp showing admission for at least one year under section 212(d)(5).  The noncitizen cannot aggregate periods of admission for less than a year to meet the one-year requirement.

- The following card verifies parolee status, but may not reflect the length of the parole period:
    - I-766 annotated "A4" or "C11"

### US Citizenship and Immigration Services Codes to Look for on Card:

Stamp:

PAROLED PURSUANT TO SEC 212(d)(5) OF THE INA TO _____

PURPOSE _____PORT _____ DATE _____OFFICER _____

### Additional Information:

- The time between the entry date and the paroled to date must be at least one year.
- The Justice Department has discretionary authority to permit certain persons or groups to enter the United States in an emergency or because it serves an overriding public interest.
- Parole may be granted for humanitarian, legal, or medical reasons.
- These entrants are granted temporary residence, are ineligible for special federal benefits and are not on a predetermined path to permanent resident status.
- Parolees may qualify for work authorization depending on personal circumstances.

24

Exhibit 3-A - 31                    1RFP1_025_024

---

## National of Cuba or Haiti Paroled under section 212(d)(5)

**FLORIDA AICZ Code:** 63

**Policy:** A national of Cuba or Haiti who is identified by US Citizenship and Immigration Services as a Cuban/Haitian Entrant or who meets status as defined by section 501(e) of the Refugee Education Assistance Act of 1980 is a qualified noncitizen potentially eligible for benefits based on program specific criteria (regardless of length of parole).

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within first eight months from the date C/H Entrant status was attained |

**Documentation:**

- I-551 with code CU6 or CH6 (card will bear a picture of the noncitizen)
- I-94 with code CU6 or EWI
- I-94 with a stamp showing admission under section 212(d)(5)
- The following card verifies parolee status, but may not reflect the length of the parole period:
- I-766 annotated "A4" or "C11"

**US Citizenship and Immigration Services Codes to Look for on Card:**

Stamp:

PAROLED PURSUANT TO SEC 212 (d)(5) OF THE INA TO _____
PURPOSE _____PORT _____DATE_____
OFFICER _____

- May be stamped "Humanitarian Paroled".

**Additional Information:**

The Justice Department has discretionary authority to permit certain persons or groups to enter the United States in an emergency or because it serves an overriding public interest.

- Parole may be granted for humanitarian, legal, or medical reasons.
- Parolees may qualify for work authorization depending on personal circumstances.

Exhibit 3-A - 32                    1RFP1_025_025

# DEPORTATION WITHHELD
# 2.5

**CHAPTER 2**                                              **NONCITIZEN STATUS**

## Deportation Withheld under section 243(h) or 241(b)(3)

**FLORIDA AICZ Code:    56**

**If Cuban or Haitian refer to code 66.**

**Policy:**  Noncitizens whose deportation is withheld under section 243(h) or 241(b)(3) are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

**Documentation:**

- I-766 with "A10"
- An order from an immigration judge showing deportation withheld under section 243(h) in effect prior to April 1, 1997, or removal withheld under section 241(b)(3)

**Additional Information:**

Newer forms may use the term "Cancellation of Removal" instead of Deportation.

27

Exhibit 3-A - 34        1RFP1_025_027

## National of Cuba or Haiti with an Indefinite Stay of Deportation

**FLORIDA AICZ Code:     65**

**Policy:**        A national of Cuba or Haiti who meets 501(e) of the Refugee Education Assistance Act of 1980 because they have an indefinite stay of deportation is a Cuban/Haitian Entrant potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from the date C/H Entrant status was attained |

**Documentation:**

- I-766 annotated A10
- Oder from an immigration judge or Board of Immigration Appeals showing deportation suspended/withheld under section 243(h), or cancellation of removal under section 241(b)(3)

**Additional Information:**

- Newer forms may use the term "Cancellation of Removal" instead of Deportation.
- These noncitizens are deportable individuals residing in the United States pursuant to an indefinite stay of deportation.

Exhibit 3-A - 35          1RFP1_025_028

**CHAPTER 2**                                        **NONCITIZEN STATUS**

---

### National of Cuba or Haiti Whose Deportation is Withheld

**FLORIDA AICZ Code:    66**

**Policy:**        A national of Cuba or Haiti, who is identified by US Citizenship and Immigration Services as a Cuban/Haitian Entrant or who meets any status as defined by section 501(e) of the Refugee Education Assistance Act of 1980 is a qualified noncitizen potentially eligible for benefits based on program specific criteria.

| Food Assistance Benefits | Eligible |
|---|---|
| Temporary Cash Assistance | Eligible |
| Medicaid (includes SSI-Related) | Eligible |
| Refugee Assistance Program | Eligible if within <u>first</u> eight months from the date C/H Entrant status was attained |

**Documentation:**

- I-766 annotated "A10"
- An order from an immigration judge showing deportation is withheld under section 243(h) in effect prior to April 1, 1997, or removal withheld under section 241(b)(3)

**Additional Information:**

Newer forms may use the term "Cancellation of Removal" instead of Deportation.

29

Exhibit 3-A - 36        1RFP1_025_029

# ENTRANTS
## 2.6

Exhibit 3-A - 37        1RFP1_025_030

## Conditional Entrant admitted before 8/22/96

**FLORIDA AICZ Code:     47  (CODE NO LONGER IN USE)**

**Policy:**  Noncitizens who entered this country before 8/22/96 who were granted conditional entrant status under section 203(a)(7) are qualified noncitizens potentially eligible for benefits based on program specific criteria.  All noncitizens who were granted conditional entrant status have now adjusted to lawful permanent residents (LPR) and their eligibility is now based on that status.

**Additional Information:**

This is a noncitizen who entered the United States or who adjusted his status to lawful permanent resident under the seventh preference category of Public Law 89-236, which was enacted in 1965.  This status was established by section 203(a)(7) of Immigration and Nationality Act, but the seventh preference was abolished by the Refugee Act of 1980 (Public Law 96-212).

## Conditional Entrant admitted on or after 8/22/96

**FLORIDA AICZ Code:     48  (CODE NO LONGER IN USE)**

**Policy:**  Noncitizens who entered this country on or after 8/22/96 who were granted conditional entrant status under section 203(a)(7) are qualified noncitizens potentially eligible for benefits based on program specific criteria.  All noncitizens who were granted conditional entrant status have now adjusted to lawful permanent residents (LPR) and their eligibility is now based on that status.

Exhibit 3-A - 38          1RFP1_025_031

# Cuban/Haitian Entrant

**FLORIDA AICZ Code:     54**

**Policy:**  Noncitizens granted Cuban/Haitian entrant status by US Citizenship and Immigration Services or nationals of Cuba or Haiti who meet any status identified under 501(e) of the Refugee Education Assistance Act of 1980 are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if within <u>first</u> eight months from the date C/H Entrant status was attained |

**Documentation:**

- Current or expired I-94 or Passport with INA 212(d)(5)
- Current or expired I-94 with "Form I-589 filed" or USCIS receipt for Form I-589
- Current or expired I-94 with EWI and an Order to Show Cause or Notice to Appear or some other document or confirmation from the EOIR case status line (800-898-7180) that shows the applicant is in ongoing removal proceedings
- I-766 with codes A10, C08, C10, C11, C12, C14, or C15
- Order from immigration judge indicating that deportation/removal has been withheld under INA §243(h) in effect prior to April 1, 1997, or §241(b)(3)
- Order to Show Cause or Order of Release on Recognizance or Notice to Appear with name and address, alien number, and the notice of a deportation hearing to be scheduled, plus confirmation of nationality and date of entry from other documents or SAVE; and confirmation of ongoing proceedings from documents of recent date or future hearing date or from the EOIR case status line (800-898-7180)
- SAVE or other USCIS document with AO, AS, CC, CH, CP, DE, DT, EF, EP, ERF, ERP, or ROR

**Additional Information:**

Cuban/Haitian Entrant is a category originally created for:

- Cubans who entered illegally between April 15 and October 10, 1980;
- Haitians who entered illegally before January 1, 1981; or
- Specific groups of Cubans and Haitians arriving after October 10, 1980.

**45 CFR §401.12** states: "The number of months during which an entrant may be eligible for cash and medical assistance for which Federal reimbursement is available under this section shall be **counted starting with the first month in which an individual**

32

Exhibit 3-A - 39                    1RFP1_025_032

---

**meeting the definition of a Cuban/Haitian entrant in Section 401.2 was first issued documentation by the Immigration and Nationality Service indicating:**

1) That the entrant has been granted parole by the Attorney General under the Immigration and Nationality Act;

2) That the entrant is in a voluntary departure status; or

3) That the entrant's residence in a U.S. community is known to the US Citizenship and Immigration Services.


**Note:** Certain Haitian parolees will be issued an I-94 (arrival/departure) record with the statement: "This form does not convey authorization to receive any type of public benefit."  The presence of this statement does not invalidate the I-94 indicating a "parole" status nor does it make the paroled Haitian ineligible for public assistance.

Exhibit 3-A - 40        1RFP1_025_033

# BATTERED
# 2.7

## Battered Spouse or Abused Child Admitted Before 08/22/96

**FLORIDA AICZ Code:    44**

**Policy:**  Noncitizens who have been battered or subjected to extreme cruelty in the United States by a spouse, a parent, or by a member of the spouse or parent's family residing in the same household are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible if the noncitizen meets the requirements listed below: |
| **Temporary Cash Assistance** | Eligible if the noncitizen meets the requirements listed below: |
| **Medicaid (includes SSI-Related)** | Eligible if the noncitizen meets the requirements listed below: |
| **Refugee Assistance Program** | Not eligible |

1. The battered noncitizen, child or parent no longer resides in the same household as the abuser(s);
2. There is a substantial connection between the battery or extreme cruelty and the need for public assistance; and
3. US Citizenship and Immigration Services or the Executive Office for Immigration Review has granted a petition or received an application filed by or on behalf of the noncitizen (USCIS Forms I-130 filed on behalf of the alien or I-360 filed by the alien); **or** the noncitizen, noncitizen's child, or the noncitizen child's parent has been battered or subjected to extreme cruelty while in the U.S. by a spouse, parent, member of the spouse's or parent's family (related by blood, adoption or marriage) residing in the same household, if the spouse or parent consents or allows such battery or cruelty.

This information may be verified through US Citizenship and Immigration Services or the Executive Office for Immigration Review.  While awaiting verification, the public assistance specialist should continue the benefit determination.

**Documentation:**

May include but is not limited to:

- I-130 or I-360 petition with section 204 (a)(1)(A)(i) or (ii) or (iii) or (iv), 204(a)(1)(B)(i), or (ii) or (iii); 244 (a)(3); or 240A (b)(2)
- I-797 indicating approval of an I-130 or I-360 petition
- A cash register or computer-generated receipt indicating filing of an I-130 or I-360
- An "Order to Appear", "Notice to Appear" or "Notice of Hearing in Deportation Proceedings"
- EOIR form 42, Application for Cancellation of Removal

35

Exhibit 3-A - 42                          1RFP1_025_035

**CHAPTER 2**                                                    **NONCITIZEN STATUS**

---

**Additional Information:**

USCIS **only** makes the battery/cruelty determination.  The ESS determines that the abuser is no longer in the home and the substantial connection between the abuse and the need for public assistance.

Exhibit 3-A - 43        1RFP1_025_036

## Battered Spouse or Abused Child Admitted on or After 08/22/96

**FLORIDA AICZ Code:    45**

**Policy:**  Noncitizens who have been battered or subjected to extreme cruelty in the United States by a spouse or a parent or by a member of the spouse or parent's family residing in the same household are qualified noncitizens potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible if the noncitizen meets the following four requirements: |
| **Temporary Cash Assistance** | Eligible if the noncitizen meets the following four requirements: |
| **Medicaid (includes SSI-Related)** | Eligible if the noncitizen meets the following four requirements: |
| **Refugee Assistance Program** | Not eligible |

**Note:** Battered children, under the age of 18, are eligible for Food Assistance and Medicaid and do not have to wait 5 years.  See Code 75.

1. The battered noncitizen, child or parent no longer resides in the same household as the abuser(s);
2. There is a substantial connection between the battery or extreme cruelty and the need for public assistance;
3. US Citizenship and Immigration Services or the Executive Office for Immigration Review has granted a petition or received an application filed by or on behalf of the noncitizen (USCIS Forms I-130 filed on behalf of the alien or I-360 filed by the alien); **or** the noncitizen, noncitizen's child, or the noncitizen child's parent has been battered or subjected to extreme cruelty while in the U.S. by a spouse, parent, member of the spouse's or parent's family (related by blood, adoption or marriage) residing in the same household, if the spouse or parent consents or allows such battery or cruelty; and
4. 5 years have passed since attaining this or other eligible status.

This information may be verified through USCIS or the Executive Office for Immigration Review.  While awaiting verification, the public assistance specialist should continue the benefit determination.

**<u>Documentation:</u>**

May include but is not limited to:

- I-130 or I-360 petition with section 204 (a)(1)(A)(i) or (ii) or (iii) or (iv),
- 204(a)(1)(B)(i), or (ii) or (iii); 244 (a)(3); or 240A (b)(2)
- I-797 indicating approval of an I-130 or I-360 petition
- A cash register or computer-generated receipt indicating filing of an I-130 or I-
- 360

37

Exhibit 3-A - 44            1RFP1_025_037

- An "Order to Appear", "Notice to Appear" or "Notice of Hearing in Deportation Proceedings"
- EOIR form 42, Application for Cancellation of Removal

**Additional Information:**

- US Citizenship and Immigration Services **only** makes the battery/cruelty determination.  The ESS specialist determines that the abuser is no longer in the home and the substantial connection between the abuse and the need for public assistance.

38

Exhibit 3-A - 45            1RFP1_025_038

# MILITARY
# 2.8

## Active Duty United States Military Personnel or Veterans

**FLORIDA AICZ Code:**   **42**

**Policy:**  Qualified noncitizens who are on active duty in the United States Armed Forces or are veterans with an honorable discharge for reasons other than their alien status, who meet the minimum active-duty service requirements of Section 5303A(d) of Title 38, United States Code (24 months or the period for which the person was called to active duty) are potentially eligible for benefits based on program specific criteria.  There is no five-year requirement for this status.

| Food Assistance Benefits | Eligible if a qualified noncitizen |
|---|---|
| Temporary Cash Assistance | Eligible if a qualified noncitizen |
| Medicaid (includes SSI-Related) | Eligible if a qualified noncitizen |
| Refugee Assistance Program | Not eligible |

**Documentation:**

Active Duty:

- Military Identification Card (DD Form 2(Active)) which lists an expiration date of more than one year from the current date; or
- Copy of current military orders (if the expiration date on DD Form 2 is less than one year); or
- Verification provide by the military person from RAPIDS (Real Time Automated Personnel Identification System); or
- Notification received by writing or faxing

> DEERS Support Office
> ATTN: Research and Analysis
> 400 Gigling Road
> Seaside, California 93955-6771
> Fax Number: (408) 665-8317.

Honorably Discharged Veteran:

- DD Form-214 that shows two or more years of active duty in United States Armed Forces and character of discharge "Honorable"; or
- DD-2, active duty form (if card to expire within 1 year, must see veteran's Military Active Duty orders) Reserves & National Guard not included if in training-must be active; or
- Discharge papers, enlistment papers, other military papers; or
- Contact the local Veteran's Administration office.

# Spouses & dependent children of Active Duty
# United States Military Personnel or Veterans

**FLORIDA AICZ Code:     43**

**Policy:**  Qualified noncitizens who are the spouses, dependent children or unremarried surviving spouses of noncitizen active duty United States military personnel or veterans are potentially eligible for benefits based on program specific criteria.  The military person must also be a qualified noncitizen.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible if a qualified noncitizen and they meet one of the criteria below |
| **Temporary Cash Assistance** | Eligible if a qualified noncitizen and they meet one of the criteria below: |
| **Medicaid (includes SSI-Related)** | Eligible if a qualified noncitizen and they meet one of the criteria below: |
| **Refugee Assistance Program** | Not eligible |

- The spouse of active duty military personnel or a veteran with an honorable discharge for reasons other than their alien status, who meets the minimum active-duty service requirements of Section 5303A(d) of Title 38, United States Code (24 months or the period for which the person was called to active duty); or

- The unremarried surviving spouse of a noncitizen active-duty military personnel or a veteran who was married to the active duty military personnel or veteran within 15 years after the termination of the period of service which the injury or disease causing the death of the veteran was incurred or aggravated, the marriage lasted for a period of at least one year or a child was born from the relationship during or before the marriage; or

- The unmarried legally adopted or biological dependent child of noncitizen active duty military personnel or an honorably discharged veteran for reasons other than their alien status, who meets the minimum active-duty service requirements of Section 5303A(d) of Title 38, United States Code (24 months or the period for which the person was called to active duty).

**Documentation:**

Active Duty:

- Military Identification Card (DD Form 2(Active)) which lists an expiration date of more than one year from the current date; or

- Copy of current military orders for spouse or parent (if the expiration date on DD Form 2 is less than one year); or

- Verification provide by the military person from RAPIDS (Real Time Automated Personnel Identification System); or

- Notification received by writing or faxing:

Exhibit 3-A - 48                    1RFP1_025_041

DEERS Support Office

ATTN: Research and Analysis
400 Gigling Road
Seaside, California 93955-6771
Fax Number: (408) 665-8317.

Honorably Discharged Veteran:

- DD Form-214 that shows two or more years of active duty in United States Armed Forces and character of discharge "Honorable"; or

- Contact the local Veteran's Administration office.

42

Exhibit 3-A - 49          1RFP1_025_042

# ELIGIBLE INDEFINITELY REGARDLESS OF STATUS
# 2.9

43

Exhibit 3-A - 50          1RFP1_025_043

## American Indians born Outside the United States

**FLORIDA AICZ Code:    46**

**Policy:**  American Indians born outside the United States who are subject to section 289 of the Immigration and Nationality Act or who are a member of an Indian tribe as defined in section 4(e) of the Indian Self-Determination and Education Assistance Act are potentially eligible for benefits based on program specific criteria.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

**Documentation:**

For section 289:
- I-551 Permanent Resident Card with S-13
- Unexpired temporary I-551 stamp in a Canadian passport
- I-94 with S-13
- Letter or other tribal document certifying 50% American Indian blood **and** a birth certificate or other evidence of birth in Canada
- For a member of an Indian tribe as defined in section 4(e):
- Membership card or other tribal document demonstrating membership in a
- Federally recognized Indian tribe
- If no documentation of tribal membership is available contact the tribal government for verification (Contact Department of Justice for tribal government contacts.)

**Additional Information:**

A list of federally recognized Indian tribes is in Chapter 4 of this guide.

Exhibit 3-A - 51          1RFP1_025_044

# Hmong or Highland Laotians, Spouses, Dependent Children, or Unmarried Surviving Spouses

**FLORIDA AICZ Code:    70**

**Policy:**  Certain Hmong or Highland Laotians, their spouses, dependent children and unmarried surviving spouses are potentially eligible for benefits based on program specific criteria.

NOTE: The ESS Program Policy Unit at headquarters has a list of noncitizens known to the Immigration and Naturalization Service as Hmong and Highland Laotian.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Not eligible |
| **Medicaid (includes SSI-Related)** | Not eligible |
| **Refugee Assistance Program** | Not eligible |

**Documentation:**

- I-551 (card will bear a picture of the noncitizen)
- I-94
- Unexpired I-551 stamp in their Foreign Passport

**US Citizenship and Immigration Services Codes to Look for on Card:**

Some commonly seen codes, which appear on the front or back of cards include: RE1, RE2, RE3, RE6, RE7, R86, IC6, IC7

Exhibit 3-A - 52

# OTHER QUALIFIED ELIGIBLE INDEFINITELY
# 2.10

## Qualified Noncitizen Child under 18
## Lawfully Residing in the United States on or before 8/22/96

**FLORIDA AICZ Code:**    67

**Policy:**  A qualified noncitizen child under 18 years of age who was lawfully residing in the United States on 8/22/96 or before is potentially eligible for benefits.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible regardless of the date of entry |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

**Documentation:**

Based on their specific qualified noncitizen status use the same verification as:

- Codes 39, 40, 60, 61, 62-Lawful Permanent Resident Alien
- Code 52-Refugees admitted under section 207
- Codes 53, 64-Asylum Granted under section 208
- Codes 56, 66-Deportation Withheld under section 243(h) or 241(b)(3)
- Code 49, 63 Paroled under section 212(d)(5)
- Code 47-Granted Conditional Entry under section 203(a)(7)
- Code 54-Cuban/Haitian Entrant
- Code 44-Battered Spouse or Abused Child

Exhibit 3-A - 54          1RFP1_025_047

## Qualified Noncitizen who was 65 and
## Lawfully Residing in the United States on 8/22/96

**FLORIDA AICZ Code:    68**

**Policy:**  A qualified noncitizen who was 65 years of age and lawfully residing in the United States on 8/22/96 is potentially eligible for benefits.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

**NOTE:**  To qualify for this status, the noncitizen must have been born on or before August 21, 1931.

**Documentation:**

Based on their specific qualified noncitizen status use the same verification as:

- Codes 39, 40, 60, 61, 62-Lawful Permanent Resident Alien
- Code 52-Refugees admitted under section 207
- Codes 53, 64-Asylum Granted under section 208
- Codes 56, 66-Deportation Withheld under section 243(h) or 241(b)(3)
- Code 49, 63 Paroled under section 212(d)(5)
- Code 47-Granted Conditional Entry under section 203(a)(7)
- Code 54-Cuban/Haitian Entrant
- Code 44-Battered Spouse or Abused Child

Exhibit 3-A - 55        1RFP1_025_048

## Qualified Noncitizen Blind or Disabled Lawfully Residing in the United States on or before 8/22/96

**FLORIDA AICZ Code:     69**

**Policy:**  A qualified noncitizen who is currently blind or disabled lawfully residing in the United States is potentially eligible for benefits.

| Food Assistance Benefits | Eligible regardless of the date of entry |
|---|---|
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

### Documentation:

Based on their specific qualified noncitizen status use the same verification as:

- Codes 39, 40, 60, 61, 62 - Lawful Permanent Resident Noncitizen
- Code 52 – Refugees Admitted under section 207
- Codes 53, 64 – Asylum Granted under section 208
- Codes 56, 66 – Deportation Withheld under section 243(h) or 241(b)(3)
- Codes 49, 63 – Paroled under section 212(d)(5)
- Code 47 – Granted Conditional Entry under section 203(a)(7)
- Code 54 – Cuban/Haitian Entrant
- Code 44 – Battered Spouse or Abused Child

Exhibit 3-A - 56                    1RFP1_025_049

## Qualified Noncitizen Blind or Disabled or Qualified Noncitizen Child under 18 Lawfully Residing in the United States

**FLORIDA AICZ Code:     75**

**Policy:**  A qualified noncitizen who is currently blind or disabled or a qualified noncitizen child under 18 years of age lawfully residing in the United States is potentially eligible for food assistance regardless of their date of entry. <u>Use with food assistance cases only when not also eligible for Temporary Cash Assistance or Medicaid.</u>

| | |
|---|---|
| **Food Assistance Benefits** | Eligible regardless of the date of entry |
| **Temporary Cash Assistance** | Not eligible if entered on or after 8/22/96 and currently within an applicable 5-year ban |
| **Medicaid (includes SSI-Related)** | Not eligible, if entered on or after 8/22/96 and currently within an applicable 5-year ban<br><br>Eligible, if under age "18" and within the 5-year ban |
| **Refugee Assistance Program** | Eligible, if the child is within the 5-year ban and the refugee parent is eligible |

**Note:** When the child turns 18 and is still within the 5-year ban change the code on the AICZ screen to code 77 for Medicaid eligibility.

<u>Documentation:</u>

Based on their specific qualified noncitizen status use the same verification as:

• Codes 39, 40, 60, 61, 62 - Lawful Permanent Resident Noncitizen

• Code 52 – Refugees Admitted under section 207

• Codes 53, 64 – Asylum Granted under section 208

• Codes 56, 66 – Deportation Withheld under section 243(h) or 241(b)(3)

• Codes 49, 63 – Paroled under section 212(d)(5)

• Code 47 – Granted Conditional Entry under section 203(a)(7)

• Code 54 – Cuban/Haitian Entrant

• Code 44 – Battered Spouse or Abused Child

Exhibit 3-A - 57                    1RFP1_025_050

# OTHER
# 2.11

# Amerasian

**FLORIDA AICZ Code:     57**

**Policy:**          Amerasians from Vietnam admitted under section 584 of the Foreign Operations, Export Financing and Related Programs Appropriations Act of 1988 as immigrants with lawful permanent resident status are potentially eligible for benefits based on program specific criteria.  Amerasians are children born in Vietnam between 1/1/62 and 1/1/76 fathered by an American citizen or a spouse, child, parent, or guardian accompanying or following an Amerasian admitted under this program.

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Eligible if from Vietnam and within first eight months from their date of entry into the country |

**Documentation:**

- I-94
- Visa
- Unexpired temporary I-551 stamp in a foreign passport with code AM1, AM2, or AM3
- Unexpired temporary I-551 stamp on I-94 with code AM1, AM2, or AM3
- Foreign Passport, **w/**code A11, A16, A41, A46, AM1, AM2, AM3, or ARI

52

Exhibit 3-A - 59          1RFP1_025_052

**CHAPTER 2**                                          **NONCITIZEN STATUS**

## No Qualified or Eligible status
## (Eligible for Emergency Medicaid for Aliens)

**FLORIDA AICZ Code:**     **58**

**Policy:**  Ineligible noncitizens who do not have a qualified or eligible status but meet the technical factors of eligibility for the Medicaid program and have a medical emergency are potentially eligible for Emergency Medicaid for Aliens.

| | |
|---|---|
| **Food Assistance Benefits** | Not eligible |
| **Temporary Cash Assistance** | Not eligible |
| **Medicaid (includes SSI-Related)** | Eligible only for the period of the medical emergency providing all other technical factors of eligibility with the exception of alien status are met |
| **Refugee Assistance Program** | Not eligible |

**Documentation:**

- Any US Citizenship and Immigration Services documentation that is not covered in one of the other categories.
- Client's acknowledgement of no US Citizenship and Immigration Services status.
- May require verification of Florida residency, if in the U.S. for a temporary reason.

**US Citizenship and Immigration Services Codes To Look for on Card:**
 Any section/code that is not covered in one of the other categories.

**Additional Information:**
 Many noncitizens who were previously eligible for benefits prior to welfare reform now fall into this category.

Exhibit 3-A - 60          1RFP1_025_053

**CHAPTER 2**                                                    **NONCITIZEN STATUS**

# Other US Citizenship and Immigration Services status
## (Not Eligible for Emergency Medicaid for Aliens)

**FLORIDA AICZ Code:      59**

**Policy:**  Noncitizens who were admitted in a status coded A-V (as listed below) on the I-94 card (i.e. government workers, visitors, students, etc.) may be eligible for Emergency Medical Assistance for Aliens if they can verify residency in the state of Florida.

| Food Assistance Benefits | Not eligible |
|---|---|
| **Temporary Cash Assistance** | Not eligible |
| **Medicaid (includes SSI-Related)** | Not eligible |
| **Refugee Assistance Program** | Not eligible |

**NOTE:** If their document is expired they would meet residency requirements for Emergency Medicaid for Aliens.

## Documentation:
- I-94
- Passport/Visa

## US Citizenship and Immigration Services Codes to Look for on Card:

UNITED STATES. IMMIGRATION (date stamp) ADMITTED _____ UNTIL _____
The following are examples of VISA types that are not traditionally considered residents and for whom additional review may be necessary:

A = Foreign government representatives on official business and their families and servants
B = Visitors for business or pleasure
C = In travel status while traveling directly through the United States
D = Crew Member on shore leave
E = Treaty traders and investors and their families.
F = Students
G = International organizational representatives and personnel and their families and servants.
H = Temporary workers
I = Members of media and their families
J = Exchange visitors
K = Fiancée of United States citizen
L = Intra County Transfer.
M = Vocational or language students
N = NAFTA and NATO
O = Workers with Extraordinary Abilities
P = Athletes and Entertainers
Q = Cultural Exchange Visitors
R = Religious Workers
S = Witness or Informant
T = Victims of Human Trafficking, Trade visas for Canadians and Mexicans, and Transit without Visa (may be eligible for other programs if letter from ORR is provided.  See page 2-16.)
TPS = Temporary Protected Status
U = Victims of Certain Crimes
V = Certain Second Preference Beneficiaries

Exhibit 3-A - 61          1RFP1_025_054

**Additional Information:**

These noncitizens have valid USCIS documents, but they are ineligible for benefits in Florida because they are not Florida residents.

Exhibit 3-A - 62     1RFP1_025_055

# SDX – SUNCAP Eligible

**FLORIDA AICZ Code:**      71

**Policy:**  A Qualified Noncitizen who is eligible for food assistance based on the status provided by the Social Security Administration during the application for Supplemental Security Income (SSI).

| | |
|---|---|
| **Food Assistance Benefits** | Eligible |
| **Temporary Cash Assistance** | Not eligible |
| **Medicaid (includes SSI-Related)** | Not eligible |
| **Refugee Assistance Program** | Not eligible |

## Documentation:

Based on their specific qualified noncitizen status use the same verification as:

- Codes 39, 40, 60, 61, 62 - Lawful Permanent Resident Noncitizen
- Code 52 – Refugees Admitted under section 207
- Codes 53, 64 – Asylum Granted under section 208
- Codes 56, 66 – Deportation Withheld under section 243(h) or 241(b)(3)
- Codes 49, 63 – Paroled under section 212(d)(5)
- Code 47 – Granted Conditional Entry under section 203(a)(7)
- Code 54 – Cuban/Haitian Entrant
- Code 44 – Battered Spouse or Abused Child

Exhibit 3-A - 63        1RFP1_025_056

**CHAPTER 2**                                    **NONCITIZEN STATUS**

## SDX – SUNCAP Ineligible

**FLORIDA AICZ Code:**      **72**

**Policy:**  A noncitizen that does not meet the qualified status or other noncitizen criteria to be eligible for the SUNCAP program.

| Food Assistance Benefits | Not eligible |
|---|---|
| Temporary Cash Assistance | Not eligible |
| Medicaid (includes SSI-Related) | Not eligible |
| Refugee Assistance Program | Not eligible |

**Documentation:**

- Any US Citizenship and Immigration Services documentation that is <u>not covered in one of the other eligible categories</u>
- Client's acknowledgement of no US Citizenship and Immigration Services status

57

Exhibit 3-A - 64          1RFP1_025_057

## Lawfully Residing Noncitizen Child under Age 19 and Qualified Noncitizen Children Age 18 subject to the 5-year ban

**FLORIDA Code:      77**

**Policy:**  A lawfully residing noncitizen child under age 19, regardless of date of entry that does not meet a qualified status is potentially eligible for Medicaid. **Note:** A child may derive their lawfully residing status from their parent such as employment authorization, student, etc.  These children are considered lawfully residing even though the status is "secondary" or derived from their parent's status.   If the child is under age 18 in a qualified status use code 75 for food assistance and Medicaid eligibility.

| | |
|---|---|
| **Food Assistance Benefits** | Not eligible |
| **Temporary Cash Assistance** | Not eligible |
| **Medicaid (includes SSI-Related)** | Eligible |
| **Refugee Assistance Program** | Not eligible |

**Documentation:**

- Any US Citizenship and Immigration Services documentation that is <u>not covered in one of the other eligible categories</u> that shows lawful presence in the U.S.
- May require verification of Florida residency, if in the U.S. for a temporary reason.
- Examples include:
  - Visa holders
  - Individuals paroled less than 1 year
  - Temporary Residents
  - Individuals with Temporary Protected Status (TPS)
  - Individuals with employment authorization
  - Family Unity Beneficiaries
  - Deferred Enforcement Departure (DED)
  - Deferred Action Status (not including Deferred Action for Childhood Arrivals)
  - Administrative Stay of Removal
  - Approved Visa Petition with a pending application for Adjustment of Status
  - Non-Cuban/Haitians with a pending application for asylum
  - Withholding of Removal or Convention Against Torture who has also been Granted Employment Authorization or is under age 14 and their application has been pended for a least 180 days
  - Withholding of Removal under the Convention Against Torture
  - Pending application for Special Immigrant Juvenile Status

- Do not request additional information regarding when a temporary immigration status will expire for a child considered lawfully residing.

Exhibit 3-A - 65                    1RFP1_025_058

CHAPTER 3                              NONCITIZEN DOCUMENT INFORMATION

## TABLE OF CONTENTS                           CHAPTER 3

| | |
|---|---|
| Verification Requirements for Noncitizens | 60 |
| Arrival/Departure Record I-94 | 63 |
| Resident Alien/Permanent Resident Card I-551 | 64 |
| Foreign Passport with I-551 Stamp | 67 |
| Refugee Travel Document I-571 | 68 |
| Employment Authorization Card (EAD) I-766 | 69 |
| Decision Granting Asylum | 70 |
| Order Granting Suspension of Deportation | 72 |
| Notice to Appear (NTA) I-862 | 73 |

59

Exhibit 3-A - 66        1RFP1_025_059

**VERIFICATION REQUIREMENTS FOR NONCITIZENS**

Individuals applying for or receiving public assistance benefits (food assistance, Temporary Cash Assistance, or Medicaid) must be U.S. citizens or meet noncitizen requirements.

U.S. citizens are:
• Born in the United States or a U.S. territory;
• Born abroad to a U.S. citizen; or
• Naturalized.

Individuals are in a qualified noncitizen status if they are:

• Lawful Permanent Residents (LPR);
• Asylees under section 208;
• Refugees admitted under section 207;
• Parolees under section 212(d)(5) admitted for at least 1 year;
• Deportation withheld under section 243(h) or 241(b)(3);
• Granted Conditional Entry pursuant to section 203(a)(7);
• Cuban and Haitian Entrants;
• Battered spouse or abused child, or the parent or child of a battered person; and
• Victims of Human Trafficking.

Having a qualified noncitizen status alone does not always mean automatic eligibility for public assistance based on noncitizen status.  Some individuals in a qualified noncitizen status must also meet other noncitizen criteria to be eligible such as LPRs who must be present in the U.S. for five years, or more or credited with 40 qualifying quarters, for food assistance.

Verify the immigration status of all noncitizens through the U.S. Citizenship and Immigration Service (USCIS).  If a noncitizen does not want the Department to contact USCIS to verify their immigration status, staff must give the household the option of withdrawing its application or participating without the noncitizen member.  If this occurs, the Department must not continue to attempt to get the documentation and the individual is technically ineligible.

Verify the noncitizen status using the automated verification information system for the U.S. Department of Homeland Security known as SAVE.  The guide found at; https://save.uscis.gov/web/media/resourcescontents/SAVEUserGuide.pdf provides information about using this system.  This requires entering the noncitizen information to get an initial response and may require a request for additional verification (secondary verification) through this system and by sending the G-845 with supporting documents to USCIS.  Complete the SAVE process at application, reapplication, and recertifications for individuals who have not received a Permanent Residence status.

Exhibit 3-A - 67

If a noncitizen is unable to provide any documentation to verify their noncitizen status, contact USCIS on the noncitizen's behalf if the individual requests assistance in getting documentation or verification of their status.  An expired noncitizen registration card does not necessarily mean the noncitizen lost their noncitizen status.  If SAVE does not indicate the noncitizen has an acceptable status, refer the noncitizen to USCIS to get current USCIS documentation.  If getting USCIS documentation would place an undue hardship on the noncitizen, or the noncitizen is in the hospital, or suffers from a disability, continue to process the application and manually verify the noncitizen status with USCIS.  Undue hardship includes, but is not limited to, living a long distance from USCIS, lack of transportation, or several months waiting period for an appointment with USCIS.

If a noncitizen provides USCIS documentation of an eligible immigration status, regardless of expiration date, accept the document and verify the individual's status through the SAVE.  If the system requests "Institute Additional Verification", initiate the "Additional Automated Verification".  Benefits must be approved, if eligible, once you have initiated the "Additional Automated Verification" process and all other verifications have been received.  Do not withhold benefits while waiting for a response to either the "Additional Automated Verification" request (normally two or three days) or the additional manual verification process (15 to 20 days), **if the noncitizen meets all other technical eligibility factors and all other required verifications have been received.**  Scan all USCIS documents and SAVE responses into document imaging.

**Procedures for Processing SAVE Requests:**

The SAVE verification process involves potentially three steps:

Step 1 - Initial Automated Verification
Step 2 - Additional Automated Verification
Step 3 - Additional Manual Verification (submission of forms and documents to USCIS)

**If the noncitizen provides <u>only an alien number</u>** - complete the SAVE process as a part of the application process.  This includes the Initial Automated Verification (step 1).  If the response to step 1 shows the individual has an eligible noncitizen status, approve benefits if eligible (regardless of the expiration date).  If the system requests to Institute Additional Verification, follow step 2.  If instructed to do Additional Manual Verification, follow step 3.  Do not approve benefits until an eligible noncitizen status response is received.  The exception would be the approval of food assistance expedited services.  Document all SAVE actions taken on CLRC and scan all SAVE responses into document imaging.

**If the noncitizen provides <u>USCIS documentation of an eligible status</u>** - complete step 1 of the automated SAVE process as a part of the application process and scan the SAVE response to this step into document imaging.  If the results instruct the processor to "Institute Additional Verification", the processor must initiate step 2 to request the "Additional Automated Verification".  Make sure the

Exhibit 3-A - 68          1RFP1_025_061

**CHAPTER 3**                    **NONCITIZEN DOCUMENT INFORMATION**

SAVE response to step 2 (request for "Additional Automated Verification" is also scanned into document imaging.  Document all SAVE actions on CLRC.

- If the application is not pending for other eligibility factors (ex.  proof of income, work registration, CSE cooperation, etc.) the processor must approve the application after initiating step 2.  Do not withhold benefits while waiting for a response to either the "Additional Automated Verification" request or the "Additional Manual Verification" process.  The processor must follow-up on any response to the "Additional Automated Verification", including, if necessary, initiating step 3 (submission of any additional manual verification forms, documentation) and follow-up when the response is received.

- If the application is still pending for other eligibility factors when the processor receives the response to step 2 (the "Additional Automated Verification" request), the processor handling the application is responsible for taking action on the response, including, if necessary, initiating step 3 (submission of any Additional Manual Verification).  If the application is still pending when the processor receives the response to an Additional Manual Verification request, the processor handling the application must also take action on this response.  Prior to case disposition, the processor must check on the status of any pending SAVE response.

Mail all manual G845 and G845 Supplements to the following address:

U.S. Citizenship and Immigration Services
10 Fountain Plaza, 3rd Floor
Buffalo, NY.  14202


The next pages include examples of some of the USCIS documents noncitizens may provide.

62

Exhibit 3-A - 69     1RFP1_025_062

**CHAPTER 3**                    **NONCITIZEN DOCUMENT INFORMATION**

### ARRIVAL/DEPARTURE RECORD I-94

The I-94 creates a record of arrival and departure.  The card indicates the noncitizen's immigration category or the section of the law under which the noncitizen is granted admission.  The words "Employment Authorized" may also be stamped onto the card.  Noncitizens with I-94s include persons fleeing persecution, persons with permission to remain in the United States based on a pending application, persons in deportation proceedings, and non-immigrants.

**Note:** Certain Haitian parolees will be issued an I-94 (arrival/departure) record with the statement: "This form does not convey authorization to receive any type of public benefit."  The presence of this statement does not invalidate the I-94 indicating a "parole" status nor does it make the paroled Haitian ineligible for public assistance.



Sample Stamps:

63

Exhibit 3-A - 70        1RFP1_025_063

**CHAPTER 3**            **NONCITIZEN DOCUMENT INFORMATION**

**RESIDENT ALIEN/PERMANENT RESIDENT CARD I-551**

The most recent I-551 is a "green card." USCIS began to issue the card in May 2010. Earlier versions of the card shown on the following pages remain valid until their expiration date. Earlier versions of the card (issued in 1987 and prior) have no expiration date and remain valid, although USCIS encourages holders to replace the card with this version as it has more security features.

Current Version of I-551

Front



Back



Exhibit 3-A - 71      1RFP1_025_064

**CHAPTER 3**                    **NONCITIZEN DOCUMENT INFORMATION**

This version was introduced in 2004.  It is valid for ten years from the date of issuance.  It is also the first version of Form I-551 branded with the Department of Homeland Security as the issuing authority.




Prior Version of I-551 called a "Resident Alien Card" released in August 1989.  This version has an expiration date

Front



65

Exhibit 3-A - 72     1RFP1_025_065

**CHAPTER 3**                    **NONCITIZEN DOCUMENT INFORMATION**

Prior version of the I-551 called a "Resident Alien Card" was introduced in January 1977.  The card has no expiration date and remains valid.  USCIS has encouraged cardholders to replace this card with the current version, which is more secure.

Front



Back



66

Exhibit 3-A - 73      1RFP1_025_066

**CHAPTER 3**                          **NONCITIZEN DOCUMENT INFORMATION**

**FOREIGN PASSPORT WITH TEMPORARY I-551 STAMP**

Instead of a card, a noncitizen may simply have a Temporary I-551 stamp with a hand written "Valid Until" date in their foreign passport.

A proof of entry and inspection stamp will also be present in the passport, similar to the stamp for an I-94. Date of entry is stamped. Immigrant visa classification is printed or stamped on "Admitted" line.

The alien number may be printed beginning with letter A.



67

Exhibit 3-A - 74      1RFP1_025_067

**CHAPTER 3**                    **NONCITIZEN DOCUMENT INFORMATION**

**REFUGEE TRAVEL DOCUMENT - FORM I-571**

The refugee travel document is issued to refugees in the United States who want to travel abroad before they receive lawful permanent resident status. The document is used like a passport to enter other countries and return to the United States.



**I-571 (current version)**

Exhibit 3-A - 75          1RFP1_025_068

**CHAPTER 3**                    **NONCITIZEN DOCUMENT INFORMATION**

**EMPLOYMENT AUTHORIZATION CARD (EAD) I-766**

Below is the current version of the Employment Authorization Card (I-766) issued to noncitizens by USCIS.  The I-766 shows identity, alien number, work authorization code, immigration status, and nationality.  <u>It does not provide date of entry or status.</u> Dates on the card are the date of card issuance and expiration, not the date of status or entry.

 

**Note:** In October 2009, the I-766 replaced the I-688, I-668A, and I-688B as the only acceptable employment authorization document.  These forms are no longer issued. Many individuals who were issued these documents may have become lawfully permanent residents or naturalized U.S. citizens and should have a current document showing their status.

69

Exhibit 3-A - 76        1RFP1_025_069

## DECISION GRANTING ASYLUM

Both the Immigration and Naturalization Services and the judges of the Executive Office for Immigration Review, where deportation cases are heard, can grant asylum to a noncitizen fleeing persecution. Below are examples of documents issued to noncitizens granted asylum. Not all documents are the same.

U.S. Department of Homeland Security
99 S E Fifth Street
First Floor
Miami, FL 333131-1600

U.S. Citizenship and Immigration Services

Date: AUG 07 2008

RE: A000-000-000 ASYLEE, Principal
A000-000-001 ASYLEE, Spouse
A000-000-002 ASYLEE, Child

Asylum Approval

Dear Mr. Asylee:

This letter refers to your request for asylum in the United States filed on Form I-589.

It has been determined that you are eligible for asylum in the United States.. Attached please find a completed Form I-94, Arrival-Departure Record, indicating that you have been granted asylum status in the United States pursuant to § 208(a) of the Immigration and Nationality Act (INA) as of 7 /29 /08. This grant of asylum includes your dependents listed above who are present in the United States, who were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

You have been granted asylum in the United States for an indefinite period; however, asylum status does not give you the right to remain permanently in the United States. Asylum status may be terminated if you no longer have a well-founded fear of persecution because of a fundamental change in circumstance, you have obtained protection from another country, or you have committed certain crimes or engaged in another activity that makes you ineligible to retain asylum status in the United States. See INA § 208(c)(2).

Now that you are an asylee, you may apply for certain benefits, which are listed below. You are also responsible for complying with certain laws and regulations, if such laws and regulations apply to you. These responsibilities are also explained in this letter. We recommend that you retain the original of this letter as proof of your status and that you submit copies of this letter when applying for any benefit or services listed below. You may obtain any of the U.S. Citizenship and Immigration Services (USCIS) forms mentioned in this letter by visiting a local USCIS office by calling the National Customer Service Center at 1-800-375-5283. You may also download any USCIS form from the Internet on the USCIS website at www. uscis.gov.

Benefits

FOR TRAINING PURPOSES ONLY

**CHAPTER 3**                    **NONCITIZEN DOCUMENT INFORMATION**

```
                        IMMIGRATION COURT
                155 SOUTH MIAMI AVE., ROOM 800
                        MIAMI, FL 33130

In the Matter of
                                   Case No.:   A000-000-xxx
  RESPONDENT, IAMA
        Respondent                 IN REMOVAL PROCEEDINGS

                  ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on  Jan. 15, 2009 .
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, this oral decision will become
the official opinion in the case.
[   ] The respondent was ordered removed from the United States to
                                                    or in the alternative
[   ] Respondent's application for voluntary departure was denied and
      respondent was ordered removed to
      alternative to
[   ] Respondent's application for voluntary departure was granted until
      upon posting a bond in the amount of $ _____
      with an alternate order of removal to
[ X ] Respondent's  application for asylum  was  X ) granted  (  )denied
      (  )withdrawn.
[ X ] Respondent's application for withholding of removal was ( X )granted
      (  )denied  (  )withdrawn.
[   ] Respondent's application for cancellation of removal under section
      240A(a) was (  )granted  (  )denied  (  )withdrawn.
[   ] Respondent's application for cancellation of removal was (  ) granted
      under section 240A(b)(1)  (  ) granted under section 240A(b)(2)
      (  ) denied  (  ) withdrawn.  If granted, it was ordered that the
      respondent be issued all appropriate documents necessary to give
      effect to this order.
[   ] Respondent's application for a waiver under section _____ of the INA was
      (  )granted  (  )denied  or (  )other.
[   ] Respondent's application for adjustment of status under section _____,
      of the INA was (  )granted  (  )denied  (  )withdrawn. If granted, it
      was ordered that respondent be issued all appropriate documents necessary
      to give effect to this order.
[   ] Respondent's status was rescinded under section 246.
[   ] Respondent is admitted to the United States as a _____ until _____.
[   ] As a condition of admission, respondent is to post a $_____ bond.
[   ] Respondent knowingly filed a frivolous asylum application after proper
      notice.
[   ] Respondent was advised of the limitation on discretionary relief for
      failure to appear as ordered in the Immigration Judge's oral decision.
[   ] Proceedings were terminated.
[   ] Other: _____
      Date: Jan. 15, 2009
      Appeal:  WAIVED    Appeal Due By:

                                          I.B. JUDGE
                                          Immigration Judge

EMB
```

Exhibit 3-A - 78          1RFP1_025_071

**CHAPTER 3** | **NONCITIZEN DOCUMENT INFORMATION**

## ORDER GRANTING SUSPENSION OF DEPORTATION

A noncitizen in deportation proceedings who has been in the United States at least seven years and can provide good moral character and extreme hardship should they be deported can be granted suspension of deportation and lawful permanent resident status.  The documents used by immigration judges to grant suspension of deportation vary.  An example is shown below.

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
Los Angeles, California

In the Matter of:                     File:A 29-259-000

MARIA GUADALUPE

Respondent                     In Deportation Proceedings

SUMMARY OF THE ORAL DECISION AND
ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 10/23/91.
If the proceedings should be appealed, the Oral Decision and Order will be transcribed and will become the official decision in this matter.

_____ Respondent's application for voluntary departure was denied and he/she was ordered deported
to _____ or _____.

_____ Respondent's application for voluntary departure was granted to_____, with an
alternate order of deportation to _____,
or _____.

_____ Respondent's application for asylum/withholding of deportation was granted/denied.

___X___ Respondent's application for suspension of deportation was granted/denied.

_____ Respondent's application for section 212(c) waiver was granted/denied.

_____ Respondent's application for _____ was granted/denied.

___X___ Proceedings were terminated.

_____ Other:_____
_____.

___X___ Service/Respondent waived appeal.

_____ Service/Respondent reserved appeal until _____

ORDER: It is ordered that if no appeal is filed, the decision is to be implemented by the District Director of the Immigration & Naturalization Service.

11/23/91
Date

NATHAN W. GORDON
Immigration Judge

NOTE: Newer forms may use the term "Cancellation of Removal" in place of Deportation.

72

Exhibit 3-A - 79          1RFP1_025_072

## CHAPTER 3                           NONCITIZEN DOCUMENT INFORMATION

## NOTICE TO APPEAR (NTA) I-862

This form is given to persons who are in removal proceedings.  If the document is fairly recent and the applicant is Cuban or Haitian, this can be sufficient documentation of an eligible immigration status.  An example is shown below.

---

**Department of Justice**
Immigration and Naturalization Service

Notice to Appear

In removal proceedings under section 240 of the Immigration and Nationality Act

File No:  A99-000-000_____

In the Matter of:
Respondent:          Bea A. Trainer
_____

C/O USINS Krome, 18201 SW 12th Street
MIAMI                                       FL _____ 33194                    None
*(Number, street, city, state and ZIP code)*                         *(Area code and phone number)*

1. You are an arriving alien.
2. You are an alien present in the United States who has not been admitted or paroled.
3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
You are not a citizen or national of the United States;

You are a native of Cuba and a citizen of Cuba;

You entered the United States at or near  SAND KEY, FLORIDA     on or about MARCH 7, 2004                ;

You were not then admitted or paroled after inspection by an Immigration Officer;

You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provisions of law:

Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act, as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

Section 235(b)(1) order was vacated pursuant to:  ☐  8 CFR 208.30(f)(2)   ☐   8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:  TO BE SET

_____     *(Complete Address of Immigration Court, including Room Number, if any)*
_____ at  _____   to show why you should not be removed from the United States based on the
*(Date)*                        *(Time)*
charge(s) set forth above.

                                                        IRA IMMIGRATION
                                        _____
                                        *(Signature and Title of Issuing Officer)*
                                              PEMBROKE PINES, FLORIDA
MARCH 7, 2004                           _____
                                                     *(City and State)*
_____

See reverse for important information

Form I-862 (Rev. 4-1-97)

---

73

Exhibit 3-A - 80      1RFP1_025_073

**CHAPTER 4**

## TABLE OF CONTENTS   CHAPTER 4

| | |
|---|---|
| Codes for TCTZ Reference Table | 75 |
| FLORIDA Reference Table TCTZ | 76 |
| AICZ Screen | 79 |
| How to Determine Qualifying Quarters | 80 |
| SSA Consent for Release of Information Form | 82 |
| Instructions for SSA Consent for Release of Information | 83 |
| ARDT Screen | 84 |
| ARDT Help Screen | 85 |
| DEQC Screen | 86 |
| DEQC: Help Screen | 87 |
| Manual Procedures | 88 |
| Yearly Chart | 89 |
| Worksheet for Determining 40 Quarters | 90 |
| Instructions for SSA-513 Form | 97 |
| SSA-513 Form | 98 |
| SSA-512 Form | 99 |
| Military Connection - How to Determine Status | 100 |
| Battered Noncitizen - How to Determine Status | 102 |
| Documentation to Support Battered Status | 103 |
| Substantial Connection | 105 |
| Request Form to Executive Office for Immigration Review | 106 |
| Request Form to US Citizenship and Immigration Services | 107 |
| Part A: For an Applicant who is the Beneficiary of a Petition Filed by Spouse or Parent, or Who has Self-Petitioned as a Widow(er) | 108 |
| Part B: For an Applicant who has Self-Petitioned as a Battered Spouse or Child | 109 |
| Noncitizen Application for a Social Security Number | 111 |
| Victims of Human Trafficking | 117 |
| Sponsored by Individuals (FA) | 118 |
| Sponsored by Individuals on or after 12/19/1997 (TCA, MA-FAM, MA-SSI) | 119 |
| Food Assistance Definition of Disabled | 121 |
| Federal Food Assistance Noncitizen Chart | 123 |
| Federally Recognized Indian Tribes | 124 |
| Eligibility for Noncitizens Chart | 138 |

Exhibit 3-A - 81    1RFP1_025_074

**CHAPTER 4**

# Codes for TCTZ Reference Table

Use the following codes to identify the programs for which a noncitizen may be eligible, including any restrictions.  These codes are listed under the program identifiers.

**X** - Eligible for all indicated programs, without restriction.

**Y** - Eligible for all indicated programs, without restriction, if five years have passed since their date of entry.

**Z** - Eligible if within seven years from their date of entry or status (used only for food assistance benefits).

**M** - Eligible for Family-Related Medicaid, without restriction; however, ineligible for Temporary Cash Assistance.

The following codes are used on Table TCTZ to identify which noncitizens must meet the 40 quarters of work requirement for food assistance purposes.  These codes are listed under the "40" field.

**X** - Requires an entry on AICZ screen in the "40 QTRS" field at all times.  In addition, an entry is required on the ARDT screen in the "40QTRS DE RE?" field.  This is used only for an alien status of "40" or "41".  Members with one of these codes and a "Y" on AICZ in the "40 QTRS" field are potentially eligible for food assistance benefits, if other requirements are met.

**Z** - Requires an entry on the AICZ screen in the "40 QTRS" after the noncitizen has been in the country 82 months or more.  In addition, an entry is required on the ARDT screen in the "40QTRS DE RE?" field.  This is used only for alien status "39".  Members with status code "39" and a "Y" on AICZ in the "40 QTRS" field continue to be potentially eligible for food assistance benefits after seven years, if other requirements are met.  If the field on AICZ is "N", these members are ineligible for food assistance benefits after seven years from their date of entry.

The following Column labels on TCTZ are used to identify each type of assistance or function.

| | |
|---|---|
| **AR** | Cash Assistance - Refugee Assistance Program |
| **NR** | Medicaid Refugee - Assistance Program |
| **FS** | Food Assistance Benefits |
| **AC** | Temporary Cash Assistance |
| **AM** | Direct Assistance Medicaid |
| **SM** | Supplemental Security Income-Related Medicaid |
| **CH** | Cuban/Haitian Entrant (Not Used with codes 39 through 70) **OBSOLETE** |
| **5Y** | Subject to 5-year IRCA Exclusion (Not used with codes 39 through 70) **OBSOLETE** |
| **40** | Indicates whether the 40 quarters work requirement should be applied to the noncitizen. (Used only with code 41) |

75

Exhibit 3-A - 82     1RFP1_025_075

**CHAPTER 4**

# FLORIDA REFERENCE TABLE - TCTZ

| CODE | STATUS | AR | NR | FS | AC | AM | SM | | | 40 |
|------|--------|----|----|----|----|----|----|---|---|----|
| 39 | Lawful Permanent Resident with Prior Refugee code (207) | X | X | X | X | X | X | | | |
| 40 | Lawful Permanent Resident admitted before 8/22/96 | | | X | X | X | X | | | |
| 41 | Lawful Permanent Resident Admitted on or after 8/22/96 | | | X | Y | Y | Y | | | X |
| 42 | Active Duty U.S. Military or a Veteran | | | X | X | X | X | | | |
| 43 | Spouse/Child of Active Duty U.S. Military or a Veteran | | | X | X | X | X | | | |
| 44 | Battered Individual 204(a)(I)(A) admit before | | | Y | X | X | X | | | |
| 45 | Battered Individual 204(a)(I)(A) Individual admit on/after 08/22/96 | | | Y | Y | Y | Y | | | |
| 46 | American Indians born outside the United States | | | X | X | X | X | | | |
| 47 | Conditional Entrant under 203(a)(7) admitted before 8/22/96 | | | Y | X | X | X | | | |
| 48 | Conditional Entrant under 203(a)(7) admitted on or after 8/22/96 | | | Y | X | X | X | | | |
| 49 | Paroled under 212(d)(5) for at least 1 year admitted before 8/22/96 | | | Y | X | X | X | | | |
| 50 | Paroled under 212(d)(5) for at least 1 year admitted on or after 8/22/96 other than Cuban/Haitian Parolee | | | Y | Y | Y | Y | | | |
| 52 | Refugee under 207 | X | X | X | X | X | X | | | |
| 53 | Granted Asylum under 208 | X | X | X | X | X | X | | | |
| 54 | Cuban/Haitian Entrant (501(e)) | X | X | X | X | X | X | | | |
| 56 | Deportation Withheld under 243(h) or 241(b)(3) | | | X | X | X | X | | | |
| 57 | Amerasian | X | X | X | X | X | X | | | |
| 58 | No qualified or eligible status (Eligible for Emergency Medical Assistance) | | | | | | | | | |
| 59 | Other USCIS Status (Not Eligible for Emergency Medical Assistance) | | | | | | | | | |

Exhibit 3-A - 83     1RFP1_025_076

**CHAPTER 4**

| CODE | STATUS | AR | NR | FS | AC | AM | SM | CH | 5Y | 40 |
|------|--------|----|----|----|----|----|----|----|----|----|
| 60 | Lawful Permanent Resident with prior Asylee code under 208 | X | X | X | X | X | X | | | |
| 61 | Lawful Permanent Resident with prior Amerasian code | X | X | X | X | X | X | | | |
| 62 | Lawful Permanent Resident with prior Cuban/Haitian Entrant code | X | X | X | X | X | X | | | |
| 63 | National of Cuba or Haiti Paroled under 212(d)(5) | X | X | X | X | X | X | | | |
| 64 | National of Cuba or Haiti who is an Asylum Applicant | X | X | X | X | X | X | | | |
| 65 | National of Cuba or Haiti with an Indefinite Stay of Deportation | X | X | X | X | X | X | | | |
| 66 | National of Cuba or Haiti whose Deportation is Withheld (243(h), or 241(b)(3)) | X | X | X | X | X | X | | | |
| 67 | Qualified noncitizen Child Under 18 Lawfully Residing in the U.S. on or before 8/22/96 | | | X | X | X | X | | | |
| 68 | Qualified noncitizen who was 65 and Lawfully Residing in the U.S. on or before 8/22/96 | | | X | X | X | X | | | |
| 69 | Qualified noncitizen Blind or Disabled Lawfully Residing in the U.S. | | | X | | | | | | |
| 70 | Hmong or Highland Laotian, Spouses, Dependent Children and Unmarried Surviving Spouses | | | X | | | | | | |
| 71 | SDX - SUNCAP Eligible | | | X | | | | | | |
| 72 | SDX - SUNCAP Ineligible | | | | | | | | | |
| 73 | Victims of Human Trafficking | X | X | X | X | X | X | | | |
| 74 | No longer valid | | | X | | | | | | |
| 75 | Qualified noncitizen Blind or Disabled or Qualified noncitizen Child Under 18 | | | X | | | | | | |
| 76 | Disaster Food Assistance Program | | | X | | | | | | |

77

Exhibit 3-A - 84         1RFP1_025_077

**CHAPTER 4**

# AICZ- Alien Refugee Information

AICZ is used to collect and display information on non-citizens to record their country of origin, date of entry, date of status, and date asylum was granted.  The screen is also used to process Emergency Medical Assistance (EMA) for non-citizens.

```
AICZ                    ALIEN/REFUGEE INFORMATION              01/12/19 11:53
                        CASE: 5000148207                  WORKER: FZ0146
EFFECTIVE BEGIN DATE: 01/12/19 STATUS: PENDING


              COUNTRY OF ORIGIN  PR    ENTRY ALIEN    INS DOC.   DOC        ALIEN
NBR NAME   DC CODE     NAME      CH VR DATE   STAT     NUMBER    DATE   VR SPNSR

      __    __                       _  ___   ____             ____   __   _


MED EMERG:  TYPE DESC.         BEG DATE   END DATE  VR  NOT FS ELIG  40 QTRS
                   __           _____   _____   __   _


NEXT TRAN: _____  PARMS: _____
```

Exhibit 3-A - 85        1RFP1_025_078

**CHAPTER 4**

```
* * *  RETURN FROM HELP FUNCTION * *
```

## 40 QUARTERS HOW TO DETERMINE QUALIFYING QUARTERS

Use these steps to determine qualifying quarters for a lawful permanent resident applying for the Food Assistance Program

> **NOTE:** If noncitizen claims 40 qualifying quarters, expedited benefits cannot be delayed for verification of 40 qualifying quarters.

**STEP**

1. Has the individual, individual's spouse, or individual's parent(s) (includes biological, adoptive, and stepparents providing the relationship still exists) resided in the United States for a combined total of at least 10 years?

    If No, ineligible

    If Yes, continue

2. Does the combined number of years worked by the individual, the individual's spouse while married, or the individual's parents while the individual was under 18 equal 10 years or more?

    If No, ineligible

    If Yes, continue

3. Does the sum of qualifying quarters from the above combination of individuals total 40 qualifying quarters?

    - Individual          _____
    - Individual's spouse    _____
    - Individual's parents    _____

        TOTAL          _____

    If No, ineligible

    If Yes, initiate ARDT for those individuals in the FLORIDA case whose quarters are needed.

Use the manual process for those individuals **not** in the FLORIDA case whose quarters are needed.

**NOTE: While awaiting results from the manual process benefits should be authorized for the appropriate certification period, not to exceed 6 months.**

**Beginning 1-1-97, no qualifying quarters may be earned for a quarter when public assistance was received.**

**CHAPTER 4**

4.  If Social Security Administration data exchange response indicates the individual does not have 40 qualifying quarters, does the individual have quarters earned since the most recent quarter reflected by the Social Security Administration data?

> If No, continue

> If Yes, determine the number of countable quarters not included in the Social Security Administration response and add to the number verified by the Social Security Administration.  If amount equals or exceeds 40, the individual is eligible.

5.  Does individual have "uncovered work" for Social Security Administration purposes which when added to qualifying quarters reported, equal or exceed 40 quarters?

> If No, continue

> If Yes, determine the number of "uncovered work" quarters and add to the number verified by the Social Security Administration.  If amount equals or exceeds 40, the individual is eligible.

6.  Does individual dispute the results of Social Security Administration's determination of 40 qualifying quarters?

> If No, ineligible

> If Yes, refer individual to their local Social Security Administration office or have them call 1-800-772-1213. **While awaiting results of the Social Security Administration review, benefits should be authorized for the appropriate certification period, not to exceed 6 months.**

<u>**Reminder**</u>**:**  If possible, get a signed SSA Consent for Release of Information form for each individual not included on FLORIDA whose quarters are being used to determine eligibility.

**NOTE: Benefits may <u>not</u> be delayed, reduced or denied if the individual refuses to sign the release form.**

> **Beginning 1-1-97, no qualifying quarters may be earned for a quarter when public assistance was received.**

Exhibit 3-A - 87

**CHAPTER 4**

---

Social Security Administration

OMB No. 0960-0567

## Consent for Release of Information

TO:     Social Security Administration

_____     _____     _____
        Name                    Date of Birth              Social Security Number

I authorize the Social Security Administration to release information or records about me to:

        NAME                              ADDRESS

_____     _____

_____     _____

_____     _____

_____     _____

I want this information released because:




(There may be a charge for releasing information.)

Please release the following information:
_____Social Security Number
_____Identifying information (including date and place of birth, parents' names)
_____Monthly Social Security benefit amount
_____Monthly Supplemental Security Income payment amount
_____Information about benefits/payments I received from _____to _____
_____Information about my Medicare claim/coverage from _____to _____
       (specify)_____
_____Medical records
_____Record(s) from my file (specify)_____

_____
_____Other (specify)

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian.  I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature:_____

(Show signatures, names, and addresses of two people if signed by mark.)

Date:_____     Relationship:_____

---

82

Exhibit 3-A - 88          1RFP1_025_081

**CHAPTER 4**

Social Security Administration

# Consent for Release of Information

Please read these instructions carefully before completing this form.

| | |
|---|---|
| **When To Use This Form** | Complete this form only if you want the Social Security Administration to give information or records about you to an individual or group (for example, a doctor, or an insurance company). |

Natural or adoptive parents or a legal guardian, **acting on behalf of a minor**, who want us to release the minor's:

- Non-medical records, should use this form.
- Medical records, should not use this for, but should contact us.

Note:  Do not use this form to request information about your earnings or employment history.  To do this, complete Form SSA-7050-F3.  You can get this form at any Social Security office.

| | |
|---|---|
| **How to Complete This Form** | This consent form must be completed and signed only by: |

- The person to whom the information or record applies, or
- The parent or legal guardian of a minor to whom the **nonmedical** information applies, or
- The legal guardian of a legally incompetent adult to whom the information applies.

To complete this form:

- Fill in the name, date of birth, and social security number of the person to whom the information applies.
- Fill in the name and address of the individual or group to which we will send the information.
- Fill in the reason you are requesting the information.
- Check the type(s) of information you want us to release.
- Sign and date the form.  If you are not the person whose record we will release, please state your relationship to that person

SSA-3288

---

**CHAPTER 4**

| 40 QUARTERS | ARDT SCREEN |
|---|---|

Use the following FLORIDA screens when using the automated process to verify qualifying quarters.

**ARDT SCREEN**

To initiate a data exchange request for verification of qualifying quarters with the Social Security Administration, the Economic Self-Sufficiency Specialist (ESS) will place a "**Y**" in the "**40 QRTS DE REQ**" on the ARDT screen for each household member whose employment history may be used to meet the 40 quarters requirement.

For household member(s) whose employment history cannot be considered in the noncitizen's food assistance eligibility, the field is to be left blank.

```
ARDT                   WELFARE REFORM DATA TRACKING          08/27/1998 09:57
                                                                FZ0146 D C
 CASE: 5000236025
 EFFECTIVE BEGIN DATE: 08/27/1998
                                                              IMMUNIZE
                  AGE    CASH   FOOD STAMP 40QTRS  FAMILY CAP   REQ   MET
 NBR NAME       BY YR  TME LMT  TME LMT   DE RQ?  IND EXPT RSN  IND   VR
   7  CATALINA  J  23    Y         _        _       _    ___     _    ___
   6  JUAN      C  28    Y         Y         _       _    ___     _    ___
   5  JESSIE    J  16    _         _         _       _    ___     _    ___
   4  JULIA     J  15    _         _         _       _    ___     _    ___
   3  JOSEPH    J  10    _         _         _       _    ___     _    ___
   2  SONYA     J   2    _         _         _       _    ___     Y    ?_
   1  CEASA     C   1    _         _         _       F    ___     Y    ?_

 NEXT TRAN: _____   PARMS: _____
```

**TIP:** The Economic Self-Sufficiency Specialist (ESS) should make an entry in the request field for any noncitizen whose status requires 40 qualifying quarters as a condition of food assistance eligibility (TCTZ table codes 41).

**To access HISTORY:**
**NEXT TRAN: ARDT   PARMS: Case #/MMDDCCYY (current date).**

**CHAPTER 4**

| 40 QUARTERS | ARDT HELP SCREEN |
|---|---|

PURPOSE:      USED TO COLLECT, DISPLAY, MAINTAIN, AND TRACK WELFARE REFORM DATA FOR EACH INDIVIDUAL IN THE CASE.  THE TWO WELFARE REFORM DETAIL SCREENS: THE WELFARE REFORM CASH DATA SCREEN (ARCA), AND THE WELFARE REFORM FOOD ASSISTANCE DATA SCREEN (ARFS) ARE SCHEDULED FROM THE QUESTIONS ON THIS SCREEN. THE ARDT SCREEN ALSO COLLECTS INFORMATION ON THE FAMILY CAP AND IMMUNIZATION REQUIREMENTS.

FIELDS:

NUMBER:      DISPLAYS THE MEMBER NUMBER OF THE INDIVIDUAL.

NAME:      DISPLAYS THE INDIVIDUAL'S FIRST NAME AND THE FIRST LETTER OF THEIR LAST NAME.

AGE BY YEAR:      THE SYSTEM CALCULATES THE AGE BASED ON THE BIRTH INFORMATION GIVEN ON AIID.  THIS FIELD DISPLAYS THE AGE BY YEAR OF THE INDIVIDUAL. FOR AN INDIVIDUAL UNDER 1, THE AGE WILL BE "00" (ZERO).

40 QTRS DE RQ?:      THIS FIELD IS USED TO INITIATE THE DATA EXCHANGE REQUEST NECESSARY TO ESTABLISH THE 40 QUARTERS OF WORK REQUIREMENTS FOR CERTAIN GROUPS OF NONCITIZENS.  IT IS NOT A REQUIRED FIELD AND SHOULD BE LEFT BLANK UNLESS EMPLOYMENT INFORMATION IS NEEDED FOR THE 40 QUARTERS POLICY. TO INITIATE A REQUEST, ENTER 'Y' IN THE FIELD BESIDE EACH INDIVIDUAL WHOSE EMPLOYMENT HISTORY CAN BE USED FOR THE ELIGIBILITY DETERMINATION.

Exhibit 3-A - 91    1RFP1_025_084

**CHAPTER 4**

| 40 QUARTERS | DEQC SCREEN |
|---|---|

### DEQC (DATA EXCHANGE SCREEN)

Once the verification of quarters request is initiated, Social Security's response will be transmitted on the DEQC screen.  The screen format is similar to other data exchange screens and indicates quarters by year as well as totals of qualifying and questionable quarters.

The Economic Self-Sufficiency Specialist (ESS) will use the qualifying quarters to determine the noncitizen's eligibility and indicate in the "40 QTRS" field on AICZ whether or not the requirement is met.  EDBC programming will fail, pend, or pass the noncitizen according to the entry made by the Economic Self-Sufficiency Specialist.

```
DEQC                      DATA EXCHANGE INQUIRY            12/03/97 12:11
SSQC                   SSA - QUARTERS OF COVERAGE          FZ0370 G ROGERS
PERSON ID NUMBER: █████████   SSN: █████████   CASE: █████████
NAME (LAST,FIRST MIDDLE SUFFIX): █████████
DATE RECEIVED: 11261997      REMARK:

NAME RECEIVED: █████████               DOB: █████████
QUARTERS OF COVERAGE (1937-1950):  MINIMUM: 000 MAXIMUM: 000
MONTHS OF RAILROAD SERVICE (1937-1946): 000
 1937 - 1946   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN NNNN
 1947 - 1956   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN NNNN
 1957 - 1966   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN NNNN
 1967 - 1976   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN NNNN
 1977 - 1986   NNNN NNNN NNNN NNNN NNNN   YYYY YYYY YYYY YYYY NNNN
 1987 - 1996   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN NNNN
 1997 - 2006   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN NNNN
 2007 - 2016   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN NNNN
 2017 - 2025   NNNN NNNN NNNN NNNN NNNN   NNNN NNNN NNNN NNNN
            QUALIFYING QUARTERS: 016      QUESTIONABLE QUARTERS: 000
DISPOSITION: ACTION TAKEN: ___
        DATE REVIEWED:           WORKER:
PF15=NXT RESP, PF16=PRI RESP, PF17=NXT SRC, PF18=NXT MEM, PF19=ALERT, PF20=RESP
NEXT TRAN: _____   PARMS: _____
```

**Beginning 1-1-97, no qualifying quarters may be earned for a quarter when public assistance was received.**

86

Exhibit 3-A - 92      1RFP1_025_085

## CHAPTER 4

| 40 QUARTERS | DEQC HELP SCREEN |
|---|---|

PURPOSE:      THE DATA EXCHANGE INQUIRY FOR SOCIAL SECURITY ADMINISTRATION 40 QUARTERS OF COVERAGE (DEQC) IS USED TO DISPLAY QUARTERS OF COVERAGE FROM THE SOCIAL SECURITY ADMINISTRATION.

FIELDS:

NAME:      LAST NAME, FIRST NAME, AND MIDDLE INITIAL OF INDIVIDUAL RECEIVED FROM SOCIAL SECURITY ADMINISTRATION.

SSN:      SOCIAL SECURITY NUMBER OF THE INDIVIDUAL RECEIVED FROM SOCIAL SECURITY ADMINISTRATION.

DATE OF BIRTH:      INDIVIDUAL'S BIRTH DATE. CCYYMMDD

MINIMUM:      MINIMUM NUMBER OF QUARTERS COVERED FOR THE YEARS 1937 TO 1950.

MAXIMUM:      MAXIMUM NUMBER OF QUARTERS COVERED FOR THE YEARS 1937 TO 1950.

RAILROAD SERVICE:      NUMBER OF RAILROAD SERVICE QUARTERS FOR THE YEARS 1937 TO 1946.

THE NEXT SECTION GIVES THE STATUS OF EACH QUARTER OF COVERAGE FOR THE TIME SPAN. "Y" INDICATES COVERAGE QUALIFIED FOR THE QUARTER. "N" INDICATES NO COVERAGE QUALIFIED FOR THE QUARTER. "?" INDICATES QUESTIONABLE COVERAGE FOR THE QUARTER.

QUALIFYING QUARTERS:      NUMBER OF QUALIFYING QUARTERS COUNTED FOR THE INDIVIDUAL.

QUESTION-ABLE QUARTERS:      NUMBER OF QUESTIONABLE QUARTERS COUNTED FOR THE INDIVIDUAL.

ACTION TAKEN:      CODE AND DESCRIPTION FOR TYPE OF ACTION TAKEN. REQUIRED ENTRY. SEE FIELD LEVEL HELP TABLE TDRA.

DATE REVIEWED:      DATE THE WORKER REVIEWED THE RESPONSE.

WORKER:      USER ID AND NAME OF WORKER RESPONSIBLE FOR THE ACTION TAKEN.

CHAPTER 4

| 40 QUARTERS | MANUAL PROCEDURE |
|---|---|

If you are unable to verify 40 quarters on the FLORIDA system, use the following manual procedure:

1. Determine if the noncitizen potentially has 40 quarters.
   (Refer to Quarters Worksheet page)

2. Complete the "Determining Qualifying Quarters Worksheet" verifying known income information.

3. If the noncitizen appears to qualify:

   - If possible obtain a signed Social Security Release Form for each individual whose quarters are used in the determination.  (If an individual not in the food assistance group refuses to sign the release form, you may proceed with the eligibility determination.)

   - Complete the SSA Form 513 and submit to the Social Security Office or

   - Follow circuit/region specific procedures to verify quarters for non-household members

4. The noncitizen may be credited with 40 qualifying quarters based on the information.

5. Assign the household the appropriate certification period, based on their circumstances, up to a maximum of 6 months, while Social Security researches the information.

6. If the noncitizen does not appear to qualify, based on their employment history in combination with their spouse('s) and/ or parent('s) while under 18 years of age, then the noncitizen does not meet the 40-quarter criteria.

   Take appropriate case action.

7. If the noncitizen disputes Social Security Administration's findings regarding quarters of coverage, complete form SSA-512 or refer the noncitizen to the local Social Security Administration office.

   A noncitizen may be certified for an appropriate certification period, based on their circumstances, up to a maximum of 6 months awaiting Social Security Administration's resolution of the disputed quarters.

Exhibit 3-A - 94

## CHAPTER 4

## 40 QUARTERS                                    YEARLY CHART

Use the following chart to determine if individuals earned the minimum amount to qualify for one quarter or for four quarters.  Use these amounts to determine qualifying quarters for wages received after 1978.  **Reminder**:  The individual's statement of earnings is acceptable!

| CALENDAR YEAR | AMOUNT NEEDED TO RECEIVE **ONE QUARTER** OF COVERAGE | AMOUNT NEEDED TO RECEIVE **FOUR QUARTERS** OF COVERAGE |
|---|---|---|
| 1979 | $ 260 | $ 1,040 |
| 1980 | $ 290 | $ 1,160 |
| 1981 | $ 310 | $ 1,124 |
| 1982 | $ 340 | $ 1,360 |
| 1983 | $ 370 | $ 1,480 |
| 1984 | $ 390 | $ 1,560 |
| 1985 | $ 410 | $ 1,640 |
| 1986 | $ 440 | $ 1,760 |
| 1987 | $ 460 | $ 1,840 |
| 1988 | $ 470 | $ 1,888 |
| 1989 | $ 500 | $ 2,000 |
| 1990 | $ 520 | $ 2,080 |
| 1991 | $ 540 | $ 2,160 |
| 1992 | $ 570 | $ 2,280 |
| 1993 | $ 590 | $ 2,360 |
| 1994 | $ 620 | $ 2,480 |
| 1995 | $ 630 | $ 2,520 |
| 1996 | $ 640 | $ 2,560 |
| 1997 | $ 670 | $ 2,680 |
| 1998 | $ 700 | $ 2,800 |
| 1999 | $ 740 | $ 2,960 |
| 2000 | $ 780 | $ 3,120 |
| 2001 | $ 830 | $ 3,320 |
| 2002 | $ 870 | $ 3,480 |
| 2003 | $ 890 | $ 3,560 |
| 2004 | $ 900 | $ 3,600 |
| 2005 | $ 920 | $ 3,680 |
| 2006 | $ 970 | $ 3,880 |
| 2007 | $ 1,000 | $ 4,000 |
| 2008 | $ 1,050 | $ 4,200 |
| 2009 | $1,090 | $4,360 |
| 2010-2011 | $1,120 | $4,480 |
| 2012 | $1,130 | $4,520 |
| 2013 | $1,160 | $4,640 |
| 2014 | $1,200 | $4,800 |
| 2015 | $1,220 | $4,880 |
| 2016 | $1,260 | $5,040 |
| 2017 | $1,300 | $5,200 |
| 2018 | $1,320 | $5,280 |
| 2019 | $1,360 | $5,440 |

To determine qualifying quarters earned prior to 1978, use the following formula:

- One credit is earned for each calendar quarter in which an individual was paid $50 or more in wages (including agricultural wages for 1951-1955).

- Four credits were earned for each taxable year in which an individual's net earnings from self- employment were $400 or more; and/or

- One credit was earned for each $100 (limited to a total of four) of agricultural wages paid during he year for the period of 1955 through 1977.

89

Exhibit 3-A - 95          1RFP1_025_088

## CHAPTER 4

**2019** — IF Earnings this year TOTAL at least: **$5,440**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$1,360 per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

**2020** — IF Earnings this year TOTAL at least: **$**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$ per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

**2017** — IF Earnings this year TOTAL at least: **$5,200**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$1,300 per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

**2018** — IF Earnings this year TOTAL at least: **$5,280**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$1,320 per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

**2016** — IF Earnings this year TOTAL at least: **$5,040**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$1,260 per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

**2015** — IF Earnings this year TOTAL at least: **$4,880**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$1,220 per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

**2014** — IF Earnings this year TOTAL at least: **$4,800**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$1,200 per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

**2013** — IF Earnings this year TOTAL at least: **$4,640**
THEN automatically credit 4 quarters ⇨⇨ — **4**
(Circle and continue to next year)

**OR**—if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least **$1,160 per qtr.**)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
|     |     |     | TOTAL: | |

Exhibit 3-A - 96          1RFP1_025_089

**CHAPTER 4**

| 2012 | IF Earnings this year TOTAL at least: **$4,520**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $1,130 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | **TOTAL:** | |

| 2011 | IF Earnings this year TOTAL at least: **$4,480**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $1,120 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | **TOTAL:** | |

| 2010 | IF Earnings this year TOTAL at least: **$4,480**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $1,120 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | **TOTAL:** | |

| 2009 | IF Earnings this year TOTAL at least: **$4,360**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 1,090 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | **TOTAL:** | |

| 2008 | IF Earnings this year TOTAL at least: **$ 4,200**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 1,050 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | **TOTAL:** | |

| 2007 | IF Earnings this year TOTAL at least: **$4000**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 1000 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|-----|-----|-----|---|------|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | **TOTAL:** | |

91

Exhibit 3-A - 97     1RFP1_025_090

**CHAPTER 4**

| **2006** | IF Earnings this year TOTAL at least: $3880<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 970 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| **2005** | IF Earnings this year TOTAL at least: $3680<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 920 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| **2004** | IF Earnings this year TOTAL at least: $3600<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $900 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| **2003** | IF Earnings this year TOTAL at least: $3560<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 890 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| **2002** | IF Earnings this year TOTAL at least: $3480<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 870 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| **2001** | IF Earnings this year TOTAL at least: $3320<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 830 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| **2000** | IF Earnings this year TOTAL at least: $3120<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 780 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| **1999** | IF Earnings this year TOTAL at least: $2960<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | **4** |
|---|---|---|

OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 740 per qtr.)

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

92

Exhibit 3-A - 98        1RFP1_025_091

**CHAPTER 4**

| 1998 | IF Earnings this year TOTAL at least: **$2800**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|--------------------------------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 700 per qtr.)

| JAN | FEB | MAR | | $ | | QTR1 |
|-----|-----|-----|--|---|--|------|
| APR | MAY | JUN | | $ | | QTR2 |
| JUL | AUG | SEP | | $ | | QTR3 |
| OCT | NOV | DEC | | $ | | QTR4 |
| | | | TOTAL: | | | |

| 1997 | IF Earnings this year TOTAL at least: **$2680**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|--------------------------------|---|

**OR**-if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 670 per qtr.)

| JAN | FEB | MAR | | $ | | QTR1 |
|-----|-----|-----|--|---|--|------|
| APR | MAY | JUN | | $ | | QTR2 |
| JUL | AUG | SEP | | $ | | QTR3 |
| OCT | NOV | DEC | | $ | | QTR4 |
| | | | TOTAL: | | | |

**\*\*\*  Beginning 1-1-97, no qualifying quarters may be earned for a quarter when public assistance was received.  \*\*\***

| 1996 | IF Earnings this year TOTAL at least: **$2560**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|--------------------------------|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 640 per qtr.)

| JAN | FEB | MAR | | $ | | QTR1 |
|-----|-----|-----|--|---|--|------|
| APR | MAY | JUN | | $ | | QTR2 |
| JUL | AUG | SEP | | $ | | QTR3 |
| OCT | NOV | DEC | | $ | | QTR4 |
| | | | TOTAL: | | | |

| 1995 | IF Earnings this year TOTAL at least: **$2520**<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|------|--------------------------------|---|

**OR**-if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 630 per qtr.)

| JAN | FEB | MAR | | $ | | QTR1 |
|-----|-----|-----|--|---|--|------|
| APR | MAY | JUN | | $ | | QTR2 |
| JUL | AUG | SEP | | $ | | QTR3 |
| OCT | NOV | DEC | | $ | | QTR4 |
| | | | TOTAL: | | | |

Exhibit 3-A - 99     1RFP1_025_092

## CHAPTER 4

| 1994 | IF Earnings this year TOTAL at least: $2480 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 620 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1993 | IF Earnings this year TOTAL at least: $2360 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR-if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 590 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1992 | IF Earnings this year TOTAL at least: $2280 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 570 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1991 | IF Earnings this year TOTAL at least: $2160 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 540 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1990 | IF Earnings this year TOTAL at least: $2080 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 520 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1989 | IF Earnings this year TOTAL at least: $2000 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 500 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1988 | IF Earnings this year TOTAL at least: $1888 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 470 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1987 | IF Earnings this year TOTAL at least: $1840 THEN automatically credit 4 quarters ⇨⇨ (Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited: (Must have earned at least $ 460 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

Exhibit 3-A - 100     1RFP1_025_093

## CHAPTER 4

| 1986 | IF Earnings this year TOTAL at least: $1760<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 440 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1985 | IF Earnings this year TOTAL at least: $1640<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 410 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1984 | IF Earnings this year TOTAL at least: $1560<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 390 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1983 | IF Earnings this year TOTAL at least: $1480<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 370 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1982 | IF Earnings this year TOTAL at least: $1360<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 340 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1981 | IF Earnings this year TOTAL at least: $1124<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 310 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1980 | IF Earnings this year TOTAL at least: $1160<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 290 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

| 1979 | IF Earnings this year TOTAL at least: $1040<br>THEN automatically credit 4 quarters ⇨⇨<br>(Circle and continue to next year) | 4 |
|---|---|---|

**OR--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 260 per qtr.)**

| JAN | FEB | MAR | $ | QTR1 |
|---|---|---|---|---|
| APR | MAY | JUN | $ | QTR2 |
| JUL | AUG | SEP | $ | QTR3 |
| OCT | NOV | DEC | $ | QTR4 |
| | | | TOTAL: | |

95

Exhibit 3-A - 101   1RFP1_025_094

**CHAPTER 4**

### STOP AS SOON AS YOU REACH 40 QUALIFYING QUARTERS!

| 1978 | IF Earnings this year TOTAL at least: **$1000** THEN automatically credit 4 quarters ⇨⇨<br><br>(Circle and continue to next year) | 4 |
|---|---|---|

| **pre-1978** | (Refer to policy memo 96-11-001 dated November 12, 1996.) |
|---|---|

**OR**--if not eligible for year, circle individual quarters below that can be credited:  (Must have earned at least $ 250 per qtr.)

| JAN | FEB | MAR | | $ | QTR1 |
|---|---|---|---|---|---|
| APR | MAY | JUN | | $ | QTR2 |
| JUL | AUG | SEP | | $ | QTR3 |
| OCT | NOV | DEC | | $ | QTR4 |
| | | | | TOTAL: | |

**GRAND TOTAL =** (QTRS.)

**PERSON MEETS 40 QUARTERS REQUIREMENT:**

**YES...☐   NO...☐**

96

Exhibit 3-A - 102      1RFP1_025_095

CHAPTER 4

---

**INSTRUCTIONS FOR FORM SSA-513 (OMB NO.: 0960-0575)**
**REQUEST FOR QUARTERS OF COVERAGE (QC) HISTORY**
**BASED ON RELATIONSHIP**

This form will be used whenever you cannot obtain consent to release information from an individual other than the applicant for your benefits, whose quarters are needed to enable the applicant to meet the 40 Qualifying Quarter Requirement.

**IMPORTANT:**  You do not need to complete this form if the individual whose record you need to access is deceased.  In those cases, you can use the automated Quarters of Coverage History System.

1.  Determine the relationship of the Social Security number holder to the applicant.

2.  Using section II.A. Determine the years and quarters that can be credited to the applicant.

3.  After you have determined which periods can be credited, complete form SSA-513.

    - Print the Social Security number holder's name; last name, first name and middle initial; Social Security number; and date of birth in the spaces provided on the form.

    - Print the Social Security number holder's relationship to the applicant in the space provided.

    - Using the information you determined in No. 2, complete the year column and circle the quarters that could be credited to the applicant.  There is sufficient space to request 20 years.  If you need more, complete a second form and staple the forms together before mailing them to Social Security Administration.

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995.  We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

Privacy Act Statement:  Your response is voluntary: however, failure to provide all or part of this information could prevent an accurate and timely return of the requested information.  The Social Security Administration will provide the information based on Public Law 104-193, the Personal Responsibility Work and Opportunity Reconciliation Act of 1996.  The information on this form will not be disclosed to any other agency.

---

Exhibit 3-A - 103          1RFP1_025_096

**CHAPTER 4**

# SSA - 513

Date of Request _____

OMB NO.:  0960-0575

## REQUEST FOR QUARTERS OF COVERAGE (QC) HISTORY BASED ON RELATIONSHIP

Complete the information below when requesting QC history for spouse(s), or parent(s) of a lawfully admitted noncitizen applicant.  Mail the form to the
Social Security Administration, P.O. Box 17750, Baltimore, MD 21235-0001.

Print
Name: _____, _____   ____
               Last                     First        M.I.

SSN: _____ - _____ - _____     Date of Birth: ___ - ___ - ___
                                           MM   DD   YY

Relationship to Applicant: _____

NOTE:  COMPLETE THE YEAR COLUMN AND CIRCLE THE PERTINENT QUARTER(S) FOR THE YEAR.
SSA WILL PROVIDE INFORMATION ONLY FOR THE YEARS AND QUARTER(S) YOU INDICATE.

| YEAR | QC PATTERN | | | | YEAR | QC PATTERN | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1ST Q | 2ND Q | 3RD Q | 4TH Q | | 1ST Q | 2ND Q | 3RD Q | 4TH Q |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

State's Name
   &       _____
Address      _____
               _____

Contact Person's Name
      &          _____
Telephone Number     _____

Form SSA - 513  (9/97)

98

Exhibit 3-A - 104    1RFP1_025_097

**CHAPTER 4**

# SSA - 512

OMB NO: 0906-0575

Date of Request _____

## REQUEST TO RESOLVE QUESTIONABLE QUARTERS OF COVERAGE (QC)

Complete the information below when the QC array contains either a (#) pound sign or code "Z" prior to 1978.  Mail the form and a copy of the system's printout to the Social Security Administration, P.O. Box 17750, Baltimore, MD.  21235-0001.

**Print Name:** _____   _____   _____
  Last                                First                          MI

**SSN** _____-_____-_____      **Date of Birth** _____-_____-_____
                                                          MM        DD       YY

**Request Years**

**19** _____,        **19** _____,        **19** _____,        **19** _____,        **19** _____,

**19** _____,        **19** _____,        **19** _____,        **19** _____,        **19** _____,

**OR**

**19**____ **thru 19** ____        **19**____ **thru 19** ____        **19**____ **thru 19** ____

**State's Name & Address** _____

_____

_____

**Contact Person's Name
        &
Telephone Number** _____

_____

<u>The Paperwork Reduction Act of 1995</u> requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995.  We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

SSA - 512

**CHAPTER 4**

| MILITARY CONNECTION | HOW TO DETERMINE STATUS |
|---|---|

Use the charts below to help in determining the status for active duty military, honorably discharged veterans, their spouses, and/or unmarried dependent children.

To be eligible as a noncitizen, the noncitizen must be

- Currently serving in the United States Armed Forces; or

- An honorably discharged veteran of the United States Armed Forces; or

- The spouse of an active duty military personnel or an honorably discharged veteran; or

- The unmarried dependent child of an active duty military personnel or an honorably discharged veteran.

**Noncitizen currently serving in the United States Armed Forces**
   **STEPS**

1.  Is the noncitizen serving in the Air Force, Army, Marines, Navy, or Coast Guard for purposes other than training?

     **If Yes,** continue**.**

2.  Does the noncitizen have a valid Military Identification Card with an expiration period of more than one year?

     **If Yes,** meets military status.

3.  Is the noncitizen's Military Identification Card due to expire within one year from the date of determination?

     **If Yes,** verify status using, military records, Real Time Automated Personnel Identification System (RAPIDS), or DEERS.

    When verified, military status is met.

**Noncitizen is an Honorably Discharged Veteran of the United States Armed Forces**
   **STEPS**

1.  Is noncitizen honorably discharged for reasons other than alien status?  (Refer to the noncitizen's discharge papers which will provide information regarding the type of discharge)

     **If No, STOP** - Noncitizen does not meet criteria

     **If Yes,** continue

2.  Has the noncitizen served in the United States Armed Forces on active duty for a period of 24 months or was their original enlistment date prior to September 7, 1980?

     **If No, STOP -** Noncitizen does not meet criteria

     **If Yes,** verify status using discharge papers or contact local Veteran's Administration.  If verified, meets veteran status.

**CHAPTER 4**

| MILITARY CONNECTION | HOW TO DETERMINE STATUS |
|---|---|

### Noncitizen is the Spouse of an Active Duty Noncitizen Military Person or an Honorably Discharged Noncitizen Veteran

**STEP**

1. Is the noncitizen's spouse currently on active duty in the United States Armed Forces for other than training purposes?

   **If Yes, STOP -** meets Veteran Criteria.

2. Was the noncitizen married to a veteran (Filipino) who served in the Philippine Commonwealth Army or the Philippine Scouts during World War II?

   **If Yes, STOP -** meets Veteran Criteria.

3. The noncitizen was married to a noncitizen veteran or active duty noncitizen military person, who died while on active duty and the noncitizen has not remarried since the noncitizen veteran's death. This marriage took place within 15 years from the date of discharge in which the injury or disease leading to the veteran's death occurred; **AND**

   The noncitizen was married to a noncitizen veteran or active duty noncitizen military person for at least one year and the noncitizen has not remarried; **OR**

   **If Yes, STOP -** meets Veteran Criteria.

   A child was born during the relationship between the noncitizen and the noncitizen veteran or active duty noncitizen military person either during or before the marriage.

   **If Yes, STOP -** meets Veteran Criteria.

   **If No,** does Not Meet Criteria

### Noncitizen is an Unmarried Dependent Child of Active Duty Military Person or Honorably Discharged Veteran

**STEP**

1. The dependent child is the natural or legally adopted child of an honorably discharged veteran or active duty military personnel of the United States Armed Forces.

   **If Yes -** Continue

2. The child is not married or divorced

   **If Yes -** Continue

3. The child is under 18 years of age or under 22 years of age and a full-time student.

   **If Yes,** meets Veteran Criteria

**Note:** To qualify for food assistance benefits, noncitizens must also meet a qualified alien status in addition to meeting the military/veteran criteria.

101

Exhibit 3-A - 107          1RFP1_025_100

CHAPTER 4

| BATTERED NONCITIZEN | | HOW TO DETERMINE STATUS |
| --- | --- | --- |

Use the following procedures when determining qualified noncitizen status for victims of abuse.  This includes the battered noncitizen; the battered noncitizen's child; or the non-battering parent of a battered noncitizen child.

The noncitizen **MUST** meet all **FOUR** of the following criteria:

1. **The battered noncitizen <u>no longer resides</u> in the same household as the abuser;**

2. **There is a <u>substantial connection between the battery or extreme cruelty and the need for the public assistance</u>;**

(Refer to the "Substantial Connection" page.)

3. **US Citizenship and Immigration Services or the Executive Office for Immigration Review has:**
   - **granted or accepted a petition regarding battered status or**
   - **received an application filed by or on behalf of the noncitizen which sets forth a case of battery or extreme cruelty; or**
   - **The noncitizen has been battered or subjected to extreme cruelty while <u>in the United States</u> by an individual who was residing in the same household, if the spouse or parent failed to prevent the battery or cruelty; and**

4. **5 years have passed since attaining this or other eligible status.**

**Note:** Battered children, under the age of 18, are eligible for Food Assistance and Medicaid and do not have to wait 5 years.

(Refer to the "Documentation to Support Status" page.)

Exhibit 3-A - 108    1RFP1_025_101

CHAPTER 4

## BATTERED NONCITIZEN      DOCUMENTATION TO SUPPORT STATUS

Documentation of an approved petition or application include:

- I-551 with one of the follow class of admission codes printed on the front of a white card or the back of a pink card demonstrates approval of a petition: AR1, AR6, C20 through C29, CF1, CF2, CR1, CR2, CR6, CR7, CX1 through CX3, CX6 through CX8, F20 through F29, FX1 through FX3, FX6 through FX8, IF1, IF2, IR1 through IR4, IR6 through IR9, IW1, IW2, IW6, IW7, MR6, MR7, P21 through P23, or P26 through P28; or
- I-551 with one of the following class of admission codes stamped on the lower left side of the back of a pink card demonstrates approval of a petition: IB1 through IB3, IB6 through IB8, B11, B12, B16, B17, B20 through B29, B31 through B33, B36 through B38, BX1 through BX3, or BX6 through BX8; or
- I-551 with class of admission code **Z13** <u>may</u> demonstrate approval of a petition; you will need to determine where the card was issued by asking the noncitizen where they received the grant of suspension or deportation, and then fax the Executive Office for Immigration Review Request Form on agency letterhead, as well as a copy of the card and any other documents presented by the noncitizen to the Executive Office for Immigration Review court that granted the noncitizen's suspension; or
- Unexpired Temporary I-551 stamp in foreign passport or on I-94 with one of the class of admission codes listed in the above three bullets; or
- An I-797 indicating approval of an USCIS I-130 petition for spouses of United States citizens or lawful permanent residents, or unmarried children 21 years of age or older of lawful permanent residents; or approval of an I-360 petition of a widow/widower of a United States citizen or as a self-petitioning spouse or child of an abusive United States citizen or lawful permanent resident; or
- A final order of an Immigration Judge or the Board of Immigration Appeals granting suspension of deportation under section 244(a)(3) of the Immigration and Nationality Act as in effect prior to April 1, 1997, or cancellation of removal under 240A(b)(2) of the Immigration and Nationality Act If the court or Board order does not indicate that suspension of deportation or cancellation of removal was granted under section 244(a)(3) or 240A(b)(2), you should fax the Executive Office for Immigration Review Request form on your agency letterhead, as well as a copy of the order, to the court administrator of the Executive Office for Immigration Review court issuing the order, and ask the court to notify you of the Immigration and Nationality Act provision under which the applicant was granted relief.

Documentation for establishment of a prima facie case:

- An I-797 indicating that the applicant has established a prima facie care; or
- An immigration court or Board of Immigration Appeals order indicting that the applicant has established a prima facie case for suspension of deportation under Immigration and Nationality Act section 244(a)(3) as in effect prior to April 1, 1997, or cancellation of removal under section 240A(b)(2) of the Immigration and Nationality Act.

103

Exhibit 3-A - 109    1RFP1_025_102

**CHAPTER 4**

## BATTERED NONCITIZEN      DOCUMENTATION TO SUPPORT STATUS

Documentation indicating a petition has been filed, by or on behalf of the applicant:

- I-797 indicating filing of the I-360 petition,
- A file-stamped copy of the I-130 or I-360 petition;
- A copy of the petition and proof of mailing;
- A cash register or computer generated receipt indicating filing of an I-130 or I-360 petition; or
- or another document demonstrating filing.

Documentation indicating US Citizenship and Immigration Services has initiated deportation or removal proceedings:

- An "Order to Show Cause";
- A "Notice to Appear"; or
- A "Notice of Hearing in Deportation Proceedings."

Documentation for a claim of battery or extreme cruelty includes:

- the noncitizen has or had a protection order issued against the abuser with whom the noncitizen was living;
- the noncitizen has a record of criminal conviction of the abuser, with whom the noncitizen was living, for committing an act of violence against them; or
- the noncitizen has credible evidence of the abuse which includes but is not limited to, reports or affidavits from law enforcement, judges or other court officials, medical personnel, school officials, social workers, mental health providers or other social service agency personnel, legal documents, residence in a battered spouse shelter or similar refuge, photographs of the injuries or sworn affidavits from friends, family members or other third parties with personal knowledge of the battery or extreme cruelty.

104

Exhibit 3-A - 110     1RFP1_025_103

**CHAPTER 4**

| BATTERED NONCITIZEN | SUBSTANTIAL CONNECTION |
|---|---|

The Economic Self-Sufficiency Specialist must determine if there is a **substantial connection** between the abuse and the public assistance benefits requested.

If any of the following apply, there is a substantial connection between the abuse and the need for public assistance:

**Public assistance benefits will:**

- Enable the noncitizen to become self-sufficient following separation from the abuser;

- Enable the noncitizen to escape the abuser and/or the community in which the abuser lives; or ensure the safety of the noncitizen, noncitizen's child, and/or the noncitizen's parent;

- Assist with financial support resulting from the noncitizen's separation from the abuser;

- Assist financially because the battery/cruelty, separation from the abuser, work absences or lower job performance due to the battery/cruelty, or related legal proceedings has caused the noncitizen to lose their job, earn less, or leave their job for safety reasons;

- Provide medical care for the noncitizen who requires medical attention or mental health counseling;

- Increase the individual's ability to care for their children (e.g. to feed, house, clothe, or provide daycare);

- Alleviate nutritional risk or need resulting from the abuse or following separation from the abuser;

- Provide medical care during a pregnancy resulting from the abuser's sexual assault, abuse, or a forced relationship with one of the above individuals; and/or to care for any resulting child; or

- Assist when medical coverage and/or health care services are needed to replace medical coverage or health care services the noncitizen had when living with the abuser.

**CHAPTER 4**

# Request Form to Executive Office for Immigration Review

To:   U. S. Department of Justice                          Immigration Court,
       US Citizenship and Immigration Service          ATTN: Court Administrator
       Executive Office for Immigration Review
       Vermont Service Center
       75 Lower Weldon Street
       St. Albans, Vermont 05479
This request is being submitted by:

Name (printed): _____Title: _____
Agency name and address:  _____Florida Department of Children & Families_____
_____Economic Self-Sufficiency Services_____
_____
_____

Fax number: _____          Phone number: _____
Agency case tracking number (optional):_____

**Item 1:**  The Department of Children & Families requests that Executive Office for Immigration Review: (please check only one)

☐Verify the applicant referred to on the attached green card was granted relief under section 244(a)(3) as in effect prior to April 1, 1997 or 240A(b)(2) of the Immigration and Nationality Act.

☐Verify the attached order grants relief under section244(a)(3) as in effect prior to April 1, 1997 or 240A(b)(2) of the Immigration and Nationality Act.

☐Verify the Executive Office for Immigration Review has determined the applicant has demonstrated a prima facie case for suspension of deportation or cancellation of removal under section 244(a)(3) as in effect prior to April 1, 1997 or 240A(b)(2) of the Immigration and Nationality Act.

**Item 2:**  If you checked the last item above, please fill out the following information.  If the applicant has a copy of a receipt notice or other documentation indicating they have filed an application for suspension of deportation or cancellation of removal, please attach a copy.

Benefit Applicant's full name: _____

Benefit Applicant's date of birth: _____

Benefit Applicant's best guess as to date application was filed: _____

Benefit Applicant's best guess as to
with which immigration court petition was filed: _____

Benefit Applicant's address at time of filing petition: _____

_____

_____

Date: _____          Agency Signature: _____

106

Exhibit 3-A - 112        1RFP1_025_105

CHAPTER 4

## Request Form to US Citizenship and Immigration Services

To:   U. S. Department of Justice                    ATTN: Battered Alien Review Unit
      US Citizenship and Immigration Services
      Vermont Service Center
      75 Lower Welden Street
      Saint Albans, Vermont 05479
This request is being submitted by:

Name (printed): _____Title: _____

Agency name and address:   _____Florida Department of Children & Families_____

      _____Economic Self-Sufficiency Services_____

      _____

      _____

Fax number: _____          Phone number: _____

Agency case tracking number (optional):_____

**Item 1:**  A noncitizen applicant is seeking public benefits from the Department of Children & Families, pursuant to recent welfare reform legislation.  This applicant falls into one of two categories:

- Believes an US Citizenship and Immigration Services form I-130, Petition for Immigrant Status, was filed on their behalf by their spouse or parent; or has self-petitioned as a widow(er) using US Citizenship and Immigration Services Form I-360, Petition for Amerasian, Widow or Special Immigrant (complete Part A, below); or

- Has self-petitioned as a battered spouse or child using US Citizenship and Immigration Services Form I-360, Petition for Amerasian, Widow, or Special Immigrant (complete Part B, below).

**Item 2:**  The Department of Children & Families requests that US Citizenship and Immigration Services: (please check only one)

☐Verify that the attached document is valid.  A copy of the I-797 approval notice, prima facie determination or receipt notice is attached.

☐Make a prima facie determination or expedite adjudication of the petition and notify the Department of Children & Families of the court.

☐Update the status of the Department of Children & Families' _____(insert date) request for a prima facie determination or expedited adjudication.  (Requesting agency should allow three weeks from the request for a prima facie determination or filing of a petition before making this request.)

☐Determine whether the applicant has filed a petition or whether a petition has been filed on his or her behalf under (a) or (b), as indicated above.  If so, please make a prima facie determination or expedited adjudication of the applicant's petition and notify the Department of Children & Families of the outcome.

Date: _____     Agency Signature: _____

107

Exhibit 3-A - 113

## CHAPTER 4

**PART A: For an Applicant Who is the Beneficiary of a Petition Filed by Spouse or Parent, or Who has Self-Petitioned as a Widow(er)**

**Step 1:**  Does the noncitizen applicant have a copy of an US Citizenship and Immigration Services Form I-797 indicating that an I-130 was filed on their behalf?
[If applicant has self-petitioned as a widow(er), check "No" and proceed to Step 2.]

Yes:   Attach a copy of the I-797 to this letter (you need not complete Step 2)
No:     If the applicant has no documentation or has documentation other than a Form I-797, proceed to Step 2.

**Step 2:**  If the applicant does not have a Form I-797, please complete the following information.  All blanks, except that noted "if available"' must be completed.

Benefit Applicant's full name: _____

Benefit Applicant's date of birth: _____

Benefit Applicant's best guess as to date petition was filed: _____

Benefit Applicant's best guess as to with which Immigration and Naturalization Services office petition was filed: _____

Petitioner's full name: _____

Petitioner is Applicant's ___ spouse, or ___ parent, or ___ self-[widow(er)]  (check one)

Petitioner is a ___ U.S. citizen, or ___ Lawful Permanent Resident ("green card holder")

Petitioner's date of birth: _____

Petitioner's Alien Registration Number, if available:      A_____

Petitioner's address at time of filing petition: _____

_____

_____

US Citizenship and Immigration Services Request Form – page 2

Exhibit 3-A - 114    1RFP1_025_107

**CHAPTER 4**

## PART B:  For an Applicant who has Self-Petitioned as a Battered Spouse or Child

**Step 1:**  Attach a copy of the receipt notice or other documentation evidencing that a Form I-360 has been filed with the US Citizenship and Immigration Services.  If that documentation does not include the following information, please complete the blanks:

Benefit Applicant's full name:  _____

Benefit Applicant's date of birth:  _____

Date I-360 was filed:  _____

Location (city) of US Citizenship and Immigration Services office where filed:

_____

US Citizenship and Immigration Services Request Form – page 2

109

Exhibit 3-A - 115   1RFP1_025_108

## CHAPTER 4

| Noncitizen Application for a Social Security Number | TCA, FA, MA-FAM, MA-SSI |
|---|---|

Attached is an example of the CF-ES 2275 Form.  Use this form to verify the noncitizens application for a Social Security Number in circumstances where the noncitizen does not have permission to work in the U.S. and the Social Security Administration will not issue a social security number.  This form certifies to Social Security the individual is applying for a social security number as a requirement of federal or state statute or regulation which requires the noncitizen provide an SSN or proof of application to get a public assistance benefit or service.



### VERIFICATION OF SSN APPLICATION FOR NONCITIZEN

Date:_____

Re:_____

Address:_____

City/State/Zip:_____

FLORIDA Case Number:_____

Alien Number:  A-_____

Dear Social Security Administration Staff:

The applicant named above has applied for the following federally funded public assistance programs.  These programs require the submission of a social security number or proof of application for a social security number as part of the eligibility determination process.

☐ Cash Assistance (TANF)  
    [Family Self-Sufficiency Act  
    Section 414.095(2)(a)3]

☐ Food Assistance  
    [7 CFR, Section 273.6(a)]

☐ Medicaid  
    [42 CFR, Section 435]

This applicant has been determined eligible for one or more of the programs identified above.  We will approve benefits when the social security number is provided or we receive verification that the applicant has applied for a number.

Please assign a number to the applicant or indicate an application has been made for a number by completing the bottom of this form or attaching a receipt.  Return this form to the applicant.

_____

Signature of DCF Staff Member    Date Signed

_____

Title

| DCF Staff Member's Address: |
| Phone Number: |

---

**FOR SSA USE ONLY**

I verify that application for a Social Security Number has been made by the above-named individual on (date) _____.

_____

Signature of SSA Official    Date Signed

_____

Title

| SSA Official's Address: |
| Phone Number: |

110

Exhibit 3-A - 116    1RFP1_025_109

CHAPTER 4

## Victims of Human Trafficking                    TCA, FA, MA-FAM, MA-SSI

The Trafficking Victims Protection Act of 2000 makes victims of severe forms of human trafficking eligible for benefits and services under any federal or state program or activity to the same extent as a noncitizen who is admitted to the United States as a refugee under section 207 of the Immigration and Nationality Act.  Adult victims must be certified by the Department of Health and Human Services, however, children under 18 years old are not required to be certified.

 In the Act, the term "**severe forms of trafficking in person" means:**

1. Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

2. The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

The Department of Health and Human Services may **certify** a victim of a severe form of trafficking who:

1. Is willing to assist in every reasonable way in the investigation and prosecution of severe forms of trafficking in persons; and

2. Made a bona fide application for a Visa under Section 101(a)(15)(T) of the Immigration and Nationality Act…that has not been denied; or

3. Is a person whose continued presence in the United States the Attorney General is ensuring in order to effectuate prosecution of traffickers in persons.

A noncitizen who is an adult victim of a severe form of trafficking and who has been certified as a victim by the U. S. Department of Health and Human Services (HHS) shall be eligible for food assistance, Temporary Cash Assistance, RAP, and Medicaid to the same extent as refugees.  Children, who have been subjected to trafficking are also eligible like refugees, but do not need to be certified.

The U. S. Department of Health and Human Services' Office of Refugee Resettlement (ORR) will issue certification letters to adult victims of trafficking who meet the certification requirements.

When a victim of trafficking applies for benefits, the agency should follow the normal procedures for refugees **except the agency should:**

1. **Accept the original certification letter** or letter for children in place of US Citizenship and Immigration Services documentation.  Victims of severe forms of trafficking are not required to provide any documentation of their immigration status. Other agencies, such as the US Citizenship and Immigration Services, may issue letters or other documents to victims of severe forms of trafficking, however, only the ORR certification letter may be accepted as proof of certification.

Exhibit 3-A - 117        1RFP1_025_110

**CHAPTER 4**

**Victims of Human Trafficking**                    **TCA, FS, MA-FAM, MA-SSI**

2. **Call the trafficking verification line at 1-866 401-5510 to confirm the validity of the certification letter** or letter for children and to notify ORR of the benefits for which the individual has applied. (**Note:** At this time, <u>SAVE does not contain information about victims of severe forms of trafficking.</u>  Until further notice, do not contact SAVE concerning victims of severe forms of trafficking).

3. **Note the "entry date" on CLRC** for refugee benefits purposes. The individual's "entry date" is the certification date, which is in the body of the certification letter or letter for children.

4. **Issue benefits to the same extent as a refugee,** provided the victim of a severe form of trafficking meets other program eligibility criteria (e.g., income levels). These applicants will be coded as refugees on the FLORIDA system.  When confirming identity, many victims of severe forms of trafficking do not yet possess standard identity documents, such as driver's licenses.  If identity cannot be determined, the case should not be automatically denied, but a call should be made to the trafficking verification line at (202) 401-5510 for assistance. In addition, if the victim does not have or is unable to obtain a work Social Security number, the agency should assist these applicants in obtaining non-work Social Security numbers. The state agency cannot require the applicant for ORR – funded assistance and services to provide a Social Security number. While Medicaid, Temporary Cash Assistance, RAP, and food assistance eligibility requires the applicant to apply for a Social Security number, the agency must not delay, deny or discontinue assistance pending the issuance of the number.

5. **Record on CLRC the expiration date** of the certification letter or letter for children so that a re-determination of eligibility can be conducted at that time. The certification letters contain expiration dates, which are 8 months from the initial certification date. If the adult victim of trafficking no longer meets the statutory certification requirements at the 8-month re-determination, ORR will not issue a follow-up certification letter and the individual will no longer be eligible for benefits to the same extent as a refugee. In addition, procedures are being considered to address cases where, prior to the end of the 8-month period, the Attorney General advises that a victim of trafficking no longer meets the certification requirements.

No adult or child should be certified without the original certification letter. If the agency encounters an individual that meets the definition in this Act but has no certification letter, they should contact Michael Jewell at (202) 401-4561, or Neil Kromash at (202) 401-5702.  If the agency encounters a child that they believe has been subjected to a severe form of trafficking, they should call Loren Bussert at (202) 401-4732.

Exhibit 3-A - 118     1RFP1_025_111

**CHAPTER 4**

## Victims of Human Trafficking                    TCA, FS, MA-FAM, MA-SSI

Effective November 6, 2001, certification letters issued by the Department of Health and Human Services for adults and eligibility letters for children will no longer contain an expiration date.  Individuals certified as victims of human trafficking by the Department of Health and Human Services **on or after** November 6, 2001 will receive a certification letter without an expiration date.  Individuals who were certified **before** November 6, 2001 received certification letters with an eight-month expiration date.  As these letters begin to expire, a re-certification letter will be issued without an expiration date.

Although certain victims of a severe form of trafficking will be receiving re-certification letters, their "entry date" for refugee benefit purposes will not change.  Their re-certification letters will contain the same certification date (i.e., "entry date") as the original letter.  **In other words, the re-certification letter does not grant victims of a severe form of trafficking an additional eligibility period for any benefits and services.**  The re-issuance of the original certification and eligibility letter without an expiration date simply confirms the individual continues to meet the certification and/or eligibility requirements. Standard eligibility periods for benefits and services will continue to apply to these individuals in the same manner as they apply to refugees.

If an individual presents an expired certification or eligibility letter, please contact the Office of Refugee Resettlement (ORR) trafficking verification line at (202) 401-5510 for assistance.

Please note the attached sample of a certification letter for an adult victim of trafficking.

### Interim Eligibility for Child Victims of Human Trafficking

The William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 expanded eligibility for federal benefits and services to children who are potential child victims of human trafficking.  Under the law, the Department of Health and Human Services (HHS) Office of Refugee Resettlement (ORR) may authorize "interim assistance" for up to 90 days for a child potentially subjected to human trafficking.

### ORR Certification Process:

This certification process applies to any non-U.S. citizen children (under age 18) residing in the United States.

- The requesting agency (most likely Family Safety or Refugee Service Providers) submits a "Request for Assistance for Child Victim of Human Trafficking" form on behalf of the child to ORR's Anti-Trafficking in Persons Division.

- If the HHS ORR determines the child is a potential victim of human trafficking, they will provide an "Interim Assistance Letter" that authorizes eligibility for all federally funded benefits and services, for up to 90 days, to the same extent as a Refugee.  This includes placement in the Unaccompanied Refugee Minors Program if no parent or legal guardian is available to care for the child.  Children are not required to have continued presence or a "T" nonimmigrant visa before receiving an "Interim Assistance Letter".  Copy of the "Interim Assistance Letter" is attached.

Exhibit 3-A - 119        1RFP1_025_112

CHAPTER 4

- ORR will contact the requester to obtain evidence that supports the human trafficking certification request and will make a final decision prior to the expiration of the 90-day period.

**ACCESS Staff Required Action:**  Upon receipt of an application by Family Safety, Refugee Services or anyone else on a potential child trafficking victim, take the following action:

- Call the toll-free trafficking verification line at 1 (866) 401-5510 to verify the validity of the "Interim Assistance Letter".

- Review the "Interim Assistance Letter" to determine the date eligibility for interim assistance began.

- If the 90-day period has not expired, evaluate the child's eligibility for all benefits requested.

- Consider the child victim of human trafficking who is not in a qualified noncitizen status to be a qualified noncitizen for 90 days, beginning with the eligibility date on the "Interim Assistance Letter".  Do not use the SAVE system for these children.

- Schedule an expected change for the month in which the 90th day falls to check on the status of a final human trafficking certification decision.

- If ORR denies the request, or the customer fails to provide certification of a final human trafficking decision, the child's eligibility for assistance based on the "interim" status expires at the end of the month in which the 90th day falls.  Terminate any benefits authorized based upon this qualified noncitizen status.  These children are not eligible for continuous Medicaid coverage.

**FLORIDA Procedures:**

On **AIIA** screen enter **'DP'** code for ID verification field
Enter SSN application date with **'IM'** verification code
Enter '**N**' for US Citizen
Enter '**Y**' in Declaration of Citizenship and Florida Resident fields

On **AICZ** screen, enter **'73'** (Victim of Human Trafficking) in the Alien Status code field and complete the remaining fields according to agency procedures.
Schedule the expected change on **AWEC** for the final human trafficking decision.

114

Exhibit 3-A - 120      1RFP1_025_113

**CHAPTER 4**

DEPARTMENT OF HEALTH & HUMAN SERVICES

ADMINISTRATION FOR CHILDREN AND f
370 I'Enfant Promenade,S.W.
Washington, D.C. 20447



HHS Tracking Number
5555555555

Ms. Susie Doe
*do* Jim Thomas, Refugee Social Worker
Smith County Community Service Office
123 Main St.
Bellevue, WA 55555-5555

CERTIFICATION LETTER

Dear Ms.Doe:

This letter confirms that you have been certified by the Department of Health and Human Services (IffiS) pursuant to section 107(b) of the Trafficking Victims Protection Act of 2000. Your certification date is _____. This certification is valid for eight months from the date of this letter. The expiration date is _____.

With *this* certification, you are eligible for benefits and services under any Federal or State program or activity funded or administered by any Federal agency to the same extent as an individual who is admitted to the United States as a refugee under section 207 of the Immigration and Nationality Act, provided you meet other eligibility criteria. This certification does not confer immigration status.

You should present this letter when you apply for benefits or services. Benefit-issuing agencies should call the trafficking verification line at (202) 401-5510 to verify the validity of this document and to inform HHS of the benefits for which you have applied.

Sincerely,

Carmel Clay-Thompson
Acting Director
Office of Refugee Resettlement

115

Exhibit 3-A - 121      1RFP1_025_114

**CHAPTER 4**

---

HHS Tracking Number
**000000000000**
DOB: mm/dd/yyyy

NAME
c/o SERVICE PROVIDER
AGENCY
ADDRESS
CITY, STATE ZIP

<u>INTERIM ASSISTANCE LETTER</u>

Dear NAME:

This letter confirms that pursuant to 22 U.S.C. § 7105(b)(1)(F), you are eligible on an interim basis for benefits and services under any Federal or State program or activity funded or administered by any Federal agency to the same extent as an individual who is admitted to the United States as a refugee under section 207 of the Immigration and Nationality Act, provided you meet other eligibility criteria. This letter does not confer immigration status.

Your eligibility for interim assistance begins **DATE** and lasts for up to 90 days from this date. Before the expiration of the interim assistance period, HHS shall determine if you are eligible for the assistance described above as a victim of a severe form of trafficking in persons pursuant to 22 U.S.C. § 7105(b)(1)(A). The benefits outlined in the previous paragraph may offer assistance for only limited time periods that start from the date of this eligibility letter. Therefore, if you wish to seek assistance, it is important that you do so as soon as possible after receipt of this letter.

You should present this letter when you apply for benefits or services. <u>Benefit-issuing agencies must call the toll-free trafficking verification line at 1 (866) 401-5510 in the Office of Refugee Resettlement to verify the validity of this document and to inform HHS of the benefits for which you have applied.</u>

You must notify this office of your current mailing address. Please send a dated and signed letter with any changes of address to: Trafficking Program Specialist, Office of Refugee Resettlement, 8th Floor West, 370 L'Enfant Promenade, SW, Washington, DC 20447. We will send all notices to your current mailing address, and any notice mailed to your current mailing address constitutes adequate service. You may also need to share this same information with state and local benefit-issuing agencies.

Sincerely,
Eskinder Negash
Director
Office of Refugee Resettlement

cc. State Refugee Coordinator

---

Exhibit 3-A - 122      1RFP1_025_115

CHAPTER 4

| | |
|---|---|
| **SPONSORED BY INDIVIDUALS** | **FA** |

A sponsored noncitizen is a noncitizen for whom a person (the sponsor) has executed an affidavit of support (USCIS Form I-864 or I-864A) on behalf of the noncitizen, pursuant to section 213A of the Immigration and Nationality Act.

A noncitizen who's sponsor signed an affidavit of support (I-864 or I-864A) will have income and assets deemed from their sponsor and their sponsors spouse, if applicable, unless the noncitizen is determined to be exempt from the deeming process.  The spouse's income and assets are deemed only if the spouse signs an affidavit of support.

### Determining Income to Deem Available

Food Assistance Benefits

| | |
|---|---|
| $1000 x .20 = 200 | 1) Total earned income of the sponsor and their spouse if applicable |
| -200 | 2) Subtract 20% of earned income |
| 800 | |
| +300 | 3) Add unearned income |
| 1100 | |
| - 913 | 4) Subtract gross maximum income for sponsor's family size |
| 187 | 5) Unearned income to be deemed to noncitizen |

### Determining Assets to Deem Available

A portion of the assets of the sponsor and the sponsor's spouse are considered available to the noncitizen.  Total the value of assets belonging to the sponsor and their spouse if applicable.  Next subtract $1500 from the total value.  Any remainder is considered an available asset of the noncitizen.

### Verification Requirements

The noncitizen must provide verification of the sponsor's income and assets in order to determine their eligibility for benefits.

**NOTE:**  In order for FLORIDA to recognize the sponsor's income and assets, the sponsor and their spouse must be entered as household members on AIID.  Their income and assets are then entered as appropriate throughout the case.  Any benefits built by FLORIDA for the sponsor and their spouse must be denied on AWAA.

Exhibit 3-A - 123        1RFP1_025_116

**CHAPTER 4**

| SPONSORED | |
|---|---|
| **BY INDIVIDUALS** | **FA** |

**EXCEPTIONS TO SPONSOR DEEMING**

1. The noncitizen is participating in their sponsor's food assistance Assistance Group (AG);

2. The noncitizen is sponsored by an organization or group;

3. The noncitizen is not required to have a sponsor under Immigration law;

4. The noncitizen meets battered criteria;

5. The noncitizen meets indigent criteria; or

6. The noncitizen is a child under 18.

**FLORIDA NOTE: Individuals with alien status codes meeting these criteria should NOT be listed as sponsored on AICZ.**

Exhibit 3-A - 124    1RFP1_025_117

**CHAPTER 4**

## SPONSORED BY INDIVIDUALS after 12/19/1997
## TCA, MA-FAM, MA-SSI

For these noncitizens 100% of the sponsor and the sponsor's legal spouse's income and assets are considered available to the noncitizen.  The sponsor's spouse's income and assets are considered available only if the sponsor's spouse signs an affidavit of support and the sponsor and spouse live together.  All income is budgeted as unearned and assets are considered liquid.  The sponsor's income and assets will be counted until the noncitizen becomes a citizen of the United States or can be credited with 40 qualifying quarters of work.

**Verification**

The sponsor's statement regarding their own or their spouse's assets and income is acceptable, unless questioned.

**EXCEPTIONS TO COUNTING SPONSOR INCOME AND ASSETS**

1. The noncitizen is sponsored by an organization or group;

2. The noncitizen is not required to have a sponsor under Immigration law;

3. The noncitizen meets battered criteria; or

   **FLORIDA NOTE: Individuals with alien status codes meeting this criteria should NOT be listed as sponsored on AICZ.**

4. The noncitizen meets indigent criteria.

5. The noncitizen is applying for Emergency Medicaid.

Exhibit 3-A - 125      1RFP1_025_118

CHAPTER 4

## SPONSORED BY INDIVIDUALS

## FS, TCA, MA-FAM, MA-SSI

**Indigent Noncitizens**

Indigency must be determined in the month of application.  To determine if a sponsored noncitizen is indigent the agency must:

1. Total the earned and unearned income of the food assistance Standard Filing Unit (SFU) containing the sponsored noncitizen.

2. Add any cash contributions.

3. Add the value of any in-kind assistance the sponsor and others provide.

The total obtained in adding 1-3 above is compared to the gross income limit amount for the size of the food assistance SFU.

If the total income is less than the gross income limit amount for the size of the sponsored noncitizen SFU, the SFU is considered indigent.  A determination of indigence is good for 12 months from the date the decision is made.  A new indigence determination is required after the 12 months expire and each new indigence determination is good for a period of 12 months.

The circuit/regions should notify the Economic Self-Sufficiency Services Policy Bureau of each indigent status determination, including the name(s) of the sponsor and the sponsored noncitizen involved.

**Battered Noncitizens**

 A battered noncitizen spouse, a child of a battered noncitizen, or a noncitizen parent of a battered child are exempt from the deeming provisions for 12 months after the agency determines that the battering is connected to the need for benefits and the battered individual does not live with the batterer.  A determination is good for 12 months from the date the decision is made.  A new determination is required after the 12 months expire.  After the first 12 months, a court or USCIS document must be provided that recognizes the battery and the individual must not live with the batterer.  If the individual does not meet these provisions, noncitizens sponsored on or after December 19, 1997, will have the income and assets of the sponsor, and the sponsor's spouse if applicable, deemed to them.

Exhibit 3-A - 126

**CHAPTER 4**

**FOOD ASSISTANCE
DEFINITION OF DISABLED
FOOD and NUTRITION ACT OF 2008**

3(r) ``…disabled member'' means a member of a household who--

(2)(A) receives supplemental security income benefits under title XVI of the Social Security Act (42 U.S.C. 1381 et seq.), or Federally or State administered supplemental benefits of the type described in section 212(a) of Public Law 93-66 (42 U.S.C. 1382 note), or

  (B) receives Federally or State administered supplemental assistance of the type described in section 1616(a) of the Social Security Act (42 U.S.C. 1382e(a)), interim assistance pending receipt of supplemental security income, disability-related medical assistance under title XIX of the Social Security Act (42 U.S.C. 1396 et seq.), or disability-based State general assistance benefits, if the Secretary determines that such benefits are conditioned on meeting disability or blindness criteria at least as stringent as those used under title XVI of the Social Security Act;

  (3) receives disability or blindness payments under title I, II, X, XIV, or XVI of the Social Security Act (42 U.S.C. 301 et seq.) or receives disability retirement benefits from a governmental agency because of a disability considered permanent under section 221(i) of the Social Security Act (42 U.S.C. 421(i));

  (4) is a veteran who--

  (A) has a service-connected or non-service-connected disability which is rated as total under title 38, United States Code; or

  (B) is considered in need of regular aid and attendance or permanently housebound under such title;

  (5) is a surviving spouse of a veteran and--

  (A) is considered in need of regular aid and attendance or permanently housebound under title 38, United States Code; or

  (B) is entitled to compensation for a service-connected death or pension benefits for a non-service-connected death under title 38, United States Code, and has a disability considered permanent under section 221(i) of the Social Security Act (42 U.S.C. 421(i));

  (6) is a child of a veteran and--

  (A) is considered permanently incapable of self-support under section 414 of title 38, United States Code; or

  (B) is entitled to compensation for a service-connected death or pension benefits for a non-service-connected death under title 38, United States Code, and has a disability considered permanent under section 221(i) of the Social Security Act (42 U.S.C. 421(i)); or

121

Exhibit 3-A - 127

**CHAPTER 4**

   (7) is an individual receiving an annuity under section 2(a)(1)(iv) or 2(a)(1)(v) of the Railroad Retirement Act of 1974 (45 U.S.C. 231a(a)(1)(iv) or 231a(a)(1)(v)),  if the individual's service as an employee under the Railroad Retirement Act of 1974, after December 31, 1936, had been included in the term "employment" as defined in the Social Security Act [(42 U.S.C. 301 et seq.)], and if an application for disability benefits had been filed.

**CHAPTER 4**

## FOOD ASSISTANCE PROGRAM NONCITIZEN CHART

An individual must be a United States citizen or an eligible noncitizen to qualify for food assistance benefits.

Except as specified below, a noncitizen must be **both** a qualified noncitizen as specified in column 1 **and** meet the special food assistance criteria in column 2 to be eligible:

| Column 1<br>Qualified Noncitizen | Column 2<br>Food Assistance Criteria |
|---|---|
| • Lawful permanent residents<br>• Noncitizens granted asylum under section 208<br>• Refugees admitted under section 207<br>• Parolee under section 212(d)(5) admitted for at least 1 year<br>• Noncitizen whose deportation is withheld under section 243(h) or 241(b)(3)<br>• Noncitizens granted conditional entry pursuant to section 203(a)(7) in effect prior to 4/1/80<br>• Cuban or Haitian Entrants under 501(e) of REAA<br>• Battered spouse, abused child or the parent or child of a battered person<br>• Victims of Human Trafficking | The following noncitizens are eligible from date of entry or attaining status:<br>• Refugees admitted under section 207<br>• Noncitizens granted asylum under section 208<br>• Noncitizen whose deportation is withheld under section 243(h) or 241(b)(3)<br>• Cuban or Haitian Entrants under 501(e) of REAA<br>• Amerasian immigrant under 584 of Foreign Operations, Export financing and Related Program Appropriations Act |
| | The following noncitizens are eligible if 5 or more years have passed since their date of entry into this status:<br>• Parolee under 212(d)(5) for at least 1 year<br>• Battered spouse, abused child or the parent or child of a battered person |
| | The following noncitizens are eligible indefinitely:<br>• Lawful permanent residents who can be credited with 40 qualifying quarters or has been in a qualified status 5 years or more<br>• Military connection (veteran, active duty, spouse and children. See manual.)<br>• Lawfully residing in the U.S. and under 18<br>• Lawfully residing in the U.S. and disabled or blind<br>• Lawfully residing in the U.S. and 65 or older on 8/22/96 |

The following noncitizens may be eligible even if they are not qualified noncitizens as specified above.  They may be eligible for an indefinite period of time.

• Certain Hmong or Highland Laotians, their spouses and children who were tribe members between August 5, 1964 and May 7, 1975.  (Many are admitted as refugees.)

• American Indians born in Canada to which section 289 of INA applies, or who are a member of an Indian tribe as defined in section 4 (e) of Indian Self-Determination and Education Assistance Act.   (Cross-border Indians.)

123

Exhibit 3-A - 129

CHAPTER 4

## INDIAN TRIBES

Indian Tribal Entities Within The Contiguous 48 States Recognized and Eligible to Receive Services From the United States Bureau of Indian Affairs
Absentee-Shawnee Tribe of Indians of Oklahoma
Agua Caliente Band of Cahuilla Indians of the Agua Caliente Indian Reservation, California
Ak Chin Indian Community of Papago Indians of the Maricopa, Ak Chin Reservation, Ariz.
Alabama-Coushatta Tribes of Texas
Alabama-Quassarte Tribal Town of the Creek Nation of Oklahoma
Alturas Indian Rancheria of Pit River Indians of California
Apache Tribe of Oklahoma
Arapahoe Tribe of the Wind River Reservation, Wyoming
Aroostook Band of Micmac Indians of Maine
Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation, Montana
Augustine Band of Cahuilla Mission Indians of the Augustine Reservation, California
Bad River Band of the Lake Superior Tribe of Chippewa Indians of the Bad River
   Reservation, Wisconsin
Bay Mills Indian Community of the Sault Ste. Marie Band of Chippewa Indians, Bay Mills
   Reservation, Michigan
Bear River Band of the Rohnerville Rancheria of California
Berry Creek Rancheria of Maidu Indians of California
Big Lagoon Rancheria of Smith River Indians of California
Big Pine Band of Owens Valley Paiute Shoshone Indians of the Big Pine Reservation, Calif.
Big Sandy Rancheria of Mono Indians of California
Big Valley Rancheria of Pomo & Pit River Indians of California
Blackfeet Tribe of the Blackfeet Indian Reservation of Montana
Blue Lake Rancheria of California
Bridgeport Paiute Indian Colony of California
Buena Vista Rancheria of Me-Wuk Indians of California
Burns Paiute Tribe of the Burns Paiute Indian Colony of Oregon
Cabazon Band of Cahuilla Mission Indians of the Cabazon Reservation, California
Cachil DeHe Band of Wintun Indians of the Colusa Indian Community of the Colusa
   Rancheria, California
Caddo Indian Tribe of Oklahoma
Cahuilla Band of Mission Indians of the Cahuilla Reservation, California
Cahto Indian Tribe of the Laytonville Rancheria, California
Campo Band of Diegueno Mission Indians of the Campo Indian Reservation, California
Capitan Grande Band of Diegueno Mission Indians of California:
   Barona Group of Capitan Grande Band of Mission Indians of the Barona Reservation, CA.
    Viejas (Baron Long) Group of Capitan Grande Band of Mission Indians of the Viejas

124

Exhibit 3-A - 130

CHAPTER 4

## INDIAN TRIBES

Reservation, California
Catawba Indian Nation (aka Catawba Tribe of South Carolina)
Cayuga Nation of New York
Cedarville Rancheria of Northern Paiute Indians of California
Chemehuevi Indian Tribe of the Chemehuevi Reservation, California
Cher-Ae Heights Indian Community of the Trinidad Rancheria, California
Cherokee Nation of Oklahoma
Cheyenne-Arapaho Tribes of Oklahoma
Cheyenne River Sioux Tribe of the Cheyenne River Reservation, South Dakota
Chickasaw Nation, Oklahoma
Chicken Ranch Rancheria of Me-Wuk Indians of California
Chippewa-Cree Indians of the Rocky Boy's Reservation, Montana
Chitimacha Tribe of Louisiana
Choctaw Nation of Oklahoma
Citizen Potawatomi Nation, Oklahoma
Cloverdale Rancheria of Pomo Indians of California
Coast Indian Community of Yurok Indians of the Resighini Rancheria, California
Cocopah Tribe of Arizona
Coeur D'Alene Tribe of the Coeur D'Alene Reservation, Idaho
Cold Springs Rancheria of Mono Indians of California
Colorado River Indian Tribes of the Colorado River Indian Reservation, Ariz. and California
Comanche Indian Tribe, Oklahoma
Confederated Salish & Kootenai Tribes of the Flathead Reservation, Montana
Confederated Tribes of the Chehalis Reservation, Washington
Confederated Tribes of the Colville Reservation, Washington
Confederated Tribes of the Coos, Lower Umpqua and Siuslaw Indians of Oregon
Confederated Tribes of the Goshute Reservation, Nevada and Utah
Confederated Tribes of the Grand Ronde Community of Oregon
Confederated Tribes of the Siletz Reservation, Oregon
Confederated Tribes of the Umatilla Reservation, Oregon
Confederated Tribes of the Warm Springs Reservation of Oregon
Confederated Tribes and Bands of the Yakama Indian Nation of the Yakama Reservation,
  Washington
Coquille Tribe of Oregon
Cortina Indian Rancheria of Wintun Indians of California
Coushatta Tribe of Louisiana
Cow Creek Band of Umpqua Indians of Oregon
Coyote Valley Band of Pomo Indians of California
Crow Tribe of Montana
Crow Creek Sioux Tribe of the Crow Creek Reservation, South Dakota
Cuyapaipe Community of Diegueno Mission Indians of the Cuyapaipe Reservation, Calif.
Death Valley Timbi-Sha Shoshone Band of California
Delaware Tribe of Indians, Oklahoma
Delaware Tribe of Western Oklahoma

Exhibit 3-A - 131        1RFP1_025_124

## CHAPTER 4

## INDIAN TRIBES

Dry Creek Rancheria of Pomo Indians of California
Duckwater Shoshone Tribe of the Duckwater Reservation, Nevada
Eastern Band of Cherokee Indians of North Carolina
Eastern Shawnee Tribe of Oklahoma
Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria, California
Elk Valley Rancheria of California
Ely Shoshone Tribe of Nevada
Enterprise Rancheria of Maidu Indians of California
Flandreau Santee Sioux Tribe of South Dakota
Forest County Potawatomi Community of Wisconsin Potawatomi Indians, Wisconsin
Fort Belknap Indian Community of the Fort Belknap Reservation of Montana
Fort Bidwell Indian Community of Paiute Indians of the Fort Bidwell Reservation, California
Fort Independence Indian Community of Paiute Indians of the Fort Independence Reservation, California
Fort McDermitt Paiute and Shoshone Tribes of the Fort McDermitt Indian Reservation, Nev.
Fort McDowell Mohave-Apache Indian Community of the Fort McDowell Indian Reservation, Arizona
Fort Mojave Indian Tribe of Arizona, California & Nevada
Fort Sill Apache Tribe of Oklahoma
Gila River Pima-Maricopa Indian Community of the Gila River Indian Reservation of Arizona
Grand Traverse Band of Ottawa & Chippewa Indians of Michigan
Greenville Rancheria of Maidu Indians of California
Grindstone Indian Rancheria of Wintun-Wailaki Indians of California
Guidiville Rancheria of California
Hannahville Indian Community of Wisconsin Potawatomie Indians of Michigan
Havasupai Tribe of the Havasupai Reservation, Arizona
Ho-Chunk Nation of Wisconsin (formerly known as the Wisconsin Winnebago Tribe)
Hoh Indian Tribe of the Hoh Indian Reservation, Washington
Hoopa Valley Tribe of the Hoopa Valley Reservation, California
Hopi Tribe of Arizona
Hopland Band of Pomo Indians of the Hopland Rancheria, California
Houlton Band of Maliseet Indians of Maine
Hualapai Indian Tribe of the Hualapai Indian Reservation, Arizona
Huron Potawatomi, Inc., Michigan
Inaja Band of Diegueno Mission Indians of the Inaja and Cosmit Reservation, California
Ione Band of Miwok Indians of California
Iowa Tribe of Kansas and Nebraska
Iowa Tribe of Oklahoma
Jackson Rancheria of Me-Wuk Indians of California
Jamestown S'Klallam Tribe, Washington

Exhibit 3-A - 132          1RFP1_025_125

**CHAPTER 4**

## INDIAN TRIBES

Jamul Indian Village of California
Jena Band of Choctaw Indians, Louisiana
Jicarilla Apache Tribe of the Jicarilla Apache Indian Reservation, New Mexico
Kaibab Band of Paiute Indians of the Kaibab Indian Reservation, Arizona
Kalispel Indian Community of the Kalispel Reservation, Washington
Karuk Tribe of California
Kashia Band of Pomo Indians of the Stewarts Point Rancheria, California
Kaw Nation, Oklahoma
Keweenaw Bay Indian Community of L'Anse and Ontonagon Bands of Chippewa Indians of
   the L'Anse Reservation, Michigan
Kialegee Tribal Town of the Creek Indian Nation of Oklahoma
Kickapoo Tribe of Indians of the Kickapoo Reservation in Kansas
Kickapoo Tribe of Oklahoma
Kickapoo Traditional Tribe of Texas
Kiowa Indian Tribe of Oklahoma
Klamath Indian Tribe of Oregon
Kootenai Tribe of Idaho
La Jolla Band of Luiseno Mission Indians of the La Jolla Reservation, California
La Posta Band of Dieguneo Mission Indians of the La Posta Indian Reservation, California
La Courte Oreilles Band of Lake Superior Chippewa Indians of the Lac Courte Oreilles
   Reservation of Wisconsin
Lac du Flambeau Band of Lake Superior Chippewa Indians of the Lac du Flambeau
   Reservation of Wisconsin
Lac Vieux Desert Band of Lake Superior Chippewa Indians of Michigan
Las Vegas Tribe of Paiute Indians of the Las Vegas Indian Colony, Nevada
Little River Band of Ottawa Indians of Michigan
Little Traverse Bay Bands of Odawa Indians of Michigan
Los Coyotes Band of Cahuilla Mission Indians of the Los Coyotes Reservation, California
Lovelock Paiute Tribe of the Lovelock Indian Colony, Nevada
Lower Brule Sioux Tribe of the Lower Brule Reservation, South Dakota
Lower Elwha Tribal Community of the Lower Elwha Reservation, Washington
Lower Sioux Indian Community of Minnesota Mdewakanton Sioux Indians of the Lower
   Sioux Reservation in Minnesota
Lummi Tribe of the Lummi Reservation, Washington
Lytton Rancheria of California
Makah Indian Tribe of the Makah Indian Reservation, Washington
Manchester Band of Pomo Indians of the Manchester-Point Arena Rancheria, California
Manzanita Band of Dieguneo Mission Indians of the Manzanita Reservation, California

127

Exhibit 3-A - 133   1RFP1_025_126

## CHAPTER 4
## INDIAN TRIBES

Mashantucket Pequot Tribe of Connecticut
Mechoopda Indian Tribe of Chico Rancheria, California
Menominee Indian Tribe of Wisconsin
Mesa Grande Band of Diegueno Mission Indians of the Mesa Grande
Reservation, Calif.
Mescalero Apache Tribe of the Mescalero Reservation, New Mexico
Miami Tribe of Oklahoma
Miccosukee Tribe of Indians of Florida
Middletown Rancheria of Pomo Indians of California
Minnesota Chippewa Tribe, Minnesota (Six component reservations:
   Bois Forte Band (Nett Lake); Fond du Lac Band; Grand Portage Band; Leech
   Lake Band; Mille Lacs Band; White Earth Band)
Mississippi Band of Choctaw Indians, Mississippi
Moapa Band of Paiute Indians of the Moapa River Indian Reservation, Nevada
Modoc Tribe of Oklahoma
Mohegan Indian Tribe of Connecticut
Mooretown Rancheria of Maidu Indians of California
Morongo Band of Cahuilla Mission Indians of the Morongo Reservation, California
Muckleshoot Indian Tribe of the Muckleshoot Reservation, Washington
Muscogee (Creek) Nation, Oklahoma
Narragansett Indian Tribe of Rhode Island
Navajo Nation of Arizona, New Mexico & Utah
Nez Perce Tribe of Idaho
Nisqually Indian Tribe of the Nisqually Reservation, Washington
Nooksack Indian Tribe of Washington
Northern Cheyenne Tribe of the Northern Cheyenne Indian Reservation, Montana
Northfork Rancheria of Mono Indians of California Northwestern
Band of Shoshoni Nation of Utah (Washakie) Oglala Sioux Tribe
of the Pine Ridge Reservation, South Dakota Omaha Tribe of
Nebraska
Oneida Nation of New York
Oneida Tribe of Wisconsin
Onondaga Nation of New York
Osage Nation of Oklahoma
Ottawa Tribe of Oklahoma
Otoe-Missouria Tribe of Indians, Oklahoma
Paiute Indian Tribe of Utah
Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony,
California
Paiute-Shoshone Tribe of the Fallon Reservation and Colony, Nevada
Paiute-Shoshone Indians of the Lone Pine Community of the Lone Pine
Reservation, Calif.
Pala Band of Luiseno Mission Indians of the Pala Reservation, California
Pascua Yaqui Tribe of Arizona
Paskenta Band of Nomlaki Indians of California
Passamaquoddy Tribe of Maine

Exhibit 3-A - 134    1RFP1_025_127

## CHAPTER 4
## INDIAN TRIBES

Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation, California
Pawnee Indian Tribe of Oklahoma
Pechanga Band of Luiseno Mission Indians of the Pechanga Reservation, California
Penobscot Tribe of Maine
Peoria Tribe of Indians of Oklahoma
Picayune Rancheria of Chukchansi Indians of California
Pinoleville Rancheria of Pomo Indians of California
Pit River Tribe of California (includes Big Bend, Lookout, Montgomery Creek & Roaring
   Creek Rancherias & XL Ranch)
Poarch Band of Creek Indians of Alabama
Pokagon Band of Potawatomi Indians of Michigan
Ponca Tribe of Indians of Oklahoma
Ponca Tribe of Nebraska
Port Gamble Indian Community of the Port Gamble Reservation, Washington
Potter Valley Rancheria of Pomo Indians of California
Prairie Band of Potawatomi Indians, Kansas
Prairie Island Indian Community of Minnesota Mdewakanton Sioux Indians of the Prairie
   Island Reservation, Minnesota
Pueblo of Acoma, New Mexico
Pueblo of Cochiti, New Mexico
Pueblo of Jemez, New Mexico
Pueblo of Isleta, New Mexico
Pueblo of Laguna, New Mexico
Pueblo of Nambe, New Mexico
Pueblo of Picuris, New Mexico
Pueblo of Pojoaque, New Mexico
Pueblo of San Felipe, New Mexico
Pueblo of San Juan, New Mexico
Pueblo of San Ildefonso, New Mexico
Pueblo of Sandia, New Mexico Pueblo
of Santa Ana, New Mexico Pueblo of
Santa Clara, New Mexico Pueblo of
Santo Domingo, New Mexico Pueblo of
Taos, New Mexico
Pueblo of Tesuque, New Mexico
Pueblo of Zia, New Mexico
Puyallup Tribe of the Puyallup Reservation, Washington
Pyramid Lake Paiute Tribe of the Pyramid Lake Reservation, Nevada
Quapaw Tribe of Oklahoma
Quartz Valley Indian Community of the Quartz Valley Reservation of California
Quechan Tribe of the Fort Yuma Indian Reservation, California & Arizona
Quileute Tribe of the Quileute Reservation, Washington

**CHAPTER 4**

## INDIAN TRIBES

Quinault Tribe of the Quinault Reservation, Washington
Ramona Band or Village of Cahuilla Mission Indians of California
Red Cliff Band of Lake Superior Chippewa Indians of Wisconsin
Red Lake Band of Chippewa Indians of the Red Lake Reservation, Minnesota
Redding Rancheria of California
Redwood Valley Rancheria of Pomo Indians of California
Reno-Sparks Indian Colony, Nevada
Rincon Band of Luiseno Mission Indians of the Rincon Reservation, California
Robinson Rancheria of Pomo Indians of California
Rosebud Sioux Tribe of the Rosebud Indian Reservation, South Dakota
Round Valley Indian Tribes of the Round Valley Reservation, California (formerly known as
    the Covelo Indian Community)
Rumsey Indian Rancheria of Wintun Indians of California
Sac & Fox Tribe of the Mississippi in Iowa
Sac & Fox Nation of Missouri in Kansas and Nebraska
Sac & Fox Nation, Oklahoma
Saginaw Chippewa Indian Tribe of Michigan, Isabella Reservation
Salt River Pima-Maricopa Indian Community of the Salt River Reservation, Arizona
Samish Indian Tribe, Washington
San Carlos Apache Tribe of the San Carlos Reservation, Arizona
San Juan Southern Paiute Tribe of Arizona
San Manual Band of Serrano Mission Indians of the San Manual Reservation, California
San Pasqual Band of Diegueno Mission Indians of California
Santa Rosa Indian Community of the Santa Rosa Rancheria, California
Santa Rosa Band of Cahuilla Mission Indians of the Santa Rosa Reservation, California
Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California
Santa Ysabel Band of Diegueno Mission Indians of the Santa Ysabel Reservation, California
Santee Sioux Tribe of the Santee Reservation of Nebraska
Sauk-Suiattle Indian Tribe of Washington
Sault Ste. Marie Tribe of Chippewa Indians of Michigan
Scotts Valley Band of Pomo Indians of California
Seminole Nation of Oklahoma
Seminole Tribe of Florida, Dania, Big Cypress & Brighton Reservations
Seneca Nation of New York
Seneca-Cayuga Tribe of Oklahoma
Shakopee Mdewakanton Sioux Community of Minnesota (Prior Lake)
Sheep Ranch Rancheria of Me-Wuk Indians of California
Sherwood Valley Rancheria of Pomo Indians of California
Shingle Springs Band of Miwok Indians, Shingle Springs Rancheria (Verona Tract), Calif.

130

Exhibit 3-A - 136     1RFP1_025_129

## CHAPTER 4
## INDIAN TRIBES

Shoalwater Bay Tribe of the Shoalwater Bay Indian Reservation, Washington
Shoshone Tribe of the Wind River Reservation, Wyoming
Shoshone-Bannock Tribes of the Fort Hall Reservation of Idaho
Shoshone-Paiute Tribes of the Duck Valley Reservation, Nevada
Sisseton-Wahpeton Sioux Tribe of the Lake Traverse Reservation, South Dakota
Skokomish Indian Tribe of the Skokomish Reservation, Washington
Skull Valley Band of Goshute Indians of Utah
Smith River Rancheria of California
Soboba Band of Luiseno Mission Indians of the Soboba Reservation, California
Sokaogon Chippewa Community of the Mole Lake Band of Chippewa Indians, Wisconsin
Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado
Spirit Lake Tribe, North Dakota (formerly known as the Devils Lake Sioux Tribe)
Spokane Tribe of the Spokane Reservation, Washington
Squaxin Island Tribe of the Squaxin Island Reservation, Washington
St. Croix Chippewa Indians of Wisconsin, St. Croix Reservation
St. Regis Band of Mohawk Indians of New York
Standing Rock Sioux Tribe of North & South Dakota
Stockbridge-Munsee Community of Mohican Indians of Wisconsin
Stillaguamish Tribe of Washington
Summit Lake Paiute Tribe of Nevada
Suquamish Indian Tribe of the Port Madison Reservation, Washington
Susanville Indian Rancheria of Paiute, Maidu, Pit River & Washoe Indians of California
Swinomish Indians of the Swinomish Reservation, Washington
Sycuan Band of Diegueno Mission Indians of California
Table Bluff Rancheria of Wiyot Indians of California
Table Mountain Rancheria of California
Te-Moak Tribe of Western Shoshone Indians of Nevada
Thlopthlocco Tribal Town of the Creek Nation of Oklahoma
Three Affiliated Tribes of the Fort Berthold Reservation, North Dakota
Tohono O'odham Nation of Arizona
Tonawanda Band of Seneca Indians of New York
Tonkawa Tribe of Indians of Oklahoma
Tonto Apache Tribe of Arizona
Torres-Martinez Band of Cahuilla Mission Indians of California
Tule River Indian Tribe of the Tule River Reservation, California
Tulalip Tribes of the Tulalip Reservation, Washington
Tunica-Biloxi Indian Tribe of Louisiana
Tuolumne Band of Me-Wuk Indians of the Tuolumne Rancheria of California
Turtle Mountain Band of Chippewa Indians of North Dakota
Tuscarora Nation of New York
Twenty-Nine Palms Band of Luiseno Mission Indians of California
United Auburn Indian Community of the Auburn Rancheria of California
United Keetoowah Band of Cherokee Indians of Oklahoma
Upper Lake Band of Pomo Indians of Upper Lake Rancheria of California

131

Exhibit 3-A - 137                    1RFP1_025_130

**CHAPTER 4**

## INDIAN TRIBES

Upper Sioux Indian Community of the Upper Sioux Reservation, Minnesota
Upper Skagit Indian Tribe of Washington
Ute Indian Tribe of the Uintah & Ouray Reservation, Utah
Ute Mountain Tribe of the Ute Mountain Reservation, Colorado, New Mexico & Utah
Utu Utu Gwaitu Paiute Tribe of the Benton Paiute Reservation, California
Walker River Paiute Tribe of the Walker River Reservation, Nevada
Wampanoag Tribe of Gay Head (Aquinnah) of Massachusetts
Washoe Tribe of Nevada & California (Carson Colony, Dresslerville & Washoe Ranches)
White Mountain Apache Tribe of the Fort Apache Reservation, Arizona
Wichita and Affiliated Tribes (Wichita, Keechi, Waco & Tawakonie), Oklahoma
Winnebago Tribe of Nebraska
Winnemucca Indian Colony of Nevada
Wyandotte Tribe of Oklahoma
Yankton Sioux Tribe of South Dakota
Yavapai-Apache Nation of the Camp Verde Indian Reservation, Arizona
Yavapai-Prescott Tribe of the Yavapai Reservation, Arizona
Yerington Paiute Tribe of the Yerington Colony & Campbell Ranch, Nevada
Yomba Shoshone Tribe of the Yomba Reservation, Nevada
Ysleta Del Sur Pueblo of Texas
Yurok Tribe of the Yurok Reservation, California
Zuni Tribe of the Zuni Reservation, New Mexico
Native Entities Within the State of Alaska Recognized and Eligible To Receive Services From the United States Bureau of Indian Affairs
Village of Afognak Native
Village of Akhiok Akiachak
Native Community Akiak
Native Community Native
Village of Akutan Village of
Alakanuk
Alatna Village
Native Village of Aleknagik
Algaaciq Native Village (St. Mary's)
Allakaket Village
Native Village of Ambler
Village of Anaktuvuk Pass
Yupiit of Andreafski
Angoon Community Association
Village of Aniak
Anvik Village
Arctic Village (See Native Village of Venetie Tribal Government) Native Village of Atka
Asa'carsarmiut Tribe (formerly Native Village of Mountain Village)
Atqasuk Village (Atkasook)
Village of Atmautluak

132

Exhibit 3-A - 138    1RFP1_025_131

## CHAPTER 4
## INDIAN TRIBES

Native Village of Barrow Inupiat Traditional Government (formerly Native Village of Barrow)
Beaver Village
Native Village of Belkofski
Village of Bill Moore's Slough
Birch Creek Village
Native Village of Brevig Mission
Native Village of Buckland
Native Village of Cantwell
Native Village of Chanega (aka Chenega)
Chalkyitsik Village
Village of Chefornak
Chevak Native Village
Chickaloon Native Village
Native Village of Chignik
Native Village of Chignik Lagoon
Chignik Lake Village
Chilkat Indian Village (Kluckwan)
Chilkoot Indian Association (Haines)
Chinik Eskimo Community (Golovin)
Native Village of Chistochina
Native Village of Chitina
Native Village of Chuatbaluk (Russian Mission, Kuskokwim)
Chuloonawick Native Village
Circle Native Community
Village of Clark's Point
Native Village of Council
Craig Community Association
Village of Crooked Creek
Curyung Tribal Council (formerly Native Village of Dillingham)
Native Village of Deering
Native Village of Diomede (aka Inalik)
Village of Dot Lake
Douglas Indian Association
Native Village of Eagle
Native Village of Eek
Egegik Village
Eklutna Native Village
Native Village of Ekuk
Ekwok Village
Native Village of Elim
Emmonak Village
Evansville Village (aka Bettles Field)
Native Village of Eyak (Cordova)
Native Village of False Pass
Native Village of Fort Yukon

Exhibit 3-A - 139        1RFP1_025_132

**CHAPTER 4**

**INDIAN TRIBES**

Native Village of Gakona
Galena Village (aka Louden Village)
Native Village of Gambell
Native Village of Georgetown
Native Village of Goodnews Bay
Organized Village of Grayling (aka Holikachuk)
Gulkana Village
Native Village of Hamilton
Healy Lake Village
Holy Cross Village
Hoonah Indian Association
Native Village of Hooper Bay
Hughes Village
Huslia Village
Hydaburg Cooperative Association
Igiugig Village
Village of Iliamna
Inupiat Community of the Arctic Slope
Iqurmuit Traditional Council (formerly Native Village of Russian Mission)
Ivanoff Bay Village
Kaguyak Village
Organized Village of Kake
Kaktovik Village (aka Barter Island)
Village of Kalskag
Village of Kaltag
Native Village of Kanatak
Native Village of Karluk
Organized Village of Kasaan
Native Village of Kasigluk
Kenaitze Indian Tribe
Ketchikan Indian Corporation
Native Village of Kiana
Agdaagux Tribe of King Cove
King Island Native Community
Native Village of Kipnuk
Native Village of Kivalina
Klawock Cooperative Association
Native Village of Kluti Kaah (aka Copper Center)
Knik Tribe
Native Village of Kobuk
Kokhanok Village
New Koliganek Village Council (formerly Koliganek Village)
Native Village of Kongiganak
Village of Kotlik
Native Village of Kotzebue
Native Village of Koyuk

134

Exhibit 3-A - 140   1RFP1_025_133

**CHAPTER 4**

**INDIAN TRIBES**

Koyukuk Native Village
Organized Village of Kwethluk
Native Village of Kwigillingok
Native Village of Kwinhagak (aka Quinhagak)
Native Village of Larsen Bay
Levelock Village
Lesnoi Village (aka Woody Island)
Lime Village
Village of Lower Kalskag
Manley Hot Springs Village
Manokotak Village
Native Village of Marshall (aka Fortuna Ledge)
Native Village of Mary's Igloo
McGrath Native Village
Native Village of Mekoryuk
Mentasta Traditional Council (formerly Mentasta Lake Village)
Metlakatla Indian Community, Annette Island Reserve
Native Village of Minto
Naknek Native Village
Native Village of Nanwalek (aka English Bay)
Native Village of Napaimute
Native Village of Napakiak
Native Village of Napaskiak
Native Village of Nelson Lagoon
Nenana Native Association
New Stuyahok Village
Newhalen Village
Newtok Village
Native Village of Nightmute
Nikolai Village
Native Village of Nikolski
Ninilchik Village
Native Village of Noatak
Nome Eskimo Community
Nondalton Village
Noorvik Native Community
Northway Village
Native Village of Nuiqsut (aka Nooiksut)
Nulato Village
Native Village of Nunapitchuk
Village of Ohogamiut
Village of Old Harbor
Orutsararmuit Native Village (aka Bethel)
Oscarville Traditional Village
Native Village of Ouzinkie
Native Village of Paimiut

135

Exhibit 3-A - 141     1RFP1_025_134

**CHAPTER 4**

**INDIAN TRIBES**

Pauloff Harbor Village
Pedro Bay Village
Native Village of Perryville
Petersburg Indian Association
Native Village of Pilot Point
Pilot Station Traditional Village
Native Village of Pitka's Point
Platinum Traditional Village
Native Village of Point Hope
Native Village of Point Lay
Native Village of Port Graham
Native Village of Port Heiden
Native Village of Port Lions
Portage Creek Village (aka Ohgsenakale)
Pribilof Islands Aleut Communities of St. Paul & St. George Islands
Qagan Toyagungin Tribe of Sand Point Village
Rampart Village
Village of Red Devil
Native Village of Ruby
Village of Salamatoff
Organized Village of Saxman
Native Village of Savoonga
St. George (See Pribilof Islands Aleut Communities of St. Paul & St. George
Islands)
Native Village of Saint Michael
St .Paul (See Pribilof Islands Aleut Communities of St. Paul & St. George Islands)
Native Village of Scammon Bay
Native Village of Selawik
Seldovia Village Tribe
Shageluk Native Village
Native Village of Shaktoolik
Native Village of Sheldon's Point
Native Village of Shishmaref
Native Village of Shungnak
Sitka Tribe of Alaska
Skagway Village
Village of Sleetmute
Village of Solomon
South Naknek Village
Stebbins Community Association
Native Village of Stevens
Village of Stony River
Takotna Village
Native Village of Tanacross
Native Village of Tanana
Native Village of Tatitlek
Native Village of Tazlina
Telida Village

136

Exhibit 3-A - 142     1RFP1_025_135

**CHAPTER 4**

Native Village of Teller
Native Village of Tetlin
Central Council of the Tlingit & Haida Indian Tribes
Traditional Village of Togiak
Native Village of Toksook Bay
Tuluksak Native Community
Native Village of Tuntutuliak
Native Village of Tununak
Twin Hills Village
Native Village of Tyonek
Ugashik Village
Umkumiute Native Village
Native Village of Unalakleet
Qawalangin Tribe of Unalaska
Native Village of Unga
Village of Venetie (See Native Village of Venetie Tribal Government)
Native Village of Venetie Tribal Government (Arctic Village and Village of Venetie)
Village of Wainwright
Native Village of Wales
Native Village of White Mountain
Wrangell Cooperative Association
Yakutat Tlingit Tribe

Exhibit 3-A - 143   1RFP1_025_136

## CHAPTER 4

# Eligibility for Noncitizens
This chart is not a complete representation and is not intended to replace policy manual

| Current Noncitizen Status | FLORIDA Before 8/22/96 | AICZ On/After 8/22/96 | Cash & Medicaid* Before 8/22/96 | Cash & Medicaid* On/After 8/22/96 | Food Assistance | RAP |
|---|---|---|---|---|---|---|
| **LAWFUL PERMANENT RESIDENTS** | | | | | | |
| **Lawful Permanent Resident** with prior Refugee code under section 207 or Victim of Human Trafficking | 39 | 39 | Eligible | Eligible | Elig ble | If entered with refugee status, eligible for 8 months beginning with date of entry. |
| **Lawful Permanent Resident** without prior Refugee, Asylee, Amerasian, Victim of Human Trafficking, or Cuban/Haitian code | 40 | 41 | Eligible | Must wait 5 years from date of status to be eligible. | If less than 5 yrs. in any qualified status: Elig ble if can be credited with 40 quarters If 5 or more yrs. in any qualified status: Elig ble | Not Elig ble |
| **Lawful Permanent Resident** with prior Asylee code under section 208 | 60 | 60 | Eligible | Eligible | Elig ble | Eligible if within first 8 months from their date asylum was granted |
| **Lawful Permanent Resident** with Amerasian code see code 57 for definition | 61 | 61 | Eligible | Eligible | Elig ble | Eligible if from Vietnam and within 8 months from date of entry. |
| **Lawful Permanent Resident** with prior Cuban/Haitian Entrant code | 62 | 62 | Eligible | Eligible | Elig ble | Eligible for 8 months from date of entry |
| **ASYLEES** | | | | | | |
| **Granted Asylum under section 208.** | 53 | 53 | Eligible | Eligible | Elig ble | Eligible for 8 months from date of status |
| **National of Cuba or Haitian who is an Asylum Applicant** | 64 | 64 | Eligible | Eligible | Elig ble | Eligible if within first 8 months from the date C/H Entrant status was attained |
| **REFUGEES** | | | | | | |
| **Refuge under section 207.** | 52 | 52 | Eligible | Eligible | Elig ble | Eligible for 8 months from date of entry |
| **Victims of Human Trafficking including spouses and children with T2, T3, T4** | 73 | 73 | Eligible from the date on certification letter | Eligible from the date on certification letter | Elig ble from the date on certification letter | Eligible if within first 8 months from the date on certification letter |
| **PAROLEES** | | | | | | |
| **Paroled under section 212(d)(5) for at least one year** NOTE: For nationals of Cuba or Haiti, refer to code 63 | 49 | 50 | Eligible | Eligible if 5 years have passed since their date of status | Elig ble if 5 or more years have passed since attaining this status | Not Elig ble unless a National of Cuba or Haiti |
| **National of Cuba or Haiti Paroled under section 212(d)(5) (regardless of the length of the parole)** | 63 | 63 | Eligible | Eligible | Elig ble | Eligible if within first 8 months from the date C/H Entrant status was attained |
| **DEPORTATION** | | | | | | |
| **Deportation withheld under section 243(h) or 241(b)(3).** NOTE: For nationals of Cuba or Haiti, refer to code 66 | 56 | 56 | Eligible | Eligible | Elig ble | Not elig ble NOTE: For nationals of Cuba or Haiti, refer to code 66 |
| **National of Cuba or Haiti with an Indefinite Stay of Deportation** | 65 | 65 | Eligible | Eligible | Elig ble | Eligible if within first 8 months from the date C/H Entrant status was attained |
| **National of Cuba or Haiti whose Deportation is Withheld** | 66 | 66 | Eligible | Eligible | Elig ble | Eligible if within first 8 months from the date C/H Entrant status was attained |
| **ENTRANTS** | | | | | | |
| **Conditional Entrants under section 203(a)(7)** | 47 Code not in use | 48 Code not in use | | | | |
| **Cuban/Haitian Entrant per US Citizenship and Immigration Services documentation or as defined in section 501(e)** | 54 See codes 62-66 | 54 See codes 62-66 | Eligible | Eligible | Elig ble | Eligible if within first 8 months from the date C/H Entrant status was attained |

138

Exhibit 3-A - 144      1RFP1_025_137

## CHAPTER 4

| Current Noncitizen Status | FLORIDA | AICZ | Cash & Medicaid* | | Food Assistance | RAP |
|---|---|---|---|---|---|---|
| | Before 8/22/96 | On/After 8/22/96 | Before 8/22/96 | On/After 8/22/96 | | |
| **BATTERED** | | | | | | |
| Battered spouses, abused children & non-abuser parent(s): | 44 | 45 | Eligible if meet criteria (Noncitizen Guide p. 2-31) Must meet specific criteria (Noncitizen Guide p. 2-33) | Eligible if meet criteria (Noncitizen Guide p. 2-31) Must wait 5 years from the date status is attained to be eligible and meet criteria (Noncitizen Guide p. 2-33) | Eligible if 5 or more yrs. have passed since attaining this or other eligible status and if meet criteria (See Noncitizen Guide pgs. 2-31; 2-33) | Not elig ble |
| **MILITARY** | | | | | | |
| Military: (See policy manual for detailed information) Noncitizens who are<br>⇒ Active duty military for other than training purposes, their spouses and unmarried dependent children.<br>⇒ Veterans who meet the minimum active-duty service requirements (24 months or period for which called to active duty), their spouses and unmarried dependent children.<br>⇒ Surviving spouses and unmarried dependent children of deceased active duty military personnel. | 42 Veteran<br><br>43 Spouse or Child | 42 Veteran<br><br>43 Spouse or Child | Eligible if a qualified noncitizen and meet specific criteria (Noncitizen Guide p. 2-37) | Eligible if a qualified noncitizen and meet specific criteria (Noncitizen Guide p. 2-37) | Eligible if a qualified noncitizen and meet specific criteria (Noncitizen Guide p. 2-37) | Not Elig ble |
| **ELIGIBLE INDEFINITELY REGARDLESS OF STATUS** | | | | | | |
| American Indians born in Canada | 46 | 46 | Eligible | Eligible | Eligible if a member of a federally recognized Indian tribe or subject to section 289 | Not Elig ble |
| Hmong or Highland Laotians, spouses, dependent children, unmarried surviving spouse | 70 | 70 | Not eligible | Not elig ble | Eligible if they were tribal members during Vietnam era | Not Elig ble |

* Family and SSI-related Medicaid
   **NOTE:** Noncitizens who were receiving SSI cash on 8/22/96 will continue to receive such benefits (including associated Medicaid) regardless of their non- citizen status.  A noncitizen, who was lawfully residing in the US on 8/22/96 and is blind or disabled, regardless of the date he or she became blind or disabled, is potentially eligible for SSI cash (and associated Medicaid) whether or not such an individual meets the definition of qualified noncitizen.

Exhibit 3-A - 145   1RFP1_025_138

**CHAPTER 4**

| Current Noncitizen Status | FLORIDA | AICZ | Cash & Medicaid* | | Food Assistance | RAP |
|---|---|---|---|---|---|---|
| | Before 8/22/96 | On/After 8/22/96 | Before 8/22/96 | On/After 8/22/96 | | |
| **OTHER QUALIFIED ELIGIBLE** | | | | | | |
| **Qualified noncitizen Child under 18 who was lawfully residing in the US on 8/22/96** | 67 | | Eligible | Eligible | Eligible regardless of date of entry | Not Eligible |
| **Age 65 on August 22, 1996 and a qualified noncitizen who was lawfully residing in the US on 8/22/96** | 68 | | Eligible | Eligible | Eligible | Not Eligible |
| **Qualified noncitizen Blind or Disabled who was lawfully residing in the US on 8/22/96** | 69 | | Eligible | Eligible | Eligible regardless of date of entry | Not eligible |
| **SDX-SUNCAP Eligible** | 71 | 71 | Not Eligible | Not Eligible | Eligible | Not Eligible |
| **Qualified noncitizen Blind or Disabled or Qualified noncitizen Child under 18 Lawfully residing in the United States** | 75 | 75 | N/A | For Medicaid: eligible if under age "18" and within the 5-year ban  TCA: Not Eligible if within 5-year ban | Eligible regardless of date of entry | Not eligible |
| **OTHER** | | | | | | |
| **Amerasian Child born in Vietnam between 1/1/62 and 1/1/76 fathered by an American citizen, or spouse, child, parent, or guardian accompanying or following an Amerasian admitted under this program** | 57 | 57 | Eligible if from Vietnam and in an LPR status | Eligible if from Vietnam and in an LPR status | Eligible if from Vietnam and in an LPR status | Eligible if from Vietnam and within 8 months from date of entry |
| **No qualified or eligible status** | 58 | 58 | Explore EMA only | Explore EMA only | Not Eligible | Not Eligible |
| **Other US Citizenship and Immigration Services status** | 59 | 59 | Not Eligible | Not Eligible | Not Eligible | Not Eligible |
| **SDX-SUNCAP Ineligible** | 72 | 72 | Not Eligible | Not Eligible | Not Eligible | Not Eligible |
| **Disaster Food Assistance Program** | 74/76 | 74/76 | Not Eligible | Not Eligible | Eligible | Not Eligible |
| **Lawfully Residing Noncitizen Child under Age 19 and Qualified Noncitizen Children Age 18 subject to the 5-year ban** | N/A | 77 | N/A | Eligible for Medicaid, if child is under age 19  Not Eligible for TCA | Not Eligible | Not Eligible |

\* Family and SSI-related Medicaid
 NOTE: Noncitizens who were receiving SSI cash on 8/22/96 will continue to receive such benefits (including associated Medicaid) regardless of their non- citizen status.  A noncitizen, who was lawfully residing in the US on 8/22/96 and is blind or disabled, regardless of the date he or she became blind or disabled, is potentially eligible for SSI cash (and associated Medicaid) whether or not such an individual meets the definition of qualified noncitizen.

**The following is a list of commonly used terms.**

**ALIEN**        A person who is not a citizen or national of the United States.

**AMERASIAN**        Children born in Vietnam after January 1, 1962 and before January 1, 1976 to Vietnamese mothers and American fathers and admitted to the United States under Public Law 100-202 as immigrants.  Spouses, children, and parents or guardians may accompany the noncitizen to the United States.

**AMERICAN INDIAN**        Indians born in Canada to whom section 289 of the Immigration and Nationality Act applies, and any foreign-born Indian tribal member who is a member of a recognized tribe.  To be considered a tribal member the individual must be at least one half American Indian.

**ASYLEE**        A noncitizen already in the United States or at a port of entry unable or unwilling to return to their country of nationality, or to seek the protection in that country because of persecution or a well-founded fear of persecution.

**CONDITIONAL ENTRANT**        A refugee.

**CUBAN/HAITIAN ENTRANT**
1)  Any noncitizen identified on an Immigration and Naturalization Services document as a Cuban/Haitian Entrant; or

2)  Any national of Cuba or Haiti who meets a condition outlined in 501(e).  (NOTE: Any national of Cuba or Haiti who was paroled into the United States on or after 10/10/80 will be considered as meeting this status regardless of the length of their parole, unless they were paroled into legal custody for criminal prosecution.)

**501(e)** As used in this section, the term "Cuban and Haitian entrants" means –

(1)  Any individual granted parole status as a Cuban/Haitian Entrant (Status Pending) or granted any other special status subsequently established under the immigration laws for nationals of Cuba or Haiti, regardless of the status of the individual at the time assistance or services are provided; and

(2)  Any other national of Cuba or Haiti-

    (A)  Who-

        (i) Was paroled into the United States and has not acquired any other status under the Immigration and Nationality Act;

        (ii) Is the subject of exclusion or deportation proceedings under the Immigration and Nationality Act; or

        (iii) Has an application for asylum pending with the Immigration and Naturalization Services; and

    (B) With respect to whom a final, non-appealable, and legally enforceable order of deportation or exclusion has not been entered.

Exhibit 3-A - 147        1RFP1_025_140

**DEPORTATION**     The formal removal of a noncitizen from the United States when the presence of that noncitizen is deemed inconsistent with the public welfare. An immigration judge orders deportation without any punishment being imposed or contemplated.  The term "Cancellation of Removal" is used in place of deportation on newer documents.

**EMERGENCY MEDICAID FOR ALIENS**     A special Medicaid coverage group for noncitizens who qualify for Medicaid on all factors, including residency, except citizenship.  Coverage is for the period of the medical emergency as certified by the physician or hospital.

**ENTRY WITHOUT INSPECTION**     Avoiding Immigration and Naturalization Services inspection at the border, entering the United States without the necessary documents, entering the United States at a place not designated as a port of entry, or violating terms of a nonimmigrant visa after entering the United States legally by overstaying the authorized period of residency.  (Nationals of Cuba or Haiti may still be eligible for benefits even if they are coded EWI.)

**FEDERAL MEANS-TESTED PROGRAM**     Federal means-tested programs include food assistance benefits, Supplemental Security Income, Medicaid, and Temporary Cash Assistance.

**GREEN CARD**     Slang term describing the Alien Registration Receipt Card (form I-151 or I-551).  Many versions of these forms are not green in color.

**HMONG OR HIGHLAND LAOTIAN**     A tribal member of a Hmong or Highland Laotian tribe at the time the tribe rendered assistance to United States personnel by taking part in a military or rescue operation during the Vietnam era.

**ILLEGAL NONCITIZEN**   A foreign national who entered the United States without inspection, with fraudulent documentation, or who, after entering legally as a non-immigrant, violated status and remained in the United States without authorization.

**IMMIGRANT**     A noncitizen admitted to the United States as an actual or prospective permanent resident, a noncitizen with the right to eventually obtain citizenship, or a noncitizen living here permanently.

**LAWFUL PERMANENT RESIDENT**     A person who is here permanently and qualifies as a refugee, asylee, or immigrant, or who has been granted amnesty other than suspension of deportation.  In short, a noncitizen who has been lawfully afforded the privilege of residing permanently in the United States.

**LAWFULLY RESIDING**    A noncitizen who is lawfully present, known to Immigration and Naturalization Services, in the United States with residence in the United States.

**NATURALIZATION**     The legal act of becoming a citizen, other than by birth.

Exhibit 3-A - 148      1RFP1_025_141

**NONCITIZEN**     Any person who is not a citizen or national of the United States.

**NON-IMMIGRANT**     A noncitizen who seeks temporary entry to the United States for a specific purpose.  The noncitizen must have a permanent residence abroad and qualify for the non-immigrant classification sought.

Examples include foreign government officials, visitors for business and pleasure, non-citizens in transit through the United States, students, temporary workers and trainee, and exchange visitors.

**PAROLEE**   A noncitizen who has been given permission to enter the United States under emergency conditions or when that noncitizen's entry is considered to be in the public interest.  Except for nationals of Cuba or Haiti, a parolee is generally not eligible to apply for permanent resident status or to become a naturalized citizen.

**QUALIFIED Noncitizen**     Noncitizens who were admitted under one of the following status are considered to be qualified noncitizens and may be eligible for public assistance based on their date of entry or the date they attained a qualified status:

- Lawful Permanent Resident;

- Refugees admitted under Section 207;

- Asylees admitted under Section 208;

- A noncitizen whose deportation is withheld under Section 243(h) or 241(b)(3);

- Paroled under section 212(d)(5);

- Granted conditional entry under 203(a)(7);

- Cuban/Haitian Entrants as identified by their USCIS document, or as defined in section 501(e) of the Refugee Education Assistance Act of 1980;

- Battered spouse, battered child, or parent or child of a battered person; and

- Victims of Human Trafficking

**QUALIFYING QUARTERS**     Individuals who are employed or self-employed and earn over a specified amount of income in a three-month calendar period as reported to the Social Security Administration earn a "quarter of coverage".  These calendar quarter's end March 31, June 30, September 30 or December 31.  Each quarter of coverage is considered a qualifying quarter.  No one individual may earn more than 4 quarters in any one calendar year regardless of their income.

**REFUGEE**   Any person who is outside his country of nationality who is unable or unwilling to return to that country because of persecution or a well-founded fear of

143

Exhibit 3-A - 149     1RFP1_025_142

persecution.  Unlike asylees, refugees apply for and receive this status prior to entry into the United States.

**SAVE** Systematic Alien Verification for Entitlements automated verification system used to authenticate a noncitizen's immigration status with Immigration and Naturalization Services and provide information regarding noncitizen status needed to determine eligibility for public assistance benefits.

**SPONSOR**   A person or organization that assists an applicant for admission to the United States by guaranteeing support for the applicant.

**SPOUSE**      A legal marriage partner of the opposite sex.  Food assistance only:  A member of a marriage or legal union between one man and one woman as husband and wife.

**UNCOVERED WORK**      Earnings that can be verified but are not reflected in reports from the Social Security Administration.

Exhibit 3-A - 150      1RFP1_025_143