# Exhibit 6

Exhibit 6 - 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   Plaintiff,

v.                                                     Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA,
*et al.*,

   Defendants.
_____/

## **DECLARATION OF JAMES HECKMAN**

I, James Heckman, hereby declare:

1. I make this declaration on the basis of my own personal and professional knowledge and experience, information available to me in my position in public service, and publicly available information.

2. I am currently employed with the Florida Department of Economic Opportunity (DEO) as the Bureau Chief of Workforce Statistics and Economic Research. I have been employed with DEO for approximately 7 years. I have been employed in various capacities within the Bureau of Workforce Statistics and Economic Research. I have been in my current position since June 1st 2022. My current position is Bureau Chief over the Bureau of Workforce Statistics and Economic Research, which involves managing the production, analysis, and delivery of Florida's official labor market statistics, as well as performance reporting and operations analytics for certain DEO programs including Reemployment Assistance.

3. DEO is a state agency charged with administration of the Reemployment Assistance Program. The program provides temporary wage replacement benefits to qualified individuals who are without employment through no fault of their own.

4. Reemployment benefits are paid from the Unemployment Compensation Trust Fund which is funded from state-imposed taxes paid by employers.

5. In order to qualify for benefits, the claimant must have been employed in Florida, earned at least $3,400 before taxes in the first four complete quarters beginning 18 months prior to their claim, and must able to work and be actively seeking employment.

6. Reemployment benefits are provided to noncitizens who are authorized to work in the United States. When applying for benefits, DEO inquires as to the applicant's citizenship status. If the applicant is not a citizen, DEO utilizes DHS's Systematic Alien Verification System (SAVE) to determine whether the noncitizen is authorized to work in the United States. If the noncitizen is authorized to work and meets all other eligibility criteria, they are eligible to receive reemployment assistance.

7. From January 2020 to May 2022, DEO paid $426,521,033.00 in reemployment assistance benefits to noncitizens. All of these benefits were funded through funds generated from state-imposed taxes on Florida employers. DEO does not have specific information as to each claimant's immigration status, other than whether or not the federal government has authorized them to work. However, noncitizens who are lawfully present pursuant to application of INS §212(d)(5) are eligible for benefits. DEO also incurs staffing costs associated with the processing of noncitizens claims. From January 2020 to May 2022, those costs were $5,824.48/month for a total of $168,909.92.

8. Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/26/2022       *James Heckman*
Date         James Heckman
             Bureau Chief of Workforce Statistics and Economic Research
             Florida Department of Economic Opportunity