# Exhibit 8

Exhibit 8 - 1



# Custody and Transfer Statistics FY2022

Fiscal Year 2022 runs from October 1, 2021 to September 30, 2022.

[ Office of Field Operations - Dispositions and Transfers ]

## OFO Monthly Southwest Border Credible Fear Inadmissibles by Disposition

| Disposition | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Expedited Removal - Credible Fear (ERCF)[1] | 88 | 89 | 794 | 696 | 452 | 657 | 105 | 135 | 158 | 134 | 112 | |
| Notice to Appear (NTA)[2] | 2,469 | 3,048 | 3,235 | 1,656 | 1,719 | 2,826 | 7,345 | 11,665 | 10,917 | 13,554 | 17,558 | |
| Notice to Appear (NTA) - Person Released | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Notice to Appear (NTA) - Person Detained | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Visa Waiver Program (VWP)-Removal - Limited Review[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Visa Waiver Program (VWP)-Refusal - Limited Review[3] | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | |
| Stowaway - Limited Review[3] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total Credible Fear Inadmissibles | 2,392 | 2,946 | 3,803 | 2,263 | 2,029 | 3,259 | 7,108 | 11,329 | 10,675 | 13,465 | 17,384 | |

## Title 8 Inadmissibles

| Field Office | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| El Paso | 232 | 532 | 522 | 608 | 584 | 856 | 1,281 | 1,475 | 1,635 | 1,828 | 1,789 | |
| Laredo | 576 | 1,007 | 1,213 | 1,512 | 1,648 | 2,024 | 5,800 | 6,059 | 6,419 | 8,428 | 11,332 | |
| San Diego | 2,879 | 3,575 | 4,272 | 2,357 | 2,019 | 5,610 | 22,256 | 6,220 | 4,807 | 5,374 | 6,431 | |
| Tucson | 201 | 379 | 333 | 329 | 318 | 502 | 697 | 838 | 761 | 843 | 855 | |
| Total | 3,888 | 5,493 | 6,340 | 4,806 | 4,569 | 8,992 | 30,034 | 14,592 | 13,622 | 16,473 | 20,407 | |

## OFO Monthly Southwest Border Credible Fear Inadmissibles by Program

| | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Migrant Protection Protocols (MPP)- Initial returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Asylum Cooperative Agreement (ACA) Program - Expedited Removal - Credible Fear (ERCF) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| ACA - Notice to Appear (NTA) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Humanitarian Asylum Review Process (HARP) Program - Expedited Removal - Credible Fear (ERCF) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HARP - Notice to Appear | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

## OFO Monthly Southwest Border Credible Fear by Transfer Destination

Exhibit 8 - 2

| Destination | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | July-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal/State/Local Facility | 30 | 32 | 34 | 15 | 20 | 21 | 33 | 24 | 37 | 47 | 75 | |
| ICE/ERO | 2,268 | 2,681 | 3,185 | 1,638 | 1,296 | 2,324 | 2,654 | 5,107 | 3,833 | 3,915 | 586 | |
| ICE/HSI | 1 | 0 | 2 | 1 | 1 | 0 | 0 | 2 | 0 | 2 | 0 | |
| OFO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Return to Foreign | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| USBP | 18 | 45 | 31 | 22 | 37 | 51 | 40 | 44 | 76 | 69 | 79 | |
| Total | 2,317 | 2,758 | 3,252 | 1,676 | 1,354 | 2,396 | 2,727 | 5,177 | 3,946 | 4,033 | 740 | |

[1] Includes subjects who indicated a desire to seek asylum or a fear of persecution in Office of Field Operations' (OFO) custody at a port of entry. OFO refers all such claims to USCIS for a credible fear interview. Credible fear may be claimed at any time prior to removal.

[2] This number reflects instances where OFO exercises its discretion and issues a Notice to Appear (NTA) to initiate removal proceedings before an immigration judge. This does not include NTAs issued at the discretion of other DHS components with authority to issue NTAs. In the event of being processed for removal with an NTA, individuals have up to one year to seek asylum while in proceedings before the immigration judge.

[3] The term "limited review" refers to the process of an immigration judge considering claims of US citizenship, Lawful Permanent Residence, Asylum or Refugee status.

[ Office of Field Operations - In Custody ]

## Field Operations - Southwest Border In Custody[1]

| Detention Capacity | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In Custody Capacity | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 935 | 902 | 902 |
| % | 123 (13.2%)[2] | 138 (14.76%)[2] | 306 (32.8%)[2] | 289 (30.9%)[2] | 194 (20.8%)[2] | 229 (24.5%)[2] | 325 (34.8%)[2] | 325 (34.8%)[2] | 191 (20.4%)[2] | 164 (18.1%)[2] | 131 (14.5%)[2] | |

[1] Represents an estimate of each cell's coded occupancy limit, as outlined in technical design standards when constructed, multiplied by the total number of cells for all ports of entry within each field office. This number does not account for the unique circumstances that may limit the occupancy of a given cell (e.g., high risk, nursing/pregnant, transgender, unaccompanied minor, etc.) nor does it reflect operational limitations that affect a port's capacity to detain. CBP's capacity to detain individuals in its short-term facilities depends on many factors, including: demographics of the individual in custody; medical or other needs of individuals in custody; ability of ICE ERO (or, if an unaccompanied child, the U.S. Department of Health and Human Services) to transfer individuals out of CBP custody; and OFO's available resources to safely process and hold individuals.

[2] Represents the average number of travelers in custody on a daily basis averaged over the 30-day period, at all Southwest Border Field Office locations. Travelers include inadmissible individuals, lawful permanent residents, asylees, refugees, and United States Citizens who are being detained to verify wants, warrants, criminal, administrative or other judicial process.

[ Office of Field Operations - Title 8, 19 and 42 ]

## OFO Southwest Border T8, T19, T42

| Category | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Title 8 | 3,888 | 5,493 | 6,340 | 4,806 | 4,569 | 8,992 | 30,034 | 14,592 | 13,622 | 16,473 | 20,407 | |
| Title 19 | 8,429 | 12,128 | 9,158 | 4,920 | 3,727 | 2,865 | 2,647 | 1,426 | 1,233 | 1,300 | 1,199 | |
| Title 42 | 1,837 | 2,337 | 2,311 | 2,190 | 2,271 | 2,401 | 2,250 | 2,177 | 1,893 | 1,957 | 2,030 | |

[ U.S. Border Patrol - Dispositions and Transfers ]

**USBP Monthly Southwest Border Encounters by Processing Disposition**

Exhibit 8 - 3

*The processing disposition decision related to each apprehension is made on a case-by-case basis. As dispositions are subject to change throughout the process, the data below does not necessarily reflect final dispositions or removals in all cases..*

| Processing Disposition | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notice To Appear/Own Recognizance (NTA-OR) | 17,756 | 34,706 | 33,442 | 30,071 | 27,707 | 31,861 | 22,516 | 22,163 | 20,527 | 26,536 | 33,833 | |
| Parole + ATD[1] | 9,940 | 5,683 | 18,191 | 13,401 | 8,601 | 24,721 | 39,934 | 51,521 | 40,169 | 39,914 | 29,900 | |
| Notice to Report (NTR) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Expedited Removal (ER) | 12,645 | 8,516 | 5,570 | 3,653 | 3,858 | 6,031 | 12,396 | 15,048 | 10,079 | 10,230 | 13,180 | |
| Reinstatement of Prior Order of Removal | 1,895 | 1,924 | 1,843 | 1,685 | 1,912 | 2,667 | 3,554 | 2,778 | 2,468 | 2,423 | 2,306 | |
| Warrant of Arrest/Notice To Appear - (Detained) | 21,051 | 25,572 | 28,565 | 18,377 | 22,568 | 31,851 | 22,343 | 23,522 | 20,954 | 21,791 | 24,255 | |
| Voluntary Return | 2,399 | 2,228 | 2,082 | 2,256 | 2,706 | 3,040 | 2,779 | 2,504 | 2,033 | 1,741 | 1,998 | |
| MPP | 0 | 16 | 96 | 133 | 288 | 682 | 799 | 1,102 | 1,066 | 1,276 | 154 | |
| Other[2] | 740 | 518 | 970 | 827 | 702 | 737 | 1,049 | 2,247 | 2,413 | 3,637 | 4,862 | |
| Total Title 8 Apprehensions | 66,426 | 79,163 | 90,759 | 70,403 | 68,342 | 101,590 | 105,370 | 120,885 | 99,709 | 107,548 | 110,038 | |

[1]Subjects enrolled in multiple programs are only counted once based on the following order: PACR, ACA, HARP, MPP

[2]Processing dispositions may include subjects that do not yet have a final disposition at the time the data was collected or subjects processed under the visa waiver program, turned over to, paroled, etc.

## USBP Monthly Southwest Border Apprehensions by Transfer Destination

*Following processing, U.S. Border Patrol arranges transfer of individuals to the appropriate entity based on disposition and other factors such as criminal charges. The transfer destinations below are representative of the time data was aggregated. The data does not reflect subsequent transfer destinations after subjects leave Border Patrol custody and are subject to change if an individual returns to U.S. Border Patrol custody during the same event.*

| Transfer Destination | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Humanitarian Release | 17,633 | 34,493 | 32,940 | 29,777 | 27,253 | 31,347 | 21,557 | 21,163 | 19,454 | 25,579 | 32,347 | |
| Federal[1] | 40,770 | 39,072 | 47,917 | 34,034 | 34,839 | 57,986 | 68,665 | 77,386 | 61,974 | 61,038 | 49,417 | |
| Federal - Northern Triangle Repatriation Flights | 1,936 | 1,715 | 730 | 413 | 669 | 907 | 570 | 1,894 | 896 | 633 | 374 | |
| Federal - Mexican Repatriation Flights | 673 | 306 | 770 | 193 | 155 | 177 | 250 | 160 | 994 | 495 | 309 | |
| Port of Entry (Non-MPP) | 2,848 | 2,838 | 2,567 | 2,992 | 3,858 | 5,604 | 6,623 | 7,512 | 5,759 | 5,241 | 5,334 | |
| Port of Entry (MPP) | 0 | 33 | 217 | 321 | 709 | 1,149 | 1,699 | 2,089 | 2,125 | 2,189 | 373 | |
| State and Local Law Enforcement Agencies | 921 | 499 | 1,842 | 886 | 570 | 2,405 | 3,898 | 9,191 | 7,390 | 11,227 | 14,877 | |
| Other[2] | 1,645 | 206 | 3,776 | 1,787 | 289 | 2,013 | 2,107 | 1,489 | 1,117 | 1,145 | 1,057 | |
| Total Title 8 Transfers | 66,426 | 79,162 | 90,759 | 70,403 | 68,342 | 101,588 | 105,369 | 120,884 | 99,709 | 107,547 | 104,088 | |

[1]Manifested as turned over to other Federal agencies, to include Immigration and Customs Enforcement, Health and Human Services, U.S. Marshals, etc.

[2]Includes subjects that have not been transferred out of USBP custody at the time the data was collected or subjects manifested as transferred to hospital, paroled, etc.

U.S. Border Patrol - In Custody

Exhibit 8 - 4

## USBP Average Daily Subjects In Custody by Southwest Border Sector

*U.S. Border Patrol facilities, such as stations and central processing centers, provide short-term holding capacity for the processing and transfer of individuals encountered by agents. Maximum facility capacity along the Southwest border is approximately 5,600, which assumes a homogenous population and full operating status at all facilities. Actual capacity fluctuates constantly based on characteristics of in-custody population, to include demographics, gender, criminality, etc.*

| Sector | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Bend | 23 | 38 | 42 | 26 | 20 | 27 | 54 | 33 | 27 | 24 | 24 | |
| Del Rio | 839 | 1,298 | 1,810 | 1,592 | 1,180 | 2,054 | 1,436 | 1,226 | 1,092 | 1,501 | 1,662 | |
| El Centro | 290 | 361 | 417 | 313 | 264 | 355 | 256 | 453 | 373 | 503 | 517 | |
| El Paso | 548 | 768 | 1,865 | 1,598 | 1,149 | 1,395 | 2,212 | 2,374 | 1,262 | 853 | 1,725 | |
| Laredo | 372 | 697 | 839 | 782 | 599 | 939 | 1,092 | 1,050 | 833 | 774 | 867 | |
| Rio Grande | 2,572 | 3,495 | 3,417 | 1,975 | 2,376 | 3,286 | 2,238 | 2,917 | 3,422 | 2,914 | 1,905 | |
| San Diego | 465 | 665 | 1,180 | 678 | 555 | 910 | 670 | 739 | 390 | 681 | 804 | |
| Tucson | 456 | 539 | 523 | 352 | 300 | 693 | 629 | 825 | 451 | 462 | 750 | |
| Yuma | 1,571 | 1,521 | 2,356 | 1,488 | 1,014 | 2,121 | 1,779 | 2,322 | 1,381 | 1,518 | 1,470 | |
| Total | 7,136 | 9,382 | 12,449 | 8,803 | 7,457 | 11,780 | 10,365 | 11,938 | 9,230 | 9,229 | 9,724 | |

[ SPP Program Overview ]

## USBP Southwest Border SPP Program Apprehensions Since Program Inception

Apprehension Data includes Deportable Migrants Only

*Data Source: EID through BPERT (Unofficial) as of 08/02/2022*

| SPP Program | SPP Program Type | Inception Date | Apprehensions Since Inception |
|---|---|---|---|
| MPP | NTA Program | 1/28/2019 | 82,259 |
| ENV | Removal Modality | 8/5/2019 | 36,565 |
| PACR | ER Program | 10/7/2019 | 3,079 |
| HARP | ER Program | 10/28/2019 | 578 |
| ACA_GUAT | ER Program | 11/19/2019 | 1,483 |
| IRI/IFP | Removal Modality | 12/19/2019 | 13,794 |

[ Pathways and Programs Definitions ]

### Migrant Protection Protocols (MPP)

The Migrant Protection Protocols (MPP) is an exercise of the Department of Homeland Security's express statutory authority under the Immigration and Nationality Act (INA) to return certain applicants for admission, or those who enter illegally between the ports of entry, who are subject to removal proceedings under INA Section 240 Removal Proceedings to Mexico pending removal proceedings.

### Prompt Asylum Claim Review (PACR)

The Prompt Asylum Claim Review (PACR) pathway was developed by U.S. Border Patrol (USBP), in coordination with U.S. Immigration and Customs Enforcement (ICE), U.S. Citizenship and Immigration Services (USCIS), and the Executive Office for Immigration Review (EOIR) to promptly address credible fear claims of amenable individuals.

### Asylum Cooperative Agreement (ACA)

U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO), and U.S. Citizenship and Immigration Services (USCIS), have executed Asylum Cooperative Agreements (ACAs) to facilitate the transfer of individuals to a third country where they will have access to full and fair procedures for determining their protection claims, based on the ACAs.

### Humanitarian Asylum Review Process (HARP)

Exhibit 8 - 5

The Humanitarian Asylum Review Process (HARP), was developed by U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE), U.S. Citizenship and Immigration Services (USCIS), and the Executive Office for Immigration Review (EOIR) to promptly address credible fear claims of amenable Mexican nationals.

### Electronic Nationality Verification

Under the Electronic Nationality Verification (ENV) program U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), remove eligible noncitizens with a final order of removal to their native countries.

### Interior Repatriation Initiative (IRI)

Under the Interior Repatriation Initiative (IRI), U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO) and the Mexican Ministry of the Interior, remove eligible noncitizens from Mexico to the interior of Mexico.

Tags:
Statistics

**Source URL:** *https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics*

Exhibit 8 - 6