# Exhibit 10

Exhibit 10 - 1

Sheet1

| | Released after being encountered at or near SW border Jan 2020 to Jan 19 2021 - NTA/Own Recognizance | Released after being encountered at or near SW border Jan 2020 to Jan 19 2021 - Notice to Report | Released after being encountered at or near SW border Jan 2020 to Jan 19 2021 - Parole + ATD | Released after being encountered at or near SW border Jan 20 2021 to Present - NTA/Own Recognizance | Released after being encountered at or near SW border Jan 20 2021 to Nov 1 2021 - Notice to Report | Released after being encountered at or near SW border Nov 1 2021 to Present Parole + ATD |
|---|---|---|---|---|---|---|
| ERO Miami non-detained docket (total) | 1,359 | N/A | 1,552 | 67,185 | 9,544 / 6,165 | 34,019 / 17,621 |
| ERO Miami non-detained docket (w/ criminal history) | 344 | N/A | 31 | 495 | 46 / 23 | 11 / 6 |
| ERO Miami non-detained docket (w/ pending criminal charges) | 261 | N/A | 34 | 906 | 51 / 29 | 28 / 24 |
| ERO Miami check in (total) | N/A | N/A | N/A | N/A | | |
| ERO Miami check in (w/ criminal history) | N/A | N/A | N/A | N/A | 445 | 49 |
| ERO Miami check in (w/ pending criminal charges) | N/A | N/A | N/A | N/A | 573 | 245 |
| Individuals who failed to check in who provided a Florida address | N/A | N/A | N/A | N/A | 1,127 | 47,984 |
| Individuals who failed to check in who DHS otherwise has reason to believe have been present in Florida during the applicable timeframe (see column headings) | N/A | N/A | N/A | N/A | | |

Exhibit 10 - 2

Sheet1

# ERO LESA Statistical Tracking Unit
For Official Use Only (FOUO)/Pre-decisional

**Discovery Support Needed in Florida v. Biden (Case No. 3:21-cv-1066, N.D. Fla.) - 07/11/2022**

**Request B2 - B4:**

Released after being encountered at or near SW border Jan 2020 to Jan 19 2021 - NTA/Own Recognizance
- ERO Miami non-detained docket (total)
- ERO Miami non-detained docket (w/ criminal history)
- ERO Miami non-detained docket (w/ pending criminal charges)

**ICE Non Detained Docket for Miami AOR as of 07/04/2022 with an ICE Final Releases with Release Reason of OREC between 01/01/2020 - 01/19/2021 by Criminality**

| Criminality | ICE Non Detained Docket |
|---|---|
| Total | 1,359 |
| Convicted Criminal | 344 |
| Pending Criminal Charges | 261 |
| Other Immigration Violator | 754 |

**Footnotes:**
ICE Final Releases data as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).
ICE Non Detained Docket data is a snapshot as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

An ICE Final Release is defined as a Final Bookout that reflects one of the following release reasons: Bonded Out, Order of Recognizance, Order of Supervision, Paroled, or Prosecutorial Discretion. All Case Statuses are included.

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.
Criminality is based on Criminality of Case on ICE Non Detained Docket.
ICE defines immigration violators' criminality in the following manner:
• Convicted Criminal: Immigration Violators with a criminal conviction entered into ICE systems of record at the time of the enforcement action.
• Pending Criminal Charges: Immigration Violators with pending criminal charges entered into ICE system of record at the time of the enforcement action.
• Other Immigration Violators: Immigration Violators without any known criminal convictions, or pending charges entered into ICE system of record at the time of the enforcement action.
Multiple ICE Final Releases may be associated with the same ICE Case. Only unique Cases are included in total.
ERO cannot identify if the release is directly following an encounter at or near SW border.

**Request D2 - D4:**

Released after being encountered at or near SW border Jan 2020 to Jan 19 2021 - Parole + ATD
- ERO Miami non-detained docket (total)
- ERO Miami non-detained docket (w/ criminal history)
- ERO Miami non-detained docket (w/ pending criminal charges)

**ICE Non Detained Docket for Miami AOR as of 07/04/2022 with an ICE Final Releases with Release Reason of Paroled between 01/01/2020 - 01/19/2021 by Criminality**

Exhibit 10 - 3

| Criminality | ICE Non Detained Docket |
|---|---|
| Total | 1,552 |
| Convicted Criminal | 31 |
| Pending Criminal Charges | 34 |
| Other Immigration Violator | 1,487 |

**Footnotes:**

ICE Final Releases data as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

ICE Non Detained Docket data is a snapshot as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

An ICE Final Release is defined as a Final Bookout that reflects one of the following release reasons: Bonded Out, Order of Recognizance, Order of Supervision, Paroled, or Prosecutorial Discretion. All Case Statuses are included.

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.
Criminality is based on Criminality of Case on ICE Non Detained Docket.
ICE defines immigration violators' criminality in the following manner:
- Convicted Criminal: Immigration Violators with a criminal conviction entered into ICE systems of record at the time of the enforcement action.
- Pending Criminal Charges: Immigration Violators with pending criminal charges entered into ICE system of record at the time of the enforcement action.
- Other Immigration Violators: Immigration Violators without any known criminal convictions, or pending charges entered into ICE system of record at the time of the enforcement action.

Multiple ICE Final Releases may be associated with the same ICE Case. Only unique Cases are included in total.
ERO cannot identify if the release is directly following an encounter at or near SW border.

Exhibit 10 - 4

**Request E2 - E4:**

Released after being encountered at or near SW border Jan 20 2021 to Present - NTA/Own Recognizance
- ERO Miami non-detained docket (total)
- ERO Miami non-detained docket (w/ criminal history)
- ERO Miami non-detained docket (w/ pending criminal charges)

**ICE Non Detained Docket for Miami AOR as of 07/04/2022 with an ICE Final Releases with Release Reason of OREC between 01/20/2021 - 07/04/2022 by Criminality**

| Criminality | ICE Non Detained Docket |
|---|---|
| Total | 67,185 |
| Convicted Criminal | 495 |
| Pending Criminal Charges | 906 |
| Other Immigration Violator | 65,784 |

**Footnotes:**

ICE Final Releases data as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

ICE Non Detained Docket data is a snapshot as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

An ICE Final Release is defined as a Final Bookout that reflects one of the following release reasons: Bonded Out, Order of Recognizance, Order of Supervision, Paroled, or Prosecutorial Discretion. All Case Statuses are included.

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.
Criminality is based on Criminality of Case on ICE Non Detained Docket.
ICE defines immigration violators' criminality in the following manner:
- Convicted Criminal: Immigration Violators with a criminal conviction entered into ICE systems of record at the time of the enforcement action.
- Pending Criminal Charges: Immigration Violators with pending criminal charges entered into ICE system of record at the time of the enforcement action.
- Other Immigration Violators: Immigration Violators without any known criminal convictions, or pending charges entered into ICE system of record at the time of the enforcement action.

Multiple ICE Final Releases may be associated with the same ICE Case. Only unique Cases are included in total.
ERO cannot identify if the release is directly following an encounter at or near SW border.

**Request F2 - F4**

Released after being encountered at or near SW border Jan 20 2021 to Nov 1 2021 - Notice to Report
- ERO Miami non-detained docket (total)
- ERO Miami non-detained docket (w/ criminal history)
- ERO Miami non-detained docket (w/ pending criminal charges)

**Non-citizens released with a Notice to Report between 01/20/2021 to 11/01/2021 and are on ICE Non Detained Docket for Miami AOR as of 07/04/2022 by Criminality**

| Criminality | ICE Non Detained Docket |
|---|---|
| Total | 9,544 |
| Convicted Criminal | 46 |
| Pending Criminal Charges | 51 |
| Other Immigration Violator | 9,447 |

**Non-citizens released with a Notice to Report between 01/20/2021 to 11/01/2021 with an ICE Final Releases between 01/20/2021 - 07/04/2022 by Criminality**

| Criminality | ICE Final Release |
|---|---|
| Total | 6,165 |
| Convicted Criminal | 23 |
| Pending Criminal Charges | 29 |
| Other Immigration Violator | 6,113 |

Exhibit 10 - 5

**Footnotes:**

Non-citizens released with a Notice to Report Source(s): Unified Immigration Portal (UIP) data extract as of 06/09/22; timeframe of releases (03/21/21 - 11/01/22). Notice-to-Report processing started in March 2021, and so no data exists prior to 03/21/21. Check-In data extracted from EID as of 06/12/22.

ICE Final Releases data as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

ICE Non Detained Docket data is a snapshot as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

All person-level and encounter-level identifiers provided in Non-citizens released with a Notice to Report dataset were used to determine if individual is on ICE Non Detained Docket for Miami AOR and/or had an ICE Final Release between 01/20/2021 - 07/04/2022.

Released with a Notice to Report dataset contained 93,945 release records. Only those that matched ICE Non Detained Docket for Miami AOR and/or had an ICE Final Release between 01/20/2021 - 07/04/2022 are included in total.

An ICE Final Release is defined as a Final Bookout that reflects one of the following release reasons: Bonded Out, Order of Recognizance, Order of Supervision, Paroled, or Prosecutorial Discretion. All Case Statuses are included.

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.
Multiple released with a Notice to Report may be associated with the same ICE Case; Only unique Cases are included in total.
(ICE Non Detained) Criminality is based on Criminality of Case on ICE Non Detained Docket.
(ICE Final Releases) Criminality is based on the Criminality of Final Book Out of ICE Release.

ICE defines immigration violators' criminality in the following manner:
- Convicted Criminal: Immigration Violators with a criminal conviction entered into ICE systems of record at the time of the enforcement action.
- Pending Criminal Charges: Immigration Violators with pending criminal charges entered into ICE system of record at the time of the enforcement action.
- Other Immigration Violators: Immigration Violators without any known criminal convictions, or pending charges entered into ICE system of record at the time of the enforcement action.

ERO cannot identify if the release is directly following an encounter at or near SW border.

**Request G2 - G4**

Released after being encountered at or near SW border Nov 1 2021 to Present - Parole + ATD
- ERO Miami non-detained docket (total)
- ERO Miami non-detained docket (w/ criminal history)
- ERO Miami non-detained docket (w/ pending criminal charges)

**Non-citizens released with Parole + ATD between 11/01/2021 to 07/04/2022 and are on ICE Non Detained Docket for Miami AOR as of 07/04/2022 by Criminality**

| Criminality | ICE Non Detained Docket |
|---|---|
| Total | 34,019 |
| Convicted Criminal | 11 |
| Pending Criminal Charges | 28 |
| Other Immigration Violator | 33,980 |

**Non-citizens released with Parole + ATD between 11/01/2021 to 07/04/2022 with an ICE Final Releases between 11/01/2021 to 07/04/2022 by Criminality**

| Criminality | ICE Final Release |
|---|---|
| Total | 17,621 |
| Convicted Criminal | 6 |
| Pending Criminal Charges | 24 |
| Other Immigration Violator | 17,591 |

**Footnotes:**

Non-citizens released as Parole + ATD Source(s): Unified Immigration Portal (UIP) data extract as of 06/09/22; timeframe of releases (11/01/21 - 06/09/22). Check-In data extracted from EID as of 06/12/22.

ICE Final Releases data as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

ICE Non Detained Docket data is a snapshot as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).

All person-level and encounter-level identifiers provided in Non-citizens released Parole + ATD dataset were used to determine if individual is on ICE Non Detained Docket for Miami AOR and/or had an ICE Final Release between 01/20/2021 - 07/04/2022.

Released with a Parole + ATD dataset contained 171,127 release records. Only those that matched ICE Non Detained Docket for Miami AOR and/or had an ICE Final Release between 01/20/2021 - 07/04/2022 are included in total.

An ICE Final Release is defined as a Final Bookout that reflects one of the following release reasons: Bonded Out, Order of Recognizance, Order of Supervision, Paroled, or Prosecutorial Discretion. All Case Statuses are included.

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.

Multiple released as Parole + ATD may be associated with the same ICE Case; Only unique Cases are included in total.

(ICE Non Detained) Criminality is based on Criminality of Case on ICE Non Detained Docket.

(ICE Final Releases) Criminality is based on the Criminality of Final Book Out of ICE Release.

ICE defines immigration violators' criminality in the following manner:
- Convicted Criminal: Immigration Violators with a criminal conviction entered into ICE systems of record at the time of the enforcement action.
- Pending Criminal Charges: Immigration Violators with pending criminal charges entered into ICE system of record at the time of the enforcement action.
- Other Immigration Violators: Immigration Violators without any known criminal convictions, or pending charges entered into ICE system of record at the time of the enforcement action.

ERO cannot identify if the release is directly following an encounter at or near SW border.

Exhibit 10 - 6

STU Provided

**Request F9 - F10**

Released after being encountered at or near SW border Jan 20 2021 to Nov 1 2021 - Notice to Report
- ERO Miami check in (w/ criminal history)
- ERO Miami check in (w/ pending criminal charges)

**Non-citizens released with a Notice to Report between 01/20/2021 to 11/01/2021 by Check In and Latest Case Criminality**

| Criminality | Check In | No Check In |
|---|---|---|
| Total | 66,796 | 3,092 |
| Convicted Criminal | 445 | 113 |
| Pending Criminal Charges | 573 | 39 |
| Other Immigration Violator | 65,778 | 2,940 |

**Footnotes:**
Non-citizens released with a Notice to Report Source(s): Unified Immigration Portal (UIP) data extract as of 06/09/22; timeframe of releases (03/21/21 - 11/01/22). Notice-to-Report processing started in March 2021, and so no data exists prior to 03/21/21. Check-In data extracted from EID as of 06/12/22.
Case data as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).
All person-level and encounter-level identifiers provided in Non-citizens released with a Notice to Report dataset were used to determine latest Case Criminality available in system.
Released with a Notice to Report dataset contained 93,945 release records. Only those that matched a Case in system are included in total.
Multiple released with a Notice to Report may be associated with the same Case; Only unique Cases are included in total.
Criminality based on latest Case associated with non-citizen of release.
ICE defines immigration violators' criminality in the following manner:
•Convicted Criminal: Immigration Violators with a criminal conviction entered into ICE systems of record at the time of the enforcement action.
•Pending Criminal Charges: Immigration Violators with pending criminal charges entered into ICE system of record at the time of the enforcement action.
•Other Immigration Violators: Immigration Violators without any known criminal convictions, or pending charges entered into ICE system of record at the time of the enforcement action.

**Request G9 - G10**

Released after being encountered at or near SW border Nov 1 2021 to Present - Parole + ATD
- ERO Miami check in (w/ criminal history)
- ERO Miami check in (w/ pending criminal charges)

**Non-citizens released with Parole + ATD between 11/01/2021 to 07/04/2022 by Check In and Latest Case Criminality**

| Criminality | Check In | No Check In |
|---|---|---|
| Total | 69,191 | 88,134 |
| Convicted Criminal | 49 | 39 |
| Pending Criminal Charges | 245 | 35 |
| Other Immigration Violator | 68,897 | 88,060 |

**Footnotes:**
Non-citizens released as Parole + ATD Source(s): Unified Immigration Portal (UIP) data extract as of 06/09/22; timeframe of releases (11/01/21 - 06/09/22). Check-In data extracted from EID as of 06/12/22.
Case data as of 7/04/2022 (IIDS run as of 7/05/2022; EID as of 7/04/2022).
All person-level and encounter-level identifiers provided in Non-citizens released Parole + ATD dataset were used to determine latest Case Criminality available in system.
Released with a Parole + ATD dataset contained 171,127 release records. Only those that matched a Case in system are included in total.

Exhibit 10 - 7

Multiple released as Parole + ATD may be associated with the same Case; Only unique Cases are included in total.

Criminality based on latest Case associated with non-citizen of release.

ICE defines immigration violators' criminality in the following manner:

•Convicted Criminal:  Immigration Violators with a criminal conviction entered into ICE systems of record at the time of the enforcement action.

•Pending Criminal Charges:  Immigration Violators with pending criminal charges entered into ICE system of record at the time of the enforcement action.

•Other Immigration Violators:  Immigration Violators without any known criminal convictions, or pending charges entered into ICE system of record at the time of the enforcement action.

Exhibit 10 - 8

# ERO LESA Strategy and Operational Analysis Unit
## For Official Use Only (FOUO)/Pre-decisional
**Discovery Support Needed in Florida v. Biden (Case No. 3:21-cv-1066, N.D. Fla.) - 07/11/2022**

**Request F11:**
Released after being encountered at or near SW border Jan 20 2021 to Nov 1 2021 - Notice to Report
- Individuals who failed to check in who provided a Florida address

**Non-citizens released with a Notice to Report between 01/20/2021 to 11/01/2021 and who failed to check in but provided a Florida address as of 07/04/2022**

| ICE NTR Noncitizens | |
|---|---|
| Total | 1,127 |

**Footnotes:**
Non-citizens released by Customs and Border Protection with a Notice to Report Source(s): Unified Immigration Portal (UIP) data extract as of 06/09/22; timeframe of releases (03/21/21 - 11/01/22). Notice-to-Report processing started in March 2021, and so no data exists prior to 03/21/21. Check-In data extracted from EID as of 06/12/22.

Exhibit 10 - 9

**Request G11:**
Released after being encountered at or near SW border Nov 1 2021 to Present - Parole + ATD

**Non-citizens released with Parole + ATD between 11/01/2021 to 07/04/2022 and who failed to check in but provided a Florida address as of 07/04/2022**

| ICE P+ATD Noncitizens | |
|---|---|
| Total | 47,984 |

**Footnotes:**
Non-citizens released by Customs and Border Protection as Parole + ATD Source(s): Unified Immigration Portal (UIP) data extract as of 06/09/22; timeframe of releases (11/01/21 - 06/09/22). Check-In data extracted from EID as of 06/12/22.

SOA Provided

Exhibit 10 - 10

SOA Provided