# Exhibit 12

Exhibit 12 - 1

[ PII ]

**From:** [ PII ]
**Sent:** Wednesday, March 24, 2021 3:54 PM
**To:** [ PII ]
**Cc:** SCOTT, RODNEY S; ORTIZ, RAUL L; [ PII ］ [ PII ］ BARKER, TONY L; [ PII ] [ PII ]
**Subject:** UPDATE 3: Prosecutorial Discretion Authority
**Attachments:** 385 with blurb.pdf

Good afternoon Chief [ PII ]

As of today, your agents should begin seeing an imbedded statement on page 2 of the 385. There is no additional work required of your people, but they must give the alien the entire 385. The statement reads:

- NOTICE: REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES. VISIT .ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.

[ PII ]

(Acting) Deputy Chief - Operations
Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC
[ PII ] cell
office

**From:** [ PII ]
**Sent:** Tuesday, March 23, 2021 12:22 PM
**To:** [ PII ]
**Cc:** SCOTT, RODNEY S; [ PII ] ORTIZ, RAUL L; [ PII ] [ PII ] ; BARKER, TONY L
[ PII ]

**Subject:** UPDATE 2: Prosecutorial Discretion Authority

Good morning Chief [ PII ]

As you can imagine, there are ton of moving parts as we mature and refine prosecutorial discretion. Please implement this updated guidance effective immediately:

- Agents must fill out an outward address, to the extent the subjects know it, in the I-213 pathway. We

Exhibit 12 - 2
USA 002419

acknowledge that subjects may not know and/or may not be precise in their responses; however, we must do diligence in this regard.
- Adding the outward address to the 385 is not required.

[PII]

(Acting) Deputy Chief - Operations
Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC

[PII] cell
office

**From:** [PII]
**Sent:** Monday, March 22, 2021 11:47 AM
**To:** [PII]
**Cc:** SCOTT, RODNEY S [PII] ORTIZ, RAUL L [PII] [PII] BARKER, TONY L [PII]
**Subject:** UPDATE: Prosecutorial Discretion Authority

Good morning Chief [PII]

Please implement this updated guidance effective immediately:

- Add a line to the document the alien is provided at release (385) instructing them to, "contact the local ICE ERO office once they arrive at their final destination."

[PII]

(Acting) Deputy Chief - Operations
Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC

[PII] cell
office

**From:** [PII]
**Sent:** Saturday, March 20, 2021 7:44 PM
**To:** [PII]
**Cc:** SCOTT, RODNEY S [PII] ORTIZ, RAUL L [PII] [PII] BARKER, TONY L [PII]

Exhibit 12 - 3

USA 002420

[PII]

**Subject:** Prosecutorial Discretion Authority

Chief [PII]

Effective immediately, and based upon certain conditions as outlined below, Border Patrol Agents are authorized to exercise prosecutorial discretion authority and release illegal aliens without placing them in removal proceedings. This authority and the associated procedures are intended to mitigate operational challenges, including risks to national security, during significant surges of illegal migration as currently exist in the Rio Grande Valley.

- Prosecutorial discretion can be implemented when one or more of the following occur:
- When a RGV Sector reaches 100% of total detention capacity;
- When a RGV Sector reaches 75% total detention capacity and the number of subjects arriving in custody exceeds the discharge of persons out of custody over a 24 hr. period;
- When the average time-in-custody (TIC) of unprocessed persons exceeds 24 hours and the number of subjects arriving in custody is projected to exceed the discharge of persons out of custody over the next 24 hr. period;
- When mandatory detention populations (e.g., UACs) meet 50% of total detention capacity and placement into Health and Human Service / Office or Refugee Resettlement (HHS/ORR) exceeds 48 hours from the time of referral;
- When a RGV Sector notifies Immigration and Customs Enforcement Removal Operations (ICE/ERO) and referral was denied or when no response is received within 1 hour of notification; or
- In coordination with USBP HQ, you determine the circumstances dictate the need to exercise prosecutorial discretion to maintain national security and/or safeguard human life.

If an alien is subject to the Title 42 CDC order, PD can only be exercised when options under Title 42 are unavailable or CBP determines to except an alien under Title 42 on a case by case individualized basis.

Border Patrol Agents will consider whether the alien poses a threat to National Security, Border Security, or heightened Public Safety risk, as outlined in the interim enforcement priorities, prior to making this decision. Custody decisions will be documented in the 1-213 narrative. Under no circumstances will an alien who claims to be, is suspected to be, or is determined to be a UAC as defined by 6 U.S.C. § 279(g)(2), be processed for release.

Processing an alien for release without entering them into proceedings is not taken lightly. Only under circumstances outlined above will agents consider using their discretionary authority, on a case by case basis, to release family units or single adults. All aliens processed for release will be searched and enrolled into the biometric system. Subjects will have their biographic, family, entry, arrest, and release information documented on a narrative (I-213). The custody redetermination for aliens released will fall under "Prosecutorial Discretion" and any current removal proceedings in which the subject is enrolled will be documented.

Once PD is exercised, persons will be released in coordination with ICE, and other entities as appropriate, to facilitate COVID-19 testing to the fullest extent possible.

Effective immediately:

All aliens who claim to be, are suspected to be, or are determined to be UACs as defined at 6 U.S.C. § 279(g)(2), must be processed in accordance with the TVPRA and existing protocols.

Upon the apprehension of a single adult or family unit, agents should reach out to ICE/ERO to determine whether ICE/ERO will accept custody of the alien(s). This can, and in most cases should, be pre-coordinated

Exhibit 12 - 4

USA 002421

between ICE/ERO and RGV management to facilitate rapid processing and throughput.

If ICE/ERO declines to take custody of a single adult or a family unit, Border Patrol Agents have the authority to process the alien for a Warrant of Arrest/Notice to Appear with Release on Own Recognizance (NTA/OR). Agents may also use discretion, on a case by case basis, after collecting biometrics, to Release the single adult or family unit under Prosecutorial Discretion (PD), without issuing an NTA/OR.

When evaluating whether to issue an NTA/OR or to release single adults or family units under PD, agents should consider whether the subject(s) pose a threat to National Security, Border Security, or Public Safety, as outlined in the interim enforcement priorities. There may be other situations to consider such as facility capacity, or resource constraints, where discretion may be used to process a family unit or single adult for PD. All decisions will be documented in the I-213 narrative.

To reiterate, all aliens who claim to be, are suspected to be, or are determined to be UACs as defined at 6 U.S.C. § 279(g)(2), must be processed in accordance with the TVPRA and existing protocols.

If an alien is subject to the CDC Title 42 order, PD can only be exercised when options under Title 42 are unavailable or CBP determines to except an alien under Title 42 on a case by case individualized basis.

**Instructions for Release under PD:**

- If the subject has an unexecuted final order of removal (Bag and Baggage) and ICE has refused to take custody:
- Search and enroll subject
- Run records and verify final order of removal
- On the disposition page of [Law Enforcement Privilege]
    - Disposition [Law Enforcement Privilege]
    - Custody Redetermination [Law Enforcement Privilege]
- Declined/Refusal Referral is [Law Enforcement Privilege]
- Insert on bottom of I-213 "This document does NOT convey any legal immigration status"
- Provide Alien a copy of I-213
- Once PD is exercised, persons will be released in coordination with ICE and other entities as appropriate to facilitate COVID-19 testing to the fullest extent possible.

**For all other subjects that ICE has refused to take into custody, such as those with no previous apprehensions, those who are currently in removal proceedings, or those who have been previously removed:**
- Search and enroll subject
- Run records to verify immigration status
- On the disposition page of [Law Enforcement Privilege]
    - Disposition is [Law Enforcement Privilege]
    - Custody Redetermination is [Law Enforcement Privilege]
    - Declined/Refusal Referral is [Law Enforcement Privilege]
- Complete biographical information for the I-213:
    - Entry, Arrest, Biographic, Address, Relatives and Narrative Pages
        - Narrative is to include manner of arrest, ICE/ERO space denial explanation and any extenuating circumstances
        - Document if the subject is currently in removal proceedings
- Insert on bottom of I-213 "This document does NOT convey any legal immigration status"
- Provide Alien a copy of I-213
- Once PD is exercised, persons will be released in coordinate with ICE and other entities as appropriate to

Exhibit 12 - 5

facilitate COVID-19 testing to the fullest extent possible.

PII

Acting Deputy Chief-Operations
Law Enforcement Operations Directorate
U.S. Border Patrol Headquarters

PII

Exhibit 12 - 6

USA 002423