UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

|  |  |
|---|---|
| STATE OF FLORIDA,<br><br>　　*Plaintiff,*<br><br>　　v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>　　*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:21-cv-01066 |

## NOTICE OF FILING OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants United States, et al., file this Notice of Filing Exhibits in Support of Defendants' Motion for Summary Judgment and Memorandum of Law.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Supplemental Administrative Record |
| 2 | Plaintiff's Response to Defendants' First Set of Interrogatories and Requests for Production – April 27, 2022 |
| 3 | 30(b)(6) Deposition of Florida's Department of Education – Jacob Oliva – July 5, 2022 |
| 4 | 30(b)(6) Deposition of Florida's Department of Corrections – Kimberly Thomas – July 6, 2022 |

| 5 | 30(b)(6) Deposition of Florida's Department of Corrections – Lavitta Stanford – July 7, 2022 |
|---|---|
| 6 | 30(b)(6) Deposition of Florida's Department of Economic Opportunity – James Heckman – June 29, 2022 |
| 7 | 30(b)(6) Deposition of Florida's Agency for Health Care Administration – Jesse Bottcher – July 8, 2022 |
| 8 | 30(b)(6) Deposition of Florida's Department of Children and Families – Tony Lloyd – July 26, 2022 |
| 9 | 30(b)(6) Deposition of Florida's Department of Children and Families – Patti Grogan – July 22, 2022 |
| 10 | 30(b)(6) Deposition of Florida's Department of Highway Safety and Motor Vehicles – July 27, 2022 |
| 11 | 30(b)(6) Deposition of Department of Homeland Security (DHS) – Tony Barker, U.S. Customs and Border Protection (CBP) – July 13, 2022 |
| 12 | Individual Deposition of Corey Price, U.S. Immigration and Customs Enforcement (ICE) – September 9, 2022 |
| 13 | 30(b)(6) Deposition of DHS – Robert Guadian, ICE – July 14, 2022 |
| 14 | Individual Deposition of Raul Ortiz, CBP – July 28, 2022 |
| 15 | Individual Deposition of Robert Guadian, ICE – July 14, 2022 |
| 16 | 30(b)(6) Deposition of DHS – Matthew Davies, CBP – July 18, 2022 |
| 17 | Defendants' Response to Plaintiff's First Set of Interrogatories – May 27, 2022 |
| 18 | DHS Memo – "Implementing the President's Border Security and Immigration Enforcement Improvements Policies" – February 20, 2017 |
| 19 | ICE Directive No. 11002.1 – "Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture" – December 8, 2009 |

| | |
|---|---|
| 20 | ICE Memo – "ICE Transportation, Detention and Processing Requirements" – January 11, 2005 |
| 21 | CBP Directive No. 3340-043 – "The Exercise of Discretionary Authority" – September 3, 2008 |

Date: October 3, 2022

JASON R. COODY
*United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

**CERTIFICATE OF SERVICE**

3

I hereby certify that on October 3, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

>By: */s/ Joseph A. Darrow*
>JOSEPH A. DARROW
>Trial Attorney
>United States Department of Justice
>Civil Division