**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| STATE OF FLORIDA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Civil Action No. 3:21-cv-01066 |
| | ) |
| The UNITED STATES OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

1.      My name is Tony L. Barker. I am employed with the U.S. Customs and Border Protection (CBP) as the Chief of the Law Enforcement Operations Directorate. I have held this position since February 13, 2021.

2.      I am the custodian of the administrative record for *Policy on the Use of Parole Plus Alternatives to Detention to Compress Border Locations* (July 18, 2022) memorandum.  I certify that the documents listed in the attached index are true and correct copies of the documents contained in the administrative record, and, to the best of my knowledge, information, and belief, constitute the non-privileged documents that were considered in issuing the memorandum on July 18, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of August 2022 in Washington, D.C.

_____

Tony L. Barker

Chief of the Law Enforcement Operations Directorate

U.S. Customs and Border Protection

Defendants in the above captioned matter hereby file the Administrative Record,[1] which is attached to the filing as Exhibit 1 and includes the following documents.

| DATE | DOCUMENT |
|---|---|
| July 18, 2022 | Memorandum, *Policy on the Use of Parole Plus Alternatives to Detention to Compress Border Locations* |
| July 2022 | Email, *P+ATD Stats* |
| November 2021-June 2022 | CBP Southwest Border Daily Statistics |
| May 20, 2022 | Title 42 Preliminary Injunction |
| April 20, 2022 | Certified Administrative Record for *Parole Plus Alternatives to Detention* Memorandum |
| April 1, 2022 | Center for Disease Control and Prevention, *Public Health Determination and Order Regarding the Right to Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists* |
| April 17, 2020 | *Doe v. Nielsen* Preliminary Injunction |

---

[1] The filing of this Administrative Record is not a concession that the decision of the Commissioner of U.S. Customs and Border Protection and Acting Director of U.S. Immigration and Customs Enforcement is subject to judicial review.

FOR OFFICIAL USE ONLY

 U.S. Immigration and Customs Enforcement

 U.S. Customs and Border Protection

July 18, 2022

MEMORANDUM FOR:     Raul L. Ortiz
                    Chief
                    U.S. Border Patrol

                    Corey A. Price
                    Executive Associate Director
                    Enforcement and Removal Operations

FROM:               Chris Magnus
                    Commissioner
                    U.S. Customs and Border Protection

                    Tae D. Johnson
                    Acting Director
                    U.S. Immigration and Customs Enforcement

SUBJECT:            Policy on the Use of Parole Plus Alternatives to Detention
                    to Decompress Border Locations

**Purpose**

To require that certain processing be completed, and certain capacity criteria be met, before noncitizens may be released from custody along the Southwest border via Parole plus Alternatives to Detention (Parole + ATD). This memorandum rescinds and replaces all prior guidance regarding the use of Parole + ATD, including but not limited to the November 2, 2021, memorandum from USBP Chief Raul L. Ortiz, titled *Parole Plus Alternative to Detention*.

**Background**

Undocumented noncitizens who are not expelled pursuant to the court-ordered implementation of the Centers for Disease Control & Prevention's Title 42 public health Order are inspected by U.S. Customs and Border Protection (CBP), U.S. Border Patrol (USBP) upon encounter, consistent with 8 U.S.C. § 1225(a); this is often referred to as "processing." Processing includes, among other things, identification, review of immigration and criminal history, an assessment of national security concerns, and an evaluation of what pathway is most appropriate for the individual noncitizen, to include removal proceedings under section 240 of the Immigration and Nationality Act (INA), 8 U.S.C. § 1229. expedited removal, permitting an individual to voluntarily return, and/or parole.

Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations
Page 2

Pursuant to section 212(d)(5)(A) of the INA, 8 U.S.C. § 1182(d)(5)(A), the Secretary of
Homeland Security has the authority to parole certain noncitizens into the United States
"temporarily . . . on a case-by-case basis for urgent humanitarian reasons or significant public
benefit." When, pursuant to an inspection of a noncitizen under 8 U.S.C. § 1225(a), CBP
exercises its discretion to parole noncitizens on a case-by-case basis into the United States,
including during the initiation of or to facilitate the initiation of removal proceedings under
section 240 of the INA, those noncitizens may be eligible to be enrolled in the U.S. Immigration
and Customs Enforcement (ICE) ATD program.

The goal of the ICE ATD program is, for a portion of the enrolled non-detained population, to
increase compliance with release conditions, court appearances, and final orders of removal.
ATD is an alternative to detention and allows ICE to exercise increased supervision over
noncitizens who, on a case-by-case basis, are not detained, but are potentially subject to removal.
The level of supervision and technology assigned to noncitizens enrolled in the ATD program is
determined on a case-by-case basis based on each individual's current immigration status,
criminal history, compliance history, community or family ties, role as a caregiver or provider,
and other humanitarian or medical factors. ICE may adjust the level of supervision and
technology required as the level of the noncitizen's compliance either increases or decreases.

Generally, CBP standards allow for short-term detention of fewer than 72 hours in CBP
facilities, after which time CBP is expected to transfer the noncitizen to ICE if CBP believes
continued custody is required. While this time period may sometimes be exceeded, CBP
facilities are not structured or equipped for long-term detention. This yields numerous
challenges, including the ability to provide appropriate medical care and to treat and control
contagious illnesses. In sum, crowding in border facilities poses risks to both individuals in
custody and those working there. Border encounters remain at historic highs. With a record
number of displaced persons in the hemisphere, high encounter rates and the associated
challenges are expected to continue. It is incumbent on CBP to transfer noncitizens to ICE or if
discretion warrants, to release the noncitizen under appropriate conditions.

Parole + ATD provides a processing mechanism to address situations in which there is not
appropriate detention space available, and there are operational concerns about the number of
people present in, and potentially subject to a prolonged time-in-custody at, USBP facilities
along the Southwest border. It is significantly more efficient—approximately 60 minutes
faster—to process individuals, consistent with 8 U.S.C. § 1225(a), for Parole + ATD as opposed
to issuing a Notice to Appear (NTA) or other charging document at the time of encounter. Use
of Parole + ATD also allows ICE to exercise increased supervision over certain noncitizens who
are released from CBP custody pending the initiation of removal proceedings. Those subject to
Parole + ATD are not simply released into the community; they are subject to supervision and
are subsequently issued an NTA under INA § 240.

That said, Parole + ATD is a tool that should be used sparingly—only when justified by an
urgent humanitarian reason or because it yields a significant public benefit in the form of
disease-mitigation, as a safety valve to address overcrowding.

Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations
Page 3

## Policy

Over the last several months, CBP and ICE have made deliberate efforts to prioritize the health and safety of noncitizens and the workforce. The use of Parole + ATD provides one such tool—allowing for the more rapid decompression of facilities that otherwise may be overcrowded in ways that promote health and safety. That said, and as this guidance makes clear, the use of Parole + ATD is not meant to be a primary processing tool; its use is permitted only in those situations in which threshold criteria are met, and its use is subject to appropriate approvals and oversight — thus ensuring that its application is limited to those situations in which the relevant health and safety conditions justify its use.

*Threshold Criteria and Approval Process*

Parole + ATD may be authorized by the Commissioner of CBP only when the following criteria exist:

- There are more than 15,000 noncitizens in USBP custody across all Southwest border sectors OR a sector or centralized processing center's in-custody total exceeds 100% of its full capacity; AND
- CBP has encountered more than 6,000 noncitizens per day across the Southwest border over a 72-hour period.

When these scenarios exist, they create urgent crowding and excessive time-in-custody concerns that justify application of ICE's limited ATD resources to support CBP's use of parole on a case-by-case basis for urgent humanitarian reasons or significant public benefit.

To use Parole + ATD in a specific border sector, the relevant USBP Sector Chief must request approval from the Commissioner of CBP, through the USBP Chief.

Approval for Parole + ATD may be granted only on a sector-by-sector basis and Parole + ATD may not be used for noncitizens transferred laterally from a sector that has not met the threshold criteria above. Additionally, approval for use of Parole + ATD is time limited and must be reassessed every week by the Commissioner or Deputy Commissioner. USBP is not authorized to process noncitizens via Parole + ATD when these criteria are not met, absent extraordinary circumstances as determined by the Commissioner of CBP.

*Individual Assessment*

Each noncitizen is individually processed consistent with 8 U.S.C. § 1225(a) after encounter. This inspection process includes, but is not limited to, an assessment of the individual's identification and immigration background, review of any national security or criminal concerns, and consideration of which immigration processing pathway is best applicable to the individual noncitizen. This memorandum applies only to those individuals who are expected to be placed in removal proceedings under INA § 240.

Once the Parole + ATD initial threshold is met, each individual noncitizen should be assessed on a case-by-case individualized basis to determine whether he or she is eligible for parole based on

Case 3:21-cv-01066-TKW-ZCB   Document 87-1   Filed 10/03/22   Page 7 of 280

Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations
Page 4

an urgent humanitarian reason or whether there is a significant public benefit. In making this determination, agents shall consider individualized circumstances, such as an individual's current immigration status, criminal history, compliance history, community or family ties, role as a caregiver or provider, and other humanitarian or medical factors. Upon placing an individual in Parole + ATD, CBP will temporarily pause the completion of the removal paperwork under INA § 240, which will instead be completed at a later date.

Prior to a noncitizen's processing via Parole + ATD, CBP must conduct biometric identity verification and thoroughly evaluate any potential national security and public safety concerns. USBP must also collect and document a physical address for each noncitizen processed via Parole + ATD.

*Ineligible for Parole + ATD*

Parole + ATD may not be used for noncitizens who, based on an individualized assessment, pose a national security risk, unmitigable flight risk, public safety threat, or who claim to be, are suspected to be, or are determined to be unaccompanied children as defined by 6 U.S.C. § 279(g)(2) or appear likely to be subject to the mandatory detention requirements of INA § 236(c), 8 U.S.C. § 1226(c), if processed for removal proceedings pursuant to INA §240, 8 U.S.C. § 1229.

*Subsequent Processing*

CBP and ICE will work jointly to streamline and complete charging document issuance for individuals processed via Parole + ATD. Each agency is responsible for completing the processing for 50 percent of the total Parole + ATD caseload. The final processing and placement into removal proceedings pursuant to 8 U.S.C. § 1229 is expected to be the same, regardless of whether that paperwork occurs as a part of the Parole + ATD processing.

**Reporting and Oversight**

CBP must notify ICE in writing each time Parole + ATD is authorized in a sector to ensure that ICE has the appropriate staff and ATD capacity available in the applicable location(s). Such notification must occur before processing for Parole + ATD begins in the authorized border sector(s). In each case, ICE will determine the appropriate ATD enrollment conditions for the noncitizen, including but not limited to the type of technology used or frequency of required check-in appointments.

CBP will provide daily reporting to Department of Homeland Security Headquarters and ICE, detailing how many noncitizens were processed at the Southwest border with charging documents, voluntary return, and Parole + ATD, by sector. The daily reports will be used to identify any operational changes that are needed to modify the continued use of Parole + ATD at any given time.

**From:**
**To:**
**Subject:**       P+ATD
**Date:**          Friday, July 22, 2022 2:17:44 PM

- FYTD22 USBP has ~1.7 million encounters
  - ~50% have been expelled via T42
  - ~ 900K subjects processed via T8 pathways
- Encounters by demographic
  - 71% single adult
  - 22% family units
  - 7% unaccompanied children
    - ▪
    - ▪
- Encounters by citizenship
  - Mexico-35%
  - Guatemala- 10%
  - Cuba- 10%
  - Honduras- 9%
  - Nicaragua- 7%
  - Venezuela- 7%
    - ▪
    - ▪
    - ▪
- Average USBP time in-custody for T8 pathways
  - USBP's processing priority is UC, FMU, then SA
  - WA/NTA (detained) 86 hours
  - ER/ER-CF- 103 hours
  - NTA- 82 hours
  - Parole- 47 hours
- Estimated processing times for T8 pathways
  - NTA 2-2.5 hours
  - ER-2-2.5 hours
  - Parole + ATD - 15-30 minutes
- Average in-custody FYTD22
  - 11,500 in-custody
    - ▪ May-14,400
  - 72-hour average TIC
    - ▪ Jan- 94 hours

Respectfully,

/ Acting Associate Chief
United States Border Patrol / Law Enforcement Operations
Immigration, Prosecutions & Custody Operations

# U.S. Border Patrol

## Daily Snapshot                                                    November 1, 2021





60%   28%   12%



**4,153**
Encounters Yesterday

**1,188**
GTA Yesterday



**291**
BP ORs Yesterday



**212**
Paroles Yesterday



**11,132**
Total in Custody



48%   41%   10%



Average TIC: **61**
+ 72: **3,504**

**Top Four Citizenships**

⇒ _____ : 1,761
⇒ _____ : 1,664
⇒ _____ : 1,605
⇒ _____ : 1,590



**1,153**
Total in Custody



**512**
Encounters Yesterday



| 36 | 78 |
|----|----|
| Average TIC | +72 |

**Processing**



**196/624**
Pending: ORR Placement/
ERO Transfer

**U**
**C**

**78**
**72 HRS**

**2**
**120 HRS**

**0**
**240 HRS**

Of
Those



**341**
Booked Out/
Manifested Yesterday


RGV: **774**

EPT: **138**

TCA: **193**

**Capacity**


RGV:  335%     EPT: 71%
DRT:  203%     LRT: 164%
YUM: 640%     SDC: 123%
TCA:  181%     BBT: 12%
ELC:  407%

**Top Three ECT Encounters**
**Yesterday**


**420**


**369**


**183**

SAR0007

# U.S. Customs and Border Protection



## Daily Snapshot

November 1, 2021




 5,159     5,347

5,096    5,300



**586**
CBP Quarantined



`19`
CBP Hospitalized

**6**
CBP Critical Condition

# Office of Field Operations

## Daily Snapshot

November 1, 2021



**170**
Encounters Yesterday



70%   18%   10%



**127**
Total in Custody



72%   16%   9%

### Top Four Citizenships



⇒ ____ : 36
⇒ ____ 26
⇒ ____ :11
⇒ ____ : 8

**U C**



**17**
Encounters Yesterday



**12**
Total in Custody



**2**
Booked Out
Yesterday



**SND: 11**

**0**





| 29 | 0 |
|----|---|
| Average TIC | +72 |

# Air and Marine Operations

## Weekly Snapshot – 10/24 to 10/31

November 1, 2021



**552**
Encounters
Last Week



**164 LBS**
Narcotics
Last Week



**478**
UAS Detections
Last Week



**9,858**
Encounters
FY22



**2,884 LBS**
Narcotics
FY22



**14,193**
UAS Detections
FY22

SAR0008

# U.S. Border Patrol

## Daily Snapshot

November 8, 2021



**3,983**
Encounters Yesterday



60%    33%    8%



**1,146**
GTA Yesterday



**285**
BP ORs Yesterday



**317**
Paroles Yesterday



**11,253**
Total in Custody



49%    42%    8%



Average TIC: **67**
+ 72: **4,337**

**Top Four Citizenships**
⇒
⇒
⇒
⇒

---

**U**
**C**



**945**
Total in Custody



**305**
Encounters Yesterday



| 39 | 67 |
|---|---|
| Average TIC | +72 |



**Processing**


ORR
ERO

**281/327**
Pending: ORR Placement/
ERO Transfer

 **67**
**72 HRS**

 **6**
**120 HRS**
Of Those

 **0**
**240 HRS**


**406**
Booked Out/
Manifested Yesterday


**RGV: 562**
**EPT: 133**    **TCA: 180**

---



**Capacity**

RGV: **275%**    EPT: **107%**
DRT: **318%**    LRT: **192%**
YUM: **587%**    SDC: **175%**
TCA: **130%**    BBT: **19%**
ELC: **425%**

## Top Three ECT Encounters Yesterday

   

**659**
Venezuela

**310**
Brazil

**274**
Nicaragua

SAR0009

# U.S. Customs and Border Protection

**Daily Snapshot**

November 8, 2021

 

 **5,011**  **7 DAY**
 **5,195**  **21 DAY**

 **5,186**  **7 DAY**
**5,391**  **21 DAY**

 **589** CBP Quarantined

 **8** CBP Hospitalized

 **3** CBP Critical Condition

# Office of Field Operations

**Daily Snapshot**  November 8, 2021

 **149** Encounters Yesterday

 **80%** **10%** **2%**

 **142** Total in Custody

 **78%** **10%** **7%**

 Top Four Citizenships

**U C**
 **10** Encounters Yesterday

 **5** Total in Custody

**4** Booked Out Yesterday

 SND: 5
 **0**  **72 HRS**

 

| **17** Average TIC | **0** +72 |
|---|---|

# Air and Marine Operations

**FYTD Snapshot**  November 8, 2021

 **12,938** Encounters FYTD22

 **13,880 LBS** Narcotics FYTD22

 **17,028** UAS Detections FYTD22

 **59** Weapons FYTD22

 **3,641 HRS** Float HRS FYTD22

**21,183 HRS** Flight HRS FYTD22

# U.S. Border Patrol

## Daily Snapshot

**November 15, 2021**



**4,303**
Encounters Yesterday



63%  27%  10%



**1,514**
GTA Yesterday



**407**
BP ORs Yesterday



**438**
Paroles Yesterday



**11,938**
Total in Custody



50%  42%  7%



Average TIC: 60
+ 72: **3,725**

**Top Four Citizenships**
⇒
⇒
⇒
⇒





**855**
Total in Custody





**424**
Encounters Yesterday



| 32 | 26 |
|----|----|
| Average TIC | +72 |

**Processing**



ORR ERO

**253/203**
Pending: ORR Placement/
ERO Transfer

**U**

**C**

**26**
72 HRS

**0**
120 HRS

**0**
240 HRS

Of Those

**402**
Booked Out/
Manifested Yesterday


**RGV: 559**

**EPT: 104**

**TCA: 119**

**Capacity**



RGV: **311%**     EPT: **134%**

DRT: **392%**     LRT: **180%**

YUM: **584%**     SDC: **139%**

TCA: **149%**     ELC: **265%**     BBT: **30%**

## Top Three ECT Encounters Yesterday



**798**
Venezuela



**329**
Nicaragua

**263**
Cuba

SAR0011

# U.S. Customs and Border Protection

**Daily Snapshot**



November 15, 2021

 5,609

 5,337

 5,912

 5,560



**596**
CBP Quarantined



**8**
CBP Hospitalized



**2**
CBP Critical Condition

# Office of Field Operations

**Daily Snapshot**

November 15, 2021



**282**
Encounters Yesterday



70% 18% 7%

**162**
Total in Custody



66% 18% 10%

**Top Four Citizenships**
⇒
⇒
⇒
⇒

**U C**



**22**
Encounters Yesterday



**9**
Total in Custody



**4**
Booked Out
Yesterday



SND: 9

**0**

**72 HRS**



| **30** | **0** |
|---|---|
| Average TIC | +72 |

# Air and Marine Operations

**FYTD Snapshot**

November 15, 2021



**15,108**
Encounters
FYTD22



**20,071 LBS**
Narcotics
FYTD22



**20,340**
UAS Detections
FYTD22

SAR0019



**118**
Weapons
FYTD22



**4,239 HRS**
Float HRS
FYTD22



**26,080 HRS**
Flight HRS
FYTD22

# U.S. Border Patrol

## Daily Snapshot

November 22, 2021



**4,565**
Encounters Yesterday



65%  27%  8%



**1,529**
GTA Yesterday



**376**
BP ORs Yesterday



**201**
Paroles Yesterday



**10,669**
Total in Custody



50%  42%  8%



Average TIC: **64**
+ 72: **3,585**



**Top Four Citizenships**
⇒
⇒
⇒
⇒

## U



**884**
Total in Custody



**345**
Encounters Yesterday



| 37 | 45 |
|----|----|
| Average TIC | +72 |



Processing



ORR ERO

**178/229**
Pending: ORR Placement/
ERO Transfer

## C

**45**
 72 HRS

**2**
 120 HRS
Of
Those

**0**
 240 HRS



**405**
Booked Out/
Manifested Yesterday



RGV: **661**

EPT: **81**

TCA: **74**

Updated to reflect NON-COVID Capacity



**Capacity**

RGV: **120%**
DRT: **99%**
YUM: **193%**
TCA: **33%**
ELC: **64%**

EPT: **31%**
LRT: **46%**
SDC: **47%**
BBT: **6%**

## Top Three ECT Encounters Yesterday



**589**
Venezuela



**331**
Nicaragua



**287**
Brazil

SAR0013

# U.S. Customs and Border Protection

**Daily Snapshot**



November 22, 2021

 5,553

 5,476

 5,842

 5,733



**636**
CBP Quarantined



**10**
CBP Hospitalized



**4**
CBP Critical Condition

# Office of Field Operations

**Daily Snapshot**

November 22, 2021



**240**
Encounters Yesterday


72% 17% 7%



**188**
Total in Custody

76% 17% 4%



**Top Four Citizenships**
⇒
⇒
⇒
⇒

**U C**



**18**
Encounters Yesterday



**4**
Total in Custody



**3**
Booked Out
Yesterday



SDFO: 4

**0**





| 12 | 0 |
|---|---|
| Average TIC | +72 |

# Air and Marine Operations

**FYTD Snapshot**

November 22, 2021



**17,469**
Encounters
FYTD22



**21,319 LBS**
Narcotics
FYTD22



**24,323**
UAS Detections
FYTD22



**119**
Weapons
FYTD22



**4,984 HRS**
Float HRS
FYTD22

**34,568 HRS**
Flight HRS
FYTD22

SAR0019

# U.S. Border Patrol

## Daily Snapshot

November 29, 2021



**4,815**
Encounters Yesterday



58%   33%   10%



**893**
GTA Yesterday



**285**
BP ORs Yesterday

**186**
Paroles Yesterday



**12,528**
Total in Custody



49%   41%   8%



Average TIC: **66**
+ 72: **4,465**

### Top Four Citizenships
⇒
⇒
⇒
⇒

## U



**1,074**
Total in Custody



**462**
Encounters Yesterday

| 42 | 161 |
|----|-----|
| Average TIC | +72 |



**Processing**



**324/278**
Pending: ORR Placement/
ERO Transfer

## C

**161**

72 HRS

**8**

120 HRS

**0**

240 HRS


**531**
Booked Out/
Manifested Yesterday

RGV: **748**

EPT: **107**

TCA: **140**

Of Those

Updated to reflect NON-COVID Capacity



**Capacity**

RGV: **143%**
DRT: **127%**
YUM: **206%**
TCA: **49%**
ELC: **61%**

EPT: **45%**
LRT: **45%**
SDC: **53%**
BBT: **7%**

## Top Three ECT Encounters Yesterday


**788**
Venezuela


**385**
Nicaragua

**347**
Brazil

SAR0015

# U.S. Customs and Border Protection

**Daily Snapshot**



**November 29, 2021**

 **5,406**     **5,695**

 **5,623**     **5,919**



**644**
CBP Quarantined



**10**
CBP Hospitalized



**5**
CBP Critical Condition

# Office of Field Operations

**Daily Snapshot**

**November 29, 2021**



**223**
Encounters Yesterday



68%   19%   9%



**203**
Total in Custody



71%   14%   5%



**Top Four Citizenships**

⇒
⇒
⇒
⇒

U C



**21**
Encounters Yesterday



**10**
Total in Custody



**0**
Booked Out
Yesterday

SDFO: 8

**0**


72 HRS



| 18 | 0 |
|---|---|
| Average TIC | +72 |

# Air and Marine Operations

**FYTD Snapshot**

**November 29, 2021**



**19,517**
Encounters
FYTD22



**22,907 LBS**
Narcotics
FYTD22



**26,015**
Detections by UAS
FYTD22



**130**
Weapons
FYTD22



**5,431 HRS**
Float HRS
FYTD22



**35,782 HRS**
Flight HRS
FYTD22

SAR0010

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

# Corridor Daily Snapshot

**December 6, 2021 / 0600 EST**



SAR0017

# U.S. Border Patrol

## Daily Snapshot

December 6, 2021



**5,224**
Encounters Yesterday



61%    30%    9%



**1,140**
GTA Yesterday



**411**
BP ORs Yesterday



**192**
Paroles Yesterday



**16,024**
Total in Custody



55%    38%    7%



Average TIC: **69**
+ 72: **5,768**

**Top Four Citizenships**
⇒
⇒
⇒
⇒

## U C



**1,105**
Total in Custody



**475**
Encounters Yesterday



| 34 | 59 |
|----|----|
| Average TIC | +72 |



**Processing**


ORR ERO

**409/244**
Pending: ORR Placement/
ERO Transfer


**59**
**72 HRS**


**0**
**120 HRS**


**0**
**240 HRS**
Of
Those


**447**
Booked Out/
Manifested Yesterday

**RGV: 683**

**EPT: 96**

**TCA: 186**

|     | %Full Capacity | %COVID Capacity |     | %Full Capacity | %COVID Capacity |
|-----|---------------|-----------------|-----|---------------|-----------------|
| RGV | 152% | 413% | SDC | 54% | 208% |
| DRT | 202% | 591% | TCA | 56% | 166% |
| YUM | 286% | 739% | ELC | 64% | 257% |
| LRT | 82% | 253% | BBT | 5% | 19% |
| EPT | 54% | 151% |     |     |     |

SAR0018

## Top Three ECT Encounters Yesterday



767        533        360

Case 3:21-cv-01066-TKW-ZCB   Document 87-1   Filed 08/08/22   Page 22 of 280

# U.S. Customs and Border Protection

## Daily Snapshot





**5,982**

**5,767**

**6,280**

**6,062**



**670**
CBP Quarantined



**8**
CBP Hospitalized



**1**
CBP Critical Condition

# Office of Field Operations

## Daily Snapshot

December 6, 2021



**260**
Encounters Yesterday



73%   16%   5%



**220**
Total in Custody

74%   12%   3%



**Top Four Citizenships**
⇒
⇒
⇒
⇒



**47**
Encounters
Yesterday

**91**
In Custody

**SD Field Office**



**6**
Encounters
Yesterday

**15**
In Custody

**SD Field Office**



**4**
Encounters
Yesterday

**21**
In Custody

**SD Field Office**



**2**
Encounters
Yesterday

**4**
In Custody

**SD Field Office**

## OF NOTE:

**USBP**: 12/04, RGV encountered a large group consisting of 104 Migrants, of which 92 were comprised of Venezuelan Nationals; 64 were SAs.

**USBP**: 12/05, RGV encountered a large group consisting of 140 Migrants, of which 138 were comprised of Venezuelan Nationals; 52 were SAs.

**USBP**: 12/05, DRT encountered a large group consisting of 104 Migrants, they are still being enrolled into system of record.

**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**

# Daily Snapshot



**December 13, 2021 / 0600 EST**

## CBP



**14,043** In custody

**8,374**
**5,101**
**556**

 **Top Four Citizenships**
- 
- 
- 
- 

 **72 HRS**
**6,741** Over 72

 **4,360** Encounters Yesterday

**2,816**
**1,174**
**402**

 **Top Four Citizenships**
- 
- 
- 
- 

 **435** ERO Yesterday

 **486** CBP Paroles Yesterday

 **371** ORs Yesterday

## USBP



**13,772** In custody

**8,162**
**5,060**
**550**

 **88** Average TIC

 **72 HRS**
**6,694** Over 72

 **Top Four Citizenships**
- 
- 
- 
- 

 **4,144** Encounters Yesterday

**2,604**
**1,144**
**396**

 **Top Four Citizenships**
- 
- 
- 
- 

 **459** Paroles Yesterday

 **371** BP ORs Yesterday

## OFO



**271** In custody

**212**
**41**
**6**

  **53** Average TIC

 **72 HRS**
**48** Over 72

 **Top Four Citizenships**
- 
- 
- 
- 

 **216** SBO Encounters Yesterday

**212**
**30**
**6**

 ***Top Four Citizenships**
- 
- 
- 
- 

 **27** OFO Paroles Yesterday


**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | **104%** |
| **DRT** | **108%** |
| **YUM** | **335%** |
| **LRT** | **82%** |
| **EPT** | **90%** |

| | %Full Capacity |
|---|---|
| **SDC** | **48%** |
| **TCA** | **47%** |
| **ELC** | **82%** |
| **BBT** | **2%** |
| **SDFO** | **68%** |



 **7 DAY** **291**
**21 DAY** **297**

 **7 DAY** **5,511**
**21 DAY** **5,808**

 **7 DAY** **5,802**
**21 DAY** **6,105**

SAR0020



## YUM

**3,071** In custody

1,842  1,200  29

**7%** Processed Complete

173  51  14

**558** Encounters Yesterday

**Top Four Citizenships**
- 
- 
- 
- 

### Daily Encounters vs Daily Movements

558  777

Total

■ Encounters Yesterday  ■ Movements Yesterday

**+219** Delta

## DRT

**1,451** In custody

957  467  27

**63%** Processed Complete

632  266  17

**876** Encounters Yesterday

**Top Four Citizenships**
- 
- 
- 
- 

### Daily Encounters vs Daily Movements

876  586

Total

■ Encounters Yesterday  ■ Movements Yesterday

**-290** Delta

## RGV

**3,513** In custody

2,068  1,201  244

**37%** Processed Complete

718  371  169

**939** Encounters Yesterday

**Top Four Citizenships**
- 
- 
- 
- 

### Daily Encounters vs Daily Movements

939  723

Total

■ Encounters Yesterday  ■ Movements Yesterday

**-216** Delta

### YUMA



**7-Day Encounters vs 7-Day Movements**

816  801

Total

■ Encounters Average  ■ Movements Average

### DRT



**7-Day Encounters vs 7-Day Movements**

946  926

Total

■ Encounters Average  ■ Movements Average

### RGV



**7-Day Encounters vs 7-Day Movements**

1,526  1,433

Total

■ Encounters Average  ■ Movements Average

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

# Daily Snapshot



**December 27, 2021 / 0600 EST**

## CBP



**15,793**
In custody

**9,804**

**5,765**

**211**

 **Top Four Citizenships**
- 
- 
- 
- 

 **72 HRS**
**9,023**
Over 72

 **3,414**
Encounters
Yesterday

**2,148**

**1,117**

**144**

 **Top Four Citizenships**
- 
- 
- 
- 

 **692**
ERO
Yesterday

 **478**
CBP Paroles
Yesterday

 **352**
ORs
Yesterday

## USBP



**15,214**
In custody

**9,310**

**5,703**

**201**

**105**
Average TIC

**72 HRS**
**8,696**
Over 72

 **Top Four Citizenships**
- 
- 
- 
- 

 **3,269**
Encounters
Yesterday

**2,054**

**1,087**

**128**

 **Top Four Citizenships**
- 
- 
- 
- 

 **469**
Paroles
Yesterday

 **352**
BP ORs
Yesterday

## OFO



**579**
In custody

**494**

**62**

**10**

**113**
Average TIC

**327**
Over 72

 **Top Four Citizenships**
- 
- 
- 

 **145**
SBO Encounters
Yesterday

**94**

**30**

**16**

 **\*Top Four Citizenships**
- 
- 
- 

 **9**
OFO Paroles
Yesterday


**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 118% |
| **DRT** | 196% |
| **YUM** | 276% |
| **LRT** | 72% |
| **EPT** | 100% |

| | %Full Capacity |
|---|---|
| **SDC** | 65% |
| **TCA** | 29% |
| **ELC** | 97% |
| **BBT** | 4% |
| **SDFO** | 141% |



### 7-Day Encounters vs 7-Day Movements

| | YUM | DRT | RGV |
|---|---|---|---|
| Encounters Average | 926 | 1,048 | 1,157 |
| Movements Average | 850 | 703 | 1,077 |

SAR0022



## YUM

- **2,527** In custody
- 1,453
- 1,072
- 2
- **12%** Processed Complete
- 274
- 49
- 1
- **1,066** Encounters Yesterday
- **Top Four Citizenships**

### Daily Encounters vs Daily Movements
- 1,066
- 714
- Total
- ■ Encounters Yesterday ■ Movements Yesterday

**−352** Delta

## DRT

- **2,638** In custody
- 1,636
- 965
- 37
- **50%** Processed Complete
- 962
- 345
- 22
- **751** Encounters Yesterday
- **Top Four Citizenships**

### Daily Encounters vs Daily Movements
- 751
- 793
- Total
- ■ Encounters Yesterday ■ Movements Yesterday

**+42** Delta

## RGV

- **4,066** In custody
- 1,946
- 2,004
- 116
- **27%** Processed Complete
- 610
- 415
- 82
- **542** Encounters Yesterday
- **Top Four Citizenships**

### Daily Encounters vs Daily Movements
- 542
- 956
- Total
- ■ Encounters Yesterday ■ Movements Yesterday

**+414** Delta

## SDFO

- **545** In custody
- 465
- 62
- 6
- **119** Average TIC
- **333** Over 72
- 72 HRS
- **Top Four Citizenships**
- **87** Encounters Yesterday
- 42
- 27
- 15
- **Top Four Citizenships**
- **127** Bookouts Yesterday
- **5** ERO Yesterday



SAR0023

**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**

# Daily Snapshot

**January 3, 2022 / 0600 EST**



## CBP

- **13,293** In custody
- **8,431**
- **4,771**
- **84**
- **Top Four Citizenships**
- **72 HRS** — **8,081** Over 72
- **2,679** Encounters Yesterday
- **1,671**
- **894**
- **105**
- **Top Four Citizenships**
- **1,936** ERO Yesterday
- **741** CBP Paroles Yesterday
- **285** ORs Yesterday



## USBP

- **12,801** In custody
- **7,975**
- **4,745**
- **81**
- **121** Average TIC
- **72 HRS** — **7,766** Over 72
- **Top Four Citizenships**
- **2,509** Encounters Yesterday
- **1,562**
- **857**
- **90**
- **Top Four Citizenships**
- **710** Paroles Yesterday
- **285** BP ORs Yesterday



## OFO

- **492** In custody
- **388**
- **67**
- **8**
- **111** Average TIC
- **315** Over 72
- **Top Four Citizenships**
- **170** SBO Encounters Yesterday
- **101**
- **34**
- **7**
- **\*Top Four Citizenships**
- **31** OFO Paroles Yesterday



**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 45% |
| **DRT** | 156% |
| **YUM** | 286% |
| **LRT** | 79% |
| **EPT** | 130% |

| | %Full Capacity |
|---|---|
| **SDC** | 46% |
| **TCA** | 43% |
| **ELC** | 82% |
| **BBT** | 3% |
| **SDFO** | 124% |



7-Day Encounters vs 7-Day Movements

| | YUM | DRT |
|---|---|---|
| Encounters Average | 894 | 906 |
| Movements Average | 819 | 867 |

SAR0024



## YUM

- **2,623** In custody
- 1,707
- 909
- 7
- **9%** Processed Complete
- 197
- 56
- 6
- **700** Encounters Yesterday
- Top Four Citizenships
- **+51** Delta

## DRT

- **2,092** In custody
- 1,316
- 763
- 13
- **48%** Processed Complete
- 736
- 273
- 9
- **548** Encounters Yesterday
- Top Four Citizenships
- **+424** Delta

## EPT

- **3,104** In custody
- 1,861
- 1,233
- 10
- **14%** Processed Complete
- 348
- 75
- 9
- **274** Encounters Yesterday
- Top Four Citizenships
- **+71** Delta

**Daily Encounters vs Daily Movements**

274 — 345

Total

■ Encounters Yesterday ■ Movements Yesterday

## SDFO

- **478** In custody
- 443
- 26
- 3
- Top Four Citizenships
- **79** Encounters Yesterday
- 42
- 20
- 14
- Top Four Citizenships

**Daily Encounters vs Daily Movements**

79 — 55

Total

■ Encounters Yesterday ■ Movements Yesterday

**-24** Delta

- **72 HRS**
- **315** Over 72
- **114** Average TIC
- **119** ERO Referred Yesterday
- **17** Bookouts > ERO Yesterday
- **ERO**
- **153** Referred to ERO Pending Transfer

SAR0025

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

# Daily Snapshot

**January 10, 2022 / 0600 EST**



## CBP



**9,310**
In custody

**5,992**
**3,309**
**96**



**Top Four Citizenships**
- 
- 
- 
- 

**72 HRS**
**5,605**
Over 72

**3,199**
Encounters
Yesterday

**2,355**
**707**
**130**

**Top Four Citizenships**
- 
- 
- 
- 

**1,330**
ERO
Yesterday

**382**
CBP Paroles
Yesterday

**180**
ORs
Yesterday

## USBP

**8,909**
In custody

**5,612**
**3,204**
**93**

**146**
Average TIC

**72 HRS**
**5,335**
Over 72

**Top Four Citizenships**
- 
- 
- 
- 

**3,042**
Encounters
Yesterday

**2,231**
**688**
**123**

**Top Four Citizenships**
- 
- 
- 
- 

**351**
Paroles
Yesterday

**180**
BP ORs
Yesterday

## OFO

**401**
In custody

**375**
**5**
**3**

**145**
Average TIC

**72 HRS**
**270**
Over 72

**Top Four Citizenships**
- 
- 
- 
- 

**157**
SBO Encounters
Yesterday

**124**
**19**
**7**

***Top Four Citizenships**
- 
- 
- 
- 

**31**
OFO Paroles
Yesterday



**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 43% |
| **DRT** | 92% |
| **YUM** | 111% |
| **LRT** | 109% |
| **EPT** | 101% |

| | %Full Capacity |
|---|---|
| **SDC** | 24% |
| **TCA** | 6% |
| **ELC** | 62% |
| **BBT** | 3% |
| **SDFO** | 96% |

## CBP-ERO REFERRALS & TRANSFERS

**4,792**
Processed
Complete

ERO

**2,304**
Referred to ERO
Pending Transfer

**1,816**
ERO Referred
Yesterday

**1,330**
Bookouts to ERO
Yesterday

SAR0026



## YUM

- 1,014 In custody
- 563
- 442
- 9
- 45% Processed Complete
- 238
- 218
- 5
- 455 Encounters Yesterday
- Top Four Citizenships

**+161 Delta**

## EPT

- 2,413 In custody
- 1,288
- 1,110
- 15
- 44% Processed Complete
- 859
- 212
- 3
- 353 Encounters Yesterday
- Top Four Citizenships

**Daily Encounters vs Daily Movements**
- 353 — 338
- Total
- ■ Encounters Yesterday  ■ Movements Yesterday

**-15 Delta**

## SDFO

- 369 In custody
- 355
- 5
- 1
- Top Four Citizenships
- 48 Encounters Yesterday
- 35
- 5
- 6
- Top Four Citizenships

**Daily Encounters vs Daily Movements**
- 48 — 166
- Total
- ■ Encounters Yesterday  ■ Movements Yesterday

**+118 Delta**

- 72 HRS
- 270 Over 72
- 155 Average TIC
- 347 ERO Referred Yesterday
- 131 Bookouts > ERO Yesterday
- ERO
- 246 Referred to ERO Pending Transfer

**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**

# Daily Snapshot



**January 17, 2022 / 0600 EST**

## CBP



**8,568**
In custody

**5,789**
**2,474**
**305**

**Top Four Citizenships**
- •
- •
- •
- •

 **72 HRS**
**2,734**
Over 72

**4,823**
Encounters
Yesterday

**3,512**
**969**
**314**

**Top Four Citizenships**
- •
- •
- •
- •

**1,595**
ERO
Yesterday

**325**
CBP Paroles
Yesterday

**239**
ORs
Yesterday

## USBP

**8,389**
In custody

**5,641**
**2,448**
**300**

**72**
Average TIC

**72 HRS**
**2,643**
Over 72

**Top Four Citizenships**
- •
- •
- •
- •

**4,664**
Encounters
Yesterday

**3,389**
**966**
**309**

**Top Four Citizenships**
- •
- •
- •
- •

**308**
Paroles
Yesterday

**239**
BP ORs
Yesterday

## OFO

**179**
In custody

**148**
**26**
**5**

**112**
Average TIC

**91**
Over 72

**Top Four Citizenships**
- •
- •
- •
- •

**159**
SBO Encounters
Yesterday

**123**
**3**
**5**

**\*Top Four Citizenships**
- •
- •
- •
- •

**17**
OFO Paroles
Yesterday


**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 55% |
| **DRT** | 122% |
| **YUM** | 153% |
| **LRT** | 69% |
| **EPT** | 55% |

| | %Full Capacity |
|---|---|
| **SDC** | 17% |
| **TCA** | 20% |
| **ELC** | 30% |
| **BBT** | 11% |
| **SDFO** | 56% |

## CBP-ERO REFERRALS & TRANSFERS

**3,197**
Processed
Complete

**1,888**
Referred to ERO
Pending Transfer

**1,595**
ERO Referred
Yesterday

**888**
Bookouts to ERO
Yesterday

SAR0028



## YUM

1,401 In custody

820
562
19

34% Processed Complete

190
278
9

952 Encounters Yesterday

Top Four Citizenships

−404 Delta

## DRT

1,639 In custody

1,084
526
29

32% Processed Complete

351
164
16

994 Encounters Yesterday

Top Four Citizenships

**Daily Encounters vs Daily Movements**
994
652

Total
■ Encounters Yesterday  ■ Movements Yesterday

−342 Delta

## SDFO

176 In custody

145
26
5

Top Four Citizenships

86 Encounters Yesterday

54
26
5

Top Four Citizenships

**Daily Encounters vs Daily Movements**
86
163

Total
■ Encounters Yesterday  ■ Movements Yesterday

+77 Delta

72 HRS
205 Over 72

194 Average TIC

213 ERO Referred Yesterday

122 Bookouts > ERO Yesterday

ERO

104 Referred to ERO Pending Transfer



**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**

**Daily Snapshot**

January 24, 2022 / 0600 EST

### CBP

12,686 In custody — 8,381 — 3,890 — 407
Top Four Citizenships
72 HRS — 4,714 Over 72
4,948 Encounters Yesterday — 3,522 — 1,142 — 281
Top Four Citizenships
2,468 ERO Yesterday
590 CBP Paroles Yesterday
220 ORs Yesterday

### USBP

12,512 In custody — 7,951 — 3,714 — 449
67 Average TIC
72 HRS — 4,661 Over 72
Top Four Citizenships
4,794 Encounters Yesterday — 3,845 — 1,197 — 338
Top Four Citizenships
576 Paroles Yesterday
220 BP ORs Yesterday

### OFO

174 In custody — 141 — 22 — 3
54 Average TIC
53 Over 72
Top Four Citizenships
154 SBO Encounters Yesterday — 111 — 24 — 16
Top Four Citizenships
14 OFO Paroles Yesterday

**Capacity**

| | %Full Capacity |
|---|---|
| RGV | 90% |
| DRT | 184% |
| YUM | 249% |
| LRT | 73% |
| EPT | 48% |

| | %Full Capacity |
|---|---|
| SDC | 42% |
| TCA | 54% |
| ELC | 93% |
| BBT | 5% |
| SDFO | 40% |

### CBP-ERO REFERRALS & TRANSFERS

5,298 Processed Complete
3,277 Referred to ERO Pending Transfer
2,468 ERO Referred Yesterday
1,866 Bookouts to ERO Yesterday

SAR0030



**U.S. Customs and Border Protection**

# SWB Daily Snapshot



**January 31, 2022 / 0700 EST**

## CBP

 

**9,996** In custody
**6,578**
**3,108**
**310**

**Top Four Citizenships**
- 
- 
- 
- 

 **72 HRS**
**4,082** Over 72

 **4,623** Encounters Yesterday
**3,445**
**907**
**271**

**Top Four Citizenships**
- 
- 
- 
- 

 **486** CBP Paroles Yesterday

## USBP

 

**9,807** In custody
**6,412**
**3,093**
**302**

 **75** Average TIC

**72 HRS**
**4,002** Over 72

**Top Four Citizenships**
- 
- 
- 
- 

 **4,382** Encounters Yesterday
**3,267**
**855**
**260**

**Top Four Citizenships**
- 
- 
- 
- 

 **451** Paroles Yesterday

 **285** BP ORs Yesterday

## OFO

 

**189** In custody
**166**
**15**
**8**

 **76** Average TIC

**72 HRS**
**80** Over 72

**Top Four Citizenships**
- 
- 
- 
- 

 **241** SBO Encounters Yesterday
**178**
**52**
**11**

**\*Top Four Citizenships**
- 
- 
- 
- 

 **17** OFO Paroles Yesterday



**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 75% |
| **DRT** | 99% |
| **YUM** | 189% |
| **LRT** | 47% |
| **EPT** | 61% |

| | %Full Capacity |
|---|---|
| **SDC** | 50% |
| **TCA** | 42% |
| **ELC** | 76% |
| **BBT** | 2% |
| **SDFO** | 54% |

## CBP-ERO REFERRALS & TRANSFERS

 **5,063** Processed Complete

 **2,930** Referred to ERO Pending Transfer

 **1,990** ERO Referred Yesterday

 **1,361** Bookouts to ERO Yesterday

SAR0032



## YUM

2,569 In custody
1,668 · 883 · 18
35% Processed Complete
344 · 542 · 15
887 Encounters Yesterday
Top Four Citizenships

-302 Delta

## DRT

1,698 In custody
1,419 · 250 · 29
64% Processed Complete
937 · 130 · 20
895 Encounters Yesterday
Top Four Citizenships

### Daily Encounters vs Daily Movements
895 · 763
Total
Encounters Yesterday · Movements Yesterday

-132 Delta

## SDFO

178 In custody
160 · 13 · 5
Top Four Citizenships
112 Encounters Yesterday
77 · 30 · 5
Top Four Citizenships

### Daily Encounters vs Daily Movements
112 · 89
Total
Encounters Yesterday · Movements Yesterday

-23 Delta

72 HRS
79 Over 72
71 Average TIC
84 ERO Referred Yesterday
0 Bookouts > ERO Yesterday
ERO
103 Referred to ERO Pending Transfer

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

# SWB Daily Snapshot



**February 28, 2022 / 0700 EST**

## CBP



**9,914** In custody — 6,897 · 2,535 · 473

**Top Four Citizenships**
- 
- 
- 

**72 HRS** — **3,596** Over 72

**5,138** Encounters Yesterday — 4,048 · 786 · 295

**Top Four Citizenships**
- 
- 
- 

**7 and 21 Day Average Encounters**
**5999 / 5953**

## USBP



**9,754** In custody — 6,769 · 2,521 · 464

**68** Average TIC

**72 HRS** — **3,545** Over 72

**Top Four Citizenships**
- 
- 
- 

**4,899** Encounters Yesterday — 3,856 · 756 · 287

**Top Four Citizenships**
- 
- 
- 

**311** Paroles Yesterday

**322** NTA-Released Yesterday

## OFO



**160** In custody — 128 · 14 · 9

**58** Average TIC

**51** Over 72

**Top Four Citizenships**
- 
- 
- 

**239** Encounters Yesterday — 192 · 30 · 8

**Top Four Citizenships**
- 
- 
- 

**19** Paroles Yesterday

**4** NTA-Released Yesterday


**Capacity**

| | %Full Capacity |
|---|---|
| RGV | 82% |
| DRT | 115% |
| YUM | 166% |
| LRT | 60% |
| EPT | 54% |

| | %Full Capacity |
|---|---|
| SDC | 32% |
| TCA | 37% |
| ELC | 38% |
| BBT | 2% |
| SDFO | 42% |

## CBP-ERO REFERRALS & TRANSFERS






**4,078** Processed Complete

**2,151** Referred to ERO Pending Transfer

**2,003** ERO Referred Yesterday

**1,250** Transfers to ERO Yesterday

SAR0034



## YUM

1,568 In custody
877 · 678 · 13
54% Processed Complete
288 · 559 · 5
888 Encounters Yesterday

Top Four Citizenships

-8 Delta

## DRT

1,559 In custody
1,275 · 254 · 30
43% Processed Complete
511 · 138 · 14
1,222 Encounters Yesterday

Top Four Citizenships

**Daily Encounters vs Daily Movements**
1,222 · 592
Total
■ Encounters Yesterday ■ Movements Yesterday

-630 Delta

## SDFO

144 In custody
114 · 14 · 9

Top Four Citizenships

103 Encounters Yesterday
79 · 19 · 5

Top Four Citizenships

**Daily Encounters vs Daily Movements**
103 · 64
Total
■ Encounters Yesterday ■ Movements Yesterday

-39 Delta

72 HRS
51 Over 72

58 Average TIC

51 ERO Referred Yesterday

0 Transfers to ERO Yesterday

ERO
67 Referred to ERO Pending Transfer

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

# SWB Daily Snapshot



**February 7, 2022 / 0700 EST**

Data is PRELIMINARY & Subject to change

## CBP



**8,743** In custody

5,821 | 2,410 | 512

**Top Four Citizenships**
- 
- 
- 

**72 HRS**
**3,398** Over 72

**4,769** Encounters Yesterday

3,645 | 799 | 325

**Top Four Citizenships**
- 
- 
- 

**445** CBP Paroles Yesterday

## USBP

  

**8,408** In custody

5,526 | 2,375 | 507

**77** Average TIC

**72 HRS**
**3,176** Over 72


**Top Four Citizenships**
- 
- 
- 

 
**4,529** Encounters Yesterday

3,450 | 760 | 319


**Top Four Citizenships**
- 
- 
- 


**419** Paroles Yesterday


**331** BP ORs Yesterday

## OFO

   

**335** In custody

295 | 35 | 5

**129** Average TIC

**72 HRS**
**222** Over 72


**Top Four Citizenships**
- 
- 
- 


**240** SBO Encounters Yesterday

195 | 39 | 6


**\*Top Four Citizenships**
- 
- 
- 


**26** OFO Paroles Yesterday


**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 67% |
| **DRT** | 87% |
| **YUM** | 164% |
| **LRT** | 49% |
| **EPT** | 56% |

| | %Full Capacity |
|---|---|
| **SDC** | 24% |
| **TCA** | 26% |
| **ELC** | 55% |
| **BBT** | 5% |
| **SDFO** | 320% (COVID Capacity) |

## CBP-ERO REFERRALS & TRANSFERS


**4,428** Processed Complete


**2,668** Referred to ERO Pending Transfer


**1,956** ERO Referred Yesterday


**1,850** Transfers to ERO Yesterday

SAR00036



## YUM

**1,506** In custody

1,061  427  18

**44%** Processed Complete

322  331  10

**827** Encounters Yesterday

Top Four Citizenships

**-287** Delta

## DRT

**1,187** In custody

1,009  148  30

**61%** Processed Complete

639  75  6

**726** Encounters Yesterday

Top Four Citizenships

### Daily Encounters vs Daily Movements

726  490

Total

■ Encounters Yesterday  ■ Movements Yesterday

**-236** Delta

## SDFO

**317** In custody

278  35  4

Top Four Citizenships

**108** Encounters Yesterday

77  27  4

Top Four Citizenships

### Daily Encounters vs Daily Movements

108  94

Total

■ Encounters Yesterday  ■ Movements Yesterday

**-14** Delta

**72 HRS**

**222** Over 72

**129** Average TIC

**228** ERO Referred Yesterday

**0** Transfer > ERO Yesterday

ERO

**233** Referred to ERO Pending Transfer

**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**

# SWB Daily Snapshot



**February 14, 2022 / 0700 EST**

## CBP



**8,943**
In custody

 5,737  2,598  608

**Top Four Citizenships**
- 
- 
- 

 **2,542** Over 72

 3,612  770  318

**4,700** Encounters Yesterday

**Top Four Citizenships**
- 
- 
- 



**7 and 21 Day Average Encounters**

**5700 / 5682**

## USBP



**8,781**
In custody

 5,593  2,587  601

 **58** Average TIC

 **2,468** Over 72

**Top Four Citizenships**
- 
- 
- 



**4,502** Encounters Yesterday

 3,452  733  317

**Top Four Citizenships**
- 
- 
- 



 **247** Paroles Yesterday

 **287** OR's Yesterday

## OFO



**162**
In custody

 144  11  7

 **82** Average TIC

 **74** Over 72

**Top Four Citizenships**
- 
- 
- 



**198** Encounters Yesterday

 160  37  1

**Top Four Citizenships**
- 
- 
- 



 **29** Paroles Yesterday

 **0** NTA-Released Yesterday



**Capacity**

| | %Full Capacity |
|---|---|
| RGV | 89% |
| DRT | 83% |
| YUM | 147% |
| LRT | 49% |
| EPT | 44% |

| | %Full Capacity |
|---|---|
| SDC | 17% |
| TCA | 36% |
| ELC | 58% |
| BBT | 1% |
| SDFO | 41% |

## CBP-ERO REFERRALS & TRANSFERS



**3,044** Processed Complete

 **1,313** Referred to ERO Pending Transfer

 **1,001** ERO Referred Yesterday

 **1,143** Transfers to ERO Yesterday

SAR0038

## YUM

1,355
**In custody**

822
506
27

36%
**Processed Complete**

245
232
11

817
**Encounters Yesterday**

**Top Four Citizenships**
- 
- 
- 
- 



**-290**
**Delta**

## DRT

1,117
**In custody**

875
184
58

34%
**Processed Complete**

274
87
15

1,043
**Encounters Yesterday**

**Top Four Citizenships**
- 
- 
- 
- 

### Daily Encounters vs Daily Movements

1,043    503

Total

■ Encounters Yesterday  ■ Movements Yesterday

**-540**
**Delta**

## RGV

3,222
**In custody**

1,891
1,027
304

24%
**Processed Complete**

349
241
192

765
**Encounters Yesterday**

**Top Four Citizenships**
- 
- 
- 
- 

### Daily Encounters vs Daily Movements

765    713

Total

■ Encounters Yesterday  ■ Movements Yesterday

**-52**

**Delta**

## SDFO

151
**In custody**

136
8
7

**Top Four Citizenships**
- 
- 
- 
- 

87
**Encounters Yesterday**

63
23
1

**Top Four Citizenships**
- 
- 
- 
- 

### Daily Encounters vs Daily Movements

87    130

Total

■ Encounters Yesterday  ■ Movements Yesterday

**+43**

**Delta**

**72 HRS**

74
**Over 72**

96
**Average TIC**

88
**ERO Referred Yesterday**

0
**Transfers to ERO Yesterday**

**ERO**

92
**Referred to ERO Pending Transfer**

SAR0039

**U.S. Department of Homeland Security**
**U.S. Customs and Border Protection**

# Daily Snapshot



**February 21, 2022 / 0515 EST**

## CBP



**9,826** In custody   7,066   **2,210**   550

**Top Four Citizenships**
- 1,883
- 1,830
- 1,473
- 945

**72 HRS**   **3,178** Over 72

**5,075** Encounters Yesterday   3,712   895   468

**Top Four Citizenships**
- 2,016
- 696
- 506
- 462

**7 and 21 Day Average Encounters**
**5,872 / 5,731**

## USBP



**9,650** In custody   6,909   **2,199**   542

**61** Average TIC   **72 HRS**   **3,086** Over 72

**Top Four Citizenships**
- 1,881
- 1,830
- 1,473
- 943

**4,892** Encounters Yesterday   3,561   867   464

**Top Four Citizenships**
- 1,867
- 696
- 506
- 460

**434** Paroles Yesterday   **216** NTA-Released Yesterday

## OFO



**176** In custody   157   **11**   8

**81** Average TIC   **92** Over 72

**Top Four Citizenships**
- 63
- 40
- 27
- 7

**151** Encounters Yesterday   119   28   4

**Top Four Citizenships**
- 149
- 15
- 9
- 3

**17** Paroles Yesterday   **2** NTA-Released Yesterday



**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 75% |
| **DRT** | 123% |
| **YUM** | 141% |
| **LRT** | 57% |
| **EPT** | 62% |

| | %Full Capacity |
|---|---|
| **SDC** | 30% |
| **TCA** | 43% |
| **ELC** | 36% |
| **BBT** | 9% |
| **SDFO** | 43% |

## CBP-ERO REFERRALS & TRANSFERS





**3,623** Processed Complete   **1,869** Referred to ERO Pending Transfer   **1,612** ERO Referred Yesterday   **1,542** Transfers to ERO Yesterday

SAR0046



## YUM

1,294 **In custody**

834 / 448 / 12

47% **Processed Complete**

291 / 308 / 5

830 **Encounters Yesterday**

**Top Four Citizenships**
- 312
- 256
- 52
- 48

**Delta** -11

## DRT

1,657 **In custody**

1,395 / 204 / 58

36% **Processed Complete**

445 / 116 / 41

1,281 **Encounters Yesterday**

**Top Four Citizenships**
- 422
- 279
- 240
- 167

**Daily Encounters vs Daily Movements**
- 1,281
- 532
- Total
- ■ Encounters Yesterday ■ Movements Yesterday

**Delta** -749

## RGV

2,617 **In custody**

1,668 / 716 / 233

26% **Processed Complete**

388 / 135 / 165

786 **Encounters Yesterday**

**Top Four Citizenships**
- 188
- 157
- 155
- 150

**Daily Encounters vs Daily Movements**
- 786
- 628
- Total
- ■ Encounters Yesterday ■ Movements Yesterday

**Delta** -158

## SDFO

166 **In custody**

148 / 18 / 7

**Top Four Citizenships**
- 63
- 40
- 19
- 7

44 / 18 / 2

64 **Encounters Yesterday**

**Top Four Citizenships**
- 34
- 15
- 9
- 3

**Daily Encounters vs Daily Movements**
- 64
- 36
- Total
- ■ Encounters Yesterday ■ Movements Yesterday

**Delta** -28

72 HRS

92 **Over 72**

90 **Average TIC**

100 **ERO Referred Yesterday**

0 **Transfers to ERO Yesterday**

ERO

133 **Referred to ERO Pending Transfer**

SAR0041

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

# SWB Daily Snapshot

**March 7, 2022 / 0500 EST**



## CBP



**12,951** In custody   9,447   2,886   608

**Top Four Citizenships**
- 
- 
- 

**72 HRS**   **4,320** Over 72

**5,539** Encounters Yesterday   4,112   1,011   408

**Top Four Citizenships**
- 
- 
- 

**7 and 21 Day Average Encounters**
**6,556 / 6,222**

## USBP



**12,684** In custody   9,199   2,880   605

**4,188** Average TIC   **72 HRS**   **62** Over 72

**Top Four Citizenships**
- 
- 
- 

**5,326** Encounters Yesterday   3,938   983   405

**Top Four Citizenships**
- 
- 
- 

**380** Paroles Yesterday   **608** NTA-Released Yesterday

## OFO



**267** In custody   248   6   3

**81** Average TIC   **72 HRS**   **132** Over 72

**Top Four Citizenships**
- 
- 
- 

**213** Encounters Yesterday   174   28   3

**Top Four Citizenships**
- 
- 
- 

**10** Paroles Yesterday   **6** NTA-Released Yesterday



**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | 98% |
| **DRT** | 181% |
| **YUM** | 257% |
| **LRT** | 70% |
| **EPT** | 57% |

| | %Full Capacity |
|---|---|
| **SDC** | 32% |
| **TCA** | 64% |
| **ELC** | 57% |
| **BBT** | 3% |
| **SDFO** | 62% |

## CBP-ERO REFERRALS & TRANSFERS







**4,514** Processed Complete

**2,415** Referred to ERO Pending Transfer

**1,687** ERO Referred Yesterday

**1,198** Transfers to ERO Yesterday

SAR0042



## YUM

**2,354** In custody
**1,426** · **918** · **10**
**36%** Processed Complete
**421** · **413** · **7**
**997** Encounters Yesterday

Top Four Citizenships
- 
- 
- 
- 

**−247** Delta

## DRT

**2,428** In custody
**2,023** · **368** · **37**
**50%** Processed Complete
**1,089** · **104** · **16**
**1,003** Encounters Yesterday

Top Four Citizenships
- 
- 
- 
- 

**Daily Encounters vs Daily Movements**
**1,033** · **348**
■ Encounters Yesterday  ■ Movements Yesterday

**−685** Delta

## RGV

**3,428** In custody
**2,178** · **936** · **314**
**23%** Processed Complete
**416** · **182** · **190**
**1,052** Encounters Yesterday

Top Four Citizenships
- 
- 
- 
- 

**Daily Encounters vs Daily Movements**
**1,052** · **489**
■ Encounters Yesterday  ■ Movements Yesterday

**−563** Delta

## SDFO

**240** In custody
**223** · **14** · **3**

Top Four Citizenships
- 
- 
- 
- 

**113** Encounters Yesterday
**90** · **20** · **3**

Top Four Citizenships
- 
- 
- 
- 

**Daily Encounters vs Daily Movements**
**113** · **86**
■ Encounters Yesterday  ■ Movements Yesterday

**−27** Delta

**72 HRS**
**132** Over 72

**88** Average TIC

**160** ERO Referred Yesterday

**0** Transfers to ERO Yesterday

**ERO**
**179** Referred to ERO Pending Transfer

SAR0043

*U.S. Department of Homeland Security*
**U.S. Customs and Border Protection**

# Daily Snapshot

**December 20, 2021 / 0600 EST**



## CBP

 **15,204** In custody

 **9,225** **5,204** **764**

**Top Four Citizenships**
- 
- 
- 
- 

 **72 HRS**
**7,916** Over 72

 **4,855** Encounters Yesterday

 **3,279** **1,410** **498**

**Top Four Citizenships**
- 
- 
- 
- 



 **400** ERO Yesterday

**703** CBP Paroles Yesterday

 **363** ORs Yesterday

## USBP

 **14,757** In custody

 **8,831** **5,170** **756**

 **96** Average TIC

 **72 HRS** **7,618** Over 72

**Top Four Citizenships**
- 
- 
- 
- 

  **4,974** Encounters Yesterday

 **3,132** **1,359** **483**

**Top Four Citizenships**
- 
- 
- 
- 

 **684** Paroles Yesterday

  **363** BP ORs Yesterday

## OFO

 **447** In custody

 **394** **34** **8**

 **69** Average TIC

 **72 HRS** **212** Over 72

**Top Four Citizenships**
- 
- 
- 
- 

 **232** SBO Encounters Yesterday

 **159** **51** **15**

**\*Top Four Citizenships**
- 
- 
- 
- 

  **19** OFO Paroles Yesterday



**Capacity**

| | %Full Capacity |
|---|---|
| **RGV** | **134%** |
| **DRT** | **139%** |
| **YUM** | **238%** |
| **LRT** | **71%** |
| **EPT** | **78%** |

| | %Full Capacity |
|---|---|
| **SDC** | **78%** |
| **TCA** | **55%** |
| **ELC** | **95%** |
| **BBT** | **3%** |
| **SDFO** | **111%** |



**7-Day Encounters vs 7-Day Movements**

| | YUM | DRT | RGV |
|---|---|---|---|
| Encounters Average | 945 | 986 | 1,568 |
| Movements Average | 1,027 | 696 | 1,118 |

SAR0044



## YUM

**2,179** In custody
1,193
954
32
**9%** Processed Complete
106
80
8
**985** Encounters Yesterday

Top Four Citizenships

### Daily Encounters vs Daily Movements
985
1,310
Total
■ Encounters Yesterday  ■ Movements Yesterday

**+325** Delta

## DRT

**1,864** In custody
1,249
565
50
**59%** Processed Complete
832
224
45
**905** Encounters Yesterday

Top Four Citizenships

### Daily Encounters vs Daily Movements
905
338
Total
■ Encounters Yesterday  ■ Movements Yesterday

**-567** Delta

## RGV

**4,665** In custody
2,443
1,784
438
**17%** Processed Complete
483
134
211
**1,388** Encounters Yesterday

Top Four Citizenships

### Daily Encounters vs Daily Movements
1,388
652
Total
■ Encounters Yesterday  ■ Movements Yesterday

**-736** Delta



## SDFO

**427** In custody
380
31
5
**71** Average TIC
**212** Over 72

Top Four Citizenships

**115** Encounters Yesterday
58
44
12

Top Four Citizenships

**96** Bookouts Yesterday
**0** ERO Yesterday

SAR0045



# SWB Daily Snapshot

U.S. Customs and Border Protection

generated at 3/14/2022 6:00 AM

## CBP

7 Day Average: 6760
21 Day Average: 6491
Custody Population History
FY21 — FY22

**5541** Encounters
385
1001
4155
Top 4: 1808 / 1007 / 576 / 550

**15386** In Custody
660
3764
10962
75.88 Average TIC
6314 Over 72 HRS
CUBA — Top 4: 3308
NICARAGUA — 3233
COLOMBIA — 2803
HONDURAS — 1269

## Border Patrol

7 Day Average: 6479
21 Day Average: 6229
FY21 — FY22

**5301** Encounters
385
1001
4155
Top 4: 1681 / 1007 / 576 / 550

**15122** In Custody
655
3691
10776
76.20 Average TIC
6246 Over 72 HRS
Top 4: 3308 / 3233 / 2803 / 1269

**266** Paroled Yesterday
**275** NTA Released

## OFO

7 Day Average: 280
21 Day Average: 262
FY21 — FY22

**240** Encounters
8
72
160
Top 4: 10

**264** In Custody
5
73
186
57.51 Average TIC
68 Over 72 HRS
Top 4: 85 / 62 / 46 / 20

**6** NTA Released

## CBP to ERO Referrals & Transfers Yesterday

- Processed Complete in ▇: 3953
- Referred to ERO: 1219
- Referred Pending Transfer: 1795

**1074** Transferred to ERO

SAR0046



**DRT**

7 Day Average: 1174
21 Day Average: 1212
FY21 | FY22

**1283** Encounters

| | |
|---|---|
| 36 | |
| 241 | |
| 1006 | |

CUBA 319
MEXICO 300
NICARAGUA 204
HONDURAS 148

**2362** In Custody

58
345
1959

59.04 Avg TIC

509 Over 72 Hrs

Processed Complete 37%

MOVEMENTS IN
1283
-33.05%
859
MOVEMENTS OUT

**YUM**

7 Day Average: 870
21 Day Average: 840
FY21 | FY22

**974** Encounters

| | |
|---|---|
| 20 | |
| 303 | |
| 651 | |

CUBA 394
COLOMBIA 391
INDIA 30
VENEZUELA 30

**2986** In Custody

32
1281
1673

55.43 Avg TIC

731 Over 72 Hrs

Processed Complete 23%

MOVEMENTS IN
990
-9.70%
894
MOVEMENTS OUT

**RGV**

7 Day Average: 1447
21 Day Average: 1347
FY21 | FY22

**883** Encounters

| | |
|---|---|
| 195 | |
| 195 | |
| 493 | |

NICARAGUA 294
HONDURAS 165
GUATEMALA 148
EL SALVADOR 100

**4503** In Custody

390
1067
3046

81.61 Avg TIC

2025 Over 72 Hrs

Processed Complete 16%

MOVEMENTS IN
883
-22.31%
686
MOVEMENTS OUT

**SDFO**

7 Day Average: 133
21 Day Average: 115
FY21 | FY22

**139** Encounters

| | |
|---|---|
| 2 | |
| 63 | |
| 74 | |

RUSSIA 39
MEXICO 37
UKRAINE 32
ARMENIA 10

**250** In Custody

4
67
179

60.38 Avg TIC

68 Over 72 Hrs

Processed Complete 8%

MOVEMENTS IN
139
-17.99%
114
MOVEMENTS OUT



## CBP Capacity

Legend: ● Population Within Capacity  ● Available Capacity  ● Population Over Capacity

| Component Sector Field Office | Population Within Capacity | Available Capacity | Population Over Capacity |
|---|---|---|---|
| USBP RGV | 4503 | 182 | |
| USBP EPT | 1780 | 612 | |
| USBP LRT | 1419 | 253 | |
| USBP DRT | 1345 | | 1017 |
| USBP SDC | 1112 | 1064 | |
| USBP YUM | 916 | | 2070 |
| USBP TCA | 659 | 589 | |
| USBP ELC | 290 | 222 | |
| OFO SAN DIEGO | 250 | | |
| USBP BBT | | 1061 | |
| OFO LAREDO | | 274 | |
| OFO EL PASO | | | |
| OFO TUCSON | | | |

SAR0048





Data is preliminary and subject to change    v1.4

# CBP Capacity





# SWB Daily Snapshot

U.S. Customs and Border Protection

generated at 3/28/2022 5:44 AM

## CBP

7 Day Average: 7150
21 Day Average: 7012
Custody Population History
FY21   FY22

**6292** Encounters
372
1336
476
474
4584
Top 4  2150
1216

**13210** In Custody
478
3101
9631
74.30 Average TIC
4809 Over 72 Hours
Top 4  3291
2127
2092
938

## Border Patrol

7 Day Average: 6739
21 Day Average: 6659
FY21   FY22

**5840** Encounters
364
1166
474
474
4310
Top 4  1988
1201

**12959** In Custody
470
3047
9442
74.45 Average TIC
4713 Over 72 Hours
Top 4  3291
2127
2092
938

**1550** Paroled Yesterday
**391** NTA Released

## OFO

7 Day Average: 410
21 Day Average: 353
FY21   FY22

**452** Encounters
8
170
15
274
Top 4  197
162
38

**251** In Custody
8
54
189
66.71 Average TIC
96 Over 72 Hours
Top 4  98
57
40
16

**73** NTA Detained
**4** NTA Released

## CBP to ERO Referrals & Transfers Yesterday

- Processed Complete in — 6030
- Referred to ERO — 1534
- Referred Pending Transfer — 2832

**1985** Transferred to ERO

SAR0052



Data is preliminary and subject to change   v1.6



# CBP Capacity





# SWB Daily Snapshot

U.S. Customs and Border Protection

generated at 4/4/2022 5:41 AM

## CBP

7 Day Average: 7766
21 Day Average: 7334
FY21
Custody Population History
FY22

**6705** Encounters

342
1660
4703

Top 4 2207
1114
580
575

**12660** In Custody

436
3783
8441

65.06 Average TIC
3816 Over 72 Hours

Top 4 2681
2490
1272
1069

## Border Patrol

7 Day Average: 7123
21 Day Average: 6846
FY21
FY22

**5912** Encounters

325
1265
4322

Top 4 2083
1114
574
500

**12309** In Custody

428
3701
8180

65.31 Average TIC
3716 Over 72 Hours

Top 4 2681
2490
1272
1069

**1128** Paroled Yesterday

**402** NTA Released

## OFO

7 Day Average: 643
21 Day Average: 488
FY21
FY22

**793** Encounters

17
395
381

Top 4 579
124
53
11

**351** In Custody

8
82
261

56.31 Average TIC
100 Over 72 Hours

Top 4 160
89
23
23

**42** NTA Detained

**13** NTA Released

## CBP to ERO Referrals & Transfers Yesterday

● Processed Complete in ▮
● Referred to ERO
● Referred Pending Transfer

5408
1783
2996

SAR0055

**1875** Transferred to ERO



Data is preliminary and subject to change    v1.6



# CBP Capacity



Legend: ● Population Within Capacity ● Available Capacity ● Population Over Capacity

Component Sector Field Office:

| Component Sector Field Office | Population Within Capacity | Available Capacity | Population Over Capacity |
|---|---|---|---|
| USBP RGV | 2918 | 1752 | |
| USBP EPT | 2290 | | |
| USBP DRT | 1345 | | 417 |
| USBP YUM | 916 | | 1919 |
| USBP SDC | 751 | 1425 | |
| USBP LRT | 734 | 938 | |
| USBP TCA | 681 | 510 | |
| OFO SAN DIEGO | 320 | | |
| USBP ELC | 278 | 234 | |
| USBP BBT | | 482 | |
| OFO EL PASO | | | |
| OFO TUCSON | | | |
| OFO LAREDO | | 282 | |

SAR0057





# CBP Capacity







Data is preliminary and subject to change   v1.8

# CBP Capacity



SAR0063



# SWB Daily Snapshot

**U.S. Customs and Border Protection**

generated at 4/25/2022 5:41 AM

## CBP

7 Day Average: 6890
21 Day Average: 7815

Custody Population History
FY21 · FY22

**5963** Encounters
304
1631
4028

Top 4 — 1888
763
681
515

**13008** In Custody
347
2810
9851

88.57 Average TIC
5877 Over 72 Hours

Top 4 — 2251
1910
1740
1416

## Border Patrol

7 Day Average: 5710
21 Day Average: 6584
FY21 · FY22

**4720** Encounters
292
925
3503

Top 4 — 1724
681
514
336

**12614** In Custody
334
2729
9551

89.28 Average TIC
5736 Over 72 Hours

Top 4 — 2251
1910
1740
1416

**1252** Paroled Yesterday
**169** NTA Released

## OFO

7 Day Average: 1180
21 Day Average: 1231
FY21 · FY22

**1243** Encounters
12
706
525

Top 4 — 763
164
68
65

**394** In Custody
13
81
300

66.04 Average TIC
141 Over 72 Hours

Top 4 — 181
67
48
23

**72** NTA Detained
**183** NTA Released

## CBP to ERO Referrals & Transfers Yesterday

- Processed Complete in ⬛ — 5603
- Referred to ERO — 1743
- Referred Pending Transfer — 2311

**1598** Transferred to ERO

SAR0064



SAR0065

Data is preliminary and subject to change    v1.8

# CBP Capacity



SAR0066



**U.S. Customs and Border Protection**

# SWB Daily Snapshot

generated at 5/2/2022 5:41 AM

## CBP

7 Day Average: 7303
21 Day Average: 7487
Custody Population History
FY21

**5808** Encounters — 236 / 1357 / 4215 — Top 4: 1935 / 948 / 501 / 470

**12978** In Custody — 368 / 3666 / 8944 — 65.55 Average TIC / 3862 Over 72 HRS — Top 4: 2863 / 1957 / 1639 / 1003

## Border Patrol

7 Day Average: 6550
21 Day Average: 6404
FY21

**5316** Encounters — 230 / 1117 / 3969 — Top 4: 1742 / 946 / 499 / 469

**12592** In Custody — 363 / 3564 / 8665 — 65.43 Average TIC / 3731 Over 72 HRS — Top 4: 2863 / 1957 / 1639 / 1003

**1566** Paroled Yesterday

**346** NTA Released

## OFO

7 Day Average: 752
21 Day Average: 1083
FY21                FY22

**492** Encounters — 6 / 24 / 246 — Top 4: 193 / 71 / 65 / 64

**386** In Custody — 5 / 102 / 279 — 69.53 Average TIC / 131 Over 72 HRS — Top 4: 201 / 46 / 38 / 25

**88** NTA Detained

**213** NTA Released

## CBP to ERO Referrals & Transfers Yesterday

● Processed Complete in ▮ — 5486
● Referred to ERO — 1956
● Referred Pending Transfer — 2383

**2059** Transferred to ERO

SAR0067



Data is preliminary and subject to change    v1.8

# CBP Capacity



● Population Within Capacity  ● Available Capacity  ● Population Over Capacity

| Component Sector Field Office | | |
|---|---|---|
| USBP RGV | 2628 | 2042 |
| USBP EPT | 2392 | 386 |
| USBP YUM | 1291 | 1455 |
| USBP DRT | 1237 | |
| USBP LRT | 1017 | 1123 |
| USBP TCA | 1010 | 181 |
| USBP SDC | 795 | 1381 |
| OFO SAN DIEGO | 363 | |
| USBP ELC | 349 | 163 |
| USBP BBT | | 510 |
| OFO LAREDO | | 270 |
| OFO EL PASO | | |
| OFO TUCSON | | |

SAR0069



# SWB Daily Snapshot

**U.S. Customs and Border Protection**

generated at 5/9/2022 5:43 AM

## CBP

7 Day Average: 7387
21 Day Average: 7260

Custody Population History

**6065** Encounters

440
1617
4008

Top 4 1675
1038
495
446

**14702** In Custody

699
4345
9658

66.26
Average TIC

4673
Over 72 Hours

Top 4 2860
2073
1621
1511

## Border Patrol

7 Day Average: 6859
21 Day Average: 6483

**5615** Encounters

433
1377
3805

Top 4 1503
1038
474
418

**14308** In Custody

695
4272
9341

65.75
Average TIC

4485
Over 72 Hours

Top 4 2860
2073
1621
1511

**1282** Paroled Yesterday

**269** NTA Released

## OFO

7 Day Average: 528
21 Day Average: 777

**450** Encounters

7
240
203

Top 4 172
69
62
51

**394** In Custody

4
73
317

84.80
Average TIC

188
Over 72 Hours

Top 4 244
28
26
14

**134** NTA Detained

**186** NTA Released

## CBP to ERO Referrals & Transfers Yesterday

- Processed Complete in ▇ — 5574
- Referred to ERO — 2284
- Referred Pending Transfer — 2063

**1643** Transferred to ERO

SAR0070



Data is preliminary and subject to change   v1.8

# CBP Capacity



● Population Within Capacity ● Available Capacity ● Population Over Capacity

| Component Sector Field Office | Population Within Capacity | Available Capacity | Population Over Capacity |
|---|---|---|---|
| USBP RGV | 3693 | 977 | |
| USBP EPT | 2392 | | 365 |
| USBP DRT | 1345 | | 436 |
| USBP LRT | 1296 | 844 | |
| USBP YUM | 1291 | | 1480 |
| USBP SDC | 876 | 1300 | |
| USBP TCA | 763 | 428 | |
| OFO SAN DIEGO | 381 | | |
| USBP ELC | 350 | 162 | |
| USBP BBT | | 521 | |
| OFO LAREDO | | 274 | |
| OFO EL PASO | | | |
| OFO TUCSON | | 96 | |

SAR0072

# SWB Daily Snapshot

**U.S. Customs and Border Protection**

generated at 5/16/2022 5:41 AM

## CBP

Custody Population History

7 Day Average: 7736
21 Day Average: 7539

FY21 | FY22

**6579** Encounters

305
1842
4432

Top 4 1770
774
694
602

**17061** In Custody

682
5868
10511

67.81 Average TIC | 5724 Over 72 Hours

Top 4 3170
2760
2318
1758

## Border Patrol

7 Day Average: 7215
21 Day Average: 6977

FY21 | FY22

**6118** Encounters

292
1632
4194

Top 4 1586
771
694
602

**16734** In Custody

661
5763
10310

68.08 Average TIC | 5643 Over 72 Hours

Top 4 3170
2760
2318
1758

**1526** Paroled Yesterday

**307** NTA Released

## OFO

7 Day Average: 522
21 Day Average: 563

FY21 | FY22

**461** Encounters

13
210
238

Top 4 184
102
64
53

**327** In Custody

21
105
201

53.91 Average TIC | 81 Over 72 Hours

Top 4 174
46
25
17

**127** NTA Detained

**150** NTA Released

## CBP to ERO Referrals & Transfers Yesterday

- Processed Complete in ■ — 6403
- Referred to ERO — 1912
- Referred Pending Transfer — 2700

**2134** Transferred to ERO

SAR0073



Data is preliminary and subject to change   v1.8

# CBP Capacity



SAR0075



SAR0076



Data is preliminary and subject to change      v1.8

# CBP Capacity



SAR0078





Data is preliminary and subject to change   v1.8





SAR0082



Data is preliminary and subject to change     v1.8

# CBP Capacity



SAR0084

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

STATE OF LOUISIANA ET AL      CASE NO. 6:22-CV-00885

VERSUS      JUDGE ROBERT R. SUMMERHAYS

CENTERS FOR DISEASE CONTROL &      MAGISTRATE JUDGE CAROL B.
PREVENTION, ET AL      WHITEHURST

### PRELIMINARY INJUNCTION

Presently before the Court is the Plaintiff States' Motion for Preliminary Injunction [ECF

No. 13]. An opposition was filed by the Centers for Disease Control & Prevention, Rochelle

Walensky, U.S. Department of Health & Human Services, Xavier Becerra, U.S. Department of

Homeland Security, Alejandro Mayorkas, U.S. Customs & Border Protection, Christopher

Magnus, U.S. Immigration & Customs Enforcement, Tae Johnson, U.S. Citizenship &

Immigration Services, Ur Jaddou, U.S. Border Patrol, Raul Ortiz, U.S. Department of Justice,

Merrick Garland, Executive Office of Immigration, David Neal, Joseph R. Biden, Jr., and the

United States of America (collectively "Defendants"). A hearing on the Motion was held on May

13, 2022. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Plaintiff States' Motion for Preliminary Injunction [ECF

No. 13] is GRANTED;

IT IS FURTHER ORDERED THAT Defendants, in their official capacities; their servants,

agents, and employees; and all persons in active concert or participation with them, who receive

actual notice of this Preliminary Injunction, and until a full trial on the merits is had, are hereby

enjoined from enforcing the April 1, 2022 Order Under Sections 362 & 365 of the Public Health Service Act[1] anywhere within the United States;

IT IS FURTHER ORDERED THAT while this order is in effect, DHS shall file monthly reports providing (i) the number of single adults processed under Title 42 and Title 8 by country, (ii) the number of recidivist border crossers for whom DHS has applied expedited removal, (iii) the number of migrants that have been excepted from Title 42 under the NGO-supported humanitarian exception process, and (iv) any material changes to policy regarding DHS's application of the Title 42 process.

IT IS FURTHER ORDERED THAT no bond is required.

THUS DONE in Chambers on this 20th day of May, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] 87 Fed. Reg. 19,941 (Apr. 6, 2022).

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

|  |  |
|---|---|
| STATE OF FLORIDA, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| The UNITED STATES OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

Civil Action No. 3:21-cv-01066

## CERTIFIED ADMINISTRATIVE RECORD

Defendants hereby provide Plaintiff with the Certified Administrative Record

for the above-referenced matter. Annexed hereto, please find:

- Administrative Record Index; and

- Certified Administrative Record, bearing Bates Stamp Nos. AR0001-31.

DATED: April 20, 2022

Respectfully submitted,

JASON A. COODY
*United States Attorney*

BRIAN M. BOYNTON
*Principal Deputy Attorney General*

MARIE A. MOYLE
*Assistant United States Attorney*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

*Counsel for Defendants*

*Florida v. United States of America, et al.*, **3:21-cv-1066**
**Index for Certified Administrative Record**

| 1. | Table of Contents | AR0001 |
|---|---|---|
| 2. | Certification | AR0002 |
| 3. | Memorandum, *Parole Plus Alternative to Detention* (Nov. 2, 2021) | AR0004 |
| 4. | Email, *Daily Sit Rep: 10/20/2021* (Oct. 20, 2021) | AR0007 |
| 5. | Email, *OPS East STATS* (Sept. 22, 2021) | AR0012 |
| 6. | Email, *\*\*\*Update\*\*\* Family Unit Parole with ATD Initiative* (Aug. 12, 2021) | AR0016 |
| 7. | Email, *FW: Family Unit Parole with ATD Initiative* (Aug. 11, 2021) | AR0021 |
| 8. | Email, *FW: Situation RGV* (Aug. 2, 2021) | AR0025 |
| 9. | Email, *Parole Guidance* (July 31, 2021) | AR0028 |
| 10. | CBP Website, FY2022 Encounter Statistics | AR0030 |
| 11. | CBP Website, FY2021-2022 Encounters Percentage Change Statistics | AR0031 |

Defendants in the above captioned matter hereby file the Administrative Record,[1] which is attached to this filing as Exhibit 1 and includes the following documents:

| DATE | DOCUMENT |
|---|---|
| November 2, 2021 | Memorandum, *Parole Plus Alternative to Detention* |
| October 20, 2021 | Email, *Daily Sit Rep: 10/20/2021* |
| September 22, 2021 | Email, *OPS East STATS* |
| August 12, 2021 | Email, ****Update*** Family Unit Parole with ATD Initiative* |
| August 11, 2021 | Email, *FW: Family Unit Parole with ATD Initiative* |
| August 2, 2021 | Email, *FW: Situation RGV* |
| July 31, 2021 | Email, *Parole Guidance* |
| N/A | CBP Website, FY2022 Encounter Statistics |
| N/A | CBP Website, FY2021-2022 Encounters Percentage Change Statistics |

---

[1] The filing of this Administrative Record is not a concession that the decision of the Chief of the U.S. Border Patrol is subject to judicial review.

**AR 0001**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

|  |  |
|---|---|
| STATE OF FLORIDA,<br><br>    *Plaintiff,*<br><br>    v.<br><br>The UNITED STATES OF<br>AMERICA, *et al.*,<br><br>    *Defendants.* | Civil Action No. 3:21-cv-01066 |

1.      My name is Raul Ortiz. I am employed with the U.S. Customs and Border Protection (CBP) as the Chief of the United States Border Patrol. I have held this position since August 15, 2021.

2.      I am the custodian of the memorandum *Parole Plus Alternative to Detention*, dated November 2, 2021, which I signed, as well as a copy of the administrative record for the Parole + Alternative to Detention (ATD) memorandum. I certify that the documents listed in the attached index are true and correct copies of the documents contained in the administrative record, and, to the best of my knowledge, information, and belief, constitute the non-privileged documents that I considered in issuing the Parole + ATD memorandum on November 2, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**AR 0002**

Executed this __19__ day of April, 2022 in Washington, D.C.

_____

Raul L. Ortiz

Chief of the United States Border Patrol

**AR 0003**

1300 Pennsylvania Avenue, NW
Washington, DC 20229



**NOV 0 2 2021**



U.S. Customs and
Border Protection

MEMORANDUM FOR:      All Chief Patrol Agents
                    All Deputy Chief Patrol Agents

FROM:               Raul L. Ortiz
                    Chief
                    U.S. Border Patrol

SUBJECT:            Parole Plus Alternative to Detention

This memorandum supersedes previous guidance relating to prosecutorial discretion and
issuance of Notices to Report (NTR), as issued in March 2021, and establishes conditions for the
implementation of parole plus Alternative to Detention (Parole + ATD), a processing pathway
that will replace the use of NTR unless that pathway is explicitly authorized by the U.S. Border
Patrol (USBP) Chief.

USBP takes very seriously its mission of creating a secure border while ensuring the health and
safety of migrants in its custody, as well as the health of the workforce. Earlier this year, when
encounters were consistently high, operational capacity strained, and COVID-19 acute, USBP
began issuing NTRs, a significantly faster mechanism for processing noncitizens, particularly
when used for family units (FMU). NTRs were used for certain noncitizens following initial
processing and collection of biometric and biographic information. The use of this processing
pathway enabled USBP to relieve overcrowding in congregate settings, thus better protecting
both the workforce and noncitizens in our custody. Importantly, use of an NTR decreased
processing times significantly compared with processing families for a Notice to Appear (NTA),
thus ensuring that families were more expeditiously moved out of U.S. Customs and Border
Protection (CBP) custody. The process of issuing NTAs is much more time consuming, given the
level of detail and interagency coordination required to establish A-files and finalize the charging
documents. Those released with NTRs, however, were directed to report to ICE for further
processing, including for an NTA, as appropriate.

Effective immediately, USBP is ceasing the use of NTRs. When noncitizens will be processed
for release from USBP facilities, USBP will prioritize resources to issue noncitizens NTAs
immediately. NTAs formally initiate immigration proceedings, and it is USBP's goal to
maximize NTA issuance from USBP facilities and eliminate the need for use of alternative
processing pathways in the future.

In circumstances where an alternate path is necessary to address urgent crowding and excessive
Time-In-Custody (TIC) in USBP facilities, Border Patrol has developed an alternative processing
pathway: the use of Parole + ATD. This pathway includes enrollment of FMUs in ICE ATD
programs to ensure individuals are accounted for after release from USBP facilities. Parole +
ATD is a rigorous enforcement process that is effective and includes accountability measures to

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

**AR 0004**

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

Parole Plus Alternative to Detention
Page 2

require noncitizens to report to ICE for issuance of an NTA and continue through the formal immigration process.

To deal with situations in which capacity constraints or conditions in custody warrant the more expeditious processing, USBP may consider use of Parole + ATD on a case-by-case basis for FMUs when certain conditions, laid out below, exist. The use of Parole + ATD in these circumstances will ensure that the USBP can continue to meet its mission requirements, such as border security operations, by maximizing deployments of agents to the field. Use of Parole + ATD is consistent with 8 U.S.C. § 1182(d)(5), which provides that certain noncitizens may be paroled temporarily "only on a case-by-case basis for urgent humanitarian reasons or significant public benefit"—namely, the urgent humanitarian need to protect the workforce, migrants, and American public against the spread of COVID-19 that may be exacerbated by overcrowding in CBP facilities.

All individual members of a FMU who are processed for Parole + ATD, will, as a condition of their parole, be required to report to ICE within 15 days to be processed for an NTA. Effective immediately:

In the Del Rio (DRT) and Rio Grande Valley (RGV) Sectors, Chief Patrol Agents may authorize the processing of FMUs for Parole + ATD on a case-by-case basis when the temporary staffing support to the sector is maximized, the seven-day average of encounters is greater than the sector's Fiscal Year 2019 May daily average,[1] and when one or more of the following is true:

- The average TIC in the sector exceeds 72 hours AND the number of subjects who were taken into custody in the sector during the preceding 48 hours exceeds the number of individuals booked out in the same period.

- The sector exceeds 100% of the total non-COVID detention capacity AND the number of subjects who were taken into custody in the sector during the preceding 48 hours exceeds the number of individuals booked out in the same period.

Outside of the DRT and RGV Sectors, any sector seeking to utilize the Parole + ATD pathway must obtain approval from the USBP Chief and the CBP Commissioner prior to implementation. The USBP Chief and CBP Commissioner may authorize the use of this pathway in situations in which capacity constraints or conditions in custody show that there is an urgent humanitarian reason to release FMUs in a more expeditious fashion in order to avoid crowding in CBP facilities and the resulting COVID-19 health risks to the workforce and migrants in custody, taking into account the factors identified above.

The use of Parole + ATD pathway in DRT and RGV Sectors will be reassessed by USBP HQ on a daily basis in accordance with the conditions established above.

---

[1] The Fiscal Year 2019 May daily average in RGV was 1,607 and in DRT was 276. This month saw the highest encounter numbers that year.

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

**AR 0005**

Parole Plus Alternative to Detention
Page 3

Parole + ATD may not be used for noncitizens who pose a national security or public safety threat. Furthermore, Parole + ATD may only be issued when an individual is not covered by or is excepted from, on a case-by-case basis, the U.S. Centers for Disease Control and Prevention (CDC) Title 42 Order.

In sectors in which the use of the Parole + ATD pathway has been approved, if parole is appropriate based on a consideration of the above factors (as well as any other applicable urgent humanitarian reasons or significant public benefit considerations), USBP agents may exercise their discretion to process the noncitizen(s) with Parole + ATD, after initial enrollment processing is complete, rather than issuing an NTA.

Under no circumstances will a noncitizen who claims to be, is suspected to be, or is determined to be a noncitizen unaccompanied child as defined by 6 U.S.C. § 279(g)(2), be processed through this pathway.

As the processing landscape and the nature of the current COVID-19 pandemic remains fluid and may change over time, updated guidance will be disseminated to the field via email to reflect the latest changes. In particular, when COVID-19 conditions eventually improve, it is expected that there will no longer be a need for this alternate pathway.

Staff may direct their questions to the Immigration, Prosecutions, and Custody Operations Unit at Headquarters by emailing █████████████████████████████

**AR 0006**



| | |
|---|---|
| **From:** | |
| **To:** | |
| **Cc:** | |
| **Subject:** | Daily Sit Rep: 10/20/2021 |
| **Date:** | Wednesday, October 20, 2021 4:37:26 PM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image001.png |

Chief ████ ,

Below is today's Sit Rep.

## Situation DRT

- DRT has encountered 525 since midnight
  - 279 T42 / 246 T8 (406 SA, 100 FMUs, 19 UCs)

- DRT has encountered: 3663 since Sunday 10/17
  - 1977 T42 / 1686 T8 (2758 SA, 780 FMU, 125UCs)

- DRT Total in custody: 1015 currently in custody
  - SA: 650 (200 processed complete)
  - FMU: 323 (180 processed complete)
  - UC: 42 (11 processed complete)

- Eagle Pass SSF – Total in custody - 529 at 212% capacity (31.8% FMU)

## Situation LRT

- LRT has encountered 152 since midnight
  - 89 T42 / 63 T8 (143 SA, 0 FMUs, 9 UCs)

- LRT has encountered: 988 since Sunday 10/17
  - 846 T42 / 142 T8 (908 SA, 32 FMU, 48 UCs)

- LRT Total in custody: 723 currently in custody
  - SA: 471 (226 processed complete)
  - FMU: 247 (106 processed complete)
  - UC: 5 (4 processed complete)

- Laredo CPC – Total in custody -534 at 214% capacity (65.1% SA)

## Situation RGV:

- RGV has encountered over 813 subjects since midnight.
  - 342 T42 / 471 T8 (439 SA, 286 FMUs, 88 UCs)
- RGV has had 4489 encounters since Sunday 10/17
  - 1716 T42 / 2773 T8 (2072 SA, 1767 FMUs, 650 UCs)
- RGV Total in Custody: 3004
  - SA: 983 (463 Processed complete)
  - FMU: 1730 (360 Processed complete)
  - UC: 291 (165 Processed complete)
  - Donna SSF - Total in custody- 2019 at 248% capacity (57.6% FMU, 32.7% SA, 9.7% UC)

**AR 0007**

**ORs:**
- DRT: ORd Yesterday 87    Today: 149
- RGV: ORd Yesterday: 126    Today: 51

**NTR:**
- DRT: NTR released Yesterday: 0        Today: 1
- RGV: NTR released Yesterday: 0        Today: 0

**Paroled:**
- DRT: Paroled Yesterday: 104        Today: 185
- RGV: Paroled Yesterday: 0        Today: 0

**Virtual Processing:**
- Total Files Completed 10/19 :  76
  - NB Processed: 33
  - OFO U.S. Partners: 33
  - OFO Foreign Partners: 10

**ENV Flights:**
- 85 Honduran FMU
- 73 El Salvadoran FMU

Total subjects removed via ENV overall (7/30/2021 to date):  3,332

**NT Flights T-42 Flights to Mexico:**
- Villahermosa – 135 Honduran FMU
- Tapachula – 135 Guatemalan FMU

**Lateral Flights:**
- 133 FMU from RGV to TCA

**T42 Flights:**
- N/A

**IFP T42 to Mexico:**
- 103 SA from LRT

**ERO Direct Intake Flights:**
- 68 SA from EPT to Dallas ERO
- 117 SA from DRT to New Orleans ERO

YUM Situation:

- Currently in custody: **924**
  - UC: 11 (5 Processed Complete)
  - FMU: 273 (60 Processed Complete)
  - SA: 640 (257 Processed Complete)
- Today's movement: 197

**AR 0008**

- TOT ERO: 44
  - 81 additional planned to ERO
- Lateral to other sectors: 165 (165 Bus/0 Air)
- Planned Laterals: 172

**MCC**
- <u>UC Dashboard</u> currently shows **<u>466</u>** UCs in USBP custody: (☐ *125 UCs*)
  - Average TIC – 20 hours (No Change)
  - Average Time to Notify ORR – 12 hours *(☐ 1 Hr.)*
  - *1 UC* over **72 hours** *(☐ 1 UC)*
  - *3%* (12) of all UCs have been in custody between 48-72 hours
    - 10 is Processed Complete
  - *97%* (422) of all UCs have been in custody less than 48 hours
  - RGV is holding 276 UCs (59%)
- **<u>Positive COVID UCs (RGV Only):</u>**
  - RGV is currently holding 6 UCs in Donna, Texas (POD D).
    - 6 are Processed Complete/Pending Transport
    - Avg. Total TIC: 15 Hrs.
    - Avg. Time to Notify ORR: 10 Hrs.
    - Avg. Time for ORR Placement: 1 Hr.
    - Avg. Time for MVM Transport: 4 Hrs.
- **<u>UCs Booked Out / Apprehended:</u>**
  - 224 total UCs booked out thus far
  - 184 UCs have been apprehended since midnight
- **<u>Top 15 Highest TIC:</u>**
  - 11 Booked Out
  - 2 Scheduled for Transportation
  - 1 VR
  - 1 being evaluated
- **<u>Proposed Movements/Available Beds for Tomorrow:</u>**
  - 67 UCs in UIP Referred/Pending ORR Placement
  - ORR's shelter capacity is at 55% with 9,2979 standard beds available

- *Weekly Goals:*



- *Prior 21 Day Snapshot:*



EPT In-Custody
- • Total in Custody – 644 (439 > 72)
  - ○ 72 - UC (47 Processed Complete)
    - ■ 0 > 72
    - ■ Average TIC – 22
    - ■ 32 UC currently pending transfer to ORR facility
    - ■ 33 UCs pending placement in UC Portal
  - ○ 41 - FAMU (22 Processed Complete)
    - ■ 33 > 72
    - ■ Average TIC – 125
  - ○ 531 - SA (424 Processed Complete)
    - ■ 406 > 72
    - ■ Average TIC – 214

BBT In-Custody
- • Total in Custody – 12 (0 > 72)
  - ○ 0 - UC
    - ■ 0 > 72
    - ■ Average TIC – 17
    - ■ 2 UCs pending placement in UC Portal

    - 0 - FAMU (0 Processed Complete)
      - ■ 0 > 72
      - ■ Average TIC – N/A
  - ○ 24 - SA (0 Processed Complete)
    - ■ 0 > 72
    - ■ Average TIC – 17

FMUs and SA Referral on 10/19/21:

**AR 0010**



Thank you,

**(A) Assistant Chief**
**Law Enforcement Operations Directorate**
**Current Operations - Ops Cell**

**AR 0011**

**From:**
**To:** ███████████
**Subject:** OPS east STATS
**Date:** Wednesday, September 22, 2021 9:18:01 AM
**Attachments:** image001.png
image002.png
image003.png

---

<u>Ops East Hospitalizations - 3</u>

- DRT:
  - ○ RELEASED. ███████████; (DRS) In San Antonio admitted Friday. COVID.
- RGV:
  - ○ BPA ███████ (FTB)
    No change.  On ventilator. Slight fever.
  - ○ ███████ (RGV/LE Info System Specialist)
    No change. LEISS ██████ advised that he is still in the rehab area on oxygen taking medication. He is beginning to feel better and already started physical therapy.
  - ○ BPA ███████ (BRP)
    No change. BPA ███████ advised his vitals are stable and his liver enzymes have dropped a little.  He is on medication for bilirubin and dialysis was done today.

COVID
<u>32</u>- Employees quarantined/isolation
<u>27</u>– Non-Citizens Isolated
<u>12</u> employee deaths USBP / 43 deaths CBP
<u>45</u>- fully vaccinated employees tested positive

RGV Processed 1,532 – 76% T8 (1164) / 24% T42 (368) w/ 32% manpower
- 110- NTA-OR (73 FMUA, 37 SA)
- 475- Paroles (475 FMUA)
- 17% virtually processed (268 files, 109 calls, 116 checks) 48 employees, 5.58 per employee, 65% OFO; 33, 298 YTD.
- 4,609- Week to Date Total Apprehensions a 15% decrease over last week (5437)
- On pace for 10,754 this week, vs. last week (13,910), projected 23% decrease
- Holding: 6,102 - 477% Capacity
  - 37% processed; TIC 77 (2914 O72H) ; 60 UNP TIC (1502 O72H)
  - 59% FMUAs; 31% SAs, 10% UCs
  - 415 Haitians (7%), FLF 34; 376 WSL



LRT Processed 302 – 25% T8 (75) / 75% T42 (227) w/ 15% manpower
- 711- Week to Date Total Apprehensions, a 9% Decrease over last week (784)
- On pace for 1,659 this week, vs. last week (2,064), projected 20% decrease

**AR 0012**

Holding: 1,121 – 383% Capacity
- 43% Processed Complete;
- TIC 56 (412 O72H) ; UNP TIC 44 (151 O72H)
- 599 Haitians (278 FMU, 320 SAs) LRN, LRW, HEB



DRT Processed 2,274 – 92% T8 (2,096) / 8% T42 (78) w/ 55% manpower
- 283- NTA-OR (4 FMUA, 279 SA)
- 369- NTR (100 FMUA, 269 SA)
- 131- Paroles (131 FMUA)
- 6,451- Week to Date Total Apprehensions, a 63% increase over last week (3949)
- On pace for 15,052 this week, vs. last week (11,503), projected 31% increase
- Holding: 2,785 – 599% Capacity (+6,752 Under Bridge) Total: 9,537
  - 60% processed complete
  - 48-hour TIC (591 O72H); UNP TIC 41 hours (167 O72H)
  - 1,664 Haitians (61% processed 1,114); TIC 43; 313 O72H
  - Haitian 60%, 13% Chilean; 8% Venezuelan; 6% Nicaraguan; 4% Cuban ([10%] Brazil-64, Mexico, Ecuador, Ghana, Colombia-15)
- Designated Movements:
  - Yesterday: Planned 1,981 / Actioned 2,702
  - Today: Planned 2,036 / Actioned 215
  - Tomorrow: Planned 1,981 / Pending 1,981

**AR 0013**



Ramey Sector

Recent Haitian events in Ramey Sector: 102 in the last 8 days
- Sept 15 – 23 Haitians
- Sept 17 – 11 Haitians
- Sept 19 – 17 Haitians
- Sept 20 – 32 Haitians reported by DNR, pending transport this morning by USCG on 9/22.
- September 22 – 19 Haitians reported by DNR on Mona Island.

- Ramey Sector continues to see an increase in Haitian apprehension month over month
  - March – 1
  - April – 2
  - May – 13
  - June – 31
  - July – 40
  - August – 60
  - SEP-September 19 – 74 arrested. 102 Reported Month to Date (51 pending transport from Mona)

- On September 20, 2021, Puerto Rico Department of Natural and Environmental Resources (DNER) reported 32 Haitians detained on Mona Island. DNER requested assistance due to their lack of detention space and available detainee food supplies. USCG provided MREs and will coordinate pick-up of migrants today via the USCG cutter with USBP onboard.

- Ops East reached out to MCC ERO to ascertain if the nearby ERO SPC can assist with space in Aguadilla due to Ramey's limited detention space ███. ERO was unable to support with space, however, Ramey advised that ERO did provide JPAT space for the 17 Haitians apprehended on September 19.  Ops East advised MCC ERO that Ramey Sector will be requesting space on future JPAT flights to Haiti for the additional 32 that will be transported from Mona Island today.

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

09/22: 1,295 Movements Via Air Planned ; 810 to Haiti (135 Cancelled)
**Wednesday:  5 IAO, 6 USCG (350), 1 MVM, 1 Loop**
6<span style="color:red">5</span> IAO flights to Haiti
- 2 out of Laredo
- 1 out of El Paso
- 3 out of Harlingen <span style="color:red">(1 HRL cancelled per last night)</span>
1 MVM flight to Haiti out of Harlingen/McAllen

**AR 0014**

1 Loop flight from DRT to EPT and TCA

| Date | Time | MOT | Depart Location | Arrival | Arrival Time | Type | Qty | Off Load |
|------|------|-----|-----------------|---------|--------------|------|-----|----------|
| 22-Sep | 0900 | C2003 | DRIA | ELP | 1015 (MT) | FMU | 51 + Laps | |
| 22-Sep | 1100 | C2705 | DRIA | ELP | 1215 (MT)* | FMU | 38+12 Laps | |
| 22-Sep | 1330 | C2004 | DRIA | ELP | 1445 (MT) | FMU | 80 +Laps | |
| | | | | | | | | |
| 22-Sep | 1015 (MT) | C2003 | ELP | PIDC | 1400 | SAM | 51 | |
| 22-Sep | 1300 (MT)* | C2705 | ELP | PIDC | 1630 | SAM | 38 | |
| 22-Sep | 1445 (MT) | C2004 | ELP | PIDC | 1830 | SAM | 80 | |

Thursday:
**5** IAO flights to Haiti
- **2** out of Laredo
- **3** out of Harlingen
**2** MVM flights to Haiti out of Harlingen/McAllen
1 Loop flight from DRT to EPT
Double SWB transfer flight from DRT to NOL ERO

**AR 0015**

| | |
|---|---|
| **From:** | ████████ |
| **To:** | |
| **Cc:** | |
| **Subject:** | ***Update*** Family Unit Parole with ATD initiative |
| **Date:** | Thursday, August 12, 2021 10:25:48 AM |
| **Attachments:** | image002.png |
| | image003.png |

**UPDATE:**

**This is specific to RGV and DRT only.**

**BLUF:  Effective immediately the reporting period for Paroles will change from 60 days to 15 days from entry.**

Impacted areas that must be changed are the I-385 and the Parole stamp.

I-385

- Box 24 remarks must include: AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN <mark>15 DAYS</mark> OR FACE REMOVAL FROM THE UNITED STATES.  VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.

Parole Stamp:

- **Until**: The date - <mark>15 days</mark> from entry
- **Purpose**: 212 (d)(5)
- **Date**: date issued
- **Location**: Sector 3 letter indicator
- **Officer**: Initials and star number of processing agent issuing parole

████████

*Assistant Chief*
*U.S. Border Patrol Headquarters*
████████

| | |
|---|---|
| **From:** | ████████ |
| **Sent:** | Wednesday, August 11, 2021 10:46 AM |
| **To:** | ████████ |
| **Cc:** | ████████ |
| **Subject:** | FW: Family Unit Parole with ATD initiative |

**This is specific to RGV and DRT only.**

**AR 0016**

**BLUF:  Effective immediately U.S. Border Patrol (USBP) will use the DHS Parole Stamp on I-94's when processing for the Parole pathway in e3. If your sector does not have a stamp, please continue the Parole process as previously outlined.  When you obtain your DHS parole stamp please implement the following.**

In order to strengthen the validity of the Parole, agents will begin stamping the I-94's that are issued to non-citizens who have been processed as Parole and transferred to ICE/ERO for alternate to detention (ATD). The stamping of the I-94 should be done after ICE/ERO initiates the ATD. Below are the mandatory fields that must be filled in when stamping the I-94:

- <u>Until</u>: The date - 60 days from entry
- <u>Purpose</u>: 212 (d)(5)
- <u>Date</u>: date issued
- <u>Location</u>: Sector 3 letter indicator
- <u>Officer</u>: Initials and star number of processing agent issuing parole



█████████████

*Assistant Chief*
*U.S. Border Patrol Headquarters*

████████████████

---

**From:** ████████████████████████
**Sent:** Thursday, August 5, 2021 1:48 PM
**To:** ████████████████████
**Cc:** ████████████████████████████

████████████████████████████████

**AR 0017**

███████████████████████████████████████████

**Subject:** Family Unit Parole with ATD initiative

Sir,

Please forward the below guidance to Del Rio Sector for immediate implementation.  Based on the discussions with LEOD leadership, RGV may implement this effort at your direction although I recommend a phased approach in that sector.  It is my understanding that this effort will not be available to other sectors until further notice.

Finally, this guidance has been reviewed by ICE leadership and they have agree that the specifics listed below are operationally feasible.

Please advise if any questions arise out of this effort.

_____
_____
_____

**For immediate implementation**

**BLUF:  Effective immediately and until further notice, U.S. Border Patrol (USBP) will begin processing certain non-citizen <u>family units</u> (FMU) utilizing the <u>Parole</u> pathway in e3.**

While all members of the FMU will be processed for Parole, the head of house hold (HOH) will be the only one that will receive an Alien Registration number (A#) and A-File.  The remainder of the family unit will be processed under the Parole pathway however, they will not be issued an A#.  USBP will then coordinate with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), (collocated on site), for Alternate to Detention (ATD) to be applied to the HOH non-citizen. Agents will process the non-citizens consistent with existing processing procedures and in accordance with the instructions below:

Agents may consider their authority to issue a Parole to FMU on a case-by-case basis and based on the factors outlined below.

- Whether ICE/ERO will accept custody of the non-citizen(s)
- Whether the non-citizen poses a threat to national security, border security, or a heightened public safety risk, as outlined in the January 20, 2021 memorandum *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* from Acting Secretary Pekoske
- When a sector reaches 75% total detention capacity and the number of subjects arriving in custody exceeds the discharge of persons out of custody over a 24-hour period
- When the average time-in-custody (TIC) of unprocessed persons exceeds 48 hours and the number of subjects arriving in custody is projected to exceed the discharge of persons out of custody over the next 24 hr. period

**AR 0018**

To correctly process a non-citizen under the Parole pathway agents must:

- Document **"why"** the non-citizen was paroled in the I-213 narrative based on the factors above. Example: "*Subject was paroled due to time in custody constraints at the (insert USBP station or processing facility name here)* "
- In addition agents must annotate the following in the I-213 narrative, *"Subject Released with Alternate to Detention as a Condition of Parole"*
- **Ensure that all members of the FMU are properly linked as such in the e3 family panel**
- Ensure that all members of the FMU being processed have a disposition of "Parole"
- Add the U.S. (Domestic) Address to the I-213 tab for the non-citizen
- Begin typing the intended destination into the Find Address field, and a validated address will appear.  Select the Address and hit **Save** at the bottom of the page.
- If the address is unknown, the processing agent must, at a minimum, include the **State** in which the non-citizen is travelling to.  Select the State from the drop-down options and hit **Save** at the bottom of the screen.
- The destination address will be added to the file.  **Supervisors will ensure that the U.S. (Domestic) Address field has correctly populated according to this guidance before releasing subjects to ICE/ERO**
- **Agents will <u>NOT</u> book any FMU subject in e3 for the Parole process.  USBP will only search and enroll.**
- Data quality checks will be conducted on a consistent and regular basis to ensure compliance.

<u>A-File</u>**:** Agents will issue an alien registration number to the non-citizen HOH, but **<u>not</u>** charge the subject, and the HOH file will contain the forms listed below:

- I-213
- I-385 **\*Must include the following in box 24 Remarks: AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES.  VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.**
- I-94
- G-56

Agents will provide all members of the family unit a copy of the I-385, I-94 and the G-56. Documents for each of the family unit members will be placed on the right hand side of the file as shown below:

Once processing is complete, USBP will coordinate with ICE/ERO on site for ATD. ICE/ERO will then take the file and forward it to the appropriate ICE Field Office.

**AR 0019**



███████████████
Acting Associate Chief
U.S. Border Patrol
████████████████
████████████████████████

**AR 0020**

███████████████████████

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Wednesday, August 11, 2021 10:46 AM |
| **To:** | ████████ |
| **Cc:** | Immigration Prosecution & Custody OPS |
| **Subject:** | FW: Family Unit Parole with ATD initiative |

**This is specific to RGV and DRT only.**

**BLUF:  Effective immediately U.S. Border Patrol (USBP) will use the DHS Parole Stamp on I-94's when processing for the Parole pathway in e3. If your sector does not have a stamp, please continue the Parole process as previously outlined.  When you obtain your DHS parole stamp please implement the following.**

In order to strengthen the validity of the Parole, agents will begin stamping the I-94's that are issued to non-citizens who have been processed as Parole and transferred to ICE/ERO for alternate to detention (ATD). The stamping of the I-94 should be done after ICE/ERO initiates the ATD. Below are the mandatory fields that must be filled in when stamping the I-94:

- **Until**: The date - 60 days from entry
- **Purpose**: 212 (d)(5)
- **Date**: date issued
- **Location**: Sector 3 letter indicator
- **Officer**: Initials and star number of processing agent issuing parole



*Assistant Chief*
*U.S. Border Patrol Headquarters*

████████████████

**AR 0021**

**From:** ███████████████████████████
**Sent:** Thursday, August 5, 2021 1:48 PM
**To:** ███████████████████
**Cc:** ████████████████████████████████████████████
███████████████████████████████████████

**Subject:** Family Unit Parole with ATD initiative

Sir,

Please forward the below guidance to Del Rio Sector for immediate implementation.  Based on the discussions with LEOD leadership, RGV may implement this effort at your direction although I recommend a phased approach in that sector.  It is my understanding that this effort will not be available to other sectors until further notice.

Finally, this guidance has been reviewed by ICE leadership and they have agree that the specifics listed below are operationally feasible.

Please advise if any questions arise out of this effort.

-

_____

_____

_____

**For immediate implementation**

**BLUF:  Effective immediately and until further notice, U.S. Border Patrol (USBP) will begin processing certain non-citizen <u>family units</u> (FMU) utilizing the <u>Parole</u> pathway in e3.**

While all members of the FMU will be processed for Parole, the head of house hold (HOH) will be the only one that will receive an Alien Registration number (A#) and A-File.  The remainder of the family unit will be processed under the Parole pathway however, they will not be issued an A#.  USBP will then coordinate with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), (collocated on site), for Alternate to Detention (ATD) to be applied to the HOH non-citizen. Agents will process the non-citizens consistent with existing processing procedures and in accordance with the instructions below:

Agents may consider their authority to issue a Parole to FMU on a case-by-case basis and based on the factors outlined below.

- Whether ICE/ERO will accept custody of the non-citizen(s)
- Whether the non-citizen poses a threat to national security, border security, or a heightened public safety risk, as outlined in the January 20, 2021 memorandum *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* from Acting Secretary Pekoske
- When a sector reaches 75% total detention capacity and the number of subjects arriving in custody exceeds the discharge of persons out of custody over a 24-hour period

**AR 0022**

- When the average time-in-custody (TIC) of unprocessed persons exceeds 48 hours and the number of subjects arriving in custody is projected to exceed the discharge of persons out of custody over the next 24 hr. period

To correctly process a non-citizen under the Parole pathway agents must:

- Document **"why"** the non-citizen was paroled in the I-213 narrative based on the factors above. Example: "*Subject was paroled due to time in custody constraints at the (insert USBP station or processing facility name here)* "
- In addition agents must annotate the following in the I-213 narrative, *"Subject Released with Alternate to Detention as a Condition of Parole"*
- **Ensure that all members of the FMU are properly linked as such in the e3 family panel**
- Ensure that all members of the FMU being processed have a disposition of "Parole"
- Add the U.S. (Domestic) Address to the I-213 tab for the non-citizen
- Begin typing the intended destination into the Find Address field, and a validated address will appear.  Select the Address and hit **Save** at the bottom of the page.
- If the address is unknown, the processing agent must, at a minimum, include the **State** in which the non-citizen is travelling to.  Select the State from the drop-down options and hit **Save** at the bottom of the screen.
- The destination address will be added to the file.  **Supervisors will ensure that the U.S. (Domestic) Address field has correctly populated according to this guidance before releasing subjects to ICE/ERO**
- **Agents will NOT book any FMU subject in e3 for the Parole process.  USBP will only search and enroll.**
- Data quality checks will be conducted on a consistent and regular basis to ensure compliance.

A-File**:** Agents will issue an alien registration number to the non-citizen HOH, but **not** charge the subject, and the HOH file will contain the forms listed below:

- I-213
- I-385 **\*Must include the following in box 24 Remarks: AS A CONDITION OF YOUR PAROLE YOU ARE TO REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES.  VISIT WWW. ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.**
- I-94
- G-56

Agents will provide all members of the family unit a copy of the I-385, I-94 and the G-56.  Documents for each of the family unit members will be placed on the right hand side of the file as shown below:

Once processing is complete, USBP will coordinate with ICE/ERO on site for ATD.  ICE/ERO will then take the file and forward it to the appropriate ICE Field Office.

**AR 0023**

## Sample File for Family Unit Parole

- A-Number and file will <u>only</u> be assigned to Head of Household (HoH)
- I-213 will <u>only</u> be printed for HoH
- <u>All members </u>of FMU will receive a copy of I-385, I-94, and G-56
- Documents for all members of FMU will be printed and placed on the right side of HoH's A-File



*Left Side*

- I-213

*\*I-213 for HoH only*

*Right Side*

- I-385
- I-94
- G-56

*\*Documents above for each member for the FMU*

Acting Associate Chief
U.S. Border Patrol

**AR 0024**

**From:**
**To:**
**Subject:** FW: Situation RGV
**Date:** Wednesday, April 6, 2022 11:17:24 AM
**Attachments:** image001.png
image003.png

**From:**
**Sent:** Monday, August 2, 2021 2:28 PM
**To:**
**Subject:** FW: Situation RGV

FYSA

Acting Deputy Chief
United States Border Patrol
Law Enforcement Operations
Operational Programs

**From:**
**Sent:** Monday, August 2, 2021 2:25 PM
**To:**
**Subject:** FW: Situation RGV

**RGV**
- RGV **Encountered** 8,752 this weekend  (3,619 Fri, 2,378 Sat, 2,755 Sun)
- Primarily (56%) (5,911) of those were family units, (1,570 SAs), (1,271 UCs); and is on pace for 20,421 encounters this week an 3% decrease over last week's *new* high-water mark (20,955)
- Overall RGV is **Holding** 9,577 with 26% (2,438) processed  Primarily (Honduran 37%; Guatemalan 29%; 17% Nicaraguan) 62% (5,931) FMUAs, with average TIC of 68 hours (up 7 hours from Friday)
    - RGV Unprocessed TIC is 52 hours with 3,624 over 72 hours and 56% (2,023) processed complete of those over 72 hours
    - **Hospital Watch:** RGV has 33 migrants in hospital
    - **UCs:** Holding 1,956; 26% (507) processed; Primarily Honduran 45% and Guatemalan 34% ; 268 transfers; TIC is 64 53 hours (up 11 hours from Friday); 838 over 72 hours (up 371); 52% (433) processed / 48% (405) unprocessed
    - **Family Units:** Holding 5,931; 22% processed; Primarily Honduran and Guatemalan; Average TIC 58 hours (down 3 hours form Friday); with 1,637over 72 hours; 62% (1,007) processed / 38% (630) unprocessed
    - **Single Adults:** Holding 1,671; 39% processed; Primarily 81% (1,347) Nicaraguan   Average TIC is 70 hours (up 36 hours); with 1,149 over 72 hours;  51% (583) over 72 hours are processed / 49% (566) unprocessed over 72 hours
    - **TOPS:**

- Overall RGV processed 7,894 files (Fri-2,045 ; Sat-2,937 ; Sun-2,912)
- Of which 11% T42 (854); 89% T8 (7,040); and 44% manpower ____ assigned to processing duties
    - Of the 7,040 T8 files; 2,685 (38%) were non-NTR. Of those non-NTR T8: 1,194 FMUAs, 973 UCs; 554 SAs processed
    - 3,413 NTRs released this weekend; 4,319 NTRs Processed
    - 1,419 NTA-ORs Released; with 880 Processed
    - Of the weekend ERO **goal** for 2,100 FMUAs, RGV processed over 57% of the goal (1,194 FMUA files T8)
    - Virtual Processing
        - Files Completed: 148,109,157= 414 Files this Weekend
        - Average Rate of 5 2 Files per Agent
        - 21,926 Files FYTD
        - 86 of 90 slots to be filled

- COVID-19: (As of 8 a m  8/2)
    - 97 BP employees isolated; 73 active positive
    - 31 DOD employees isolated; 13 active positive
    - 22 detainees isolated; 7 active positive

**Movements**
- **FMUA ENV Flights: Running Total : 4 Flights / 140 PAX**
    - 2 Flights / 73 departed (Friday) (73/147 50% positive or family of positives)
    - 2 Flights / 67 departed (Monday) (67/148 45% positive or family of positives)
    - This week planned flights are M-W-F
    - Future week target will be 270 total Wednesdays and Fridays

- **FMUA Loop Flights: 3 Daily Planned** (135 EA); **Target 405 7 days a week to SDC, TCA, and EPT.**
    **Weekend:** 1,187

    **Friday**
    - EPT - **131**
    - SDC - **129**
    - TCA – **134**                     • Total = 394
    **Saturday**
    - EPT - **131**
        SDC - **129**

**AR 0025**

- TCA – **134**
  - • Total = 393
- **Sunday**
  - • EPT - 131
  - • SDC - 135
  - • TCA – 134
  - • Total = 400

- **Buses to Laredo – Started Sunday 8/1**
  - ○ 3 buses (210 PAX) daily planned (LRT is picking up)
  - ○ 8/1 - 3 buses , 210 Subjects
  - ○ 8/2 - 1, 70 (as of 0745)

- **Moved to ERO**
  - ○ Friday 89 SAs; 266 FMUAs
  - ○ Saturday 79 SA, 315 FMUAs
  - ○ Sunday 40 SA, 499 FMUAs

- **Planned Movements to ERO Today;**
  - ○ 0 SA, 97 FMUAs

**Blue Font** shows recent LOE movements/updates
- ✓ Red check marks annotates complete
**Yellow** items that still need attention.

**RGV Requirements Identified:**
1. **Increased Medical personal for screenings**
   a. LSGS personnel 82 LSGS medical staff (30 Providers and 52 Support Staff) to RGV are being moved  **Takes 3-5 days to effectuate.**
   b. **17 National BORSTAR deploying to RGV to support TOPS until LSGS arrive (Estimated Deployment 5-14 days; Start Date TBD)**
   c. **USCG/HHS to backfill sectors who lose LSGS support.**

2. **Virtual Processing**
   a. **Total of 87 of 90 VP slots have been filled as of 8/2**
   b. **The following Sectors provided additional support above those slots they already provided:**
      i. **Spokane – 6**
      ii. **Detroit – 24**
      iii. **Buffalo – 3**
      iv. **Swanton – 9**
      v. **Houlton – 3**
      vi. **USBP HQ – 1 (pilot)**
   c. We need executive level support to provide increased/continued OFO VP support  Current OFO VP support (10) provided 30% of all file output and produce high quality files

| Sector | Current | Surge | Total Commitment | Change |
|---|---|---|---|---|
| Blaine | 3 | +0 | 3 | Going to Support YUM VP (OPS WEST LOEs) |
| Spokane | 3 | +6 | 9 | SPW will remain at 3 processors (per day) right now and increase to 9 over the next 24 hours |
| Havre | 4 | +0 | 4 | No Change - Currently has 2 Agents on 2 shifts processing |
| Grand Forks | 3 | +0 | 3 | No change - Currently has 2 Agents on Days and one on Swings |
| Detroit | 6 | +24 | 30 | Currently doing 6 per day, Will provide a total of 30 per day or 10 slots per shift (30) – Increase of 14 daily. Purchasing more equipment to run up to 25 VP per shift dependent on manpower. |
| Buffalo | 3 | +3 | 6 | Adding an additional shift of 3 |
| Swanton | 6 | +9 | 15 | Currently has 2 Agents on 3 shifts, will increase to 5 Agents on 3 shifts = 15 processors |
| Houlton | 3 | +3 | 6 | HLT has 3 Agents processing on day shift.  Will add 3 Agents on swings as well= 6 processors |
| OFO | 10 | - | 10 | Days 2-4; Swings 2-4; and Mids 2 |
| USBP Headquarters | - | +1 | 1 | Piloting 8/2 |
| **TOTALS FOR PLUS UP SURGE** | 41 | +46 | =87 | of 90 slots filled; 3 **Unfilled** |

- **Detailing 33 KIN/CCT to RGV to support surge**
  a. RGV executed this operation on 8/1 – 8/21
  b. 3 Supervisors and 30 agents from KIN/CCT deployed to RGV Surge

- **Additional manpower from LRT (60 agents)**
  a. 60 LRT agents deployed to RGV on 8/1

- **Resume Lateral Bus Movements from RGV to LRT**
  a. LRT supporting by transporting 3 LRT buses daily (70 PAX each for 210 total) starting 8/1

3. **RGV onboarding USCIS personnel with Targeted Skillsets to Donna**
   a. USCIS Director ▇▇ visited, along with ▇▇▇▇▇ and ▇▇▇▇▇ (Harlingen and Houston FODs) and offered to help  They are providing 1801s that can process and serve NTAs; manage RAILS from Donna; and run records checks
   b. ▇▇▇▇▇▇▇▇▇▇▇▇

**AR 0026**

- **Additional NTRs and Transition to Parole Processing**
    a. RGV NTRs authorized 1500 FRI, 1750 Saturday, and Unlimited to move back log before beginning the new Parole/ATD process
    b. Guidance on Parole Process provided to RGV 7/31

4. **Additional Buses/Drivers from (BOP)**
    a. RGV has 21 buses  (7 of 21 are operational, 1 is to be Deadlined)
    b. RGV Requests:
        i.   48, 10-hour high-capacity routes per day (Bus)
        ii.  27, 10-hour low-capacity routes per day (Van)
        iii. 10 additional caged high-capacity buses (50-78 passenger)
        iv.  12 additional caged 15 passenger vans
        v.   24 additional CDL-P drivers
    c. 8/2 – PMO Call with IPC, PMOD, RGV to explore reallocation of existing ISS contracted routes across SWB and/or New Contract Addition with G4S.
        i.   PMOD, RGV, IPC will develop the requirements documentation for what routes are needed. Include Cost Estimate. It is imperative this is done ASAP (preferably today) so we can use the information to begin exploring our options.
        ii.  ░░░░ from PMOD will reach out to ISS Action to see what capacity they have to fill routes.
        iii. If ISS Action has route capacity or can pull resources, Procurement/PMOD will request quote if costs exceed what is currently allowable under the task order. CO ░░░░ will coordinate quote/modification as necessary to fund the new routes
        iv.  If ISS Action does NOT have capacity, Procurement/PMOD will reach out to G4S to determine if they can provide the requirements and if so, at what price.
    d. Exploring DHS/CBP bus options. These require 1 LEO to support.
    e. Exploring DoD buses with drivers. These require 1 LEO to support.
    f. Exploring Leasing of Buses
    g. Exploring Reallocation of Delivery of new buses/vans (OFO/USBP)
    h. ░░░░░░░░░░░░ with the Transportation PMO:
        i.   Allotted 6,160 Weekly Labor Hours
        ii.  Approved Surge Hours - 22.5 hours per week = 1 hour added to each of their runs daily
        iii. Trailboss Contract – 10-12 routes weekly with the potential to reach up to 20 routes once their staffing is at a level that able to support
        iv.  Additionally - There's currently a request pending with ISS to augment by one bus route per shift

5. **Requesting Additional OFO**
    a. Request OFO support virtual processing.
    b. OPS CELL requested 100 OFO TDY support to RGV.
    c. RGV to provide any updated numbers as related to OFO requirements based on current flow
    d. The following duties could be performed by OFO in addition to virtual processing to support RGV
        i.    (28) Pod Security @ Donna I, II, and III
        ii.   (22-44 depending if pairs required, OFO requires 2 Officers for this duty) Hospital Watch
        iii.  (varies, at least 9) Runners @ Donna & TOPS
        iv.   (varies) Perimeter Security @ TOPS
        v.    (3) Search @ Intake Donna
        vi.   (3) Property @ Intake Donna
        vii.  (2) Validating US Addresses with USPS Webpage @ Intake Donna
        viii. (2) Caretaker Area Overseeing Contractors Caring for Kids (Shower Area) @ Donna
        ix.   (2) Property Prep for Transport
        x.    (3) Title 42 Pod Security @ Donna
        xi.   (1) Face to File Assistance for Transport/Manifests
        xii.  (1) Hold Bodies Waiting for Medical (Medical Area Support)

6. **Hospital Watch – Requesting Manpower to Assist**
    a. With 38 - 50 migrants in the hospital watch support is needed.  It is possible OFO, KIN/CCT, and/or new LRT detailers are filling this need

7. **Shifting some Operation Load Up transportation ICE/ERO support to Transportation Hub**
    a. Chief ░░░░ has a call today to discuss ICE FUG OPS being assigned to RGV Transportation Team, will advise of outcome with ERO leadership
    b. RGV Suggests assistance through the Transportation Hub, to ensure always available for OA but available the other time to do other transport as needed.
    c. Could be used as Hospital Watch?
    d. No issues with HSI detailers

- **EOIR/ATD assigned FMUA files in box to LRT for processing (file only)**
    a. Submitted 141 to LRT 07/27  Chief ░░░░ advised RGV should keep working to turn over approximately 50 files with EOIR addresses to LRT to continue to fine tune this LOE  RGV advised 07/29.


Thanks,

░░░░░░░

Assistant Chief
Law Enforcement Operations Directorate (LEOD) | East Corridor
░░░░░░░░░░░░░░

**AR 0027**

**From:**

**Sent:** Saturday, July 31, 2021 3:01 PM

**To:**

**Cc:**

**Subject:** Parole Guidance

**Attachments:** Parole Disposition.pptx

Good afternoon,

Please disseminate the below guidance regarding the Parole pathway to RGV for immediate implementation.  Attached are the e3 screen shots regarding the process.

**For immediate implementation**

**BLUF:  Effective immediately and until further notice:  U.S. Border Patrol (USBP) will begin to include considering certain non-citizens for processing utilizing the <u>Parole</u> pathway via e3.**

In our continued effort to improve processing efficiencies throughout the immigration continuum, the United States Border Patrol (USBP), in coordination with U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), will begin processing certain non-citizens utilizing the Parole pathway in e3.  Agents will process the non-citizens consistent with existing processing procedures and in accordance with the instructions below; and upon processing complete, USBP will coordinate with ICE/ERO that is collocated on site for Alternate to Detention (ATD).

Agents may consider using their discretionary authority to issue a Parole to family units or single adults on a case-by-case basis, based on considerations of the factors outlined below.

- Whether ICE/ERO will accept custody of the non-citizen(s)
- Whether the non-citizen poses a threat to national security, border security, or a heightened public safety risk, as outlined in the January 20, 2021 memorandum *Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* from Acting Secretary Pekoske.
- When a sector reaches 75% total detention capacity and the number of subjects arriving in custody exceeds the discharge of persons out of custody over a 24-hour period.
- When the average time-in-custody (TIC) of unprocessed persons exceeds 48 hours and the number of subjects arriving in custody is projected to exceed the discharge of persons out of custody over the next 24 hr. period.

To correctly process a subject under the Parole pathway agents must:

- Document **"why"** the non-citizen was paroled in the I-213 narrative based on the factors above.
- In addition agents must annotate the following in the I-213 narrative, "**Subject Released with Alternate to Detention as a Condition of Parole**"
- Ensure that non-citizens being processed have a disposition of "Parole"

1

**AR 0028**

- Add the U.S. (Domestic) Address to the I-213 tab for the non-citizen.
- Begin typing the intended destination into the Find Address field, and a validated address will appear.  Select the Address and hit **Save** at the bottom of the page.
- If the address is unknown, the processing agent must, at a minimum, include the **State** in which the non-citizen is travelling to.  Select the State from the drop-down options and hit **Save** at the bottom of the screen.
- The destination address will be added to the file.  **Supervisors will ensure that the U.S. (Domestic) Address field has correctly populated according to this guidance before releasing subjects to ICE/ERO.**

USBP should provide the I-385 (*with the same 60 day reporting requirement**), I-94, and G-56 forms to the non-citizen.  Data quality checks will be conducted on a consistent and regular basis to ensure compliance.

- **\*REPORT TO THE IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) OFFICE NEAR YOUR FINAL DESTINATION WITHIN 60 DAYS OR FACE REMOVAL FROM THE UNITED STATES.  VISIT ICE.GOV/CONTACT/FIELD-OFFICES# FOR ADDRESSES.**

███████████

*Assistant Chief*
*U.S. Border Patrol Headquarters*

███████████████

**AR 0029**



**U.S. Customs and Border Protection (CBP) Encounters**
U.S. Border Patrol (USBP) Title 8 Apprehensions, Office of Field Operations (OFO)
Title 8 Inadmissible Volumes, and Title 42 Expulsions by Fiscal Year to Date
(FYTD) 2022



Select a component:  ◉ USBP
                     ○ OFO



**Source:** USBP and OFO month end reporting for FY22TD. Data is current as of 03/03/2022.

**AR 0030**



**U.S. Customs and Border Protection (CBP) Encounters**
US Border Patrol (USBP) Title 8 Apprehensions, Office of Field Operations (OFO)
Title 8 Inadmissible Volumes, and Title 42 Expulsions Previous v Current Fiscal
Year to Date (FYTD) 2022



**U.S. Customs and Border Protection**

Select a component:   ◉ USBP
                      ○ OFO

## USBP FY21 Month(s) v FY22 Month(s) Encounters Percent Change

| **FYTD** | **OCT** | NOV | DEC | JAN | FEB | | |
|---|---|---|---|---|---|---|---|

| | FY21 Month(s) | FY22 Month(s) | % Change |
|---|---|---|---|
| San Diego | 6,953 | 14,339 | ▲106.2% |
| El Centro | 4,089 | 5,042 | ▲23.3% |
| Yuma | 787 | 21,891 | ▲2681.6% |
| Tucson | 11,469 | 19,189 | ▲67.3% |
| El Paso | 8,777 | 14,002 | ▲59.5% |
| Big Bend | 1,521 | 3,607 | ▲137.1% |
| Del Rio | 8,446 | 28,213 | ▲234.% |
| Laredo | 9,373 | 7,443 | ▼-20.6% |
| Rio Grande Valley | 17,617 | 45,390 | ▲157.6% |
| **Grand Total** | **69,032** | **159,116** | **▲130.5%** |

View Percent Change FYTD by:   ◉ Demographic
                               ○ Citizenship Grouping

**Single Adults**
- 2021
- 2022 (FYTD) ▲75.7%

**FMUA**
- 2021
- 2022 (FYTD) ▲796.8%

**UC / Single Minors**
- 2021
- 2022 (FYTD) ▲169.2%

0K   20K   40K   60K   80K   100K   120K

Encounter Count

**Source:** USBP and OFO official year end reporting for FY21; USBP and OFO month end reporting for FY22TD. Data is current as of 03/03/2022.

**AR 0031**

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I served the **CERTIFIED ADMINISTRATIVE RECORD** via email on the following counsel for Plaintiff in *Florida v. United States, et al.*, No. 3:21-cv-01066.

Karen Ann Brodeen
Karen.brodeen@myfloridalegal.com

Natalie Christmas
Natalie.christmas@myfloridalegal.com

James Hamilton Percival II
James.percival@myfloridalegal.com


By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC)**

**ORDER UNDER SECTIONS 362 & 365 OF THE PUBLIC HEALTH SERVICE ACT**
**(42 U.S.C. §§ 265, 268) and 42 C.F.R. § 71.40**

**PUBLIC HEALTH DETERMINATION**
**AND**
**ORDER REGARDING THE RIGHT TO INTRODUCE CERTAIN PERSONS FROM**
**COUNTRIES WHERE A QUARANTINABLE COMMUNICABLE DISEASE EXISTS**

## Executive Summary

The Centers for Disease Control and Prevention (CDC), a component of the U.S. Department of Health and Human Services (HHS), is hereby issuing this Public Health Determination and Order Regarding Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists (Public Health Determination and Termination). This Public Health Determination and Termination terminates the Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists, issued on August 2, 2021 (August Order),[1] and all related prior orders issued pursuant to the authorities in sections 362 and 365 of the Public Health Service (PHS) Act (42 U.S.C. §§ 265, 268) and the implementing regulation at 42 C.F.R. § 71.40 (CDC Orders);[2] this Termination will be implemented on May 23, 2022. The August Order continued a suspension of the right to introduce "covered noncitizens," as defined in the Order,[3] into the United States along the U.S. land and adjacent coastal borders.[4] The August Order states that CDC will reassess at least every 60 days whether the Order remains necessary to protect the public health. Based on the public health landscape, the current status of the COVID-19 pandemic, and the procedures in place for the processing of covered noncitizens, taking into account the inherent risks of transmission of SARS-CoV-2 in congregate settings, CDC has determined that a suspension of the right to introduce such covered noncitizens is no longer necessary to protect U.S. citizens, U.S. nationals, lawful permanent residents, personnel and noncitizens at the ports of entry (POE) and U.S. Border Patrol stations, and destination communities in the United States. This Termination will be implemented on May 23, 2022, to enable the Department of Homeland Security (DHS) to implement appropriate COVID-19 mitigation protocols, such as scaling up a program to provide COVID-19 vaccinations to

---

[1] Available at https://www.cdc.gov/coronavirus/2019-ncov/downloads/CDC-Order-Suspending-Right-to-Introduce-_Final_8-2-21.pdf (last visited Mar. 7, 2022); *see also* 86 Fed. Reg. 42828 (Aug. 5, 2021).
[2] "CDC Orders" issued under these legal authorities are found at 85 Fed. Reg. 17060 (Mar. 26, 2020), 85 Fed. Reg. 22424 (Apr. 22, 2020), 85 Fed. Reg. 31503 (May 26, 2020), 85 Fed. Reg. 65806 (Oct. 16, 2020), and 86 Fed. Reg. 42828 (Aug. 5, 2021) (fully incorporating by reference 86 Fed. Reg. 38717 (July 22, 2021), see 86 Fed. Reg. 42828, 42829 at note 3).
[3] *See infra* I.
[4] The August Order specifically excepted unaccompanied noncitizen children (UC) and incorporated an exception for UC issued by CDC on July 16, 2021 (July Exception). Public Health Determination Regarding an Exception for Unaccompanied Noncitizen Children from Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/NoticeUnaccompaniedChildren.pdf (July 16, 2021); 86 Fed. Reg. 38717 (July 22, 2021); *see* 86 Fed. Reg. 42828, 42829 at note 1 (Aug. 5, 2021) (which fully incorporated by reference the July Exception relating to UC). On March 11, 2022, CDC fully terminated the August Order and all prior orders issued under the same authorities with respect to UC. *See* https://www.cdc.gov/coronavirus/2019-ncov/more/pdf/NoticeUnaccompaniedChildren-update.pdf.

SAR0122

migrants, and prepare for full resumption of regular migration processing under Title 8 authorities. Until that date, it is CDC's expectation that DHS will continue to apply exceptions outlined in the August Order to covered noncitizens as appropriate, including the exception based on the totality of an individual's circumstances on a case-by-case basis.

**Outline of Determination and Order**

I.  Background

    A.  Evolution of the COVID-19 Pandemic and the U.S. Government Response

        1.  First Wave – January to June 2020

        2.  Second Wave – June to August 2020

        3.  Third Wave – Alpha Variant – September 2020 to May 2021

        4.  Fourth Wave – Delta Variant – June to October 2021

        5.  Fifth Wave – Omicron Variant – November 2021 to March 2022

    B.  Current Status of the COVID-19 Pandemic

        1.  Community Levels

        2.  Healthcare Systems and Resources

        3.  Mitigation Measures

            a.  Test Availability

            b.  Vaccines and Boosters

            c.  Treatments

        4.  Congregate Settings

        5.  DHS Mitigation Measures

II.  Public Health Determination

III. Legal Considerations

    A.  Temporary Nature of Orders under 42 U.S.C. § 265 and Absence of Reliance Interests

    B.  Basis for Termination under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40

IV. Issuance and Implementation

    A.  Implementation of this Termination

    B.  APA Review

SAR0123

## I.      Background

Coronavirus disease 2019 (COVID-19) is a quarantinable communicable disease[5] caused by the SARS-CoV-2 virus. As part of U.S. government efforts to mitigate the introduction, transmission, and spread of COVID-19, CDC issued the August Order,[6] replacing a prior order issued on October 13, 2020 (October Order) which continued a series of orders issued pursuant to 42 U.S.C. §§ 265, 268 and the implementing regulation at 42 C.F.R. § 71.40,[7] suspending the right to introduce[8] certain persons into the United States from countries or places where the quarantinable communicable disease exists in order to protect the public health from an increased risk of the introduction of COVID-19.[9] The August Order applied specifically to "covered noncitizens," defined as "persons traveling from Canada or Mexico (regardless of their country of origin) who would otherwise be introduced into a congregate setting in a POE or U.S. Border Patrol station[10] at or near the U.S. land and adjacent coastal borders subject to certain exceptions detailed below; this includes noncitizens who do not have proper travel documents, noncitizens whose entry is otherwise contrary to law, and noncitizens who are apprehended at or near the border seeking to unlawfully enter the United States between POE."[11]

Three groups typically make up covered noncitizens—single adults (SA),[12] individuals in family units (FMU),[13] and unaccompanied noncitizen children (UC).[14] UC were specifically excepted from the

---

[5] Quarantinable communicable diseases are any of the communicable diseases listed in Executive Order 13295, as provided under § 361 of the Public Health Service Act (42 U.S.C. § 264), 42 C.F.R. § 71.1. The list of quarantinable communicable diseases currently includes cholera, diphtheria, infectious tuberculosis, plague, smallpox, yellow fever, viral hemorrhagic fevers (Lassa, Marburg, Ebola, Crimean-Congo, South American, and others not yet isolated or named), severe acute respiratory syndromes (including Middle East Respiratory Syndrome and COVID-19), influenza caused by novel or reemergent influenza viruses that are causing, or have the potential to cause, a pandemic, and others. *See* Exec. Order 13295, 68 Fed. Reg. 17255 (Apr. 4, 2003), as amended by Exec. Order 13375, 70 Fed. Reg. 17299 (Apr. 1, 2005) and Exec. Order 13674, 79 Fed. Reg. 45671 (July 31, 2014), 86 Fed. Reg. 52591 (Sep. 22, 2021).

[6] *See supra* note 1.

[7] Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists, 85 Fed. Reg. 65806 (Oct. 16, 2020). The October Order replaced the Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, issued on March 20, 2020 (March Order), which was subsequently extended and amended. Notice of Order Under Sections 362 and 365 of the Public Health Service Act Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, 85 Fed. Reg. 17060 (Mar. 26, 2020); Extension of Order Under Sections 362 and 365 of the Public Health Service Act; Order Suspending Introduction of Certain Persons From Countries Where a Communicable Disease Exists, 85 Fed. Reg. 22424 (Apr. 22, 2020); Amendment and Extension of Order Under Sections 362 and 365 of the Public Health Service Act; Order Suspending Introduction of Certain Persons from Countries Where a Communicable Disease Exists, 85 Fed. Reg. 31503 (May 26, 2020).

[8] *Suspension of the right to introduce* means to cause the temporary cessation of the effect of any law, rule, decree, or order pursuant to which a person might otherwise have the right to be introduced or seek introduction into the United States. 42 C.F.R. § 71.40(b)(5).

[9] *See supra* note 2.

[10] POE and U.S. Border Patrol stations are operated by U.S. Customs and Border Protection (CBP), an agency within Department of Homeland Security (DHS).

[11] 86 Fed. Reg. 42828, 42841.

[12] A single adult (SA) is any noncitizen adult 18 years or older who is not an individual in a "family unit." 86 Fed. Reg. 42828, 42830 at note 13.

[13] An individual in a family unit (FMU) includes any individual in a group of two or more noncitizens consisting of a minor or minors accompanied by their adult parent(s) or legal guardian(s). *Id.* at note 14.

[14] CDC understands UC to be a class of individuals similar to or the same as those individuals who would be considered "unaccompanied alien children" (*see* 6 U.S.C. § 279) for purposes of HHS Office of Refugee Resettlement custody, were DHS to make the necessary immigration determinations under Title 8 of the U.S. Code. 86 Fed. Reg. 38717, 38718 at note 4.

SAR0124

August Order[15] based on its explicit incorporation by reference of CDC's July Exception of UC.[16] On March 11, 2022, CDC fully terminated the August Order and all previous orders issued under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 with respect to UC. This termination with respect to UC was based on a thorough determination of the current status of the COVID-19 pandemic as well as an analysis of the specific care available to UC[17] and the absence of legitimate countervailing reliance interests, and was prioritized ahead of CDC's reassessment for SA and FMU in light of the entry of a preliminary injunction by the U.S. District Court for the Northern District of Texas that was to go into effect on March 11, 2022, enjoining CDC from excepting UC from the August Order based solely on their status as UC.[18]

The CDC Orders issued under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 were intended to reduce the risk of COVID-19 introduction, transmission, and spread at POE and U.S. Border Patrol stations by significantly reducing the number and density of covered noncitizens held in these congregate settings, thereby reducing risks to U.S. citizens, U.S. nationals, lawful permanent residents, DHS and U.S. Customs and Border Protection (CBP) personnel and noncitizens at the facilities, and local healthcare systems. The measures included in the CDC Orders were deemed necessary for the protection of public health.

In the August Order, CDC committed to reassessing the public health circumstances necessitating the Order at least every 60 days by reviewing the latest information regarding the status of the COVID-19 public health emergency and associated public health risks, including migration patterns, sanitation concerns, and any improvement or deterioration of conditions at the U.S. borders.[19] CDC conducted its most recent reassessment on January 28, 2022; in addition, a reassessment specific to UC was completed on March 11, 2022. The instant Public Health Determination and Termination considers the current status of the pandemic, including the receding numbers of COVID-19 cases, hospitalizations, and deaths most recently related to the Omicron variant, and constitutes the reassessment concluding on March 30, 2022. This Determination and Termination also reflects the recent issuance of CDC's COVID-19 Community Levels framework.[20] Additionally, the National COVID-19 Preparedness Plan was recently updated to provide a roadmap to help the nation continue fighting COVID-19, while also allowing resumption of more normal routines.[21]

Based on the analysis below, the CDC Director finds that, pursuant to 42 U.S.C. § 265 and 42 C.F.R. § 71.40, there is no longer a serious danger that the entry of covered noncitizens, as defined by

---

[15] 86 Fed. Reg. 42828, 42829 at note 3.

[16] *See supra* note 4.

[17] While SA, FMU, and UC are all processed by U.S. Customs and Border Protection (CBP), a component of DHS, following that initial intake, UC are referred to HHS' Office of Refugee Resettlement (ORR) for care. *See* 86 Fed. Reg. 42828, 42835-37 (describing the processing of noncitizen SA and FMU by DHS components, CBP and Immigration and Customs Enforcement (ICE), under both regular Title 8 immigration and under an order pursuant to 42 U.S.C. § 265). At both the CBP and ORR stages, UC receive special attention. This care and the distinct immigration processing available to UC compared to SA and FMU provided the basis for the exception of UC in the July Exception and the August Order. *See* 86 Fed. Reg. 42828, 42835-37 (describing the processing of noncitizen SA and FMU by DHS components, CBP and ICE, under both regular Title 8 immigration and under an order pursuant to 42 U.S.C. § 265); *see also* 87 Fed. Reg. 15243, 15246-47 (Mar. 17, 2022) (describing the different COVID-19 mitigation measures applied where UC are processed).

[18] *Texas v. Biden*, No. 4:21-cv-0579-P, 2022 WL 658579, at *16-18 (N.D. Tex. Mar. 4, 2022).

[19] 86 Fed. Reg. 42828, 42841.

[20] *COVID-19 Community Levels*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/science/community-levels.html (updated Mar. 24, 2022); *see infra* I.B.1.

[21] *National COVID-19 Preparedness Plan – March 2022*, available at https://www.whitehouse.gov/wp-content/uploads/2022/03/NAT-COVID-19-PREPAREDNESS-PLAN.pdf (last visited Mar. 30, 2022).

SAR0125

the August Order, into the United States will result in the introduction, transmission, and spread of COVID-19 and that a suspension of the introduction of covered noncitizens is no longer required in the interest of public health. While the introduction, transmission, and spread of COVID-19 into the United States is likely to continue to some degree, the cross-border spread of COVID-19 due to covered noncitizens does not present the serious danger to public health that it once did, given the range of mitigation measures now available. CDC continues to stress the need for robust COVID-19 mitigation measures at the border, including vaccination and continued masking in congregate settings. CDC has determined that the extraordinary measure of an order under 42 U.S.C. § 265 is no longer necessary, particularly in light of less burdensome measures that are now available to mitigate the introduction, transmission, and spread of COVID-19. Therefore, as described below, CDC is terminating the August Order and all related prior orders issued pursuant to 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40. This Termination will be implemented on May 23, 2022, to enable DHS to implement appropriate COVID-19 protocols, such as scaling up a program to offer COVID-19 vaccinations to migrants, and prepare for full resumption of regular migration under Title 8 authorities.

## A.      Evolution of the COVID-19 Pandemic and the U.S. Government Response

Since late 2019, SARS-CoV-2, the virus that causes COVID-19, has spread throughout the world, resulting in a pandemic. As of March 30, 2022, there have been over 480 million confirmed cases of COVID-19 globally, resulting in over six million deaths.[22] The United States has reported over 79 million cases resulting in over 975,000 deaths due to the disease[23] and is currently averaging around 26,000 new cases of COVID-19 a day as of March 28, 2022.[24]

The U.S. government response to the COVID-19 pandemic has focused on taking actions and providing guidance based on the best available scientific information. The United States has experienced five waves of the pandemic, each with its own unique epidemiologic characteristics.[25] As the waves of COVID-19 cases have surged and ebbed, so too have actions taken in response to the pandemic. Earlier phases of the pandemic required extraordinary actions by the U.S. government and society at large. However, epidemiologic data, scientific knowledge, and the availability of public health mitigation measures, vaccines, and therapeutics have permitted many of those early actions to be relaxed in favor of more nuanced, targeted, and narrowly tailored guidance that provides a less burdensome means of preventing and controlling the SARS-CoV-2 virus and COVID-19. Of note for this Determination are the multiple travel- and migration-related measures taken by the U.S. government in each phase.

### 1.   First Wave – January to June 2020

SARS-CoV-2 was first identified as the cause of an outbreak of respiratory illness that began in Wuhan, Hubei Province, People's Republic of China.[26] The United States reported its first COVID-19

---

[22] *Coronavirus disease (COVID-19) pandemic*, World Health Organization, https://covid19.who.int/ (last visited Mar. 30, 2022).

[23] *COVID Data Tracker*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#datatracker-home (last visited Mar. 30, 2022).

[24] *See Trends in Number of COVID-19 Cases and Deaths in the US Reported to CDC, by State/Territory*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#trends_dailycases, noting a seven-day moving average of 26,190 cases on March 28, 2022.

[25] *Supra* note 21.

[26] Patel A, Jernigan DB. *Initial Public Health Response and Interim Clinical Guidance for the 2019 Novel Coronavirus Outbreak — United States, December 31, 2019–February 4, 2020*. MMWR Morb Mortal Wkly Rep 2020;69:140–146. DOI: http://dx.doi.org/10.15585/mmwr.mm6905e1.

SAR0126

case on January 21, 2020,[27] and the HHS Secretary declared COVID-19 a public health emergency on January 31, 2020.[28] Community transmission was detected in the United States in February 2020.[29] COVID-19 cases initially spread in a small number of U.S. metropolitan areas, most notably in New York City and surrounding areas.[30] The resulting first wave of the pandemic peaked in the United States on April 7, 2020, with two million cases (3% of cumulative cases) and over 127,000 deaths (13% of cumulative deaths).[31] During this period, public health officials monitored the situation closely and began instituting community-level nonpharmaceutical interventions such as school closures and physical distancing, in addition to promoting respiratory and hand hygiene practices.[32] Vaccines and approved therapeutics were not available during this time.[33]

As public health officials learned more about the epidemiology of SARS-CoV-2, the U.S. government, state and local health departments, and other partners implemented aggressive measures to slow transmission of the virus in the United States.[34] Many of the mitigation actions taken by the U.S. government during this wave involved travel and migration. The President issued a series of actions limiting entry into the United States, including proclamations suspending entry into the country of immigrants or nonimmigrants who were physically present within certain countries during the 14-day period preceding their entry or attempted entry,[35] and Canada and Mexico joined the United States in temporarily restricting travelers across land borders for non-essential purposes.[36] CDC began screening travelers from certain countries at airports and issued several travel health notices[37] and, following a series of COVID-19 outbreaks on cruise ships, issued a No Sail Order and Suspension of Further Embarkation.[38]

---

[27] *Id.*

[28] *Determination that a Public Health Emergency Exists*, U.S. Department of Health and Human Services (Jan. 31, 2020), https://www.phe.gov/emergency/news/healthactions/phe/Pages/2019-nCoV.aspx (last visited Mar. 30, 2022).

[29] *Geographic Differences in COVID-19 Cases, Deaths, and Incidence — United States, February 12–April 7, 2020*. MMWR Morb Mortal Wkly Rep 2020;69:465–471. DOI: http://dx.doi.org/10.15585/mmwr.mm6915e4.

[30] *Id.*

[31] *Case notifications from state, local and territorial public health jurisdictions*, Centers for Disease Control and Prevention, https://data.cdc.gov/Case-Surveillance/COVID-19-Case-Surveillance-Public-Use-Data/vbim-akqf, (last accessed Mar. 30, 2022); *Provisional COVID-19 Death Counts by Week Ending Date and State*, Centers for Disease Control and Prevention, https://data.cdc.gov/NCHS/Provisional-COVID-19-Death-Counts-by-Week-Ending-D/r8kw-7aab (last accessed Mar. 30, 2022); *COVID-19 Reported Patient Impact and Hospital Capacity by State Timeseries*, Unified Hospital Analytic, https://healthdata.gov/Hospital/COVID-19-Reported-Patient-Impact-and-Hospital-Capa/g62h-syeh (last accessed Mar. 30, 2022).

[32] Jernigan DB. *Update: Public Health Response to the Coronavirus Disease 2019 Outbreak — United States, February 24, 2020*. MMWR Morb Mortal Wkly Rep 2020;69:216–219. DOI: http://dx.doi.org/10.15585/mmwr mm6908e1.

[33] *Id.*

[34] *See supra* note 26.

[35] *See* Proclamation 9984 (Jan. 31, 2020), 85 Fed. Reg. 6709 (Feb. 5, 2020) (regarding the People's Republic of China); Proclamation 9992 (Feb. 28, 2020), 85 Fed. Reg. 12855 (Mar. 4, 2020) (regarding the Republic of Iran); Proclamation 9993 (Mar. 11, 2020), 85 Fed. Reg. 15045 (Mar. 16, 2020) (regarding the Schengen Area of Europe); Proclamation 9996 (Mar. 14, 2020), 85 Fed. Reg. 15341 (Mar. 18, 2020) (regarding the United Kingdom and Republic of Ireland); and Proclamation 10041, as amended by Proclamation 10042 (May 24, 2020), 85 Fed. Reg. 31933 (May 28, 2020) (regarding the Federative Republic of Brazil).

[36] *See* 85 Fed. Reg. 16547 (Mar. 24, 2020); 85 Fed. Reg. 16548 (Mar. 24, 2020).

[37] *Supra* note 32; *see also CDC Advises Travelers to Avoid All Nonessential Travel to China,* Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2020/s0128-travelers-avoid-china html (Jan. 28, 2020), advising travelers to avoid all nonessential travel to countries with known viral spread.

[38] 85 Fed. Reg. 16628 (Mar. 24, 2020); extended 85 Fed. Reg. 21004 (Apr. 15, 2020); *see also* Moriarty LF, Plucinski MM, Marston BJ, et al. *Public Health Responses to COVID-19 Outbreaks on Cruise Ships — Worldwide, February–March 2020*. MMWR Morb Mortal Wkly Rep 2020;69:347-352. DOI: http://dx.doi.org/10.15585/mmwr.mm6912e3.

SAR0127

It was in the context of this initial wave of the pandemic and travel- and migration-related actions that the CDC Director promulgated an interim final rule at 42 C.F.R. § 71.40 implementing his authority under 42 U.S.C. §§ 265, 268[39] and issued an Order under the interim final rule suspending the introduction of certain "covered aliens" on March 20, 2020 (March Order).[40] The March Order sought to avert the serious danger of the introduction of COVID–19 into the land POEs and Border Patrol stations at or near the United States borders with Canada and Mexico due to encountered noncitizens otherwise being held in the common areas of the facilities and in close proximity to one another as they undergo immigration processing. The March Order applied to SA, FMU, and UC and was subsequently amended and extended in April and May 2020.[41]

## 2. Second Wave – June to August 2020

During the second wave of the pandemic, from approximately June to August 2020, COVID-19 spread geographically throughout the United States.[42] Case numbers peaked on July 14, 2020, and in total the second wave resulted in approximately 2.6 million COVID-19 cases (4% of cumulative cases) and over 75,000 deaths (4% of cumulative deaths). During the second wave, public health officials and scientists learned more about COVID-19 transmission, including asymptomatic transmission,[43] particularly in congregate, high-density settings, such as meat-packing plants and correctional facilities.[44] The medical community learned more about potential effects of COVID-19 on specific populations, such as pregnant people,[45] the elderly, and immunocompromised people. In July 2020, CDC announced that cloth face coverings (masks) are a critical public health tool in reducing the spread of COVID-19, particularly when used universally within communities.[46] As stay-at-home orders issued during the first wave were lifted, CDC continued to promote broad implementation of masking and face covering requirements.[47] One pivotal marker of the second wave was the creation of Operation Warp

---

[39] *See* 85 Fed. Reg. 16559 (Mar. 24, 2020).

[40] *See* 85 Fed. Reg. 17060 (Mar. 26, 2020).

[41] *See supra* note 7.

[42] Oster AM, Kang GJ, Cha AE, et al. *Trends in Number and Distribution of COVID-19 Hotspot Counties — United States, March 8–July 15, 2020.* MMWR Morb Mortal Wkly Rep 2020;69:1127–1132. DOI: http://dx.doi.org/10.15585/mmwr.mm6933e2.

[43] Payne DC, Smith-Jeffcoat SE, Nowak G, et al. *SARS-CoV-2 Infections and Serologic Responses from a Sample of U.S. Navy Service Members — USS Theodore Roosevelt, April 2020.* MMWR Morb Mortal Wkly Rep 2020;69:714–721. DOI: http://dx.doi.org/10.15585/mmwr.mm6923e4.

[44] Dyal JW, Grant MP, Broadwater K, et al. *COVID-19 Among Workers in Meat and Poultry Processing Facilities ▬ 19 States, April 2020.* MMWR Morb Mortal Wkly Rep 2020;69:557–561. DOI: http://dx.doi.org/10.15585/mmwr mm6918e3; *see also* Hagan LM, Williams SP, Spaulding AC, et al. *Mass Testing for SARS-CoV-2 in 16 Prisons and Jails — Six Jurisdictions, United States, April–May 2020.* MMWR Morb Mortal Wkly Rep 2020;69:1139–1143. DOI: http://dx.doi.org/10.15585/mmwr.mm6933a3; Njuguna H, Wallace M, Simonson S, et al. *Serial Laboratory Testing for SARS-CoV-2 Infection Among Incarcerated and Detained Persons in a Correctional and Detention Facility — Louisiana, April–May 2020.* MMWR Morb Mortal Wkly Rep 2020;69:836-840. DOI: http://dx.doi.org/10.15585/mmwr mm6926e2.

[45] Ellington S, Strid P, Tong VT, et al. *Characteristics of Women of Reproductive Age with Laboratory-Confirmed SARS-CoV-2 Infection by Pregnancy Status — United States, January 22–June 7, 2020.* MMWR Morb Mortal Wkly Rep 2020;69:769–775. DOI: http://dx.doi.org/10.15585/mmwr mm6925a1.

[46] *CDC calls on Americans to wear masks to prevent COVID-19 spread* (press release), Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2020/p0714-americans-to-wear-masks html (Jul. 14, 2020) (noting the growing body of evidence supporting cloth face coverings as a source control to help prevent the person wearing the mask from spreading COVID-19 to others; the main protection individuals gain from masking occurs when others in their communities also wear face coverings).

[47] Hendrix MJ, Walde C, Findley K, Trotman R. *Absence of Apparent Transmission of SARS-CoV-2 from Two Stylists After Exposure at a Hair Salon with a Universal Face Covering Policy — Springfield, Missouri, May 2020.* MMWR Morb Mortal Wkly Rep 2020;69:930-932. DOI: http://dx.doi.org/10.15585/mmwr.mm6928e2.

SAR0128

Speed, a partnership between the HHS and Department of Defense (DOD) aimed to help accelerate the development of a COVID-19 vaccine.[48]

As concerns about asymptomatic transmission grew and vaccines and therapeutics were still being developed, the U.S. government continued to take steps to protect the public health. CDC extended the No Sail Order and Suspension of Further Embarkation for cruise ships[49] and, as the second wave was being replaced by the third, issued an Order temporarily halting evictions in the United States due to the potential for accelerated transmission in congregate settings such as shelters for displaced persons.[50] The CDC Order under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 issued in March 2020 and amended and extended in April and May 2020, continued to be in place throughout this period.

### 3. Third Wave – Alpha Variant – September 2020 to May 2021

COVID-19 variants, including the B.1.1.7 (Alpha) variant, emerged in the fall of 2020, heralding the third wave of the pandemic[51] and resulting in 22.5 million COVID-19 cases (34% of cumulative cases) and over 398,000 deaths (21% of cumulative deaths) in the United States.[52] The third wave lasted from approximately September 2020 to May 2021 and coincided with the initial availability of vaccines for COVID-19[53] and increased availability of therapeutics.[54] Even as the third wave began to ebb, however, a new variant—B.1.617.2 (Delta)—began circulating in India and other countries.

The U.S. government responded to the Alpha variant and resulting surge in cases with additional travel- and migration-related restrictions, beginning with a requirement for air passengers from the United Kingdom (where the Alpha variant was first identified) to present a negative COVID-19 test

---

[48] *Operation Warp Speed: Accelerated COVID-19 Vaccine Development Status and Efforts to Address Manufacturing Challenges*, Government Accountability Office, https://www.gao.gov/products/gao-21-319 (Feb. 11, 2021).

[49] *See* 85 Fed. Reg. 44085 (July 21, 2020).

[50] *See* 85 Fed. Reg. 55292 (Sept. 4, 2020). The CDC Director subsequently renewed the "eviction moratorium" Order until March 31, 2021 (86 Fed. Reg. 8020 (Feb. 3, 2021)), then modified and extended the Order until June 30, 2021 (86 Fed. Reg. 16731 (Mar. 31, 2021)) and extended the Order until July 31, 2021 (86 Fed. Reg. 34010 (Jun. 28, 2021)). On August 3, 2021, the CDC Director announced a new Order to temporarily halt residential evictions in communities with substantial or high transmission of COVID-19 to prevent the further spread of COVID-19 (86 Fed. Reg. 43244 (Aug. 6, 2021)).

[51] *Science Brief: Emerging SARS-CoV-2 Variants – Updated*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/scientific-brief-emerging-variants.html (updated Jan. 28, 2021).

[52] Per internal CDC calculations.

[53] COVID-19 vaccines were initially available only for those persons with higher risk of COVID-19, such as immunocompromised individuals and healthcare workers, but access was subsequently expanded to the general population aged 16 years and older. The U.S. Food and Drug Administration (FDA) issued emergency use authorizations for three COVID-19 vaccines: two mRNA vaccines (produced by Pfizer-BioNTech and Moderna) and one viral vector vaccine (produced by Johnson & Johnson/Janssen); *see generally* https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization#coviddrugs; Dooling K, McClung N, Chamberland M, et al. *The Advisory Committee on Immunization Practices' Interim Recommendation for Allocating Initial Supplies of COVID-19 Vaccine — United States*, 2020. MMWR Morb Mortal Wkly Rep 2020;69:1857-1859. DOI: http://dx.doi.org/10.15585/mmwr.mm6949e1. In May 2021, adolescents 12 to 15 years old became eligible to receive COVID-19 vaccines. Wallace M, Woodworth KR, Gargano JW, et al. *The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine in Adolescents Aged 12–15 Years — United States, May 2021*. MMWR Morb Mortal Wkly Rep 2021;70:749–752. DOI: http://dx.doi.org/10.15585/mmwr.mm7020e1.

[54] U.S. Food and Drug Administration, *Emergency Use Authorization*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization#coviddrugs (last accessed Mar. 30, 2022).

SAR0129

result before boarding a flight to the United States;[55] CDC subsequently expanded the predeparture testing requirement to air passengers departing to the United States from any foreign country.[56] Due to the inherent risk of transmission of COVID-19 in the travel context,[57] CDC also issued an Order requiring face masks to be worn while on conveyances traveling into, within, or out of the United States and at U.S. transportation hubs.[58] Based on developments with respect to variants and the continued spread of COVID-19, the U.S. government expanded the list of countries from which entry into the United States was limited.[59] CDC also announced a Conditional Sailing Order framework under which cruise ships could resume passenger operations only after meeting stringent public health mitigation measures, such as frequent testing of crew members.[60]

In October 2020, following the promulgation of the Final Rule for 42 C.F.R. § 71.40,[61] CDC published a new Order under 42 U.S.C. §§ 265 and 268 and the regulation suspending the right to introduce certain covered persons into the United States.[62] As with all prior CDC Orders, the October Order applied to "covered aliens," which included certain SA, FMU, and UC seeking entry into the United States without valid travel documents and provided certain exceptions, including a case-by-case exception to be applied by CBP officers with supervisor approval upon a determination that an individual should be excepted from application of the Order based on the totality of the circumstances, including consideration of significant law enforcement, officer and public safety, humanitarian, and public health interests. The October Order was the subject of litigation regarding its application to both FMU and UC.[63]

---

[55] *CDC to Require Negative COVID-19 Test for Air Travelers from the United Kingdom to the U.S.*, Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2020/s1224-CDC-to-require-negative-test html (Dec. 24, 2020).

[56] *See* 86 Fed. Reg. 7387 (Jan. 26, 2021).

[57] CDC has issued orders and guidance focusing on the "travel context," which encompasses both conveyances and transportation hubs, because these are locations where large numbers of people may gather and physical distancing can be difficult. Furthermore, many people need to take public transportation for their livelihoods. Passengers (including young children) may be unvaccinated and some on board, including personnel operating the conveyances or working at the transportation hub, may have underlying health conditions that cause them to be at increased risk of severe illness (i.e., those who might not be protected by vaccination because of weakened immune systems). Such people may not have the option to disembark or relocate to another area of the conveyance. Transportation hubs are also places where people depart to different geographic locations, both across the United States and around the world. Therefore, an exposure in a transportation hub can have consequences to many destination communities if people become infected after they travel. *See Requirement for Face Masks on Public Transportation Conveyances and at Transportation Hubs*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/travelers/face-masks-public-transportation html (updated Feb. 25, 2022).

[58] *Id.*

[59] This included restrictions and suspension of entry of noncitizens (immigrants and nonimmigrants) who were present within the European Schengen Area, the United Kingdom (excluding overseas territories outside of Europe), the Republic of Ireland, the Federative Republic of Brazil, the Republic of South Africa, and the Republic of India in the 14-day period prior to attempted entry. *See* Proclamation 10143 (Jan. 25, 2021), 86 Fed. Reg. 7467 (Jan. 28, 2021) (regarding the Schengen Area of Europe, the United Kingdom, the Republic of Ireland, the Federative Republic of Brazil, and the Republic of South Africa); Proclamation 10199 (Apr. 30, 2021), 86 Fed. Reg. 24297 (May 6, 2021) (regarding the Republic of India).

[60] *See* 86 Fed. Reg. 59720 (Oct. 28, 2021). The Order was extended in April, May, and October 2021.

[61] *See* 85 Fed. Reg. 56424 (Sept. 11, 2020).

[62] Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable Communicable Disease Exists, 85 Fed. Reg. 65806 (Oct. 16, 2020).

[63] For example, on November 18, 2020, the United States District Court for the District of Columbia preliminarily enjoined the U.S. government from expelling UC pursuant to the October 2020 Order. *PJES v. Mayorkas*, No. 1:20–cv–02245 (D.D.C.), Dkt. Nos. 79–80. While prohibited from expelling UC, the U.S. government worked to create solutions for the appropriate care of UC pursuant to regular immigration authorities. On Friday, January 29, 2021, the United States Court of Appeals for the District of Columbia Circuit granted a stay pending appeal of the District Court's preliminary injunction (*PJES v. Mayorkas*, No. 20–5357, Doc. No. 1882899), thereby permitting CDC and DHS to resume enforcement of the

SAR0130

### 4.  Fourth Wave – Delta Variant – June to October 2021

The COVID-19 pandemic's fourth wave lasted from June to October 2021 and was characterized by the spread of the Delta variant in the United States; during this period the United States experienced 9.8 million cases (15% of cumulative cases) and over 179,000 deaths (9% of cumulative deaths).[64] Vaccines were widely available during the fourth wave and uptake rose slightly throughout this period.[65]

Given the predictable global spread of the virus, the effectiveness of COVID-19 vaccines, and the rising availability of COVID-19 vaccines globally, and recognizing the need to allow the domestic and global economy to continue recovering from the effects of the pandemic, the President issued a Proclamation reflecting the United States' desire to move away from the country-by-country restrictions previously applied during the COVID-19 pandemic and to adopt an air travel policy that relies primarily on vaccination to advance the safe resumption of international air travel to the United States.[66] The Proclamation was followed by a suite of travel-related mitigation measures.[67] Even as available mitigation measures allowed the U.S. government to shift its pandemic approach in the travel context, the country continued to see a surge in COVID-19 cases caused by the Delta variant necessitating different measures in non-travel contexts. For example, as a result, the CDC Director extended the aforementioned eviction moratorium[68] for persons in counties experiencing substantial or high rates of transmission.[69]

During the fourth wave, CDC also issued the July Exception excepting UC from the October 2020 Order, which followed CDC's decision in January 2021 to temporarily except UC from expulsion pending a public health reassessment of the October Order.[70] The October 2020 Order was subsequently replaced by the August Order under 42 U.S.C. §§ 265 and 268 and 42 C.F.R. § 71.40, which fully incorporated the July Exception. The August Order explained why the mitigation measures specific to UC and discussed in the July Exception were not available to SA and FMU and, thus, why the August Order applied only to SA and FMU.[71] As with many of the other actions taken by the U.S. government

---

October Order and immediately expel UC. On January 30, 2021, CDC exercised its discretion to temporarily except UC from expulsion pending the outcome of its public health reassessment of the October Order. *See* 86 Fed. Reg. 9942 (Feb. 17, 2021).

[64] Per internal CDC calculations.

[65] *Trends in Number of COVID-19 Vaccinations in the US*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#vaccination-trends (last updated Mar. 29, 2022).

[66] *See* Proclamation 10294 (Oct. 25, 2021), 86 Fed. Reg. 59603 (Oct. 28, 2021) (terminating the suspension of entry into the United States regarding the People's Republic of China, the Republic of Iran, the Schengen Area of Europe, the United Kingdom and Republic of Ireland, the Federative Republic of Brazil, the Republic of South Africa, and the Republic of India).

[67] Including amending the *Requirement for Proof of Negative COVID-19 Test or Recovery from COVID-19 for All Air Passengers Arriving in the United States* (https://www.cdc.gov/quarantine/fr-proof-negative-test html) to shorten the time window for predeparture testing to one day for air passengers who were not fully vaccinated against COVID-19; *Order Requiring Airlines to Collect Contact Information for All Passengers Arriving into the United States* (https://www.cdc.gov/quarantine/order-collect-contact-info html), and the *Order Implementing Presidential Proclamation on Safe Resumption of Global Travel During the COVID-19 Pandemic*, which required all non-U.S.-citizen, non-immigrants, with limited exceptions, traveling to the United States by air to be fully vaccinated against COVID-19 and show proof of vaccination (https://www.cdc.gov/quarantine/order-safe-travel.html).

[68] *See* 85 Fed. Reg. 55292, (Sept. 4, 2020).

[69] *See* 86 Fed. Reg. 43244, (Aug. 6, 2021).

[70] *See supra* note 63.

[71] 86 Fed. Reg. 42828, 42837-38.

SAR0131

during this wave, the August Order was predicated, in part, on the significant increase in community transmission levels brought forth by the Delta variant.

### 5. Fifth Wave – Omicron Variant – November 2021 to March 2022

The highly infectious SARS-CoV-2 variant B.1.1.529 (Omicron) is responsible for the currently receding fifth wave of the pandemic. The fifth wave resulted in an extraordinary and unparalleled increase in COVID-19 cases around the world.[72] Although the emergence of the Omicron variant resulted in the highest reported numbers of cases and hospitalizations during the pandemic, disease severity indicators, including hospital length of stay, intensive care unit admissions, and deaths, remained lower than during previous pandemic waves.[73] As a result of the Omicron surge, the United States experienced almost 24 million cases (36% of cumulative cases); given this volume of cases, however, the resulting number of deaths in the United States (163,000 deaths, or 9% of cumulative deaths) was comparatively small.[74] Vaccination efforts continued across the country during this fifth wave and were expanded to include children aged 5 to 11 years.[75] Despite breakthrough cases due to Omicron, vaccines continued to provide substantial protection against severe illness, hospitalizations, and deaths due to COVID-19.[76]

Although the COVID-19 public health emergency continues,[77] scientific understanding about the epidemiology of COVID-19 and its variants as well as the effectiveness of pharmaceuticals and nonpharmaceutical interventions have substantially expanded, allowing the U.S. government and CDC to transition to a more narrowly tailored set of tools to prevent and control the spread of the SARS-CoV-2 virus and COVID-19. The U.S. government continues to pivot away from country-specific measures. Following the temporary issuance of country-based restrictions as Omicron emerged,[78] all country-based

---

[72] Omicron was first reported to the World Health Organization (WHO) by South Africa on November 24, 2021; on November 26, 2021, WHO designated it a Variant of Concern (VOC). On November 30, 2021, the U.S. also decided to classify Omicron as a VOC. This decision was based on a number of factors, including detection of cases attributed to Omicron in multiple countries, even among persons without travel history, transmission and replacement of Delta as the predominant variant in South Africa, changes in the spike protein of the virus, and concerns about potential decreased effectiveness of vaccination and treatments.

[73] Iuliano AD, Brunkard JM, Boehmer TK, et al. *Trends in Disease Severity and Health Care Utilization During the Early Omicron Variant Period Compared with Previous SARS-CoV-2 High Transmission Periods — United States, December 2020–January 2022*. MMWR Morb Mortal Wkly Rep. ePub: 25 January 2022. DOI: http://dx.doi.org/10.15585/mmwr.mm7104e4; *see also supra* note 26.

[74] Per internal CDC calculations.

[75] Woodworth KR, Moulia D, Collins JP, et al. *The Advisory Committee on Immunization Practices' Interim Recommendation for Use of Pfizer-BioNTech COVID-19 Vaccine in Children Aged 5–11 Years — United States, November 2021*. MMWR Morb Mortal Wkly Rep 2021;70:1579–1583. DOI: http://dx.doi.org/10.15585/mmwr mm7045e1.

[76] *Omicron Variant: What You Need to Know*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html (updated Feb. 2, 2022). *See also* Tenforde MW, Self WH, Gaglani M, et al. *Effectiveness of mRNA Vaccination in Preventing COVID-19–Associated Invasive Mechanical Ventilation and Death — United States, March 2021–January 2022*. MMWR Morb Mortal Wkly Rep. ePub: 18 March 2022. DOI: http://dx.doi.org/10.15585/mmwr.mm7112e1.

[77] The public health emergency determination has been renewed by the Secretary of HHS at 90-day intervals since January 2020, most recently on January 14, 2022. *See Renewal of Determination That A Public Health Emergency Exists*, Office of the Assistant Secretary for Preparedness and Response, https://aspr.hhs.gov/legal/PHE/Pages/COVID19-14Jan2022.aspx (last visited Mar. 9. 2022).

[78] Those restrictions included suspending entry into the United States of immigrants or nonimmigrants who were physically present within eight southern African countries during the 14-day period preceding their entry or attempted entry into the United States. *See* Proclamation 10315 (Nov. 26, 2021), 86 Fed. Reg. 68385 (Dec. 1, 2021).

SAR0132

restrictions were later lifted by the President, as recommended by CDC.[79] Based on an increasing body of evidence, CDC recommended that everyone be vaccinated and remain up to date with vaccines, including boosters for those eligible.[80] As more information about the Omicron variant and vaccine effectiveness became available, CDC calibrated its mitigation measures in accordance with the epidemiology of the virus and the different characteristics of the predominant variants. This included shortening the recommended duration of quarantine and isolation for most members of the general public in community settings[81] and also shortening the timeframe for its COVID-19 testing requirements for all air passengers boarding flights to the United States.[82] DHS also required that all inbound non-citizen, non-lawful permanent residents traveling to the United States via land POE—whether for essential or non-essential reasons—must provide proof of full COVID-19 vaccination status upon request.[83] These refinements in policy reflect CDC's increased understanding of the science and its desire to tailor mitigation measures so that they are no more burdensome than necessary. The ability of CDC to be responsive to the public health landscape and adjust such measures up and down is critical to successfully fighting the pandemic.

During the fifth wave of the pandemic and as specified in the August Order, CDC reviewed the public health rationale underlying the need for the Order every 60 days. By the time of the second reassessment in late November 2021 the public health situation with respect to COVID-19 was improving. However, the sudden emergence of the Omicron variant led CDC to find that the August Order continued to be necessary. Because case numbers remained historically high in January, CDC's third public health reassessment determined that the need for the August Order remained.

## B.    Current Status of the COVID-19 Pandemic

As a result of the Omicron variant, the United States recorded its highest seven-day moving average number of cases on January 15, 2022.[84] Following this unprecedented peak, however, the number of COVID-19 cases in the United States began to rapidly decrease, falling by over 95% as of

---

[79] *See* Proclamation 10329 (Dec. 28, 2021), 87 Fed. Reg. 149 (Jan. 3, 2022) (terminating Proclamation 10315 regarding eight southern African countries).

[80] A person is considered up to date after receiving all recommended COVID-19 vaccines, including any booster dose(s) when eligible, *Stay Up to Date with Your Vaccines*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/stay-up-to-date.html (issued Jan. 2022, updated Mar. 22, 2022).

[81] *CDC Updates and Shortens Recommended Isolation and Quarantine Period for General Population*, Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2021/s1227-isolation-quarantine-guidance.html (Dec. 27, 2021). Specifically, the length of isolation period for the general public was shortened to five days, followed by five days of wearing a well-fitting mask. *See also What We Know About Quarantine and Isolation*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/quarantine-isolation-background html (updated Feb. 25, 2022).

[82] *Requirement for Proof of Negative COVID-19 Test or Recovery from COVID-19 for All Air Passengers Arriving in the United States,* updating COVID-19 testing requirements (available at https://www.cdc.gov/quarantine/pdf/Amended-Global-Testing-Order_12-02-2021-p.pdf). All air passengers two years or older with a flight departing to the United States from a foreign country starting on December 6, 2021, are required show a negative COVID-19 viral test result taken no more than one day before travel, or documentation of having recovered from COVID-19 in the past 90 days, before they board their flight. This requirement remains in place.

[83] *See* 87 Fed. Reg. 3429 (Jan. 24, 2022) (applying restrictions to the U.S.-Canada border) and 87 Fed. Reg. 3425 (applying restrictions to the U.S.-Mexico border).

[84] *See supra* note 24, citing a seven-day moving average of 806,324 cases on January 15, 2022 (last updated Mar. 29, 2022).

SAR0133

March 30, 2022.[85] After a brief period of continued increases,[86] deaths and hospitalizations also reversed course and began a swift descent.[87] Even at their peaks, however, the number of deaths and hospitalizations during Omicron were substantially lower than would have been expected from previous waves, based on the case counts. These welcomed changes were due, in part, to widespread population immunity[88] and a generally lower overall risk of severe disease due to the nature of the Omicron variant.

As the overall COVID-19 case count decreases, CDC has observed an increased percentage of cases due to a newly detected subvariant of Omicron, BA.2. As of March 24, 2022, the BA.2 subvariant is estimated to represent approximately 54.9% of sequenced cases in the United States.[89] Experts do not expect this subvariant to lead to a large surge in cases or hospitalizations, due in part to the levels of immunity provided by other Omicron subvariants (B.1.1.529 and BA.1.1) and by vaccination. Should COVID-19 cases show signs of potentially straining the U.S. healthcare system in the future, CDC's Community COVID-19 Levels framework described below better equips the country to swiftly respond.

As the waves of the pandemic have surged and ebbed, so too have actions the U.S. government has taken in response to the pandemic. While earlier phases of the pandemic required extraordinary actions by the government and society at large, epidemiologic data, scientific knowledge, and the availability of public health mitigation measures, vaccines, and therapeutics have permitted the country to safely transition to more normal routines.[90] As part of that transition, CDC is also shifting to more nuanced and narrowly tailored guidance that provides a less burdensome means of preventing and controlling the SARS-CoV-2 virus and COVID-19.

---

[85] *Id.* (noting a peak of 806,324 seven-day moving average number of cases to 26,190 seven-day moving average number of cases on March 29, 2022).

[86] *COVID Data Tracker Weekly Review: Stay Up to Date – Interpretive Summary for Jan. 28, 2022*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/01282022.html (Jan. 28, 2022).

[87] *See New Admissions of Patients with Confirmed COVID-19, United States*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#new-hospital-admissions (last updated Mar. 28, 2022); *see also supra* note 24, noting a peak of 4,172 seven-day moving average number of deaths declining to 644 seven-day moving average number of deaths on March 29, 2022.

[88] In addition to vaccine-induced immunity, studies have consistently shown that infection with SARS-CoV-2 lowers an individual's risk of subsequent infection and an even lower risk of hospitalization and death. National estimates of both vaccine- and infection-induced antibody seroprevalence have been measured among blood donors; as of December 2021, these measures demonstrated 94.7% of persons 16 years and older showed antibody seroprevalence for COVID-19. *Science Brief: Indicators for Monitoring COVID-19 Community Levels and Making Public Health Recommendations*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/indicators-monitoring-community-levels.html (updated Mar. 4, 2022); *Nationwide COVID-19 Infection- and Vaccination-Induced Antibody Seroprevalence (Blood donations)*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#nationwide-blood-donor-seroprevalence (last updated Feb. 18, 2022).

[89] *Variant Proportions*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#variant-proportions (showing data for the week ending March 26, 2022).

[90] *Transcript for CDC Media Telebriefing: Update on COVID-19*, Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2022/t0225-covid-19-update.html (Feb. 25, 2022). COVID-19 vaccines are highly effective against severe illness and death. Widespread uptake of these vaccines, coupled with higher rates of infection-induced immunity at the population level, as well as the broad availability of mitigation measures and effective therapeutics have moved the pandemic to a different phase. *See also State of the Union Address*, https://www.whitehouse.gov/state-of-the-union-2022/ (Mar. 1, 2022).

SAR0134

1. **Community COVID-19 Levels**

During the first four waves of the pandemic, CDC relied on a formula to calculate community transmission levels and update COVID-19 prevention strategies.[91] These indicators reflected the goal of limiting transmission as vaccine availability increased.[92] The CDC Director examined these indicators in conducting the public health assessment for the August Order.[93]

The COVID-19 pandemic has shifted to a new phase, however, due to the widespread uptake of highly effective COVID-19 vaccines, the accrual of high rates of vaccine- and infection-induced immunity at the population level, and the availability of effective therapeutics, testing, and masks or respirators.[94] As a result, CDC released a new framework in February 2022, "COVID-19 Community Levels," reflecting a shift in focus from eliminating SARS-CoV-2 transmission toward disease control and healthcare system protection.[95] This new framework examines three currently relevant metrics for each U.S. county: new COVID-19 hospital admissions per 100,000 population in the past seven days, the percent of staffed inpatient beds occupied by patients with COVID-19, and total new COVID-19 cases per 100,000 population in the past seven days.[96] CDC determined that data on disease severity and healthcare system strain complement case rates, and that these data together are more informative for public health recommendations for individual, organizational, and jurisdictional decisions than data on community transmission rates alone.[97] This comprehensive approach to assessing COVID-19 Community Levels can inform decisions about layered COVID-19 prevention strategies, including testing and masking to reduce medically significant disease and limit strain on the healthcare system and other societal functions.[98]

Using these data, the COVID-19 Community Levels for each county are classified as low, medium, or high. CDC recommends using county COVID-19 Community Levels to help determine which mitigation measures should be implemented within a community.[99] As of March 31, 2022, 94.9% of U.S. counties are classified at the low COVID-19 Community Level, 4.5% of U.S. counties are classified at the medium COVID-19 Community Level; only 0.5% of U.S. counties are classified at the

---

[91] In September 2020, CDC released the Indicators of Community Transmission framework, which incorporated two metrics to define community transmission: total new cases per 100,000 persons in the past seven days, and percentage of Nucleic Acid Amplification Test results that are positive during the past seven days. CDC also encouraged local decision-makers to also assess the following factors, in addition to levels of SARS-CoV-2, to inform the need for layered prevention strategies across a range of settings: health system capacity, vaccination coverage, capacity for early detection of increases in COVID-19 cases, and populations at risk for severe outcomes from COVID-19. *See* Christie A, Brooks JT, Hicks LA, et al. *Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission Levels and Vaccination Coverage*. MMWR Morb Mortal Wkly Rep. ePub: 27 July 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7030e2.

[92] *Id.*

[93] *Supra* note 1.

[94] *Supra* note 88.

[95] *Indicators for Monitoring COVID-19 Community Levels and Implementing Prevention Strategies*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/downloads/science/Scientific-Rationale-summary_COVID-19-Community-Levels_2022.02.23.pptx (Feb. 23, 2022).

[96] New COVID-19 admissions and the percent of staffed inpatient beds occupied represent the current potential for strain on the health system, while data on new cases acts as an early warning indicator of potential increases in health system strain in the event of a COVID-19 surge. Community vaccination coverage and other local information, like early alerts from surveillance, such as through wastewater or the number of emergency department visits for COVID-19, when available, can also inform decision making for health officials and individuals. *Supra* note 20.

[97] *Supra* note 88.

[98] *Id.*

[99] *See supra* note 20.

14

high COVID-19 Community Level.[100] Furthermore, 97.1% of the U.S. population lives in counties classified as "low," 2.5% live in counties classified as "medium," and 0.4% live in counties classified as "high."[101]

## 2. Healthcare Systems and Resources

With the ebb of the fifth wave, the number of new hospital admissions of patients with confirmed COVID-19 has similarly receded. Daily new hospitalization admissions peaked with 154,696 daily new admissions on January 15, 2022. The large number of cases in a very short time led to a high volume of hospitalizations that strained some local healthcare systems and, in some instances, impacted care for non-COVID-19-related concerns.[102] Despite this high volume of COVID-19 cases and hospitalizations, COVID-19 cases caused by the Omicron variant were, on average, less severe.[103]

The observed reduction in severity of COVID-19 cases and ongoing effective use of pharmaceutical interventions make it possible to minimize medically significant disease and prevent excessive strain on the healthcare sector, even with the occurrence of SARS-CoV-2 transmission.[104] Accordingly, at this stage of the pandemic, data on disease severity and healthcare system strain complement case rates and result in a more comprehensive approach to assessing COVID-19 Community Levels.

## 3. Mitigation Measures

Effective public health mitigation measures have contributed to the vast majority of the U.S. population living in a county identified by CDC as having either a "low" or "medium" COVID-19 Community Level. In addition to earlier public health measures, such as masking and physical distancing, the development and widespread deployment of COVID-19 tests, vaccines, and therapeutics have greatly reduced the transmission of the virus and severity of the disease throughout the United States and provided a new understanding of how prevention measures may be used to minimize the impact of COVID-19 on health and society.[105] These measures and the resulting current status of the COVID-19 pandemic are a major factor in CDC's determination that the Orders issued under the authorities of 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 suspending the right to introduce certain persons into the United States are no longer necessary to protect the public health.

### a. Test Availability

Testing continues to be an essential part of COVID-19 mitigation due to the potential for asymptomatic and pre-symptomatic transmission. Compared to earlier in the pandemic, COVID-19 tests are widely available in the United States. During January 2022, Americans had access to over 480

---

[100] *COVID-19 Integrated County View,* Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#county-view?list_select_state=all_states&list_select_county=all_counties&data-type=CommunityLevels&null=CommunityLevels  (last updated Mar. 31, 2022); *see also infra* note 152.

[101] Per internal CDC calculations.

[102] *Supra* note 73.

[103] *Id*.

[104] *Supra* note 88.

[105] *See COVID Data Tracker Weekly Review: Interpretive Summary for March 4, 2022*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/03042022.html (Mar. 4, 2022), indicating that the whole community can be safe only when [everyone] take[s] steps to protect each other, even when the COVID-19 Community Level is low or medium.

SAR0136

million at-home tests in addition to rapid point of care and laboratory tests.[106] With the additional testing capacity available through antigen tests, rapid testing can be implemented to identify infected persons for isolation and identification of close contacts for quarantine and testing if indicated.[107]

Testing is also particularly helpful in congregate settings, where testing facility residents and personnel can help facilitate early identification of increased infection rates and prompt mitigation actions to help avoid strain on facility operations.[108] CDC recommends broad use of COVID-19 tests among facility workforces and within the larger community; such workforce testing may decrease the necessity for testing residents in congregate settings.

### b. Vaccines and Boosters

Since August 2021, the scientific community has made significant strides in the development and distribution of COVID-19 vaccines, including booster shots. When the August Order was issued, three COVID-19 vaccines were authorized by the U.S. Food and Drug Administration (FDA) for emergency use and recommended for all people 12 years of age and up. While the daily count of total COVID-19 vaccine doses administered across the United States has plateaued, the cumulative number of people protected by COVID-19 vaccination has grown since the August Order.[109] As of March 30, 2022, over 209 million people in the United States 12 years of age or older (73.9% of the population 12 years or older) have been fully vaccinated and over 245 million people in the United States 12 years or older (86.6%) have received at least one dose.[110] To address concerns with potential waning immunity,[111] booster shots are now recommended for all adults ages 18 years and older.[112] As of March 30, 2022, 48.3% of fully vaccinated individuals 18 years and older in the United States have also received a booster dose.[113]

Since the August Order, eligibility for COVID-19 vaccines has expanded to include children ages five to 11.[114] Children ages six months through four years may soon become eligible for a COVID-

---

[106] Testing is available for free at 21,500 locations around the country. *See supra* note 21.

[107] *See* COVID-19 Testing and Diagnostics Working Group (TDWG). U.S. Department of Health and Human Services, https://www.hhs.gov/coronavirus/testing/testing-diagnostics-working-group/index.html (last visited Mar. 31, 2022) (defining the role of the COVID-19 TDWG, which develops testing-related guidance and provides targeted investments to expand the available testing supply and maximize testing capacity).

[108] *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html#Strategies (updated Feb. 15, 2022).

[109] *Supra* note 65.

[110] In comparison, as of July 28, 2021, over 163 million people in the United States (57.6% of the population 12 years or older) had been fully vaccinated and over 189 million people in the United States (66.8% of the population 12 years or older) had received at least one dose. *Id.*; *see also COVID-19 Vaccinations in the United States*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#vaccinations (last updated Mar. 30, 2022).

[111] Thompson MG, Natarajan K, Irving SA, et al. *Effectiveness of a Third Dose of mRNA Vaccines Against COVID-19– Associated Emergency Department and Urgent Care Encounters and Hospitalizations Among Adults During Periods of Delta and Omicron Variant Predominance — VISION Network, 10 States, August 2021–January 2022*. MMWR Morb Mortal Wkly Rep 2022;71:139–145. DOI: http://dx.doi.org/10.15585/mmwr.mm7104e3.

[112] *CDC Expands Eligibility for COVID-19 Booster Shots to All Adults*, Centers for Disease Control and Prevention, https://www.cdc.gov/media/releases/2021/s1119-booster-shots.html (released Nov. 19, 2021). *See also* COVID-19 Vaccine Booster Shots, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/booster-shot.html (updated Feb. 2, 2022).

[113] *See supra* note 112 (citing data as of Mar. 30, 2022). Additionally, 46.5% of fully vaccinated individuals 12 years of age and older in the United States have received a booster dose.

[114] *See supra* note 75.

SAR0137

19 vaccine; CDC is working with state and local jurisdictions for the eventual rollout of this critical product.[115] Improving COVID-19 vaccination coverage among children and adolescents is crucial to maintaining low rates of COVID-19-associated morbidity and mortality among these groups and ensuring a safe and expedited return to normal routines for everyone.[116]

Vaccines, including boosters, continue to be the single most important public health tool for fighting COVID-19 and CDC recommends that all people get vaccinated as soon as they are eligible and stay up to date on vaccinations.[117] Evidence shows that people who have completed the primary COVID-19 vaccination series, and received a booster when eligible, are at substantially reduced risk of severe illness and death from COVID-19; in contrast, the cumulative rate of COVID-19-associated hospitalizations is substantially higher in unvaccinated adults than in those who are up to date on COVID-19 vaccines.[118] Therefore, vaccines, including booster doses when appropriate, provide a substantial measure of protection against COVID-19-associated hospitalization and severe disease, including from the Omicron variant.[119] The increased percentage of individuals who are not only vaccinated but have also received a booster—which was not available at the time of the August Order—strengthens community protection levels and is a critical step toward resuming normal routines safely.

The availability of COVID-19 vaccines globally has also increased dramatically since the August Order.[120] On August 2, 2021, only 29% of the world had received at least one dose of a COVID-19 vaccine, with 12% being fully vaccinated.[121] As of March 30, 2022, 64.9% of the world population has received at least one dose of a COVID-19 vaccine and 57% of the global population is fully vaccinated with a primary vaccine series.[122] Fighting COVID-19 abroad is key to the nation's effort to protect people at home and stay ahead of new variants; therefore, the United States remains committed to accelerating global vaccination efforts.[123]

---

[115] *COVID-19 Vaccination for Children*, Centers for Disease Control and Prevention, https://www.cdc.gov/vaccines/covid-19/planning/children.html (last reviewed Dec. 9, 2021).

[116] *See generally* Murthy BP, Zell E, Saelee R, et al. *COVID-19 Vaccination Coverage Among Adolescents Aged 12–17 Years — United States, December 14, 2020–July 31, 2021*. MMWR Morb Mortal Wkly Rep 2021;70:1206–1213. DOI: http://dx.doi.org/10.15585/mmwr.mm7035e1.

[117] *COVID-19 Vaccines Work*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness/work.html (updated Dec. 23, 2021). *See also supra* note 111, attributing decline of vaccine effectiveness to waning vaccine induced immunity over time, possible increased immune evasion by SARS-CoV-2 variants, or a combination of these and other factors and finding that receiving a booster shot was highly effective at preventing COVID-19-associated emergency department and urgent care encounters and preventing COVID-19-associated hospitalizations). *See also Stay Up to Date with Your Vaccines*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/stay-up-to-date.html (updated Mar. 30, 2022), a person is considered up to date after receiving all recommended COVID-19 vaccines, including any booster dose(s) when eligible. *See also infra* I.B.5.

[118] This pattern applies to all age groups but is most pronounced among adults aged 65 years and older, who are at increased risk for hospitalization and death.

[119] A recent CDC study found that among people hospitalized with COVID-19, severe outcomes during the Omicron wave appear lower than during previous high transmission waves. *COVID Data Tracker Weekly Review: Boosters Work – Interpretive Summary for Feb. 11, 2022*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/past-reports/02112022.html.

[120] *Coronavirus disease (COVID-19): Vaccine access and allocation*, World Health Organization, https://www.who.int/news-room/questions-and-answers/item/coronavirus-disease-(covid-19)-vaccine-access-and-allocation (Aug. 6, 2021).

[121] *Coronavirus (COVID-19) Vaccinations*, Our World in Data, https://ourworldindata.org/covid-vaccinations#what-share-of-the-population-has-received-at-least-one-dose-of-the-covid-19-vaccine (updated Mar. 30, 2022).

[122] *Id.*

[123] *See supra* note 21.

17

### c. *Treatments*

Compared to August 2021, treatments for COVID-19 are more widely available. Although monoclonal antibodies were available in August 2021 and some continue to be effective and were widely used during the Omicron wave, such treatments must be administered by infusion and are cumbersome to administer. The FDA has issued emergency use authorizations (EUA) for a number of treatments for COVID-19 for people at high risk of COVID-19 disease progression, some of which were developed after August 2021.[124] In February 2022, FDA issued an EUA for a new monoclonal antibody that is specifically effective in combatting the Omicron variant.[125] FDA has also authorized oral antiviral medications that target the SARS-CoV-2 virus.[126] The U.S. government has expedited the development, manufacturing, and procurement of these treatments, securing 20 million courses of antiviral pills, which have been shown to reduce the risk of hospitalization or death by 89%.[127] The availability of efficacious and accessible treatments add a powerful layer of protection against severe COVID-19 that was not available in the summer of 2021.[128] The U.S. government's commitment to making such medications available and the ability to produce variant-specific treatments are critical components of the next phase of the fight against COVID-19.

## 4. Congregate Settings

As highlighted in the August Order, the very nature of congregate settings increases the risk for COVID-19 outbreaks.[129] Now, however, numerous non-pharmaceutical and pharmaceutical interventions are available to decrease the spread and severity of COVID-19 in these settings.[130] Throughout the pandemic, congregate settings have adapted processes to mitigate COVID-19 risk, including incorporating mask use, improving ventilation, enhancing cleaning and disinfection procedures, and connecting people to medical care. Current CDC guidance for correctional and detention facilities recommends that certain key mitigation measures, including provision of vaccinations and use of standard infection controls remain in place at all times.[131] In addition, facilities

---

[124] *Treatments Your Healthcare Provider Might Recommend if You Are Sick*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/your-health/treatments-for-severe-illness.html (updated Jan. 13, 2022), noting monoclonal antibody treatments may help the immune system recognize and respond more effectively to the virus.

[125] *FDA News Release: Coronavirus (COVID-19) Update: FDA Authorizes New Monoclonal Antibody for Treatment of COVID-19 that Retains Activity Against Omicron Variant*, U.S. Food and Drug Administration, https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-new-monoclonal-antibody-treatment-covid-19-retains (Feb. 11, 2022).

[126] *See supra* note 124.

[127] *See supra* note 21. The availability of new oral antiviral medications makes treatment more accessible to patients who are at risk for progression to severe COVID-19, *see FDA News Release: Coronavirus (COVID-19) Update: FDA Authorizes First Oral Antiviral for Treatment of COVID-19*, U.S. Food and Drug Administration, https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-first-oral-antiviral-treatment-covid-19 (Dec. 22, 2022).

[128] *Id*. Antiviral pills will also be added to the stockpile for the first time.

[129] *See supra* note 44, explaining preventing coronavirus disease 2019 (COVID-19) in correctional and detention facilities can be challenging because of population-dense housing, varied access to hygiene facilities and supplies, and limited space for isolation and quarantine.

[130] *See supra* note 108.

[131] *Id.* CDC recommends facilities should maintain, at all times, the following aspects of standard infection control, monitoring, and capacity to respond to cases of COVID-19: (1) provide COVID-19 vaccination, including boosters; (2) maintain standard infection control; (3) maintain SARS-CoV-2 testing strategies; (4) prevent COVID-19 introduction from the community; and (5) prepare for outbreaks.

SAR0139

are encouraged to identify their own risk levels and apply additional mitigation measures as necessitated by local conditions.[132]

Rather than requiring physical distancing to be kept in place at all times, CDC's congregate settings guidance allows such measures to be scaled up or down based on local data trends and facility characteristics.[133] Because case counts and hospitalizations are decreasing in most areas of the country, many correctional and detention facilities are resuming certain activities that had previously been paused to facilitate physical distancing, signaling the resumption of more normal operations for many congregate settings.[134]

## 5. DHS Mitigation Measures

It is CDC's understanding that DHS facilities incorporate some of the recommended COVID-19 mitigation measures for congregate settings into their protocols. In particular, CBP continues to implement a variety of mitigation measures based on the infection prevention strategy referred to as the hierarchy of controls, which includes engineering upgrades, masking for migrants, and PPE for its workforce.[135] Moreover, vaccine uptake among the CBP workforce has reached approximately 86% among personnel on the U.S.-Mexico border.

Of particular note, DHS has recently begun implementing a vaccination program for migrants processed under Title 8 immigration authorities and held in CBP facilities. The DHS vaccination program will apply to all age-appropriate migrants who lack legal status and are processed pursuant to Title 8 authorities; have entered the United States after crossing the Southwest Border; and are taken into DHS custody. DHS has conveyed to CDC that all such migrants who are unable to provide proof of vaccination with an FDA EUA- or WHO EUL-approved vaccine will be provided an initial dose of a COVID-19 mRNA vaccine. DHS began implementing their vaccination program at 11 sites on March 28, 2022. DHS is working to expand this program over the next two months and states that their goal is to provide vaccinations to up to 6,000 migrants a day across 27 sites across the Southwest Border by May 23, 2022.

In addition, since the August Order, the DHS Office of the Chief Medical Officer has worked with partners in local communities to move individuals safely out of CBP custody and through the appropriate Title 8 immigration procedures, as applicable to the individual noncitizens. Through these partnerships, DHS has supported state, local, tribal, and territorial partners and NGOs in developing robust COVID-19 testing and quarantine programs along the Southwest Border.

---

[132] Some congregate settings and detention facilities are resuming activities such as inter-facility transfers and detention of individuals for non-violent offenses, which has previously been paused due to the pandemic.

[133] *Id.* (Recommending that facilities develop and use metrics to guide modification of COVID-19 prevention measures using data on local trends and facility characteristics).

[134] Per information provided by DHS.

[135] These mitigation efforts include installing plexiglass dividers in facilities, enhancing ventilation systems, adhering to CDC guidance of cleaning and disinfection, and providing masks to migrants, as well as PPE to CBP personnel. These measures generally follow the infection prevention control referred to as the hierarchy of controls. *See Hierarchy of Controls*, Centers for Disease Control and Prevention, available at https://www.cdc.gov/niosh/topics/hierarchy/default.html (last visited Mar. 30, 2022). The hierarchy of controls is used as a means of determining how to implement feasible and effective control solutions. The hierarchy is outlined as: (1) Elimination (physically remove the hazard); (2) Substitution (replace the hazard); (3) Engineering Controls (isolate people from the hazard); (4) Administrative Controls (change the way people work); and (5) PPE (protect people with Personal Protective Equipment). CBP also continues to update the CBP Job Hazard Analysis and the CBP COVID toolkit based on the latest relevant public health guidance.

SAR0140

## II.     Public Health Determination

As the COVID-19 pandemic and public health landscape evolve, CDC reassesses the need for continued measures under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40, the authorities that support the CDC Orders.[136] This Public Health Determination and Termination is based upon the most recent science and data available to CDC. Based upon the data, CDC has determined that, although the implementation of the CDC Orders to reduce the numbers of noncitizens held in congregate settings in POEs and Border Patrol stations has been part of the layered COVID-19 mitigation strategy used over the past two years, less burdensome measures are now available to mitigate the introduction, transmission, and spread of COVID-19 resulting from the entry of covered noncitizens.

This Public Health Determination and Termination is the most recent step in CDC's continued efforts toward aligning the public health measures response to the COVID-19 pandemic with the best available science. Throughout the COVID-19 pandemic, CDC has taken a range of actions to help protect the public's health. These actions have been informed by the status of the pandemic based on the scientific and epidemiological information available at the time. The actions fall along a spectrum of restrictions on movement and activities in public. Some, like the masking order for conveyances, impact individuals but do not restrict movement; others, like the No Sail Order, apply to entire industries.

The CDC Orders issued under the authorities of 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 suspending the right to introduce certain persons into the United States are among the most restrictive measures CDC has undertaken in the fight against COVID-19. The U.S. government has only used the extraordinary authority available under 42 U.S.C. § 265 to restrict the introduction of persons in one instance prior to the COVID-19 pandemic—in 1929, in response to a meningitis outbreak.[137] During the earlier periods of the COVID-19 pandemic, while scientists were still learning about its epidemiology and developing therapeutics and vaccines, the CDC Orders were deemed necessary due to the rapid spread of the virus. As the understanding of the virus has grown and vaccines and therapeutics for the disease have become more widely available, lower COVID-19 Community Levels have been observed.

The August Order recognized the full panoply of mitigation measures available as key to slowing the spread of the virus and protecting U.S. healthcare systems while widespread vaccination efforts continued. Like other COVID-19 mitigation measures issued by CDC, the August Order was always intended as a temporary measure as understanding of the virus evolved. The scientific knowledge, availability of vaccines and therapeutics, and high percentage of the U.S. population living in a county identified as having "low" or "medium" COVID-19 Community Levels have permitted CDC to carefully step-down the various public health mitigation measures used. This step-down involves purposeful narrowing of some restrictions while terminating others when the public health need for and efficacy of the measures no longer outweigh the severity of the restriction. For example, CDC took the unprecedented step of halting cruise ship travel during the earliest phases of the pandemic, but permitted gradual resumption of cruises as the public health situation evolved.[138] Likewise, the United States has

---

[136] As noted above, CDC reviews the public health rationale underlying the need for the Order every 60 days.

[137] *See* 85 Fed. Reg. 56424, 56440-42 (noting that, despite passing the precursor to 42 U.S.C. § 265 during a cholera epidemic in 1893, the U.S. government did not exercise this authority until 1929).

[138] CDC issued the original No Sail Order on March 14, 2020, and a version of the order remained in place until October 29, 2020, when it was replaced with a Framework for Conditional Sailing which permitted a phased resumption of cruise ship operations as long as certain public health mitigation measures were met. This Framework for Conditional Sailing became non-binding for cruise ships in Florida by court order in July 2021 and was allowed to expire on January 15, 2022. The

SAR0141

transitioned from suspending the entry of persons traveling from specified countries[139] to a framework of CDC travel health notices and testing and proof of vaccination requirements[140] that allow for reopening global travel and migration while still implementing necessary mitigation measures. CDC believes that the restrictions remaining in place as part of the travel framework (e.g., proof of vaccination requirements for noncitizens entering the United States by air or land POE, and proof of a negative COVID-19 test result)[141] continue to be necessary and are appropriately balanced to minimize restrictions on individuals. CDC continually evaluates the need for these measures and is committed to tailoring them to meet the current public health needs. These careful step-downs have been driven by the evolution of the COVID-19 pandemic and scientific developments and are part of CDC's commitment to exercise its authorities in a manner that provides the greatest benefit for public health while imposing the minimum necessary burden on individuals and communities.

In the context of the CDC Orders issued under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40, this public health-driven step-down first narrowed implementation to except UC and then fully terminated the Orders with respect to UC once there was no longer public health justification for such a suspension. While the CDC Orders under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 provided an important measure to protect against the introduction, transmission, and spread of COVID-19 during earlier phases of the pandemic by reducing the number of noncitizens held in congregate settings, other public health measures are now available to provide necessary public health protection for noncitizens, Americans, and the DHS workforce.[142] CDC acknowledges that public health concerns may arise in congregate settings, including COVID-19 transmission. CDC has determined that, although there is still a risk of COVID-19 transmission in crowded congregate settings, including DHS facilities, that risk does not present a sufficiently serious danger to public health to necessitate maintaining the August Order. Furthermore, the mitigation measures available will help reduce severe outcomes and reduce the serious danger of introduction, transmission, and spread of COVID-19 into the United States by covered noncitizens.

Both at home and abroad, vaccination rates are increasing. Vaccination among the American public and the DHS workforce in particular has been largely successful and, as stated in the August Order, widespread vaccination of federal employees and personnel in congregate settings at POE and Border Patrol stations demonstrates important progress toward the normalization of border operations.[143] Since August 2021, vaccination rates in the countries of origin for the current majority of incoming

---

Framework was replaced by a voluntary program, CDC's COVID-19 Program for Cruise Ships, wherein cruise lines choosing to opt into the program are required to follow all recommendations and guidance as a condition of their participation in the program. *See Technical Instructions for CDC's COVID-19 Program for Cruise Ships Operating in U.S. Waters*, Centers for Disease Control and Prevention, https://www.cdc.gov/quarantine/cruise/management/technical-instructions-for-cruise-ships html#program-for-cruise-ships (last updated Mar. 18, 2022); *see also supra* notes 38, 49, and 60.

[139] *See supra* notes 35, 59, 66, 78, and 79.

[140] *See supra* note 67.

[141] *CDC Orders*, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/cdcresponse/laws-regulations html (updated Mar. 12, 2022).

[142] Since the August Order, the collection, production, and analysis of key COVID-19 response metrics has continued to expand. Advances in public health surveillance may enable officials and facilities (including congregate setting facilities) to rapidly institute necessary mitigation measures in the event of an outbreak. For example, CDC launched and is continually enhancing the National Wastewater Surveillance System to track the presence of SARS-CoV-2 in wastewater samples collected across the country. *See supra* note 21.

[143] CBP most recently reported vaccination rates between 75% and 91% among its U.S. Border Patrol and Office of Field Operations personnel.

21

noncitizens have also increased dramatically.[144] Such global increases in vaccination rates and infection-induced immunity provide additional layers of protection. As noted above, DHS is currently scaling up a program that provides vaccines to encountered noncitizens taken into CBP custody along the Southwest Border.[145] CDC is supportive of these efforts as a public health measure as they align with CDC's and the U.S. government's emphasis on global vaccination to fight COVID-19. Even if full COVID-19 vaccination cannot be assured, partial vaccination provides some level of protection against severe illness and hospitalization and helps maintain U.S. healthcare resources.[146]

The August Order also highlighted the threat posed by emerging variants and the potential for a future, vaccine-resistant variant, either of which could negatively impact U.S. communities and local healthcare resources.[147] Based in part on these threats, CDC concluded at that time that SA and FMU should continue to be subject to the August Order, pending further improvements in the public health situation, and subject to continual reassessment.[148] Since the August Order was implemented, public health officials have learned a great deal about variants and how best to respond to them. In response to Omicron, the U.S. government updated the National COVID-19 Preparedness Plan for monitoring COVID-19 to swiftly adapt tools to combat a new variant and deploy emergency resources to help communities.[149] The Plan includes steps to ensure that variant surveillance, vaccines, tests, and treatments can be updated and deployed quickly.[150]

At this point in the pandemic, the United States has high rates of vaccine and infection-induced immunity in the population, as well as availability of effective therapeutics, testing, and well-fitting masks. These tools, which have been developed and distributed over the past two years, help minimize medically significant disease and prevent excessive strain on the healthcare sector even while SARS-CoV-2 virus continues to circulate. As noted above, 97.1% of the U.S. population is currently living in an area classified as having a "low" COVID-19 Community Levels, meaning most of the population can operate under more relaxed COVID-19 mitigation strategies.[151] Noteworthy for purposes of this Determination, as of March 31, 2022, all 24 U.S. counties along the U.S.-Mexico border are classified as having a "low" COVID-19 Community Level.[152] Like prior CDC Orders, the August Order, issued

---

[144] Thus far in 2022, Mexico, Cuba, Guatemala, Honduras, and Nicaragua constitute the top five countries of origin for covered noncitizens. Rates of vaccination for each country are as follows: Cuba: 88% fully vaccinated, 94% only partly vaccinated; Guatemala: 33% fully vaccinated, 9.8% only partly vaccinated; Honduras: 47% fully vaccinated, 6% only partly vaccinated; Mexico: 61% fully vaccinated, 4.5% only partly vaccinated; Nicaragua: 61% fully vaccinated, 82% only partly vaccinated. *Coronavirus (COVID-19) Vaccinations*, Our World in Data, https://ourworldindata.org/covid-vaccinations (last visited Mar. 31, 2022).

[145] *See supra* I.B.5. CDC strongly supports broad vaccination at the Southwest Border in furtherance of public health, and will implement termination of the Order on May 23, 2022, in part to give DHS time to scale up its vaccination program. That said, given the current status of the pandemic and the range of mitigation measures currently in place and in the process of being implemented, CDC believes the serious risk to public health that the CDC Orders were intended to address has been sufficiently alleviated, even in the absence of complete implementation of the DHS vaccination program.

[146] As demonstrated by the U.S. government's experience with Operation Artemis and Operation Allies Welcome, a COVID-19 vaccination program helps protect noncitizens, as well as personnel serving these populations and American communities. Vaccination of all encountered noncitizens aligns with larger U.S. government pandemic efforts and safe travel policies.

[147] 86 Fed. Reg. 42828, 42837.

[148] *Id*.

[149] *See supra* note 21.

[150] *Id.*

[151] Per internal CDC calculations.

[152] *COVID-19 Integrated County View*, Centers for Disease Control and Prevention, https://covid.cdc.gov/covid-data-tracker/#county-view?list_select_state=all_states&list_select_county=all_counties&data-type=CommunityLevels (last

SAR0143

during the fourth wave of the pandemic, noted the goal of slowing the introduction, transmission, and spread of SARS-CoV-2 into the United States by covered noncitizens.[153] With the ebb of the Omicron surge across the United States, however, the public health findings underlying the August Order have changed. Although COVID-19 remains a concern, the readily available and less burdensome public health mitigation tools to combat the disease render an order under 42 U.S.C. § 265 to prevent a serious danger to the public health unnecessary. At this point in the pandemic, the previously identified public health risk is no longer commensurate with the extraordinary measures instituted by the CDC Orders. As the pandemic evolves, CDC will continue to monitor the situation with respect to COVID-19 at U.S. borders and will continue to consult with DHS on combatting COVID-19 in DHS facilities following the Termination of the August Order.

## III.    Legal Considerations

### A.    Temporary Nature of Orders under 42 U.S.C. § 265 and Absence of Reliance Interests

In issuing this Public Health Determination and Termination, CDC has considered whether state or local governments, or their subdivisions, have any "legitimate reliance"[154] interests in the continued expulsion of covered noncitizens pursuant to 42 U.S.C. § 265 (Section 265). CDC has determined that no state or local government could be said to have legitimately relied on the CDC Orders issued under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 to implement long-term or permanent changes to its operations because those orders are, by their very nature, short-term orders, authorized only when specified statutory criteria are met, and subject to change at any time in response to an evolving public health crisis. Section 265 may be invoked only if CDC determines that there is a "serious danger of the introduction of [a communicable] disease into the United States, and that this danger is so increased by the introduction of persons or property from such country [where the communicable disease exists] that a suspension of the right to introduce such persons and property is required in the interest of the public health."[155] Moreover, the statute may be invoked only "for such period of time as [CDC] may deem necessary" to avert such a danger.[156] As HHS's implementing regulation further recognizes, in prohibiting the introduction of covered persons "in whole or in part,"[157] a CDC Order is effective "only for such period of time that the Director deems necessary to avert the serious danger of the introduction of a quarantinable communicable disease."[158]

For these reasons, the CDC Orders have consistently been subject to periodic reviews to ensure their continued necessity. CDC's initial order issued in March 2020 made clear that the Order represented a "*temporary* suspension of the introduction of [covered] persons into the United States"[159] and that the order would remain effective only for "30 days, or until [CDC] determine[s] that the danger

---

updated Mar. 31, 2022), noting 100% (n=24) of counties along the U.S.-Mexico border are considered "Low": California (San Diego County, Imperial County); Arizona (Pima County, Santa Cruz County, Cochise County, Yuma County); New Mexico (Luna County, Dona Ana County, Otero County, Eddy County, Lea County); and Texas (Presidio County, Brewster County, Terrell County, Webb County, Zapata County, Cameron County, El Paso County, Hudspeth County, Val Verde County, Kinney County, Maverick County, Starr County, Hidalgo County).

[153] *See* 86 Fed. Reg. 42828, 42834 and 42838.

[154] *See Dep't of Homeland Sec. v. Regents of the Univ. of Cal.*, 140 S. Ct. 1891, 1913 (2020).

[155] 42 U.S.C. § 265.

[156] *Id.*

[157] *Id*.

[158] 42 C.F.R. § 71.40(a).

[159] 85 Fed. Reg. at 17061 (emphasis added).

SAR0144

of further introduction of COVID-19 into the United States has ceased to be a serious danger to the public health, *whichever is shorter*."[160] The March 2020 Order was subsequently extended on April 20, 2020, and then amended on May 19, 2020. The fact that the policy was frequently reviewed should have underscored that CDC's use of its authority under 42 U.S.C. § 265 was a temporary measure subject to change at any time. The October 2020 Order again confirmed this understanding of CDC's authority, noting the "temporary" nature of the suspension of the introduction of covered persons, as well as the facts that the Order would be reviewed every 30 days based on "the latest information regarding the status of the COVID-19 pandemic and associated public health risks," and that CDC "retain[ed] the authority to extend, modify, or terminate the Order, or implementation of [the] Order, at any time as needed to protect public health."[161]

In addition, CDC's ability to exercise its authority under Section 265 as to certain groups has fluctuated due to litigation, further rendering it unreasonable for any state or local government to have acted in reliance on the continued exercise of the authority. CDC's exercise of the Section 265 authority was first challenged shortly after CDC issued its initial order in March 2020, and subsequent court orders enjoining CDC from exercising its authority under 42 U.S.C. § 265 as to certain groups of covered noncitizens should have further discouraged reliance on temporary CDC orders. For example, in November 2020, the United States District Court for the District of Columbia enjoined the expulsion of UC on the basis that Section 265 likely did not authorize such expulsions.[162] Although the government obtained a stay of the injunction in January 2021,[163] the extent of the government's authority under Section 265 remained contested. In addition, in September 2021, the United States District Court for the District of Columbia similarly enjoined the expulsion of FMU, again on the basis that Section 265 likely did not authorize such expulsions.[164] The U.S. Court of Appeals for the D.C. Circuit recently upheld the government's authority under 42 U.S.C. § 265 to expel FMU, but the court held that such expulsions cannot be to places where the noncitizen are likely to be persecuted or tortured.[165] Although the decision will not take effect until the mandate issues in late April 2022, the decision should have put any state or local government on notice that there might be significant practical constraints on the government's ability to expel covered FMU quickly.

Moreover, by August 2021, state and local governments were on notice that the federal government would be taking steps towards the resumption of normal border operations. In the August 2021 Order, CDC stated that it "view[ed] this public health reassessment as setting forth a roadmap toward the safe resumption of normal processing of arriving noncitizens, taking into account COVID-19 concerns and immigration facilities' ability to implement mitigation measures."[166] Accordingly, state

---

[160] 85 Fed. Reg. at 17068.

[161] 85 Fed. Reg. at 65807, 65812.

[162] *See P.J.E.S. v. Wolf*, 502 F. Supp. 3d 492 (D.D.C. 2020).

[163] Order, *P.J.E.S. v. Mayorkas, et al.*, No. 20-5357 (D.C. Cir. Jan. 29, 2021), Doc. No. 1882899.

[164] *See Huisha-Huisha v. Mayorkas*, No. CV 21-100 (EGS), 2021 WL 4206688, at *12 (D.D.C. Sept. 16, 2021).

[165] *Id.* at *1. The D.C. Circuit also noted the "considerable difference" in public health situations between March 2020 and March 2022. *Id.* at *13.

[166] 86 Fed. Reg. 42828, 42831; *see also id.* at 42837 (discussing a necessary mitigation measure "as DHS moves towards the resumption of normal border operations"); *id.* at 42838 ("CDC believes that the gradual resumption of normal border operations under Title 8 is feasible. With careful planning, this may be initiated in a stepwise manner that complies with COVID-19 mitigation protocols."); *id.* at 42840 (noting that "although this Order will continue with respect to SA and FMU, DHS will use case-by-case exceptions based on the totality of the circumstances where appropriate to except individual SA and FMU in a manner that gradually recommences normal migration operations as COVID-19 health and safety protocols and capacity allows"); *id.* (CDC considered "the use of case-by-case exceptions as a step towards the resumption of normal border operations under Title 8").

SAR0145

and local governments could not have reasonably relied on CDC's indefinite use of its expulsion authority under Section 265. As a factual matter, CDC is not aware of any reasonable or legitimate reliance on the continued expulsion of covered noncitizens under 42 U.S.C. § 265 beyond potentially local healthcare systems' allocation of resources, which CDC has considered in this Order.[167]

Even if a state or local government had relied on the continued existence of a CDC order under this authority, 42 U.S.C. § 265 only authorizes CDC to prevent the introduction of noncitizens when it is required in the interest of public health. No state or local government could reasonably rely on CDC's continued application of Section 265 once CDC determined that there is no longer sufficient public health risk present with respect to the introduction of covered noncitizens. Therefore, CDC's considered judgment is that any reliance interest that might be said to exist in connection with the continued suspension of the right to introduce covered noncitizens under 42 U.S.C. § 265 is not weighty enough to displace CDC's determination that there is no public health justification for such a suspension at this time.[168] To the extent that any state or local government did rely on the expulsion of noncitizens for purposes of resource allocation despite the reasons cautioning against such reliance, CDC concludes that resource allocation concerns do not outweigh CDC's determination that the suspension of the right to introduce covered noncitizens is not required to avert a serious danger to public health.

CDC has also considered whether there may be any short-term reliance on the continued expulsion of noncitizens under the August 2021 Order. CDC concludes that any short-term reliance interests should be limited for all the reasons explained above, and particularly in light of the expressly temporary nature of the Order. For the same reasons, CDC concludes that any such reliance does not outweigh CDC's determination that the expulsion of covered noncitizens is not required to avert a serious danger to public health. Moreover, to the extent that any state or local government has made any short-term plans based on the existence of the August Order, the effective date of this Termination has been set for 52 days from the date of issuance, thus providing state and local governments time to adjust to the resumption of regular Title 8 immigration processing.

Finally, the CDC Orders issued under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 are not, and do not purport to be, policy decisions about controlling immigration; rather, as explained, CDC's exercise of its authority under Section 265 depends on the existence of a public health need. Thus, to the extent that state and local governments along the border or elsewhere were relying on an order under 42 U.S.C. § 265 as a means of controlling immigration, such reliance would not be reasonable or legitimate. And even if such reliance were reasonable or legitimate, that reliance would not outweigh CDC's conclusion that expulsions are not necessary under the terms of 42 U.S.C. § 265 or warrant disruption of ordinary processing of covered noncitizens.

**B.      Basis for Termination under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40**

CDC is hereby terminating the August Order[169] and all prior orders issued pursuant to sections 362 and 365 of the PHS Act (42 U.S.C. §§ 265, 268) and the implementing regulation at 42 C.F.R. § 71.40.[170] This Termination will be implemented on May 23, 2022, for the operational reasons outlined

---

[167] *See supra* I.B.2.
[168] *See Regents*, 140 S. Ct. at 1913 (explaining that features evidencing the temporary and non-rights-conferring nature of a government program "surely are pertinent in considering the strength of any reliance interests," and can be considered by the agency).
[169] *See supra* notes 1 and 4.
[170] *See supra* note 7.

SAR0146

herein, including to give DHS time to implement additional COVID-19 mitigation measures. The statutory and regulatory authorities permit the CDC Director to issue Orders prohibiting, in whole or in part, the introduction into the United States of persons from designated foreign countries (or one or more political subdivisions or regions thereof) or places, *only for such period of time that the Director deems necessary* to avert the serious danger of the introduction of a quarantinable communicable disease, based on a determination by the Director that:

> (1) By reason of the existence of any quarantinable communicable disease in a foreign country (or one or more political subdivisions or regions thereof) or place there is serious danger of the introduction of such quarantinable communicable disease into the United States; and

> (2) This danger is so increased by the introduction of persons from such country (or one or more political subdivisions or regions thereof) or place that a suspension of the right to introduce such persons into the United States is required in the interest of public health.[171]

Pursuant to 42 U.S.C. § 265 and the implementing regulation, the CDC Director has the authority to issue orders to mitigate the introduction and further spread of COVID-19 disease.[172] In recognition of the extraordinary nature of these emergency public health powers, section 265 and its implementing regulation contemplate that the exercise of these authorities will be temporally and geographically limited in scope as described below. Critically, these authorities also require that any orders issued will be terminated when they are no longer necessary to protect the public health. The authority to make this determination has been delegated to the CDC Director.

CDC explained in the preamble to the Final Rule for 42 C.F.R. § 71.40 that, in issuing an Order under these authorities, it may "consider a wide array of facts and circumstances when determining what is required in the interest of public health in a particular situation . . . includ[ing]: the overall number of cases of disease; any large increase in the number of cases over a short period of time; the geographic distribution of cases; any sustained (generational) transmission; the method of disease transmission; morbidity and mortality associated with the disease; the effectiveness of contact tracing; the adequacy of state and local healthcare systems; and the effectiveness of state and local public health systems and control measures."[173] Other factors noted in the Final Rule are the potential for disease spread among persons held in congregate settings, the potential for disease spread to the community at large, and strain on healthcare systems.[174]

CDC is committed to avoiding the imposition of unnecessary burdens in exercising its communicable disease authorities. This aligns with the underlying legal authority in 42 U.S.C. § 265, which makes clear that this authority extends only for *such period of time* deemed necessary to avert the serious danger of the introduction of a quarantinable communicable disease into the United States.[175] Such an order must also be predicated, in part, upon a determination that the danger of such introduction is so increased that a suspension of the right to introduce such persons into the United States is *required in the interest of public health*.[176]

---

[171] 42 U.S.C. § 265; 42 C.F.R. § 71.40.
[172] 85 Fed. Reg. 56424, 56425-26. The Director may suspend the introduction of persons not only to prevent the introduction of a quarantinable communicable disease, but also to aid in continued efforts to mitigate spread of that disease.
[173] *Id*. at 56444.
[174] *Id*. at 56431; 56434.
[175] 42 U.S.C. § 265; 42 C.F.R. § 71.40.
[176] 42 C.F.R. § 71.40.

SAR0147

CDC has considered these and other relevant factors in the foregoing determination, including the overall shift in the U.S. government response to the pandemic, and has determined that less restrictive means are available to avert the public health risks associated with the introduction, transmission, and spread of COVID-19 into the United States due to the entry of covered noncitizens. Although COVID-19 continues to spread within the United States, as a result of the numerous tools for disease prevention, mitigation, and treatment which have become available over the past two years, and the other considerations explained above, an order suspending the right to introduce covered noncitizens under 42 U.S.C. § 265 is no longer required in the interest of public health.

## IV.   Issuance and Implementation

Based on the foregoing Public Health Determination, I hereby Terminate the August Order and all previous orders issued pursuant to Sections 362 and 365 of the PHS Act (42 U.S.C. §§ 265, 268), and their implementing regulations under 42 C.F.R. § 71.40.[177] This Termination will be implemented on May 23, 2022.

Following an assessment of the current epidemiologic status of the COVID-19 pandemic and the U.S. government's ongoing response efforts, I find there is no longer a public health justification for the August Order and previous Orders issued under these authorities; employing such a broad restriction to preserve the health and safety of U.S. citizens, U.S. nationals, and lawful permanent residents, and personnel and noncitizens in POE and U.S. Border Patrol stations is no longer necessary to protect the public health. Other current public health mitigation measures sufficiently reduce the serious danger of introduction, transmission, and spread of the virus that causes COVID-19 as a result of the entry of covered noncitizens, including in congregate settings where such noncitizens would otherwise be held while undergoing immigration processing, including at POE and U.S. Border Patrol stations at or near the U.S. land and adjacent coastal borders.

Termination of the August Order is based on the current status of the COVID-19 pandemic and the available public health mitigation measures. In making this determination, I have considered myriad facts, including epidemiological information such as the viral transmissibility and asymptomatic transmission of COVID-19, the epidemiology and spread of SARS-CoV-2 variants, the morbidity and mortality associated with the disease for individuals in certain risk categories, COVID-19 Community Levels, national levels of transmission and immunity, the availability and efficacy of vaccination and treatments, as well as public health concerns with congregate settings at border facilities. While holding noncitizens in congregate settings with limited options for COVID-19 mitigation is accompanied by inherent risk, the overall public health landscape in the United States has changed such that the justification for the August Order is no longer sustained.

The COVID-19 pandemic is ongoing and appropriate public health mitigation measures must continue to be applied.[178] Although it cannot be known how the spread of SARS-CoV-2 will change in the future (e.g., due to the emergence of a new variant), CDC plans to rely on COVID-19 Community Levels, among other factors, to inform how prevention measures may be used to minimize the impact of

---

[177] Control of Communicable Diseases; Foreign Quarantine: Suspension of the Right to Introduce and Prohibition of Introduction of Persons into United States from Designated Foreign Countries or Places for Public Health Purposes, 85 Fed. Reg. 56424 (Sept. 11, 2020).

[178] *See supra* note 105, indicating that the whole community can be safe only when [everyone] take[s] steps to protect each other, even when the COVID-19 Community Level is low or medium.

SAR0148

COVID-19 on health and society, including at the U.S. borders.[179] To that end, CDC will continue to assess the public health situation at the U.S. borders even after this Termination as part of its comprehensive COVID-19 response. If, for example, there is a substantial change in the public health situation with respect to the pandemic, such as due to new and particularly concerning SARS-CoV-2 variants, CDC could determine a new order under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 is necessary. Any such determination would be based on the public health needs identified at that time.

## A.     Implementation of this Termination

CDC is required by the Final Rule to consult with "all Federal departments or agencies whose interests would be impacted by this order," "as practicable under the circumstances.[180] CDC recognizes that resumption of border operations under Title 8 authorities, and the need to put additional appropriate COVID-19 mitigation measures in place, requires time to operationalize in a manner that protects the health and safety of the migrants, workforce, and American communities. Based on DHS' recommendation and in order to provide DHS time to implement operational plans for fully resuming Title 8 processing, including incorporating appropriate COVID-19 measures, this Termination will be implemented on May 23, 2022.

DHS has represented that over the next several weeks it is taking important steps to implement processes in preparation for the full resumption of border operations pursuant to Title 8 authorities, in a manner that promotes the health and safety of migrants, CBP employees, and the local communities. Most recently, DHS has initiated a vaccination program for all age-eligible migrants who lack legal status and are processed pursuant to Title 8 authorities; this program will be scaled up over the next two months.[181] As stated above, CDC recognizes vaccination as the single most important public health tool for fighting COVID-19 and recommends that all eligible persons, regardless of citizenship, be vaccinated and remain up to date with boosters.[182] The implementation timeline of this Termination will provide DHS with time to scale its vaccination program, as well as ready its operational capacity, implement appropriate COVID-19 protocols, and prepare for resumption of regular migration under Title 8.

CDC recognizes that the Termination of the August Order will lead to an increase in the number of noncitizens being processed in DHS facilities which could result in overcrowding in congregate settings. Moreover, DHS projects, based on available intelligence as well as seasonal migration patterns, an increase in encounters in the coming months, which could lead to further crowding in DHS facilities. DHS reports that it is taking steps to plan for such increases, including by readying decompression plans, deploying additional personnel and resources to support U.S. Border Patrol, and enhancing its ability to safely hold noncitizens it encounters. Putting such plans in place, ensuring that the workforce is adequately and appropriate trained for their shifting roles, and deploying critical resources require time. This Termination will be implemented on May 23, 2022, to provide DHS with additional time to ready such operational plans and prepare for full resumption of regular migration under Title 8.

---

[179] *Id.*
[180] 42 C.F.R. § 71.40.
[181] *See supra* I.B.5.
[182] In line with CDC's emphasis on the importance of vaccination, CDC has kept its requirement for noncitizens to provide proof of vaccination for air travel and also supports DHS's Order requiring the same at the land borders (*see supra* notes 67 and 83).

28

For the foregoing reasons, this Termination will be implemented on May 23, 2022. To the extent that any state or local government has a misplaced reliance interest on the August Order, the timeline for implementation of the Termination also allows time for such entities to adjust their planning in anticipation of the full resumption of Title 8 border processing. During this temporary period of continued application of the August Order, DHS will continue to exercise its discretion to issue case-by-case exceptions based on the totality of the circumstances as set forth in the August Order.[183] DHS has represented that it will continue to make use of this exception where, for example, a noncitizen may suffer particular harms associated with expulsion (e.g., vulnerable and medically fragile persons) until the Termination is effective.

## B.    APA Review

This Termination shall be implemented on May 23, 2022. I consulted with DHS and other federal departments as required by the Final Rule before I issued this Order and requested that DHS aid in the implementation of this Termination.[184] DHS is developing operational plans for implementing this Termination. CDC will review these plans and ensure that they are consistent with the language of this Termination and public health best practices.

This Termination, like the preceding Orders issued under this authority, is not a rule subject to notice and comment under the Administrative Procedure Act (APA).[185] Even if it were, notice and comment are not required because there is good cause to dispense with prior public notice and the opportunity to comment on this Termination.[186] Given the extraordinary nature of an order under Section 265, the resultant restrictions on application for asylum and other immigration processes under Title 8, and the statutory and regulatory requirement that an CDC order under the authority last no longer than necessary to protect public health, it would be impracticable and contrary to the public interest and immigration laws that apply in the absence of an order under 42 U.S.C. § 265 to delay the effective date of this termination beyond May 23, 2022 for the reasons outlined herein.[187] As explained, DHS requires time to institute operational plans to implement this order, including COVID-19 mitigation measures, and begin regular immigration processing pursuant to Title 8. In light of the August Order's significant disruption of ordinary immigration processing and DHS's need for time to implement an orderly and safe termination of the order, there is good cause not to delay issuing this termination or to delay the termination of this order past May 23, 2022. In addition, this Order concerns ongoing discussions with Canada, Mexico, and other countries regarding immigration and how best to control COVID-19 transmission over shared borders and therefore directly "involve[s] . . . a . . . foreign affairs function of the United States;"[188] thus, notice and comment are not required.

---

[183] "Persons whom customs officers determine, with approval from a supervisor, should be excepted from this Order based on the totality of the circumstances, including consideration of significant law enforcement, officer and public safety, humanitarian, and public health interests. DHS will consult with CDC regarding the standards for such exceptions to help ensure consistency with current CDC guidance and public health recommendations." 86 Fed. Reg. 42828, 42841 (Aug. 5, 2021).

[184] 42 U.S.C. § 268; 42 C.F.R. § 71.40(d).

[185] While this Termination is not a rule subject to notice and comment under the APA (5 U.S.C. § 553), the Office of Information and Regulatory Affairs has determined that this is a major rule as defined by Subtitle E of the Small Business Regulatory Enforcement Fairness Act of 1996, also known as the Congressional Review Act (CRA). 5 U.S.C. § 804(2). The agency finds, for the reasons listed above, that good cause exists to make this rule effective on May 23, 2022, under 5 U.S.C. § 808(2).

[186] 5 U.S.C. § 553(b)(3)(B).

[187] 5 U.S.C. § 553(a)(1).

[188] 5 U.S.C. § 553(a)(1).

29

With this Termination, I hereby determine that the danger of further introduction, transmission, or spread of COVID-19 into the United States from covered noncitizens, as defined in the August Order, has ceased to be a serious danger to the public health and therefore the continuation of the August Order, and all previous orders issued under the same authority, is no longer necessary to protect public health. Nothing in this Termination will prevent me from issuing a new Order under 42 U.S.C. §§ 265, 268 and 42 C.F.R. § 71.40 based on new findings, as dictated by public health needs.

In testimony whereof, the Director, Centers for Disease Control and Prevention, U.S. Department of Health and Human Services, has hereunto set her hand at Atlanta, Georgia, this 1st day of April, 2022.

Rochelle P. Walensky, MD, MPH
Director
Centers for Disease Control and Prevention

SAR0151

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Parties, et al., | No. CV-15-00250-TUC-DCB |
| Plaintiffs, | **ORDER FOR:**<br>**PERMANENT INJUNCTION** |
| v. | |
| Kirstjen M Nielsen, et al., | |
| Defendants. | |

This Court has issued Findings of Fact and Conclusions of Law (Doc. 482) and entered judgment in favor of Plaintiffs (Doc. 483). Good cause appearing,

**Accordingly,**

**IT IS ORDERED** that:

## I. DEFINITIONS

The following terms and definitions shall apply to this Order:

a. "Adequate Food" shall mean food that has been evaluated and approved by a registered dietitian and/or nutritionist to meet the dietary Detention-industry Standards for maintaining Detainee health.

b. "Bed" shall mean a raised cot, bunkbed, or other similar structure with a mattress which meets accepted Detention-industry Standards. A Mat placed directly on a floor is not a Bed.

c. "Blanket" shall mean a cloth blanket, capable of being washed and reused. A Mylar Blanket is not a Blanket.

d. "Book In" shall mean the time of a person's first arrival at any CBP station as entered in the e3 Detention Module ("e3DM").

e. "Defendants" shall mean Chad Wolf, Acting Secretary of Homeland Security, in his official capacity; Mark A. Morgan, Acting Commissioner, U.S. Customs and Border Protection, in his official capacity; Carla L. Provost, Chief of United States Border Patrol, in her official capacity; Roy D. Villareal, Chief Patrol Agent-Tucson Sector, in his official capacity, their respective successors in office, and the agents and employees acting under their authority and/or supervision.

f. "Detainee" shall mean an individual in CBP's custody who is a class member in the above-captioned action.

g. "Detention-industry Standard" shall mean standards applicable at a jail, prison or ICE-detention facility.

h. "Exigent Circumstances" shall be narrowly construed and mean any exceptional, sudden, and unforeseeable events caused by an acute event outside of CBP's control that temporarily precludes CBP's full compliance with the terms of this Order, including, for instance, Acts of God/natural disasters; other emergencies (fires, terrorism, etc.); full or partial government shutdown; or public health concerns in a particular facility. Periodic surges that occur along the border are a chronic condition that do not constitute Exigent Circumstances.

i. "Order" shall mean this Order.

j. "Logistical Impossibility" shall mean that CBP is unable to transfer a Processing Complete Detainee to the appropriate receiving agency because that agency is operationally closed, such as during the night, weekends and holidays, and closures due to exigent circumstances like those described above.

k. "Mat" shall mean a mattress or pad which can be disinfected and cleaned. A Mat shall include those currently being provided as of this Order in the Tucson Sector.

l. "Medical Professional" shall mean an advanced practice provider (a physician, physician assistant, nurse practitioner, or a registered nurse) and medical technicians

SAR0153

(certified Emergency Medical Technician, paramedic, licensed practical nurse, licensed vocational nurse), working under the direct supervision of the advanced practice provider when performing medical assessments.

m. "Parties" shall mean Plaintiffs and Defendants collectively in the above-captioned action.

n. "Plaintiffs" shall mean plaintiff class members in the above captioned action.

o. "Potable Water" shall mean water safe for human consumption and so labeled.

p. "Processing Complete" shall mean that the Detainee has been processed by CBP and the receiving agency has been identified.

q. "Shower" shall mean a bath or stall in which water is showered—i.e., wet with a spray, fine stream, or drops—on the body. A Paper Shower is not a Shower.

r. "Time in Detention" shall mean time in Tucson Sector CBP custody, calculated from first Book In at a Tucson Sector Border Patrol station. Temporary book-outs to a hospital, jail, or any other facility will not be counted as Time in Detention and will not be included in the 48-hour calculation.

s. "Station" shall Tucson Sector Border Patrol Stations.

## II.     CONDITIONS OF CONFINEMENT

1.     U.S. Customs and Border Protections ("CBP") shall be permanently enjoined from holding Processing Complete Detainees whose Time In Detention in Tucson Sector CBP facilities is longer than 48 hours, unless CBP provides conditions of confinement to meet Detainees' basic human needs, pursuant to Detention-industry Standards for the following:

a.     Bed and Blanket for sleeping;

b.     Showers;

c.     Adequate Food;

d.     Potable Water; and

e.     Medical assessment by a Medical Professional.

- 3 -

2.    Defendants shall continue to provide Detainees with the items in ¶ 1a.–d. of this Order until Detainees are transferred to another agency, repatriated, released, or otherwise no longer in CBP custody in Tucson Sector Border Patrol facilities.  In particular, conditions of confinement shall be provided pursuant to Detention-industry Standards for cleanliness and sanitation.

3.    Defendants shall be enjoined from overcrowding hold rooms to the extent that Detainees (regardless of Time in Custody) are sleeping within toilet areas.  Mat-sleeping shall be prohibited in-hold room toilet areas.

4.    When Mats are in use inside a hold room, Defendants shall make every effort not to exceed hold room Mat capacities, which are based on the number of Mats that can be fully unfolded on the floor with minimal or no overlapping, and with sufficient clearance to and from the cell door, toilet(s), and drinking water.  If operational necessity requires Defendants to exceed the Mat capacities, Defendants shall make every effort to limit the period during which Mat capacities are exceeded.  Operational necessity shall not excuse Defendants from failing to redistribute Detainees when there are empty or underused hold rooms.  To prevent overcrowding, Defendants may retrieve Mats from Detainees so long as no Detainee is deprived of a Mat for more than 12 hours in any 24-hour period.

5.    The sleeping, personal hygiene, medical provisions, of the Preliminary Injunction (Order (Doc. 244) at 28 ¶¶ 1-4) are hereby made permanent.

6.    Logistical Impossibility preventing transfer of a Detainee within 48 hours shall not be construed to extend beyond a third night, with the transfer occurring the next business day.

7.    Exigent Circumstances may temporarily excuse compliance with ¶ 1 of this Order only as long as the Exigent Circumstances last, plus a reasonable amount of time following the conclusion of the Exigent Circumstances for Defendants to return to compliance.

- 4 -

### III.   MONITORING AND E3DM DOCUMENTATION

8.    Defendants shall track, and document in e3DM, the time that an individual Detainee is booked into a Tucson Sector Border Patrol station and the time that the Detainee becomes Processing Complete. Defendants shall ensure that for each individual, Tucson Sector Border Patrol is able to identify, using e3DM, if the individual is Processing Complete at 48 hours. Tucson Sector Border Patrol will ensure that Detainees who have reached 48 hours in custody from Book In are Processing Complete as soon as reasonably possible. Defendants shall track, and document in e3DM, the time when a Processing Complete Detainee is provided the basic human needs guaranteed for Processing Complete Detainees held for more than 48 hours, as required by ¶ 1 of this Order.

9.    Defendants shall track and document the beginning, end, and nature of any Exigent Circumstances.

10.    The 12-hour conditions of confinement provisions imposed by the Court's Preliminary Injunction (Order (Doc. 244), made permanent herein, *supra* ¶ 5, shall continue to be tracked, documented and monitored through the use of e3DM data. There shall be no requirement going forward for video tracking and monitoring, or preservation and exchange of video recordings.

11.    Defendants will provide Plaintiffs with the above described e3DM data on a quarterly basis for a period of 24 months following the entry of this order. Plaintiffs may request class access visits, under the same terms as such visits have been provided during the course of this litigation, on a quarterly basis for a period of 24 months following the entry of this order. For at least two years following the entry of this order, Defendants will conduct internal compliance evaluations performed by the TCA Policy & Compliance Division and provide them to Plaintiffs for at least two years following the entry of this order.

### IV.   EFFECTIVE DATE

12.    The Order shall become effective upon entry by the Court, with Defendants having 90 days from the filing date of this Order to attain full compliance. The Defendants

1   shall file a status report with the Court every 30 days until full compliance is attained.

2        13.   Defendants shall ensure that a copy of this Order is kept at all Stations in a

3   location accessible to CBP agents.  Defendants shall ensure that all Tucson Sector CBP

4   agents carrying out custodial duties receive and read the Order.

5        **IT IS FURTHER ORDERED** that this Court retains jurisdiction to reopen this

6   case and return it to the Court's active docket to enforce its Orders, the Permanent

7   Injunction and Judgment entered in this action

8        **IT IS FURTHER ORDERED** that the framing of relief provided herein is no

9   broader than required by law and the precise facts of this case. *See Friends of the Earth v.*

10  *Laidlaw Environmental Services (TOC), Inc.*, 528 U.S. 167, 193 (2000).

11       **SO ORDERED**.

12            Dated this 17th day of April, 2020.

13

14

15

16  _____

17            Honorable David C. Bury
              United States District Judge
18

19

20

21

22

23

24

25

26

27

28

- 6 -

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

        *Plaintiff,*

   v.

The UNITED STATES OF AMERICA, *et al.*,

        *Defendants.*

Civil Action No. 3:21-cv-01066

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Patrick J. Lechleitner, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

    1.     I am the Senior Official performing the duties of the Deputy Director for U.S. Immigration and Customs Enforcement ("ICE"). I have held this position since August 15, 2021. In this capacity, I am the second highest ranking official within ICE and oversee all of its component groups, including the day-to-day operations of the agency, an annual budget of over $8 billion, and more than 20,000 employees. Prior to this current position, I was the Acting Executive Associate Director for Homeland Security Investigations (HSI) from March 16, 2021 to July 30, 2021 and permanent Executive Associate Director for HSI from July 31 to present. I have also held positions at ICE Headquarters as the Assistant Director for HSI International Operations Division from March 3, 2019 through my acting time as EAD, and Acting Assistant

Director for the National Security Investigations Divisions, and the Deputy Assistant Director overseeing HSI's Cyber Crimes Divisions. I was also the Special Agent in Charge for HSI Washington, D.C. from March 7, 2017 until March 3, 2019.  In total, I have over 20 years of federal law enforcement experience with the U.S. Customs Service, and HSI with almost 5 additional years as a local police officer in Virginia prior to federal service.

2.      The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

3.      The documents listed in the accompanying Administrative Record Index and contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true and complete copy of all non-privileged documents and materials considered by ICE in issuing the July 18, 2022 Memorandum, titled *Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations*.


I certify under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of July, 2022 in Washington, D.C.

PATRICK J
LECHLEITNER

Digitally signed by PATRICK
J LECHLEITNER
Date: 2022.07.25 18:22:20
-04'00'

_____
Patrick J. Lechleitner
Senior Official Performing the Duties of the
Deputy Director
U.S. Immigration and Customs Enforcement

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

|  |  |
|---|---|
| STATE OF FLORIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:21-cv-01066<br><br>**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT ADMINISTRATIVE RECORD FOR JULY 18, 2022 POLICY ON THE USE OF PAROLE PLUS ALTERNTIVES TO DETENTION TO DECOMPRESS BORDER LOCATIONS** |

**CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

| <u>DOCUMENT</u> | <u>PAGE</u> |
|---|---|
| 1.  U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement, Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations (July 18, 2022). | SAR0158-161 |
| 2.  U.S. Border Patrol, Parole Plus Alternative to Detention (November 2, 2021). | SAR0162-164 |
| 3.  Operation Horizon Comms Plan: Mailing Initiative and NTAs (November 8, 2021). | SAR0165-169 |
| 4.  Capacity Report (April 8, 2022). | SAR0170-251 |
| 5.  [Redacted] FW: Op Horizon OT Update (April 25, 2022). | SAR0252-254 |
| 6.  FAMU Compliance Rates by Fiscal Year (April 26, 2022). | SAR0255-256 |

| | |
|---|---|
| 7.  [Redacted] Re: Parole/ATD release (May 2, 2022). | SAR0257-260 |
| 8.  Cost if P+ATD Halted 30-60-90 days_v2 (May 6, 2022). | SAR0261-266 |
| 9.  [Redacted] FW: Projecting ICE Workload (May 6, 2022). | SAR0267-271 |
| 10. Ad-Hoc Non-FAMU Compliance Rates by FY (May 9, 2022). | SAR0272-273 |

FOR OFFICIAL USE ONLY

 

July 18, 2022

MEMORANDUM FOR:    Raul L. Ortiz
                   Chief
                   U.S. Border Patrol

                   Corey A. Price
                   Executive Associate Director
                   Enforcement and Removal Operations

FROM:              Chris Magnus
                   Commissioner
                   U.S. Customs and Border Protection

                   Tae D. Johnson
                   Acting Director
                   U.S. Immigration and Customs Enforcement

SUBJECT:           Policy on the Use of Parole Plus Alternatives to Detention
                   to Decompress Border Locations

**Purpose**

To require that certain processing be completed, and certain capacity criteria be met, before
noncitizens may be released from custody along the Southwest border via Parole plus
Alternatives to Detention (Parole + ATD).  This memorandum rescinds and replaces all prior
guidance regarding the use of Parole + ATD, including but not limited to the November 2, 2021,
memorandum from USBP Chief Raul L. Ortiz, titled *Parole Plus Alternative to Detention*.

**Background**

Undocumented noncitizens who are not expelled pursuant to the court-ordered implementation
of the Centers for Disease Control & Prevention's Title 42 public health Order are inspected by
U.S. Customs and Border Protection (CBP), U.S. Border Patrol (USBP) upon encounter,
consistent with 8 U.S.C. § 1225(a); this is often referred to as "processing."  Processing includes,
among other things, identification, review of immigration and criminal history, an assessment of
national security concerns, and an evaluation of what pathway is most appropriate for the
individual noncitizen, to include removal proceedings under section 240 of the Immigration and
Nationality Act (INA), 8 U.S.C. § 1229. expedited removal, permitting an individual to
voluntarily return, and/or parole.

FOR OFFICIAL USE ONLY

Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations
Page 2

Pursuant to section 212(d)(5)(A) of the INA, 8 U.S.C. § 1182(d)(5)(A), the Secretary of Homeland Security has the authority to parole certain noncitizens into the United States "temporarily . . . on a case-by-case basis for urgent humanitarian reasons or significant public benefit." When, pursuant to an inspection of a noncitizen under 8 U.S.C. § 1225(a), CBP exercises its discretion to parole noncitizens on a case-by-case basis into the United States, including during the initiation of or to facilitate the initiation of removal proceedings under section 240 of the INA, those noncitizens may be eligible to be enrolled in the U.S. Immigration and Customs Enforcement (ICE) ATD program.

The goal of the ICE ATD program is, for a portion of the enrolled non-detained population, to increase compliance with release conditions, court appearances, and final orders of removal. ATD is an alternative to detention and allows ICE to exercise increased supervision over noncitizens who, on a case-by-case basis, are not detained, but are potentially subject to removal. The level of supervision and technology assigned to noncitizens enrolled in the ATD program is determined on a case-by-case basis based on each individual's current immigration status, criminal history, compliance history, community or family ties, role as a caregiver or provider, and other humanitarian or medical factors. ICE may adjust the level of supervision and technology required as the level of the noncitizen's compliance either increases or decreases.

Generally, CBP standards allow for short-term detention of fewer than 72 hours in CBP facilities, after which time CBP is expected to transfer the noncitizen to ICE if CBP believes continued custody is required. While this time period may sometimes be exceeded, CBP facilities are not structured or equipped for long-term detention. This yields numerous challenges, including the ability to provide appropriate medical care and to treat and control contagious illnesses. In sum, crowding in border facilities poses risks to both individuals in custody and those working there. Border encounters remain at historic highs. With a record number of displaced persons in the hemisphere, high encounter rates and the associated challenges are expected to continue. It is incumbent on CBP to transfer noncitizens to ICE or if discretion warrants, to release the noncitizen under appropriate conditions.

Parole + ATD provides a processing mechanism to address situations in which there is not appropriate detention space available, and there are operational concerns about the number of people present in, and potentially subject to a prolonged time-in-custody at, USBP facilities along the Southwest border. It is significantly more efficient—approximately 60 minutes faster—to process individuals, consistent with 8 U.S.C. § 1225(a), for Parole + ATD as opposed to issuing a Notice to Appear (NTA) or other charging document at the time of encounter. Use of Parole + ATD also allows ICE to exercise increased supervision over certain noncitizens who are released from CBP custody pending the initiation of removal proceedings. Those subject to Parole + ATD are not simply released into the community; they are subject to supervision and are subsequently issued an NTA under INA § 240.

That said, Parole + ATD is a tool that should be used sparingly—only when justified by an urgent humanitarian reason or because it yields a significant public benefit in the form of disease-mitigation, as a safety valve to address overcrowding.

FOR OFFICIAL USE ONLY

Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations
Page 3

## Policy

Over the last several months, CBP and ICE have made deliberate efforts to prioritize the health
and safety of noncitizens and the workforce. The use of Parole + ATD provides one such tool—
allowing for the more rapid decompression of facilities that otherwise may be overcrowded in
ways that promote health and safety. That said, and as this guidance makes clear, the use of
Parole + ATD is not meant to be a primary processing tool; its use is permitted only in those
situations in which threshold criteria are met, and its use is subject to appropriate approvals and
oversight — thus ensuring that its application is limited to those situations in which the relevant
health and safety conditions justify its use.

*Threshold Criteria and Approval Process*

Parole + ATD may be authorized by the Commissioner of CBP only when the following criteria
exist:

- There are more than 15,000 noncitizens in USBP custody across all Southwest border
  sectors OR a sector or centralized processing center's in-custody total exceeds 100% of
  its full capacity; AND
- CBP has encountered more than 6,000 noncitizens per day across the Southwest border
  over a 72-hour period.

When these scenarios exist, they create urgent crowding and excessive time-in-custody concerns
that justify application of ICE's limited ATD resources to support CBP's use of parole on a case-
by-case basis for urgent humanitarian reasons or significant public benefit.

To use Parole + ATD in a specific border sector, the relevant USBP Sector Chief must request
approval from the Commissioner of CBP, through the USBP Chief.

Approval for Parole + ATD may be granted only on a sector-by-sector basis and Parole + ATD
may not be used for noncitizens transferred laterally from a sector that has not met the threshold
criteria above. Additionally, approval for use of Parole + ATD is time limited and must be
reassessed every week by the Commissioner or Deputy Commissioner. USBP is not authorized
to process noncitizens via Parole + ATD when these criteria are not met, absent extraordinary
circumstances as determined by the Commissioner of CBP.

*Individual Assessment*

Each noncitizen is individually processed consistent with 8 U.S.C. § 1225(a) after encounter.
This inspection process includes, but is not limited to, an assessment of the individual's
identification and immigration background, review of any national security or criminal concerns,
and consideration of which immigration processing pathway is best applicable to the individual
noncitizen. This memorandum applies only to those individuals who are expected to be placed
in removal proceedings under INA § 240.

Once the Parole + ATD initial threshold is met, each individual noncitizen should be assessed on
a case-by-case individualized basis to determine whether he or she is eligible for parole based on

Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations
Page 4

an urgent humanitarian reason or whether there is a significant public benefit. In making this determination, agents shall consider individualized circumstances, such as an individual's current immigration status, criminal history, compliance history, community or family ties, role as a caregiver or provider, and other humanitarian or medical factors.  Upon placing an individual in Parole + ATD, CBP will temporarily pause the completion of the removal paperwork under INA § 240, which will instead be completed at a later date.

Prior to a noncitizen's processing via Parole + ATD, CBP must conduct biometric identity verification and thoroughly evaluate any potential national security and public safety concerns. USBP must also collect and document a physical address for each noncitizen processed via Parole + ATD.

*Ineligible for Parole + ATD*

Parole + ATD may not be used for noncitizens who, based on an individualized assessment, pose a national security risk, unmitigable flight risk, public safety threat, or who claim to be, are suspected to be, or are determined to be unaccompanied children as defined by 6 U.S.C. § 279(g)(2) or appear likely to be subject to the mandatory detention requirements of INA § 236(c), 8 U.S.C. § 1226(c), if processed for removal proceedings pursuant to INA §240, 8 U.S.C. § 1229.

*Subsequent Processing*

CBP and ICE will work jointly to streamline and complete charging document issuance for individuals processed via Parole + ATD.  Each agency is responsible for completing the processing for 50 percent of the total Parole + ATD caseload.  The final processing and placement into removal proceedings pursuant to 8 U.S.C. § 1229 is expected to be the same, regardless of whether that paperwork occurs as a part of the Parole + ATD processing.

**Reporting and Oversight**

CBP must notify ICE in writing each time Parole + ATD is authorized in a sector to ensure that ICE has the appropriate staff and ATD capacity available in the applicable location(s).  Such notification must occur before processing for Parole + ATD begins in the authorized border sector(s).  In each case, ICE will determine the appropriate ATD enrollment conditions for the noncitizen, including but not limited to the type of technology used or frequency of required check-in appointments.

CBP will provide daily reporting to Department of Homeland Security Headquarters and ICE, detailing how many noncitizens were processed at the Southwest border with charging documents, voluntary return, and Parole + ATD, by sector.  The daily reports will be used to identify any operational changes that are needed to modify the continued use of Parole + ATD at any given time.

1300 Pennsylvania Avenue, NW
Washington, DC 20229





**U.S. Customs and
Border Protection**

NOV 0 2 2021

MEMORANDUM FOR:     All Chief Patrol Agents
                                      All Deputy Chief Patrol Agents

FROM:                          Raul L. Ortiz
                                      Chief
                                      U.S. Border Patrol

SUBJECT:                      Parole Plus Alternative to Detention

This memorandum supersedes previous guidance relating to prosecutorial discretion and issuance of Notices to Report (NTR), as issued in March 2021, and establishes conditions for the implementation of parole plus Alternative to Detention (Parole + ATD), a processing pathway that will replace the use of NTR unless that pathway is explicitly authorized by the U.S. Border Patrol (USBP) Chief.

USBP takes very seriously its mission of creating a secure border while ensuring the health and safety of migrants in its custody, as well as the health of the workforce. Earlier this year, when encounters were consistently high, operational capacity strained, and COVID-19 acute, USBP began issuing NTRs, a significantly faster mechanism for processing noncitizens, particularly when used for family units (FMU). NTRs were used for certain noncitizens following initial processing and collection of biometric and biographic information. The use of this processing pathway enabled USBP to relieve overcrowding in congregate settings, thus better protecting both the workforce and noncitizens in our custody. Importantly, use of an NTR decreased processing times significantly compared with processing families for a Notice to Appear (NTA), thus ensuring that families were more expeditiously moved out of U.S. Customs and Border Protection (CBP) custody. The process of issuing NTAs is much more time consuming, given the level of detail and interagency coordination required to establish A-files and finalize the charging documents. Those released with NTRs, however, were directed to report to ICE for further processing, including for an NTA, as appropriate.

Effective immediately, USBP is ceasing the use of NTRs. When noncitizens will be processed for release from USBP facilities, USBP will prioritize resources to issue noncitizens NTAs immediately. NTAs formally initiate immigration proceedings, and it is USBP's goal to maximize NTA issuance from USBP facilities and eliminate the need for use of alternative processing pathways in the future.

In circumstances where an alternate path is necessary to address urgent crowding and excessive Time-In-Custody (TIC) in USBP facilities, Border Patrol has developed an alternative processing pathway: the use of Parole + ATD. This pathway includes enrollment of FMUs in ICE ATD programs to ensure individuals are accounted for after release from USBP facilities. Parole + ATD is a rigorous enforcement process that is effective and includes accountability measures to

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

Parole Plus Alternative to Detention
Page 2

require noncitizens to report to ICE for issuance of an NTA and continue through the formal immigration process.

To deal with situations in which capacity constraints or conditions in custody warrant the more expeditious processing, USBP may consider use of Parole + ATD on a case-by-case basis for FMUs when certain conditions, laid out below, exist. The use of Parole + ATD in these circumstances will ensure that the USBP can continue to meet its mission requirements, such as border security operations, by maximizing deployments of agents to the field. Use of Parole + ATD is consistent with 8 U.S.C. § 1182(d)(5), which provides that certain noncitizens may be paroled temporarily "only on a case-by-case basis for urgent humanitarian reasons or significant public benefit"—namely, the urgent humanitarian need to protect the workforce, migrants, and American public against the spread of COVID-19 that may be exacerbated by overcrowding in CBP facilities.

All individual members of a FMU who are processed for Parole + ATD, will, as a condition of their parole, be required to report to ICE within 15 days to be processed for an NTA. Effective immediately:

In the Del Rio (DRT) and Rio Grande Valley (RGV) Sectors, Chief Patrol Agents may authorize the processing of FMUs for Parole + ATD on a case-by-case basis when the temporary staffing support to the sector is maximized, the seven-day average of encounters is greater than the sector's Fiscal Year 2019 May daily average,[1] and when one or more of the following is true:

- The average TIC in the sector exceeds 72 hours AND the number of subjects who were taken into custody in the sector during the preceding 48 hours exceeds the number of individuals booked out in the same period.

- The sector exceeds 100% of the total non-COVID detention capacity AND the number of subjects who were taken into custody in the sector during the preceding 48 hours exceeds the number of individuals booked out in the same period.

Outside of the DRT and RGV Sectors, any sector seeking to utilize the Parole + ATD pathway must obtain approval from the USBP Chief and the CBP Commissioner prior to implementation. The USBP Chief and CBP Commissioner may authorize the use of this pathway in situations in which capacity constraints or conditions in custody show that there is an urgent humanitarian reason to release FMUs in a more expeditious fashion in order to avoid crowding in CBP facilities and the resulting COVID-19 health risks to the workforce and migrants in custody, taking into account the factors identified above.

The use of Parole + ATD pathway in DRT and RGV Sectors will be reassessed by USBP HQ on a daily basis in accordance with the conditions established above.

---

[1] The Fiscal Year 2019 May daily average in RGV was 1,607 and in DRT was 276. This month saw the highest encounter numbers that year.

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

Parole Plus Alternative to Detention
Page 3

Parole + ATD may not be used for noncitizens who pose a national security or public safety threat. Furthermore, Parole + ATD may only be issued when an individual is not covered by or is excepted from, on a case-by-case basis, the U.S. Centers for Disease Control and Prevention (CDC) Title 42 Order.

In sectors in which the use of the Parole + ATD pathway has been approved, if parole is appropriate based on a consideration of the above factors (as well as any other applicable urgent humanitarian reasons or significant public benefit considerations), USBP agents may exercise their discretion to process the noncitizen(s) with Parole + ATD, after initial enrollment processing is complete, rather than issuing an NTA.

Under no circumstances will a noncitizen who claims to be, is suspected to be, or is determined to be a noncitizen unaccompanied child as defined by 6 U.S.C. § 279(g)(2), be processed through this pathway.

As the processing landscape and the nature of the current COVID-19 pandemic remains fluid and may change over time, updated guidance will be disseminated to the field via email to reflect the latest changes. In particular, when COVID-19 conditions eventually improve, it is expected that there will no longer be a need for this alternate pathway.

Staff may direct their questions to the Immigration, Prosecutions, and Custody Operations Unit at Headquarters by emailing

UNCLASSIFIED // LAW ENFORCEMENT SENSITIVE

**Comms Plan: Mailing Initiative and NTAs**
**FINAL 11.8.21**

**Overview:**
- ICE Field Offices will mail out approximately 78,000 packets that include:
  - Cover letter with general resources
  - Notice to Appear, Form I-862
  - Interview Notice, Form G-56
  - Informational materials on change of address, legal assistance, and more
- During the ICE appointment, ICE will review the case with the noncitizen, take biometrics and photos, and establish any ongoing check-in requirements.
- More than 1,400 ICE staff are supporting the initiative at ERO and HSI field offices across the country.

**Statement attributable to ICE spokesperson:**
"U.S. Immigration and Customs Enforcement is mailing charging documents to place noncitizens in removal proceedings who have been paroled or released under prosecutorial discretion by Customs and Border Protection (CBP).

"Noncitizens are being directed to their closest ICE Field Office and will be processed using the information collected by CBP as evidence of citizenship and removability.  During the ICE appointment, ICE will review the case with the noncitizen, take biometrics and photos, and establish any ongoing check-in requirements.

"Noncitizens must report to ICE and appear at their designation immigration court date as part of their immigration proceedings in order to comply with US law.  Action will be taken against those that do not appear consistent with the law and Department priorities.

"By mailing out these charging documents, ICE is initiating removal proceedings in a timely way."

**Additional Background (for reporters):**
- ICE has communicated to noncitizens via mail for decades.
- Other appropriate charging documents will be issued in person, as appropriate, on a case-by-case basis.
- When an individual reports to the ICE Field Office, they will be asked additional information and provide fingerprints.
- The noncitizen will receive instructions about next steps and information on how to find legal help and other resources.

**RTQs**
- **Why didn't noncitizens get this notice when they arrived in the US?**
  Earlier this year, when encounters were consistently high, operational capacity strained, and COVID-19 acute, CBP began issuing notices to report (NTR), a significantly faster mechanism for processing noncitizens, particularly when used for family units (FMU). NTRs were used for certain noncitizens following initial processing and collection of

biometric and biographic information. The use of this processing pathway enabled CBP to relieve overcrowding in congregate settings, thus better protecting both the workforce and noncitizens in CBP custody. Those released with NTRs, however, were directed to report to ICE for further processing, including for an NTA, as appropriate.

CBP is no longer issuing NTRs.  Instead, in circumstances where an alternate path is necessary to address urgent crowding and excessive Time-In-Custody (TIC) in CBP facilities, Border Patrol has developed an alternative processing pathway: the use of Parole + ATD. This pathway includes enrollment of FMUs in ICE ATD programs to ensure individuals are accounted for after release from CBP facilities. Parole + ATD is a rigorous enforcement process that is effective and includes accountability measures to require noncitizens to report to ICE for issuance of an NTA and continue through the formal immigration process.

- **How do you know where people are?**
  ICE is using the address provided to CBP when noncitizens were initially processed, the address that the noncitizen has provided to ICE directly, or through enrollment in the ATD program.

- **Why is ICE embarking on this initiative?**
  We are applying an organized and methodical approach to place noncitizens in removal proceedings who have been paroled or released by CBP. By mailing out these charging documents, ICE is relieving scheduling pressures on its Field Offices and initiating removal proceedings in a timely way. ICE Field Offices will mail out a packet that includes an NTA, an ICE appointment date, and more. During the ICE appointment, ICE will review the case with the noncitizen, take biometrics and photos, and establish any ongoing check-in requirements. More than 1,400 ICE staff are supporting the initiative at ERO and HSI field offices across the country.

- **Why does a noncitizen have to report to ICE?**
  Noncitizens must report to the ICE Field Office and show up at their immigration court dates. This preserves the integrity of the immigration system and provides noncitizens with the opportunity to seek relief or protection from removal. If a noncitizen has any questions about reporting, they can call ICE at 833-383-1465 where operators can help in several languages.

- **What is Form I-862?**
  Form I-862 (Notice to Appear, also known as an NTA) is provided to noncitizens to initiate removal proceedings under section 240 of the Immigration and Nationality Act. It includes, among other things, the immigration charges against the noncitizen and the date, time, and address of the Executive Office for Immigration Review (EOIR) immigration court where they are required to appear. It also notifies the noncitizen of the requirement that he or she provide a written record of any change of address or telephone number.

- **What is the plan/process to handle inquiries coming in to verify legitimacy of the letters? Report fraudulent ones?**
  ICE can validate call-in letters, NTRs, and parole documents issued to noncitizens using person-specific identifiers that are exclusive to an individual. To validate a letter, noncitizens or their representatives can call the local ICE field office or contact the ICE VESL at 833-383-1465 where operators can help in several languages.

- **What is the plan for the longer lines at the check-in stations (i.e., Houston) when/if people do quickly decide they need to rush to report in Florida (though unlikely)?**
  The operation is designed to mail out NTAs to individuals issued an NTR or paroled and placed on ATD at the southwest border and create a more orderly process for reporting to ICE. Individuals will be required to report in person to receive limited documentation in person along with appropriate biometrics collection. However, the mailed NTA will reduce the amount of time needed with ICE officers.

- **Are these letters going out in the native language of the individual recipients?**
  Yes, brochures and advisals will be made available in English, Spanish, Portuguese, and Haitian Creole.

- **What's happening to the noncitizen that passed the 60-day report window? Are they receiving this packet?**
  Over a matter of months, ICE will issue noncitizens who have been released with a notice to report or on immigration parole an NTA and G-56 by mail.

- **If we don't receive viable addresses of those past the 60-report window, what happens to those noncitizens?**
  DHS plans to conduct follow-up inquiries to locate and take appropriate action with these individuals. Those who do not report, like anyone who is in our country without legal status, are subject to removal by ICE.

- **How many NTAs are being mailed?**
  Approximately 78,000 NTA packages are being mailed over the course of a matter of months.

- **What if the NTA gets lost in the mail? What should the noncitizen do?**
  A noncitizen or their legal representative should contact the ICE VESL (833-383-1465).

- **What will a noncitizen receive in the mail from ICE?**
  The mailing contains an NTA that, among other things, includes the charges against the noncitizen (violations of immigration law). The mailing will also include legal access resources and explanatory materials about how to provide a change of address. For those individuals released by CBP without being given an NTA, ICE field offices will process assigned cases using the information collected by CBP as evidence of citizenship and removability. A noncitizen will receive the following documents in the mail:
  - Cover letter with general resources
  - Notice to Appear, Form I-862

- o Interview Notice, Form G-56
- o Informational materials on change of address, legal assistance, and more

- **What happens when a noncitizen arrives for their appointment at a field office?**
  When a noncitizen reports to an ICE Field Office, they can bring an attorney or someone to help them at the appointment. Unless they have committed a serious crime, or the government thinks they may be a risk to the United States, a noncitizen will not be taken into custody at the appointment. When they report to the ICE Field Office, an officer will confirm contact information, take biometrics, and explain the court process. The noncitizen will receive instructions about next steps and receive more information on how to find legal help and other resources.

- **How does a noncitizen change their address with ICE?**
  To change an address with ICE, a noncitizen should contact the ICE Victims Engagement and Services Line at 1-833-383-1465 or ice.gov/vesl. For cases already filed with EOIR, noncitizens are also required to change their address with the court by submitting a Change of Address, Form EOIR-33, with the EOIR.

- **Does ICE expect a large number of in absentia removal orders as a result of noncitizens not receiving their mailed NTA?**
  It is critical that all noncitizens contact the ICE VESL line to update their contact information with ICE if it changes. Failure to appear at a scheduled immigration court hearing may result in a judge ordering the individual removed in absentia.

- **Will people be placed on the dedicated docket?**
  Yes, they will be placed on the dedicated docket if they are part of a family group who was apprehended between the ports of entry after May 28, 2021, eligible for the ATD program, and residing in one of the 11 dedicated docket jurisdictions.

**Communications deliverables from ICE OPA:**
- RTQ
- Updates to ice.gov/check-in: adding video and example of sample packet
  - o Video (style: animation) explaining mailer's intent; will launch with Spanish and then add versions in Portuguese and Creole.
  - o Updated information on changing address already made.
- Focused media effort, pitching placed stories to Telemundo/Univision and Spanish radio in the following markets: Miami, Houston, New Orleans, Atlanta, Newark, Chicago, Boston, Washington, Los Angeles, and San Francisco.

**Draft Tick Tock (subject to change):**
**Thursday, November 4**
5:30-6:15PM ET        ICE/OPE host stakeholder call, "What to Expect from the Mailout NTA and Processing"

**Friday, November 5**

Ongoing                        ICE/OPE CRO's to host calls in areas of responsibility for additional key
stakeholders

**Monday, November 8**
                               First round of packets drops in the mail
                               ICE/OPA begins pitching to targeted media (Telemundo/Univision)

**Tuesday, November 9**
                               Add video (English, Spanish) to ice.gov/check-in; Portuguese and Creole
to come by week's end.

| Capacity Date | Capacity Location | AOR | Number of Appointments | Noncitizen Count | Capacity |
|---|---|---|---|---|---|
| 2022-05-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-04-01 | WICHITA ICE OFFICE | Chicago | 5 | 9 | 12.50 |
| 2023-01-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-09-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-12-01 | LOUISVILLE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-06-01 | CHICAGO FIELD OFFICE | Chicago | 73 | 169 | 97.19 |
| 2024-01-01 | MILWAUKEE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-05-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 34 | 73 | 93.65 |
| 2023-02-01 | CHICAGO FIELD OFFICE | Chicago | 34 | 102 | 88.89 |
| 2023-04-01 | LOUISVILLE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-10-01 | CHICAGO FIELD OFFICE | Chicago | 36 | 99 | 83.82 |
| 2022-09-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 1 | 1 | 1.79 |
| 2022-09-01 | LOUISVILLE FIELD OFFICE | Chicago | 4 | 9 | 9.25 |
| 2022-09-01 | MILWAUKEE FIELD OFFICE | Chicago | 17 | 38 | 82.86 |
| 2023-01-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-03-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 25 | 69 | 58.33 |
| 2022-05-01 | LOUISVILLE FIELD OFFICE | Chicago | 33 | 94 | 42.39 |
| 2022-05-01 | MILWAUKEE FIELD OFFICE | Chicago | 17 | 40 | 85.07 |
| 2023-09-01 | MILWAUKEE FIELD OFFICE | Chicago | 13 | 34 | 43.40 |
| 2022-09-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |

| 2022-11-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 36 | 87 | 88.39 |
|---|---|---|---|---|---|
| 2023-05-01 | MILWAUKEE FIELD OFFICE | Chicago | 19 | 49 | 77.27 |
| 2022-07-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 33 | 70 | 85.83 |
| 2023-01-01 | MILWAUKEE FIELD OFFICE | Chicago | 17 | 40 | 78.08 |
| 2023-03-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-09-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-11-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-01-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-07-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 7 | 17 | 9.72 |
| 2023-04-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-12-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-08-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-12-01 | MILWAUKEE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-04-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 24 | 59 | 88.43 |
| 2023-01-01 | CHICAGO FIELD OFFICE | Chicago | 35 | 99 | 98.21 |
| 2023-03-01 | LOUISVILLE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-09-01 | CHICAGO FIELD OFFICE | Chicago | 38 | 110 | 92.50 |
| 2022-11-01 | LOUISVILLE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2024-04-01 | MILWAUKEE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-08-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 25 | 57 | 66.88 |
| 2022-05-01 | CHICAGO FIELD OFFICE | Chicago | 67 | 158 | 98.05 |

| 2022-12-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2023-02-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 29 | 75 | 86.67 |
| 2022-04-01 | LOUISVILLE FIELD OFFICE | Chicago | 39 | 87 | 50.00 |
| 2022-04-01 | MILWAUKEE FIELD OFFICE | Chicago | 12 | 29 | 58.62 |
| 2023-08-01 | MILWAUKEE FIELD OFFICE | Chicago | 14 | 41 | 55.56 |
| 2022-08-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-10-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 35 | 79 | 89.06 |
| 2023-04-01 | MILWAUKEE FIELD OFFICE | Chicago | 15 | 36 | 71.83 |
| 2022-06-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 48 | 113 | 93.60 |
| 2022-12-01 | MILWAUKEE FIELD OFFICE | Chicago | 13 | 35 | 69.23 |
| 2023-04-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-08-01 | LOUISVILLE FIELD OFFICE | Chicago | 12 | 38 | 20.69 |
| 2022-08-01 | MILWAUKEE FIELD OFFICE | Chicago | 21 | 50 | 79.78 |
| 2022-10-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-04-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-12-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-06-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 8 | 24 | 18.18 |
| 2023-02-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-11-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-07-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-03-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-12-01 | CHICAGO FIELD OFFICE | Chicago | 35 | 101 | 83.82 |
| 2023-02-01 | LOUISVILLE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-08-01 | CHICAGO FIELD OFFICE | Chicago | 42 | 127 | 88.95 |
| 2022-10-01 | LOUISVILLE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2024-03-01 | MILWAUKEE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-07-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 22 | 68 | 60.87 |
| 2022-04-01 | CHICAGO FIELD OFFICE | Chicago | 55 | 136 | 98.82 |
| 2023-11-01 | MILWAUKEE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-07-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-09-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 33 | 81 | 89.06 |
| 2022-04-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 1 | 1 | 33.33 |
| 2023-03-01 | MILWAUKEE FIELD OFFICE | Chicago | 20 | 48 | 80.95 |
| 2022-05-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 55 | 155 | 97.22 |
| 2022-11-01 | MILWAUKEE FIELD OFFICE | Chicago | 16 | 41 | 60.00 |
| 2023-03-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-07-01 | LOUISVILLE FIELD OFFICE | Chicago | 31 | 83 | 49.38 |
| 2022-07-01 | MILWAUKEE FIELD OFFICE | Chicago | 16 | 38 | 79.41 |
| 2022-11-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-01-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 35 | 85 | 93.75 |
| 2023-07-01 | MILWAUKEE FIELD OFFICE | Chicago | 12 | 37 | 78.49 |

| 2023-03-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-11-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-05-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 8 | 20 | 15.00 |
| 2023-01-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-04-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-06-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-06-01 | WICHITA ICE OFFICE | Chicago | 1 | 1 | 1.19 |
| 2023-02-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-08-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 3 | 10 | 11.76 |
| 2022-10-01 | HSI/ERO SPRINGFIELD MO OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-01-01 | LOUISVILLE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-07-01 | CHICAGO FIELD OFFICE | Chicago | 31 | 97 | 97.06 |
| 2024-02-01 | MILWAUKEE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-06-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 27 | 75 | 87.50 |
| 2023-10-01 | MILWAUKEE FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-03-01 | CHICAGO FIELD OFFICE | Chicago | 28 | 77 | 67.31 |
| 2022-11-01 | CHICAGO FIELD OFFICE | Chicago | 39 | 110 | 85.63 |
| 2022-04-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 43 | 127 | 96.69 |
| 2022-10-01 | MILWAUKEE FIELD OFFICE | Chicago | 17 | 41 | 82.86 |
| 2023-04-01 | CHICAGO FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-02-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |

| 2022-06-01 | LOUISVILLE FIELD OFFICE | Chicago | 33 | 97 | 43.44 |
|---|---|---|---|---|---|
| 2022-06-01 | MILWAUKEE FIELD OFFICE | Chicago | 20 | 48 | 79.07 |
| 2022-10-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-12-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 32 | 82 | 89.06 |
| 2023-06-01 | MILWAUKEE FIELD OFFICE | Chicago | 13 | 39 | 72.22 |
| 2022-05-01 | WICHITA ICE OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-08-01 | ERO/HSI INDIANAPOLIS OFFICE | Chicago | 38 | 96 | 85.94 |
| 2023-02-01 | MILWAUKEE FIELD OFFICE | Chicago | 15 | 37 | 74.29 |
| 2023-04-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-10-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-04-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 9 | 25 | 73.08 |
| 2022-12-01 | ERO - KANSAS CITY FIELD OFFICE | Chicago | 0 | 0 | 0.00 |
| 2023-02-01 | SAINT LOUIS FILE CONTROL OFFICE | Chicago | 0 | 0 | 0.00 |
| 2022-09-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-06-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-05-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2023-01-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-10-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2023-04-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
| 2023-02-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-12-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-06-01 | MIDLAND ERO OFFICE | El Paso | 7 | 23 | 1.12 |

| 2023-04-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-12-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2022-08-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2022-04-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2023-04-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-12-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-08-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2023-03-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
| 2023-01-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-11-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-09-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-04-01 | ICE COLOCATION EL PASO | El Paso | 4 | 6 | 3.11 |
| 2022-05-01 | MIDLAND ERO OFFICE | El Paso | 10 | 28 | 3.18 |
| 2022-11-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2022-07-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2023-03-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2023-03-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-11-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-08-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-07-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2023-04-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2023-02-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-12-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |

| 2022-10-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-05-01 | ALBUQUERQUE OFFICE | El Paso | 1 | 1 | 1.75 |
| 2022-04-01 | MIDLAND ERO OFFICE | El Paso | 16 | 41 | 14.88 |
| 2022-08-01 | MIDLAND ERO OFFICE | El Paso | 3 | 8 | 2.16 |
| 2022-06-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2023-02-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2022-10-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2022-10-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-07-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-06-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2023-02-01 | ICE COLOCATION EL PASO | El Paso | 0 | 0 | 0.00 |
| 2022-11-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-09-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-04-01 | ALBUQUERQUE OFFICE | El Paso | 5 | 7 | 63.64 |
| 2023-03-01 | ALBUQUERQUE OFFICE | El Paso | 0 | 0 | 0.00 |
| 2023-01-01 | MIDLAND ERO OFFICE | El Paso | 0 | 0 | 0.00 |
| 2022-07-01 | MIDLAND ERO OFFICE | El Paso | 12 | 34 | 5.31 |
| 2023-01-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2022-09-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2022-05-01 | ROSWELL, NM ERO | El Paso | 0 | 0 | 0.00 |
| 2023-01-01 | WICOMICO DETENTION FACILITY | Baltimore | 1 | 2 | 2.26 |
| 2022-10-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 171 | 433 | 57.92 |
| 2023-02-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 2 | 6 | 1.19 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-11-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2024-02-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2023-10-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2022-04-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 19 | 47 | 100.00 |
| 2022-05-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 21 | 58 | 100.00 |
| 2023-05-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2022-08-01 | WICOMICO DETENTION FACILITY | Baltimore | 14 | 35 | 100.00 |
| 2022-10-01 | WICOMICO DETENTION FACILITY | Baltimore | 2 | 6 | 8.05 |
| 2023-01-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 21 | 59 | 6.16 |
| 2022-09-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 238 | 539 | 77.87 |
| 2024-01-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2023-09-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2022-04-01 | WICOMICO DETENTION FACILITY | Baltimore | 10 | 27 | 100.00 |
| 2023-04-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2022-05-01 | WICOMICO DETENTION FACILITY | Baltimore | 13 | 33 | 100.00 |
| 2022-09-01 | WICOMICO DETENTION FACILITY | Baltimore | 8 | 14 | 17.65 |
| 2022-12-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 165 | 442 | 59.55 |

| 2023-04-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-08-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 296 | 734 | 97.79 |
| 2023-07-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2023-02-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2023-03-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2024-04-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2023-12-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2022-07-01 | WICOMICO DETENTION FACILITY | Baltimore | 12 | 32 | 100.00 |
| 2022-06-01 | WICOMICO DETENTION FACILITY | Baltimore | 14 | 35 | 100.00 |
| 2023-08-01 | WICOMICO DETENTION FACILITY | Baltimore | 1 | 3 | 3.38 |
| 2022-11-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 160 | 410 | 54.06 |
| 2023-03-01 | BALTIMORE DISTRICT OFFICE | Baltimore | 2 | 6 | 0.96 |
| 2022-12-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2024-03-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2023-11-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2023-06-01 | WICOMICO DETENTION FACILITY | Baltimore | 0 | 0 | 0.00 |
| 2022-12-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |

| 2022-12-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-06-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 14 | 36 | 10.64 |
| 2022-08-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-04-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2022-12-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 4 | 14 | 8.11 |
| 2023-01-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-04-01 | HELENA FIELD OFFICE | Salt Lake City | 1 | 4 | 5.00 |

| 2022-05-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-04-01 | PROVO OFFICE | Salt Lake City | 12 | 35 | 70.24 |
| 2023-01-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | PROVO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | PROVO OFFICE | Salt Lake City | 15 | 43 | 82.95 |
| 2022-05-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 120 | 209 | 36.33 |
| 2022-07-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-04-01 | TWIN FALLS FIELD ERO | Salt Lake City | 1 | 1 | 2.88 |
| 2023-03-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-12-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 1 | 1 | 4.73 |
| 2022-11-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2022-04-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-12-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-12-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2023-03-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-04-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-04-01 | BOISE FIELD OFFICE | Salt Lake City | 2 | 3 | 5.13 |
| 2022-08-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-12-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-12-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-04-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 34 | 84 | 95.16 |
| 2023-04-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-04-01 | RENO OFFICE | Salt Lake City | 4 | 8 | 10.34 |
| 2022-12-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | PROVO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | PROVO OFFICE | Salt Lake City | 13 | 37 | 87.50 |
| 2023-03-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 15 | 47 | 9.94 |
| 2022-10-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |

| 2022-04-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 242 | 416 | 88.09 |
|---|---|---|---|---|---|
| 2022-06-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-06-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-03-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-03-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2023-03-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-06-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-08-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 2 | 6 | 3.39 |
| 2023-03-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-03-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-04-01 | PROVO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | PROVO OFFICE | Salt Lake City | 2 | 8 | 16.67 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-12-01 | PROVO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-06-01 | PROVO OFFICE | Salt Lake City | 15 | 40 | 79.55 |
| 2023-03-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-07-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 13 | 45 | 12.89 |
| 2022-09-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | IDAHO FALLS ICE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | HELENA FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |
| 2023-01-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-06-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | TWIN FALLS FIELD ERO | Salt Lake City | 0 | 0 | 0.00 |
| 2022-06-01 | ST. GEORGE OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | BOISE FIELD OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 0 | 0 | 0.00 |

| 2022-06-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-06-01 | LAS VEGAS HSI, ERO AND OPLA | Salt Lake City | 2 | 5 | 3.32 |
| 2023-02-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-02-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | WEST VALLEY CITY OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 0 | 0 | 0.00 |
| 2022-11-01 | PROVO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-06-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-05-01 | PROVO OFFICE | Salt Lake City | 16 | 37 | 86.25 |
| 2022-04-01 | OGDEN QUICK RESPONSE TEAM | Salt Lake City | 10 | 19 | 18.46 |
| 2023-02-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2023-03-01 | PROVO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-10-01 | RENO OFFICE | Salt Lake City | 0 | 0 | 0.00 |
| 2022-09-01 | PROVO OFFICE | Salt Lake City | 14 | 43 | 88.75 |
| 2023-02-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-06-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-01-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-09-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-11-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2022-09-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-05-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-02-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-07-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2023-02-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-05-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-10-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-10-01 | LATHAM OFFICE | Buffalo | 1 | 2 | 4.17 |
| 2022-12-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-08-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-10-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2022-08-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-01-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-04-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 16 | 26 | 6.05 |
| 2022-06-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2023-01-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2022-04-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-09-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-04-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-01-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-05-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-04-01 | LATHAM OFFICE | Buffalo | 1 | 1 | 2.42 |
| 2022-09-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2023-04-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2022-07-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-12-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-05-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2023-04-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-08-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-03-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-12-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-11-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-07-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-04-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-04-01 | SYRACUSE OFFICE | Buffalo | 15 | 22 | 100.00 |
| 2023-03-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-07-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-02-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-11-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-12-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2022-10-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-06-01 | LATHAM OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2023-03-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-08-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2023-03-01 | BUFFALO FIELD OFFICE CO-LO SITE | Buffalo | 0 | 0 | 0.00 |
| 2022-06-01 | CHAMPLAIN ERO OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-11-01 | SYRACUSE OFFICE | Buffalo | 0 | 0 | 0.00 |
| 2022-07-01 | DALLAS FIELD OFFICE | Dallas | 70 | 159 | 14.54 |
| 2023-03-01 | DALLAS FIELD OFFICE | Dallas | 1 | 1 | 0.07 |
| 2022-11-01 | DALLAS FIELD OFFICE | Dallas | 1 | 3 | 0.25 |
| 2023-04-01 | DALLAS FIELD OFFICE | Dallas | 0 | 0 | 0.00 |
| 2022-09-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2022-05-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2023-01-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2023-02-01 | DALLAS FIELD OFFICE | Dallas | 4 | 4 | 0.33 |
| 2022-10-01 | DALLAS FIELD OFFICE | Dallas | 4 | 8 | 0.67 |
| 2022-12-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |

| 2022-08-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2023-03-01 | OKLAHOMA CITY - ERO | Dallas | 1 | 1 | 0.64 |
| 2023-01-01 | DALLAS FIELD OFFICE | Dallas | 3 | 3 | 0.25 |
| 2022-09-01 | DALLAS FIELD OFFICE | Dallas | 5 | 10 | 0.69 |
| 2023-04-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2022-11-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2022-06-01 | DALLAS FIELD OFFICE | Dallas | 168 | 379 | 100.00 |
| 2022-07-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2022-04-01 | DALLAS FIELD OFFICE | Dallas | 143 | 357 | 100.00 |
| 2022-05-01 | DALLAS FIELD OFFICE | Dallas | 169 | 439 | 100.00 |
| 2022-04-01 | OKLAHOMA CITY - ERO | Dallas | 14 | 37 | 10.05 |
| 2022-08-01 | DALLAS FIELD OFFICE | Dallas | 5 | 8 | 0.58 |
| 2022-12-01 | DALLAS FIELD OFFICE | Dallas | 2 | 4 | 0.28 |
| 2022-10-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2022-06-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2023-02-01 | OKLAHOMA CITY - ERO | Dallas | 0 | 0 | 0.00 |
| 2022-11-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2022-05-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2023-03-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2023-02-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2022-10-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2022-09-01 | HARLINGEN FIELD OFFICE | Harlingen | 1 | 3 | 1.37 |
| 2023-01-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-08-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2022-06-01 | HARLINGEN FIELD OFFICE | Harlingen | 1 | 1 | 0.46 |
| 2022-12-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2022-07-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2023-04-01 | HARLINGEN FIELD OFFICE | Harlingen | 0 | 0 | 0.00 |
| 2022-04-01 | HARLINGEN FIELD OFFICE | Harlingen | 8 | 18 | 3.95 |
| 2023-04-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-12-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-07-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2023-02-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-10-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-05-01 | PHOENIX FIELD OFFICE | Phoenix | 1 | 1 | 0.13 |
| 2023-03-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-11-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-06-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2023-01-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-08-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-04-01 | PHOENIX FIELD OFFICE | Phoenix | 9 | 19 | 0.70 |
| 2022-04-01 | TUCSON OFFICE | Phoenix | 2 | 4 | 6.67 |
| 2023-02-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-10-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-05-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-07-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2023-04-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-12-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-09-01 | PHOENIX FIELD OFFICE | Phoenix | 1 | 1 | 0.13 |
| 2022-09-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2023-01-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2022-08-01 | TUCSON OFFICE | Phoenix | 0 | 0 | 0.00 |
| 2023-03-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |

| 2022-11-01 | PHOENIX FIELD OFFICE | Phoenix | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-06-01 | PHOENIX FIELD OFFICE | Phoenix | 1 | 2 | 0.18 |
| 2022-04-01 | WESTERVILLE CO-LO OFFICE | Detroit | 21 | 55 | 84.87 |
| 2022-08-01 | WESTERVILLE CO-LO OFFICE | Detroit | 24 | 72 | 48.78 |
| 2022-06-01 | BLUE ASH BUILDING | Detroit | 12 | 29 | 42.86 |
| 2022-06-01 | CLEVELAND OFFICE | Detroit | 1 | 3 | 3.57 |
| 2023-01-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
| 2022-08-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
| 2022-09-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-11-01 | WESTERVILLE CO-LO OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-02-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-10-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-01-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-04-01 | WESTERVILLE CO-LO OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-01-01 | WESTERVILLE CO-LO OFFICE | Detroit | 1 | 1 | 1.89 |
| 2022-07-01 | WESTERVILLE CO-LO OFFICE | Detroit | 26 | 64 | 74.44 |
| 2023-04-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
| 2022-05-01 | CLEVELAND OFFICE | Detroit | 1 | 3 | 3.85 |
| 2022-11-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
| 2022-06-01 | DETROIT FIELD OFFICE | Detroit | 7 | 23 | 0.29 |
| 2022-05-01 | BLUE ASH BUILDING | Detroit | 21 | 62 | 86.72 |
| 2023-01-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-04-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |

| 2022-09-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-12-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-03-01 | WESTERVILLE CO-LO OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-08-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-10-01 | WESTERVILLE CO-LO OFFICE | Detroit | 1 | 3 | 2.04 |
| 2022-06-01 | WESTERVILLE CO-LO OFFICE | Detroit | 28 | 86 | 52.94 |
| 2022-10-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
| 2022-12-01 | BLUE ASH BUILDING | Detroit | 1 | 4 | 4.38 |
| 2022-05-01 | DETROIT FIELD OFFICE | Detroit | 25 | 68 | 3.24 |
| 2022-04-01 | BLUE ASH BUILDING | Detroit | 19 | 57 | 84.52 |
| 2023-03-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
| 2022-04-01 | CLEVELAND OFFICE | Detroit | 5 | 8 | 15.85 |
| 2023-03-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-08-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-11-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-02-01 | WESTERVILLE CO-LO OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-07-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-04-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-12-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-05-01 | WESTERVILLE CO-LO OFFICE | Detroit | 26 | 67 | 68.60 |
| 2022-09-01 | WESTERVILLE CO-LO OFFICE | Detroit | 4 | 8 | 7.96 |
| 2022-07-01 | BLUE ASH BUILDING | Detroit | 1 | 1 | 3.33 |
| 2022-04-01 | DETROIT FIELD OFFICE | Detroit | 28 | 61 | 4.16 |

| 2023-02-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-09-01 | BLUE ASH BUILDING | Detroit | 0 | 0 | 0.00 |
| 2022-10-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-12-01 | WESTERVILLE CO-LO OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-03-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-11-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-02-01 | CLEVELAND OFFICE | Detroit | 0 | 0 | 0.00 |
| 2022-07-01 | DETROIT FIELD OFFICE | Detroit | 0 | 0 | 0.00 |
| 2023-03-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-04-01 | SANTA ANA OFFICE | Los Angeles | 6 | 15 | 2.39 |
| 2023-01-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-11-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-07-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-03-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-11-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-01-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-05-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 127 | 351 | 100.00 |
| 2022-09-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-05-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-07-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 1 | 3 | 0.22 |
| 2023-03-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-11-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-07-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |

| 2022-09-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2023-04-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-02-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-05-01 | SAN BERNARDINO OFFICE | Los Angeles | 1 | 3 | 0.24 |
| 2022-10-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-06-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-02-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-09-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-08-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-06-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 113 | 314 | 48.26 |
| 2023-04-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-12-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-02-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-10-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-12-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-06-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-08-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-04-01 | SAN BERNARDINO OFFICE | Los Angeles | 10 | 20 | 2.39 |
| 2022-09-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-03-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |

| 2023-01-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-04-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 2 | 5 | 3.03 |
| 2023-01-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-03-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-11-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-07-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-10-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 1 | 2 | 0.17 |
| 2022-09-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-11-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-05-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-07-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-01-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2023-04-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-05-01 | SANTA ANA OFFICE | Los Angeles | 1 | 3 | 0.34 |
| 2023-02-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-12-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-08-01 | SANTA ANA OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-04-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-12-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-02-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-04-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 102 | 256 | 100.00 |
| 2022-10-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |

| 2022-06-01 | CORTEZ CIRCLE OFFICE | Los Angeles | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-08-01 | LOS ANGELES FIELD OFFICE | Los Angeles | 2 | 3 | 0.24 |
| 2022-04-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-06-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2023-04-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-12-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-08-01 | ERO PROCESSING CENTER | Los Angeles | 0 | 0 | 0.00 |
| 2022-10-01 | SAN BERNARDINO OFFICE | Los Angeles | 0 | 0 | 0.00 |
| 2022-04-01 | DOVER OFFICE | Philadelphia | 12 | 29 | 75.58 |
| 2022-11-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-07-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-12-01 | DOVER OFFICE | Philadelphia | 16 | 35 | 73.75 |
| 2022-08-01 | DOVER OFFICE | Philadelphia | 16 | 36 | 93.75 |
| 2023-03-01 | DOVER OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2023-03-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-09-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 0 | 0 | 0.00 |
| 2022-06-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2022-11-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-09-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-07-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-05-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-02-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-03-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 0 | 0 | 0.00 |
| 2022-10-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-04-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2023-01-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-04-01 | PITTSBURGH SUB OFFICE | Philadelphia | 5 | 11 | 20.00 |
| 2022-07-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 1 | 2 | 1.17 |
| 2022-10-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-06-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-11-01 | DOVER OFFICE | Philadelphia | 15 | 37 | 72.50 |
| 2022-07-01 | DOVER OFFICE | Philadelphia | 14 | 27 | 95.83 |
| 2023-02-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-05-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2023-01-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-04-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-12-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 0 | 0 | 0.00 |
| 2022-09-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-03-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-12-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |

| 2023-02-01 | DOVER OFFICE | Philadelphia | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-08-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 0 | 0 | 0.00 |
| 2022-05-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2022-10-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-08-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-04-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 1 | 2 | 0.60 |
| 2022-06-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 4 | 4 | 2.96 |
| 2022-04-01 | YORK ERO FIELD OFFICE | Philadelphia | 2 | 7 | 6.10 |
| 2022-10-01 | DOVER OFFICE | Philadelphia | 12 | 32 | 94.44 |
| 2022-06-01 | DOVER OFFICE | Philadelphia | 16 | 38 | 96.88 |
| 2023-01-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-09-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-05-01 | CHARLESTON FIELD OFFICE | Philadelphia | 2 | 6 | 1.18 |
| 2022-12-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-03-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-11-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 0 | 0 | 0.00 |
| 2022-08-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-02-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-11-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |

| 2022-09-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-07-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2023-04-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-02-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 1 | 3 | 1.50 |
| 2022-05-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 2 | 7 | 3.33 |
| 2023-01-01 | PITTSBURGH SUB OFFICE | Philadelphia | 1 | 1 | 1.92 |
| 2022-05-01 | DOVER OFFICE | Philadelphia | 14 | 37 | 68.75 |
| 2022-12-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-08-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2023-01-01 | DOVER OFFICE | Philadelphia | 9 | 26 | 50.96 |
| 2022-04-01 | CHARLESTON FIELD OFFICE | Philadelphia | 1 | 2 | 0.49 |
| 2022-09-01 | DOVER OFFICE | Philadelphia | 14 | 34 | 92.86 |
| 2023-04-01 | DOVER OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2023-04-01 | CHARLESTON FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-10-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 0 | 0 | 0.00 |
| 2022-07-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2022-12-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-10-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-08-01 | PITTSBURGH SUB OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-06-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-03-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-04-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 0 | 0 | 0.00 |
| 2022-11-01 | PIKE COUNTY PRISON DETENTION CENTER | Philadelphia | 0 | 0 | 0.00 |
| 2023-02-01 | YORK ERO FIELD OFFICE | Philadelphia | 0 | 0 | 0.00 |
| 2022-04-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 48 | 121 | 71.01 |
| 2022-06-01 | PITTSBURGH SUB OFFICE | Philadelphia | 1 | 2 | 2.68 |
| 2023-01-01 | PHILADELPHIA OFFICE N 8TH ST. | Philadelphia | 2 | 2 | 1.56 |
| 2022-11-01 | WASHINGTON FIELD OFFICE | Washington | 2 | 3 | 2.18 |
| 2022-04-01 | WASHINGTON FIELD OFFICE | Washington | 56 | 137 | 96.44 |
| 2023-04-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-12-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-03-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-11-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-07-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-01-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-05-01 | NORFOLK ASAC OFFICE | Washington | 1 | 1 | 0.98 |
| 2022-09-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-05-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-09-01 | WASHINGTON FIELD OFFICE | Washington | 1 | 2 | 1.42 |
| 2023-03-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-10-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |

| 2023-02-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-10-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-08-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-04-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-12-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-04-01 | NORFOLK ASAC OFFICE | Washington | 5 | 11 | 12.12 |
| 2022-06-01 | WASHINGTON FIELD OFFICE | Washington | 41 | 118 | 61.39 |
| 2022-08-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-02-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-09-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-01-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-03-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-11-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-07-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-05-01 | WASHINGTON FIELD OFFICE | Washington | 62 | 155 | 83.78 |
| 2023-01-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-07-01 | WASHINGTON FIELD OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-04-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-12-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-08-01 | NORFOLK ASAC OFFICE | Washington | 0 | 0 | 0.00 |
| 2023-02-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-06-01 | NORFOLK ASAC OFFICE | Washington | 1 | 2 | 1.47 |
| 2022-10-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |

| 2022-04-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 17 | 29 | 16.67 |
|---|---|---|---|---|---|
| 2022-06-01 | RICHMOND VA, HQ COOP OFFICE | Washington | 0 | 0 | 0.00 |
| 2022-07-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 1 | 3 | 1.48 |
| 2022-04-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 84 | 181 | 100.00 |
| 2023-04-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2022-12-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2022-06-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 2 | 3 | 1.41 |
| 2022-11-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2023-03-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2022-05-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 71 | 128 | 54.24 |
| 2023-02-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2022-10-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2022-09-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 2 | 5 | 2.33 |
| 2023-01-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2022-08-01 | SAN ANTONIO ERO RESIDENT OFFICE | San Antonio | 0 | 0 | 0.00 |
| 2022-11-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-11-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-07-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-06-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-04-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 3 | 5 | 0.20 |
| 2023-03-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2023-03-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-06-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2023-02-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2023-02-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-10-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-10-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-05-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2023-01-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2023-01-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-09-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-08-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-09-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 1 | 2 | 0.06 |
| 2022-12-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-12-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-08-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-07-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |
| 2022-05-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 3 | 7 | 0.19 |
| 2022-04-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2023-04-01 | SAN DIEGO DISTRICT FIELD OFFICE | San Diego | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-04-01 | IMPERIAL OFFICE | San Diego | 0 | 0 | 0.00 |
| 2023-02-01 | SAINT PAUL ICE OFFICE | Saint Paul | 18 | 52 | 88.89 |
| 2022-08-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2022-11-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-10-01 | SAINT PAUL ICE OFFICE | Saint Paul | 22 | 52 | 93.75 |
| 2022-07-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-06-01 | SAINT PAUL ICE OFFICE | Saint Paul | 37 | 109 | 95.21 |
| 2023-04-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2022-12-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2023-03-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-02-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-10-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | DES MOINES ICE OFFICE | Saint Paul | 1 | 3 | 5.56 |
| 2022-06-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-12-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-08-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-11-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-06-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-04-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 6 | 12 | 3.80 |
| 2023-03-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-04-01 | OMAHA FIELD OFFICE | Saint Paul | 10 | 17 | 14.29 |
| 2022-11-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-01-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | NORTH PLATTE OFFICE | Saint Paul | 1 | 4 | 33.33 |
| 2022-07-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-12-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | SAINT PAUL ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-09-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-12-01 | NORTH PLATTE OFFICE | Saint Paul | 1 | 2 | 0.59 |
| 2022-08-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-08-01 | NORTH PLATTE OFFICE | Saint Paul | 1 | 3 | 1.84 |
| 2022-09-01 | SAINT PAUL ICE OFFICE | Saint Paul | 22 | 56 | 96.15 |
| 2022-06-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | SAINT PAUL ICE OFFICE | Saint Paul | 36 | 99 | 93.04 |
| 2023-03-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | SIOUX CITY ERO BUILDING | Saint Paul | 2 | 7 | 8.57 |
| 2022-11-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2023-02-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-01-01 | SAINT PAUL ICE OFFICE | Saint Paul | 22 | 55 | 95.19 |
| 2022-07-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2022-10-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-09-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-04-01 | DES MOINES ICE OFFICE | Saint Paul | 6 | 12 | 50.00 |
| 2023-01-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |

| 2022-07-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-10-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-03-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | GRAND FORKS ERO OFFICE | Saint Paul | 3 | 7 | 40.63 |
| 2022-11-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-07-01 | NORTH PLATTE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-02-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-10-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-03-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-12-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-03-01 | NORTH PLATTE OFFICE | Saint Paul | 2 | 5 | 3.03 |
| 2022-06-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-11-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-04-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-08-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-11-01 | NORTH PLATTE OFFICE | Saint Paul | 1 | 2 | 0.62 |
| 2022-07-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | NORTH PLATTE OFFICE | Saint Paul | 2 | 6 | 2.33 |
| 2023-02-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-04-01 | SAINT PAUL ICE OFFICE | Saint Paul | 29 | 81 | 82.14 |
| 2023-02-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-04-01 | SIOUX CITY ERO BUILDING | Saint Paul | 6 | 10 | 11.11 |
| 2022-10-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2023-01-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-12-01 | SAINT PAUL ICE OFFICE | Saint Paul | 27 | 58 | 87.50 |
| 2022-06-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2022-09-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-08-01 | SAINT PAUL ICE OFFICE | Saint Paul | 23 | 71 | 87.97 |
| 2022-05-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 1 | 1 | 25.00 |
| 2022-12-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-08-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-02-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-04-01 | GRAND FORKS ERO OFFICE | Saint Paul | 3 | 6 | 50.00 |
| 2022-10-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-06-01 | NORTH PLATTE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-01-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-06-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-09-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-10-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-10-01 | NORTH PLATTE OFFICE | Saint Paul | 7 | 11 | 6.67 |
| 2022-06-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |

| 2022-04-01 | NORTH PLATTE OFFICE | Saint Paul | 9 | 32 | 20.00 |
|---|---|---|---|---|---|
| 2023-01-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-03-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-09-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-02-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-07-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-11-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-02-01 | NORTH PLATTE OFFICE | Saint Paul | 1 | 3 | 1.94 |
| 2023-03-01 | SAINT PAUL ICE OFFICE | Saint Paul | 26 | 56 | 90.00 |
| 2022-09-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2022-12-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-11-01 | SAINT PAUL ICE OFFICE | Saint Paul | 25 | 55 | 93.75 |
| 2022-08-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-07-01 | SAINT PAUL ICE OFFICE | Saint Paul | 33 | 86 | 86.86 |
| 2022-04-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-01-01 | SIOUX CITY ERO BUILDING | Saint Paul | 0 | 0 | 0.00 |
| 2023-04-01 | SIOUX FALLS ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-03-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-04-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 1 | 1 | 8.33 |
| 2022-11-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-07-01 | CEDAR RAPIDS IA RAC OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-01-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-09-01 | DES MOINES ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |

| 2022-12-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-07-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-03-01 | OMAHA FIELD OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-05-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 5 | 7 | 6.91 |
| 2023-04-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-08-01 | OMAHA FIELD OFFICE | Saint Paul | 1 | 2 | 2.70 |
| 2022-12-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-02-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-08-01 | GRAND FORKS ERO OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-01-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-06-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-10-01 | RAPID CITY ICE OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2023-01-01 | NORTH PLATTE OFFICE | Saint Paul | 1 | 2 | 0.62 |
| 2022-09-01 | GRAND ISLAND ERO/HSI OFFICE | Saint Paul | 0 | 0 | 0.00 |
| 2022-09-01 | NORTH PLATTE OFFICE | Saint Paul | 3 | 7 | 4.00 |
| 2022-12-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 14 | 41 | 32.93 |
| 2022-10-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2023-03-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-06-01 | SAXON BUILDING | Boston | 4 | 14 | 11.30 |
| 2023-03-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2023-04-01 | HARTFORD SUB OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-06-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2023-03-01 | BURLINGTON MA OFFICE | Boston | 3 | 8 | 0.79 |
| 2023-01-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2022-08-01 | BURLINGTON MA OFFICE | Boston | 1 | 2 | 0.22 |

| 2022-11-01 | BURLINGTON MA OFFICE | Boston | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-08-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2022-10-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-04-01 | BURLINGTON MA OFFICE | Boston | 69 | 181 | 20.23 |
| 2023-02-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-10-01 | HARTFORD SUB OFFICE | Boston | 9 | 22 | 6.84 |
| 2022-06-01 | HARTFORD SUB OFFICE | Boston | 5 | 11 | 6.87 |
| 2022-05-01 | SAXON BUILDING | Boston | 26 | 65 | 58.37 |
| 2023-02-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2023-03-01 | HARTFORD SUB OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-05-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-09-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 19 | 60 | 87.30 |
| 2022-09-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2023-02-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-12-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2022-07-01 | BURLINGTON MA OFFICE | Boston | 2 | 6 | 0.67 |
| 2022-09-01 | BURLINGTON MA OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-07-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2022-09-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2023-01-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2023-04-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2023-02-01 | BURLINGTON MA OFFICE | Boston | 1 | 1 | 0.16 |
| 2022-05-01 | HARTFORD SUB OFFICE | Boston | 4 | 4 | 5.13 |
| 2023-01-01 | HARTFORD SUB OFFICE | Boston | 1 | 2 | 1.52 |
| 2022-09-01 | HARTFORD SUB OFFICE | Boston | 9 | 24 | 6.28 |
| 2022-08-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 23 | 60 | 100.00 |
| 2023-02-01 | HARTFORD SUB OFFICE | Boston | 0 | 0 | 0.00 |

| 2022-04-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-12-01 | SAXON BUILDING | Boston | 1 | 2 | 2.37 |
| 2022-08-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2023-01-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-04-01 | SAXON BUILDING | Boston | 27 | 60 | 97.24 |
| 2023-01-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2022-06-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2022-08-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2023-04-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2023-03-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2023-01-01 | BURLINGTON MA OFFICE | Boston | 1 | 5 | 0.50 |
| 2023-04-01 | BURLINGTON MA OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-11-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2022-12-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-06-01 | BURLINGTON MA OFFICE | Boston | 1 | 3 | 0.28 |
| 2022-12-01 | HARTFORD SUB OFFICE | Boston | 2 | 4 | 2.89 |
| 2022-10-01 | MANCHESTER ICE | Boston | 1 | 3 | 1.85 |
| 2022-05-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 21 | 68 | 100.00 |
| 2022-08-01 | HARTFORD SUB OFFICE | Boston | 25 | 74 | 27.57 |
| 2022-04-01 | HARTFORD SUB OFFICE | Boston | 32 | 72 | 55.22 |
| 2022-10-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 20 | 80 | 100.00 |
| 2023-04-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-07-01 | SAXON BUILDING | Boston | 1 | 2 | 2.09 |
| 2023-04-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2022-11-01 | SAXON BUILDING | Boston | 0 | 0 | 0.00 |
| 2022-07-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2023-02-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2022-10-01 | BURLINGTON MA OFFICE | Boston | 1 | 1 | 0.17 |
| 2022-12-01 | BURLINGTON MA OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-09-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |

| 2022-11-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-05-01 | BURLINGTON MA OFFICE | Boston | 2 | 6 | 0.45 |
| 2022-05-01 | MANCHESTER ICE | Boston | 0 | 0 | 0.00 |
| 2023-03-01 | ST. ALBANS OFFICE | Boston | 0 | 0 | 0.00 |
| 2022-11-01 | HARTFORD SUB OFFICE | Boston | 6 | 11 | 0.85 |
| 2022-04-01 | MANCHESTER ICE | Boston | 4 | 9 | 7.22 |
| 2022-07-01 | HARTFORD SUB OFFICE | Boston | 8 | 22 | 5.54 |
| 2022-04-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 17 | 61 | 100.00 |
| 2022-07-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 20 | 62 | 100.00 |
| 2022-06-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 21 | 72 | 100.00 |
| 2022-11-01 | SCARBOROUGH ERO SUB OFFICE | Boston | 20 | 74 | 100.00 |
| 2023-03-01 | TAMPA SUB OFFICE | Miami | 45 | 81 | 91.30 |
| 2023-02-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2022-06-01 | TAMPA SUB OFFICE | Miami | 37 | 88 | 96.15 |
| 2022-11-01 | TAMPA SUB OFFICE | Miami | 36 | 76 | 92.59 |
| 2022-10-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2022-05-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 32 | 51 | 89.39 |
| 2022-07-01 | TAMPA SUB OFFICE | Miami | 35 | 76 | 90.28 |
| 2022-06-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2022-12-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2025-03-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |

| 2022-08-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2024-11-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |
| 2023-04-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2022-07-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-04-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2023-03-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2024-08-01 | JACKSONVILLE CO-LO OFFICE | Miami | 7 | 12 | 4.19 |
| 2022-11-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2023-05-01 | ORLANDO CO-LO OFFICE | Miami | 31 | 85 | 100.00 |
| 2023-10-01 | ORLANDO CO-LO OFFICE | Miami | 29 | 80 | 100.00 |
| 2024-04-01 | JACKSONVILLE CO-LO OFFICE | Miami | 26 | 65 | 100.00 |
| 2022-10-01 | MIRAMAR ERO OFFICE | Miami | 100 | 252 | 100.00 |
| 2023-04-01 | ORLANDO CO-LO OFFICE | Miami | 29 | 74 | 100.00 |
| 2023-09-01 | MIRAMAR ERO OFFICE | Miami | 100 | 251 | 100.00 |
| 2024-02-01 | ORLANDO CO-LO OFFICE | Miami | 31 | 52 | 100.00 |
| 2022-09-01 | MIRAMAR ERO OFFICE | Miami | 105 | 265 | 100.00 |
| 2022-12-01 | JACKSONVILLE CO-LO OFFICE | Miami | 25 | 67 | 100.00 |
| 2023-03-01 | ORLANDO CO-LO OFFICE | Miami | 35 | 82 | 100.00 |
| 2023-08-01 | JACKSONVILLE CO-LO OFFICE | Miami | 26 | 64 | 100.00 |

| 2024-01-01 | MIRAMAR ERO OFFICE | Miami | 105 | 249 | 100.00 |
|---|---|---|---|---|---|
| 2022-11-01 | ORLANDO CO-LO OFFICE | Miami | 42 | 93 | 100.00 |
| 2023-02-01 | ORLANDO CO-LO OFFICE | Miami | 31 | 76 | 100.00 |
| 2023-06-01 | ORLANDO CO-LO OFFICE | Miami | 29 | 71 | 100.00 |
| 2023-12-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 67 | 100.00 |
| 2024-06-01 | JACKSONVILLE CO-LO OFFICE | Miami | 22 | 46 | 100.00 |
| 2022-06-01 | ORLANDO CO-LO OFFICE | Miami | 55 | 122 | 88.94 |
| 2022-05-01 | TAMPA SUB OFFICE | Miami | 43 | 98 | 97.73 |
| 2022-10-01 | TAMPA SUB OFFICE | Miami | 33 | 79 | 92.59 |
| 2022-09-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2022-04-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 18 | 36 | 77.14 |
| 2022-05-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2023-02-01 | TAMPA SUB OFFICE | Miami | 34 | 68 | 89.47 |
| 2023-01-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2025-02-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |
| 2022-07-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2024-10-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |
| 2023-03-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2022-11-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |

| 2023-02-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-10-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-04-01 | JACKSONVILLE CO-LO OFFICE | Miami | 21 | 52 | 100.00 |
| 2023-09-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 49 | 100.00 |
| 2024-02-01 | MIRAMAR ERO OFFICE | Miami | 100 | 231 | 100.00 |
| 2022-09-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 67 | 100.00 |
| 2023-03-01 | MIRAMAR ERO OFFICE | Miami | 115 | 268 | 100.00 |
| 2023-07-01 | ORLANDO CO-LO OFFICE | Miami | 26 | 64 | 100.00 |
| 2024-01-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 52 | 100.00 |
| 2022-06-01 | MIRAMAR ERO OFFICE | Miami | 109 | 306 | 100.00 |
| 2022-11-01 | MIRAMAR ERO OFFICE | Miami | 98 | 242 | 100.00 |
| 2023-02-01 | MIRAMAR ERO OFFICE | Miami | 95 | 226 | 100.00 |
| 2022-09-01 | ORLANDO CO-LO OFFICE | Miami | 45 | 99 | 86.19 |
| 2023-06-01 | MIRAMAR ERO OFFICE | Miami | 104 | 252 | 100.00 |
| 2023-11-01 | ORLANDO CO-LO OFFICE | Miami | 28 | 57 | 100.00 |
| 2024-05-01 | JACKSONVILLE CO-LO OFFICE | Miami | 26 | 57 | 100.00 |
| 2023-01-01 | ORLANDO CO-LO OFFICE | Miami | 44 | 95 | 100.00 |
| 2022-05-01 | ORLANDO CO-LO OFFICE | Miami | 48 | 106 | 86.11 |
| 2023-05-01 | MIRAMAR ERO OFFICE | Miami | 111 | 248 | 100.00 |
| 2023-10-01 | MIRAMAR ERO OFFICE | Miami | 105 | 233 | 100.00 |
| 2024-03-01 | ORLANDO CO-LO OFFICE | Miami | 27 | 48 | 100.00 |
| 2022-07-01 | MIRAMAR ERO OFFICE | Miami | 100 | 272 | 100.00 |

| 2022-10-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 58 | 100.00 |
|---|---|---|---|---|---|
| 2023-04-01 | MIRAMAR ERO OFFICE | Miami | 100 | 213 | 100.00 |
| 2022-04-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2023-04-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2023-01-01 | TAMPA SUB OFFICE | Miami | 42 | 75 | 93.52 |
| 2022-12-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2022-04-01 | TAMPA SUB OFFICE | Miami | 40 | 93 | 94.74 |
| 2022-09-01 | TAMPA SUB OFFICE | Miami | 38 | 80 | 91.23 |
| 2022-08-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2024-09-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |
| 2023-02-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2022-10-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2025-01-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |
| 2023-01-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-09-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-04-01 | MIRAMAR ERO OFFICE | Miami | 101 | 231 | 100.00 |
| 2022-06-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-05-01 | JACKSONVILLE CO-LO OFFICE | Miami | 33 | 90 | 100.00 |
| 2023-07-01 | MIRAMAR ERO OFFICE | Miami | 100 | 227 | 100.00 |
| 2023-12-01 | ORLANDO CO-LO OFFICE | Miami | 21 | 48 | 100.00 |

| 2022-08-01 | MIRAMAR ERO OFFICE | Miami | 115 | 311 | 100.00 |
|---|---|---|---|---|---|
| 2022-11-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 60 | 100.00 |
| 2023-02-01 | JACKSONVILLE CO-LO OFFICE | Miami | 22 | 65 | 100.00 |
| 2022-08-01 | ORLANDO CO-LO OFFICE | Miami | 51 | 109 | 98.75 |
| 2023-06-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 50 | 100.00 |
| 2023-11-01 | MIRAMAR ERO OFFICE | Miami | 105 | 283 | 100.00 |
| 2024-04-01 | ORLANDO CO-LO OFFICE | Miami | 8 | 12 | 100.00 |
| 2023-01-01 | MIRAMAR ERO OFFICE | Miami | 100 | 231 | 100.00 |
| 2022-04-01 | ORLANDO CO-LO OFFICE | Miami | 40 | 95 | 97.04 |
| 2023-05-01 | JACKSONVILLE CO-LO OFFICE | Miami | 26 | 61 | 100.00 |
| 2023-10-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 66 | 100.00 |
| 2024-03-01 | MIRAMAR ERO OFFICE | Miami | 106 | 221 | 100.00 |
| 2022-07-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 69 | 100.00 |
| 2022-12-01 | ORLANDO CO-LO OFFICE | Miami | 46 | 94 | 100.00 |
| 2023-04-01 | JACKSONVILLE CO-LO OFFICE | Miami | 24 | 53 | 100.00 |
| 2023-08-01 | ORLANDO CO-LO OFFICE | Miami | 36 | 90 | 100.00 |
| 2024-02-01 | JACKSONVILLE CO-LO OFFICE | Miami | 22 | 49 | 100.00 |
| 2023-03-01 | JACKSONVILLE CO-LO OFFICE | Miami | 30 | 73 | 100.00 |
| 2023-04-01 | TAMPA SUB OFFICE | Miami | 7 | 15 | 83.33 |
| 2023-03-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2022-12-01 | TAMPA SUB OFFICE | Miami | 39 | 81 | 92.98 |
| 2022-11-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |

| 2022-06-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 8 | 15 | 25.56 |
|---|---|---|---|---|---|
| 2022-08-01 | TAMPA SUB OFFICE | Miami | 42 | 89 | 94.93 |
| 2022-07-01 | SAN PATRICIO OFFICE CENTER | Miami | 0 | 0 | 0.00 |
| 2023-01-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2025-04-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |
| 2022-09-01 | TALLAHASSEE OFFICE COMMMONWEALTH | Miami | 0 | 0 | 0.00 |
| 2024-12-01 | JACKSONVILLE CO-LO OFFICE | Miami | 0 | 0 | 0.00 |
| 2022-08-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-05-01 | MIRAMAR ERO OFFICE | Miami | 115 | 310 | 100.00 |
| 2022-05-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2023-04-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-12-01 | DEPORTATION PROCESSING CENTER | Miami | 0 | 0 | 0.00 |
| 2022-06-01 | JACKSONVILLE CO-LO OFFICE | Miami | 25 | 70 | 100.00 |
| 2023-11-01 | JACKSONVILLE CO-LO OFFICE | Miami | 26 | 48 | 100.00 |
| 2024-04-01 | MIRAMAR ERO OFFICE | Miami | 25 | 46 | 100.00 |
| 2022-10-01 | ORLANDO CO-LO OFFICE | Miami | 42 | 80 | 100.00 |
| 2023-01-01 | JACKSONVILLE CO-LO OFFICE | Miami | 22 | 55 | 100.00 |
| 2023-09-01 | ORLANDO CO-LO OFFICE | Miami | 31 | 77 | 100.00 |

| | | | | |
|---|---|---|---|---|
| 2024-03-01 | JACKSONVILLE CO-LO OFFICE | Miami | 26 | 54 | 100.00 |
| 2022-12-01 | MIRAMAR ERO OFFICE | Miami | 109 | 259 | 100.00 |
| 2023-08-01 | MIRAMAR ERO OFFICE | Miami | 115 | 268 | 100.00 |
| 2024-01-01 | ORLANDO CO-LO OFFICE | Miami | 31 | 56 | 100.00 |
| 2023-07-01 | JACKSONVILLE CO-LO OFFICE | Miami | 26 | 67 | 100.00 |
| 2023-12-01 | MIRAMAR ERO OFFICE | Miami | 100 | 251 | 100.00 |
| 2024-07-01 | JACKSONVILLE CO-LO OFFICE | Miami | 28 | 50 | 100.00 |
| 2022-08-01 | JACKSONVILLE CO-LO OFFICE | Miami | 28 | 80 | 100.00 |
| 2022-07-01 | ORLANDO CO-LO OFFICE | Miami | 46 | 99 | 98.82 |
| 2023-04-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 0 | 0 | 0.00 |
| 2022-10-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 0 | 0 | 0.00 |
| 2022-10-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 0 | 0 | 0.00 |
| 2022-07-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 60 | 169 | 100.00 |
| 2023-03-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 1 | 1 | 0.19 |
| 2022-08-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 1 | 1 | 0.19 |
| 2022-06-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 63 | 168 | 100.00 |
| 2022-04-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 227 | 550 | 68.04 |
| 2022-09-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 0 | 0 | 0.00 |
| 2022-09-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 0 | 0 | 0.00 |
| 2022-04-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 51 | 131 | 100.00 |
| 2023-02-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 0 | 0 | 0.00 |
| 2022-07-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 2 | 5 | 0.70 |
| 2023-03-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 1 | 2 | 0.58 |

| 2023-01-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 1 | 1 | 0.20 |
|---|---|---|---|---|---|
| 2022-05-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 63 | 173 | 100.00 |
| 2023-01-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 2 | 5 | 1.55 |
| 2022-12-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 0 | 0 | 0.00 |
| 2023-04-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 0 | 0 | 0.00 |
| 2022-12-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 2 | 3 | 0.47 |
| 2022-06-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 21 | 46 | 6.14 |
| 2022-08-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 45 | 129 | 40.85 |
| 2022-11-01 | MOUNT LAUREL NJ ERO/HSI | Newark | 0 | 0 | 0.00 |
| 2023-02-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 0 | 0 | 0.00 |
| 2022-11-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 2 | 4 | 0.60 |
| 2022-05-01 | PETER W. RODINO JR FEDERAL BLDG | Newark | 223 | 663 | 76.64 |
| 2023-10-01 | HOUSTON FIELD OFFICE | Houston | 39 | 96 | 7.91 |
| 2023-06-01 | HOUSTON FIELD OFFICE | Houston | 37 | 102 | 7.68 |
| 2022-04-01 | HOUSTON FIELD OFFICE | Houston | 134 | 286 | 81.13 |
| 2022-06-01 | HOUSTON FIELD OFFICE | Houston | 85 | 244 | 100.00 |
| 2024-02-01 | HOUSTON FIELD OFFICE | Houston | 39 | 117 | 8.38 |
| 2023-01-01 | HOUSTON FIELD OFFICE | Houston | 80 | 183 | 100.00 |
| 2022-08-01 | HOUSTON FIELD OFFICE | Houston | 95 | 243 | 100.00 |
| 2024-04-01 | HOUSTON FIELD OFFICE | Houston | 0 | 0 | 0.00 |
| 2023-05-01 | HOUSTON FIELD OFFICE | Houston | 44 | 107 | 7.12 |
| 2024-01-01 | HOUSTON FIELD OFFICE | Houston | 43 | 123 | 7.60 |
| 2023-09-01 | HOUSTON FIELD OFFICE | Houston | 36 | 95 | 6.94 |

| 2022-12-01 | HOUSTON FIELD OFFICE | Houston | 80 | 183 | 100.00 |
|---|---|---|---|---|---|
| 2023-12-01 | HOUSTON FIELD OFFICE | Houston | 35 | 99 | 7.17 |
| 2023-08-01 | HOUSTON FIELD OFFICE | Houston | 45 | 114 | 6.20 |
| 2023-04-01 | HOUSTON FIELD OFFICE | Houston | 35 | 91 | 7.11 |
| 2022-10-01 | HOUSTON FIELD OFFICE | Houston | 81 | 190 | 100.00 |
| 2022-09-01 | HOUSTON FIELD OFFICE | Houston | 80 | 205 | 100.00 |
| 2023-11-01 | HOUSTON FIELD OFFICE | Houston | 39 | 95 | 7.88 |
| 2022-05-01 | HOUSTON FIELD OFFICE | Houston | 88 | 247 | 100.00 |
| 2023-07-01 | HOUSTON FIELD OFFICE | Houston | 32 | 94 | 5.26 |
| 2023-03-01 | HOUSTON FIELD OFFICE | Houston | 56 | 110 | 10.31 |
| 2024-03-01 | HOUSTON FIELD OFFICE | Houston | 2 | 5 | 0.43 |
| 2022-07-01 | HOUSTON FIELD OFFICE | Houston | 75 | 171 | 100.00 |
| 2022-11-01 | HOUSTON FIELD OFFICE | Houston | 85 | 195 | 100.00 |
| 2023-02-01 | HOUSTON FIELD OFFICE | Houston | 75 | 159 | 100.00 |
| 2022-10-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2023-07-01 | ATLANTA FEDERAL OFFICE | Atlanta | 18 | 50 | 90.91 |
| 2023-03-01 | ATLANTA FEDERAL OFFICE | Atlanta | 22 | 61 | 84.48 |
| 2024-03-01 | ATLANTA FEDERAL OFFICE | Atlanta | 12 | 33 | 75.00 |
| 2024-01-01 | CHARLOTTE ERO OFFICE | Atlanta | 1 | 2 | 0.99 |
| 2022-10-01 | ATLANTA FEDERAL OFFICE | Atlanta | 26 | 59 | 98.33 |
| 2022-09-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 1 | 3 | 1.79 |
| 2023-02-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-05-01 | ATLANTA FEDERAL OFFICE | Atlanta | 32 | 87 | 85.55 |

| 2023-11-01 | ATLANTA FEDERAL OFFICE | Atlanta | 23 | 53 | 88.46 |
|---|---|---|---|---|---|
| 2022-05-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 51 | 140 | 96.67 |
| 2024-04-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-06-01 | ATLANTA FEDERAL OFFICE | Atlanta | 31 | 73 | 100.00 |
| 2023-11-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2023-10-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-11-01 | CHARLOTTE ERO OFFICE | Atlanta | 26 | 58 | 100.00 |
| 2023-02-01 | CHARLOTTE ERO OFFICE | Atlanta | 24 | 67 | 100.00 |
| 2023-02-01 | ATLANTA FEDERAL OFFICE | Atlanta | 19 | 51 | 82.26 |
| 2024-02-01 | ATLANTA FEDERAL OFFICE | Atlanta | 15 | 38 | 81.71 |
| 2023-07-01 | CHARLOTTE ERO OFFICE | Atlanta | 17 | 37 | 33.02 |
| 2022-09-01 | ATLANTA FEDERAL OFFICE | Atlanta | 33 | 87 | 80.77 |
| 2022-08-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 56 | 144 | 91.88 |
| 2023-01-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-04-01 | ATLANTA FEDERAL OFFICE | Atlanta | 29 | 75 | 98.74 |
| 2023-10-01 | ATLANTA FEDERAL OFFICE | Atlanta | 23 | 52 | 86.92 |
| 2022-04-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 38 | 115 | 83.94 |
| 2023-06-01 | ATLANTA FEDERAL OFFICE | Atlanta | 25 | 64 | 98.11 |
| 2023-09-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2024-03-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-07-01 | CHARLOTTE ERO OFFICE | Atlanta | 24 | 64 | 100.00 |
| 2022-08-01 | CHARLOTTE ERO OFFICE | Atlanta | 28 | 74 | 100.00 |
| 2022-11-01 | ATLANTA FEDERAL OFFICE | Atlanta | 25 | 65 | 100.00 |

| 2023-01-01 | CHARLOTTE ERO OFFICE | Atlanta | 26 | 73 | 100.00 |
| 2023-04-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-08-01 | ATLANTA FEDERAL OFFICE | Atlanta | 36 | 90 | 94.83 |
| 2022-07-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 56 | 133 | 97.32 |
| 2022-12-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2023-09-01 | ATLANTA FEDERAL OFFICE | Atlanta | 18 | 53 | 89.17 |
| 2023-05-01 | ATLANTA FEDERAL OFFICE | Atlanta | 23 | 65 | 91.38 |
| 2023-01-01 | ATLANTA FEDERAL OFFICE | Atlanta | 22 | 60 | 92.31 |
| 2024-01-01 | ATLANTA FEDERAL OFFICE | Atlanta | 20 | 44 | 93.10 |
| 2023-08-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2024-02-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-12-01 | CHARLOTTE ERO OFFICE | Atlanta | 26 | 55 | 100.00 |
| 2024-04-01 | ATLANTA FEDERAL OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-11-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2023-08-01 | ATLANTA FEDERAL OFFICE | Atlanta | 26 | 73 | 97.33 |
| 2023-04-01 | ATLANTA FEDERAL OFFICE | Atlanta | 19 | 51 | 85.00 |
| 2022-12-01 | ATLANTA FEDERAL OFFICE | Atlanta | 23 | 59 | 90.77 |
| 2023-03-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 0 | 0 | 0.00 |
| 2022-07-01 | ATLANTA FEDERAL OFFICE | Atlanta | 25 | 69 | 95.83 |
| 2023-12-01 | ATLANTA FEDERAL OFFICE | Atlanta | 18 | 43 | 84.03 |
| 2022-06-01 | CHARLESTON ERO/HSI OFFICE | Atlanta | 53 | 140 | 96.67 |
| 2022-06-01 | CHARLOTTE ERO OFFICE | Atlanta | 28 | 68 | 100.00 |
| 2023-12-01 | CHARLOTTE ERO OFFICE | Atlanta | 0 | 0 | 0.00 |

| 2022-04-01 | CHARLOTTE ERO OFFICE | Atlanta | 30 | 80 | 100.00 |
|---|---|---|---|---|---|
| 2022-05-01 | CHARLOTTE ERO OFFICE | Atlanta | 26 | 64 | 100.00 |
| 2023-06-01 | CHARLOTTE ERO OFFICE | Atlanta | 26 | 67 | 100.00 |
| 2023-05-01 | CHARLOTTE ERO OFFICE | Atlanta | 29 | 81 | 100.00 |
| 2022-10-01 | CHARLOTTE ERO OFFICE | Atlanta | 24 | 55 | 100.00 |
| 2023-04-01 | CHARLOTTE ERO OFFICE | Atlanta | 24 | 57 | 100.00 |
| 2022-09-01 | CHARLOTTE ERO OFFICE | Atlanta | 26 | 68 | 100.00 |
| 2023-03-01 | CHARLOTTE ERO OFFICE | Atlanta | 28 | 55 | 100.00 |
| 2022-05-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-05-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-05-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-10-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-08-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-08-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | CRAIG OFFICE | Denver | 1 | 2 | 5.88 |
| 2022-12-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-08-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |

| 2022-08-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-05-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-05-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | FLORENCE OFFICE | Denver | 1 | 1 | 0.70 |
| 2022-06-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-05-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-05-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 1 | 1 | 0.53 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-04-01 | ERO - FREDERICK CO OFFICE | Denver | 1 | 2 | 7.14 |
| 2022-07-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-08-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-08-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2023-01-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-08-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2022-09-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-05-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-05-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | ALAMOSA OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 5 | 7 | 3.47 |
| 2023-02-01 | CASPER SUB-OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-02-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-06-01 | CRAIG OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-10-01 | DENVER FOD AND CHIEF COUNSEL OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | DURANGO OFFICE ERO | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-07-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |

| 2022-08-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-08-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2022-04-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2022-11-01 | ERO - FREDERICK CO OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-04-01 | FLORENCE OFFICE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | GLENWOOD SPRING QUICK RESPONSE TEAM | Denver | 0 | 0 | 0.00 |
| 2022-12-01 | GRAND JUNCTION RESIDENT AGENT IN CHARGE | Denver | 0 | 0 | 0.00 |
| 2023-03-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-06-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | BATON ROUGE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-04-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | LAFAYETTE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-01-01 | BATON ROUGE RAC OFFICE | New Orleans | 1 | 4 | 20.00 |

| Date | Office | Location | | | |
|---|---|---|---|---|---|
| 2022-06-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | LAFAYETTE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-06-01 | BATON ROUGE RAC OFFICE | New Orleans | 17 | 33 | 54.35 |
| 2022-12-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | BOSSIER CITY | New Orleans | 4 | 13 | 3.13 |
| 2022-06-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | LAFAYETTE RAC OFFICE | New Orleans | 7 | 14 | 100.00 |
| 2022-04-01 | FORT SMITH RAC OFFICE | New Orleans | 2 | 4 | 13.16 |
| 2022-05-01 | MONTGOMERY ERO OFFICE | New Orleans | 1 | 3 | 50.00 |
| 2023-04-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | FAYETTEVILLE ERO OFFICE | New Orleans | 4 | 11 | 100.00 |
| 2022-05-01 | GULFPORT RAC OFFICE | New Orleans | 6 | 11 | 100.00 |
| 2023-03-01 | GULFPORT RAC OFFICE | New Orleans | 4 | 10 | 20.00 |
| 2022-07-01 | LAFAYETTE RAC OFFICE | New Orleans | 7 | 14 | 50.00 |
| 2022-12-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-10-01 | GULFPORT RAC OFFICE | New Orleans | 1 | 1 | 3.03 |
| 2022-09-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 16 | 37 | 20.31 |
| 2022-08-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |

| 2022-10-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-05-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 37 | 106 | 49.06 |
| 2022-06-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-04-01 | NASHVILLE SAC OFFICE | New Orleans | 8 | 20 | 16.67 |
| 2022-08-01 | NEW ORLEANS OFFICE | New Orleans | 19 | 45 | 18.63 |
| 2022-11-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | GULFPORT RAC OFFICE | New Orleans | 4 | 6 | 100.00 |
| 2022-12-01 | NASHVILLE SAC OFFICE | New Orleans | 14 | 33 | 76.67 |
| 2024-04-01 | NASHVILLE SAC OFFICE | New Orleans | 2 | 8 | 83.33 |
| 2023-02-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | NASHVILLE SAC OFFICE | New Orleans | 17 | 36 | 67.95 |
| 2023-12-01 | NASHVILLE SAC OFFICE | New Orleans | 8 | 21 | 20.83 |
| 2022-10-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | NASHVILLE SAC OFFICE | New Orleans | 38 | 92 | 80.92 |
| 2023-08-01 | NASHVILLE SAC OFFICE | New Orleans | 10 | 26 | 33.33 |
| 2022-12-01 | NEW ORLEANS OFFICE | New Orleans | 22 | 44 | 23.56 |
| 2023-04-01 | GULFPORT RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-10-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2023-01-01 | LAFAYETTE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |

| 2023-02-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-09-01 | BATON ROUGE RAC OFFICE | New Orleans | 1 | 1 | 51.02 |
| 2023-04-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-10-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | BATON ROUGE RAC OFFICE | New Orleans | 22 | 42 | 80.00 |
| 2023-04-01 | BATON ROUGE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-10-01 | BATON ROUGE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | FAYETTEVILLE ERO OFFICE | New Orleans | 2 | 4 | 100.00 |
| 2023-01-01 | GULFPORT RAC OFFICE | New Orleans | 2 | 2 | 5.88 |
| 2023-03-01 | KNOXVILLE RAC OFFICE | New Orleans | 1 | 2 | 1.42 |
| 2022-12-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 1 | 2 | 1.42 |
| 2022-11-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-12-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-01-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | GULFPORT RAC OFFICE | New Orleans | 1 | 3 | 10.00 |

| 2022-10-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 1 | 1 | 2.29 |
|---|---|---|---|---|---|
| 2022-08-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 22 | 50 | 20.00 |
| 2022-07-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | NEW ORLEANS OFFICE | New Orleans | 166 | 309 | 100.00 |
| 2022-06-01 | GULFPORT RAC OFFICE | New Orleans | 6 | 9 | 100.00 |
| 2022-04-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 31 | 73 | 44.07 |
| 2023-04-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | LAFAYETTE RAC OFFICE | New Orleans | 11 | 16 | 100.00 |
| 2022-04-01 | MONTGOMERY ERO OFFICE | New Orleans | 4 | 10 | 55.56 |
| 2022-10-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | NASHVILLE SAC OFFICE | New Orleans | 14 | 30 | 83.33 |
| 2024-03-01 | NASHVILLE SAC OFFICE | New Orleans | 8 | 21 | 20.83 |
| 2023-01-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-06-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | NASHVILLE SAC OFFICE | New Orleans | 13 | 33 | 91.67 |
| 2023-11-01 | NASHVILLE SAC OFFICE | New Orleans | 8 | 24 | 33.33 |
| 2023-04-01 | NEW ORLEANS OFFICE | New Orleans | 1 | 1 | 31.25 |
| 2022-09-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-07-01 | NASHVILLE SAC OFFICE | New Orleans | 7 | 21 | 22.22 |
| 2022-11-01 | NEW ORLEANS OFFICE | New Orleans | 17 | 36 | 20.70 |
| 2022-05-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |

| 2023-02-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2023-03-01 | NASHVILLE SAC OFFICE | New Orleans | 9 | 24 | 30.00 |
| 2022-07-01 | NEW ORLEANS OFFICE | New Orleans | 20 | 50 | 23.30 |
| 2023-01-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-04-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | BATON ROUGE RAC OFFICE | New Orleans | 24 | 48 | 83.61 |
| 2022-08-01 | BOSSIER CITY | New Orleans | 6 | 15 | 3.45 |
| 2023-03-01 | BATON ROUGE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-10-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-01-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2022-06-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-04-01 | LAFAYETTE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2022-12-01 | LAFAYETTE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-01-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | BATON ROUGE RAC OFFICE | New Orleans | 2 | 5 | 22.58 |
| 2022-10-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |

| 2022-12-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-08-01 | GULFPORT RAC OFFICE | New Orleans | 4 | 8 | 60.00 |
| 2022-05-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 3 | 4 | 7.58 |
| 2022-06-01 | LITTLE ROCK ERO OFFICE | New Orleans | 1 | 1 | 1.85 |
| 2022-07-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 25 | 70 | 39.34 |
| 2022-06-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | JACKSON RAC OFFICE | New Orleans | 2 | 6 | 100.00 |
| 2023-03-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 1 | 3 | 7.41 |
| 2022-10-01 | LAFAYETTE RAC OFFICE | New Orleans | 1 | 2 | 27.27 |
| 2023-01-01 | MOBILE RAC OFFICE | New Orleans | 2 | 2 | 25.00 |
| 2023-02-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-04-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-12-01 | GULFPORT RAC OFFICE | New Orleans | 2 | 2 | 5.88 |
| 2022-05-01 | KNOXVILLE RAC OFFICE | New Orleans | 3 | 8 | 6.75 |
| 2022-11-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 15 | 38 | 14.21 |
| 2022-12-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-06-01 | LAFAYETTE RAC OFFICE | New Orleans | 10 | 20 | 100.00 |
| 2022-06-01 | NASHVILLE SAC OFFICE | New Orleans | 18 | 41 | 95.16 |
| 2023-10-01 | NASHVILLE SAC OFFICE | New Orleans | 9 | 27 | 40.00 |

| 2023-02-01 | NEW ORLEANS OFFICE | New Orleans | 6 | 9 | 5.08 |
|---|---|---|---|---|---|
| 2022-08-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-06-01 | NASHVILLE SAC OFFICE | New Orleans | 9 | 26 | 36.67 |
| 2022-10-01 | NEW ORLEANS OFFICE | New Orleans | 18 | 38 | 21.48 |
| 2023-01-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | NASHVILLE SAC OFFICE | New Orleans | 8 | 22 | 25.00 |
| 2022-06-01 | NEW ORLEANS OFFICE | New Orleans | 136 | 274 | 97.29 |
| 2022-09-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | GULFPORT RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-10-01 | NASHVILLE SAC OFFICE | New Orleans | 16 | 29 | 87.50 |
| 2024-02-01 | NASHVILLE SAC OFFICE | New Orleans | 9 | 24 | 30.00 |
| 2023-04-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-12-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-12-01 | BATON ROUGE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-04-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-06-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-12-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | LAFAYETTE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-01-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 0 | 0 | 0.00 |
| 2023-02-01 | BATON ROUGE RAC OFFICE | New Orleans | 1 | 1 | 60.98 |
| 2022-04-01 | CHATTANOOGA RAC OFFICE | New Orleans | 5 | 11 | 91.67 |

| | | | | | |
|---|---|---|---|---|---|
| 2022-07-01 | BOSSIER CITY | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | LAFAYETTE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-12-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | BATON ROUGE RAC OFFICE | New Orleans | 3 | 6 | 36.00 |
| 2023-01-01 | KNOXVILLE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | LITTLE ROCK ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | BOSSIER CITY | New Orleans | 1 | 3 | 5.77 |
| 2022-05-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-07-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | NEW ORLEANS OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | GULFPORT RAC OFFICE | New Orleans | 6 | 9 | 100.00 |
| 2022-04-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 3 | 9 | 28.57 |
| 2022-08-01 | LAFAYETTE RAC OFFICE | New Orleans | 7 | 17 | 62.50 |
| 2022-04-01 | MOBILE RAC OFFICE | New Orleans | 2 | 3 | 9.43 |
| 2023-01-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-03-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | GULFPORT RAC OFFICE | New Orleans | 5 | 11 | 22.22 |
| 2022-04-01 | KNOXVILLE RAC OFFICE | New Orleans | 12 | 29 | 19.46 |
| 2022-10-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 12 | 29 | 12.24 |
| 2022-09-01 | CHATTANOOGA RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-10-01 | MOBILE RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-11-01 | MONTGOMERY ERO OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-04-01 | HOMEWOOD AL ERO/HSI OFFICE | New Orleans | 10 | 26 | 35.48 |

| 2022-04-01 | LITTLE ROCK ERO OFFICE | New Orleans | 11 | 26 | 36.11 |
|---|---|---|---|---|---|
| 2022-06-01 | MEMPHIS ERO OFFICE BUSINESS PARK | New Orleans | 36 | 90 | 47.37 |
| 2022-07-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-04-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-05-01 | NASHVILLE SAC OFFICE | New Orleans | 9 | 28 | 43.33 |
| 2022-09-01 | NEW ORLEANS OFFICE | New Orleans | 23 | 45 | 24.44 |
| 2022-12-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2023-01-01 | NASHVILLE SAC OFFICE | New Orleans | 9 | 23 | 26.67 |
| 2022-04-01 | NEW ORLEANS OFFICE | New Orleans | 122 | 232 | 93.06 |
| 2023-04-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-08-01 | FORT SMITH RAC OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-09-01 | NASHVILLE SAC OFFICE | New Orleans | 18 | 35 | 67.95 |
| 2024-01-01 | NASHVILLE SAC OFFICE | New Orleans | 9 | 21 | 20.00 |
| 2022-11-01 | ETOWAH ERO + 287G OFFICE | New Orleans | 0 | 0 | 0.00 |
| 2022-05-01 | NASHVILLE SAC OFFICE | New Orleans | 45 | 112 | 86.26 |
| 2023-09-01 | NASHVILLE SAC OFFICE | New Orleans | 8 | 23 | 29.17 |
| 2023-01-01 | NEW ORLEANS OFFICE | New Orleans | 20 | 35 | 21.48 |
| 2023-03-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-03-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-11-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-11-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-07-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-04-01 | SPOKANE OFFICE | Seattle | 1 | 4 | 10.71 |
| 2022-07-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-04-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |

| 2022-04-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-08-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-12-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-04-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-08-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-12-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-08-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2023-04-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-01-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-12-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-09-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2023-04-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-09-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-12-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-04-01 | RICHLAND OFFICE | Seattle | 1 | 1 | 0.97 |
| 2022-08-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-01-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-02-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-06-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-06-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-02-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-11-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-03-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |

| 2022-04-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-11-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-07-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-03-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-07-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-04-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-04-01 | EUGENE OFFICE | Seattle | 1 | 5 | 100.00 |
| 2022-07-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-03-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-12-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-11-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-08-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-04-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-11-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-04-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-12-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-03-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-08-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-04-01 | PORTLAND OFFICE | Seattle | 2 | 6 | 0.58 |
| 2022-09-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-01-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-01-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-09-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-06-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |

| 2023-02-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-06-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-07-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-02-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-06-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-02-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-11-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-07-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2023-03-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2023-03-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-11-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-02-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-07-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-04-01 | SEATTLE FIELD OFFICE | Seattle | 12 | 24 | 8.20 |
| 2023-04-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-04-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-12-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-04-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 1 | 1 | 7.14 |
| 2022-12-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-08-01 | SPOKANE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-08-01 | SEATTLE FIELD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |

| 2022-09-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2023-01-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-06-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-09-01 | ANCHORAGE OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-01-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-09-01 | MEDFORD OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-06-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2023-02-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-05-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-01-01 | WENATCHEE INVESTIGATIONS OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | YAKIMA OFFICE - ERO | Seattle | 0 | 0 | 0.00 |
| 2022-10-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-01-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-06-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-09-01 | PORTLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2023-02-01 | RICHLAND OFFICE | Seattle | 0 | 0 | 0.00 |
| 2022-09-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 60 | 150 | 86.35 |
| 2022-05-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 124 | 330 | 96.99 |
| 2023-02-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-10-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-01-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 49 | 148 | 86.00 |
| 2022-06-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-03-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |

| 2023-03-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2023-02-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-11-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2022-11-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-10-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-07-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2022-07-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-06-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-12-01 | SACRAMENTO SUB OFFICE | San Francisco | 1 | 1 | 0.59 |
| 2023-03-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-11-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2023-02-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-07-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-09-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-04-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 78 | 198 | 96.71 |
| 2023-01-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-04-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 11 | 28 | 44.30 |
| 2022-09-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-12-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 51 | 154 | 90.29 |
| 2022-05-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-08-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 74 | 172 | 93.21 |
| 2023-02-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-01-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |

| 2022-10-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-10-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-09-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-06-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2022-06-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-02-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2023-02-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-10-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2023-01-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-06-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-08-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-04-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-05-01 | SACRAMENTO SUB OFFICE | San Francisco | 8 | 8 | 6.50 |
| 2023-03-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 61 | 170 | 94.68 |
| 2022-05-01 | STOCKTON OFFICE | San Francisco | 3 | 6 | 46.88 |
| 2022-08-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-11-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 58 | 164 | 95.31 |
| 2022-04-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-07-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 54 | 134 | 80.80 |
| 2023-04-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-12-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-09-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-08-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |

| 2022-05-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-04-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-04-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-01-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2023-01-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-12-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-09-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2022-09-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-11-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-05-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-07-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-04-01 | SACRAMENTO SUB OFFICE | San Francisco | 19 | 27 | 13.41 |
| 2023-01-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-10-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 57 | 149 | 82.51 |
| 2022-06-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 75 | 175 | 90.61 |
| 2023-03-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-11-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-02-01 | SAN FRANCISCO FIELD OFFICE | San Francisco | 46 | 139 | 86.06 |
| 2022-04-01 | STOCKTON OFFICE | San Francisco | 5 | 8 | 77.78 |
| 2022-07-01 | HONOLULU FIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-04-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2023-04-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-03-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |

| 2022-12-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
|---|---|---|---|---|---|
| 2022-05-01 | BAKERSFIELD OFFICE | San Francisco | 1 | 2 | 0.56 |
| 2022-12-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-11-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-08-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2022-08-01 | BAKERSFIELD OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-07-01 | STOCKTON OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-04-01 | TAMUNING OFFICE GUAM | San Francisco | 0 | 0 | 0.00 |
| 2022-04-01 | FRESNO OFFICE ERO | San Francisco | 3 | 3 | 0.76 |
| 2022-06-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2023-04-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-12-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2023-03-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-08-01 | FRESNO OFFICE ERO | San Francisco | 0 | 0 | 0.00 |
| 2022-10-01 | SACRAMENTO SUB OFFICE | San Francisco | 0 | 0 | 0.00 |
| 2022-12-01 | NEW YORK FIELD OFFICE | New York City | 1 | 1 | 0.11 |
| 2022-04-01 | NEW YORK FIELD OFFICE | New York City | 421 | 1217 | 70.28 |
| 2022-08-01 | NEW YORK FIELD OFFICE | New York City | 217 | 595 | 36.13 |
| 2023-04-01 | NEW YORK FIELD OFFICE | New York City | 0 | 0 | 0.00 |
| 2022-11-01 | NEW YORK FIELD OFFICE | New York City | 6 | 18 | 0.24 |
| 2022-07-01 | NEW YORK FIELD OFFICE | New York City | 195 | 533 | 34.33 |
| 2023-02-01 | NEW YORK FIELD OFFICE | New York City | 0 | 0 | 0.00 |
| 2022-06-01 | NEW YORK FIELD OFFICE | New York City | 292 | 831 | 47.14 |

| | | | | | |
|---|---|---|---|---|---|
| 2023-03-01 | NEW YORK FIELD OFFICE | New York City | 1 | 1 | 0.11 |
| 2022-10-01 | NEW YORK FIELD OFFICE | New York City | 166 | 424 | 91.70 |
| 2023-01-01 | NEW YORK FIELD OFFICE | New York City | 1 | 1 | 0.13 |
| 2022-09-01 | NEW YORK FIELD OFFICE | New York City | 164 | 461 | 36.72 |
| 2022-05-01 | NEW YORK FIELD OFFICE | New York City | 435 | 1251 | 58.12 |

Capacity (%) Key:

| | |
|---|---|
| | Greater Than 75% |
| | Between 50% and 75% |
| | Between 25% and 50% |
| | Less Than 25% |

AOR     (All)

Capacity (%)

| Row Labels | 04-2022 | 05-2022 | 06-2022 | 07-2022 | 08-2022 | 09-2022 | 10-2022 | 11-2022 | 12-2022 | 01-2023 | 02-2023 | 03-2023 | 04-2023 | 05-2023 | 06-2023 | 07-2023 | 08-2023 | 09-2023 | 10-2023 | 11-2023 | 12-2023 | 01-2024 | 02-2024 | 03-2024 | 04-2024 | 05-2024 | 06-2024 | 07-2024 | 08-2024 | 09-2024 | 10-2024 | 11-2024 | 12-2024 | 01-2025 | 02-2025 | 03-2025 | 04-2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WICOMICO DETENTION FACILITY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOUNT LAUREL NJ ERO/HSI | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LAFAYETTE RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BALTIMORE DISTRICT OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCARBOROUGH ERO SUB OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHARLOTTE ERO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JACKSONVILLE CO-LO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DALLAS FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MIRAMAR ERO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EUGENE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAN ANTONIO ERO RESIDENT OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FAYETTEVILLE ERO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SYRACUSE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GULFPORT RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JACKSON RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOS ANGELES FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHICAGO FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATLANTA FEDERAL OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAXON BUILDING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORLANDO CO-LO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAN FRANCISCO FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ERO/HQ INDIANAPOLIS OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WASHINGTON FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LAS VEGAS HSI, ERO AND OPLA | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TAMPA SUB OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NEW ORLEANS OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHATTANOOGA RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ERO - KANSAS CITY FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEST VALLEY CITY OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WESTERVILLE CO-LO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLUE ASH BUILDING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CHARLESTON ERO/HSI OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BATON ROUGE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAINT PAUL ICE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HOUSTON FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NASHVILLE SAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| STOCKTON OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TALLAHASSEE OFFICE COMMONWEALTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DOVER OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SAINT LOUIS FILE CONTROL OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHILADELPHIA OFFICE N 8TH ST. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NEW YORK FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROVO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PETER W. RODINO JR FEDERAL BLDG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALBUQUERQUE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MILWAUKEE FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MONTGOMERY ERO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HARTFORD SUB OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOUISVILLE FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GRAND FORKS ERO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DES MOINES ICE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEMPHIS ERO OFFICE BUSINESS PARK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LITTLE ROCK ERO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HOMEWOOD AL ERO/HSI OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HSI/ERO SPRINGFIELD MO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ETOWAH ERO + 287G OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BURLINGTON MA OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PITTSBURGH SUB OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NORTH PLATTE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KNOXVILLE RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OGDEN QUICK RESPONSE TEAM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RICHMOND VA, HQ COOP OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CLEVELAND OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MIDLAND ERO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OMAHA FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SACRAMENTO SUB OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FORT SMITH RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WICHITA ICE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NORFOLK ASAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SIOUX CITY ERO BUILDING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SPOKANE OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RENO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OKLAHOMA - ERO | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOBILE RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CEDAR RAPIDS IA RAC OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEATTLE FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MANCHESTER ICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ERO - FREDERICK CO OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WENATCHEE INVESTIGATIONS OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUCSON OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| YORK ERO FIELD OFFICE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUFFALO FIELD OFFICE CO-LO SITE | 6.05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CRAIG OFFICE | 5.88 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BOISE FIELD OFFICE | 5.13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HELENA FIELD OFFICE | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DETROIT FIELD OFFICE | 4.16 | 3.24 | 0.29 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HARLINGEN FIELD OFFICE | 3.95 | 0 | 0.46 | 0 | 1.37 | 0 | 0 | 0 | 0 | 0 | 0 |
| GRAND ISLAND ERO/HSI OFFICE | 3.8 | 6.91 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DENVER FOD AND CHIEF COUNSEL OFFICE | 3.47 | 0.53 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BOSSIER CITY | 3.13 | 5.77 | 0 | 3.45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ICE COLOCATION EL PASO | 3.11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CORTEZ CIRCLE OFFICE | 3.03 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TWIN FALLS FIELD ERO | 2.88 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LATHAM OFFICE | 2.42 | 0 | 0 | 0 | 0 | 4.17 | 0 | 0 | 0 | 0 | 0 |
| SANTA ANA OFFICE | 2.39 | 0.34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SAN BERNARDINO OFFICE | 2.39 | 0.24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RICHLAND OFFICE | 0.97 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FRESNO OFFICE ERO | 0.76 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PHOENIX FIELD OFFICE | 0.7 | 0.13 | 0.18 | 0 | 0.13 | 0 | 0 | 0 | 0 | 0 | 0 |
| FLORENCE OFFICE | 0.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PIKE COUNTY PRISON DETENTION CENTER | 0.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PORTLAND OFFICE | 0.58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CHARLESTON FIELD OFFICE | 0.49 | 1.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SAN DIEGO DISTRICT FIELD OFFICE | 0.2 | 0.19 | 0 | 0 | 0.06 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALAMOSA OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TAMULING OFFICE GUAM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DURANGO OFFICE ERO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ROSWELL, NM ERO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IDAHO FALLS ICE OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ANCHORAGE OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BAKERSFIELD OFFICE | 0 | 0.56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SIOUX FALLS ICE OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IMPERIAL OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MEDFORD OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CASPER SUB-OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ST. ALBANS OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RAPID CITY ICE OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ST. GEORGE OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SAN PATRICIO OFFICE CENTER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPORTATION PROCESSING CENTER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GRAND JUNCTION RESIDENT AGENT IN CHARGE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CHAMPLAIN ERO OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| YAKIMA OFFICE - ERO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GLENWOOD SPRING QUICK RESPONSE TEAM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ERO PROCESSING CENTER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HONOLULU FIELD OFFICE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |





SAR0250



SAR0251

**From:**
**To:**
**Cc:**
**Subject:** FW: Op Horizon OT update
**Date:** Monday, April 25, 2022 3:18:00 PM

See below for Op Horizon employee count and $ spent.

**From:** ██████████████ @ice.dhs.gov>
**Sent:** Friday, April 22, 2022 3:07 PM
**To:** ████████████████████ @ice.dhs.gov>; ██████████
████████ @ice.dhs.gov>
**Cc:** █████████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>;
████████████████████ @ice.dhs.gov>; ██████████
██████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>; ████████████
██████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>; ████████████
██████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>
**Subject:** RE: Op Horizon OT update

████████████ the total is $15,394,778 for YTD ATD OT expenses related to Operation Horizon.
████████████████████████████████████████████████
████████

Based on the revised OT and NTA totals the cost per is listed in the table below.

| Operation Horizon | |
|---|---|
| | |
| OT Cost | $15,394,778.00 |
| NTAs issued | 72,132 |
| Cost per NTA | $213.43 |

**From:** ████████████████████ @ice.dhs.gov>
**Sent:** Friday, April 22, 2022 11:04 AM
**To:** ████████████ @ice.dhs.gov>
**Cc:** ████████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>;
████████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>;
████████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>; ████
████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>
**Subject:** RE: Op Horizon OT update

Thanks!

**From:** ██████████████ @ice.dhs.gov>

**Sent:** Friday, April 22, 2022 10:58 AM
**To:** ██████████████████████████ @ice.dhs.gov>
**Cc:** ████████████████ @ice.dhs.gov>; ██████████████████ @ice.dhs.gov>; ██████████████ @ice.dhs.gov>; ████████████████ @ice.dhs.gov>; ██████████████████ @ice.dhs.gov>; Billings, ████████████ @ice.dhs.gov>; ████████████████████ @ice.dhs.gov>
**Subject:** FW: Op Horizon OT update

████ ,

████████████████████████ The total number of NTAs was 72,132 NTAs, based on an average of 2,500 ICE employees per Phase.

Let me know if you need anything else.

---

**From:** ████████████████████ @ice.dhs.gov>
**Date:** Friday, Apr 22, 2022, 8:00 AM
**To:** ██████████████ @ice.dhs.gov>, ████████████████ @ice.dhs.gov>
**Cc:** ██████████████ @ice.dhs.gov>, ██████████████████ @ice.dhs.gov>, ██████████████ @ice.dhs.gov>, ████████████████ @ice.dhs.gov>, ████████ @ice.dhs.gov>, ██████████████████ @ice.dhs.gov>
**Subject:** RE: Op Horizon OT update

We had 2,520 ICE volunteers who participated OH1.  2,700 DHS employees: 2,663 ICE personnel who participated in OH2.   The volunteers only worked on this effort via OT, which  is  $19,952,680 for FY22.

I'm adding ████ who can get us the number of charging docs/NTAs issued as part of OH total.

████████████████████████████████████

---

**From:** ████████████████ @ice.dhs.gov>
**Sent:** Friday, April 22, 2022 9:52 AM
**To:** ██████████████ @ice.dhs.gov>; ████████████████
██████████ @ice.dhs.gov>
**Cc:** ██████████████ @ice.dhs.gov>; ██████████████████ @ice.dhs.gov>; ██████████████ @ice.dhs.gov>; ██████████████████ @ice.dhs.gov>; ████████
██████████ @ice.dhs.gov>
**Subject:** RE: Op Horizon OT update

████████████████████████████████
████████████████████████████
████████████████████████████████
██████████████████████

SAR0254

| FY14 FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 663 | 67.4% |
| Failure Rate | 321 | 32.6% |
| Absconder Rate* | 308 | 31.3% |
| Total Terminations | 984 | 100.0% |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY15 FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 2,641 | 69.6% |
| Failure Rate | 1,155 | 30.4% |
| Absconder Rate* | 973 | 25.6% |
| Total Terminations | 3,796 | 100.0% |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY16 FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 5,620 | 65.9% |
| Failure Rate | 2,911 | 34.1% |
| Absconder Rate* | 2,636 | 30.9% |
| Total Terminations | 8,531 | 100.0% |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY17 FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 14,857 | 73.3% |
| Failure Rate | 5,402 | 26.7% |
| Absconder Rate* | 4,651 | 23.0% |
| Total Terminations | 20,259 | 100.0% |

| FY19 FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 41,853 | 71.2% |
| Failure Rate | 16,926 | 28.8% |
| Absconder Rate* | 15,837 | 26.9% |
| Total Terminations | 58,779 | 100.0% |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY20 FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 12,750 | 53.4% |
| Failure Rate | 11,144 | 46.6% |
| Absconder Rate* | 9,311 | 39.0% |
| Total Terminations | 23,894 | 100.0% |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY21 FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 19,783 | 77.9% |
| Failure Rate | 5,604 | 22.1% |
| Absconder Rate* | 4,525 | 17.8% |
| Total Terminations | 25,387 | 100.0% |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY22 thru March FAMU Compliance Metrics | | |
|---|---|---|
| Metric | Count | % |
| Success Rate | 26,567 | 82.1% |
| Failure Rate | 5,796 | 17.9% |
| Absconder Rate* | 4,792 | 14.8% |
| Total Terminations | 32,363 | 100.0% |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY18 FAMU Compliance Metrics | | |
|---|---|---|
| **Metric** | **Count** | **%** |
| Success Rate | 21,319 | 70.1% |
| Failure Rate | 9,106 | 29.9% |
| Absconder Rate* | 8,316 | 27.3% |
| **Total Terminations** | **30,425** | **100.0%** |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate

| FY14-FY22 thru March FAMU Compliance Metrics | | |
|---|---|---|
| **Metric** | **Count** | **%** |
| Success Rate | 146,053 | 71.4% |
| Failure Rate | 58,365 | 28.6% |
| Absconder Rate* | 51,349 | 25.1% |
| **Total Terminations** | **204,418** | **100.0%** |

Data from BI Inc. Participants Report, 3/31/2022

*Absconder rate is a subset of failure rate



**From:** Houser, Jason P
**To:** ▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮
**Subject:** RE: Parole/ATD releases
**Date:** Monday, May 2, 2022 4:00:38 PM

Got it.

Much appreciated

Jason P Houser
Chief of Staff
Immigration & Customs Enforcement (ICE)

Warning: This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this email should be furnished to the media, either in written or verbal form. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

**From:** ▮▮▮▮▮▮▮▮▮ @ice.dhs.gov>
**Sent:** Monday, May 2, 2022 3:59 PM
**To:** Houser, Jason P ▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮ @ice.dhs.gov>
**Subject:** RE: Parole/ATD releases

19,158 NTRs are over the 60 day mark (non-compliant) of 93,964 NTRs issued.  That's 20%.

**From:** Houser, Jason P ▮▮▮▮▮▮
**Sent:** Monday, May 2, 2022 3:48 PM
**To:** ▮▮▮▮▮▮▮ @ice.dhs.gov>
**Cc:** ▮▮▮▮▮▮▮ @ice.dhs.gov>
**Subject:** RE: Parole/ATD releases

Jason P Houser
Chief of Staff
Immigration & Customs Enforcement (ICE)



Warning: This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U///FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this email should be furnished to the media, either in written or verbal form. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

**From:** ██████████████████████ @ice.dhs.gov>
**Sent:** Monday, May 2, 2022 3:35 PM
**To:** Houser, Jason P ████████████████
**Cc:** ████████████████ @ice.dhs.gov>
**Subject:** RE: Parole/ATD releases

Yeah, that's what it is looking like.

**From:** Houser, Jason P ████████████████
**Sent:** Monday, May 2, 2022 3:32 PM
**To:** ████████████████ @ice.dhs.gov>
**Cc:** ████████████████ @ice.dhs.gov>
**Subject:** RE: Parole/ATD releases

So still 12 percent?


████████████████

Jason P Houser
Chief of Staff
Immigration & Customs Enforcement (ICE)
████████████████
████████████████
████████████████
████████████████
████████████████

Warning: This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U///FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this email should be furnished to the media, either in written or verbal form. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

**From:** ██████████████████████ @ice.dhs.gov>
**Sent:** Monday, May 2, 2022 3:30 PM
**To:** Houser, Jason P ████████████████████
**Cc:** ████████████████ @ice.dhs.gov>
**Subject:** RE: Parole/ATD releases

11, 008 P+ATD with no check-in over 60 Days.

---

**From:** Houser, Jason P ████████████████████
**Sent:** Monday, May 2, 2022 3:13 PM
**To:** ████████████████████ @ice.dhs.gov>
**Cc:** ████████████████ @ice.dhs.gov>
**Subject:** RE: Parole/ATD releases

Any number on those non complaint?

If not, no worries.

Thanks ██████

Jason P Houser
Chief of Staff
Immigration & Customs Enforcement (ICE)
███████████████
████████████████████
████████████████
████████████████
██████████████

Warning: This email and any attachments are UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this email should be furnished to the media, either in written or verbal form. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message from your system.

---

**From:** ██████████████████████ @ice.dhs.gov>
**Sent:** Monday, May 2, 2022 3:11 PM
**To:** Houser, Jason P ████████████████████
**Cc:** ████████████████ @ice.dhs.gov>
**Subject:** Parole/ATD releases

Per request:

For P+ATD releases,

Check-ins are 91,311 (65%)
No check-ins are 49,576 (35%)

| | | |
|---|---|---|
| Current Backlog: | | 110,708 |
| Processing Rate: | | 109 |
| Influx Rate: | | 1300 |
| Daily NTA Per Officer: | | 2.6 |
| Officers: | | 42 |
| Loaded Rate | $ | 73.24 |
| Officer Rate per Day: | $ | 585.92 |
| Cost per Day: | $ | 24,563.57 |

| | P+ATD Halted Immediately | 30 Additional Days P+ATD | 60 Additional Days P+ATD | 90 Additional Days P+ATD |
|---|---|---|---|---|
| Backlog | 110,708 | 146,438 | 182,168 | 217,898 |
| Days To Clear Backlog | 1016 | 1343 | 1671 | 1999 |
| Cost to Clear Backlog | $  24,948,473.60 | $   33,000,366.52 | $   41,052,259.45 | $   49,104,152.37 |
| Net Additional Cost (Compared to Baseline) | $              - | $    8,051,892.92 | $   16,103,785.85 | $   24,155,678.77 |

| From: | ▮▮▮▮▮ |
|---|---|
| Sent: | Friday, May 6, 2022 8:15 AM |
| To: | ▮▮▮▮▮; Houser, Jason P; ▮▮▮▮▮; Price, Corey A; ▮▮▮▮▮ |
| Subject: | FW: Projecting ICE workload |
| Attachments: | Cost if P+ATD Halted 30-60-90-days_v2.xlsx |

Stop P+ATD now: 2.8 years to clear and $25M
Stop P+ATD in 30 days: 3.7 years to clear and $33M
Stop P+ATD in 60 days: 4.6 years to clear and $41M
Stop P+ATD in 90 days: 5.5 years to clear and $49M

ICE Unified Coordination Group Representative
DHS Southwest Border Coordination Center (SBCC)

| From: | ▮▮▮▮▮ @ice.dhs.gov> |
|---|---|
| Sent: | Thursday, May 5, 2022 10:03 AM |
| To: | ▮▮▮▮▮ @ice.dhs.gov>; ▮▮▮▮▮ @ice.dhs.gov>; ▮▮▮▮▮ @ice.dhs.gov>; ▮▮▮▮▮ @ice.dhs.gov> |
| Subject: | FW: Projecting ICE workload |

Please see the  and below snapshot of SOA's cost and time to process projections based on current processing rates.

▮▮▮▮▮ Basically every 30 days P+ATD continues this costs us about a year and $8 million dollars.

▮▮▮▮▮

Stop P+ATD now: 2.8 years to clear and $25M
Stop P+ATD in 30 days: 3.7 years to clear and $33M
Stop P+ATD in 60 days: 4.6 years to clear and $41M
Stop P+ATD in 90 days: 5.5 years to clear and $49M

|  | P+ATD Halted Immediately | 30 Additional Days P+ATD | 60 Additional Days P+ATD | 90 Additional P+ATD |
|---|---|---|---|---|
| Backlog | 110,708 | 146,438 | 182,168 |  |
| Days To Clear Backlog | 1016 | 1343 | 1671 |  |
| Cost to Clear Backlog | $ 24,948,473.60 | $ 33,000,366.52 | $ 41,052,259.45 | $ 49,104 |
| Net Additional Cost (Compared to Baseline) | $ - | $ 8,051,892.92 | $ 16,103,785.85 | $ 24,155 |

| Current Backlog: | | 110,708 |
|---|---|---|
| Processing Rate: | | 109 |
| Influx Rate: | | 1300 |
| Daily NTA Per Officer: | | 2.6 |
| Officers: | | 42 |
| Loaded Rate | $ | 73.24 |
| Officer Rate per Day: | $ | 585.92 |
| Cost per Day: | $ | 24,563.57 |



U.S. Immigration and Customs Enforcement
Office of Enforcement & Removal Operations

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message.



**From:** ███████████████████ @ice.dhs.gov>
**Sent:** Wednesday, May 4, 2022 6:46 PM
**To:** ███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>
**Cc:** ███████████████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

Good evening ████,

Attached and below is the first iteration of estimates for the dedicated cost and time to clear the backlog of P+ATD non-citizens that require NTA issuance assuming current CBP P+ATD rates and no additional resources to work the backlog:

Stop P+ATD now: 2.8 years to clear and $25M
Stop P+ATD in 30 days: 3.7 years to clear and $33M
Stop P+ATD in 60 days: 4.6 years to clear and $41M
Stop P+ATD in 90 days: 5.5 years to clear and $49M

| | P+ATD Halted Immediately | 30 Additional Days P+ATD | 60 Additional Days P+ATD | 90 Additional P+ATD |
|---|---|---|---|---|
| Backlog | 110,708 | 146,438 | 182,168 | |
| Days To Clear Backlog | 1016 | 1343 | 1671 | |
| Cost to Clear Backlog | $ 24,948,473.60 | $ 33,000,366.52 | $ 41,052,259.45 | $ 49,104 |
| Net Additional Cost (Compared to Baseline) | $ - | $ 8,051,892.92 | $ 16,103,785.85 | $ 24,155 |

Please let us know if you have questions or need more information.

Thank you



**v/r**



Enforcement Removal Operations
U.S. Immigration and Customs Enforcement

**Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.**

From:
Sent: Monday, May 2, 2022 6:13 PM
To: @ice.dhs.gov> @ice.dhs.gov>;
@ice.dhs.gov>; @ice.dhs.gov>;
@ice.dhs.gov>;
Subject: RE: Projecting ICE workload

Good evening ,

Attached is the analysis for the time required to clear the backlog of P+ATD NTAs required by ERO.

Under current conditions (processing rate of 109 CDIs per day and influx rate of 1,226 P+ATD cases per day), the number of cases would never be cleared.

If the P+ATD program was halted today, it would take 33.4 months to clear the current backlog.

Please let me know if you have questions or need more information.

Thank you

**v/r**



Enforcement Removal Operations
U.S. Immigration and Customs Enforcement

**Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.**

**From:**
**Sent:** Wednesday, April 27, 2022 3:15 PM
**To:** @ice.dhs.gov>; @ice.dhs.gov>; @ice.dhs.gov>; @ice.dhs.gov>; @ice.dhs.gov>; @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

Good evening ,

Total PD release cases since 3/21/2021 (NTR, NTR+, now Parole + ATD began 8/6/21) : 226,297

Released yesterday on Parole + ATD (4/26/22) : 1,542

CBP Avg releases/day on Parole + ATD (based on last 30 days): 1,226

Total ERO has processed (CDIs Issued): 115,589
- Processed through Operation Horizon: 64,165

Total outstanding for processing (CDIs Not Issued): 110,708
- Inside Reporting Window: 44,220
- Outside Reporting Window: 66,488

Please let us know if you have questions or need more information.

Thank you

**v/r**



Enforcement Removal Operations
U.S. Immigration and Customs Enforcement

**Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.**

**From:** ██████████ @ice.dhs.gov>
**Sent:** Tuesday, April 26, 2022 3:33 PM
**To:** ██████████ @ice.dhs.gov>; ██████████ @ice.dhs.gov>; ██████
██████████ @ice.dhs.gov>; ██████████ @ice.dhs.gov>; ██████

SAR0266

███████████ @ice.dhs.gov>; ███████████████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

███ ,

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████

████████████████████████████████████

Thanks,

████

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** ███████████████████ @ice.dhs.gov>
**Date:** Tuesday, Apr 26, 2022, 4:16 PM
**To:** ████████████ @ice.dhs.gov>, ██████████████ @ice.dhs.gov>, ████████ @ice.dhs.gov>, ████████████ @ice.dhs.gov>, ████████████ @ice.dhs.gov>, ████████████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

Ma'am

████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████

████████████████████████████████████████████████
████████████████████

████████████████████████████████████████████████
████████████████████

████

v/r

████████████████████████████
████████████████
████████████████████████

Enforcement Removal Operations

U.S. Immigration and Customs Enforcement



**Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.**

**From:** ███████████████ @ice.dhs.gov>
**Date:** Tuesday, Apr 26, 2022, 3:46 PM
**To:** ███████ @ice.dhs.gov>, ███████ @ice.dhs.gov>, ███████
███████ @ice.dhs.gov>, ███████ @ice.dhs.gov>,
███████ @ice.dhs.gov>, ███████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

Adding ███████████ .

███████████████
███████████████

Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
███████████

**From:** ███████████████ @ice.dhs.gov>
**Sent:** Tuesday, April 26, 2022 3:34 PM
**To:** ███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>; ███████
███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>; ███████
███████ @ice.dhs.gov>
**Subject:** FW: Projecting ICE workload

███ et al.

███████████████████████

Total PD release cases since 3/21/2021 (NTR, NTR+, now Parole + ATD began 8/6/21): ==239,058==
Released yesterday on Parole + ATD: ==**1452**==

CBP Avg releases/day on Parole + ATD: <mark>833</mark>
Total ERO has processed: ███████

Total outstanding for processing: ███████
             Inside and outside of reporting window
Estimated man hours to process: ███████

Happy to chat if it's easier.

Thanks,

███

███████

U.S. Immigration and Customs Enforcement
Office of Enforcement & Removal Operations

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information.  Please inform the sender that you received this message in error and delete the message.

**From:** ███████ @ice.dhs.gov>
**Sent:** Tuesday, April 26, 2022 1:02 PM
**To:** ███████ @ice.dhs.gov>; ███████ @ice.dhs.gov>
**Cc:** ███████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

Sent with BlackBerry Work
(www.blackberry.com)

**From:** ██████████ @ice.dhs.gov>
**Date:** Tuesday, Apr 26, 2022, 12:43 PM
**To:** ██████████ @ice.dhs.gov>, ██████████ @ice.dhs.gov>
**Cc:** ██████████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

████████████████████████████████████████████████

██████████ total PD release cases since 3/21/2021 (NTR, NTR+, now Parole + ATD began 8/6/21):  **239,058**
Released yesterday on Parole + ATD: **1452**
CBP Avg releases/day on Parole + ATD: **833**
Total ERO has processed: █
Total outstanding for processing: █████
Estimated man hours to process: ████████████

████████████████████████████████████████████████
██████████.

██████████
DHS Southwest Border Coordination Center
Washington, DC
██████████

---

**From:** ██████████ @ice.dhs.gov>
**Sent:** Tuesday, April 26, 2022 11:49 AM
**To:** ██████████ @ice.dhs.gov>; ██████████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

10-4, I can get that worked in and an overall number as well.

---

**From:** ██████████ @ice.dhs.gov>
**Sent:** Tuesday, April 26, 2022 11:48 AM
**To:** ██████████ @ice.dhs.gov>; ██████████ @ice.dhs.gov>
**Subject:** RE: Projecting ICE workload

████████████████████████████████████████████████

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** ██████████ @ice.dhs.gov>
**Date:** Tuesday, Apr 26, 2022, 11:46 AM
**To:** ██████████ @ice.dhs.gov>, ██████████ @ice.dhs.gov>
**Subject:** Projecting ICE workload

SAR0270



**Southwest Border Coordination Center**
**Enforcement and Removal Operations**
**Immigration and Customs Enforcement**

| FY14 Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 17,779 | 89.5% |
| Failure Rate | 2,081 | 10.5% |
| Absconder Rate* | 1,394 | 7.0% |
| **Total Terminations** | **19,860** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

| FY19 Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 20,962 | 85.8% |
| Failure Rate | 3,482 | 14.2% |
| Absconder Rate* | 3,006 | 12.3% |
| **Total Terminations** | **24,444** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

| FY15 Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 11,019 | 88.4% |
| Failure Rate | 1,439 | 11.6% |
| Absconder Rate* | 1,105 | 8.9% |
| **Total Terminations** | **12,458** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

| FY20 Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 8,402 | 72.7% |
| Failure Rate | 3,154 | 27.3% |
| Absconder Rate* | 2,427 | 21.0% |
| **Total Terminations** | **11,556** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

| FY16 Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 11,013 | 85.7% |
| Failure Rate | 1,834 | 14.3% |
| Absconder Rate* | 1,571 | 12.2% |
| **Total Terminations** | **12,847** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

| FY21 Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 12,608 | 82.5% |
| Failure Rate | 2,667 | 17.5% |
| Absconder Rate* | 2,070 | 13.6% |
| **Total Terminations** | **15,275** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

| FY17 Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 13,043 | 81.9% |
| Failure Rate | 2,879 | 18.1% |
| Absconder Rate* | 2,418 | 15.2% |
| **Total Terminations** | **15,922** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

| FY22 thru April Non-FAMU Compliance Metrics | | |
| --- | --- | --- |
| **Metric** | **Count** | **%** |
| Success Rate | 55,438 | 93.2% |
| Failure Rate | 4,061 | 6.8% |
| Absconder Rate* | 3,358 | 5.6% |
| **Total Terminations** | **59,499** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

| FY18 Non-FAMU Compliance Metrics | | |
|---|---|---|
| **Metric** | **Count** | **%** |
| Success Rate | 16,037 | 80.9% |
| Failure Rate | 3,778 | 19.1% |
| Absconder Rate* | 3,177 | 16.0% |
| **Total Terminations** | **19,815** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

*Absconder rate is a subset of failure rate

| FY14-FY22 thru April Non-FAMU Compliance Metrics | | |
|---|---|---|
| **Metric** | **Count** | **%** |
| Success Rate | 166,301 | 86.8% |
| Failure Rate | 25,375 | 13.2% |
| Absconder Rate* | 20,526 | 10.7% |
| **Total Terminations** | **191,676** | **100.0%** |

Data from BI Inc. Participants Report, 4/30/2022

*Absconder rate is a subset of failure rate

