**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

|  |  |
|---|---|
| STATE OF FLORIDA, | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | )     Civil Action No. 3:21-cv-01066 |
|  | ) |
| The UNITED STATES OF | ) |
| AMERICA, *et al.*, | ) |
|  | ) |
| *Defendants.* | ) |
|  | ) |

**DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 33, Defendants United States of America, et al., hereby serve the following Interrogatories upon Plaintiff State of Florida.  Plaintiff shall respond fully, in writing and under oath, in accordance with the Federal Rules of Civil Procedure.

Responses are to be served electronically to Defendants within thirty (30) days of receiving these Interrogatories.

## **DEFINITIONS**

1. "Applicant for admission" means a noncitizen "present in the United States who has not been admitted or who arrives in the United States (whether or not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters)." 8 U.S.C. § 1225(a)(1).

2. "Criminal offense" means all offenses prohibited by the criminal code of the State of Florida and United States of America, both misdemeanors and felonies, without reference to the length or type of punishment prescribed.

3. "First Amended Complaint" means Plaintiff's currently operative complaint in this case, ECF No. 16, filed February 1, 2022.

4. "Southwest border" means the international border between the United States and Mexico.

2

5. "You" means Plaintiff State of Florida, including all its agencies, subdivisions, and officers acting in official capacity.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:** Describe in detail each and every specific harm and/or expense that you have incurred as a result of Defendants' release of applicants for admission encountered at the Southwest border, excluding litigation expenses, broken down by month from January 2020 through January 2022.

**INTERROGATORY NO. 2:** Describe in detail, and provide the overall number of, instances of noncitizens' commission of criminal offenses within the State of Florida while released from federal immigration custody pending their pursuit of asylum or removal proceedings, broken down by month from January 2020 through January 2022.

**INTERROGATORY NO. 3:** Describe in detail each and every social service that you provide to applicants for admission released by the federal government pending their pursuit of asylum or removal proceedings, as alluded to in ¶¶ 69-72 of your First Amended Complaint, including the total amount that you spent on that service for such applicants for admission, and/or that you, for future periods, budgeted to spend on that service, broken down by month, beginning in September 2021 and ending August 31, 2022.

**INTERROGATORY NO. 4:** Identify and describe if and how the provision of

social services by agencies within the State of Florida has changed or is expected to change, in terms of operation and cost, in response to the Florida governor's Executive Order 21-223 (Sept. 28, 2021), in the period from January 2021 through January 2023.

**INTERROGATORY NO. 5:** Identify how many applicants for admission released by the federal government pending their pursuit of asylum or their removal proceedings were incarcerated or otherwise detained for criminal offenses by law enforcement agencies in the State of Florida, as alluded to in ¶ 73 of your First Amended Complaint, from January 21, 2022 through April 30, 2022.

**INTERROGATORY NO. 6:** State how many applicants for admission released by the federal government pending their pursuit of asylum or their removal proceedings were enrolled in public schools in the State of Florida, as alluded to in ¶ 74 of the First Amended Complaint, from January 21, 2022 through April 30, 2022.

**INTERROGATORY NO. 7:** Identify the quantity and type of services provided by Florida's Department of Children and Families, as alluded to in ¶ 75 of the First Amended Complaint, from January 21, 2022 through April 30, 2022 to applicants for admission released by the federal government pending their pursuit of asylum or their removal proceedings.

**INTERROGATORY NO. 8:** Identify the quantity and type of emergency medical services provided by the State of Florida, as alluded to in ¶ 76 of the First Amended

Complaint, from January 21, 2022 through April 30, 2022 to applicants for admission released by the federal government pending their pursuit of asylum or their removal proceedings.

**INTERROGATORY NO. 9:** Identify and describe the type and amount of each source of funding you received from the federal government based on the presence of non-citizens in your State and/or for the purposes of supporting the services provided to such non-citizens, as alluded to in ¶ 73 of the First Amended Complaint, broken down by month from January 2021 through January 2022.

**INTERROGATORY NO. 10:** Identify each and every benefit you receive from the presence of non-citizens in your state, including without limitation the amount of any tax revenues, any tuition revenues to state and/or local educational institutions, any contribution to the State's economy by businesses owned, operated, or staffed by noncitizens, any increase in federal funding to assist states with providing services for immigrants, and any other monetary and/or nonmonetary benefit, from January 21, 2022 through April 2022.

**INTERROGATORY NO. 11:** Identify and describe all evidence you have that Defendants' immigration policies are the cause of an alleged surge at the Southwest border, as claimed in ¶ 18 of the First Amended Complaint.

**INTERROGATORY NO. 12:** Identify and describe all evidence you have that Defendants are not conducting parole decisions pursuant to 8 U.S.C.

§ 1182(d)(5)(A) on a case by case basis for urgent humanitarian reasons or significant public benefit.

**INTERROGATORY NO. 13:** Identify and describe all evidence you have to support your allegations in ¶ 21 of the First Amended Complaint that applicants for admission released by Defendants pending their pursuit of asylum or removal proceedings will relocate to Florida, taking into account that the study you cite at footnote 10 only includes data through 2016 and shows a trend of decreasing unauthorized noncitizen population in Florida.

**INTERROGATORY NO. 14:** Identify and describe in detail all "reliance interests" by the State of Florida in federal immigration policy alleged in ¶¶ 92 and 96 of the First Amended Complaint, explaining the specific basis for the reliance interest and whether and what legislative or budgetary changes have been made by Florida in reliance on those interests.

**INTERROGATORY NO. 15:** Identify and describe all "lesser alternatives" that Defendants failed to consider, as alleged in ¶¶ 92 and 96 of the First Amended Complaint, explaining how the "lesser alternative" would have served the same immigration objectives as parole and Parole+ATD, and your basis for asserting that such "lesser alternatives" were not considered.

Date:  April 27, 2022                    Respectfully submitted,

JASON R. COODY                          BRIAN M. BOYNTON
*United States Attorney*                  *Principal Deputy Assistant Attorney General*

MARIE A. MOYLE                          WILLIAM C. PEACHEY
*Assistant United States Attorney*        *Director*
Northern District of Florida             Office of Immigration Litigation
                                         District Court Section

                                         EREZ REUVENI
                                         *Assistant Director*

                                         /s/ *Joseph A. Darrow*
                                         JOSEPH A. DARROW
                                         ERIN T. RYAN
                                         *Trial Attorney*
                                         U.S. Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel.: (202) 805-7537
                                         Joseph.a.darrow@usdoj.gov

                                         SARAH STEVENS WILSON
                                         *Assistant Director*
                                         Office of Immigration Litigation
                                         Appellate Section

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I served Defendants' First Set of Interrogatories to Plaintiff via email on the following counsel for Plaintiff in *Florida v. United States, et al.*, No. 3:21-cv-01066.

Karen Ann Brodeen
Karen.brodeen@myfloridalegal.com

Natalie Christmas
Natalie.christmas@myfloridalegal.com

James Hamilton Percival II
James.percival@myfloridalegal.com


By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| STATE OF FLORIDA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-01066 |
| ) | |
| The UNITED STATES OF ) | |
| AMERICA, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

**DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF**

Pursuant to Federal Rule of Civil Procedure 34, Defendants United States of America, et al., hereby serve the following Requests for Production upon Plaintiff State of Florida.   Plaintiff shall respond fully, in writing and under oath, in accordance with the Federal Rules of Civil Procedure.

Responses are to be served electronically to Defendants within thirty (30) days of receiving these requests for production.

## DEFINITIONS

1. "Applicant for admission" means a noncitizen "present in the United States who has not been admitted or who arrives in the United States (whether or not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters)." 8 U.S.C. § 1225(a)(1).

2. "Document" means any record of information, including writings, data, correspondence, photographs, video and audio recordings, and images. It specifically includes all communications and electronically stored information, including text messages and emails.

3. "Southwest border" means the international border between the United States and Mexico.

4. "You" means Plaintiff State of Florida, including all its agencies, subdivisions, and officers acting in official capacity.

2

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**  Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 1.

**REQUEST FOR PRODUCTION NO. 2:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 2.

**REQUEST FOR PRODUCTION NO. 3:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 3.

**REQUEST FOR PRODUCTION NO. 4:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 4.

**REQUEST FOR PRODUCTION NO. 5:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering    Defendants'

Interrogatory No. 5.

**REQUEST FOR PRODUCTION NO. 6:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 6.

**REQUEST FOR PRODUCTION NO. 7:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 7.

**REQUEST FOR PRODUCTION NO. 8:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 8.

**REQUEST FOR PRODUCTION NO. 9:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 9.

**REQUEST FOR PRODUCTION NO. 10:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants'

Interrogatory No. 10.

**REQUEST FOR PRODUCTION NO. 11:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 11.

**REQUEST FOR PRODUCTION NO. 12:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 12.

**REQUEST FOR PRODUCTION NO. 13:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 13.

**REQUEST FOR PRODUCTION NO. 14:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants' Interrogatory No. 14.

**REQUEST FOR PRODUCTION NO. 15:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you reviewed and/or considered in answering Defendants'

Interrogatory No. 15.

**REQUEST FOR PRODUCTION NO. 16:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you contend support your allegation that Defendants have a "non-detention policy" for applicants for admission encountered at the Southwest border, as referenced in ¶ 19 of your First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 17:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that you contend support your allegation that Defendants are "affirmatively assisting" applicants for admission encountered at the Southwest border "in resettling around the country," as referenced in ¶ 22 of your First Amended Complaint.

**REQUEST FOR PRODUCTION NO. 18:** Provide all documents, including but not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, that describe or relate to any funding or financial assistance you receive from the federal government for purposes of assisting in or supporting immigration enforcement or housing, including, but not limited to, housing unaccompanied minor non-citizens, resettling refugees, or performing immigration enforcement pursuant to 8 U.S.C. § 1357(g).

**REQUEST FOR PRODUCTION NO. 19:** Provide all documents, including but

not limited to, writings, data, correspondence, photographs, and/or video and audio recordings, collected pursuant to Section 3 of the Florida governor's Executive Order 21-223 (Sept. 28, 2021).

Date:  April 27, 2022                              Respectfully submitted,

JASON R. COODY                                    BRIAN M. BOYNTON
*United States Attorney*                           *Principal Deputy Assistant Attorney General*

MARIE A. MOYLE                                    WILLIAM C. PEACHEY
*Assistant United States Attorney*                *Director*
Northern District of Florida                       Office of Immigration Litigation
                                                   District Court Section

                                                   EREZ REUVENI
                                                   *Assistant Director*

                                                   /s/ *Joseph A. Darrow*
                                                   JOSEPH A. DARROW
                                                   ERIN T. RYAN
                                                   *Trial Attorney*
                                                   U.S. Department of Justice
                                                   Civil Division
                                                   Office of Immigration Litigation
                                                   District Court Section
                                                   P.O. Box 868, Ben Franklin Station
                                                   Washington, DC 20044
                                                   Tel.: (202) 805-7537
                                                   Joseph.a.darrow@usdoj.gov

                                                   SARAH STEVENS WILSON
                                                   *Assistant Director*
                                                   Office of Immigration Litigation
                                                   Appellate Section

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I served Defendants' First Set of Requests for Production via email on the following counsel for Plaintiff in *Florida v. United States, et al.*, No. 3:21-cv-01066.

Karen Ann Brodeen
Karen.brodeen@myfloridalegal.com

Natalie Christmas
Natalie.christmas@myfloridalegal.com

James Hamilton Percival II
James.percival@myfloridalegal.com


By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division

9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STATE OF FLORIDA,

     *Plaintiff*,

v.                                                                    Case No.: 3:21-CV-1066

The UNITED STATES OF AMERICA;
ALEJANDRO MAYORKAS, Secretary
of the United  States Department of
Homeland Security, in his official
capacity; UNITED STATES
DEPARTMENT OF  HOMELAND
SECURITY; TROY MILLER, Acting
Commissioner of U.S. Customs and
Border Protection, in his official capacity;
U.S. CUSTOMS AND BORDER
PROTECTION; TAE JOHNSON,
Acting Director of U.S. Immigration and
Customs Enforcement, in his official
capacity; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; UR M.
JADDOU, Director of U.S. Citizenship
and Immigration Services, in her official
capacity; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

     *Defendants*.

_____/

## PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' INTERROGATORY # 1

Pursuant to Fed. R. Civ. P. 26(e), Plaintiff State of Florida hereby

supplements its response to Defendants' Interrogatory # 1 which was previously

served on June 10, 2022 to provide supplemental information received by the

1

Florida Department of Corrections (FDC).

## PRELIMINARY STATEMENT

1.    Plaintiff provides this supplemental response to the best of its knowledge and based upon all information presently available to and known by Plaintiff at this stage of the litigation. Plaintiff reserves the right to supplement, amend, or otherwise revise this response in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or any applicable court order, as may be deemed appropriate upon further review of information or documents.

2.    Plaintiff further reserves the right to object, on any ground, to the competency, materiality, privilege, or admissibility of any part of the information ultimately provided in response to the Interrogatories.

3.    Plaintiff reserves the right to introduce as evidence at trial any subsequently discovered or unintentionally omitted information and/or documents.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:** Describe in detail each and every specific harm and/or expense that you have incurred as a result of Defendants' release of applicants for admission encountered at the Southwest border, excluding litigation expenses, broken down by month from January 2020 through January 2022.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Plaintiff supplements its response to Interrogatory # 1 subsection A regarding the Florida Department of Corrections to include a recent award of SCAAP funding for the 7/1/18 to 6/30/19 reporting period.  All references to Plaintiffs' Response to Interrogatory # 1 as it relates to FDC includes the supplemental information provided below.

| Reporting Period | 7/1/15 - 6/30/16 | 7/1/16 - 6/30/17 | 7/1/17 - 6/30/18 | 7/1/18 - 6/30/19 |
|---|---|---|---|---|
| Eligible Inmates Reported | 7,320 | 7,103 | 6,923 | 6,848 |
| Number of Inmate Days Reported | 2,231,181 | 2,171,574 | 2,118,554 | 2,115,979 |
| Costs of Incarceration per day | $53.52 | $55.80 | $59.57 | $62.16 |
| Estimated Costs to Incarcerate Reported Eligible Inmates | $119,412,807 | $121,173,829 | $126,202,262 | $131,529,255 |
| Amount Reimbursed | $6,823,144 | $6,786,271 | $7,380,287 | $8,236,498 |

Dated: July 1, 2022

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

3

Anita J. Patel (FBN 1029143)
SENIOR ASSISTANT ATTORNEY GENERAL

*/s/ James H. Percival*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3665
Facsimile: (850) 413-7555
James.Percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically mailed to all counsel of record on this 1st day of July, 2022.

*/s/ James H. Percival*
James H. Percival
Deputy Attorney General of Legal Policy

4

## VERIFICATION

I, Lavitta Stanford, being sworn, state as follows: As to the supplemental response to Interrogatory Number 1 regarding the Florida Department of Corrections (FDC), the response is true and correct to the best of my personal knowledge.

Lavitta Stanford
Department of Corrections

**STATE OF FLORIDA**
**COUNTY OF LEON**

Sworn to and subscribed before me this 30th day of June, 2022 by Lavitta Stanford, who is personally known to me or who produced identification, who after being duly sworn, states that she read the above and the facts contained therein are true and correct.

Kaitlyn C. McCown
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG297217
Expires 1/30/2023

Kaitlyn C. McCown
Printed name of notary

Kaitlyn C. McCown
Notary Signature

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.                                Case No.: 3:21-CV-1066

The UNITED STATES OF AMERICA,
*et al.*,

    *Defendants*.

_____/

## PLAINTIFF'S SECOND AMENDED SUPPLEMENTAL RESPONSE TO DEFENDANTS' INTERROGATORY # 1

Pursuant to Fed. R. Civ. P. 26(e), Plaintiff State of Florida hereby supplements its response to Defendants' Interrogatory # 1 which was previously served on June 10, 2022 to provide supplemental information received by the Department of Children and Families (DCF).

## PRELIMINARY STATEMENT

1.    Plaintiff provides this supplemental response to the best of its knowledge and based upon all information presently available to and known by Plaintiff at this stage of the litigation. Plaintiff reserves the right to supplement, amend, or otherwise revise this response in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or any applicable court order, as may be deemed appropriate upon further review of information or documents.

2.    Plaintiff further reserves the right to object, on any ground, to the competency, materiality, privilege, or admissibility of any part of the information ultimately provided in response to the Interrogatories.

3.    Plaintiff reserves the right to introduce as evidence at trial any subsequently discovered or unintentionally omitted information and/or documents.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:** Describe in detail each and every specific harm and/or expense that you have incurred as a result of Defendants' release of applicants for admission encountered at the Southwest border, excluding litigation expenses, broken down by month from January 2020 through January 2022.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Plaintiff supplements its response to Interrogatory # 1 subsection C, subpart b which addresses substance and mental health (SAMH) services provided by DCF. The costs of providing such services is supplemented in documents bate stamped 1RFP1_ 114 and 1RFP1_115. All other interrogatories referencing Plaintiff's Response to Interrogatory # 1 as it relates to the cost of providing DCF SAMH services includes this supplemental information.

Dated: September 9, 2022            Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL
POLICY
Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Daniel Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL
Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL
POLICY
Karen Brodeen (FBN 512771)
SPECIAL COUNSEL
Anita J. Patel (FBN 1029143)
SENIOR ASSISTANT ATTORNEY GENERAL

*/s/ Anita Patel*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3665
Facsimile: (850) 413-7555
James.Percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was

electronically mailed to all counsel of record on this 9th day of September, 2022.

*/s/ Anita Patel*
Anita J. Patel
Senior Assistant Attorney General

## **VERIFICATION**

I, Tony Lloyd, being sworn, state as follows: As to the supplemental response to Interrogatory Number 1 regarding the Department of Children and Families (DCF), the response is true and correct to the best of my personal knowledge.

_____
Tony Lloyd
Department of Children and Families


**STATE OF FLORIDA**
**COUNTY OF LEON**

Sworn to and subscribed before me this 9 day of September, 2022 by Tony Lloyd, who is personally known to me or who produced identification, who after being duly sworn, states that she read the above and the facts contained therein are true and correct.

ELIZABETH FLOYD
Commission # HH 166015
Expires August 17, 2025
Bonded Thru Budget Notary Services

Elizabeth Floyd
Printed name of notary

_____
Notary Signature

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

     *Plaintiff*,

v.                                                            Case No.: 3:21-CV-1066

The UNITED STATES OF AMERICA,
*et al.*,

     *Defendants*.

_____/

## PLAINTIFF'S THIRD AMENDED SUPPLEMENTAL RESPONSE TO DEFENDANTS' INTERROGATORY # 1

Pursuant to Fed. R. Civ. P. 26(e), Plaintiff State of Florida hereby supplements its response to Defendants' Interrogatory # 1 which was previously served on June 10, 2022 to provide supplemental information received by the Florida Department of Highway Safety and Motor Vehicles (FLHSMV).

## PRELIMINARY STATEMENT

1.    Plaintiff provides this supplemental response to the best of its knowledge and based upon all information presently available to and known by Plaintiff at this stage of the litigation. Plaintiff reserves the right to supplement, amend, or otherwise revise this response in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or any applicable court order, as may be deemed appropriate upon further review of information or documents.

2.     Plaintiff further reserves the right to object, on any ground, to the competency, materiality, privilege, or admissibility of any part of the information ultimately provided in response to the Interrogatories.

3.     Plaintiff reserves the right to introduce as evidence at trial any subsequently discovered or unintentionally omitted information and/or documents.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 1:** Describe in detail each and every specific harm and/or expense that you have incurred as a result of Defendants' release of applicants for admission encountered at the Southwest border, excluding litigation expenses, broken down by month from January 2020 through January 2022.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1:**

Plaintiff supplements its response to Interrogatory # 1 subsection F, regarding services provided by FLHSMV. FLHSMV has identified an additional 184,485 Non-Immigrant IDs and driver's licenses of which 23,686 were issuances or original IDs and licenses and 160,799 were Renewals.

Dated: September 28, 2022

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL
POLICY
Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL
POLICY

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

Anita J. Patel (FBN 1029143)
SENIOR ASSISTANT ATTORNEY GENERAL

*/s/ Anita Patel*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3665
Facsimile: (850) 413-7555
James.Percival@myfloridalegal.com

*Counsel for the State of Florida*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was

electronically mailed to all counsel of record on this 28th day of September, 2022.


*/s/ Anita Patel*
Anita J. Patel
Senior Assistant Attorney General

## <u>VERIFICATION</u>

I, Robert Kynoch, being sworn, state as follows: As to the supplemental response to Interrogatory Number 1 regarding the Florida Department of Highway Safety and Motor Vehicles, the response is true and correct to the best of my personal knowledge.

_____
Robert Kynoch
Florida Department of Highway Safety and Motor Vehicles


**STATE OF FLORIDA**
**COUNTY OF LEON**

Sworn to and subscribed before me this 28 day of September, 2022 by Robert Kynoch, who is personally known to me or who produced identification, who after being duly sworn, states that she read the above and the facts contained therein are true and correct.

_Debra L. Cullars_
Printed name of notary

_Debra L. Cullars_
Notary Signature



DEBRA L. CULLARS
Commission # HH 014622
Expires July 10, 2024
Bonded Thru Budget Notary Services