```
 1                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF FLORIDA
 2                      PENSACOLA DIVISION
 3              Civil Action No.  3:21-cv-01066
 4
         STATE OF FLORIDA,
 5
                        Plaintiff,
 6
         v.
 7
         The UNITED STATES OF AMERICA, et
 8       al.,
 9                      Defendants.
         _____/
10
11
                  WEB CONFERENCE DEPOSITION OF
12
                           JACOB OLIVA
13
                Taken on Behalf of the Defendants
14
15                   Tuesday, July 5, 2022
                     10:50 a.m. - 12:52 p.m.
16
17              LOCATION:  Via Web Conference
18
19
20
21     Stenographically Reported Via Web Conference By:
                           Mary Hlavac
22             Registered Professional Reporter
23                Registered Merit Reporter
24               Certified Realtime Reporter
25                 Job No. CS5298250
```

1        A.   That's correct.
2        Q.   Okay.  And then taking a look at the most
3    school year of '21-'22, your total enrollment went up
4    a little bit.  It looks like you had 2.83 million
5    students on both surveys?
6        A.   Correct.
7        Q.   And you had 90,000 immigrant students in
8    Survey 2 and 101,000 immigrant students in Survey 3,
9    correct?
10       A.   That's correct.
11       Q.   And these numbers are approximately
12   3 percent of the total enrollment; is that right?
13       A.   I'd have to do my math, but it sounds about
14   right.
15       Q.   So this definition of immigration students
16   doesn't tell us whether they're citizens or
17   noncitizens; is that correct?
18       A.   That's correct.
19       Q.   Because that's not something that the state
20   actually tracks?
21       A.   That's correct.  We serve every student that
22   walks through the door and put them on a track for
23   success.
24            MS. RYAN:  If it's okay with everyone, can
25       we take a quick like five-minute break?

1              MR. STAFFORD:  Certainly.  What time do
2        you want to come back?
3              MS. RYAN:  Let's do 11:40.
4              (Recess at 11:33 a.m. until 11:42 a.m.)
5              THE WITNESS:  I want to clarify some of
6        the early learning numbers, if you want me to
7        go back to that.
8     BY MS. RYAN:
9        Q.   Sure.
10       A.   So I told you my guess was about 300,
11    350,00.  So I wasn't far off.  So in voluntary
12    pre-kindergarten we have about 150,000 students
13    participate.  And then in school readiness, which is
14    kind of zero to five, although they could switch to
15    pre-kindergarten, is about 200,000 students.  So
16    there's about 350,000 students kind of in that zero to
17    five space prior to kindergarten.
18       Q.   All right.  Okay.  Just to kind of jump back
19    in where we were -- left off with this document
20    talking about immigrant students.  This -- these
21    numbers don't tell you whether those immigrant
22    students are citizens or noncitizens, correct?
23       A.   That's correct.
24       Q.   The Department of Education can't determine
25    who came over the border?

```
 1        A.   We don't collect that data.  We couldn't
 2   provide that.
 3        Q.   And you don't know who is a legal permanent
 4   resident?
 5        A.   We don't know their status of citizenship.
 6        Q.   So you can't actually tell us that any of
 7   the funding that is given to districts whether a
 8   single dollar is actually spent on an applicant for
 9   admission who was paroled by the federal government at
10   the southwest border.
11        A.   We can tell you how much dollars are spent
12   based on the student and the FTE, the full-time
13   equivalencies that they generate, but we couldn't tell
14   you whether or not that student is a citizen or not.
15             MS. RYAN:  One second.
16   BY MS. RYAN:
17        Q.   So while the Department of Education can't
18   tell us if a student is an actual immigrant, you also
19   can't tell us if they fall within any specific
20   categories of immigration status either?
21        A.   I think to qualify for immigration services
22   is different than citizenship.  So I want to make sure
23   that we're not blurring the two and keeping two
24   delineations when you're asking for clarification.  So
25   I just want to make sure I understood that question.
```

1    Q.   So you used the federal definition of an
2    immigrant student which you said is someone not
3    educated in the United States the last three academic
4    school years, correct?
5    A.   That's correct.
6    Q.   So that could include a U.S. citizen whose
7    parents were deployed overseas for three years and
8    they were educated in Europe and then came back. They
9    would be considered an immigrant student under the
10   Department of Education?
11   A.   That is correct.  In that scenario they
12   could qualify, yes.
13   Q.   Okay.  So being considered an immigrant
14   student under the Department of Education has no
15   relation to that student's citizenship status?
16   A.   That's correct.
17   Q.   And you cannot tell us how many noncitizen
18   students are enrolled in schools in the State of
19   Florida?
20   A.   We do not collect that data.
21   Q.   You read the complaint for this case you
22   said, right?
23   A.   Yes, ma'am.
24   Q.   Do you know that the State of Florida is
25   alleging harm for having to educate noncitizen

1  students who came over the southwest border and
2  applied for asylum and were paroled by the federal
3  government, right?
4        MR. STAFFORD:  Object to form.  You can
5     answer.
6     A.   That's my understanding that the complaint
7  is written about.
8  BY MS. RYAN:
9     Q.   But you can't actually tell us the number of
10 students that may fall into that category?
11    A.   We don't collect citizen status.  And I can
12 tell you working with school districts, any family or
13 child that shows up to a school to enroll, we enroll.
14 And regardless of their background or academic
15 history, we do our very best to put them in a program
16 to meet their needs and put them on a pathway and
17 track record for success.
18    Q.   So the Department of Education can't
19 articulate any specific harm attributable to this
20 policy; is that correct?
21       MR. STAFFORD:  Object to form.  You can
22    answer.
23    A.   I can tell you that we educate anybody that
24 walks through the door.  We don't ask for their
25 citizen status, we don't ask for their background

```
 1   questions, it could trigger an assessment of the
 2   student's English abilities where they are measured on
 3   listening, speaking, reading and writing.
 4            A parent may not disclose any of that
 5   information upon registration and a teacher may notice
 6   that the child is using an alternative language
 7   besides English and could warrant a screening with
 8   parent consent to see if they qualify for additional
 9   language support services.
10        Q.   So that comes from the district level and is
11   reported up to the State Department of Education?
12        A.   That's correct.
13            MS. RYAN:  Okay.  I think we're almost
14        done.  Why don't we take a quick let's say
15        five-minute break.  And I'll take a look over
16        kind of the questions and the topics we have,
17        and then we should be able to wrap up pretty
18        soon.
19            THE WITNESS:  Thank you.
20            (Brief recess, 12:31 p.m. to 12:38 p.m.)
21        A.   Can I go on for clarification?  When we were
22   talking about the definition of an immigrant student,
23   you used the example of a military family that may
24   have been deployed overseas from more than three
25   years, comes back.  That doesn't necessarily mean they
```

1    would qualify.  I just want to clarify.  They would
2    have to have been born outside of the United States as
3    well.
4    BY MS. RYAN:
5         Q.   Okay.  So that wasn't involved in the
6    definition you gave us earlier.  So before, you said
7    it was just any student who had not been educated in
8    the United States for the last three years?
9         A.   That's correct.  And born -- I want to
10   clarify.  And born outside of the United States.  I
11   might have missed that.
12        Q.   Okay.  So place of birth is something that
13   the State Department of Education has to collect in
14   order to know that information; is that right?
15        A.   That's part of the enrollment packet.  They
16   can ask that question.  That's to meet the federal
17   definition.
18        Q.   So the department does have a sense of how
19   many students are not potentially U.S. citizens?
20        A.   That is not correct.
21             MR. STAFFORD:  Object to form.
22        A.   We do not track citizen status.  We can --
23   we can collect data if somebody was born outside of
24   the United States or DC or Puerto Rico, would not
25   qualify for that.

```
 1            MS. RYAN:  One second.
 2            (Brief pause.)
 3    BY MS. RYAN:
 4       Q.    So the Department of Education does not
 5    officially track the citizenship status of their
 6    students, correct?
 7       A.    We are prohibited from asking the student or
 8    parent their citizen status.
 9       Q.    But you do track place of birth in order to
10    determine in part whether they are an immigrant
11    student under this definition, correct?
12       A.    Yeah, we are able to ask that question.
13    Whether or not the family chooses to disclose may be
14    different.  It wouldn't prohibit them from entering
15    our schools, but that is something that we do ask.
16       Q.    Does the department unofficially estimate
17    how many students are noncitizens?
18       A.    I don't think we would have any kind of
19    methodology to be able to apply that with any logic.
20       Q.    Do you know what percent of the state's
21    overall budget is spent on educational services?
22       A.    It's about 25 to 26 percent.
23       Q.    And of that amount, what percentage is used
24    on noncitizens?
25       A.    I couldn't tell you what the percentage is
```

```
 1    to support noncitizens.
 2         Q.   Are you familiar with Florida Executive
 3    Order 21-223?
 4         A.   Yes, ma'am.
 5         Q.   Okay.  You said you reviewed that before the
 6    deposition?
 7         A.   Yes, ma'am.
 8         Q.   Okay.  Does that executive order have any
 9    impact on the services provided by the Department of
10    Education?
11              MR. STAFFORD:  And I'm providing him a
12         copy of the executive order.
13              MS. RYAN:  Thank you.
14         A.   I don't know if this executive order would
15    have any impact on services that we provide because
16    we're going to provide services to any student or
17    family that shows up at our schools.
18         Q.   Would it have an impact at all on your
19    budget or -- any impact on your budget?
20         A.   I'm not sure I can answer that question.
21    Our budget is allocated by the state to support any
22    family or student that walks through the door.
23         Q.   Does the Department of Education have any
24    role that it has to fulfill based on this executive
25    order?
```