```
 1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF FLORIDA
 2                      PENSACOLA DIVISION
 3                      CASE NO.:  3:21-cv-01066
 4   STATE OF FLORIDA,
 5        Plaintiff,
 6   vs.
 7   The UNITED STATES OF
     AMERICA, et al.,
 8
          Defendants.
 9
     _____/
10
11   VIDEOCONFERENCE
     DEPOSITION OF:     JAMES HECKMAN, CORPORATE REPRESENTATIVE
12                      FLORIDA'S DEPARTMENT OF
                        ECONOMIC OPPORTUNITY
13
     TAKEN BY:          COUNSEL FOR THE DEFENDANT
14
     DATE:              WEDNESDAY, JUNE 29, 2022
15
     TIME:              10:20 A.M. - 2:21 P.M.
16
     PLACE:             OFFICE OF THE ATTORNEY GENERAL
17                      STATE OF FLORIDA
                        PL-01 THE CAPITOL
18                      TALLAHASSEE, FL 32399-1050
19   VIA:               WEBEX BY CISCO VIDEOCONFERENCING
20   STENOGRAPHICALLY
     REPORTED BY:       COURTNEY N. LANGHOFF, RMR, CRR, FPR-C
21
22
23
24
25   Job No. CS5298240
```

```
 1   the program.
 2        Q.   What system are you referring to?
 3        A.   For Reemployment Assistance, that would be
 4   CONNECT.  I'm not familiar with the ins and outs of all
 5   of the systems that run the services that a noncitizen
 6   may apply for benefits from.
 7        Q.   And for CONNECT, just so we have it spelled
 8   correctly, is it -- it's "connect" just like the English
 9   word to connect two things together?
10        A.   Yes.  C-O-N-N-E-C-T.
11        Q.   Okay.  And in terms of an individual's status
12   as a citizen or a noncitizen, does the CONNECT system
13   break it down any further, in terms of what an
14   individual's particular immigration status is?
15        A.   The only information that CONNECT stores and
16   that we have, as an agency, is -- is what I just
17   described.  It's their citizenship status, whether they
18   are a citizen of the United States or not, and the
19   results from running their information against the SAVE
20   system, which tell us whether or not they're authorized
21   to work in the United States.
22        Q.   Okay.  So beyond that, you would have no way of
23   knowing whether or not the individual was, for example,
24   someone who was issued parole by the federal government?
25        A.   I believe that is correct, that we would not
```

```
 1   have that information.
 2       Q.   Okay.  So you would also not know whether an
 3   individual had submitted an application for asylum,
 4   correct?
 5       A.   Correct.
 6       Q.   And you would not know, for example, where that
 7   individual entered the United States?
 8       A.   Did you say we wouldn't know where that
 9   individual entered?
10       Q.   Right.  Is that accurate?  I mean, correct --
11   correct me if it's not, please.
12       A.   We would not know the -- the port of entry.
13   That is correct.
14       Q.   Okay.  Going beyond Topic 10, do you see any
15   others for which you had to obtain information that you
16   did not already know in order to become knowledgeable
17   about a particular topic?
18       A.   (Witness perused document.)
19            Topic Number 13, "Whether and to what degree
20   there have been any changes in the cost or type of
21   services stated in Topic Number 12 since January 21st,
22   2022."
23       Q.   And how you came to this conclusion?
24       A.   Yes.
25       Q.   Okay.  And the same question that we've gone to
```