Jesse Bottcher                                            July 8, 2022

Page 1

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF FLORIDA
 2                   PENSACOLA DIVISION
 3            Civil Action No.  3:21-cv-01066
 4
        STATE OF FLORIDA,
 5
                     Plaintiff,
 6
        v.
 7
        The UNITED STATES OF AMERICA, et
 8      al.,
 9                   Defendants.
        _____/
10
11
                      DEPOSITION OF
12
                      JESSE BOTTCHER
13
             Taken on Behalf of the Defendants
14
15                 Friday, July 8, 2022
                   10:00 a.m. - 11:28 a.m.
16
17            LOCATION:  Via Web Conference
18
19
20
21
22
          Stenographically Reported Via Web Conference By:
23                     Mary Hlavac
                Registered Professional Reporter
24                Registered Merit Reporter
                  Certified Realtime Reporter
25                Job No. CS5298292
```

Jesse Bottcher                                      July 8, 2022

Page 36

1       individuals would not be included within the

2       undocumented aliens set forth in response to

3       Interrogatory No. 1?

4              A.   Correct.

5              Q.   And again, AHCA doesn't keep any records to

6       differentiate into which categories individuals fall

7       in terms of what their immigration status is

8       specifically?  That's not information that's kept by

9       your agency?

10             A.   Correct.  The information that we keep is

11      their eligibility status and eligibility category

12      referred to as the ACWM, which I spoke about

13      previously.

14             Q.   Is that the reason why in interrogatory

15      response No. 3, it says, "AHCA is not aware if any of

16      the noncitizens who received emergency medical

17      services are applicants for admission released by the

18      federal government pending pursuant of asylum or

19      removal proceedings?"

20             A.   Yes, that is correct.

21             Q.   So as far as AHCA is aware, that number

22      could be zero?

23             A.   I think your question is presumptive.

24             Q.   Yeah, it is.  I'm -- it is necessarily

25      presumptive.  I'm asking you -- it seems to me that in

Jesse Bottcher                                                    July 8, 2022

```
 1      response to Interrogatory No. 3, you're saying that --

 2      let me finish the question.  You're saying that AHCA

 3      doesn't know one way or the other whether any

 4      noncitizens who received emergency medical services

 5      are applicants for admission released by the federal

 6      government pending asylum or removal proceedings.  And

 7      assuming that's correct as far as AHCA is concerned,

 8      that number could be anything from zero to some other

 9      number; is that correct?

10              MR. SCHREIBER:  Objection to the form.

11      BY MS. FUDIM:

12          Q.   You can answer.

13          A.   My answer to that question is we do not know

14      one way or another.  I will not speculate on numbers.

15          Q.   But would it be fair to say, if you don't

16      know one way or the other, that number could be --

17      could be anything?

18          A.   If we do not know the status, then we could

19      reasonably assume that we do not know so, therefore,

20      it could be.

21          Q.   Anything?

22          A.   Anything, correct.

23          Q.   Or zero?

24          A.   Well, zero is part of anything.

25          Q.   So that's a yes?
```

1          A.   Yes, because we do not know.

2          Q.   Okay.  So in response to

3     interrogatory -- excuse me, document demand No. 1, it

4     says, "The cost of providing such emergency services

5     is paid by both federal and state dollars.  The cost

6     incurred by the state for providing emergency medical

7     services is provided in response to defendant's

8     request for production No. 1."  And then it says,

9     1RFP-1_011.  And that was a spreadsheet that was

10    produced by counsel; is that accurate?

11         A.   Are you saying that what we produced is a

12    spreadsheet, or are you asking if the spreadsheet is

13    accurate?

14         Q.   If what you produced is the spreadsheet?

15         A.   Yes, that is accurate.

16         Q.   Okay.  And this morning -- I just want to be

17    clear for the record.  This morning your counsel

18    provided us with a spreadsheet that contains some

19    totals at the bottom of it.

20         A.   Yes.

21         Q.   Am I correct that the spreadsheet that was

22    produced this morning on July 8th at approximately

23    9:15 this morning by your counsel is the same

24    spreadsheet that was previously produced in response

25    to request for production No. 1 with the sole