UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

CASE NO.: 3:21-cv-1066

STATE OF FLORIDA,

                Plaintiff,

VS.

THE UNITED STATES OF AMERICA,
et al.,

                Defendants.
_____/

| | |
|---|---|
| REMOTE DEPOSITION OF: | TONY LLOYD |
| | CORPORATE REPRESENTATIVE |
| | OF FLORIDA'S DEPARTMENT OF |
| | CHILDREN AND FAMILIES |
| | PURSUANT TO RULE 30 (b)(6) |
| ON BEHALF OF: | Defendants |
| DATE: | July 26, 2022 |
| TIME: | 10:19 a.m. to 12:47 p.m. |
| LOCATION OF WITNESS: | Tallahassee, Florida |

_____

REPORTED BY:
MICHELLE SMITH, RDR, FPR, LCR, CCR, CLR, CLVS, CDVS
Job No. CS5337171

1   of Economic Self-Sufficiency annually?

2        A.   Somewhere over five million.

3        Q.   And are noncitizens eligible for those

4   services?

5        A.   No.  I believe only Emergency Medicaid

6   for Aliens is the only exception to that, I

7   believe.

8        Q.   And what is that?  Do you want time to

9   review the responses?

10       A.   Yeah, if I could have a minute, I would

11  appreciate that.

12       Q.   Sure, take your time.

13            MS. BRODEEN:  Excuse me, Erin, this is

14       really a topic for Patti, who has already

15       been deposed, the ESS services themselves.

16            MS. RYAN:  He is designated for talking

17       about the services provided by the

18       department.  We're not going to go into too

19       much detail, but I think because this is his

20       topic to come and talk through, and he

21       verified these responses for this

22       interrogatory talking about the harm from the

23       program, so I do think it's valid to ask him

24       a bit about the program itself.

25            THE WITNESS:  Okay.  So what was your

1             question?
2     BY MS. RYAN:
3             Q.  Okay.  So you mentioned Emergency
4     Medicaid being the only service that noncitizens
5     would be eligible for?
6             A.  Yes.
7             Q.  Can I ask what you're looking at?
8             A.  I'm trying to find the details I got from
9     Patti on this.  Because it's a very small slither of
10    folks and I just don't know the numbers off of the
11    top of my head.
12            Q.  That's okay, you don't need the numbers,
13    we can talk more general, and that's fine.  What is
14    Emergency Medicaid?
15            A.  My understanding of Emergency Medicaid is
16    if -- and it would be it's basically that the
17    emergency takes precedent over the fact that they're
18    not documented, so that you make those services
19    available.  Somebody that has been in a car wreck or
20    something like that where you need to be able to
21    provide service to these folks, you provide the
22    service and figure out the documentation later,
23    that's my general understanding.  So again, in terms
24    of total folks that actually get provided those
25    services outside of the norm, it's a really, really

1           MS. RYAN:  I disagree, this is a service
2      provided, and so it would be topic number
3      two, which asks for service offered by the
4      department.
5           MS. BRODEEN:  That's general, Number 7 is
6      how the statuses of and services utilized by
7      the above groups are determined, tracked,
8      collected, and/or reviewed by DCF, that's
9      specific to another person's topics, not
10     his.
11          MS. RYAN:  I mean, your objection is
12     noted.  I disagree.
13          MS. BRODEEN:  Go ahead and answer it
14     then.
15          THE WITNESS:  Can you repeat the
16     question?
17  BY MS. RYAN:
18     Q.  Are noncitizens eligible for Medicaid?
19     A.  Not to my knowledge.
20     Q.  So in your response to Interrogatory
21  Number 1 as to harm, the answer states ESS has
22  identified the State cost benefits provided to
23  individuals with the current system indicator, it
24  identifies that they were paroled, had no qualifying
25  immigration status, and are Cuban and Haitian

1 government provides approximately 37, 38 percent of
2 funding in those areas. I could go through the
3 calculations, but you don't want me to.
4     Q. Yeah. I feel like we would be here for a
5 while if we did. But roughly it sounds like 37, 38
6 percent of the funding comes from the Federal
7 government?
8     A. Correct.
9     Q. Okay. You also noted in response to the
10 interrogatories, that DCF is prohibited from
11 utilizing Federal funds for noncitizen children, but
12 not State funds?
13     A. Correct.
14     Q. What specifically prohibits the use of
15 Federal funds on noncitizen children?
16     A. The -- and again, you may visit the
17 actual -- the actual site reference I do not have in
18 front of me, but I know that in those two titles,
19 IV-B and IV-E, we are specifically precluded from
20 getting Federally reimbursed for noncitizens.
21     Q. So does that mean the department has to
22 know the immigration status of each of the children
23 that they are serving?
24     A. Yes.
25     Q. Okay. And how is that determined?

1           A.   We provide them through -- we do them
2    through contract, so in other words we have a very
3    small staff who allocates the funds who, you know,
4    checks the finances, provides certain supports, and
5    then we contract directly with 41 certified shelters
6    throughout the State, and those -- and we provide
7    them roughly 43 million dollars through a couple of
8    grants, but mostly State GR, and they provide
9    services to their community.  Like I said, through
10   various different ways, in addition to the beds, they
11   also do counselling and other support, but yeah,
12   that's how the program works.
13          Q.   You mentioned GR, what does that mean?
14          A.   General revenue, sorry, State's funds.
15          Q.   Okay.  Is there any Federal funding for
16   these domestic violence shelters?
17          A.   There are two specific grants, the SOC
18   Grant and the VOCA Grant, it's Victims of -- sorry, I
19   can't remember all of the acronyms, but the numbers
20   on those two grants are roughly five million and four
21   million, so about 35 million of the dollars come from
22   State's general revenue.
23          Q.   Are noncitizens eligible to get services
24   at these domestic violence centers?
25          A.   Yeah, to my knowledge -- to my knowledge

1	we have not, the domestic violence centers have not
2	collected that information.
3		Q.  And in response to Interrogatory Number
4	1, you provided total amount of monthly payments that
5	the department made to domestic violence centers, and
6	that the amount seems to change, why does that amount
7	change?
8		A.  And are you asking why it changes on
9	monthly?
10		Q.  Yes.
11		A.  It changes because it's reimbursed on
12	actual expenditures and it also it could be -- it
13	could be several reasons, they're not very exciting,
14	but it could be that a particular shelter didn't get
15	their -- their expenditures turned in by the deadline
16	and so we paid them in the next month, so that
17	fluctuation could be based upon when that shelter
18	submitted their invoices back to the State for
19	payment.
20		I don't think there's -- I don't think
21	there's anything else in there, it's not that it's
22	higher or lower in a particular month for a
23	particular reason other than the timing of probably
24	getting their invoices in.
25		Q.  So it's specific to each center, each

1   change because of noncitizens that you haven't
2   already mentioned?
3           A.  Does the Department's budget change for
4   noncitizens?
5           Q.  Or because of noncitizens.
6           A.  Yes.  Particularly, and I know this is
7   particularly in the two areas that we talked about
8   where we're spending a little over four million
9   dollars in the facilities, and, in the Child Welfare
10  space, we don't get Federal funding for that.  So the
11  cost of providing services to all of our clients is
12  set, and the amount of funds we have is finite, so
13  we're actually spending more State dollars to provide
14  those services than we would have if we could claim
15  on those.
16          Q.  But these noncitizens who are using these
17  facilities or the Child Welfare services, you can't
18  say that they were applicants for admission who were
19  encountered at the Southwest border, and then
20  paroled or released pending their application;
21  correct?
22          A.  No.  My data is about whether they are
23  noncitizens or not.
24          Q.  Are you familiar with -- let me ask you
25  this:  Do you need a break?

1         Q.  And do you know what that is?

2         A.  Yeah, that's -- that's the system that

3 will identify documentation of citizens.  That's how

4 you identify who a noncitizen is.  That's the system

5 that does it.  We don't run that clearinghouse, it's

6 run through IRCA [phonetic].

7         Q.  Any other impacts that this executive

8 order has on the Department of Children and

9 Families?

10         MR. FARUQUI:  Object to form.

11         THE WITNESS:  The second piece, which is

12         under Section 8, we're being required to do

13         welfare checks every six months until a child

14         reaches the age of 18 or permanently leaves

15         the State of Florida, that is an additional

16         check that we are being required to do.  And

17         so to do a welfare check on those children

18         twice a year, we'll have a cost associated

19         with it.

20 BY MS. RYAN:

21         Q.  So this is every six months an in-person

22 welfare check on all children or on a specific set of

23 children?

24         A.  The UAC children.

25         Q.  Which are the unaccompanied minors?

1     Bilal Faruqui, Esq.

2     Bilal.faruqui@myfloridalegal.com

3                        August 11, 2022

4     RE:   State Of Florida v. United States Of America

5           7/26/2022, Tony Lloyd (#5337171)

6         The above-referenced transcript is available for

7     review.

8         Within the applicable timeframe, the witness should

9     read the testimony to verify its accuracy. If there are

10    any changes, the witness should note those with the

11    reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13    Deponent and Errata and return to the deposing attorney.

14    Copies should be sent to all counsel, and to Veritext at

15    erratas-cs@veritext.com.

16

17     Return completed errata within 30 days from

18    receipt of testimony.

19     If the witness fails to do so within the time

20    allotted, the transcript may be used as if signed.

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

```
State Of Florida v. United States Of America
Tony Lloyd (#5337171)
                    E R R A T A   S H E E T
PAGE_____ LINE_____ CHANGE_____
```
See Attached Document
```
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____


_____          _____
Tony Lloyd                                    Date
```

1   State Of Florida v. United States Of America

2   Tony Lloyd (#5337171)

3                ACKNOWLEDGEMENT OF DEPONENT

4       I, Tony Lloyd, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11  _____T.B.Lloyd_____                    9/7/2022

12  Tony Lloyd                             Date

13  *If notary is required

14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                    7th DAY OF September, 2022.

16

17

18       _____Sophia D. Flowers-Hollis_____

19                    NOTARY PUBLIC

20

21  SOPHIA D. FLOWERS-HOLLIS
    Commission # HH 174803
22  Expires September 18, 2025
    Bonded Thru Troy Fain Insurance 800-385-7019

23

24

25

Page 8 Line 19
Change "I reviewed the complaint" to "I did not review the complaint"
Reason: Clarification; mistaken about the legal documents reviewed

Page 24 Line 15
Change "No" to "ESS also provides payments for the Relative and Nonrelative Caregiver programs."
Reason: Clarification

Page 12 Line 23
Change "Appropriate" to "Appropriations"
Reason: Transcription Error

Page 13 Line 22
Change "The low" to "Below"
Reason: Transcription Error

Page 16 Line 21
Change "None that I'm aware of" to "The Refugee Services program was created to serve noncitizens. Positions have been created within that program."
Reason: Clarification

Page 25 Line 5-7
Noncitizens, depending on their status, may be eligible for SNAP, TANF and Medicaid as well as refugee services and homelessness assistance.
Reason: Clarification

Page 26 Line 9
"Slither" to "Sliver"
Reason: Transcription Error

Page 29 Line 19
Change "Not to my knowledge" to "Noncitizens may be eligible for Medicaid depending on their immigration status, their country of origin, and the time they have been in the U.S."
Reason: Clarification

Page 36 Line 22
Change "UFA 1920" to "UFA '19, '20"
Reason: Transcription Error

Page 37 line 9
Change "261" to "261,000"
Reason: Clarification

Page 51 Line 17
Change "SOC" to "STOP"
Reason: Transcription Error

Page 55 Line 22
Change "DPS" to "APS"
Reason: Transcription Error

Page 56 Line 17
Change "2021" to "20-21" and "'21, '22" to "21-22"
Reason: Transcription Error; referring to fiscal years 2020-2021 and 2021-2022

Page 56 Line 23
Change "'22, 23" to "22-23"
Reason: Transcription Error; referring to fiscal year 2022-2023

Page 59, Line 15
Change "Budged" to "Budget"
Reason: Transcription Error

Page 62 Line 25
Change "'22, '23" to "22-23"
Reason: Transcription Error; referring to fiscal year 2022-2023

Page 68 Line 24
Change: "SAAV" to "SAVE"
Reason: Transcription Error

Page 69 Lines 2, 17, 22
Change: "SAAV" to "SAVE"
Reason: Transcription Error

Page 69, Line 24-25
Change "System of" to "Systematic"
Reason: Clarification

Page 69 Line 8
Change: "IRCA" to "AHCA"
Reason: Transcription Error

Page 70 Line 6
Change: "IRCA" to "AHCA"
Reason: Transcription Error