1　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　NORTHERN DISTRICT OF FLORIDA
2　　　　　　　　　PENSACOLA DIVISION
3　　　　　Civil Action No. 3:21-cv-01066
4

5　STATE OF FLORIDA,

6　　　　　　　　Plaintiff,

7

　　vs.

8

9　THE UNITED STATES OF
　　AMERICA, et al.,
10
　　　　　　　　Defendants.
11　　　　　　　　　　　　/

12

13

14

15

　　VIDEOCONFERENCE DEPOSITION OF:　PATRICIA A. GROGAN
16　　　　　　　　　　30(b)(6)
　　　FOR FLORIDA'S DEPARTMENT OF CHILDREN AND FAMILIES
17

18　　　　　　　　Pages 1 - 125

19　DATE TAKEN:　　　Friday, July 22, 2022

20　TIME:　　　　　　10:08 a.m. - 2 p.m.

21

22

23

24　REPORTED BY:　　THERESA GARRITY, RMR, CRR
　　　　　　　　　　and Notary Public

25　Job No. CS5298312

1  what the parameters of the services are.  I can tell
2  you it's for the period of the emergency.  To give an
3  example, if you're in a car accident and need surgery,
4  the surgery will be covered.  If you need to go into a
5  nursing home, a nursing home is not covered.  It's the
6  emergent situation.  That includes childbirth.
7  Childbirth is deemed to be an emergency under emergency
8  Medicaid.
9          Q.   So, in this case, there are a number of
10 immigration terms thrown around.  One group of
11 noncitizens that are at issue are what we call
12 applicants for admission.  Are you familiar with that
13 term?
14         A.   Yes.
15         Q.   Do you know whether applicants for
16 admission qualify for full Medicaid under the guide as
17 is laid out by the state?
18         A.   Not as applicants for admission, but, in
19 certain categories, there are individuals who are --
20 who are considered applicants for admission, but also
21 have another status that would make them eligible that
22 are specific status.
23              For example, Cubans, nationals of Cuba or
24 Haiti, who are applicants for asylum in removal
25 proceedings or parole are eligible for not only

1    Medicaid, but also -- or other public benefits, TANF,
2    as well as the refugee cash and assistance programs,
3    while they may be applicants for admission as well.
4          Q.   Do you know if applicants for admission
5    from other countries outside of Cuba and Haiti also
6    qualify for those benefits?
7          A.   It's been a moving target in the last
8    couple of years.  So parolees from Afghanistan meeting
9    certain criteria, as well as humanitarian parolees from
10   Ukraine are also eligible.
11              Additionally, victims of human trafficking
12   meeting certain criteria are also eligible for
13   assistance.
14         Q.   Parolees generally, so parolees from
15   Central American countries, would they be eligible?
16         A.   No.
17         Q.   An applicant for admission from --
18         A.   Wait.  Let me -- hold on.  Let me correct
19   that.  Parolees who are paroled for a period of more
20   than a year or two -- I don't know.
21         Q.   That's fine.
22         A.   I told you this was complicated.
23         Q.   It sounds very complicated.
24         A.   Page 23:  Parolees who are paroled under
25   212(d)(5) are eligible for -- yes, are eligible for

1     more than a year.  If they were admitted prior to
2     8/22/96 are eligible for temporary cash assistance and
3     Medicaid and for food assistance if five years have
4     passed.  So, in this case, all of them would.
5                  If they're admitted after 8/22/96, only
6     after five years since they were granted parole status
7     are they eligible for food assistance, cash assistance
8     or Medicaid.
9           Q.    And for the group that is eligible after
10    five years, is that also referring to specifically
11    Cubans and Haitians?
12          A.    No.  That's all parolees admitted on or
13    after 8/22/96.
14          Q.    Noncitizens who are released under other
15    mechanisms then paroled in order of recognizance, would
16    they qualify for Medicaid under the guide?
17          A.    They would qualify for emergency Medicaid
18    potentially if they meet all the other eligibility
19    criteria.  And Cuban and Haitian entrant, if you're
20    ROR, you're considered to be in removal proceedings,
21    then you would be eligible under that -- under the
22    Cuban/Haitian entrant category.
23          Q.    And noncitizens who have removal
24    proceedings generally outside of the Cubans and
25    Haitians, do they qualify?

1            There is a component of ancillary services,
2    by which I mean, you know, assistance in terms of
3    nonmedical needs, housing or other services that can be
4    provided to qualified individuals through the TANF
5    program.  And in order to be eligible for the TANF
6    program, you need to meet the TANF immigration
7    requirements.
8            So absent that funding stream for those
9    particular individuals, immigration status is not
10   generally a factor of providing assistance.
11       Q.   So the Department of Children and Families
12   is unable to say whether any of the individuals
13   receiving these community-based and privatized services
14   are applicants for admission encountered at the
15   Southwest border released by the federal government --
16       A.   The Department is unable to provide
17   information on individuals who are -- who meet that
18   criteria, yes.
19       Q.   And then I believe you mentioned that
20   substance abuse and mental health also provides
21   services for institutionalized population?
22       A.   Yes.
23       Q.   And are there -- does the Department of
24   Children and Families actually have mental institutions
25   that it operates?

1 are able to provide a total number of bed days.
2     Q. And when they go through files, what -- how
3 do the files determine whether somebody is a
4 noncitizen?
5     A. They identify -- they start trying to
6 identify by a Social Security. They contact the Social
7 Security Data Exchange System to identify based on a
8 patient's Social Security number. And if a patient
9 doesn't have or is unable to identify a Social Security
10 number, they are categorized as noncitizens. They do
11 not have any more detailed information on noncitizen
12 status.
13     Q. If a noncitizen had a Social Security
14 number, like, you know, a green cardholder, for
15 example, would they come up as -- would they still come
16 up as a noncitizen in that system?
17     A. My understanding, no. And they had
18 excluded from this patients who refused to provide
19 information, not can't provide information, but refused
20 to provide information.
21     Q. So those people would not be included in
22 this number?
23     A. Correct.
24     Q. So on the information for the noncitizens
25 in these institutions, is the Department able to

1  indicate whether these noncitizens are applicants for
2  admission encountered at the Southwest border and
3  released by the federal government pending their
4  immigration proceedings?
5      A.   No.
6      Q.   There was mentioned in one of the
7  Interrogatory responses -- and I can pull this up if we
8  need more reference -- that treatment of noncitizens
9  can prevent or delay treatment for legal residents of
10 the State of Florida.  Does that sound familiar?
11     A.   I believe I recall that there's an
12 indication that there are waiting lists for entry into
13 the institutions, and the -- so any increase in
14 admissions to the institutions would then impact
15 waiting lists.
16     Q.   Are there constantly people on the waiting
17 list?
18     A.   I can't answer over a long period of time.
19 I can tell you there are currently people on the
20 waiting list.
21     Q.   And can the Department determine who on the
22 waiting list is a noncitizen versus not a noncitizen?
23     A.   I did not ask that question to date.
24     Q.   Okay.  I'm done with this document.  You
25 had mentioned OCW before.  That's the Office of Child

1   residential admissions and nonresidential admissions.
2   Admissions to what?
3        A.   Generally, a domestic violence center.
4        Q.   And is that an inpatient sort of setting?
5        A.   They would not use that terminology.  It's
6   a housing facility for individuals who are claiming
7   domestic violence generally.  For the residential
8   components, others would be people who came in there
9   who are not going to be staying there.
10       Q.   And what is the time range of the housing
11  that would be offered by these programs?
12       A.   I don't have that information.  And it may
13  vary from program to program.
14       Q.   So the next sentence after listing out all
15  these programs is "DCF provides these services
16  regardless of immigration status."  Is that accurate?
17       A.   Yes.
18       Q.   So DCF doesn't know whether any of the
19  recipients of these programs are noncitizens?
20       A.   The Department or its providers do not
21  capture or maintain information on immigration or
22  citizenship status.
23       Q.   And then so DCF, the next sentence, does
24  not know whether these recipients are applicants for
25  admission encountered at the Southwest border and

1  released by the federal government pending pursuit of
2  asylum or removal proceedings.  Is that correct?
3          A.   That is correct.
4          Q.   I'll take that down.  So I believe you
5  mentioned before that the Department has its own
6  internal store house of citizenship immigration that it
7  maintains?
8               MR. FARUQUI:  Object to form.
9          A.   The Office of Economic Self-Sufficiency
10 through its system that is used to determine
11 eligibility for the major public benefits programs
12 maintains and stores information related to immigration
13 status.
14              A component of that storage is a data
15 warehouse that essentially freezes information at
16 various points because other information is constantly
17 updated.
18         Q.   And can other components outside of OSS I
19 believe access that store house?
20              MR. FARUQUI:  Object to form.
21         A.   The data warehouse, I don't know that.  I
22 don't know the answer to that question whether anybody
23 has access to the data warehouse.
24              Generally, what is -- there are individuals
25 who are charged with obtaining information from the

1  State Of Florida v. United States Of America
2  Patricia Grogan (#5298312)
3              ACKNOWLEDGEMENT OF DEPONENT
4    I, Patricia Grogan, do hereby declare that I
5  have read the foregoing transcript, I have made any
6  corrections, additions, or changes I deemed necessary as
7  noted above to be appended hereto, and that the same is
8  a true, correct and complete transcript of the testimony
9  given by me. *See attached errors and corrections*
10 *document.*
11 _____Patricia Grogan_____        _____8.19.22_____
12 Patricia Grogan                           Date
13 *If notary is required
14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                    __19__ DAY OF __August__, 20__22__.
16
17
18                    __Johanna Stewart__  Johanna C. Stewart
19                         NOTARY PUBLIC
20
21                    JOHANNA C. STEWART
                      MY COMMISSION # HH 293226
22                    EXPIRES: July 26, 2026
23
24
25

Page 21 line 6-7
Change "4.4, 4.5 million" to "2.6 million"
Reason: Number provided represents Medicaid recipients determined by DCF, not SNAP recipients.

Page 23 line 9
Change "maintenance record" to "maintenance of effort"
Reason: Transcription error

Page 39 line 5
Change "Asians" to "Haitians"
Reason: Transcription error.

Page 41 line 9-10
Change "A family of two I think is $300 and a family of three is $335" to "A family of 3 is $303 and a family of 3.5 is $334"
Reason: Correction.

Page 51 line 8
Change "a tense review" to "an intense review"
Reason: Transcription error.

Page 53 line 16
Change "eServices" to "Services"
Reason: Transcription error

Page 58 line 13
Change "Yes" to "no"
Reason: Incorrect answer. An individual in removal proceedings released on recognizance would not be considered lawfully residing.

Page 63 line 6
Change "age of dependent children" to "aid to dependent children"
Reason: Transcription error.

Page 63 line 13
Change "TCL" to "TCA"
Reason: Transcription error.

Page 68 line 3 and 5
Change "IV-B" to "Title IV-E"
Reason: Transcription error

Page 85 line 18
Change "OSS" to "ESS"
Reason: Transcription error

Page 106 line 2
"The Department doesn't contract for foster homes" to "The Department doesn't contract for foster homes for Unaccompanied Alien Children."
Reason: Clarification.

Page 107 line 10
There has been a determination that due to a lack of a cooperative agreement that there is no evidence of need and therefore licenses will not be renewed and/or initial application will be denied.
Reason: Clarification