1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF FLORIDA
2                   PENSACOLA DIVISION
3
                          Civil Action No.: 3:21-cv-01066
4
5    STATE OF FLORIDA,
6         Plaintiff,
7     v.
8    The UNITED STATES OF
     AMERICA, et al,
9
          Defendants.
10
11   _____/
12
                    REMOTE DEPOSITION OF:
13              ROBERT KYNOCH, 30(b)(6)
14
15   DATE:              Wednesday, July 27, 2022
16   TIME:              10:26 a.m. - 12:21 p.m.
17   PLACE:             Via Videoconference
18   TAKEN BEFORE:      Teresa Wynn, Court Reporter
                        and Notary Public
19
20
21
22
23
24
25   Job No. CS5305328

1    through the process.
2            A    Yeah.  So, you know, we're going to ask for
3    -- so, you know, ask for identity documents from you.
4    That's typically going to be a certified copy of a birth
5    certificate.  You know, if you're a citizen, we're going
6    to ask for two proofs of address.  And then I think we
7    will go forward with, you know, asking you various
8    questions about your driving history, take your
9    photograph, give you the ability to register to vote.
10   We will collect our fees, our money for the driver's
11   license, and then we'll, you know, issue the card over
12   the counter.
13           Q    What does Florida charge for a driver's
14   license?
15           A    It's $48.
16           Q    So if a person is a noncitizen who comes in
17   to obtain a driver's license, what does that process
18   look like?
19           A    So, again, in addition to having to supply --
20   supply identity documents, they would come in, they
21   would provide proof of whatever documents they would
22   have for lawful status.  We would examine those
23   documents.  And then our system is directly connected to
24   the Homeland Security SAVE system.
25                We would then attempt to verify their legal

1 presence. If that verifies in the SAVE system, then we
2 would issue them a credential over the counter, and then
3 the process of taking pictures and signing oaths and
4 things like that. They wouldn't be offered the
5 opportunity to vote. But it's a similar process.
6     Q   Can a person who is here illegally obtain a
7 driver's license in the state of Florida?
8     A   So anyone that obtains a driver's license or
9 an ID card that's a noncitizen has to have proof of
10 lawful status. If they don't have proof of lawful
11 status, they will not be issued a state identification
12 card or driver's license.
13     Q   Are there any forms that a noncitizen fills
14 out when he or she comes into Motor Vehicles to obtain a
15 license on which they self-declare their immigration
16 status or citizenship status?
17     A   No, not that I'm aware of.
18     Q   So it's an oral process? They would come in
19 and say, These are my documents. Maybe it's a visa or
20 some other type of identification document. Is that how
21 the clerk on the other side would know that they're
22 dealing with a noncitizen as opposed to a citizen?
23     A   Yes, it's going to be a conversation between
24 the clerk and the customer.
25     Q   What are the types of identification

1  documents that a noncitizen can bring in to establish
2  their entitlement to a driver's license, assuming that
3  they have the privilege and they don't have DUIs and
4  everything else?
5     A   I mean, there is a number of them.  I
6  definitely couldn't tell you all of them, but an
7  unexpired foreign passport could be one.  A Green Card
8  could be one.  An employment authorization card could be
9  another one.  Those are probably the three most common
10 ones that I'm familiar with.
11    Q   Does a noncitizen who is seeking a driver's
12 license or state ID card have to disclose whether or not
13 they are an applicant for asylum?
14          MR. FARUQUI:  Object to the form.
15          THE WITNESS:  So not necessarily.  I mean, we
16       would -- I mean, we would need some document that
17       we could verify through the SAVE system and get
18       back a response that they've got lawful status.  I
19       think it's commonly going to be a notice of
20       hearing.  But, again, we're looking at that
21       document that they give to us, and then we're
22       trying to verify that through SAVE.
23 BY MS. FUDIM:
24    Q   Would any document that has an alien number
25 or admission number satisfy the identification

1  of which 313,607 were issuances of original IDs and
2  licenses and 431,595 were renewals."
3          Do you see that?
4      A   Yes.
5      Q   Does that $745,000 -- excuse me, not dollar
6  -- 745,202 number for nonimmigrant IDs represent
7  separate individuals?
8      A   No.  It would be separate credentials.
9  Someone could have got -- if I could clarify that.  They
10 could get a driver's license, come back a year later and
11 renew it.  So it would be one person but with two
12 credentials.
13     Q   That was what I was getting at.  Thank you.
14         Do you know from that 745,202 number, how
15 many of those individuals entered the country at the
16 southwest border?
17     A   No.
18     Q   Do you know how many of them sought asylum?
19     A   No.
20     Q   Do you know how many of them were paroled
21 into the country?
22     A   I don't believe so.
23     Q   Do you know how many of them were released on
24 bond?
25     A   No.

1    Q    And do you know how many of them were
2    released by court order of a federal judge in response
3    to a habeas petition?
4    A    No.
5    Q    And does that mean that there were at least
6    372,000 and change dollars in costs associated with
7    running those SAVE searches for those individuals?
8    A    Yes.
9    Q    Okay. But fair to say you can't tell me how
10   many of those dollars are attributable to individuals
11   who were released on parole by the federal government
12   while awaiting asylum from removal proceedings?
13   A    I think that's correct.
14   Q    In terms of funding, we talked a little bit
15   about that before, because you had mentioned grants.
16   The costs that are paid to the SAVE system, how are they
17   funded?
18   A    They are paid out of the Department's
19   operating trust fund.
20   Q    Is that funds that are secured through the
21   payment of taxes?
22   A    Largely through the payment of motor vehicle
23   titles and registrations.
24   Q    Is that, like, the $48 that we talked about
25   earlier that someone pays for a license?

1    A    Driver's license fees too, yes.

2    Q    So if somebody who was a noncitizen, an
3    immigrant, was entitled to obtain a driver's license and
4    a SAVE search was conducted for them and they come back
5    as verified and they are entitled to get a license, they
6    too would pay the $48, correct?

7    A    In most instances.  The only caveat could be
8    there are some exceptions in state law where if you're
9    homeless, if you're at 100 percent of the poverty level,
10   there is some ability to give no-cost IDs to that
11   population.

12        But, generally speaking, yes, the -- most
13   people are going to pay the $48 or the -- for an ID
14   card, it's $25.

15   Q    Do you know what percentage of individuals
16   who go through the SAVE system are verified verses
17   ultimately not verified?

18   A    I don't.

19   Q    Is there a readily accessible way of
20   obtaining that information for a given period of time?

21   A    I'm not certain.

22   Q    I'm going to have the court reporter leave a
23   blank in the transcript, and if you're able to determine
24   from the period of January 2020 to the May 2022 period
25   the percentage of individuals who are not verified who

1    SAVE contract for a year is for every verification --
2    I'm sorry. The $392,000 is what we would have paid SAVE
3    in a fiscal year for every time we've used the system.
4    So that would also include immigrants.
5         Q    Okay. And that figure that you just gave,
6    the $392,000, what time period does that represent the
7    expenses for?
8         A    So that would be fiscal year '21/'22.
9         Q    Okay. And with respect to that, it would
10   include individuals who were both issued and not issued
11   driver's licenses?
12        A    I believe so.
13        Q    And it would include individuals who were not
14   applicants for admission who were paroled at the
15   southwest border?
16        A    I believe it would. I would love to see the
17   data just to be sure. The 392, that's just a total bill
18   we got, obviously, from Homeland Security for using its
19   system for that year.
20        Q    Sir, are you able to quantify for me the harm
21   to the Department of Highway Safety from the federal
22   government's parole policies at the southwest border?
23        A    Can you please ask me that question one more
24   time?
25        Q    Sure. I want to know whether you can

1  quantify for me the harm to the Department of Highway
2  Safety and Motor Vehicles from the federal government's
3  parole policies at the southwest border.
4        A    I don't believe I can.
5             MS. FUDIM:  Okay.  I have no further
6       questions, but your attorney may, so I turn over
7       the floor.
8             MR. FARUQUI:  No, I don't have any questions
9       for the witness.
10            Teri, the witness will read, and we will
11      order a copy of the transcript if it's ordered.
12            MS. FUDIM:  Thank you, Teri.  I appreciate
13      your time.
14            THE REPORTER:  And do you need to order at
15      this time?
16            MS. FUDIM:  Yeah.  I think our -- I think our
17      paralegal takes care of that.  I'm not exactly sure
18      how that works.  I haven't been part of that
19      process.  So if the process is I tell you right now
20      that we're ordering, then, yes, we're ordering.
21            (Witness excused.)
22            (Deposition concluded at 12:21 p.m.)
23                         - - -
24
25