State of Florida

vs.

United States

Deposition of:

Robert Guadian

July 14, 2022

*Vol 1*



*Raising the Bar!*

Page 12

 1  ICE shifted its operations away from the detention of
 2  families while adapting new and existing detention
 3  capacity to address an influx along the southwest
 4  border.
 5      What -- What new in the existing detention
 6  capacity is referenced here?
 7      A.   Can you tell me what sentence you're at?
 8      Q.   Okay.  It's at the top of page 69, the first
 9  full paragraph, that first sentence after the comma on
10  the second line, in fiscal near 2021 ICE shifted --
11      A.   Okay.
12      Q.   Okay.  What -- What are the new and existing
13  detention capacity that's been added to address the
14  influx along the southwest border, if you know?
15      A.   While adapting the new and existing detention
16  capacity to address the influx along the southwest
17  border, I think we're primarily talking about the
18  conversion of family residential centers to adult
19  detention centers.
20      Q.   Do you know if any new detention facilities
21  were built or contracted with for individual adults?
22      A.   I don't.  But what I can say is we're
23  continually evaluating our bed space needs and often
24  discuss with our state, local and contract partners and
25  within the confines of our bed space appropriations

Page 13

1  with congress, determining our need for beds and
2  locations as well.
3      So that's a continuous process.
4      Q.   Okay.  At the end of the paragraph it has some
5  numbers.  And the last two sentences read within fiscal
6  year 2021 ICE's ATD programs served more than 175,000
7  participants compared to approximately 120,000
8  participants in fiscal year 2020; and fiscal year 2021,
9  85 percent of participants were compliant with the
10 program and improvement from 67 percent of fiscal year
11 2020.
12      When it says 85 percent of the participants were
13 compliant with the program, are they referring to
14 Parole Plus ATD?
15     A.   So this -- I believe this metric is a
16 accounting for all the participants on ATD, not just
17 those that are released on Parole Plus ATD.
18     I would think Parole Plus ATD would be a subset of
19 this total number since ICE places its own arrest
20 sometimes on alternatives to detention as well.
21     Q.   Okay.  So ICE releases individual adults under
22 AD -- under alternatives to detention also?
23     A.   Correct.
24     Q.   And is there any way to tell whether this 85
25 percent number is consistent with, higher or lower with