## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

|  |  |  |
|---|---|---|
| STATE OF FLORIDA, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:21-cv-01066 |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) ) | |

### MOTION FOR SUMMARY JUDGMENT

Defendants United States of America, et al., by and through undersigned counsel, hereby move the Court for an order granting summary judgment in Defendants' favor on all claims pursuant to Federal Rules of Civil Procedure 56(a), and dismissing the Second Amended Complaint with prejudice.

This motion is made on the basis outlined in the attached memorandum of legal points and authorities in support of this motion, the referenced exhibits (ECF No. 87), any reply in support of this motion, and all other relevant documents and filings.

As explained in the memorandum, there is no genuine dispute of material fact as to Plaintiff's claims, and the Court can rule as a matter of law in Defendants' favor that: Florida lacks standing; its claims are nonjusticiable;  Florida lacks a cognizable

cause of action or the ability to obtain review under the Administrative Procedures Act; the undisputed material facts show that the alleged "non-detention policy" does not exist and all related claims are meritless; and the administrative record provides ample basis to reject all of Plaintiff's claims challenging Parole+ATD.

Accordingly, the Court should grant summary judgment in Defendants' favor on all claims and dismiss the Second Amended Complaint with prejudice.

Date:  October 3, 2022

JASON R. COODY
*Acting United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Local Rule 7.1(F) because, excluding parts of the document exempted by the Rule, it contains 209 words.

*/s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division