UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, | )<br>)<br>) |
| *Plaintiff,* | )<br>)<br>) |
| v. | )  Civil Action No. 3:21-cv-01066 <br>) |
| The UNITED STATES OF AMERICA, *et al.*, | )<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Having considered Defendants' Motion for Summary Judgment, ECF No. 88, all memorandum and exhibits in support thereof, and all oppositions and replies thereto,

IT IS HEREBY ORDERED:

Summary judgment is granted in Defendants' favor on all Plaintiff's claims pursuant to Federal Rule of Civil Procedure 56(a). The Second Amended Complaint is dismissed with prejudice. Each party is to bear its own fees and costs.

Date: _____        Signed: _____
                                                      UNITED STATES DISTRICT JUDGE