UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                             Case No. 3:21-cv-1066

The UNITED STATES OF AMERICA;
et. al,

    Defendants.
_____/

## NOTICE OF INTENT TO OPPOSE
## MOTION TO REOPEN DISCOVERY FOR LIMITED PURPOSES

    Defendants respectfully notify the Court that they intend to file an opposition to Plaintiff's Motion to Reopen Discovery for Limited Purposes. Defendants also oppose Plaintiff's request for an expedited, seven-day response. There is no emergency requiring immediate adjudication of this issue; the trial is not until January 2023. Defendants' counsel's resources are stretched extremely thin over the next two weeks, with one of only two attorneys handling this case out on leave and all available resources devoted to the ongoing summary judgment briefing.

| | |
|---|---|
| Date: October 6, 2022 | Respectfully submitted, |
| JASON R. COODY<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>ERIN T. RYAN<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 598-7537<br>Joseph.a.darrow@usdoj.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division