# Exhibit A

```
                                                              1
                 UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF FLORIDA

                      PENSACOLA DIVISION



- - - - - - - - - - - - - - - - - x

STATE OF FLORIDA,                  :

           Plaintiff,              :

           vs.                     :   Case No.

THE UNITED STATES OF AMERICA,      :   3:21-cv-1066

et al.,                            :

           Defendants.             :

- - - - - - - - - - - - - - - - - x

                              Arlington, Virginia

                              Thursday, July 28, 2022

          Videotaped Deposition of RAUL L. ORTIZ, a

witness herein, called for examination by counsel for

Plaintiff in the above-entitled matter, pursuant to

notice, taken at the offices of Henderson Legal

Services, 2300 Wilson Boulevard, Seventh Floor,

Arlington, Virginia, at 9:32 a.m. on Thursday, July

28, 2022, and the proceedings being taken down by

stenotype by and transcribed by KAREN YOUNG.
```

```
                                                              2

 1    APPEARANCES:

 2       On Behalf of the Plaintiff:

 3              JOHN GUARD, ESQ.
                JAMES H. PERCIVAL, ESQ.
 4              ANITA J. PATEL, ESQ.
                NATALIE CHRISTMAS, ESQ.
 5              Office of the Attorney General
                State of Florida
 6              PL-01 The Capitol
                Tallahassee, Florida 32399-1050
 7              John.Guard@myfloridalegal.com
                James.Percival@myfloridalegal.com
 8              Anita.Patel@myfloridalegal.com
                Natalie.Christmas@myfloridalegal.com
 9              (850) 245-0147

10
         On Behalf of the Defendants:
11
                JOSEPH A. DARROW, ESQ.
12              ERIN RYAN, ESQ.
                U.S. Department of Justice
13              P.O. Box 868, Ben Franklin Station
                Washington, D.C. 20044
14              joseph.a.darrow@usdoj.gov
                (202) 598-7537
15

16      ALSO PRESENT:

17              Michelle Tonelli, Esq., DHS
                Stephanie Muffett, Esq., CBP
18              Krishna Sharma, Videographer

19

20

21

22
```

```
 1            BY MR. GUARD:
 2       Q.   Have you seen Exhibit 16 before?
 3       A.   No.
 4       Q.   Okay.  Exhibit 16 was information that the
 5  Department of Homeland Security provided us in
 6  connection with this case.  Now, looking at the top
 7  query, there's a program called notice to report.
 8  What was notice to report?
 9       A.   Notice to report was a processing pathway
10  that the previous chief of the Border Patrol, Rodney
11  Scott, developed and instituted because our
12  facilities were overcrowded and we needed to ensure
13  that we had a mechanism to process a low-threat
14  population and ease the overcrowded conditions in
15  some of our facilities.
16       Q.   Okay.  And the aliens that were released to
17  the notice -- on the notice to report policy were
18  given a document that it was not a notice to appear,
19  correct?
20       A.   That's correct.
21       Q.   And they were basically told to go to the
22  nearest ICE location to the address they provided to
```

```
                                                        151

1                         (Ortiz Exhibit No. 17

2                            was marked for

3                            identification.)

4            MR. DARROW:  Thank you.

5            BY MR. GUARD:

6       Q.   Have you seen Exhibit Number 17 before?

7       A.   Yes.

8       Q.   You're actually copied on Exhibit 17,

9    correct?

10      A.   That's correct.

11      Q.   Before I get into Exhibit 17, do you recall

12   when you learned that ICE was no longer going to

13   accept transfer for detention family units?

14      A.   I don't have the specific date, no.

15      Q.   Okay.  Now, looking at Exhibit -- Exhibit

16   17, it looks like someone who it is not disclosed who

17   was e-mailing Rodney Scott, who was your chief at the

18   time, correct?

19      A.   Yes.

20      Q.   And forwarding him or I guess -- I can't

21   tell for sure if they're going back and forth because

22   the froms and tos are blocked out with PII, but
```