# Exhibit A

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

- - - - - - - - - - - - - - - - - x

STATE OF FLORIDA,                  :

          Plaintiff,               :

     vs.                           :  Case No.

THE UNITED STATES OF AMERICA,      :  3:21-cv-1066

et al.,                            :

          Defendants.              :

- - - - - - - - - - - - - - - - - x

                         Arlington, Virginia

                         Thursday, July 28, 2022

          Videotaped Deposition of RAUL L. ORTIZ, a

witness herein, called for examination by counsel for

Plaintiff in the above-entitled matter, pursuant to

notice, taken at the offices of Henderson Legal

Services, 2300 Wilson Boulevard, Seventh Floor,

Arlington, Virginia, at 9:32 a.m. on Thursday, July

28, 2022, and the proceedings being taken down by

stenotype by and transcribed by KAREN YOUNG.

```
                                                                    2
 1     APPEARANCES:

 2        On Behalf of the Plaintiff:

 3              JOHN GUARD, ESQ.
                JAMES H. PERCIVAL, ESQ.
 4              ANITA J. PATEL, ESQ.
                NATALIE CHRISTMAS, ESQ.
 5              Office of the Attorney General
                State of Florida
 6              PL-01 The Capitol
                Tallahassee, Florida 32399-1050
 7              John.Guard@myfloridalegal.com
                James.Percival@myfloridalegal.com
 8              Anita.Patel@myfloridalegal.com
                Natalie.Christmas@myfloridalegal.com
 9              (850) 245-0147

10
          On Behalf of the Defendants:
11
                JOSEPH A. DARROW, ESQ.
12              ERIN RYAN, ESQ.
                U.S. Department of Justice
13              P.O. Box 868, Ben Franklin Station
                Washington, D.C. 20044
14              joseph.a.darrow@usdoj.gov
                (202) 598-7537
15

16       ALSO PRESENT:

17              Michelle Tonelli, Esq., DHS
                Stephanie Muffett, Esq., CBP
18              Krishna Sharma, Videographer

19

20

21

22
```

                                                                144

1          BY MR. GUARD:
2     Q.    Have you seen Exhibit 16 before?
3     **A.    No.**
4     Q.    Okay.  Exhibit 16 was information that the
5  Department of Homeland Security provided us in
6  connection with this case.  Now, looking at the top
7  query, there's a program called notice to report.
8  What was notice to report?
9     **A.    Notice to report was a processing pathway**
10 **that the previous chief of the Border Patrol, Rodney**
11 **Scott, developed and instituted because our**
12 **facilities were overcrowded and we needed to ensure**
13 **that we had a mechanism to process a low-threat**
14 **population and ease the overcrowded conditions in**
15 **some of our facilities.**
16    Q.    Okay.  And the aliens that were released to
17 the notice -- on the notice to report policy were
18 given a document that it was not a notice to appear,
19 correct?
20    **A.    That's correct.**
21    Q.    And they were basically told to go to the
22 nearest ICE location to the address they provided to

151

```
 1                           (Ortiz Exhibit No. 17
 2                            was marked for
 3                            identification.)
 4         MR. DARROW:  Thank you.
 5         BY MR. GUARD:
 6     Q.   Have you seen Exhibit Number 17 before?
 7     A.   Yes.
 8     Q.   You're actually copied on Exhibit 17,
 9   correct?
10     A.   That's correct.
11     Q.   Before I get into Exhibit 17, do you recall
12   when you learned that ICE was no longer going to
13   accept transfer for detention family units?
14     A.   I don't have the specific date, no.
15     Q.   Okay.  Now, looking at Exhibit -- Exhibit
16   17, it looks like someone who it is not disclosed who
17   was e-mailing Rodney Scott, who was your chief at the
18   time, correct?
19     A.   Yes.
20     Q.   And forwarding him or I guess -- I can't
21   tell for sure if they're going back and forth because
22   the froms and tos are blocked out with PII, but
```