# Exhibit B



**U.S. Department of Justice**

Civil Division, Federal Programs Branch

| *Via U.S. Mail:* | *Via Courier:* |
|---|---|
| P.O. Box 883 | 1100 L Street, NW |
| Washington, DC 20044 | Washington, DC 20005 |

Brian C. Rosen-Shaud   Tel: (202) 305-7667   brian.c.rosen-shaud@usdoj.gov
Trial Attorney   Fax: (202) 616-8470

October 6, 2022

<u>Via Electronic Mail</u>

James H. Percival
Chief Deputy Solicitor General, State of Florida
PL-01, The Capitol
Tallahassee, FL 32399

Re:   Document Produced in FOIA Case CBP-2022-003180

Dear Mr. Percival,

We refer to the letter from U.S. Customs and Border Protection (CBP) FOIA Division dated September 30, 2022, regarding the release of certain records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

CBP inadvertently released a privileged document in response to your request for records through FOIA, Case No. CBP-2022-003180.  The information in the document, Rodney Scott Draft Memo, CBP FOIA 0000328-29, is subject to protections afforded by the FOIA, including Exemption 5, 5 U.S.C. § 552(b)(5).  Inadvertent disclosure of such information by an agency does not waive the protection of those interests.

We request that you destroy any copies of the document and refrain from using or disclosing the contents of the document.  We further request that you write back to confirm you have received this message and whether you voluntarily agree to destroy the copy of the document.

Thank you for your cooperation.

Sincerely,

*/s/ Brian Rosen-Shaud*
Trial Attorney
(202) 305-7667

cc: Kuntal Cholera, Trial Attorney