UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                     Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER DENYING MOTION TO REOPEN DISCOVERY

This case is before the Court based on Plaintiff's motion to reopen discovery (Doc. 89) and Defendants' amended response in opposition (Doc. 93).  Upon due consideration of these filings, their attachments, and the entire case file, the Court finds no good cause to reopen discovery.  Accordingly, it is

**ORDERED** that Plaintiff's motion to reopen discovery is **DENIED**.

**DONE and ORDERED** this 21st day of October, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**