# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiff*,

v.                               Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA;
*et al.*,

    *Defendants*.

_____/

## FLORIDA'S NOTICE OF FILING EXHIBITS
## IN OPPOSITION TO SUMMARY JUDGMENT

    Florida gives notice of filing its exhibits in opposition to Defendants' motion for summary judgment. A list of the exhibits is below.

| | |
|---|---|
| **Exhibit 1** | U.S. Customs and Border Protection Custody and Transfer Statistics FY2020 |
| **Exhibit 2** | The Biden Plan for Securing Our Values as a National of Immigrants |
| **Exhibit 3** | July 1, 2022 Annual Report of Immigration and Customs Enforcement in *Flores v. Garland*, C.D. Cal., 2:85-cv-4544 |
| **Exhibit 4** | U.S. Border Patrol May 21, 2021 Email regarding "HOT TASKER – FMUA Daily Ave" |
| **Exhibit 5** | Press Release: CBP Releases August 2022 Monthly Operational Update |

| **Exhibit 6** | FY 2021 Budget in Brief, Department of Homeland Security |
|---|---|
| **Exhibit 7** | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2023 |
| **Exhibit 8** | Department of Homeland Security webpage reflecting March 26, 2022 date for Exhibit 7 |
| **Exhibit 9** | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2022 |
| **Exhibit 10** | U.S. Customs and Border Protection (CBP), Overview of the Southwest Border |
| **Exhibit 11** | Operation Horizon, Concept of Operations, November 2021 |
| **Exhibit 12** | Operation Horizon Phase 2, Concept of Operations, February 2022 |
| **Exhibit 13** | U.S. Border Patrol Processing Pathways |
| **Exhibit 14** | Department of Justice August 1, 2022 Email regarding "FL v. DHS – Follow Up" |
| **Exhibit 15** | U.S. Border Patrol February 16, 2021 Email regarding "ERO Changes" |
| **Exhibit 16** | U.S. Government Accountability Office September 2022 Report regarding Challenges and Efforts Implementing New Processes for Noncitizen Families |
| **Exhibit 17** | First Deposition of Department of Homeland Security's Rule 30(b)(6) designee Tony Barker, U.S. Border Patrol |
| **Exhibit 18** | Second Deposition of Department of Homeland Security's Rule 30(b)(6) designee Tony Barker, U.S. Border Patrol |

| | |
|---|---|
| **Exhibit 19** | Deposition of Department of Homeland Security's Rule 30(b)(6) designee Robert Guadian, U.S. Immigration and Customs Enforcement |
| **Exhibit 20** | Deposition of Raul Ortiz, Border Patrol Chief, U.S. Customs and Border Protection |
| **Exhibit 21** | Deposition of Corey Price, Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement |
| **Exhibit 22** | Operation Horizon ICE Training Video 1 |
| **Exhibit 23** | Operational Horizon ICE Training Video 2 |
| **Exhibit 24** | U.S. Customs and Border Protection Custody and Transfer Statistics FY2022 (updated with September 2022 data) |

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

Bilal Faruqui (FBN 15212)
SENIOR ASSISTANT ATTORNEY GENERAL

Joseph E. Hart (FBN 124720)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ James H. Percival*
Deputy Attorney General