# EXHIBIT 1

Exhibit 1 - 001



# Custody and Transfer Statistics FY2020

Fiscal Year 2020 runs from October 1, 2019 to September 30, 2020

Office of Field Operations - Dispositions and Transfers

## OFO Monthly Southwest Border Credible Fear Inadmissibles by Disposition

| Disposition | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Expedited Removal - Credible Fear (ERCF)[1] | 1,324 | 1,552 | 671 | 9 | 44 | 36 | 17 | 49 | 53 |
| Notice to Appear (NTA)[2,7] | 2,521 | 1,475 | 790 | 15 | 16 | 11 | 15 | 27 | 21 |
| Notice to Appear (NTA) - Person Released | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Notice to Appear (NTA) - Person Detained | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visa Waiver Program (VWP)-Removal - Limited Review[3] | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Visa Waiver Program (VWP)-Refusal - Limited Review[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stowaway - Limited Review[3] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Credible Fear Inadmissibles | 3,846 | 3,027 | 1,461 | 24 | 60 | 47 | 32 | 75 | 75 |

## Title 8 Inadmissibles

| Field Office | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| El Paso | 1,274 | 966 | 625 | 54 | 109 | 152 | 203 | 185 | 195 |
| Laredo | 2,716 | 2,414 | 1,447 | 203 | 407 | 362 | 424 | 484 | 592 |
| San Diego | 2,442 | 2,181 | 1,343 | 89 | 175 | 229 | 218 | 262 | 279 |
| Tucson | 947 | 1,045 | 584 | 58 | 104 | 112 | 53 | 87 | 99 |
| Total | 7,379 | 6,606 | 3,999 | 404 | 795 | 855 | 898 | 1,018 | 1,165 |

## OFO Monthly Southwest Border Credible Fear Inadmissibles by Program

| | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Migrant Protection Protocols (MPP)[4] - Initial returns | 397 | 253 | 246 | 3 | 0 | 0 | 0 | 1 | 0 |
| Asylum Cooperative Agreement (ACA)[5] Program - Expedited Removal - Credible Fear (ERCF) | 5 | 21 | 16 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACA - Notice to Appear (NTA) | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| Humanitarian Asylum Review Process (HARP)[6] Program -Expedited Removal - Credible Fear (ERCF) | 181 | 483 | 355 | 0 | 0 | 0 | 0 | 0 | 0 |
| HARP - Notice to Appear | 144 | 86 | 74 | 0 | 0 | 0 | 0 | 0 | 0 |

## OFO Monthly Southwest Border Credible Fear by Transfer Destination

| Destination | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Federal/State/Local Facility | 131 | 173 | 59 | 6 | 9 | 7 | 11 | 11 | 18 |
| ICE/ERO | 1,877 | 1,408 | 472 | 15 | 45 | 39 | 11 | 58 | 49 |
| ICE/HSI | 6 | 0 | 4 | 1 | 0 | 0 | 0 | 1 | 0 |
| OFO | 28 | 14 | 5 | 0 | 0 | 0 | 0 | 0 | 0 |
| Return to Foreign | 400 | 269 | 264 | 0 | 0 | 0 | 0 | 1 | 0 |
| USBP | 653 | 800 | 507 | 0 | 0 | 0 | 0 | 0 | 3 |
| Total | 3,095 | 2,664 | 1,311 | 22 | 54 | 46 | 22 | 71 | 70 |

[1]Includes subjects who claimed credible fear in Office of Field Operations (OFO) custody at a port of entry. OFO refers all such claims to USCIS. Credible fear may be claimed at any time prior to removal.

[2]Office of Field Operations has the discretion to process arriving aliens for expedited removal or notice to appear in removal proceedings or other disposition. In the event of NTA disposition, applicants for admission have up to one year to seek asylum and while proceeding before the immigration judge.

[3]The term "limited review" refers to the process of an immigration judge considering prior administrative adjudicated claims of US citizenship, Lawful Permanent Residence, Asylum or Refugee status. The immigration judge considers only the claim to such benefit and not the underlying inadmissibility or removal ground that may apply in the alien's case.

[4]Migrant Protection Protocols (MPP) - An exercise of the Department of Homeland Security's (DHS) express statutory authority under the Immigration and Nationality Act (INA) to return certain applicants for admission, or those who enter illegally between the ports of entry, who are subject

Exhibit 1 - 003

to removal proceedings under INA Section 240 Removal Proceedings to Mexico pending removal proceedings. Aliens processed for MPP are released from detained immigration docket while awaiting their removal proceedings and like all alien asylum seekers have up to one year after initiation of removal proceedings to claim fear and file form I589 to have their claims heard by an Asylum Officer or Immigration Judge.

[5]Asylum Cooperative Agreement (ACA) - CBP, in coordination with ICE Enforcement Removal Operations (ERO), and USCIS, have executed ACAs to facilitate the transfer of aliens to a third country where they will have access to full and fair procedures for determining their protection claims, based on the ACAs. Currently, Guatemala is the only ACA participant.

[6]Humanitarian Asylum Review Process (HARP) - Developed by Customs and Border Protection (CBP), in coordination with ICE, USCIS, and EOIR to promptly address credible fear claims of amenable Mexican nationals.

[7]Initial disposition of Expedited Removal is converted to a Notice to Appear in full removal proceedings after a preliminary finding by Asylum Officer, Supervisor or Immigration Judge of credible fear; Custody status is most likely released on recognizance or "Order of Recognizance" pending discretion of an asylum grant. Legal status while out of custody is parole until asylum is granted. Continued detention of a migrant who has more likely than not demonstrated credible fear is not in the interest of resource allocation or justice.

Office of Field Operations - In Custody

## Field Operations - Southwest Border In Custody[1]

| Detention Capacity | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|
| 1005 | 44 (4.40%)[2] | 43 (4.32%)[2] | 51 (5.04%)[2] | 49 (4.88%) |

[1]Represents an estimate of each cell's code occupancy limit, as outlined in technical design standards when constructed, multiplied by the total number of cells for all ports of entry within each field office. This number does not account for the unique circumstances that may limit the occupancy of a given cell (e.g., high risk, nursing/pregnant, transgender, unaccompanied minor, etc.) nor does it reflect operational limitations that affect a port's capacity to detain. CBP's capacity to detain individuals in its short-term facilities depends on many factors, including: demographics of the individual in custody; medical or other needs of individuals in custody; ability of ICE ERO (or, if an unaccompanied alien children, the U.S. Department of Health and Human Services) to transfer individuals out of CBP custody; and OFO's available resources to safely process and hold individuals.

[2]Represents the average number of travelers in custody on a daily basis averaged over the 30 day period, at all Southwest Border Field Office locations. Travelers include inadmissible aliens, lawful permanent residents, asylees, refugees, and United States Citizens who are being detained to verify wants, warrants, criminal, administrative or other judicial process.

Office of Field Operations - Title 8, 19 and 42

## OFO Southwest Border T8, T19, T42 (T19 and T42 since 3/21/2020)

Exhibit 1 - 004

| Category | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Title 8 | 7,379 | 6,606 | 3,999 | 404 | 795 | 855 | 898 | 1,018 | 1,165 |
| Title 19 | 0 | 0 | 1,091 | 4,181 | 5,971 | 8,223 | 7,915 | 7,730 | 6,990 |
| Title 42 | 0 | 0 | 3,810 | 519 | 851 | 1,358 | 1,495 | 1,711 | 1,745 |

## OFO Southwest Border T8, T19, T42 (T19 and T42 since 3/27/2020)

| Category | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Title 8 | 7,379 | 6,606 | 3,999 | 404 | 795 | 855 | 898 | 1,018 | 1,165 |
| Title 19 | 0 | 0 | 1,076 | 4,181 | 5,971 | 8,223 | 7,915 | 7,730 | 6,990 |
| Title 42 | 0 | 0 | 69 | 519 | 851 | 1,358 | 1,495 | 1,711 | 1,745 |

U.S. Border Patrol - Dispositions and Transfers

## USBP Monthly Southwest Border Apprehensions by Processing Disposition

*The processing disposition decision related to each apprehension is made on a case-by-case basis. The processing dispositions below are representative of the time data was aggregated. As dispositions are subject to change throughout the immigration process, the data does not necessarily reflect final dispositions or removals.*

| Processing Disposition | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Expedited Removal (ER) | 10,858 | 11,931 | 7,771 | 334 | 389 | 667 | 737 | 845 | 1,157 |
| PACR, HARP, ACA[1] | 1,391 | 1,261 | 862 | | | | | | |
| Notice To Appear/Order of Recognizance- Released | 76 | 91 | 84 | 2 | 1 | 14 | 7 | 10 | 23 |
| Reinstatement of Prior Removal | 8,886 | 9,258 | 6,683 | 320 | 535 | 711 | 775 | 1,136 | 1,332 |
| Voluntary Return | 1,336 | 1,331 | 2,476 | 79 | 139 | 162 | 170 | 181 | 161 |
| Warrant/Notice To Appear (NTA) - Detained | 3,648 | 3,552 | 2,953 | 187 | 223 | 259 | 479 | 866 | 1,775 |
| MPP[1] | 2,612 | 2,255 | 2,163 | 218 | 184 | 250 | 448 | 949 | 1,312 |
| Other[2] | 398 | 398 | 316 | 39 | 78 | 303 | 544 | 554 | 684 |
| Total Title 8 Apprehensions | 29,205 | 30,077 | 23,308 | 1,179 | 1,549 | 2,366 | 3,160 | 4,541 | 6,444 |

[1]*Subjects enrolled in multiple programs are only counted once based on the following order: PACR, ACA, HARP, MPP*

[2]*Processing dispositions may include subjects that do not yet have a final disposition at the time the data was collected or subjects processed under the visa waiver program, turned over to, paroled, etc.*

Exhibit 1 - 005

# USBP Monthly Southwest Border Apprehensions by Transfer Destination

*Following processing, U.S. Border Patrol arranges transfer of individuals to the appropriate entity based on disposition and other factors such as criminal charges. The transfer destinations below are representative of the time data was aggregated. The data does not reflect subsequent transfer destinations after subjects leave Border Patrol custody and are subject to change if an individual returns to U.S. Border Patrol custody during the same event.*

| Transfer Destination | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Humanitarian Release | 79 | 92 | 85 | 2 | 1 | 16 | 7 | 11 | 19 |
| Federal[1] | 9,509 | 9,929 | 7,265 | 669 | 804 | 1,161 | 1,451 | 2,035 | 3,399 |
| Federal - Northern Triangle Repatriation Flights | 3,029 | 3,453 | 1,939 | 11 | 7 | 6 | 5 | 9 | 14 |
| Federal - Mexican Repatriation Flights | 672 | 1,431 | 578 | 6 | 34 | 285 | 429 | 463 | 489 |
| Port of Entry (Non-MPP) | 11,205 | 10,681 | 9,502 | 219 | 386 | 461 | 580 | 796 | 952 |
| Port of Entry (MPP) | 2,617 | 2,267 | 2,354 | 218 | 184 | 248 | 450 | 948 | 1,312 |
| State and Local Law Enforcement Agencies | 1,803 | 2,022 | 1,425 | 32 | 106 | 116 | 126 | 152 | 151 |
| Other[2] | 293 | 201 | 168 | 22 | 29 | 73 | 111 | 126 | 132 |
| Total Title 8 Transfers | 29,207 | 30,076 | 23,316 | 1,179 | 1,551 | 2,366 | 3,159 | 4,540 | 6,468 |

[1]*Manifested as turned over to other Federal agencies, to include Immigration and Customs Enforcement, Health and Human Services, U.S. Marshals, etc.*

[2]*Includes subjects that have not been transferred out of USBP custody at the time the data was collected or subjects manifested as transferred to hospital, paroled, etc.*

U.S. Border Patrol - In Custody

# USBP Average Daily Subjects In Custody by Southwest Border Sector

*U.S. Border Patrol facilities, such as stations and central processing centers, provide short-term holding capacity for the processing and transfer of individuals encountered by agents. Maximum facility capacity along the Southwest border is approximately 11,200, which assumes a homogenous population and full operating status at all facilities. Actual capacity fluctuates constantly based on characteristics of in-custody population, to include demographics, gender, criminality, etc.*

| Sector | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|
| Big Bend | 16 | 15 | 14 | 6 | 4 | 7 | 6 | 9 | 10 |
| Del Rio | 131 | 134 | 180 | 18 | 15 | 22 | 82 | 40 | 233 |
| El Centro | 71 | 109 | 54 | 8 | 15 | 27 | 29 | 36 | 33 |

Exhibit 1 - 006

| Sector | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| El Paso | 488 | 445 | 335 | 28 | 6 | 36 | 56 | 69 | 93 |
| Laredo | 244 | 310 | 231 | 9 | 17 | 48 | 61 | 84 | 113 |
| Rio Grande | 794 | 811 | 750 | 33 | 63 | 105 | 84 | 116 | 136 |
| San Diego | 283 | 418 | 329 | 7 | 14 | 57 | 50 | 56 | 70 |
| Tucson | 210 | 293 | 123 | 10 | 10 | 22 | 32 | 47 | 56 |
| Yuma | 73 | 277 | 161 | 5 | 7 | 6 | 6 | 7 | 9 |
| Total | 2,310 | 2,811 | 2,177 | 124 | 150 | 329 | 406 | 464 | 753 |

Pathways and Programs Definitions

## Migrant Protection Protocols (MPP)

The Migrant Protection Protocols (MPP) is an exercise of the Department of Homeland Security's express statutory authority under the Immigration and Nationality Act (INA) to return certain applicants for admission, or those who enter illegally between the ports of entry, who are subject to removal proceedings under INA Section 240 Removal Proceedings to Mexico pending removal proceedings.

## Prompt Asylum Claim Review (PACR)

The Prompt Asylum Claim Review (PACR) pathway was developed by U.S. Border Patrol (USBP), in coordination with U.S. Immigration and Customs Enforcement (ICE), U.S. Citizenship and Immigration Services (USCIS), and the Executive Office for Immigration Review (EOIR) to promptly address credible fear claims of amenable individuals.

## Asylum Cooperative Agreement (ACA)

U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO), and U.S. Citizenship and Immigration Services (USCIS), have executed Asylum Cooperative Agreements (ACAs) to facilitate the transfer of aliens to a third country where they will have access to full and fair procedures for determining their protection claims, based on the ACAs.

## Humanitarian Asylum Review Process (HARP)

The Humanitarian Asylum Review Process (HARP), was developed by U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE), U.S. Citizenship and Immigration Services (USCIS), and the Executive Office for Immigration Review (EOIR) to promptly address credible fear claims of amenable Mexican nationals.

## Electronic Nationality Verification

Under the Electronic Nationality Verification (ENV) program U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), remove eligible aliens with a final order of removal to their native countries.

Exhibit 1 - 007

## Interior Repatriation Initiative (IRI)

Under the Interior Repatriation Initiative (IRI), U.S. Customs and Border Protection (CBP), in coordination with U.S. Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO) and the Mexican Ministry of the Interior, remove eligible aliens from Mexico to the interior of Mexico.

Tags:
Statistics

---

**Source URL:** *https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics-fy-2020*