# EXHIBIT 4

Exhibit 4 - 001

**Message**

**From:** BARKER, TONY L [PII]
**Sent:** 5/21/2021 2:34:35 PM
**To:** [PII]
**CC:**
**Subject:** RE: HOT TASKER - FMUA Daily Ave

Good here.

Tony L. Barker
Deputy Chief – Operations
Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC

[PII]

**From:** [PII]
**Sent:** Friday, May 21, 2021 10:33 AM
**To:** [PII]; BARKER, TONY L
**Cc:** [PII]
**Subject:** RE: HOT TASKER - FMUA Daily Ave

Since we didn't have time for a pre-call before we do this 11, I'll propose a few things I think we need to cover here:

1. [Deliberative Process Privilege]
2. [Deliberative Process Privilege]
3. [Deliberative Process Privilege]

**From:** [PII]
**Sent:** Friday, May 21, 2021 10:23 AM
**To:** BARKER, TONY L [PII]
**Cc:** [PII]
**Subject:** RE: HOT TASKER - FMUA Daily Ave

The fact that RGV is only able to refer 100 families a day is absurd.  We should start with that.

**From:** BARKER, TONY L [PII]
**Sent:** Friday, May 21, 2021 10:22 AM
[PII]
**Subject:** Re: HOT TASKER - FMUA Daily Ave

We have the data for every SWB sector. It was in the attachment.

Exhibit 4 - 002

USA 002081

Tony L. Barker
Deputy Chief – Operations
Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC

**PII**

Sent from my iPhone

On May 21, 2021, at 10:17 AM, PII wrote:

It looks like they are not tracking declinations, or in any case not easily able to pull them. Is there a sector that makes sense to walk through on this call where you could pull up and share this data?

**From:** BARKER, TONY L < PII >
**Sent:** Friday, May 21, 2021 10:12 AM
**To:** PII
**Cc:** PII
**Subject:** RE: HOT TASKER - FMUA Daily Ave

(THE LAST SECTOR DATA) Here's the info LRT was able to pull on this:

- How many FMUs were referred to ICE - 10,353 FMU subjects from RGV have been processed at the LRT CPU. All subjects were either referred or NTA/OR'd without referral due to space and time constraints.
- How many did ICE accept - 3,172 subjects for all of LRT were accepted by ICE / ERO for space.
- How many did ICE decline – Declines from ICE account for approximately 20% of our requests, however our requests have dropped due to the time involved in ICE's response of late.
- 
  **Law Enforcement Privilege**

- If your sector has not been referring, why not? I need the ground truth here….whatever that is.
    - The LRT-CPU is now requesting space for all subjects; however space and time constraints still result in the vast majority being NTA / ORd.

Exhibit 4 - 003

USA 002082

Tony L. Barker
Deputy Chief – Operations
Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC

[PII]

[PII]

**Sent:** Friday, May 21, 2021 10:08 AM
**To:** BARKER, TONY L [PII]
[PII]
**Subject:** RE: HOT TASKER - FMUA Daily Ave

Do we have the stats on the referrals to ICE, how long it takes them to respond, and the percent of our referrals that they deny?

**From:** BARKER, TONY L [PII]
**Sent:** Friday, May 21, 2021 9:27 AM
[PII]
**Subject:** RE: HOT TASKER - FMUA Daily Ave

NTA and PD.

Tony L. Barker
Deputy Chief – Operations
Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC

[PII]

[PII]
**Sent:** Friday, May 21, 2021 9:25 AM
**To:** BARKER, TONY L [PII]
[PII]
**Subject:** RE: HOT TASKER - FMUA Daily Ave

Is that the number we are currently releasing on NTA?

**From:** BARKER, TONY L [PII]
**Sent:** Friday, May 21, 2021 9:15 AM
[PII]
**Subject:** FW: HOT TASKER - FMUA Daily Ave

This is the flow that ICE will have to accept daily if we do 100% referral.

Tony L. Barker
Deputy Chief – Operations

Exhibit 4 - 004

USA 002083

Law Enforcement Operations Directorate
USBP Headquarters, Washington, DC

[PII]

**From:** [PII]
**Sent:** Friday, May 21, 2021 9:11 AM
**To:** BARKER, TONY L [PII]
[PII]
**Subject:** RE: HOT TASKER - FMUA Daily Ave

Here is what I see, sorry for format.

7 Day
5/14 to 5/20

| Sector | 7 Day Average |
|---|---|
| Rio Grande Valley Sector | 655 |
| Del Rio Sector | 185 |
| El Paso Sector | 69 |
| Tucson Sector | 29 |
| San Diego Sector | 38 |
| Yuma Sector | 198 |
| Laredo Sector | 13 |
| El Centro Sector | 37 |
| Big Bend Sector | 4 |

21 Day
4/30 to 05/20

| Sector | 21 Day Average |
|---|---|
| Rio Grande Valley Sector | 668 |
| Yuma Sector | 214 |
| Del Rio Sector | 169 |
| El Paso Sector | 66 |
| San Diego Sector | 60 |
| El Centro Sector | 43 |
| Tucson Sector | 31 |
| Laredo Sector | 12 |
| Big Bend Sector | 4 |

[PII]
Assistant Chief
Statistics and Data Integrity
Enforcement Systems Division
[PII]

<image001.png>

Exhibit 4 - 005

USA 002084

**Law Enforcement Privilege**

Exhibit 4 - 006

USA 002085