# EXHIBIT 5

Exhibit 5 - 001

 An official website of the United States government
  Here's how you know

U.S. Customs and Border Protection

MENU

Home » Newsroom » National Media Release »
CBP Releases August 2022 Monthly Operational Update

**Newsroom**

- Accountability and Transparency
- Legal Notices
- Advisories
- Media Releases
- Photo Gallery
- Video Gallery
- Press Officers
- Publications
- Social Media Directory
- Speeches/Statements
- Spotlights
- Stats and Summaries
- COVID-19

Newsroom

# CBP Releases August 2022 Monthly Operational Update

**Release Date:** Mon, 09/19/2022 - 12:00

**WASHINGTON** — U.S. Customs and Border Protection (CBP) today released operational statistics for August 2022, which can be viewed online **here**.



"Failing communist regimes in Venezuela, Nicaragua, and Cuba are driving a new wave of migration across the Western Hemisphere, including the recent increase in encounters at the southwest U.S. border," said CBP Commissioner Chris Magnus. "Our dedicated teams of skilled agents continue to work around the clock to secure our border and safely and humanely process and vet every individual encountered, but those fleeing repressive regimes pose significant challenges for processing and removal. At the same time, the number of migrants entering from Mexico and northern Central America has decreased for the third consecutive month, as the Biden-Harris Administration works with our partners in the region to address the root causes of migration, facilitate repatriation, and take thousands of smugglers off the streets. More individuals encountered at the border without a legal basis to remain will be expelled or removed this year than any prior year."

*CBP Southwest Border Enforcement Numbers for August 2022*

The large number of individuals fleeing failing communist regimes in Venezuela, Nicaragua, and Cuba is contributing to an increased number of migrants attempting to cross the border.

- The number of unique individuals encountered nationwide in August 2022 was **157,921**, a **2.2** percent **increase** in the number of unique enforcement encounters compared to the prior month, driven largely by an increased

  number of asylum seekers fleeing authoritarian regimes in Venezuela, Cuba, and Nicaragua
    - Of the total unique encounters, 55,333 were from Venezuela, Cuba, or Nicaragua, which represents 35% of unique encounters for August, a 175% increase over a year ago.
    - Individuals from Mexico and northern Central America were down for the third month in a row and accounted for just 36% of unique encounters, marking a decline of 43% in unique encounters from those countries compared to August 2021.

*Unique SW Border Encounters by Select Citizenship*

**Unique SW Border Encounters by Select Citizenships**

|  | **Venezuela/ Cuba/Nicaragua** | **Mexico/ N. Central America** |
|---|---|---|
| **Aug 2022** | 55,333 | 56,979 |
| **% Unique Encounters** | 35% | 36% |
| **% Change from Aug. 2021** | 175% | -43% |

Source: OIS analysis of CBP data.

Note: Unique encounters include persons not previously encountered in the prior 12 months

The large number of expulsions during the pandemic has contributed to a higher-than-usual number of migrants making multiple border crossing attempts, which means that total encounters somewhat overstate the number of unique individuals arriving at the border.

In total, there were **203,598** encounters along the southwest land border in August, a **1.7** percent increase compared to July. Of those, **22** percent involved individuals who had at least one prior encounter in the previous 12 months.

- More than two-thirds (**69** percent) of all southwest land border encounters were single adults, with 140,210 encounters in August, a **4.2** percent increase compared to July.

- **73,153** encounters, **36** percent of the total, were processed for expulsion under Title 42 at the southwest land border. **130,445** encounters were processed under Title 8 at the southwest land border.
    - **66,815** encounters involving single adults (**48** percent of all single adult encounters) were processed for expulsion under Title 42, with **73,396** processed under Title 8.
    - ==**6,116** encounters involving family unit individuals (**12** percent of all family unit individuals) were processed for expulsion under Title 42, with **45,609** processed under Title 8.==

Unaccompanied Children

- Encounters of unaccompanied children decreased **14** percent, with **11,365** encounters in August compared with **13,278** in July. In August, the average number of unaccompanied children in CBP custody was **422** per day, compared with an average of **562** per day in July.

Exhibit 5 - 004

Family Unit individuals

- Encounters of family unit individuals decreased by **one** percent from **52,078** in July to **51,725** in August —which is **40** percent decrease from the peak of **86,631** in August 2021.

CBP Nationwide Total Encounters for FY22TD through August stand at 2,493,723. For the Southwest Border alone, that number stands at 2,150,639.

- For this fiscal year to date, repatriations and expulsions total 1,300,467, which means we have expelled or repatriated a larger number than are still in proceedings.

- **More individuals encountered at the border will be removed or expelled this year than any previous year.**

*Ongoing Migration Management Efforts*

CBP continues to enforce U.S. immigration law and apply consequences to those without a legal basis to remain in the U.S. Current restrictions at the U.S. border have not changed; single adults and families encountered at the southwest border will continue to be expelled, where appropriate, under CDC's Title 42 Order.  Those who are not expelled will be processed under long-standing Title 8 authorities and placed into removal proceedings.

Under Title 8, those who attempt to enter the United States without authorization, and who are unable to establish a legal basis to remain in the United States (such as a valid asylum claim), will be quickly removed.  Individuals who have been removed under Title 8 are also subject to additional long-term consequences beyond removal from the United States, including bars to future immigration benefits.

DHS has been executing a comprehensive and deliberate strategy to secure our borders and build a safe, orderly, and humane immigration system. The strategy is based on six pillars: surging resources; increasing efficiency to reduce strain on the border; employing an aggressive consequence regime; bolstering the capacity of NGOs and partner with state and local partners; going after cartels and smugglers;

and working with our regional partners. This comprehensive plan leverages a whole-of-government approach to prepare for and manage the current and anticipated increases in encounters of noncitizens at our southwest border. Read more **here**.

*International Travel and Trade*

One of CBP's core mission objectives is to enhance the nation's economic prosperity, including through the facilitation of lawful trade and travel. CBP continues to protect America's national and economic security by facilitating legitimate trade while rigorously enforcing U.S. customs laws and regulations.

Exhibit 5 - 005

| Count | August 2020 | August 2021 | % change from August 2020 to August 2021 | August 2022 | % August 2022 Change from August 2020 | % August 2022 Change from August 2021 |
|---|---|---|---|---|---|---|
| Air | 1,451,640 | 6,622,920 | 356% | 11,317,761 | 680% | 71% |
| Passenger Vehicles | 4,126,822 | 5,533,546 | 34% | 8,027,138 | 95% | 45% |
| Pedestrians | 1,767,263 | 2,468,425 | 40% | 3,477,686 | 97% | 41% |
| Commercial Trucks | 1,020,635 | 1,081,653 | 6% | 1,132,462 | 11% | 5% |

Since travel restrictions were eased on November 8, CBP has processed increased numbers of arriving travelers without any significant delays. The new rules allow travelers who are non-U.S. persons to seek to enter the United States for non-essential travel via land ports of entry and ferry terminals, provided they are fully vaccinated and have appropriate documentation. The updated guidelines also allow most non-immigrants (non-U.S. citizens and **other covered persons**) who are fully vaccinated to travel by air to the United States, regardless of the reason for travel.

CBP will continue to track traveler numbers and wait times over the next few months and continue to adjust as needed to make the travel experience more efficient. In the meantime, travelers can plan by doing the following:

- Have a valid **Western Hemisphere Travel Initiative** document, such as a passport, Trusted Traveler Program card, or Enhanced Tribal Card.

- Possess proof of an approved COVID-19 vaccination as outlined on the **CDC** website.

- Verbally attest to their travel intent and COVID-19 vaccination status.

- Be prepared to present any documents requested by the CBP officer.

*Trade Stats/Seizures – Protecting the American Consumer*

CBP works diligently with the trade community and port operators to ensure merchandise is cleared as efficiently as possible. CBP works with the trade community to strengthen international supply chains and improve border security. There are several programs by which CBP works with importers, carriers, consolidators, licensed customs brokers, and manufacturers to advance

Exhibit 5 - 006

information about the shipments and expedite the inspection process at the ports of entry. CBP is available to conduct exams and is ready and willing to expand hours of operations if necessary to meet the growing demand for imported goods.

In August 2022 alone, CBP processed more than **3 million** entry summaries valued at more than **$294 billion**, identifying estimated duties of nearly **$9.4 billion** to be collected by the U.S. government. In August, trade via the ocean environment accounted for more than **46** percent of the total import value, followed by air, truck, and rail.

Intellectual property rights violations continue to put America's innovation economy at risk. Trade in **counterfeit and pirated goods** threaten the competitiveness of U.S. businesses, the livelihoods of American workers, and the health and safety of consumers.

In August 2022, CBP seized nearly **2,099** shipments that contained counterfeit goods valued at more than **$159 million**.

In August 2022, CBP targeted 838 entries valued at more than $266.5 million for suspected use of forced labor in the production of imported goods, including goods subject to the Uyghur Forced Labor Prevention Act and Withhold Release Orders.

### Drug Seizures

CBP officers, Border Patrol agents, and Air and Marine Operations agents continue to interdict the flow of illicit narcotics across the border. Nationwide, drug seizures (Cocaine, Methamphetamine, Heroin, Fentanyl, and Marijuana) by weight were up 1.4 percent in August compared to July. Seizures were as follows:

- Cocaine seizures **increased 193 percent**
- Methamphetamine **decreased 44 percent**
- Heroin seizures **decreased 10 percent**
- Fentanyl seizures **increased 6 percent**

Additional CBP drug seizure statistics can be found **here**.

### Agriculture Stats/Seizures – Securing American Agriculture

In August 2022, CBP agriculture specialists helped protect America's agriculture, natural resources, and economic prosperity.

- CBP issued **6,964** emergency action notifications for restricted and prohibited plant and animal products entering the United States.
- CBP conducted **100,244** positive passenger inspections and issued **791** civil penalties and/or violations to the traveling public for failing to declare prohibited agriculture items.

Exhibit 5 - 007

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the comprehensive management, control, and protection of our nation's borders, combining customs, immigration, border security, and agricultural protection at and between official ports of entry.*

**Tags:** Agriculture, Air and Marine Operations, Biometrics, Border Security, Forced Labor, Office of Field Operations, Statistics, Trade, Trade Enforcement, U.S. Border Patrol

**Last Modified:** September 21, 2022

Click 'Share This Page' button to display social media links.

Share This Page.

**CBP Public Affairs**
**Contact Information for Media:**

Phone: (202) 344-1780
Email: **CBPMEDIARELATIONS@cbp.dhs.gov**
All Other Inquiries: (202) 325-8000

Return to top

**Travel    Trade    Border Security    Newsroom    About CBP    Careers**

**Employee Resources**



**Contact CBP**



**CBP.gov**
**An official website of the U.S. Department of**

An official website of the U.S. Department of Homeland Security

Accessibility

Accountability

DHS Components

FOIA

Forms

Inspector General

No FEAR Act

Privacy

Site Policies

The White House

USA.gov

# National Terrorism Advisory System

**Exhibit 5 - 009**