# EXHIBIT 6

Exhibit 6 - 001



# FY 2021
# Budget in Brief



Homeland
Security

Exhibit 6 - 002

Exhibit 6 - 003

# Budget-in-Brief
## Fiscal Year 2021



# Homeland Security
## www.dhs.gov

Exhibit 6 - 004

Exhibit 6 - 005

# Message from the Acting Secretary

The President's Fiscal Year (FY) 2021 Budget of $49.8 billion for the Department of Homeland Security (DHS) reflects our commitment to protect the homeland at our borders, in cyberspace, and beyond. The men and women of this Department are charged with protecting our country, our people, and our way of life by facilitating trade, travel, transportation, personal freedoms, and economic prosperity. Homeland security is the most essential service a government can provide.

The FY 2021 Budget provides funding to sustain and strengthen our most critical programs and capabilities in each of our mission areas. The planned resources place emphasis on border security, enforcing and administering our immigration laws, preventing terrorism and enhancing security, and increasing our Nation's cybersecurity defenses. These resources will help us defend the country against a range of natural disasters and man-made threats, as well as implement a policy of relentless resilience, thereby ensuring DHS can focus on today's threats while also preparing for the future.

Sincerely,

Chad F. Wolf
Acting Secretary

Exhibit 6 - 006

Exhibit 6 - 007

# Table of Contents

**Overview** ........................................................................................................................... **1**

   Funding Priorities ........................................................................................................ 2

**Summary Information by DHS Organization** ............................................................. **9**

   Departmental Management Operations .................................................................... 11

   Analysis and Operations ............................................................................................ 16

   Office of Inspector General ........................................................................................ 20

   U.S. Customs and Border Protection ........................................................................ 22

   U.S. Immigration and Customs Enforcement .......................................................... 28

   Transportation Security Administration .................................................................. 34

   U.S. Coast Guard ....................................................................................................... 39

   United States Secret Service ...................................................................................... 46

   Cybersecurity and Infrastructure Security Agency ................................................. 49

   Federal Emergency Management Agency ................................................................. 55

   U.S. Citizenship and Immigration Services ............................................................. 62

   Federal Law Enforcement Training Centers ............................................................ 67

   Science and Technology Directorate ......................................................................... 71

   Countering Weapons of Mass Destruction Office .................................................... 76

**DHS Resource Table** ......................................................................................................... **81**

Exhibit 6 - 008

Exhibit 6 - 009

# Fiscal Year 2021
# Overview

| Organization | FY 2019 Enacted | FY 2020 Enacted | FY 2021 President's Budget | FY 2020 to FY 2021 Total Changes | FY 2021 +/- FY 2020 % |
|---|---|---|---|---|---|
| **Total Budget Authority** | **$81,045,464** | **$88,407,203** | **$75,884,021** | **($12,523,182)** | **(14.2%)** |
| Less: Mandatory, Fee, and Trust Funds | $14,367,244 | $14,635,875 | $15,148,669 | $512,794 | 3.5% |
| **Gross Discretionary Budget Authority** | **$66,678,220** | **$73,771,328** | **$60,735,352** | **($13,035,976)** | **(17.7%)** |
| Less: Overseas Contingency Operations (OCO) | $165,000 | $190,000 | - | ($190,000) | (100.0%) |
| Less: Discretionary Offsetting Fees | $4,799,909 | $5,009,539 | $5,889,726 | $880,187 | 17.6% |
| Less: FEMA Disaster Relief - Major Disasters | $12,000,000 | $17,352,112 | $5,059,949 | ($12,292,163) | (70.8%) |
| **Net Discretionary Budget Authority** | **$49,713,311** | **$51,219,677** | **$49,785,677** | **($1,434,000)** | **(2.8%)** |
| Less: USCIS - CHIMP Funding | $4,000 | $4,000 | $4,000 | - | - |
| Less: Rescissions to Prior Years Balances | $303,311 | $753,677 | $70,000 | ($683,677) | (90.7%) |
| **Adjusted Net Discretionary Budget Authority** | **$49,406,000** | **$50,462,000** | **$49,711,677** | **($750,323)** | **(1.5%)** |

# Fiscal Year 2021 President's Budget
# U.S. Department of Homeland Security

The Department of Homeland Security's (DHS) mission is to ensure a homeland that is safe, secure, and resilient against terrorism and other hazards. DHS has an expansive mission set: preventing terrorism and enhancing security; securing our borders; enforcing immigration laws; securing cyberspace; and ensuring disaster response and resilience. The men and women of this Department support key Presidential priorities, while protecting our country, our people, and our way of life.

This year's budget comes at a particularly important time. The Department is witnessing historic changes across the entire threat landscape and must remain vigilant to defend against and to combat these dangers in a manner that does not hamper lawful commerce, transportation, economic development, or personal freedoms. Our enemies and adversaries include a spider web of terrorist groups, emboldened transnational criminals, resurgent and hostile nation states, and more. The Department must continue to adapt in order to protect America and respond to rapidly evolving dangers – in the homeland, at our borders, in cyberspace, and beyond. Our Fiscal Year (FY) 2021 Budget is an important step in the right direction, ensuring our men and women have the resources required to achieve our mission.

Exhibit 6 - 010

# FUNDING PRIORITIES

The FY 2021 President's Budget for DHS provides $49.8 billion in net discretionary funding. An additional $5.1 billion for the Disaster Relief Fund (DRF) is requested for response and recovery to major disasters. The FY 2021 President's Budget strengthens the security of our Nation through border security, immigration enforcement, and cybersecurity, as well as ensures resilience to disasters.

## <u>Securing Our Borders</u>

Border security *is* national security. Millions of travelers and thousands of pounds of goods are processed through our Ports of Entry (POEs) every day. Facilitating the flow of people and goods supports our economy and upholds our freedoms. Securing our Nation's land borders is necessary to stem the tide of illicit goods and unwanted criminals across the sovereign physical border of the Nation. To stop criminals and terrorists from threatening our homeland, we must invest in personnel, infrastructure, and technology.

The FY 2021 President's Budget enhances border security through investment in U.S. Customs and Border Protection (CBP) staffing, infrastructure, and technology. Funding is provided for the following priorities:

- Nearly $2.0 billion for construction of approximately 82 miles of new border wall system. Funding supports real estate and environmental planning, land acquisition, wall system design, construction, and construction oversight. Border wall system impedes illicit cross-border activity by providing law enforcement with an increased response time and greater opportunity for successful law enforcement resolution.

- $161.2 million to support the hiring, training, and equipping of 750 additional Border Patrol Agents (BPAs) and 126 necessary support personnel, which promotes mission readiness and continues CBP's hiring plan to add 5,000 BPAs.

- $20.0 million to hire 300 Border Patrol Processing Coordinators, whose duties include receiving and in-processing detainees at USBP facilities, conducting and documenting personal property inventories, performing welfare checks, transporting detainees with BPA escort, coordinating logistical and additional travel requirements, and various administrative duties, such as processing notes and completing paper/electronic file transfers.

- $28.0 million to construct 30 additional Autonomous Surveillance Towers. Through previously enacted funding and the FY 2021 resources, CBP intends to deploy a total of 200 Innovative Towers, which enable the use of "Off the shelf" autonomous border surveillance capabilities in areas where terrain, land ownership, and an adaptive threat is present.

Exhibit 6 - 011

## Enforcing Our Immigration Laws

DHS is committed to enforcing immigration laws in the interior of our country. Our priority is to identify, detain, and remove criminal aliens from the United States who pose a threat to public safety, as well as to target employers who knowingly break the law.

The FY 2021 President's Budget ensures U.S. Immigration and Customs Enforcement (ICE) has the resources required to execute their mission as required by law, which includes:

- $3.1 billion for a total of 60,000 detention beds, of which 5,000 beds are for family units. This ensures apprehended aliens subject to removal from the United States are detained in safe and secure facilities pending their removal.

- $543.6 million to support law enforcement hiring and workload growth consistent with hiring necessary to meet ICE's mission. This amount supports 4,636 positions—for a total of 6,000 since FY 2018—including an additional 2,844 law enforcement officers (LEOs) and 1,792 support personnel to support enhanced enforcement efforts. Included within the 1,792 support personnel are an additional 293 attorneys and 81 legal support staff to support the increased workload associated with immigration team judge hiring and courtroom expansions necessary to address the immigration court backlog as well as current cases that originate in the interior or from the border.

- $603.5 million for transportation and removal costs. Funding will be used for air charter flights, commercial flights, and ground transportation contracts needed to perform necessary removals and the costs associated with engagement with foreign governments for increased and expedited travel document issuance capabilities.

- $126.0 million for the Migrant Protection Protocol, of which approximately $111.0 million will support reoccurring operations at the Immigration Hearing Facilities (IHF) and $15.0 million will fund the transportation of migrants from the points of entry to IHF or other designated locations.

- $353.9 million for ICE's Alternatives to Detention (ATD) Program, to monitor 120,000 participants on average. ATD enables ICE to supervise individuals who are moving through immigration proceedings without detaining them. ATD supervises participants through a combination of home visits, office visits, alert response, court tracking, and/or technology.

## Securing Cyberspace and Critical Infrastructure

DHS is focused on stepping up our digital defense as cybersecurity threats grow in scope and severity. To assess evolving cybersecurity risks, protect Federal Government information systems, and protect critical infrastructure, the FY 2021 President's Budget continues investments in the Cybersecurity and Infrastructure Protection Agency (CISA) to provide Federal network protection, proactive cyber protection, and infrastructure security. This includes:

Exhibit 6 - 012

Overview

- $1.1 billion for to defend and secure the cyberspace, which includes funding for the Continuous Diagnostics and Mitigations (CDM) program and, National Cybersecurity Protection System (NCPS), which will provide the technological foundation to secure and defend the Federal Civilian Government's IT infrastructure against advanced cyber threats.

- $157.6 million for emergency communications for Federal, State, local, tribal, and territorial entities. This program enables improved nationwide public safety communications services through the provision of the tools, training, and information needed to communicate during steady state and emergency operations.

- $96.1 million to coordinate national programs and policies on critical infrastructure security and resilience, which includes funding to conduct vulnerability and consequence assessments that help critical infrastructure owners and operators, as well as State, local, tribal, and territorial partners, address risks.

- $91.5 million to strengthen critical infrastructure and address long-term risk to national critical functions, including activities related to election security, 5G test beds and pilots, and supply chain risk analysis.

## Coast Guard Operational Modernization

The Coast Guard is a vital component of the national security vision, and the agency supports the strategic priorities of enhancing border security, combating transnational criminal organizations, and defending the economic security of our $5.4 trillion Marine Transportation System. The FY 2021 President's Budget is committed to maintaining readiness levels and the modernization of new, more capable assets. This includes $1.6 billion for recapitalization of USCG assets including:

- $555.0 million to fully fund construction of Polar Security Cutter (PSC) #2 and to continue program management for the construction of PSC #1.

- $546.0 million for the construction of the third Offshore Patrol Cutter (OPC) and Long Lead Time Material for the fourth OPC.

- $143.0 million for missionization and modernization of fixed-wing and rotary aircraft.

## Transportation Security

Terrorists remain focused on attacking the aviation sector and DHS remains focused on strengthening security deployment and infrastructure in this area. The FY 2021 President's Budget supports the Transportation Security Administration's (TSA) commitment to improve security and safeguard the Nation's transportation system with the following initiatives:

Exhibit 6 - 013

Overview

- $3.5 billion funds a total of 47,596 Transportation Security Officers (TSOs) and supports an anticipated volume growth of 4.0 percent in aviation passenger traffic. TSA continues to experience airline passenger volume growth at airport checkpoints nationwide. TSA will uphold security effectiveness and compliance, keep screening times on pace with volume growth, while staying ahead of increasing costs and security demands at airports nationwide.

- $28.9 million supports the procurement and installation of an additional 30 full-size computed technology (CT) units for the Checkpoint Property Screening System (CPSS) program. The full-size CT units include an enhanced imaging platform visual interpretation, image manipulation, improved detection of improvised explosive devices (IED), reduced false alarm rates, and reduced threat mass detection compared to current Advanced Technology (AT) X-ray systems. The full-size systems also have an Automated Screening Lane (ASL), which includes parallel divesture and re-composure, bin return, and high threat containment. Used at airport screening lanes, this technology improves TSO abilities to effectively detect smaller and more artfully concealed threats within checked or carry-on bags.

## American Preparedness

DHS, through the Federal Emergency Management Agency (FEMA), helps people before, during, and after disasters. To prepare the Nation for disasters, the FY 2021 President's Budget includes support for the following activities:

- $5.1 billion for the Disaster Relief Fund - Major Disasters, which allows DHS to fund authorized Federal disaster support activities as well as eligible State, territorial, tribal, and location actions, such as providing emergency protection and debris removal.

- The Budget also supports reforms to disaster policies that would make disaster response and recovery more effective and less costly for taxpayers.

- $2.5 billion to support State, local, tribal, and territorial governments in the form of non-disaster grants and training. These funds support and sustain capabilities at the State and local, tribal, and territorial levels and in our nation's highest-risk transit systems, ports, and along our borders to prevent, protect against, respond to, recover from, and mitigate terrorism and other high-consequence disasters and emergencies. The funding level includes $407 million for a new, competitive National Security and Resilience Grant Program.

## Protecting the Nation's Highest Leaders

The Secret Service ensures the safety of the President, the Vice President, their families, the White House, the Vice President's Residence, national and visiting world leaders, former United States Presidents and their spouses, and events of national significance. The Secret Service also protects the integrity of our currency and investigates crimes against our national financial system.

Exhibit 6 - 014

Overview

The FY 2021 President's Budget proposes to transfer the United States Secret Service from DHS to the Department of the Treasury. The Secret Service budget includes necessary funding to coordinate and oversee the transfer to the Department of the Treasury. For additional information on the transfer proposal, please consult the Department of the Treasury chapters of the Main Budget Volume and the Major Savings and Reform Volume.

Exhibit 6 - 015

Overview

# FY 2021 Percent of Total Budget Authority by Organization



Exhibit 6 - 016

Exhibit 6 - 017

# Summary Information by DHS Organization

Exhibit 6 - 018

10

Exhibit 6 - 019

# DEPARTMENTAL MANAGEMENT OPERATIONS

## Description

Departmental Management and Operations, comprised of the Office of the Secretary and Executive Management (OSEM) and the Management Directorate (MGMT), provides leadership, direction, and management to the Department of Homeland Security (DHS).

**OSEM** includes the Office of the Secretary, Office of Partnership and Engagement, Office of Strategy, Policy, and Plans, Office of Public Affairs, Office of Legislative Affairs, Office of the General Counsel, Office for Civil Rights and Civil Liberties, Privacy Office, and the Office of the Citizenship and Immigration Services Ombudsman.

| At a Glance |
|---|
| *Senior Leadership:* |
| *Chad F. Wolf, Acting Secretary* |
| *Randolph D. "Tex" Alles, Deputy Under Secretary for Management* |
| |
| *Established: 2003* |
| |
| *Major Divisions: Offices of the Secretary and Executive Management; Management Directorate* |
| |
| ***New Budget Authority:*** **$3,500,753,000** |
| *Net Discretionary:*          $1,912,005,000 |
| *Collections:*                   $1,588,748,000 |
| |
| *Employees (FTE):*                         4,373* |

**MGMT** includes the Immediate Office of the Under Secretary for Management, the Office of the Chief Human Capital Officer, Office of the Chief Procurement Officer, Office of the Chief Readiness Support Officer, Office of the Chief Security Officer, Office of the Chief Financial Officer, Office of the Chief Information Officer, Federal Protective Service and the Office of Biometric Identity Management.

## Responsibilities

**OSEM** provides central leadership, management, direction, and oversight for all of the Department's Components.

**MGMT** is responsible for Department-wide mission support services and oversight for all DMO functions, including information technology, budget and financial management, procurement and acquisition, human capital, security, logistics and facilities, law enforcement and security services for federal buildings, and delivery of the Biometric identity services.

## Service to the Public

The Secretary ensures a coordinated effort to build a safe, secure, and resilient homeland, by directing the Department's efforts to prevent terrorism and enhance security, secure and manage borders, enforce and administer the Nation's immigration laws, safeguard and secure cyberspace, ensure resilience to disasters, and support national and economic security.

MGMT provides the overarching management structure for the Department to enable missions, while eliminating redundancies and reducing support costs in order to more effectively and efficiently run the Department in a unified manner.

Through the Federal Protective Service (FPS), the Department provides for the safety and security of employees and visitors at Federal facilities. FPS is responsible for law enforcement at the locations and, as necessary, provides additional capabilities such as countermeasures and

Exhibit 6 - 020

cyber-physical security support to enhance the security posture at Federal facilities. FPS also continuously evaluates emerging threats and adapt protection activities to mitigate risk, while also working in collaboration with Federal, State and local law enforcement partners and with the DHS Office of Intelligence and Analysis in support of the Department's responsibilities for providing protection at Federal facilities.

### FY 2019 Accomplishments

- Earned a seventh consecutive clean audit opinion on the Department's financial statements.

- The Office of General Counsel's Operations and Enforcement Law Division played a critical role in implementing the Department's new authority to counter threats by unmanned aircraft systems (UAS). Additionally, the Regulatory Affairs Law Division oversaw the Department's deregulatory efforts to include finalizing 11 deregulatory actions resulting in an annualized total cost savings of $69.9M.

- The Office for Civil Rights and Civil Liberties continued to issue timely merit-based agency actions (421 of 832); coordinated community engagement meetings with more than 400 governmental organizations in the review of DHS immigration and asylum-related policies or proposals; and opened/closed 801 complaint investigations relating to Family Separations, Indefinite Detention, and Religious Questioning at Ports of Entry.

- The Office of Partnership and Engagement's Office for State and Local Law Enforcement (OSLLE) collaborated, planned, and executed engagements involving border security, school safety, opioids, transitional crime, countering Unmanned Aerial Systems, and support to Law Enforcement Associations.

- The Joint Requirements Council drove operational effectiveness and efficiencies by analyzing, validating, and prioritizing over 220 capability gaps and operational requirements.

- The Office of the Chief Financial Officer achieved zero audit findings on the FY 2019 Information Technology (IT) audit of DHS's instance of the Treasury Information Executive Repository system further strengthening IT controls, which will enable DHS's ability to resolve this material weakness.

- The Office of the Chief Human Capital Officer (OCHCO) deployed the Human Capital Enterprise Information Environment data interchange to assemble DHS-wide training completion data and analyzed the effectiveness of DHS's training programs, contributing to OCHCO's ability to close seven GAO Human Capital Management High Risk items.

- The Office of the Chief Procurement Officer received the DHS Secretary's Unit Award for the Procurement Innovation Lab for developing and providing enterprise training to over 1,400 DHS contracting officers and garnering a 4.7/5.0 customer satisfaction rating.

- The Office of the Chief Readiness Support Officer completed preliminary development of the National Capital Region (NCR) strategy that includes consolidation of NCR assets in and around St. Elizabeths.

- From April to October of 2019, the Federal Protective Service conducted Operation Resilient Protection III, which included 2,422 soft target/crowded places protection activities implemented in the aftermath of three mass shooting events at 1,061 public-facing federal facilities.

Exhibit 6 - 021

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| OSEM – Operations and Support | 570 | $141,381 | 605 | $168,808 | 635 | $150,359 | 30 | ($18,449) |
| MGMT – Operations and Support | 2,060 | $1,083,837 | 2,115 | $1,182,142 | 2,231 | $1,402,196 | 116 | $220,054 |
| MGMT – Procurement, Construction and Improvements | - | $226,920 | - | $381,298 | - | $359,450 | - | ($21,848) |
| MGMT – Research and Development | - | $2,545 | - | - | - | - | - | - |
| **Net Discretionary** | **2,630** | **$1,454,683** | **2,720** | **$1,732,248** | **2,866** | **$1,912,005** | **146** | **$179,757** |
| Offsetting Collections | 1,507 | $1,527,110 | 1,507 | $1,559,930 | 1,507 | $1,588,748 | - | $28,818 |
| **Gross Discretionary** | **4,137** | **$2,981,793** | **4,227** | **$3,292,178** | **4,373** | **$3,500,753** | **146** | **$208,575** |
| **Total Budget Authority** | **4,137** | **$2,981,793** | **4,227** | **$3,292,178** | **4,373** | **$3,500,753** | **146** | **$208,575** |
| Less: Rescissions to Prior Year Balances | - | $1,814 | - | $457 | - | - | - | ($457) |
| **Total** | **4,137** | **$2,979,979** | **4,227** | **$3,291,721** | **4,373** | **$3,500,753** | **146** | **$209,032** |

*FTE reported in this table differs from MAX A-11 due to adjusted Budget Year (BY) estimates.

## FY 2021 Highlights

**NCR Consolidation** ................................................................................ **$199.8M, 0 FTE**

This funding continues the strategic investment in the NCR for Headquarters and other facility improvements, as well as operations and maintenance costs at St. Elizabeths. This includes construction of a new headquarters for the Office of Intelligence and Analysis (I&A) and design costs for a new U.S. Immigration and Customs Enforcement headquarters building at the St. Elizabeths West Campus, consolidation of the remaining MGMT offices and the Science and Technology Directorate, and improvements to DHS facilities at the Mount Weather Emergency Operations Center (MWEOC) campus.

**Financial Systems Modernization** ........................................................ **$99.5M, 0 FTE**

The FY 2021 President's Budget includes funding that will allow DHS to continue to modernize Component financial management systems in order to improve financial accountability and financial reporting; mitigate system support, security, and financial risks; and enable business processes standardization. Improved DHS financial systems is critical to sustaining progress in financial management across the Department, maintaining a clean audit opinion, and supporting financial operations. By closing capability gaps, DHS will be able to better manage its resources, provide Department-level information more quickly to support critical decision making, promote good business practices through the standardization of processes and data where possible, and allow Components to focus on their core missions in FY 2021 and beyond.

Departmental Management Operations

**Homeland Advanced Recognition Technology (HART) .....................................$29.7M, 0 FTE**

The FY 2021 President's Budget includes funding to support continued HART development. The HART system replaces the legacy Automated Biometric Identification System (IDENT) system with improved, efficient, and more cost-effective biometric identity services capabilities. HART will address the mission failure risk of the legacy IDENT system, operations and maintenance cost inefficiencies, improve detection and derogatory information matching, and provide multimodal biometric services. HART data and analysis will secure and protect the United States against terrorism, enable data integration and analysis, support and strengthen responsive immigration processing system and law enforcement, minimize disruptions to the trade and travel system, and support a smarter, stronger border by enhancing security infrastructure through support of new technologies.

**Human Resource Information Technology (HRIT) ...........................................$10.5M, 0 FTE**

FY 2021 funding will continue enhancement of the HRIT portfolio and provides for advanced automation capabilities across the DHS HR community, workforce, and, in some cases, family members of DHS workforce. These improvements will provide DHS employees with self-service capabilities and have profound effects on the DHS workforce and its readiness to support the DHS mission. Additionally, funding supports the initial procurement of subscriptions and licenses for commercial IT solutions, integration and implementation services, migration/disposal of historical data, and the continuous analysis of the HRIT Portfolio through the HRIT Segment Architecture Blueprint Program to identify and prioritize additional strategic improvement opportunity initiatives for resourcing.

**Wide Area Network (WAN) Enhancement ........................................................$16.8M, 0 FTE**

The FY 2021 request includes funding to improve the collaboration, productivity, and security of the DHS HQ and Component IT operations. Funding will provide additional features and capabilities, such as OneDrive, Data Center, Other Core Services including increasing Cloud storage. Funding will provide advanced security to employ better pro-active cybersecurity and performance monitoring capabilities for the full line of Microsoft products to include Email, SharePoint, Servers, Networking and End Point. This level of funding will enable dynamic and real-time file sharing, editing, and collaboration of tools to include OneDrive and Skype for Business. Additionally, funding will provide rapid file and document sharing to/from HQ with all DHS Components allowing near real-time correspondence; thus, improving the overall efficiency and productivity of a mobile workforce.

**Targeted Violence Terrorism Prevention Initiative (TVTP) .............................$9.6M, 12 FTE**

This request reflects funding for the Targeted Violence and Terrorism Prevention (TVTP) initiative. Funding will support State, local, tribal, and territorial (SLTT) prevention efforts through community awareness training programs, grants, which will be administered under FEMA's grant program, and funding for the establishment of the TVTP Grant Program Management Office.

Exhibit 6 - 023

Departmental Management Operations

---

**Joint Cyber Coordination Group (JCCG) .............................................................$2.6M, 6 FTE**

This request reflects the need to establish a central body to develop, plan for, and execute strategic operational priorities across Components and coordinate long-term protective and deterrent efforts to counter cyber risks. Currently, the Department lacks a centralized body to identify joint priorities and areas where operational Components can synchronize cyber activities. The JCCG will provide a central location with dedicated permanent staff and broad Component representation to enable joint planning, operational prioritization, and coordinated execution of DHS efforts to mitigate cyber and technology risks to the Homeland. The JCCG establishes a structured approach to inform the Secretary and other senior Department officials about strategic cyber risks and Component efforts to counter those risks; institutionalizes the process for execution of joint leadership priorities, and it provides relevant input to inform DHS policymakers and the interagency process.

**Federal Protective Service (FPS) .....................................................................$1.6B, 1,507 FTE**

FPS protects Federal facilities and those who occupy them, including its visitors, by providing integrated law enforcement and protective security services. FPS leverages access to the intelligence and information resources to protect approximately 9,000 General Services Administration (GSA) owned, leased, or operated facilities in 11 regions across the country, including the Department of Homeland Security St. Elizabeths Campus.

**Working Capital Fund (WCF) .......................................................................... $182.0M, 0 FTE**

The Department and the Working Capital Fund (WCF) Governance Board conducted strategic reviews of the WCF Governance criteria and held discussions within the Management Directorate. As a result, $182.0M of funds were transferred out of WCF to the activity owners within the MGMT budget.

Exhibit 6 - 024

# ANALYSIS AND OPERATIONS

## Description

The Analysis and Operations appropriation provides resources to support the Office of Intelligence and Analysis (I&A) and the Office of Operations Coordination (OPS). This appropriation includes both National Intelligence Program (NIP) and non-NIP funds.

## Responsibilities

The I&A mission is to equip the Homeland Security Enterprise (HSE) with the intelligence and information necessary to keep the Homeland safe, secure, and resilient. I&A executes this mission by integrating intelligence into operations across the DHS Components and our partners in State and local government, as well as the private sector, in order to identify, mitigate, and respond to threats.

*At a Glance*

*Senior Leadership:*
*David J. Glawe, Under Secretary for Intelligence and Analysis*
*Christopher J. Tomney, Office of Operations Coordination*

*Established: 2006*

*Major Divisions: Office of Intelligence and Analysis; Office of Operations Coordination*

**New Budget Authority:        $312,638,000**

*Employees (FTE):                          853*

OPS provides operations coordination, information sharing, situational awareness, common operating picture, Department continuity, and decision support in order to enable the execution of the Secretary's responsibilities across the HSE. Since 2019, OPS has also led the pilot Joint Incident Advisory Group (JIAG) initiative. The JIAG supports DHS leadership in coordinating Departmental operations that cut across Components.

OPS has unique statutory roles and responsibilities. It serves as the focal point for information sharing, decision support products, situational awareness, and coordination among DHS Components; Federal, state, local, tribal, and territorial (SLTT) agencies; nongovernmental agencies; the private sector; international partners; and Federal operations and fusion centers. Additionally, OPS ensures the resilience of the DHS overall mission through its leadership of the Department's Continuity of Operations Program.

While I&A and OPS are distinct in their missions, they collaborate with other DHS Components and Federal agencies, as well as the SLTT, foreign, and private sector partners, in order to enhance intelligence analysis, information sharing, incident management support, and situational awareness.

## Service to the Public

I&A and OPS promote improved analysis and sharing of threat and incident information providing all levels of government (Federal and SLTT), the private sector, and the public with timely information concerning threats and hazards to the Nation.

I&A analyzes intelligence and information about homeland security threats and serves as the interface between the Intelligence Community (IC), SLTT, and private sector partners on homeland security intelligence and information. Through warnings, actionable intelligence, and analysis provided by I&A, DHS leadership, DHS Components, Federal policymakers and law enforcement, IC partners, and frontline law enforcement, public safety personnel, and security personnel all have the information they need to identify and mitigate threats to the homeland.

Exhibit 6 - 025

Analysis and Operations

The Under Secretary for I&A holds six Department-wide roles: (1) the DHS Chief Intelligence Officer, chairing the Homeland Security Intelligence Council and managing the DHS Intelligence Enterprise (IE); (2) the DHS Information Sharing and Safeguarding Executive, enhancing information sharing while protecting information from unauthorized disclosure; (3) the DHS Counterintelligence Executive, leading the DHS Counterintelligence Program; (4) the DHS Watch-listing Executive, managing the DHS Watch-listing Program; (5) the Executive Agent for the DHS State, local, and Regional Fusion Center Initiative, overseeing support for state and local fusion centers; and (6) the DHS Counterterrorism Coordinator, developing and coordinating DHS-wide counterterrorism policy.

In coordination with homeland security partners, OPS integrates Department-level incident and crisis management activities. OPS manages the National Operations Center, providing critical awareness to partners at all levels of the HSE, and leads the JIAG in delivering coordinated Department responses to high-priority homeland security missions. OPS also leads the Department's Special Events Program which oversees the Special Events Assessment Rating (SEAR) process, and the special events Federal Coordinator mission to ensure the security needs of the highest rated events are met. Thus, OPS provides situational awareness and operations coordination support for partners across a wide range of homeland security activities, threats, incidents, and events each year.

Additionally, OPS leads the Department's mission assurance activities, which include continuity of operations, continuity of government, and critical infrastructure security and resilience programs. These programs help to ensure uninterrupted delivery of DHS mission essential functions required to operate DHS and secure the Nation.

## FY 2019 Accomplishments

### I&A

- The Economic Security Mission Center (ESMC) produced and disseminated 66 reports to customers, which highlighted foreign adversary threats to U.S. economic security. These reports informed Federal, State, local, and private sector leadership of foreign reactions to the use of U.S. economic instruments of national power, as well as efforts made by foreign adversaries attempting to evade U.S. trade policies and tariffs.

- ESMC continued its government sector outreach efforts to create partnership opportunities and share relevant intelligence products with the Department of Commerce and United States Trade Representative leadership, who also have a stake in the U.S. trade mission. ESMC engaged with Office of the Director of National Intelligence to make significant contributions to the National Intelligence Priority Framework in trade evasion.

- I&A's Office of the Chief Intelligence Officer (CIO) matured its resilient and redundant capabilities by migrating to a Commercial Cloud Service. I&A CIO also improved data governance by creating and maintaining Data Management Plans for each data set stored and shared via their designed solution.

- I&A CIO designed and developed a DHS "Data Management Hub" to up-scale the data management capabilities originally developed for the National Vetting Center, making it available as an enterprise service to other DHS Components.

- The Counterterrorism Mission Center (CTMC) produced 105 compliant strategic finished intelligence (FINTEL) products and 150 internal use only current intelligence notes (i.e., the

Exhibit 6 - 026

Secretary's Daily Book). This mission center also expanded joint seal production with the FBI and NCTC on domestic terrorism and violent extremism.

- The Cyber Mission Center (CYMC) coordinated all FINTEL products with partner agencies in the IC and the DHS Intelligence Enterprise, enabling I&A to deliver unclassified/secret-level products and briefs to State and local governments, and critical infrastructure partners.

- I&A's Homeland Identities, Targeting, and Exploitation Center (HITEC) and CIO completed and deployed a cloud-based application to provide real-time delivery of classified terrorism-related derogatory results from digital media exploitation.

- HITEC reduced the time it takes to triage an average digital device from two months to just over five minutes, based on initial testing. This deployed capability is undergoing operational testing.

- HITEC analysts reviewed, took appropriate action, and eliminated approximately 94 percent of a massive backlog of 5,600+ collections of potential terrorist-related material for watch-listing purposes, resulting in acceptance of 7,980 new and addendum nominations to terrorism-related identities.

## OPS

- OPS established the DHS Operations Deputies Board to provide a formalized and consistent mechanism for enabling senior-level, cross-Component operational coordination, information sharing, and issue identification. This board provided critical coordination of complex homeland security issues to include multiple dimensions of the Southwest Border crisis, which facilitated the creation of a DHS surge Volunteer Force. The DHS Volunteer Force provided over 1,000 volunteers who support crisis response.

- OPS provided homeland security situational awareness to DHS and its partners by actively monitoring and reporting on over 9,000 items of interest ranging from suspicious activities to natural disasters.

- OPS collected data and assessed risk for more than 31,000 special events across the Nation, representing an increase of over 90 percent from 2018. OPS coordinated Federal support for three National Special Security Events (e.g., U.N. General Assembly), 17 other high profile special events (e.g., Super Bowl), and two Tier One International Special Security Events, providing support to 14 special event Federal Coordinators appointed by the Secretary.

- OPS improved the Department's ability to provide coordinated responses during incident and crisis situations through strategic planning. OPS led or supported nine major exercise activities for the Department and four DHS Senior Official Exercises. OPS also planned 15 contingency airlift exercises and eight continuity exercises for the Secretary, Secretarial Successors, and select Emergency Relocation Group members.

- OPS integrated strategic and operational risk management processes into the Department's continuity planning, which will maximize readiness and reduce risk to DHS operations, especially during emerging threats and in crisis situations. OPS conducted nine mission assurance assessments to critical DHS assets, supported six natural hazard assessments, and contributed to 13 intelligence products, resulting in the production of multiple Secretarial decision support products during major events.

Exhibit 6 - 027

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 841 | $253,253 | 852 | $284,141 | 853 | $312,638 | 1 | $28,497 |
| **Net Discretionary** | **841** | **$253,253** | **852** | **$284,141** | **853** | **$312,638** | **1** | **$28,497** |
| **Gross Discretionary** | **841** | **$253,253** | **852** | **$284,141** | **853** | **$312,638** | **1** | **$28,497** |
| **Total Budget Authority** | **841** | **$253,253** | **852** | **$284,141** | **853** | **$312,638** | **1** | **$28,497** |
| Less: Rescissions to Prior Year Balances | - | $366 | - | $130 | - | - | - | ($130) |
| **Total** | **841** | **$252,887** | **852** | **$284,011** | **853** | **$312,638** | **1** | **$28,627** |

*FTE reported in this table differ by from MAX A-11 due to adjusted Budget Year (BY) estimates.

### FY 2021 Highlights

Funding and personnel for Analysis and Operations highlights are classified.

Exhibit 6 - 028

# OFFICE OF INSPECTOR GENERAL

## Description

The DHS Office of Inspector General (OIG) was established by the Homeland Security Act of 2002 (P.L. 107-296) which amends the Inspector General Act of 1978. The OIG has a dual reporting responsibility to the Secretary of DHS and to the Congress. The OIG serves as an independent and objective audit, inspection, and investigative body to promote economy, effectiveness, and efficiency in DHS programs and operations, and to prevent and detect fraud, waste, and abuse in these programs and operations.

| *At a Glance* |
| --- |
| *Senior Leadership:* <br> *Dr. Joseph V. Cuffari, Inspector General* |
| *Established: 2003* |
| *Major Divisions: Audits; Counsel; External Affairs; Integrity and Quality Oversight; Investigations; Management; and Special Reviews and Evaluations.* |
| ***New Budget Authority:***        **$177,779,000** |
| *Employees (FTE):*                              747 |

## Responsibilities

The OIG conducts and supervises audits, inspections, special reviews, and investigations of the Department's programs and operations. The OIG examines, evaluates and, where necessary, critiques these operations and activities, recommending ways for DHS to carry out its responsibilities in the most economical, efficient, and effective manner possible. The OIG reviews recommendations regarding existing and proposed legislation and regulations relating to the Department's programs and operations.

The OIG operates a web-based (www.oig.dhs.gov) and call center Hotline, (800) 323-8603, as a resource for Federal employees and the public to report allegations of employee corruption, civil rights and civil liberties abuses, program fraud and financial crimes, and miscellaneous criminal and non-criminal activity associated with waste, abuse, or fraud affecting the programs and operations of the Department. The Hotline provides confidentiality and anonymity for callers who may be whistleblowers.

## Service to the Public

The OIG safeguards the public's tax dollars by preventing and detecting fraud, waste, and abuse in the Department's programs and operations and recommending more efficient and effective ways of doing business.

## FY 2019 Accomplishments

During FY 2019, DHS OIG completed significant audits, inspections, and investigations to promote economy, efficiency, effectiveness, and integrity in the Department's programs and operations. Specific results of these efforts are detailed in OIG's Semiannual Reports to Congress which can be found at https://www.oig.dhs.gov/reports/semiannual. Highlights include:

- Recovered $271.2M in fines, restitutions, recoveries, and deobligations resulting from audits and investigations.

- Questioned $743.7M in costs and identified $811.4M in funds that could be put to better use.

**Exhibit 6 - 029**

Office of Inspector General

- Investigated cases that led to 101 arrests, 110 indictments, 76 convictions, and 23 personnel actions.

- Closed 833 investigations, initiated 806 new investigations, and referred 45 investigations for prosecution.

- Issued 67 audits, inspections, and special reviews and 744 reports of investigation. Provided 285 unique recommendations, and closed 297 recommendations from FY 2019 and prior years.

- Received 24,372 complaints through the OIG Hotline and reviewed 410 whistleblower disclosures, which resulted in the initiation of critical audits and investigations.

- Continued to actively engage with Congress on a range of issues relating to the OIG's work and that of the Department. OIG officials testified 11 times before Congress during FY 2019.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 760 | $168,000 | 756 | $190,186 | 747 | $177,779 | (9) | ($12,407) |
| **Net Discretionary** | **760** | **$168,000** | **756** | **$190,186** | **747** | **$177,779** | **(9)** | **($12,407)** |
| **Gross Discretionary** | **760** | **$168,000** | **756** | **$190,186** | **747** | **$177,779** | **(9)** | **($12,407)** |
| **Total Budget Authority** | **760** | **$168,000** | **756** | **$190,186** | **747** | **$177,779** | **(9)** | **($12,407)** |
| Less: Rescissions to Prior Year Balances | - | - | - | $3 | - | - | - | ($3) |
| **Total** | **760** | **$168,000** | **756** | **$190,183** | **747** | **$177,779** | **(9)** | **($12,404)** |

## FY 2021 Highlights

In the FY 2021 President's Budget, OIG requests $177.8M and 747 full-time equivalents. The President's Budget request provides resources for the OIG to perform its oversight responsibilities as an independent and objective audit, inspection, and investigative entity promoting economy, effectiveness, and efficiency in DHS programs and operations.

Exhibit 6 - 030

# U.S. CUSTOMS AND BORDER PROTECTION

## Description

U.S. Customs and Border Protection (CBP) is responsible for securing America's borders, coastlines, and ports of entry, to protect the United States against terrorist threats and prevent the illegal entry of inadmissible persons and contraband, while facilitating lawful travel, trade, and immigration. CBP performs these missions with vigilance, integrity, and professionalism.

## Responsibilities

In its role to protect the homeland, CBP is developing a well-informed, agile, and seamless global network to strengthen U.S. border security operations while facilitating the legal movement of people and goods. This network must constantly enhance and evolve its capabilities to support CBP's Enduring Mission

| At a Glance |  |
|---|---|
| *Senior Leadership:* |  |
| *Mark A. Morgan, Acting Commissioner* |  |
| *Established:* 2003 |  |
| *Major Divisions:* |  |
| *Office of Field Operations; U.S. Border Patrol; Air and Marine Operations; Office of Trade; Enterprise Services; & Operations Support* |  |
| ***New Budget Authority:*** | **$18,209,969,000** |
| *Net Discretionary:* | *$15,601,124,000* |
| *Offsetting Collections:* | *$199,939,000* |
| *Mandatory, Fees, & Trust Fund:* | *$2,408,906,000* |
| *Employees (FTE):* | *62,697* |

Priorities: (1) counter terrorism, (2combatting transnational crime, (3) securing the border, (4) facilitating lawful trade and protect revenue, and (5) facilitate lawful travel.



*A Border Patrol Riverine Unit conducts patrols in an Air and Marine Air-Boat in South Texas, Laredo, along the Rio Grande Valley river.*

Along over 5,000 miles of border with Canada, 1,900 miles of border with Mexico, and approximately 95,000 miles of shoreline, CBP is responsible for preventing the illegal movement of people and contraband. Agents from the U.S. Border Patrol (USBP) and Air and Marine Operations (AMO) guard the Nation's land, littoral borders, and associated airspace to prevent illegal entry of people and goods into the United States. CBP Officers (CBPO) and Agriculture Specialists from the Office of Field Operations (OFO) are multi-disciplined and perform the full range of inspection, intelligence analysis, examination, and law enforcement activities relating to the arrival and departure of persons, conveyances, and merchandise at air, land, and sea ports of entry (POEs). CBP remains the second largest source of revenue in the Federal Government, and the Agency is committed to its dual role of trade facilitation and protection of revenue. Through the Office of Trade, CBP enforces nearly 500 U.S. trade laws and regulations on behalf of 49 Federal agencies, facilitating compliant trade, collecting revenue, and protecting the U.S. economy and consumers from harmful imports and unfair trade practices.

Exhibit 6 - 031

### Service to the Public

The American people place enormous trust and confidence in CBP to keep them safe and, as a result, CBP must ensure that its employees maintain the highest professional standards. CBP protects the Nation from acts of terrorism and criminality through constant vigilance at and between the POEs. CBP safeguards American businesses and workers by ensuring travelers and goods move safely and efficiently across U.S. borders; immigrants and visitors are properly documented; and U.S. customs, immigration, and trade laws, regulations, and related international agreements are effectively enforced.



*U.S. Customs and Border Protection (CBP) Agriculture Specialist K-9 Team inspects vehicles at the San Ysidro Port of Entry.*

### FY 2019 Accomplishments

- CBP has made significant progress on construction of a physical barrier on the Southern Border. As of January 10, 2020, CBP has constructed ~101 miles of new border wall system, in place of dilapidated and outdated designs, and in locations where no barriers previously existed. Construction is currently underway for an additional ~133 miles and another ~342 miles are in the pre-construction phase.

- USBP and AMO conducted over 1,400 life-saving search and rescue efforts, rescuing over 5,000 individuals.

- CBP apprehended 859,501 migrants, including an unprecedented number of migrant family units (473,682) and unaccompanied alien children (76,020) at the SWB, and deemed 288,523 aliens inadmissible at Ports of Entry. USBP strived to ensure that children and other vulnerable migrants were appropriately screened and processed, and also provided with emergency medical care, when necessary.

- For the second consecutive year, BPA hiring outpaced attrition, demonstrating CBP's progress in hiring frontline personnel. CBP onboarded 1,294 BPAs and 2,075 CBPOs, for a net gain of 112 BPAs and 1,074 CBPOs.

- CBP seized just under 1 million pounds of drugs, including: 100,900 pounds of cocaine, 2,786 pounds of fentanyl, and 141,960 pounds of methamphetamines; $75.7M in unreported currency; 3,556 firearms; and 247,600 rounds of ammunition. AMO also contributed to total non-CBP enforcement actions resulting in the seizure of 227,475 pounds of cocaine, 387 pounds of fentanyl, and 48,872 pounds of methamphetamines by entities other than CBP.

- CBPOs at 328 POEs inspected over than 410 million travelers, arrested 12,705 individuals wanted for criminal aliens, and stopped 288,523 inadmissible aliens from entering the United States. Joint efforts by the National Targeting Center (NTC), the Immigration Advisory Program, and the Regional Carrier Liaison Group prevented the boarding of 18,900 U.S. bound, high-risk travelers.

Exhibit 6 - 032

U.S. Customs and Border Protection

- AMO agents totaled 92,846 flight hours and 33,315 maritime hours, including 300 flight hours in 2-weeks in the Bahamas for Hurricane Dorian relief efforts, and over 3,600 flight hours addressing the migrant caravan surges.



*An Air and Marine Operations AS350 aircrew patrols in Tucson, AZ.*

- AMO successfully resolved 224 of 226 detected conventional aircraft incursions along all U.S. borders (99.1% successful resolution rate).

- CBP processed over 35 million international trade transactions worth $2.6T, including $1.6T in U.S. exports. CBP also collected approximately $82.0B in duties, taxes, and other fees, including more than $71.9B in duties, a 59 percent increase over FY 2018.

- CBP processed more than 28.7 million cargo containers through the Nation's POEs and conducted 27,599 seizures of goods – valued at over $1.5B – that violated intellectual property rights. Agriculture Specialists seized over 1.7 million prohibited items to include plant materials, meats and animal byproducts; and intercepted more than 118,000 agricultural pests at the POEs.

- CBP cleared nearly 463 million international mail shipments through nine International Mail Facilities (IMF) and an additional 143 million express shipments at 27 express facilities.

- Pursuant to Sections 201 and 301 of the *Trade Act of 1974* and Section 232 of the *Trade Expansion Act of 1962*, CBP assessed $716.0M in Section 201 duties; $1.1B in Section 232 aluminum duties; $3.9B in Section 232 steel duties; and $29.8B in Section 301 duties on goods from China.

- CBP met all regulatory deadlines for Enforce and Protect Act antidumping and countervailing duty investigations and completed 100% of the final determinations within the statutory deadline, maintaining full compliance with the statute.

- In accordance with Section 307 of the *Tariff Act of 1930* (19 U.S.C. § 1307), which prohibits the importation of merchandise mined, produced, or manufactured, wholly or in part, in any foreign country by forced labor, CBP issued six Withhold Release Orders and detained goods worth $1.2M in FY 2019.

- CBP expanded biometric air exit operations to eight additional locations for a total of 24 and continues to actively engage with the air travel industry. CBP implemented a Simplified Arrival process at 16 locations after expanding to Detroit Metropolitan Airport (DTW) in September 2019, as well as four pedestrian POEs.

Exhibit 6 - 033

U.S. Customs and Border Protection

# BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 48,040 | $12,179,729 | 49,361 | $12,735,399 | 49,207 | $12,987,432 | (154) | $252,033 |
| Procurement, Construction, and Improvements | - | $2,515,878 | - | $1,904,468 | - | $2,281,360 | - | $376,892 |
| COBRA FTA | 1,640 | $255,000 | 1,287 | $267,000 | 1,287 | $322,258 | - | $55,258 |
| User Fee Facilities | 118 | $8,941 | 80 | $9,000 | 80 | $10,074 | - | $1,074 |
| **Net Discretionary** | **49,798** | **$14,959,548** | **50,728** | **$14,915,867** | **50,574** | **$15,601,124** | **(154)** | **$685,257** |
| Offsetting Collections | 416 | $165,961 | 416 | $184,937 | 416 | $199,939 | - | $15,002 |
| **Gross Discretionary** | **50,214** | **$15,125,509** | **51,144** | **$15,100,804** | **50,990** | **$15,801,063** | **(154)** | **$700,259** |
| Immigration Inspection User Fee | 4,509 | $769,636 | 4,179 | $826,447 | 4,179 | $793,876 | - | ($32,571) |
| Immigration Enforcement Fines | 4 | $676 | 3 | $305 | 2 | $227 | (1) | ($78) |
| Electronic System for Travel Authorization (ESTA) Fee | 94 | $61,417 | 94 | $64,384 | 94 | $63,417 | - | ($967) |
| Land Border Inspection Fee | 202 | $53,512 | 202 | $56,467 | 202 | $59,364 | - | $2,897 |
| COBRA Customs Fees | 2,293 | $594,978 | 2,538 | $615,975 | 3,446 | $681,412 | 908 | $65,437 |
| Agricultural Quarantine and Inspection Fees | 3,208 | $539,325 | 3,061 | $539,325 | 3,361 | $582,187 | 300 | $42,862 |
| Puerto Rico Trust Fund | 268 | $31,941 | 268 | $94,507 | 268 | $152,291 | - | $57,784 |
| Virgin Islands Deposit Fund | 63 | $7,795 | 63 | $11,537 | 63 | $11,442 | - | ($95) |
| Customs Unclaimed Goods | - | $1,461 | - | $1,547 | - | $3,690 | - | $2,143 |
| 9-11 Response and Biometric Exit Account | - | $71,000 | 92 | $61,000 | 92 | $61,000 | - | - |
| **Total Mandatory/Fees** | **10,641** | **$2,131,741** | **10,500** | **$2,271,494** | **11,707** | **$2,408,906** | **1,207** | **$137,412** |
| **Total Budget Authority** | **60,855** | **$17,257,250** | **61,644** | **$17,372,298** | **62,697** | **$18,209,969** | **1,053** | **$837,671** |
| Less: Rescissions to Prior Year Balances | - | $4,132 | - | $382,269 | - | - | - | ($382,269) |
| **Total** | **60,855** | **$17,253,118** | **61,644** | **$16,990,029** | **62,697** | **$18,209,969** | **1,053** | **$1,219,940** |

Exhibit 6 - 034

U.S. Customs and Border Protection

___

## FY 2021 Budget Highlights

The FY 2021 President's Budget proposes new investments in Border Patrol Agents (BPAs), border wall system, and security technology. In addition, DHS and CBP continue to review options for improving BPA hiring and retention to help stabilize and increase CBP's frontline workforce.

### Border Technology

**Border Wall System** ...................................................................................... **$2.0B, 0 FTE**

Construction of approximately 82 miles of new border wall system. Funding supports real estate and environmental planning, land acquisition, wall system design, construction, and construction oversight.

**Autonomous Surveillance Towers** ......................................................... **$28.0M, 0 FTE**

Deployment of 30 additional Autonomous Surveillance Towers. Through previously enacted funding and the FY 2021 resources, CBP intends to deploy a total of 200 towers, which enable the use of "Off the shelf" autonomous border surveillance capabilities in areas where terrain, land ownership, and an adaptive threat is present.

**Non-Intrusive Inspection (NII) Operations & Maintenance** ............................. **$25.0M, 0 FTE**

Operations and maintenance of previously procured large-scale and small-scale NII technology, and to procure 45 small-scale and handheld NII systems used to counter trade-based threats. The proposed increase will allow CBP to maintain an operational availability of equal to or greater than 95 percent across the NII systems.

**Border Enforcement Coordination Network (BECN)** ........................................ **$15.0M, 0 FTE**

Modernization of the Border Patrol Enforcement System (BPES). BECN is composed of IT systems, equipment, and services that support the planning, detection, classification, and analysis of illegal border activity.

**UH-60 Medium Lift Helicopter (MLH)** ................................................ **$15.5M, 0 FTE**

Conversion of one Army HH-60L to CBP's UH-60 Medium Lift Helicopter configuration, as well as initial spare repair parts, training, and Army testing. These assets are the only helicopters with medium-lift capability, are rugged enough to support interdiction and life-saving operations in very hostile environments, and are able to operate at high altitudes in the desert, over open water, and in extreme cold.

**DHC-8 Patrol Aircraft** ................................................................... **$14.3M, 0 FTE**

Upgrade modification of one DHC-8 Maritime Patrol Aircraft. The AMO DHC-8 is a strategically important air asset that serves as a force multiplier, capable of providing persistent surveillance patrols across a broad range of operational spectrums, including coastal/maritime boundaries in the U.S., Caribbean, and Latin American.

**Aircraft Sensor Upgrades** .................................................................. **$13.0M, 0 FTE**

Replacement of obsolete, out-of-production, difficult, and expensive-to-support aircraft sensor integrated mission systems. Systems targeted for replacement/refresh include non-High Definition (HD) Electro Optic/Infrared (EO/IR) sensors, outdated mapping systems, non-HD video displays, recorders, and data links.

Exhibit 6 - 035

U.S. Customs and Border Protection

## Mission Enhancements

**Facilities, Maintenance, Construction, Modernization, and Expansion.........$181.5M, 0 FTE**

Design and construction of USBP, AMO, and OFO facilities. This includes $60.0M for the construction and replacement of Niagara Falls and Champlain Border Patrol Stations in New York; $54.1M to improve conditions of CBP's existing facilities; $40.0M for a Humanitarian Care Center in the Rio Grande Valley Sector; and $27.4M to design and construct a new Laredo, TX Air Unit.

**Border Patrol Agent Staffing.........................................................................$161.2M, 438 FTE**

For hiring, training, and equipping 750 additional BPAs and 126 associated support personnel. The additional staffing will better posture USBP to respond to an evolving threat environment and increased enforcement actions, including tactical adjustments made by transnational criminal organizations in attempts to counter enforcement efforts.

**Border Patrol Processing Coordinators............................................................$21.0M, 150 FTE**

For hiring 300 Border Patrol Processing Coordinators, whose duties include receiving and in-processing detainees at USBP facilities, conducting and documenting personal property inventories, performing welfare checks, transporting detainees with BPA escort, coordinating logistical and additional travel requirements, and various administrative duties, such as processing notes and completing paper/electronic file transfers.

**Cloud Migration.....................................................................................................$23.4M, 0 FTE**

Migration of CBP's National Data Center (NDC) and its mission critical applications from the physical infrastructure at the NDC to the cloud in advance of the expiration of the current building's lease. CBP requires cloud migration funding to continue its modernization activities.

**Automated Commercial Environment (ACE) Collections.................................$10.0M, 0 FTE**

On-going development of ACE Collections in FY 2021. Continued funding is required to migrate the functionality from the antiquated mainframe and into the ACE platform. The development includes a cloud-based platform that reduces costs to the Agency, provides a common framework that aligns with other initiatives, and is flexible enough to allow for future technological enhancements.

**Unified Immigration Portal (UIP).......................................................................$20.0M, 0 FTE**

Continued implementation of the UIP initiative, which will provide a "single window" to publish standardized data from an immigration encounter at the same time the data is entered into the Agency's system. The UIP will then provide authorized agencies insight into encounters within their domain recorded in real-time, eliminating challenges around timeliness of encounter data.

**National Vetting Center (NVC).............................................................................$13.9M, 0 FTE**

Systems engineering enhancements, analytical tool developments, and the expansion of vetting programs in support of the NVC. The NVC leverages technological developments to more effectively utilize law enforcement and classified information to better identify information about potential threats to the homeland more quickly.

Exhibit 6 - 036

# U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

## Description

U.S. Immigration and Customs Enforcement (ICE) is the principal criminal investigative agency within the DHS. ICE enforces more than 400 Federal statutes and focuses on immigration enforcement, preventing terrorism, and combating the illegal movement of people and goods. ICE has more than 21,000 employees deployed across all 50 States, the District of Columbia, and in 50 countries.

## Responsibilities

ICE enforces our Nation's customs, trade, and immigration laws, carrying out its mission through Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), the Office of the Principal Legal Advisor (OPLA), the Management and Administration (M&A) Directorate, and the Office of Professional Responsibility (OPR).

| At a Glance | |
|---|---|
| *Senior Leadership:* | |
| *Matthew Albence, Deputy Director and Senior Official Performing the Duties of the Director* | |
| *Established: 2003* | |
| *Major Divisions: Enforcement and Removal Operations; Homeland Security Investigations; Office of the Principal Legal Advisor; Management and Administration* | |
| ***New Budget Authority:*** | **$10,416,160,000** |
| *Gross Discretionary:* | *$9,927,063,000* |
| *Mandatory, Fees,* | |
| *& Trust Fund:* | *$489,097,000* |
| *Employees (FTE):* | *22,176* |

ERO's Deportation Officers enforce our Nation's immigration laws by identifying, arresting, detaining, and removing criminal aliens and those subject to removal. To ensure the national security and public safety of the United States, and the faithful execution of its immigration laws, officers may take targeted enforcement action against any removable alien who is present in the United States and in violation of immigration law.

HSI's Special Agents conduct transnational criminal investigations to protect the United States against terrorists and other criminal organizations through criminal and civil enforcement of Federal laws governing border control, customs, trade, and immigration. HSI uses its legal authorities to investigate human trafficking and smuggling; child exploitation; human rights abuses; immigration and customs violations, including those related to export control; narcotics, weapons, and contraband smuggling; financial crimes; cybercrime; intellectual property infringements; transnational gangs; immigration benefit fraud; forced labor; and worksite enforcement.



*ICE is the principal criminal investigative agency within DHS.*

OPLA's attorneys represent the U.S. Government in exclusion, deportation, bond, and removal proceedings before the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR); support DOJ in defending removal orders when they are appealed to the U.S. Courts of Appeals and the U.S. Supreme Court; and serve as agency counsel, providing a range of litigation support to DOJ in the defense of Federal court litigation challenging ICE's law enforcement authorities and operations. In addition, OPLA provides critical legal advice to ICE's

Exhibit 6 - 037

law enforcement components and the full range of general counsel functions to ICE programs.

M&A provides mission and operational support for ICE's program offices, including the management of ICE's financial and human resources, information technology, facilities and other asset classes, and sensitive property. M&A processes Freedom of Information Act (FOIA) requests, provides firearms and tactical training to Special Agents and Officers, trains new and existing ICE employees, procures goods and services, and generates policy and privacy guidance for the agency.

OPR investigates allegations of misconduct involving ICE employees, and partners with ICE HSI and U.S. Customs and Border Protection (CBP) Internal Affairs investigators when criminal misconduct by CBP employees have a nexus to an ICE investigative mission set. OPR provides independent reviews and audits of ICE programs, offices, and detention facilities to ensure compliance with applicable policies, regulations, and standards.

### Service to the Public

In FY 2019, ICE removed 267,258 illegal aliens (a 4 percent increase over FY 2018). ERO Officers arrested 143,099 aliens, of which 92,108 were convicted criminals. During FY 2019, ICE housed an average daily population (ADP) of 48,850 adult detainees, a 22 percent increase over the FY 2018 adult ADP of 40,075 (60 percent of whom were apprehended at or near the border by CBP and 40 percent via ICE interior enforcement). This increase was largely driven by historic levels of CBP Southwest Border apprehensions in FY 2019 and corresponding transfers into ICE detention. CBP apprehended 851,508 individuals at points of entry along the southern border in FY 2019, which is a 114 percent increase over FY 2018. In addition, the Alternatives to Detention program monitored an average daily participant level of 97,268 of the more than 3.2 million illegal aliens on ERO's non-detained docket. ERO responded to 1,619,269 immigration alien inquiries from Federal, State, and local law enforcement agencies through ICE's Law Enforcement Support Center. Additionally, ERO conducted 853 foreign Fugitive Alien Removals arrests – removable aliens wanted for or convicted of crimes committed abroad and residing within the United States.

In FY 2019, HSI Special Agents arrested 48,858 individuals (37,547 criminal arrests and 11,311 administrative arrests). HSI identified and assisted more than 2,649 crime victims, including 428 human trafficking victims, and 811 child exploitation victims. HSI made 4,341 arrests of gang leaders, members, and associates – including 452 Mara Salvatrucha (MS-13) members – and initiated 610 intellectual property rights investigations. HSI also conducted 6,456 Employment Eligibility Verification (Form I-9) inspections and issued over $14.3M in judicial fines, forfeitures, and restitutions against employers in violation of employment eligibility verification requirements. Through the Visa Security Program, HSI screened approximately 2.4 million non-immigrant visa applicants at 38 high-risk posts. HSI supports the U.S. Secret Service in its protection mission at National Security Special Events (NSSEs). Annually, HSI can deploy 1,000 or more agents to support these protective missions.

In FY 2019, OPLA attorneys obtained 188,191 orders of removal for a ratio of about 170 orders per OPLA line attorney, representing a 9 percent increase from FY 2018. OPLA Special Assistant U.S. Attorneys also helped DOJ secure over 500 criminal convictions.

M&A processed 66,029 FOIA requests and awarded more than $3.8B in procurement actions. ICE OPR conducted 202 detention facility inspections, audits, and reviews of ICE programs and

Exhibit 6 - 038

U.S. Immigration and Customs Enforcement

offices to assess their compliance with Federal law and agency policies and procedures. This represents a 31 percent increase over FY 2018 detention facility inspection levels.

**FY 2019 Accomplishments**

- In FY 2019, ERO expanded its international footprint to 24 countries. This expansion, together with U.S. based engagement, directly contributed to reductions in the number of Uncooperative and At Risk of Noncompliance (ARON) countries from 23 Uncooperative and 62 ARON countries in 2016 down to 10 Uncooperative and 23 ARON countries in 2019. Enhanced cooperation with foreign governments consequently increased Special High-Risk Charter (SHRC) flights by 90 percent, SHRC removals by 226 percent, and commercial airline removals by 85 percent from FY 2016 to FY 2019.

- ICE Mobile Criminal Alien Teams (MCATs) are designed to investigate, locate, and arrest priority aliens for removal from the United States. MCATs locate and apprehend criminal aliens released to the streets with detainers not honored or where cooperation with local law enforcement is not congruent with ERO's operational needs. Through September 30, 2019, MCATs made 1,493 arrests, 65 percent of which were criminal arrests.

- In FY 2019, HSI Special Agents initiated 391 Visa Security Program cases, a 12 percent increase over FY 2018. Agents conducted 8,367 at-post visa-related interviews producing 3,358 Reports of Investigation, a 36 percent increase over FY 2018. As a result, Special Agents recommended the refusal of 11,974 visa applications, of which 4,630 had a nexus to terrorism. HSI leveraged relationships with foreign counterparts resulting in 3,905 new investigations; 3,267 facilitated arrests; 532,573 pounds of narcotics seizures; $46.0M in currency seizures; and 3,595 firearms and explosives seizures.

- Supported the Department's implementation of Migrant Protection Protocol (MPP) which provides that aliens arriving by land from a foreign contiguous territory-whether or not at a designated port of entry-generally may be returned, as a matter of enforcement discretion, to the territory from which they are arriving pending a removal proceeding under Section 240 of the INA.

- HSI utilized its broad investigative authority to target illicit marketplaces and websites available exclusively through the dark web to facilitate criminal activities. In FY 2019, HSI provided cyber investigations training and investigative support to more than 4,500 State, local, tribal, foreign, and other Federal law enforcement partners.

- OPLA increased the number of priority cases handled in immigration court by improving docket scheduling and advocating for additional efficiencies through continued coordination with EOIR and U.S. Citizenship and Immigration Services. In FY 2019 OPLA handled 891,056 cases, a 3.3 percent increase over its FY 2018 caseload. OPLA obtained 188,191 orders of removal, a 53 percent increase over FY 2018, of which 38,202 were for criminal aliens.

- Within M&A, the Office of the Chief Information Officer (OCIO) became the first Federal Agency Security Operations Center to achieve a Center of Excellence rating as part of the DHS Cybersecurity Service Provider Program. OCIO secured ICE cyberspace by partnering with HSI to harden 1,800 investigative cameras, responding to over 1,400 spear phishing attempts, and deploying the Mobile Threat Detection System to all ICE mobile devices.

Exhibit 6 - 039

U.S. Immigration and Customs Enforcement

- Also within M&A, the Office of Information Governance and Privacy led the development and publishing of a Privacy Impact Assessment for ICE's use of Rapid DNA technology. This critical capability allows HSI to identify cases of family unit fraud by determining and affirming whether a biological relationship exists between the adult and claimed child. HSI utilized 2,548 DNA kits in FY 2019.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 19,748 | $7,542,153 | 20,536 | $8,032,801 | 21,800 | $9,822,109 | 1,264 | $1,789,308 |
| Procurement, Construction, and Improvements | - | $45,559 | - | $47,270 | - | $104,954 | - | $57,684 |
| **Net Discretionary** | **19,748** | **$7,587,712** | **20,536** | **$8,080,071** | **21,800** | **$9,927,063** | **1,264** | **$1,846,992** |
| **Gross Discretionary** | **19,748** | **$7,587,712** | **20,536** | **$8,080,071** | **21,800** | **$9,927,063** | **1,264** | **$1,846,992** |
| Immigration Inspection User Fees | - | $135,000 | - | $135,000 | - | $135,000 | - | - |
| Breached Bond Detention Fund | - | $55,000 | - | $55,000 | - | $55,000 | - | - |
| Student and Exchange Visitor Program | 332 | $128,000 | 376 | $129,800 | 376 | $186,610 | - | $56,810 |
| Immigration Examinations Fee Account | - | - | - | - | | $112,287 | | $112,287 |
| Immigration Enforcement Account | - | - | - | - | | $200 | - | $200 |
| **Total Mandatory/Fees** | **332** | **$318,000** | **376** | **$319,800** | **376** | **$489,097** | **-** | **$169,297** |
| **Total Budget Authority** | **20,080** | **$7,905,712** | **20,912** | **$8,399,871** | **22,176** | **$10,416,160** | **1,264** | **$2,016,289** |
| Less: Rescissions to Prior Year Balances | - | $815 | - | 8,999 | - | - | - | ($8,999) |
| **Total** | **20,080** | **$7,904,897** | **20,912** | **$8,390,872** | **22,176** | **$10,416,160** | **1,264** | **$2,025,288** |

31

Exhibit 6 - 040

U.S. Immigration and Customs Enforcement

## FY 2021 Highlights

**Staffing Increase**..............................................................................................**$543.6M, 1,264 FTE**

The FY 2021 President's Budget includes $543.6M, 1,264 FTE, and 4,636 FTP (2,844 Law Enforcement Officers (LEOs) and 1,792 non-LEOs) to expand immigration enforcement and investigative capacity to better fulfill ICE's core mission objectives. The request includes:



*ICE law enforcement officers enforce our Nation's immigration laws by identifying and arresting removable aliens.*

- 2,095 LEOs and 697 non-LEOs for ERO to expand ICE's investigative reach to cover the estimated 558,863 fugitive aliens currently at large in the United States. The additional ERO LEOs and support staff will enable ICE to add staff in necessary and appropriate geographic areas to continue to right size oversight of detention facilities and the non-detained docket.
- 749 HSI criminal investigators (CIs) and 305 support staff positions. The CIs and support staff will serve as a force multiplier; Special Agents can cover 24 percent more cases with investigative support and produce more criminal arrests. 161 CIs and 62 support staff will help manage the increased workload at the Southwest Border as a result of the pending increase in both CBP SWB staffing and non-intrusive inspection technology investment.
- 421 OPLA attorneys and 122 support staff positions to address the backlog of immigration removal cases and keep pace with the growth of immigration judges.
- 247 positions for M&A staff to provide the support services for ICE LEOs to operate successfully and safely. 62 additional personnel in OPR will support inspections, personnel security operations, physical access control systems modernization, and special security operations.

**Increase to 60,000 ADP**.......................................................................................**$710.4M, 0 FTE**

The FY 2021 President's Budget Submission supports an ADP level of 60,000 (55,000 adult and 5,000 family). Of the requested adult beds, 52,372 will be funded from discretionary appropriations and 2,628 will be funded via mandatory fees. An increase in detention capacity is critical to supporting ICE's ability to apprehend, detain, and remove aliens.

**Critical Repairs and Replacements**.....................................................................**$21.5M, 0 FTE**

The FY 2021 President's Budget includes funds for critical repair requirements at the El Paso, Krome, and Honolulu Service Processing Centers (SPCs). These ICE-owned and operated facilities are a crucial part of ICE's infrastructure supporting Southwest Border (SWB) apprehensions. The SPCs require critical upgrades to remain operationally viable for custody operations requirements and support functions.

**HSI Tactical Communications (TACCOM) Site Expansion**................................**$7.3M, 0 FTE**

The TACCOM investment provides ICE officers and agents with reliable and secure communications, improved and expanded radio coverage, increased system capacity, and enhanced interoperability across law enforcement agencies, and additional capabilities while delivering 24/7 availability and priority access for ICE LEOs. In FY 2021, $7.3M in funds will upgrade two core/hubs in Orlando, FL and Chandler, AZ and provide maintenance for the Puerto Rico and Virgin Islands sites.

**Exhibit 6 - 041**

U.S. Immigration and Customs Enforcement

**Migrant Protection Protocol (MPP)** .................................................................. **$126.0M, 0 FTE**

MPP allows certain foreign individuals entering or seeking admission to the U.S. from the Mexican Border (illegally or without proper documentation) to be returned to Mexico to wait outside of the U.S. for the duration of their immigration proceeding. Hearings are held at newly constructed Immigration Hearing Facilities (IHF) along the Southwest Border and at existing non-detained court locations. Of this request, $111.0M will support recurring operations at IHFs, while $15.0M will support the transportation of migrants (adults & families) from points of entry (POE) to IHFs and other designated locations. MPP helps to restore a safe and orderly immigration process, decreases the number of those taking advantage of the immigration system, and offers protections to vulnerable populations.

**Office of Human Capital (OHC) Investments** .................................................... **$12.9M, 20 FTE**

The FY 2021 Request includes funding for mission-critical program enhancements in the Office of Human Capital (OHC). Funding supports new childcare and dependent care subsidies under the Employee Assistance Program, the development of a robust Recruitment and Retention program, and $5.0M to scale up ICE's tuition reimbursement program. Additionally, $2.0M is provided for the integration of disparate human capital systems (HRMS) and the modernization of the current position data system, Table of Organization Position System (TOPS). Improvements to these systems increases the speed and capacity of ICE's hiring pipeline and improves over all data quality and integrity. OHC's ability to recruit, hire, and retain is critical to ICE's ability to execute its mission and provide the support services for ICE LEOs to operate successfully and safely.

**Technical Intercepts Exploitation** ...................................................................... **$15.5M, 0 FTE**

The Title III (TIII) wiretap program gives HSI the capability to intercept non-consensual oral, wire, and electronic communications to target transnational criminal activities, gather evidence for ongoing complex criminal investigations, and support the neutralization and elimination of threats to U.S. national security and public safety. Funding is requested to increase TIII investigative resources, thereby enhancing the ability of HSI to target, investigate, disrupt, and dismantle transnational criminal organizations.

**Varick Street** .......................................................................................................... **$42.2M, 0 FTE**

The FY 2021 President's Budget provides funding for the design, construction, and renovation of space in the Varick Street Federal Building in New York, NY to allow for the consolidation of HSI's NY office into Federally owned space.

Exhibit 6 - 042

# TRANSPORTATION SECURITY ADMINISTRATION

## Description

The Transportation Security Administration (TSA) was established by the Aviation and Transportation Security Act to provide security for the Nation's transportation system. TSA is an intelligence-driven, national security organization that combines the skill of its workforce, evolving security procedures, and technology to optimize resource utilization and mission effectiveness. TSA employs risk-based security principles to actively combat evolving threats to critical transportation infrastructure. TSA focuses its efforts on its three strategic priorities of 1) Improve Security and Safeguard the Transportation System, 2) Accelerate Action and 3) Commit to Our People.

---

*__At a Glance__*

*Senior Leadership:*
*David P. Pekoske, Administrator*

*Established: 2001*

*Major Divisions: Security Operations, Law Enforcement/Federal Air Marshal Service, Operations Support, Enterprise Support*

| | |
|---|---|
| ***New Budget Authority:*** | ***$8,241,792,000*** |
| *Gross Discretionary:* | *$7,986,292,000* |
| *Mandatory, Fees* | |
| *& Trust Fund:* | *$255,500,000* |
| *Employees (FTE):* | *55,314* |

---

## Responsibilities

The Nation's transportation systems are inherently open environments. TSA's mission is to protect these systems to ensure the free and secure movement of people and commerce. In close collaboration with partners and stakeholders, TSA pursues its mission with integrity, respect, and commitment. TSA's specific responsibilities include the following:

- Ensuring effective screening of all air passengers, baggage, and cargo on passenger aircraft and all cargo on cargo-only aircraft.
- Detect, deter, and defeat hostile acts targeting air carriers, airports, passengers, and crew through deployment of the Federal Air Marshal Service (FAMS) internationally and domestically.
- Working with international partners to elevate transportation security standards globally.
- Managing security risks of surface transportation systems by working with public and private sector owners and operators.



*A TSA Officer greets a passenger at a terminal checkpoint.*

Exhibit 6 - 043

Transportation Security Administration

U.S. transportation systems accommodate approximately 965 million domestic and international aviation passengers per year; over 5.3 billion passengers traveling on both transit and over-the-road buses each year; more than 10.1 billion passenger trips on mass transit per year; 26 million students daily on school buses; nearly 900,000 chemical shipments every day on trucks; approximately 126,000 miles of railroad tracks; 4.2 million miles of highway; 615,000 highway bridges; 473 road tunnels; and nearly 2.5 million miles of pipeline.

## Service to the Public

TSA is committed to the highest level of security for the United States across all modes of transportation. The Nation's economy depends on the implementation of transportation security measures that provide effective security against threats and ensure an efficient flow of people and commerce. Public trust and confidence in the security of the Nation's transportation systems supports the continued success and growth of the Nation's economy, as well as the safe passage of the traveling public.

---

### *TSA Social Media Outlets*

**Twitter:** The TSA Twitter account @TSA provides updates concerning national TSA related information.

**TSA Blog:** TSA Blog (https://blog.tsa.gov/) facilitates an ongoing dialogue on innovations in security, technology, and the checkpoint screening process.

**Instagram:** The @TSA Instagram account features pictures of TSA and travel-related images.

**APPS:** The My TSA app (available on iTunes & Google play) provides passengers with 24/7 access to the most commonly requested TSA information on their mobile device.

**Mobile Web Sites:** MyTSA (https://www.tsa.gov/mobile) is the Mobile Web version of the MyTSA application.

**Online Subscription Services:** TSA's RSS and News Feeds are XML-based format for sharing and distributing Web content. Individuals who sign up receive notifications for updates and newly posted items such as press releases or new content posted to tsa.gov.

**YouTube:** The Transportation Security Administration YouTube Channel features videos that support the agency's mission to protect the Nation's transportation systems to ensure freedom of movement for people and commerce.

---

Exhibit 6 - 044

Transportation Security Administration

### FY 2019 Accomplishments

- Screened approximately 839 million aviation passengers – with a peak volume of 2.8 million passengers in one day, 1.9 billion carry-on items, and more than 510 million checked bags.

- Successfully managed a 4.3 percent increase in checkpoint volume, an average increase of 95,764 passengers per day. This was possible through a combination of additional Transportation Security Officers (TSOs), efficiencies gained through technologies and processes, and increased numbers of people enrolled in trusted traveler programs.

- Vetted over 980 million airline passengers.

- Enrolled over 2.1 million new individuals in the TSA PreCheck Application Program and processed approximately 590,000 renewals.

- Implemented the first phase of TSO Career Progression, which ties the completion of skill and training milestones to increases in compensation and provides incentives for assuming leadership duties through peer-to-peer coaching.



- Established a Canine Handler ready pool that cut the time-to-hire for the Canine Handler position in half, from 22 weeks to 11 weeks.

- Evaluated 1,032 canine teams and trained 326 new canines. Decreased hiring lags and anticipating attrition to ensure the deployment of 422 Passenger Screening Canine Teams.

*An Explosives Detection Canine Team patrols a terminal checkpoint for potential security threats.*

- Installed Homemade Explosives (HME) detection algorithms on 550 Explosives Detection Systems (EDS) at 147 airports, and activated HME algorithms on 208 of those EDS at 94 airports.

- Deployed 2,073 Explosive Trace Detection (ETD) systems at 363 airports to support an upgrade in detection capability, which replaced 2,064 obsolete units that have been removed from the field.

- Procured 505 Credential Authentication Technology (CAT) units and 300 Computed Tomography units to improve checkpoint security and reduce risk to the aviation system.

- Implemented a new deployment Concept of Operations (CONOPS) that ensures FAMS teams are deployed on flights with passengers that present the highest risk to transportation. The new strategy resulted in significant increases of FAMS deployments on high risk missions and increases in TSA's ability to mitigate risk in the aviation domain.

Exhibit 6 - 045

Transportation Security Administration

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 55,341 | $4,740,079 | 56,159 | $4,850,565 | 54,963 | $4,030,756 | (1,196) | ($819,809) |
| Procurement, Construction, and Improvements | - | $169,789 | - | $110,100 | - | $33,385 | - | ($76,715) |
| Research and Development | - | $20,594 | - | $22,902 | - | $29,524 | - | $6,622 |
| **Net Discretionary** | **55,341** | **$4,930,462** | **56,159** | **$4,983,567** | **54,963** | **$4,093,665** | **(1,196)** | **($889,902)** |
| Offsetting Collections | 249 | $2,904,685 | 249 | $3,061,714 | 332 | $3,892,627 | 83 | $830,913 |
| **Gross Discretionary** | **55,590** | **$7,835,147** | **56,408** | **$8,045,281** | **55,295** | **$7,986,292** | **(1,113)** | **($58,989)** |
| Operations and Support | 17 | $5,200 | 17 | $5,200 | 19 | $5,500 | 2 | $300 |
| Procurement, Construction, and Improvements | - | $250,000 | - | $250,000 | - | $250,000 | - | - |
| **Total Mandatory/Fees** | **17** | **$255,200** | **17** | **$255,200** | **19** | **$255,500** | **2** | **$300** |
| **Total Budget Authority** | **55,607** | **$8,090,347** | **56,425** | **$8,300,481** | **55,314** | **$8,241,792** | **(1,111)** | **($58,689)** |
| Less: Rescissions to Prior Year Balances | - | $36,544 | - | $48,143 | - | - | - | ($48,143) |
| **Total** | **55,607** | **$8,053,803** | **56,425** | **$8,252,338** | **55,314** | **$8,241,792** | **(1,111)** | **($10,546)** |

## FY 2021 Highlights

The FY 2021 President's Budget focuses on preserving frontline operations, transitioning to new technologies while continuing to maintain current screening equipment, consolidating TSA headquarters, and creating efficiencies to optimize limited resources.

**Transportation Security Officers** .................................................................... **$3.5B, 45,384 FTE**

The FY 2021 President's Budget includes funding for 45,384 TSO FTEs and 47,596 positions. The FY 2021 President's Budget begins a comprehensive strategy to attract, build, and inspire the TSO workforce through annual pay increases and increased salary initiatives for high preforming TSOs with alarm resolution experience. The TSO workforce upholds security effectiveness and compliance, keeps screening times on pace with volume growth, and stays ahead of increasing costs and security demands at airports nationwide.

**Checkpoint Property Screening System (CPSS)** ................................................. **$28.9M, 0 FTE**

The most impactful property screening technology available today is Computed Tomography (CT) Screening, as it can automate threat detection while enhancing security effectiveness. CT systems offer an enhanced imaging platform compared to legacy Advanced Technology (AT) X-ray systems that can be upgraded to automatically detect a broader range of threats. At checkpoints, CTs more effectively detect smaller and more artfully concealed threats, thereby

Exhibit 6 - 046

Transportation Security Administration

increasing TSA's overall security effectiveness while enabling passengers to leave electronics in their carry-on bags. The FY 2021 President's Budget includes $28.9M of PC&I funding to support the procurement of approximately 30 full-size CT units.

## FY 2021 Major Decreases

**Cease Staffing at Exit Lanes** ........................................................................ **($83.5M, 1,090 FTE)**

The FY 2021 President's Budget proposes transitioning access control at exit lanes to the airport authorities/commercial airports, which will result in a savings of $83.5M and 1,090 FTE. Staffing exit lanes is not a screening function, but rather falls under the purview of access control, as Airport operators manage access to the secure area of airports and the physical infrastructure to ensure that the secure area is not breached by unscreened individuals. In 2013, the Bipartisan Budget Act required TSA to continue its responsibilities for those exit lanes staffed as of December 1, 2013. The Legislative proposal will be provided to Congress and TSA will work with airports to integrate exit lane security into their perimeter security plans. This proposal will enable TSA to focus its resources on screening functions and risk-based security measures.

**Eliminate Visible Intermodal Prevention and Response (VIPR) Teams** ... **($58.8M, 347 FTE)**

TSA's VIPR teams conduct risk-based, periodic random deployments in various modes of transportation. TSA personnel participating in VIPR operations include FAMs, TSOs, and Canine Teams. The FY 2021 President's Budget eliminates the VIPR program as state and local law enforcement also perform this function and are encouraged to increase their presence at all transportation modes.

**Reduction to Retention Incentives** ...................................................................... **($46.4M, 0 FTE)**

The FY 2021 President's Budget includes a reduction of $46.4M to retention incentives offered to TSOs. TSA provides retention incentives at locations that experience challenges with recruiting and retaining TSOs due to the inability to compete with the open market. It is anticipated that with TSA's comprehensive pay strategy to Attract, Build, and Inspire the TSO workforce through merit-based initiatives such as Service Pay and Career Progression, the reliance on retention incentives will be diminished.

## FY 2021 Other Adjustments

**Passenger Fee Increase** ........................................................................................ **$617.6M, 0 FTE**

TSA's FY 2021 President's Budget proposes to increase offsetting revenue collections through an increase to the Aviation Passenger Security Fee of one dollar, from $5.60 to $6.60 per one-way trip. This fee is assessed upon air transportation passengers on flights originating at airports in the United States.

Exhibit 6 - 047

# U.S. COAST GUARD

## Description

Since 1790, the Coast Guard has safeguarded the American people and promoted national security, border security, and economic prosperity in a complex and evolving maritime environment. The Coast Guard saves those in peril and protects the Nation from all maritime threats.

## Responsibilities

As a branch of the U.S. Armed Forces, a law enforcement organization, a regulatory agency, a member of the U.S. Intelligence Community, and a first responder, the Coast Guard employs a unique mix of authorities, broad jurisdiction, flexible operational capabilities, and a network of partnerships. The Coast Guard is the principal Federal agency responsible for maritime safety, security, and environmental stewardship in U.S. ports and inland waterways, along more than 95,000 miles of U.S. coastline, throughout the 4.5 million square miles of U.S. Exclusive Economic Zone (EEZ), and on the high seas.

| *At a Glance* | |
| --- | --- |
| *Senior Leadership:* | |
| *Admiral Karl L. Schultz, Commandant* | |
| *Established: 1790 (as the Revenue Cutter Service; named U.S. Coast Guard in 1915)* | |
| *Mission Programs: Maritime Law Enforcement; Maritime Response; Maritime Prevention; Maritime Transportation System Management; Maritime Security Operations; Defense Operations* | |
| ***New Budget Authority:*** | ***$12,331,137,000*** |
| *Net Discretionary:* | *$10,235,894,000* |
| *Offsetting Collections:* | *$4,000,000* |
| *Mandatory, Fees & Trust Funds:* | *$2,091,243,000* |
| *Civilian (FTE):* | *8,238* |
| *Military (FTE):* | *41,618* |
| *Additional Personnel:* | |
| *Military Selected Reserve:* | *7,000* |
| *Auxiliary:* | *25,000* |

In addition, the Coast Guard manages six major operational mission programs: Marine Transportation System Management, Maritime Law Enforcement, Maritime Response, Maritime Prevention, Maritime Security Operations, and Defense Operations.

The Marine Transportation System Management mission program seeks to ensure a safe, secure, and environmentally sound waterways system. The Coast Guard works in concert with other Federal, State, local, tribal, and territorial agencies, the marine industry, maritime associations, and the international community to safeguard the efficient movement of $5.4 trillion in annual economic activity and 30.8 million jobs across the Nation's Marine Transportation System.



*Crew members from Aids to Navigation Team Astoria service a foghorn at the end of the Tillamook River North Jetty near Garibaldi, OR.*

The Maritime Law Enforcement mission program seeks to protect America's maritime borders, defend the Nation's maritime sovereignty, facilitate legitimate use of the waterways, and suppress violations of U.S. Federal law on, under, and over the seas to include illegal migration and Transnational Organized Crime.

Exhibit 6 - 048

U.S. Coast Guard



*A crew member from the Coast Guard Cutter BERTHOLF stands watch over more than 18,000 pounds of cocaine, with a street value of $312M, seized while patrolling international waters of the Eastern Pacific.*

The Maritime Response mission program seeks to mitigate the consequences of marine casualties and disastrous events. The Coast Guard is the Nation's premiere maritime first responder, minimizing loss of life and property by searching for and rescuing persons in distress. The Coast Guard is an agile, adaptive force capable of rapidly mobilizing to provide an immediate and reliable response to maritime incidents in coordination with, and in support of, Federal, State, local, territorial, and tribal agencies, as well as private sector partners.

The Maritime Prevention mission program seeks to prevent marine casualties and property losses, minimize security risks, and protect the marine environment. The Coast Guard does so by developing and enforcing Federal regulations, conducting safety and security inspections, and analyzing port security risk assessments nationwide.

The Maritime Security Operations mission program encompasses activities to detect, deter, prevent, and disrupt terrorist attacks, and other criminal acts in the U.S. maritime domain. It includes antiterrorism, response, and select recovery operations. This mission performs the operational element of the Coast Guard's Ports, Waterways, and Coastal Security mission and complements our Maritime Response and Prevention efforts.



*Coast Guard Cutters KIMBALL and MIDGETT, the Service's seventh and eighth National Security Cutters, off Diamond Head, HI, joined by a Coast Guard C-130 before the dual-commissioning ceremony at their new homeport of Honolulu, HI.*

The Defense Operations mission program exercises the Coast Guard's unique authorities and capabilities to support the National Defense Strategy. The Coast Guard is deployed daily around the globe in support of Combatant Commanders to protect the security of our Nation far from U.S. soil.

## Service to the Public

The Coast Guard is on the front lines of our Nation's effort to protect the American people, the homeland, and our way of life. As challenges to our national security and global influence grow more complex, the need for a ready, relevant, and responsive Coast Guard has never been greater. By confronting threats to the homeland wherever they emerge – from the Arctic to the Arabian Gulf – the Coast Guard prevents terrorism, secures our borders, saves lives, and reduces the physical and cyber security risks faced by the Nation. Throughout its long and proud history, the Coast Guard has adapted its assets and people and leveraged its unique authorities and capabilities to meet emerging national demands and international challenges, maintaining a legacy as the world's best Coast Guard. Today, the Coast Guard remains locally based, nationally responsive, globally impactful, and Semper Paratus – "Always Ready."

Exhibit 6 - 049

U.S. Coast Guard

**FY 2019 Accomplishments**

- Responded to 15,257 search and rescue cases; assisted 19,986 people, saved 4,335 lives, and protected more than $41.6M in property from loss; saved an additional 407 lives during Hurricane Dorian response efforts.

- Through fortified alliances in the Western Hemisphere, removed over 458,000 pounds of cocaine and over 63,000 pounds of marijuana worth an estimated $6.2B in wholesale value; detained 611 suspected smugglers for prosecution.

- Operated patrol boats and boarding teams to meet U.S. Central Command security cooperation, maritime security, and counter-piracy objectives; deployed specialized forces for a U.S. Indo-Pacific Command international security mission; deployed the Nation's only Heavy and Medium Polar Icebreakers to further U.S. geopolitical, security, and economic interests in the Polar Regions; deployed Coast Guard Port Security Units in support of the Department of Defense to prevent directed terrorist operations against key U.S. objectives in Guantanamo Bay, Cuba.

- Responded to nearly 9,400 pollution incident reports; deployed the National Strike Force for two natural disasters, one National Special Security Event, and eight oil or hazardous substance incidents.

- Conducted nearly 24,000 vessel inspections and examinations; completed over 8,700 Port State Control exams of foreign vessels, resulting in 106 operational controls reported to the International Maritime Organization.

- Conducted 4,200 small vessel security boardings in or around U.S. ports, waterways, and coastal regions; and conducted 569 security boardings of high-interest vessels.

- Completed over 5,500 security inspections at Maritime Transportation Security Act regulated facilities.

- Protected 4.5 million square miles of the U.S. EEZ to suppress illegal foreign fishing, detected 185 incursions, and interdicted 119 vessels; boarded over 7,000 U.S. vessels to enforce domestic fishing laws and cited 148 significant fisheries violations.

- Performed maintenance on over 16,500 Aids to Navigation (ATON) throughout the Marine Transportation System and responded to more than 6,400 ATON discrepancies.

- Conducted over 6,700 hours of domestic icebreaking to support the movement of over $1.0B of cargo through ice-impeded waters of the Great Lakes and Eastern Seaboard.

- Conducted more than 6,200 incident investigations, and partnered with the National Transportation Safety Board in the investigation of 48 major marine casualties or marine casualties involving public vessels.

- Interdicted over 6,100 undocumented migrants at sea, and repatriated 3,663 Haitian, 2,118 Dominican, 439 Mexican, and 483 Cuban migrants.

- Continued to promote cybersecurity in the maritime domain; worked with private sector partners to align and promulgate cyber best practices for maritime industries.

- Deployed Coast Guard air and surface assets to the Arctic to promote safety, security, and sovereignty during the rapid rise in human activity due to opening Arctic waters.

Exhibit 6 - 050

U.S. Coast Guard

## BUDGET REQUEST

*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 48,791 | $7,643,201 | 49,393 | $7,991,253 | 49,837 | $8,377,740 | 444 | $386,487 |
| Procurement, Construction, and Improvements | - | $2,248,260 | - | $1,772,506 | - | $1,637,091 | - | ($135,415) |
| Research and Development | - | $20,256 | - | $4,949 | - | $5,276 | - | $327 |
| Medicare-Eligible Retiree Health Care Fund Contribution | - | $199,360 | - | $205,107 | - | $215,787 | - | $10,680 |
| **Net Discretionary** | **48,791** | **$10,111,077** | **49,393** | **$9,973,815** | **49,837** | **$10,235,894** | **444** | **$262,079** |
| Overseas Contingency Operations | - | $165,000 | - | $190,000 | - | - | - | ($190,000) |
| Offsetting Collections | - | - | - | - | - | $4,000 | - | $4,000 |
| **Gross Discretionary** | **48,791** | **$10,276,077** | **49,393** | **$10,163,815** | **49,837** | **$10,239,894** | **444** | **$76,079** |
| Retired Pay | - | $1,739,844 | - | $1,802,309 | - | $1,869,704 | - | $67,395 |
| Boat Safety | 19 | $117,261 | 19 | $118,882 | 19 | $118,002 | - | ($880) |
| Maritime Oil Spill Program | - | $101,000 | - | $101,000 | - | $101,000 | - | - |
| Funds | - | $2,864 | - | $2,864 | - | $2,537 | - | ($327) |
| **Total Mandatory/Fees** | **19** | **$1,960,969** | **19** | **$2,025,055** | **19** | **$2,091,243** | **-** | **$66,188** |
| **Total Budget Authority** | **48,810** | **$12,237,046** | **49,412** | **$12,188,870** | **49,856** | **$12,331,137** | **444** | **$142,267** |
| Less: Rescissions to Prior Year Balances | - | $32,240 | - | $5,069 | - | $70,000 | - | $64,931 |
| **Total** | **48,810** | **$12,204,806** | **49,412** | **$12,183,801** | **49,856** | **$12,261,137** | **444** | **$77,336** |

Exhibit 6 - 051

## FY 2021 Highlights

**Polar Security Cutter (PSC)** ...................................................................**$555.0M, 0 FTE**

Supports PSC program management and fully funds the construction of PSC #2. This acquisition recapitalizes the Coast Guard's heavy polar icebreaker fleet to support national interests in the Polar Regions and provide assured surface presence in those ice-impacted waters.

**Offshore Patrol Cutter (OPC)** ...............................................................**$546.0M, 0 FTE**

Provides for construction of OPC #3 and Long Lead Time Materials for OPC #4. The OPC will replace the Coast Guard's fleet of Medium Endurance Cutter classes that conduct missions on the high seas and coastal approaches.

**Polar Sustainment** .......................................................................................**$15.0M, 0 FTE**

Provides for a multi-year Service Life Extension Project for POLAR STAR, the Nation's only operational heavy icebreaker and only organic capability to assure year-round access to the Polar Regions to support national interests.

**Fast Response Cutter (FRC)** ...................................................................**$20.0M, 0 FTE**

Funds program management, post-delivery activity, government furnished equipment and technical support for the continued acquisition of FRCs to replace the Coast Guard's fleet of 110-foot Island Class patrol boats, enhancing the Service's ability to conduct search and rescue operations, enforce border security, interdict drugs, uphold immigration laws, prevent terrorism, and enhance resiliency to disasters

**Medium Range Surveillance Aircraft** ....................................................**$78.0M, 0 FTE**

Supports missionization of HC-27J aircraft and continued Minotaur mission system retrofits on the existing HC-144 fleet, including sensor upgrades.

**Rotary-Wing Aircraft** .................................................................................**$65.0M, 0 FTE**

Continues modernization and sustainment of the Coast Guard's MH-65 and MH-60T helicopter fleets. The MH-65 modernization effort includes reliability and sustainability improvements where obsolete components are replaced with modernized sub-systems, including an integrated cockpit and sensor suite. The MH-60T sustainment program will extend the service life of MH-60T helicopters to the mid-2030s to align the Coast Guard's recapitalization of these airframes with Department of Defense Future Vertical Lift acquisitions.

**C4ISR, IT, and Cyber Systems** ...............................................................**$31.8M, 0 FTE**

Supports continued build-out of Command, Control, Communications, Computers, Intelligence, Surveillance, and Reconnaissance (C4ISR) systems and emerging Cyber and Enterprise Mission Platform projects.

**Shore Infrastructure** .................................................................................**$149.7M, 0 FTE**

Provides for Coast Guard shore facility infrastructure, including recapitalization, modification, upgrades, new construction, and land acquisition associated with the homeporting of new assets and the execution of Coast Guard operations. Includes projects to support air operations in the National Capital Region and Clearwater, FL; shoreside facility upgrades in Buffalo, NY and Philadelphia, PA; and construction of housing in Perry, ME. Also includes projects to support the homeporting of PSC #1 in Seattle, WA, and National Security Cutter (NSC) #11 in

Exhibit 6 - 052

U.S. Coast Guard

Charleston, SC.

**Military Pay and Personnel Allowances** ............................................................. **$115.9M, 0 FTE**

Maintains parity with the Department of Defense (DOD) for military pay, allowances, and health care, and for civilian retirement contributions, including a 3.0 percent military pay raise in FY 2021. As a branch of the Armed Forces of the United States, the Coast Guard is subject to the provisions of the National Defense Authorization Act, which include pay and personnel benefits for the military workforce.

**Mission Ready Total Workforce** .......................................................................... **$15.1M, 54 FTE**

Increases funding to support Diversity and Inclusion initiatives, training and retention in critical areas of expertise, and support to the active duty and reserve workforce. Continues the Coast Guard's transition to electronic health records (EHR).

**IT Infrastructure Readiness** .................................................................................. **$32.4M, 3 FTE**

Provides funding to recapitalize antiquated workstations, servers, and other network hardware by placing them on a fixed cycle. Funds an increase in the bandwidth, reliability, and coverage area for the Coast Guard's surface fleet. Sustains programs that leverage mobile technology for the Coast Guard workforce.

**Operations and Maintenance of New Assets** ..................................................... **$84.3M, 92 FTE**

Increases funding for operations and maintenance of shore facilities and provides sustainment funding for new cutters, boats, aircraft, and associated C4ISR subsystems delivered through acquisition efforts. These funds include support for two FRCs, NSC #9, a portion of the crew of OPC #1, and the transition of Air Station Borinquen, Puerto Rico from MH-65 to MH-60 helicopters.

**Cybersecurity** ...................................................................................................... **$32.7M, 87 FTE**

Supports initial operating capability for cyber enabling operations by establishing a Cyber Mission Team (CMT) and Cyber Support Team (CST). Establishes a second Cyber Protection Team (CPT) and provides cyber specialists at critical ports of entry to facilitate prevention, response, and resiliency for cyber incidents in the Marine Transportation System. Improves the Coast Guard's ability to defend its enterprise systems and builds organic cyber training capability.

**Enduring Overseas Operations** ......................................................................... **$215.0M, 277 FTE**

Incorporates activities historically funded by Overseas Contingency Operations / Global War On Terror into the Coast Guard's Operations and Support base. The Coast Guard will continue to provide operational support to the DOD for Overseas Contingency Operations via deployed patrol vessels, law enforcement teams, and maritime counter-terrorism security operations. Investments in FY 2021 enhance the Coast Guard's ability to support DOD by continuing the transition of Patrol Forces Southwest Asia from Island Class Patrol Boats to Sentinel Class Fast Response Cutters that began in FY 2020.

Exhibit 6 - 053

U.S. Coast Guard

---

## FY 2021 Major Decreases

**Asset Decommissionings and Retirements**.................................................... **($35.5M, 359 FTE)**

Reflects the removal from service of old assets, including two 378-foot High Endurance Cutter (WHEC), two 110-foot Patrol Boats (WPB), and eight 87-foot Marine Protector Class Coastal Patrol Boats (CPB), as new acquisitions become operational.

**Management Efficiencies**................................................................................ **($29.9M, 29 FTE)**

Removes redundancies and professional service contracts within the Coast Guard enterprise. Eliminates annual lease cost with the consolidation of personnel from a leased facility in Oakland, CA to the government owned Base Alameda, CA. Establishes an Integrated Disability Evaluation System (IDES) to streamline the Coast Guard's disability evaluation and medical discharge request process.

**Mission Support Efficiencies**......................................................................... **($13.0M, 93 FTE)**

Promotes efficiencies to service delivery and sustainment of the Coast Guard's fleet of boats and its execution of logistics compliance. Repurposes resources to develop an organic C4IT support structure previously provided by contractors.

Exhibit 6 - 054

# UNITED STATES SECRET SERVICE

## Description

The U.S. Secret Service carries out a unique, integrated mission of protection and investigations. Secret Service's mission is to ensure the safety of the President, the Vice President, their families, the White House, the Vice President's Residence, national and visiting world leaders, former United States Presidents and their spouses, and events of national significance. Secret Service also protects the integrity of our currency and investigates crimes against our national financial system committed by criminals around the world and in cyberspace.

> ### At a Glance
>
> *Senior Leadership:*
> *James M. Murray*
>
> *Established: 1865*
>
> *Major Divisions: Office of the Chief Information Officer; Office of Investigations; Office of Protective Operations; Office of Technical Development and Mission Support; Office of Training*
>
> | | |
> |---|---|
> | **New Budget Authority:** | **$0** |
> | *Discretionary Request:* | *$0* |
> | *Mandatory Request:* | *$0* |
> | *Employees (FTE):* | *0* |

The U.S. Secret Service was established in 1865 within the Department of the Treasury to combat then-widespread counterfeiting of U.S. currency, and remains the sole office charged with the protection of U.S. currency. The Homeland Security Act of 2002 transferred the Secret Service and 21 other Federal agencies into the newly created Department of Homeland Security to better protect the Nation from terrorism and other threats to U.S. safety and security. Technological advancements in recent decades, such as cryptocurrencies and the increasing interconnectedness of the international financial marketplace, have resulted in more complex criminal organizations and revealed stronger links between financial and electronic crimes and the financing of terrorists and rogue state actors.

The Budget proposes to return the Secret Service to Treasury to create new efficiencies in the investigation of these crimes and prepare the Nation to face the threats of tomorrow.

## Responsibilities

As one of the Nation's oldest federal law enforcement agencies, Secret Service performs a one-of-a-kind role in the United States Government. Secret Service: (1) protects the President, the Vice President, their immediate families, visiting heads of state and government, and other designated individuals; (2) coordinates the security at designated National Special Security Events (NSSE); (3) investigates threats against the President, the Vice President, and other designated individuals; (4) enforces laws related to counterfeiting of obligations and securities of the United States, and financial crimes, including identity theft and computer fraud; and (5) protects the White House Complex, the Vice-President's Residence, foreign diplomatic missions, and other designated buildings. To accomplish this mission, Secret Service undertakes operations in the areas of protection, protective intelligence, and criminal investigations.

**Exhibit 6 - 055**

To achieve its mission, Secret Service relies on the recruitment, specialized training, and retention of highly capable individuals to serve as Special Agents (SAs), Uniformed Division (UD) Officers, and administrative, professional, and technical (APT) support personnel. The mission is enhanced through the deployment of state-of-the-art protective countermeasures, joint training with mission partners, and relationships with State and local law enforcement to successfully execute protective security operations that prevent, deter, mitigate, and decisively respond to a myriad of threats.



*Secret Service at Rice University, Houston, Texas job fair.*

### Service to the Public

Secret Service investigations continue to safeguard the financial systems of the United States, which include enforcing counterfeiting laws and protecting communities across the country from the damages inflicted by financial crimes and cybercrimes. Similar to the agency's approach to protection, Secret Service's investigative methodology is proactive and integrates advanced technologies with partners across the public and private sectors in specialized task forces throughout the country and around the world. Computer experts, forensic specialists, and intelligence analysts provide rapid responses and critical information to support infrastructure protection and criminal investigations. Through the National Computer Forensics Institute (NCFI), Secret Service provided training, equipment, and software to State and local law enforcement. In FY 2019, this training enabled partners to conduct over 68,000 computer forensics exams, including over 13,000 exams related to missing or exploited children, 4,400 exams in murder cases, more than 8,300 exams involving drug related offenses, and over 2,000 exams in fraud/embezzlement/computer crime investigations.

### FY 2019 Accomplishments

- Coordinated comprehensive security plans for three NSSEs: the State of the Union address, the United Nations General Assembly, and the State Funeral of Former President George H.W. Bush.

- Conducted protective advances for over 6,495 visits and traveled overseas with protectees during 395 foreign visits.



- Screened more than 2.5M people at 605 protective venues – a 39 percent increase in screenings over FY 2018.

- Conducted 288 Critical Systems Protection (CSP) advances at protectee venues ensuring failsafe security controls on networks, information systems, and critical infrastructure.

*K9 Team clears the Nationals' locker room prior to the President attending the World Series at Nationals Stadium, Washington, DC.*

Exhibit 6 - 056

U.S. Secret Service

- Seized $368.0M in counterfeit U.S. currency domestically and overseas prior to entering circulation as a result of investigations with domestic and international partners, an 81 percent increase from FY 2018 ($203.3M).

- Closed 1,718 Cyber Financial Crime cases, an increase of 160 percent from FY 2018. Also realized an increase of 18 percent in Cyber Financial Crime cases opened. Cyber Financial Potential Losses Prevented increased by 36 percent ($5.2B to $7.1B) compared to the previous fiscal year.

- Trained 1,948 local law enforcement investigators, prosecutors, and judges in cybercrime investigations, data recovery techniques, and legal standards regarding digital evidence for courtroom proceedings through over 125,000 hours of training conducted at NCFI.

- Reached 20,265 peers (225 percent increase from FY 2018) with 111 National Threat Assessment Center (NTAC) briefs (76 percent increase from FY 2018). NTAC trained 844 agency personnel in 56 sessions.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 7,359 | $2,148,528 | 7,647 | $2,336,401 | - | - | (7,647) | ($2,336,401) |
| Procurement, Construction, and Improvements | - | $97,131 | - | $66,989 | - | - | - | ($66,989) |
| Research and Development | - | $2,500 | - | $12,455 | - | - | - | ($12,455) |
| **Net Discretionary** | **7,359** | **$2,248,159** | **7,647** | **$2,415,845** | **-** | **-** | **(7,647)** | **($2,415,845)** |
| **Gross Discretionary** | **7,359** | **$2,248,159** | **7,647** | **$2,415,845** | **-** | **-** | **(7,647)** | **($2,415,845)** |
| Contribution for Annuity Accounts | - | $265,000 | - | $265,000 | - | - | - | ($265,000) |
| **Total Mandatory/Fees** | **-** | **$265,000** | **-** | **$265,000** | **-** | **-** | **-** | **($265,000)** |
| **Total Budget Authority** | **7,359** | **$2,513,159** | **7,647** | **$2,680,845** | **-** | **-** | **(7,647)** | **($2,680,845)** |
| Less: Rescissions to Prior Year Balances | - | $5,673 | - | $695 | - | - | - | ($695) |
| **Total** | **7,359** | **$2,507,486** | **7,647** | **$2,680,150** | **-** | **-** | **(7,647)** | **($2,680,150)** |

## FY 2021 Highlights

The Budget proposes to transfer the United States Secret Service from the Department of Homeland Security to the Department of the Treasury. The $2.6B and all functions, personnel, assets, and obligations of the Secret Service, including the functions of the Secretary of Homeland Security related to the Secret Service, will transfer to the Department of the Treasury.

Exhibit 6 - 057

# CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY

## Description

The Cybersecurity and Infrastructure Security Agency (CISA) leads the Federal Government's effort to understand and manage cyber and physical risk to the Nation's critical infrastructure. Working with partners across all levels of government and in the private sector, CISA defends the homeland against the threats of today and helps to secure the Nation's prosperity, democracy, and the American way of life against the evolving risks of tomorrow.

As the Nation's risk advisor, CISA is the hub of efforts to:

- Build national resilience against a growing and interconnected array of threats;
- Organize risk management efforts around securing the National Critical Functions (NCFs) that underpin national security, economic growth, and public health and safety; and
- Ensure government continuity of operations.

CISA marshals its wide-ranging domain expertise and central coordination role to guide partners in navigating hazards ranging from extreme weather and terrorism to violent crime and malicious cyber-attacks. It identifies high-impact, long-term solutions to mobilize a collective defense of the Nation's critical infrastructure.

> *At a Glance*
>
> *Senior Leadership:*
> *Christopher C. Krebs, Director*
>
> *Established: 2018*
>
> *Major Divisions: Cybersecurity, Infrastructure Security, Emergency Communications, National Risk Management Center, Integrated Operations, Stakeholder Engagement*
>
> ***New Budget Authority:   $1,757,798,000***
>
> *Employees (FTE):                    2,235*

## Responsibilities

CISA's programs and activities focus on risk management and forge partnerships to achieve two strategic goals: to Defend Today and to Secure Tomorrow.

To defend today, CISA partners with its stakeholders to confront the imminent risks facing NCFs. From defending Federal networks against malicious actors, to ensuring reliable emergency communications for first responders on the front-lines of natural and manmade incidents, to helping State and local governments shore up their voting infrastructure to prevent interference in democratic elections, CISA is actively engaged throughout the entire country to improve preparedness and strengthen resilience to the Nation's infrastructure.

To secure tomorrow, CISA works with its partners to better understand risks and develop plans to reduce vulnerabilities and manage their own risk. CISA manages strategic risks to NCFs in collaboration with public and private sector stakeholders and finds ways to reduce supply chain risk posed by foreign adversaries.

CISA's Cybersecurity Division (CSD), Infrastructure Division (ISD), and Emergency Communications Division (ECD) are the three primary operational divisions. There are also

Exhibit 6 - 058

three horizontally integrated delivery and coordination divisions: National Risk Management Center (NRMC), Integrated Operations Division (IOD), and Stakeholder Engagement Division (SED). These divisions carry out the mission side-by-side with partners, maintaining mission focus through a unified approach and fully-integrated regional-level service delivery.

- **CSD:** CISA's cybersecurity operations are designed to detect, analyze, mitigate, and respond to significant cybersecurity threats. CISA shares cybersecurity threat and mitigation information with government, private sector, and non-governmental partners and coordinates response actions with stakeholders. The cybersecurity program protects Federal networks by leveraging governance levers to drive policy and security practices, providing tools and services to fill critical gaps, and supporting cyber defense operations across the Federal enterprise.

- **ISD:** The Agency leads and coordinates national programs and policies on critical infrastructure security and resilience by developing strong partnerships across the government and the private sector. CISA helps stakeholders prepare for potential natural and manmade events and mass gatherings to minimize impact of disruptions and incidents should they occur.

- **ECD:** With ECD, CISA enhances public safety interoperability at all levels of government by providing training, coordination, tools, guidance, and standards to help partners across the country develop their emergency communications capabilities and policies for daily operations and incident response. CISA ensures that communications are protected, restored, and reconstituted effectively during times of emergency and declared disasters.

- **NRMC:** CISA brings together efforts to identify, analyze, prioritize, and address risks to NCFs – these functions of the government and the private sector are so vital to the United States that their disruption would have a debilitating impact on national security, economic security, and national public health or safety. CISA analyzes and addresses emerging threats and their potential impacts to support collaborative planning and preparedness efforts in advance of incidents.

- **IOD:** CISA's frontline, externally-facing activities are coordinated across the Agency to ensure seamless support and expedited response to critical needs. Additionally, CISA's integrated operations enhance mission effectiveness, information sharing, and situational awareness by unifying the conduct and reporting of operations through a single channel that gives CISA leadership end-to-end operational visibility.

- **SED:** Through this division, CISA works to foster collaboration, coordination, and a culture of shared responsibility for national critical infrastructure risk management and resilience with Federal, State, local, tribal, territorial and private sector partners within the United States, and international partners abroad. CISA translates national priorities and an understanding of the dynamic risk landscape into coordinated approaches to engaging these diverse stakeholders.

Exhibit 6 - 059

## Service to the Public

CISA's collaboration with stakeholders to protect the Nation's cyber and physical infrastructure helps to foster an open and prosperous society; to support the assets, systems, and networks that enable the American way of life; and to ensure resilience in the face of natural or manmade incidents. As the Nation's Risk Advisor, CISA seeks to educate a broad range of stakeholders and to raise awareness of available resources or recommended actions that are easily understood and implemented in order to raise the security baseline across the Nation from all risks.

## FY 2019 Accomplishments

- Leading up to the 2018 midterm elections and in preparation for the upcoming 2020 elections, CISA has worked hand-in-hand with Federal partners, State and local election officials, and private sector vendors to defend elections infrastructure. Over 500 CISA employees supported election security preparedness nationwide, including providing free technical cybersecurity assistance, information-sharing, and expertise to election offices, campaigns, and technology vendors and manning a nationwide virtual watch floor.



*Analysts at the National Cybersecurity and Communications Integration Center (NCCIC) in Arlington, VA*

- In January 2019, CISA issued Emergency Directive 19-01, Mitigate Domain Name System (DNS) Infrastructure Tampering, which directs Federal civilian agencies to take a series of immediate actions in response to an active global DNS hijacking campaign. This was the first Emergency Directive issued by CISA under authorities granted by Congress in the Cybersecurity Act of 2015.

- As part of the Active Shooter Preparedness Program, CISA provides information to the critical infrastructure community and general public to help them prepare emergency action plans and learn how to take action to increase the probability of survival during an incident. In FY 2019, 39 in-person workshops with over 3,600 participants were conducted; nearly 87,000 people successfully completed the online training course, "Active Shooter: What You Can Do"; and the public website (https://www.dhs.gov/cisa/active-shooter-preparedness) was viewed more than 937,000 times.

- CISA partnered with the National Council of Statewide Interoperability Coordinators to develop the State Interoperability Markers, which include 25 indicators of interoperability maturity. States and territories use the markers to conduct a self-assessment, resulting in a national view of interoperability. This information will help States and territories identify gaps to inform strategic and financial planning. In addition, the data enables CISA to tailor technical assistance provided to States and territories.

Exhibit 6 - 060

- CISA completed a far-reaching partnership effort with the critical infrastructure community in order to finalize the initial set of 55 NCFs. The NCFs are functions of government and the private sector that are so vital to the United States that their disruption, corruption, or dysfunction would have a debilitating effect on security, national economic security, and national public health or safety. This evolved risk management approach better captures cross-cutting dependencies and potential cascading impact from incidents.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 1,976 | $1,345,802 | 2,158 | $1,566,229 | 2,235 | $1,437,888 | 77 | ($128,341) |
| Procurement, Construction, and Improvements | - | $322,829 | - | $434,962 | - | $313,479 | - | ($121,483) |
| Research and Development | - | $13,126 | - | $14,431 | - | $6,431 | - | ($8,000) |
| **Net Discretionary** | **1,976** | **$1,681,757** | **2,158** | **$2,015,622** | **2,235** | **$1,757,798** | **77** | **($257,824)** |
| **Gross Discretionary** | **1,976** | **$1,681,757** | **2,158** | **$2,015,622** | **2,235** | **$1,757,798** | **77** | **($257,824)** |
| **Total Budget Authority** | **1,976** | **$1,681,757** | **2,158** | **$2,015,622** | **2,235** | **$1,757,798** | **77** | **($257,824)** |
| Less: Rescissions to Prior Year Balances | - | $1,589 | - | $3,915 | - | - | - | ($3,915) |
| **Total** | **1,976** | **$1,680,168** | **2,158** | **$2,011,707** | **2,235** | **$1,757,798** | **77** | **($253,909)** |

## FY 2021 Highlights

**Cybersecurity** ...................................................................................................... **$1.1B, 709 FTE**

The Cybersecurity program supports CISA's mission to defend and secure cyberspace. Through cyber defense operations, CISA works to ensure that cyber-attacks are unable to compromise and disrupt Federal networks and critical infrastructure. CISA also collaborates with critical infrastructure and State, local, tribal, and territorial partners through engagement, planning, and capacity building services, which helps to ensure that cybersecurity risk is managed for national security, public health and safety, and economic security. The FY 2021 President's Budget:

- Provides $281.7M in operational costs and investments for the Continuous Diagnostics and Mitigation (CDM) program in order to strengthen the security posture of government networks and systems.

- Supports $370.1M in operational costs and investments for the National Cybersecurity Protection System (NCPS)/EINSTEIN, an integrated system-of-systems that delivers a range of capabilities, including intrusion detection, analytics,



*Analysts at the National Cybersecurity Assessments and Technical Services (NCATS) lab.*

Exhibit 6 - 061

Cybersecurity and Infrastructure Security Agency

intrusion prevention, and information-sharing capabilities that defend the civilian Federal Government's information technology infrastructure from cyber threats.

- Establishes a Cybersecurity Quality Service Management Office and Shared Cybersecurity Services Marketplace in order to centralize, standardize, and deliver cybersecurity capabilities to agencies through CISA-offered services as well as shared services provided by select Federal agencies or commercial providers.

- Includes additional funding for proactive vulnerability assessments of infrastructure networks and systems, technical analyses of system and equipment vulnerabilities, threat detection and response engagements, and classified and unclassified information sharing to strengthen critical infrastructure and State and local partners.

**Infrastructure Security**......................................................................................**$96.1M, 159 FTE**

The Infrastructure Security program leads and coordinates national programs and policies on critical infrastructure security and resilience, and it develops strong partnerships across government and the private sectors. The program conducts and facilitates vulnerability and consequence assessments to help critical infrastructure owners, operators, and State, local, tribal, and territorial partners understand and address risks to critical infrastructure. Additionally, it provides information on emerging threats and hazards and offers tools and training to partners to help them manage risks to critical infrastructure. The FY 2021 President's Budget:

- Supports CISA's school safety initiatives, including stewardship of the Federal School Safety Clearinghouse, the expansion of existing school security activities, and the development of additional resources and materials for safety to provide children with a safe and secure learning environment and prevent future security incidents.

- Eliminates the Chemical Facilities Anti-Terrorism Standards (CFATS) program funding while simultaneously increasing funding significantly for the Protective Security Advisors (PSA) program. This will allow CISA to provide voluntary support for chemical production facilities without the unnecessary burden of regulatory requirements, placing the chemical sector on par with all the other critical infrastructure sectors for which CISA has oversight.

**Emergency Communications** .........................................................................**$157.6M, 113 FTE**

The program enables improved public safety communications services throughout the Nation through the provision of the tools, training, and information needed to communicate during steady state and emergency operations. The program develops and implements nationwide emergency communications policy and plans, including the National Emergency Communications Plan (NECP) and 56 Statewide Communications Interoperability Plans. It additionally manages funding, sustainment, and grant programs to support communications interoperability – and builds capacity with Federal, State, local, tribal, and territorial stakeholders by providing technical assistance, training, resources, and guidance. The program also provides priority telecommunications services over commercial networks to enable national security and emergency preparedness personnel to communicate during telecommunications congestion scenarios across the Nation.

**Integrated Operations** ....................................................................................**$166.7M, 514 FTE**

This program ensures CISA's frontline, externally-facing activities are coordinated across the Agency in order to provide seamless support and an expedited response to critical needs. The FY

**Exhibit 6 - 062**

Cybersecurity and Infrastructure Security Agency

2021 President's Budget:

- Increases field forces, including Protective Security Advisors (PSAs) and Cybersecurity Advisors (CSAs):

  o Additional PSAs will provide proactive engagement and outreach with State, local, tribal, and territorial government mission partners, as well as the private sector, in order to protect the Nation's critical infrastructure. The PSAs and regional staff are located across the United States in the localities where critical infrastructure is built, operated, and maintained.

  o Additional CSAs will expand the DHS cyber field presence and allow CISA to provide cybersecurity services to underserved geographic areas and stakeholder bases; to focus on critical functional cybersecurity issues such as election infrastructure; and to provide a more mature risk analysis and measurement capability.

**Risk Management Operations ........................................................................$91.5M, 139 FTE**

The Risk Management Operations program produces risk management strategies to strengthen critical infrastructure and address long-term risk to national critical functions. This program funds the NRMC, a planning, analysis, and collaboration center focused on addressing the Nation's highest priority critical infrastructure risks. The NRMC also houses the National Infrastructure Simulation and Analysis Center (NISAC), which provides homeland security decision-makers with timely, relevant, high-quality analysis of cyber and physical risks to critical infrastructure across all sectors during steady state and crisis action operations. The FY 2021 President's Budget:

- Supports expanded activities related to election security, 5G, and supply chain risk analysis, which are three priority risks related to national critical functions. These funds will enable the NRMC to provide dedicated support to election security initiatives at the request of State and local election officials, such as the administration of the Elections Infrastructure Information Sharing and Analysis Center, the Last Mile Project, sector management, and the development of risk-limiting audit tools.

- Funding will also augment the NRMC's supply-chain security efforts and will support the development of 5G testbeds, where CISA will conduct pilots and develop risk analyses to analyze and address risks associated with the 5G information and communications technologies.

**Stakeholder Engagement and Requirements ....................................................$37.5M, 82 FTE**

This program fosters collaboration, coordination, and a culture of shared responsibility for national critical infrastructure risk management and resilience with Federal, State, local, tribal, territorial, and private sector partners within the United States, as well as with international partners abroad. This program includes: the coordination and stewardship of the full range of CISA stakeholder relationships; the operation and maintenance of the CISA stakeholder relationship management (SRM) system; the implementation of the National Infrastructure Protection Plan (NIPP) voluntary partnership framework; the management and oversight of national infrastructure leadership councils; and the implementation of programs and projects intended to facilitate effective coordination among the national critical infrastructure stakeholder community in furtherance of shared goals and objectives.

Exhibit 6 - 063

# FEDERAL EMERGENCY MANAGEMENT AGENCY

## Description

The Federal Emergency Management Agency (FEMA) reduces loss of life and property and protects the Nation from all hazards by leading and supporting the Nation in a risk-based, comprehensive emergency management system. In addition to the Agency's headquarters in Washington, D.C., FEMA has 10 permanent regional offices, three permanent area offices, and various temporary disaster-related sites that carry out the Agency's operations throughout the United States and its territories.

The FY 2021 President's Budget reflects FEMA's continued intent to execute its mission while managing resources efficiently and effectively; coordinating response and recovery missions; and maintaining a highly regarded and well-trained cadre of employees ready and able to respond to ongoing and future disasters.

| At a Glance | |
| --- | --- |
| *Senior Leadership:* | |
| *Peter Gaynor, Administrator* | |
| *Established: 1979* | |
| *Transferred to DHS in 2003* | |
| *Major Divisions: Response and Recovery; Resilience; Mission Support; United States Fire Administration; and 10 Regions* | |
| ***New Budget Authority:*** | **$14,533,078,000** |
| *Gross Discretionary:* | *$9,561,028,000* |
| *Mandatory, Fees,* | |
| *& Trust Fund:* | *$4,972,050,000* |
| *Total Employees (FTE):* | *12,297* |
| *Disaster Relief Fund:* | *7,472* |
| *Other Appropriations:* | *4,825* |

To achieve these outcomes, FY 2021 funding for FEMA is focused on three strategic goals:

- **Build a Culture of Preparedness** throughout the Nation.

- **Ready the Nation for Catastrophic Disasters** by strengthening partnerships and accessing new sources of scalable capabilities in order to quickly meet the needs of overwhelming incidents and to focus on the Agency's workforce to meet the mission.

- **Reduce the Complexity of FEMA** programs, policies, and processes for individuals, communities, and FEMA employees through investments to reduce the administrative and bureaucratic burden impeding delivery of assistance and streamline the survivor experience.

## Responsibilities

The *Homeland Security Act*, as amended by the *Post-Katrina Emergency Management Reform Act*, directs FEMA to reduce the loss of life and property and protect the Nation from all hazards, including natural disasters, acts of terrorism, and other disasters through a risk-based, comprehensive emergency management system of preparedness, protection, response, recovery, and mitigation. FEMA employs more than 20,300 people as of December 2019 – including term and intermittent employees – to carry out the Agency's mission.

The *Robert T. Stafford Disaster Relief and Emergency Assistance Act (Stafford Act)* authorizes the Federal government to provide assistance to State, territorial, and local governments, tribal nations, eligible private nonprofit organizations, and individuals affected by an incident that receives a Presidential major disaster or emergency declaration. The *Disaster Recovery Reform Act of 2018* (DRRA, Division D of P.L. 115-254) includes reforms to improve FEMA's ability to

55

Exhibit 6 - 064

carry out its mission and better prepare the Nation for disasters. FEMA continues to make progress implementing its provisions.

FEMA also delivers the National Flood Insurance Program (NFIP), pre-disaster and post-disaster mitigation grant programs, flood mapping, disaster planning, exercise management and coordination, urban search and rescue coordination, the Homeland Security Grant Program, the Assistance to Firefighters Grant Program, and other grants, training, and exercises programs. These programs and services support grantees to reduce risk and to improve the Nation's resilience for disasters of any size or scale. FEMA leads government continuity planning, guidance, and operations for the Executive Branch in order to minimize the disruption of essential operations and guarantee an enduring Constitutional government.



*A Disaster Medical Assistance Team (DMAT) from Puerto Rico participates in the training on the island offered by the Center for Domestic Preparedness (CDP) in advance of the 2019 hurricane season.*

### Service to the Public

FEMA supports and empowers disaster survivors, including individuals, households, organizations, and communities to help themselves before, during, and after disasters. FEMA increases resilience to disasters through effective and practical steps that enhance capacity at all levels in the face of unpredictable and ever-evolving threats and hazards. The Agency executes its mission consistent with its core values of compassion, fairness, integrity, and respect outlined in the revised Publication 1, *We are FEMA,* released in November 2019. The better prepared citizens are to assist themselves and others in times of need, the stronger our Nation will be in



*Disaster Survivor Assistance Teams and FEMA Corps Canvas Areas in Lavaca, Arkansas Impacted by Recent Flooding.*

the event of future emergencies. FEMA works to find innovative, responsible ways to make survivor and grantee services more efficient and customer-friendly. FEMA aims to be ready and equipped to meet the needs of individuals, communities, State, territorial, and tribal partners to accelerate disaster response and recovery.

Through the Disaster Relief Fund (DRF), FEMA provides assistance to help families and communities affected by disasters to rebuild and recover. FEMA also administers hazard mitigation programs and the NFIP to reduce the risk to life and property from floods and other hazards.

Exhibit 6 - 065

Federal Emergency Management Agency

## **FY 2019 Accomplishments**

### *Response and Recovery*

- Deployed 12,349 FEMA personnel and 519 FEMA Corps personnel in 2019 in support of 99 major disaster declarations, 22 emergency declarations, and one Fire Management Assistance Grant declaration, across more than 45 States, tribes and territories.
- Provided over $7B for Public Assistance, including funding to clear debris and rebuild roads, schools, libraries, and other public facilities. Approved over $645M for the Individuals and Households Program (IHP) for survivors, which helped pay for more than 222,000 housing inspections. In addition, more than 136,000 survivors received assistance with items such as home repairs, temporary housing and crisis counseling.
- In response to Hurricane Dorian's impact in August 2019, FEMA processed 100 Mission Assignments and amendments totaling more than $18M to four states and two territories; deployed 10 air ambulances, 88 paratransit vehicles, and 380 ground ambulances.

### *Resilience*

- The NFIP expeditiously paid approximately $2.0B to policyholders for claims associated with hurricanes and other flooding in FY 2019 to accelerate recovery.
- Awarded 2,785 preparedness grants totaling $2.4B to assist with preventing, preparing for, protecting against, and responding to acts of terrorism. Closed over 25,000 expired grant awards and is in the process of returning over $560.0M to the U.S. Treasury.
- Awarded $97.6M in Pre-Disaster Mitigation (PDM) grants and $694.3M in post-disaster Hazard Mitigation Assistance Grant (HMGP) funds to 56 States, local, territories, and tribes, and districts to support disaster recovery and resilience projects. The benefit to cost ratio for FEMA's hazard mitigation grants in 2019 was 1.7, meaning the expected benefit in terms of disaster costs avoided exceeded the costs to implement the project.
- Consolidated non-disaster and disaster grants policy and procedures and the Grants Management Modernization (GMM) program under the Grants Program Directorate (GPD), simplifying and making grants management processes more transparent.
- The Center for Domestic Preparedness (CDP) delivered mass casualty incident and healthcare training in Puerto Rico in advance of the Atlantic hurricane season resulting in representation from all seven Puerto Rico healthcare coalitions with 1,047 course completions.

### *Mission Support and Administrative Offices*

- Established the Office of Professional Responsibility (OPR) to promote workforce integrity and close GAO-identified gaps in investigations of allegations of employee misconduct.
- Made significant investments towards the replacement of outdated IT infrastructure. Unveiled a new capability to enable simultaneous patching for up to 1,800 laptops used in the field by FEMA personnel, decreasing the time employees in the field need to be work-ready.
- Launched the Blueprint for Business Excellence, which will include a multi-year implementation plan and numerous management tools and analyses to strengthen the effectiveness and efficiency in enabling FEMA's mission.

Exhibit 6 - 066

Federal Emergency Management Agency

### U.S. Fire Administration (USFA)

- Provided training to 32 State Fire Marshal Program Managers, resulting in an increase of 500,000 incident reports in National Fire Incident Reporting System. National Fire Academy provided over 3,000 courses to over 96,000 students on site, online, and in the field.

## BUDGET REQUEST

*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 3,685 | $1,066,258 | 3,753 | $1,102,199 | 3,802 | $1,134,195 | 49 | $31,996 |
| Procurement, Construction, and Improvements | - | $133,830 | - | $133,363 | - | $86,503 | - | ($46,860) |
| Federal Assistance | 370 | $3,135,210 | 370 | $3,229,467 | 370 | $2,482,552 | - | ($746,915) |
| Disaster Relief Fund | 512 | $558,000 | 509 | $511,147 | 488 | $593,417 | (21) | $82,270 |
| Radiological Emergency Preparedness Program | 132 | ($665) | 134 | ($1,000) | 136 | - | 2 | $1,000 |
| Less: DRF Base Derived from Prior Year Balances | - | $300,000 | - | - | - | - | - | - |
| **Net Discretionary** | **4,699** | **$4,592,633** | **4,766** | **$4,975,176** | **4,796** | **$4,296,667** | **30** | **($678,509)** |
| Disaster Relief Fund | 5,231 | $12,000,000 | 6,054 | $17,352,112 | 6,984 | $5,059,949 | 930 | ($12,292,163) |
| Offsetting Collections | 321 | $202,153 | 321 | $202,958 | 321 | $204,412 | - | $1,454 |
| **Gross Discretionary** | **10,251** | **$16,794,786** | **11,141** | **$22,530,246** | **12,101** | **$9,561,028** | **960** | **($12,969,218)** |
| National Flood Insurance Program | 187 | $4,848,683 | 192 | $4,780,502 | 196 | $4,972,050 | 4 | $191,548 |
| **Total Mandatory/Fees** | **187** | **$4,848,683** | **192** | **$4,780,502** | **196** | **$4,972,050** | **4** | **$191,548** |
| **Total Budget Authority** | **10,438** | **$21,643,469** | **11,333** | **$27,310,748** | **12,297** | **$14,533,078** | **964** | **($12,777,670)** |
| Less: Rescissions to Prior Year Balances | - | $939 | - | $300,000 | - | - | - | ($300,000) |
| **Total** | **10,438** | **$21,642,530** | **11,333** | **$27,010,748** | **12,297** | **$14,533,078** | **964** | **($12,477,670)** |

Exhibit 6 - 067

## FY 2021 Highlights

The FY 2021 President's Budget includes increased funding for programs and activities that support FEMA's three primary strategic goals:

### *Build a Culture of Preparedness*

**National Security and Resilience Grant Program (NSRG)............................. $406.9M, 0 FTE**

Funding supports the creation of a competitive, all-hazards grant program where FEMA identifies national priorities for which the Nation requires innovative solutions and investments to build preparedness capabilities. FEMA will review gaps that are not being adequately addressed through existing preparedness grant programs and award funding to applicants to address emerging natural hazards and evolving terrorism threats while demonstrating and evaluating results.

**Building Resilient Infrastructure & Communities (BRIC) ................................. $0.5M, 3 FTE**

Funding supports the subject matter experts, economists, and engineering staff needed to implement the grant program authorized by the DRRA. As FEMA seeks to promote more complex and more innovative pre-disaster mitigation projects, technical complexity will increase and require additional, properly qualified staff to evaluate and provide assistance to SLTT applicants. The requested positions will assist and provide a streamlined approach for the program, which will reduce the complexities for our various stakeholders, as well as ensure the grant program maximizes opportunities to build the resilience of the nation.

**Support for Building Codes Adoption .................................................................... $1.0M, 4 FTE**

Adoption and enforcement of modern building codes is an effective tool to mitigate future disaster costs. Funding in the FY 2021 President's Budget will raise awareness to SLTT stakeholders of the consequences of weak codes, create strong partnerships with these stakeholders to communicate the benefits of adopting and enforcing modern building codes, and provide these stakeholders with the tools, education, training, and technical assistance needed to promote these benefits in local communities.

**Financial Preparedness ........................................................................................... $3.3M, 3 FTE**

Funding supports improving individual financial preparedness with the goal of increasing the percentage of Americans who have set aside money for emergencies by 16 percent by FY 2022.

**Targeted Violence and Terrorism Prevention (TVTP) ...................................... $10.0M, 0 FTE**

FEMA will use this funding to support activities that prevent the recruitment or radicalization of individuals to violence by interrupting those efforts, building community-level resilience, and identifying the early signs of radicalization to violence and providing appropriate interventions through civic organizations, law enforcement, or other entities.

### *Ready the Nation for Catastrophic Disasters*

**Support for Incident Management Workforce ..................................................... $16.9M, 0 FTE**

FEMA is focused on ensuring it has sufficient staff available and properly trained to respond to disasters. These funds will support Mission Support-related infrastructure to increase hiring capabilities and sustainment of FEMA Incident Management Workforce, as well as to increase

Federal Emergency Management Agency

training to improve qualification rates and a build-out of the FEMA Incident Workforce Academy in Anniston Alabama to increase throughput of new hires.

**Critical Staffing**.................................................................................................**$2.9M, 19 FTE**

Funding supports personnel needed to execute the full range of administrative, preparedness, and response and recovery missions during multiple significant events simultaneously, raising FEMA readiness based on lessons learned from the 2017 hurricane season. Funds will ensure FEMA has a robust permanent full-time workforce in order to meet mission essential requirement expectations which will allow FEMA to maintain the support operations required for front line response and recovery efforts.

**Logistics Disaster Support Equipment**…………………………………………..**$5.7M, 0 FTE**

Based on lessons learned from 2017 and 2018 disaster activity, FEMA identified readiness and capability gaps that must be addressed to support and improve future disaster response efforts. Increased Disaster Readiness and Support funding will provide for additional racking in distribution centers outside the continental U.S. (OCONUS), new forklifts to support more efficient racking, as well as the replacement of 85 aged trailers that are beyond their lifecycle.

**OCONUS Distribution Centers** ...............................................................................**$5.1M, 0 FTE**

Rapidly providing life-saving and life-sustaining commodities is critical to the success of FEMA's disaster response mission. In lessons learned from 2017 and 2018, FEMA has determined that additional and expanded Distribution Center capabilities are needed outside the continental U.S. to expedite the distribution of these commodities. These funds will support a build-out of existing facilities in Puerto Rico, as well as a new facility in Guam.

### *Reduce the Complexity of FEMA*

**Office of Professional Responsibility (OPR)**.........................................................**$4.6M, 16 FTE**

Funding will support OPR, which will provide expeditious, fair, and objective follow-up and resolution to allegations of employee misconduct within FEMA. OPR will serve as the FEMA office responsible for policy development, oversight, and management of investigations concerning allegations of criminal and non-criminal internal misconduct and coordinate investigations with the DHS OIG and other law enforcement agencies.

**Grants Management Modernization (GMM)** .......................................................**$24.1M, 0 FTE**

GMM is a multi-year effort to modernize and transform the way FEMA manages grants. The project, which is expected to achieve initial operating capability in quarter two of FY 2020, will streamline grants management across the Agency's 40+ grants programs through a user-centered, business-driven approach, designed to ensure an effective, highly usable, manageable, scalable, and distributed operational system meeting the full scope of grants management stakeholder requirements. GMM establishes a single grants management information technology (IT) platform employing the latest proven cloud-based and cybersecurity technologies to achieve a high level of mission performance and enhanced system security and sustainability.

Exhibit 6 - 069

Federal Emergency Management Agency

**Financial Systems Modernization (FSM)** ...............................................................**$8.0M, 0 FTE**

FEMA is currently working to modernize its aging 25+ year-old financial system. FEMA FSM will eliminate legacy deficiencies and system gaps by replacing the old system with a solution that can easily integrate or interface to other mixed financials systems including asset management, procurement, and grants management.

**Enterprise Data Analytics Modernization Initiative (EDAMI)** ........................**$11.6M, 0 FTE**

FEMA is continuing a multiyear effort to enable the agency to work smarter through data analytics and ultimately deliver better outcomes for survivors and communities. EDAMI will enable FEMA to streamline the work necessary to stay ahead of emergencies and deliver swift, effective assistance in times of greatest need.

**FY 2021 Major Decreases**

**Disaster Relief Fund (Majors)** ..............................................................................**($12.3B, 0 FTE)**

The decrease in the FY 2021 President's Budget is primarily related to Hurricane Harvey, Irma, and Maria requirements that will be funded from prior year carryover balances.

**Federal Assistance Grant and Training programs** ........................................**($750.3M, 0 FTE)**

The FY 2021 President's Budget includes a net reduction to numerous grant and training programs in the Federal Assistance appropriation. The reductions represent a continuation of the Administration's commitment to streamline programs, reduce duplication, and ensure State and local governments pay for activities which are their primary responsibilities. Other programs can provide similar support, such as the National Security and Resilience Grant Program.

**Emergency Management Assistance Compact (EMAC)** ...................................**($2.0M, 0 FTE)**

The FY 2021 President's Budget includes a reduction to EMAC, which offers state-led assistance during governor-declared states of emergency or disaster. The reduction to EMAC will allow FEMA to better focus on other critical priorities within the National Preparedness Directorate.

Exhibit 6 - 070

# U.S. CITIZENSHIP AND IMMIGRATION SERVICES

## Description

U.S. Citizenship and Immigration Services (USCIS) is responsible for administering the Nation's lawful immigration system.

In any given year, USCIS receives millions of immigration benefit applications and petitions. In FY 2019 alone, USCIS received more than eight million benefit requests. Through approximately 230 domestic and foreign offices, USCIS processes immigrant and nonimmigrant petitions; lawful permanent residence and citizenship; asylum, refugee, and intercountry adoption applications; and employment authorization documents. It also manages E-Verify and conducts administrative fraud investigations, working side-by-side with law enforcement and intelligence partners to help ensure the security of the American people and the integrity of the immigration system.

> ### At a Glance
>
> *Senior Leadership:*
> *Kenneth T. Cuccinelli, Senior Official Performing the Duties of the Director*
>
> *Established: 2003*
>
> *Major Divisions: Field Operations; Service Center Operations; Refugee, Asylum, and International Operations; Fraud Detection and National Security; Immigration Records and Identity Services; External Affairs; and Management.*
>
> | | |
> |---|---|
> | ***New Budget Authority:*** | **$4,079,093,000** |
> | *Gross Discretionary:* | *$118,676,000* |
> | *Mandatory Fees:* | *$3,960,417,000* |
>
> *Employees (FTE):*          *20,003*

## Responsibilities

USCIS adjudicates citizenship and immigration benefit requests in a timely, accurate, consistent, and professional manner while also safeguarding national security and public safety and ensuring that U.S. workers are not adversely impacted. USCIS processes more than 50 different types of citizenship and immigration benefit applications. Every case is unique and requires specialized attention from experienced USCIS immigration officers.

As an integral part of the vetting process, USCIS employees determine whether individuals or organizations requesting immigration benefits pose a threat to national security, public safety, or the integrity of the Nation's immigration system by:



*Naturalization Ceremony, Gunston Hall, VA September 14, 2019.*

- Detecting, deterring, and administratively investigating immigration benefit fraud;
- Implementing effective and efficient security screening policies, programs, and procedures;
- Identifying and eliminating systemic vulnerabilities in the immigration system; and
- Promoting information sharing and collaboration with law enforcement and other governmental agencies.

Exhibit 6 - 071

## Service to the Public

USCIS administers the Nation's lawful immigration system, safeguarding its integrity and promise by efficiently and fairly adjudicating requests for immigration benefits while protecting Americans, securing the homeland, and honoring our values.

## FY 2019 Accomplishments

- Migrant Protection Protocols (MPP): USCIS worked with other DHS Components to answer President Trump's call to address the crisis at the southern border. MPP was established by the Trump Administration in January 2019 to restore a safe and orderly immigration process along the U.S. southern border and decrease the number of aliens attempting to deceive the immigration system. Under MPP and Section 235(b)(2)(C) of the Immigration and Nationality Act, aliens attempting to enter the U.S. from Mexico without proper documentation may be returned to Mexico to wait outside of the U.S. during their immigration proceedings.

- Third Country Transit Asylum Rule: In July 2019, the DHS and the Department of Justice (DOJ) published a joint interim final rule to enhance the integrity of the asylum process Specifically, with limited exceptions, the rule bars aliens, who entered along the southern border, from receiving asylum in the U.S. if they did not apply for asylum in at least one other country they transited through. This rule aims to mitigate the crisis at the border by better identifying and serving legitimate asylum seekers.



*A young sailor shakes hands with an officer in front of Deputy Director Mark Koumans after becoming a U.S. citizen onboard the U.S.S. Constitution in Boston, MA on July 2, 2019.*

- Public Charge: In August 2019, USCIS published the Inadmissibility on Public Charge Grounds Final Rule, clarifying the self-sufficiency requirement envisioned by Congress for over 100 years. The rule prescribes how DHS will determine whether an alien applying for admission or adjustment of status is inadmissible to the United States under section 212(a)(4) of the Immigration and Nationality Act (the Act), because he or she is likely at any time to become a public charge. The final rule includes definitions of certain terms critical to the public charge determination, such as "public charge" and "public benefit," which are not defined in the statute, and explains the factors DHS will consider in the totality of the circumstances when making a public charge inadmissibility determination. The final rule also addresses USCIS' authority to issue public charge bonds under section 213 of the Act in the context of applications for adjustment of status. The rule further included a requirement that aliens seeking an extension of stay or change of status demonstrate that they have not, since obtaining the nonimmigrant status they seek to extend or change, received public benefits over the designated threshold, as defined in the rule. This rule ensures that those seeking to come to or stay in the United States are self-sufficient. At the present time, the rule is enjoined.

- H-1B Electronic Registration: USCIS published final rules making simple changes to the H-1B cap selection process to make it more efficient. These rules require petitioners seeking to file H-1B cap-subject petitions to first electronically register with USCIS during a designated registration period and pay a $10 registration fee. The electronic registration process will

U.S. Citizenship and Immigration Services

dramatically streamline processing by reducing paperwork and data exchange, and will provide an overall cost savings to petitioning employers. USCIS also reordered the cap selection process to increase the chance of selecting petitioners with a master's degree or higher from a U.S. institution of higher education. As a result of the change, the number of petitions for U.S. advanced degree holders selected toward the FY 2020 numerical allocations increased by more than 11% over the year before[1].

- USCIS naturalized 833,000 new citizens in FY 2019 – an 11-year high in new oaths of citizenship.

- Interviewed over 44,300 refugee applicants in 61 countries to support the admission of 30,000 refugees to the United States; completed[2] 78,580 affirmative asylum applications; and processed 103,235 credible fear cases.

- Awarded nearly $10.0M in Citizenship and Assimilation grants under two competitive funding opportunities to 41 organizations, located in 24 states, to help approximately 27,500 lawful permanent residents prepare for naturalization and to promote assimilation through increased knowledge of English, U.S. history, and civics.

- Added approximately 93,000 employers to the E-Verify program, growing to more than 909,000 employer participants at the end of FY 2019. The number of employee work authorization verification requests processed grew to more than 40 million in FY 2019. E-Verify reduced manual case processing by 49,000 cases from approximately 388,000 to 339,000 cases per year, and developed a connection to the Arrival and Departure Information System (ADIS) 2.1. E-Verify now has access to the expanded Form I-94, Arrival/Departure Record information that was missing in the previous connection which improves the matching process and helps reduce the number of manual cases.

- Processed approximately 18 million immigration status queries from public benefit-granting agencies (e.g., Federal agencies, State Departments of Motor Vehicles, and State and Local social services agencies) through the Systematic Alien Verification for Entitlements (SAVE) program. SAVE assists these agencies in ensuring that only qualified applicants receive public benefits and licenses.

- Published Fee Rule change for public comment in the Federal Register on 14 November, 2019, proposing adjustment to certain immigration and naturalization benefit request fees.

- Under the Administrative Site Visit and Verification Program (ASVVP), USCIS completed 4,031 compliance reviews in FY 2019, including worksite visits, relating to petitioners filing under four visa classifications (H-1B, L-1A, Religious Workers, and EB-5) to help ensure that employers comply with immigration laws and regulations. Of the 4,031 ASVVP compliance reviews, nearly 591 reviews were found noncompliant.

- Under the Targeted Site Visit and Verification Program (TSVVP), which is designed to detect both fraud and compliance issues and is data-driven in its approach to petition

---

[1] USCIS began accepting H-1B petitions that are subject to the FY 2020 cap on April 1, 2019. On April 10, USCIS used a computer-generated random selection process to select enough H-1B petitions to meet the congressionally-mandated regular cap and the U.S. advanced degree exemption for FY 2020. For additional information, please visit: https://www.uscis.gov/working-united-states/temporary-workers/h-1b-specialty-occupations-and-fashion-models/h-1b-fiscal-year-fy-2020-cap-season

[2] A completion includes the full range of final actions USCIS can take on an application. Not all applications received are adjudicated (given a decision on the merits of the claim) and some are administratively closed.

64

Exhibit 6 - 073

U.S. Citizenship and Immigration Services

selection, USCIS conducted 8,512 targeted worksite visits in FY 2019. TSVVP began in FY 2017 with H-1B petitions, but added L-1A, L-1B, E-2, H-2B, and CW-1 petitions as pilots during FY 2018 and FY 2019. Of the 8,512 completed visits, 324 had a finding of fraud and an additional 1,049 were found to be noncompliant. By conducting further reviews of noncompliant cases found through the ASVVP and TSVVP, USCIS is helping to deter abuse of employment-based immigration programs, and protecting the wages and working opportunities for U.S. citizens by potentially revoking immigration benefits for fraudulent petitions as well as referring these cases to the U.S. Immigration and Customs Enforcement and/or other law enforcement agencies for criminal investigations,

- The primary background screening system for USCIS (known as ATLAS[3]) processed more than 16.5 million screenings through law enforcement and other federal databases generating approximately 124,000 automated potential fraud, public safety, and national security detections requiring further analysis and manual review by USCIS officers.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020-2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 398 | $109,688 | 398 | $122,395 | 398 | $118,676 | - | ($3,719) |
| Procurement, Construction, and Improvements | - | $22,838 | - | - | - | - | - | - |
| Federal Assistance | - | $10,000 | - | $10,000 | - | - | - | ($10,000) |
| **Net Discretionary** | **398** | **$142,526** | **398** | **$132,395** | **398** | **$118,676** | **-** | **($13,719)** |
| **Gross Discretionary** | **398** | **$142,526** | **398** | **$132,395** | **398** | **$118,676** | **-** | **($13,719)** |
| Immigration Examinations Fee Account | 17,924 | $3,895,612 | 18,806 | $3,885,000 | 19,429 | $3,888,300 | 623 | $3,300 |
| H-1B Nonimmigrant Petitioner Account | - | $19,590 | - | $19,450 | - | $19,450 | - | - |
| Fraud Prevention and Detection Account | 176 | $52,139 | 176 | $52,000 | 176 | $52,667 | - | $667 |
| **Total Mandatory/Fees** | **18,100** | **$3,967,341** | **18,982** | **$3,956,450** | **19,605** | **$3,960,417** | **623** | **$3,967** |
| **Enacted/Fee Receipts**t | **18,498** | **$4,109,867** | **19,380** | **$4,088,845** | **20,003** | **$4,079,093** | **623** | **($9,752)** |
| Less: CHIMP | - | $4,000 | - | $4,000 | - | $4,000 | - | - |
| Less: Rescissions to Prior Year Balances | - | $321 | - | $1,815 | - | - | - | ($1,815) |
| **Total** | **18,498** | **$4,105,546** | **19,380** | **$4,083,030** | **20,003** | **$4,075,093** | **623** | **($7,937)** |

[1] Mandatory Accounts/Fees reflect actual (FY 2019), estimated (FY 2020), and projected (FY 2021) fee receipts consistent with the FY 2021 President's Budget Appendix.

[3] ATLAS is not an acronym.

Exhibit 6 - 074

U.S. Citizenship and Immigration Services

---

**FY 2021 Highlights**

**E-Verify**............................................................................................................**$118.7M, 398 FTE**

The FY 2021 President's Budget includes a decrease of $3.7M and no change in FTE for E-Verify from FY 2020. The reduction is possible due to various efficiencies achieved by the program, including the transition to a cloud-based architecture. In FY 2021, USCIS will concentrate on strengthening system architecture, improving system reliability and resiliency, and delivering verification services with the highest degree of speed and accuracy possible, while reducing any unnecessary employer and/or employee burden. This will include automating manual processes, refining business processes and strengthening data integrity. USCIS will work to leverage cloud-based data warehousing and analytic services that allow users to run customized reports, dashboards, and data analytics tools to monitor performance and support decision making. In order to improve users' services, USCIS will refine the systems that support Verification Division call center operations, monitoring and compliance units, and status verification operations. Lastly, USCIS will look to expand access to new data sources and will continue to improve advanced data matching and machine learning techniques that further automate E-Verify case processing. This will enhance the ability of the E-Verify system to quickly and accurately determine an individual's immigration status and employment eligibility.

Exhibit 6 - 075

# FEDERAL LAW ENFORCEMENT TRAINING CENTERS

## Description

The Federal Law Enforcement Training Centers (FLETC) is a technical training school for law enforcement professionals. Currently, approximately 100 federal agencies, and many more State and local organizations, rely on FLETC for all or some of their law enforcement training. Since its establishment in 1970, FLETC has provided training in subjects integral to the performance of law enforcement functions across the Federal Government, such as firearms, driving, tactics, investigations, and legal training. FLETC also enables participating Federal organizations to deliver training unique to their missions at FLETC training sites.

> **At a Glance**
>
> *Senior Leadership:*
> *Thomas J. Walters, Director*
>
> *Established: 1970*
>
> *Major Divisions: Basic training; advanced and specialized training; state, local, tribal, and international training; law enforcement training curriculum development and management; law enforcement training research*
>
> **New Budget Authority:        $331,479,000**
>
> *Employees (FTE):                    1,053*

Through strategic partnerships, FLETC prepares the Federal law enforcement community to safeguard the American people, our homeland, and our values. To execute this mission, the organization serves three enterprise-level roles: producer, resource, and steward. FLETC produces law enforcement training, products, services, systems, research, infrastructure, and expertise to meet the operational needs of Federal law enforcement personnel. As a resource, FLETC provides access to what it produces to State, local, tribal, private, and international law enforcement stakeholders. As a steward, FLETC is the U.S. Government's executive agent for the Federal resources allocated for the basic training of law enforcement personnel among the Centers' Federal participating agencies. Effectively performing its functions positions the organization to achieve its vision to be the Nation's enterprise resource for Federal law enforcement training.

## Responsibilities

FLETC was founded with two complementary goals: to develop and establish consistency in the content and delivery of Federal law enforcement training; and to leverage the advantages of a centrally managed, universally accessible training infrastructure.



*FLETC basic students demonstrate ground escapes during law enforcement control tactics training.*

Headquartered in Glynco, Georgia, FLETC and its Federal participating organizations annually train upwards of 60,000 students at four training delivery sites occupying 3,300 acres in New Mexico, South Carolina, Maryland, and Georgia. A typical day will find the Centers and participating law enforcement agency staff actively engaged in delivering, exercising, and evaluating the transfer of critical law enforcement knowledge and skills to an average of 3,300 students, with peak days reaching more than 4,800 students, most of whom are in-residence at one of the Centers' training delivery points.

67

**Exhibit 6 - 076**

FLETC's strategic vision is to serve as a national resource for law enforcement training, committing the Centers to a course of continuous cooperation and collaboration with clients, while balancing the equities of all stakeholders in administering its training programs.

In addition to basic training, FLETC leverages the expertise of its training partners to offer the most comprehensive inventory of specialized and advanced training programs in law enforcement. State, local, and tribal law enforcement personnel are an integral part of the homeland security community. As a resource to them, FLETC provides specialized and advanced training at its training sites and exports training programs to State, local, and tribal agencies throughout the country. FLETC serves DHS's international mission through participation and leadership in the International Law Enforcement Academies in Botswana, El Salvador, Thailand, Hungary, and New Mexico. FLETC provides training and capacity-building activities overseas on a reimbursable basis with the Department of State, hosting international law enforcement personnel at four domestic training sites, and engaging with international stakeholders in research and the exchange of best practices and subject matter expertise.

### Service to the Public

In addition to training, FLETC has become a powerful force for interagency collaboration and a repository for the accumulated experience and expertise of the Federal law enforcement community it serves.

Over its nearly 50 years of continuous operation, FLETC has become a career convergence point for Federal law enforcement practitioners. Most Federal officers attend an entry-level, basic officer training program at the Centers early in their careers, and, over the course of their careers, attend several advanced training programs. Many former students return to the Centers as instructors for their agency for multi-year assignments, some former students join FLETC as permanent staff, and some join after completing their agency career.



*FLETC basic students participate in an operational skills laboratory scenario.*

Enabled by the quality of its people and commitment to academic rigor, FLETC develops best-in-the-business, accredited law enforcement training programs. Today, and every day, tens of thousands of Federal law enforcement personnel, armed with the training they received at the Centers, anticipate, prevent, and respond to events endangering our Nation's people, property, and institutions. Throughout the homeland and abroad, former FLETC students – including U.S. agents, officers, investigators, inspectors, and screeners – assess, plan, patrol, inspect, examine, apprehend, investigate, interview, and perform thousands of other specialized tasks as they contribute to fulfilling their agencies' missions.

Exhibit 6 - 077

Federal Law Enforcement Training Centers

**FY 2019 Accomplishments**

- Trained 67,810 law enforcement personnel to perform effectively and safely in their operating environments, including Federal, State, local, tribal, and international law enforcement officers and agents.

- Implemented strategy-centric organizational restructuring, which revolutionizes FLETC's training delivery structure, and completed a new Strategic Plan, which sets forth specific goals, objectives, and strategies through the year 2022.

- 98 percent of participating organizations surveyed in FY 2019 were satisfied that FLETC's training programs address the right skills needed for their officers/agents to perform their law enforcement duties; 100 percent were satisfied with the training provided; and 83 percent were satisfied with the overall experience.

- Examined and updated FLETC training programs by conducting three Curriculum Development Conferences and 12 Curriculum Review Conferences, and by organizing 15 working groups to develop or modify existing curriculum and 17 program pilots.

- Remained operational during a lapse in appropriations, training 1,812 law enforcement officers at domestic and international campuses during the 35-day shutdown who would have otherwise been delayed in deploying to their operational environments.

- Engaged with subject matter experts in the exchange of information and expertise through participation in the High-Value Detainee Interrogation Group Symposium, the Centre for Research and Evidence on Security Threats, and the Scientific Working Group for Digital Evidence.

- Completed development of and twice piloted the Human Trafficking Awareness Training Program for Federal, State, local, and tribal law enforcement who require awareness of the current indicators they may observe in industries known for human trafficking.

- In response to a requirement from the U.S. Fish and Wildlife Service, built a training program to standardize investigative practices into wildlife crimes for an international audience and piloted the program in Peru and Angola.

- Facilitated the addition of three Foreign Affairs Counter Threat Training Programs to train U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection personnel deploying to Guatemala in furtherance of the Department of Homeland Security's response to the Southwest Border crisis.

- Renewed FLETC's Memorandum of Understanding with the Singapore Home Team Academy for an additional three years, providing a mechanism for professional exchanges of personnel and knowledge sharing that enhances FLETC training programs.

- Conducted two iterations of the Department of Homeland Security Leadership Academy, providing training in key homeland security topics and leadership concepts to State, local, and tribal law enforcement leaders from throughout the United States.

Exhibit 6 - 078

Federal Law Enforcement Training Centers

## BUDGET REQUEST
*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 1,068 | $277,876 | 1,081 | $292,997 | 1,053 | $305,479 | (28) | $12,482 |
| Procurement, Construction, and Improvements | - | $50,943 | - | $58,173 | - | $26,000 | - | ($32,173) |
| **Net Discretionary** | **1,068** | **$328,819** | **1,081** | **$351,170** | **1,053** | **$331,479** | **(28)** | **($19,691)** |
| **Gross Discretionary** | **1,068** | **$328,819** | **1,081** | **$351,170** | **1,053** | **$331,479** | **(28)** | **($19,691)** |
| **Total Budget Authority** | **1,068** | **$328,819** | **1,081** | **$351,170** | **1,053** | **$331,479** | **(28)** | **($19,691)** |
| Less: Rescissions to Prior Year Balances | - | $46 | - | $313 | - | - | - | ($313) |
| **Total** | **1,068** | **$328,773** | **1,081** | **$350,857** | **1,053** | **$331,479** | **(28)** | **($19,378)** |

## FY 2021 Highlights
**Purchase of Leased Dorms**.....................................................................................**$26.0M, 0 FTE**

The FY 2021 President's Budget enables the purchase of two currently leased dormitories that will enable FLETC to preserve its current housing capacity and better meet future law enforcement training needs in a collaborative residential environment. The increased capacity will provide an alternative to the costs of utilizing off-center lodging and will obviate the costs of transporting students up to 90 minutes to and from off-center lodging. The dormitories will provide more than 1,170 beds and will enable FLETC's participating organizations to maintain the current cost avoidance of over $9.0M annually in off-center housing costs.

**The Terrorism Prevention Presenter Training Program**......................................**$1.4M, 4 FTE**

The Terrorism Prevention Presenter Training Program (TPPTP) is designed to prepare Federal, State, local, tribal, and territorial law enforcement personnel to deliver a law enforcement briefing to fellow officers that presents foundational terrorism prevention knowledge. The curriculum for this program covers relevant material on terrorism and violent extremist activity and current trends. It includes indicators and observable behaviors that could help determine if individuals or groups are preparing to engage in this type of activity. Understanding these indicators will help officers to recognize and potentially prevent individuals from mobilizing and committing terrorist acts.

Exhibit 6 - 079

# SCIENCE AND TECHNOLOGY DIRECTORATE

## Description

The Science and Technology Directorate (S&T) enables effective, efficient, and secure operations across all homeland security missions by applying scientific, engineering, analytic, and innovative approaches to deliver timely solutions and support departmental acquisitions. S&T also partners with the international community, industry as well as Federal, State, local, tribal, and territorial agencies.

## Responsibilities

S&T monitors evolving threats, develops solutions, and bridges capability gaps to equip operational end-users with the best tools available to achieve mission success. S&T conducts customer-focused, outcome-oriented research, development, testing, and evaluation (RDT&E) activities for DHS Components and the Homeland Security Enterprise (HSE) that balance risk, cost, impact, performance, and time to delivery. S&T's University Programs provides the HSE with research and education at U.S. colleges and universities to address high-priority, DHS-related issues and enhances homeland security capabilities over the long-term. S&T also manages two Federally Funded Research and Development Centers to provide independent operational analysis and systems engineering expertise in support of all DHS mission areas.

> **At-A-Glance**
>
> *Senior Leadership:*
> *William N. Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology*
>
> *Established: 2003*
>
> *Major Divisions: Mission & Capabilities Support, Science & Engineering/Homeland Security Advanced Research Projects Agency, Innovation and Collaboration, and Enterprise Services.*
>
> **New Budget Authority:     $643,729,000**
>
> *Employees (FTE):               456*
> *(includes 23 FTE for NUSTL)*

S&T provides technical and operational support to ensure the transition, acquisition, and deployment of technologies, information, and procedures that improve the efficiency and effectiveness of the operational capabilities across HSE missions. S&T enables America's brightest scientists and engineers to apply their expertise and develop solutions that address our most dangerous threats and HSE vulnerabilities.



*S&T and CBP host the Havre Sector Field Experiment.*

S&T operates and maintains the laboratory facilities that deliver enduring core capabilities that are vital to DHS and the national homeland security mission. This is achieved through a coordinated network of DHS S&T laboratories and the Department of Energy national laboratories. This network of laboratories houses some of the most advanced scientific expertise and capabilities in the world. As a result, the HSE is able to leverage, apply, and transfer this wealth of expertise to inform policy, improve operations, and advance research in support of homeland security.

Exhibit 6 - 080

Science and Technology Directorate

## Service to the Public

S&T's operating model focuses on understanding customers' needs through strategic and transparent engagement and leveraging S&T's expertise in operational analysis and systems engineering. S&T delivers efficient and accountable execution when a solution must be adapted or developed. This approach improves S&T's ability to more rapidly transfer capabilities to where they are most needed, while working closely with Component partners and industry to deliver effective solutions.

S&T ensures that DHS and the HSE have the scientific, technical information, and capabilities needed to effectively and efficiently prevent, protect against, respond to, and recover from the major hazards and homeland security threats to the Nation. Public and private-sector innovation is encouraged in coordination and partnership with universities, research institutes, laboratories, other government agencies, and private-sector companies. S&T continues to deploy tools to help strengthen homeland security.

## FY 2019 Accomplishments

- **Opioid Detection Prize Challenge:** In February 2019, S&T launched in collaboration with CBP, the Office of National Drug Control Policy (ONDCP), and the U.S. Postal Inspection Service (USPIS), a $1.6 million Prize Challenge for tools to detect illicit opioids in international mail. The Challenge team collaborated with innovators to further develop novel, nonintrusive technology that can quickly and accurately detect opioids in parcels, without disrupting the flow of mail. S&T is working to pilot the technology in operational settings with CBP and USPIS.



*Opioid Detection Prize finalists visit a CBP facility to see international mail operations during the prize. challenge.*

- **National Urban Security Technology Laboratory (NUSTL) Radiological Response Guidance:** A radiological dispersal device (RDD) detonation would have significant consequences for public safety, responder health, and critical infrastructure operations. S&T and Lawrence Livermore National Laboratory published *RDD Response Guidance: Planning for the First 100 Minutes* and accompanying videos to help first responders implement best practices and response activities in a radiological emergency.

- **Transportation Security Laboratory (TSL) Invention Creates More Efficiency in Detection Science:** S&T's TSL delivered three test kits to TSA and USSS featuring a new method to verify that Explosives Trace Detection equipment that can correctly detect contraband, including nine different explosives, in the field. This TSL invention reduces time needed to prepare test samples and keeps machines performing to their full capability.

- **ICE utilized Igloo to target Human Smuggling Networks:** S&T transitioned Igloo, an advanced data analytics application to combat human smuggling, to ICE. This capability significantly increased ICE's understanding of criminal human smuggling networks, directly leading to arrests and seizure of millions of dollars from illicit financial transactions.

Exhibit 6 - 081

Science and Technology Directorate

- **Next Generation First Responder – Birmingham Shaken Fury Operational Experimentation Demonstration (OpEx):** The OpEx brought together 12 public safety agencies, 110 first responders, 21 transports, and 30 technologies from 24 industry partners. This OpEx provided first responders the opportunity to identify capability gaps that Birmingham, Alabama needs to resolve prior to hosting the World Games in July 2021.



*S&T partners with public safety agencies to evaluate first responder technologies at Shaken Fury.*

- **Counter Unmanned Aircraft Systems (CUAS) Coverage of United Nations General Assembly (UNGA):** S&T worked closely with USSS and USCG to provide CUAS coverage at the UNGA meeting in September 2019. S&T met all congressional mandates necessary to provide this first-ever CUAS implementation under the new DHS CUAS authority.

- **Expanded International Research and Development Partnerships:** After more than three years of effort, S&T successfully formalized a new partnership with the Republic of Korea to advance joint cooperation, particularly in the area of cyber research and development.

### BUDGET REQUEST
*Dollars in Thousands*

|  | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 - 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
|  | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 473 | $308,520 | 499 | $314,864 | 456 | $284,789 | (43) | ($30,075) |
| Procurement, Construction and Improvement | - | - | - | - | - | $18,927 | - | $18,927 |
| Research and Development | - | $511,265 | - | $422,411 | - | $340,013 | - | ($82,398) |
| **Net Discretionary** | **473** | **$819,785** | **499** | **$737,275** | **456** | **$643,729** | **(43)** | **($93,546)** |
| **Gross Discretionary** | **473** | **$819,785** | **499** | **$737,275** | **456** | **$643,729** | **(43)** | **($93,546)** |
| **Total Budget Authority** | **473** | **$819,785** | **499** | **$737,275** | **456** | **$643,729** | **(43)** | **($93,546)** |
| Less: Rescissions to Prior Year Balances | - | $533 | - | $273 | - | - | - | ($273) |
| **Total** | **473** | **$819,252** | **499** | **$737,002** | **456** | **$643,729** | **(43)** | **($93,273)** |

*FTE reported in this table may differ from MAX A-11 due to adjusted Budget Year (BY) estimates.

Exhibit 6 - 082

Science and Technology Directorate

---

**FY 2021 Highlights**

**Counter Unmanned Aircraft Systems (CUAS) .....................................................$35.9M, 0 FTE**
This funding will support CUAS efforts at DHS's top three priority deployment sites, close rapid deployment capability gaps, and partially close an additional seven out of 21 capability gaps identified in the Draft CUAS Capability Assessment Report. Funding will be applied against S&T's capability development roadmap to buy down risk on future CUAS needs, such as multi-modal detection systems, multi-modal mitigation systems, and non-radio frequency detection of 5G-based drones. In addition, CUAS deployment capability will be provided at the following three sites: National Capital Region, National Special Security Events and the Southwest Border (Rio Grande Valley).

**Opioid/Fentanyl Detection ...................................................................................$8.5M, 0 FTE**
In coordination with CBP, S&T will develop a layered set of solutions, including both detection hardware and advanced analytics, which can be deployed rapidly within existing operational environments to allow for efficient screening and interdiction of opioids at ports of entry at the speed of commerce. This level of funding will be used to transition algorithms for narcotics anomaly detection on image-based systems and high throughput chemical detection technology for implementation in CBP operational environments. Additionally, S&T will continue utilization of analytic capabilities to improve the understanding of supply chain logistics and intelligence to aid in targeting and investigation.

**Public Safety Communications............................................................................$14.2M, 0 FTE**
DHS Components need to have access to mission-critical communications solutions. While the introduction of broadband networks has allowed for an increased capability to share data and an alternative to traditional voice networks, it has also resulted in a more complex environment where responders need to be ensured interoperability across networks. The FY 2021 President's Budget provides funding to develop and deliver communication technology solutions, including knowledge products, to DHS Component and to the broader first responder community. This effort will transition technology solutions to customers after rigorous laboratory, field, and operational testing. Solutions will be standards based, non-proprietary in nature to allow plug and play adaptability for first responders. Forward leaning first responder agencies will be identified to serve as early adopters and promoters for the technology solutions.

**Targeted Violence & Terrorism Prevention (TVTP) ...........................................$7.0M, 0 FTE**
S&T will increase its TVTP research efforts to inform policy, strategy, tactics, techniques, and procedures at the Federal, State, and local level. This funding provides independent, objective evaluation to characterize and further understand terrorism and violent extremism threats based on evidence, and it supports working with international partners to establish a global evidence base for terrorism prevention policy. S&T plans to provide new technology integration and techniques to improve tailored community solutions to mass violence, to improve the ability to prevent and respond to mass violence, and to enable those that protect Americans from these attacks to do so more effectively.

**System of Systems Operational Analysis (SoSOA) ..............................................$5.0M, 0 FTE**
SoSOA is a collaborative virtual environment to assess the impact of and strengthen DHS operations. It enables the ability to assess the potential impact of new policies, processes, or

Exhibit 6 - 083

Science and Technology Directorate

technologies to an organization's mission, which are critical to informing strategic and resource allocation decisions. This funding will allow S&T to expand the SoSOA virtual environment, thereby enabling cross-collaboration and promote information sharing among DHS Components and operations.

**Quantum Information Science (QIS)** ........................................................................ **$5.0M, 0 FTE**
S&T will examine and characterize the state of quantum information science, including artificial intelligence applications, relative to the critical missions of the Department. S&T will partner with the Office of Science and Technology Policy (OSTP), National Science and Technology Council (NSTC) and inter-agency partners to support the national advancement of core QIS capabilities that meet DHS needs. S&T also will establish a QIS community of interest within DHS that engages Components to promote an understanding of QIS technologies, identify potential mission areas where QIS technologies can provide significant impact, and develop a process, methodology and R&D roadmap to ensure the federal, industry and academic research communities are responsive to DHS and other agency technology needs.

**Plum Island Closure and Sale (PICS)** ................................................................ **$18.9M, 0 FTE**
The FY 2021 President's Budget provides initial funding for the PICS program and activities required to close the Plum Island Animal Disease Center facility. This funding supports efforts to validate decontamination technologies and execute the final decontamination and decommissioning of Building 102 (an obsolete wastewater decontamination facility). The funding also supports the development and coordination of multiple plans and program management efforts. S&T's plans also include the science-based documentation to support the regulatory approval of decontamination technologies, development of the detailed Building 101 (main laboratory) decontamination plan that incorporates lessons learned from efforts on the obsolete Building 102, and Integrated Master Scheduling efforts to ensure coordination of resources and island logistics necessary to fulfill all island mission activities.

**Administrative Services** ......................................................................................... **($6.3M), 0 FTE**
The FY 2021 President's Budget reduces funding for support contracts such as information technology, printer maintenance, inventory management, and other administrative support. To make the best use of available resources, S&T will reduce administrative services to focus resources on higher priority, mission support activities.

Exhibit 6 - 084

# COUNTERING WEAPONS OF MASS DESTRUCTION OFFICE

## Description

The Countering Weapons of Mass Destruction Office (CWMD) enables operational partners to prevent weapons of mass destruction (WMD) use against the homeland and promotes readiness for chemical, biological, radiological, nuclear (CBRN), and other health security threats. CWMD serves as the Department's focal point for counter WMD efforts and carries out its role through timely, responsive support.

| At a Glance |
| --- |
| *Senior Leadership:* *Gary Rasicot, Acting Assistant Secretary* |
| *Established: 2017* |
| *Major Divisions:* *Immediate Office of the Assistant Secretary; Strategy, Plans, & Policy; Information Analysis; Operations Support; Systems Support; Enterprise Services* |
| ***New Budget Authority:*** **$377,160,000** |
| *Employees (FTE):*  266 |

## Responsibilities

The *Countering Weapons of Mass Destruction Act of 2018* authorizes CWMD to enhance and coordinate DHS strategic and policy efforts with Federal, State, local, tribal, and territorial (FSLTT) governments and the private sector to prevent WMD use against the homeland and promote readiness against chemical, biological, radiological, nuclear and health security threats. CWMD has the primary authority and responsibility within the Department, in support of DHS Operational Components, to research, develop, acquire, and deploy operationally effective solutions to protect the Nation from CBRN threats. CWMD also enhances the ability of high-risk urban areas across the United States to detect and prevent terrorist attacks using nuclear or other radiological material through the establishment and implementation of the Securing the Cities program. CWMD is responsible for the development and implementation of the Global Nuclear Detection Architecture (GNDA), support for DHS chemical and biological defense activities, and the operation of the National Biosurveillance Integration Center (NBIC).

CWMD holds the role and responsibilities of the Department's Chief Medical Officer (CMO), who serves as the principal advisor to DHS leadership on medical and public health issues related to natural disasters, acts of terrorism, and other man-made disasters. The CMO provides operational medical support to DHS Components and coordinates with FSLTT and other stakeholders on medical and public health matters. CWMD coordinates the Department's activities related to the defense of the Nation's food and agriculture through oversight and management of DHS's implementation of Homeland Security Presidential Directive (HSPD)-9 Defense of United States Agriculture and Food.

## Service to the Public

CWMD supports National, State, and local countering WMD terrorism programs. CWMD focuses these efforts through several programs that enhance CBRN detection, capabilities, and coordination of FSLTT partners.

Exhibit 6 - 085

- The Mobile Detection Deployment (MDD) Program helps augment and train the Nation's law enforcement partners to build and sustain a national capability to detect, interdict, and prevent WMD threats along the Nation's pathways and points of entry. CWMD works with Federal, State, and local law enforcement agencies to identify high risk pathways and sends technical experts and equipment for "detection surges" in the targeted areas. This effort combines enhanced threat detection with the opportunity to build operators' skills using the equipment.



*Mobile Detection Deployment Units boost R/N detection capabilities of FSLTT partners.*

- The BioWatch Program supports efforts to safeguard the Nation against biological threats. BioWatch provides early warning and characterization of biological events and provides local jurisdictions and fielded DHS Component Personnel with support and guidance needed to effectively address biological threats.

- The NBIC enhances the capability of FSLTT governments to rapidly identify, characterize, localize, and track biothreat agents or emerging pandemics of national concern.

- CWMD Training and Exercise Division develops relevant doctrine, creates training curriculum, and validates readiness for local jurisdictions and DHS Component personnel.

- The Securing the Cities program focuses on strengthening the defenses of high-risk urban areas against radiological and nuclear threats. In keeping with its new authorities under the CWMD Act, CWMD is in the process of expanding the program to six new high-risk urban areas.

- CWMD actively engages with the Homeland Enterprise to combat threats to the public and law enforcement officers to address immediate public health threats related to high-potency synthetic opioids, such as fentanyl.


## FY 2019 Accomplishments

### Enhancing Counterterrorism Efforts in Communities

- In FY 2019, CWMD completed 155 surge deployments of the MDD Program, enhancing interdiction efforts and expanding our law enforcement partners' ability to protect the Nation from the threat of WMD terrorism.

- CWMD collaborated with the National Security Council, the Federal interagency and local community partners to develop the Community Response to Drug Overdose (CReDO) Project. CReDO seeks to improve the "community" response to the drug overdose crisis and opioid public health emergency.

- NBIC produced approximately 350 products, reached recipients across 14 Federal Partner Departments, 217 SLTT agencies, and 11 operating pictures. NBIC successfully deployed a national system to identify anomalous incidents, such as emerging pandemics,

Exhibit 6 - 086

or opioid or chemical exposures to local responders based on de-identified, aggregated Emergency Medical Services data.

- In FY 2019, the BioWatch Program conducted biodetection operations with Federal, State, and local partners in more than 30 jurisdictions across the nation, maintaining a network of 628 detectors and collecting and analyzing nearly 240,000 samples.



- CWMD conducted more than 100 training exercises, training events and informational briefings with stakeholders and partners to develop doctrine, create training curriculum, and validate readiness through exercises.

*BioWatch exercise in Atlanta, GA.*

## Strengthening National Defenses by Supporting DHS Operators

- CWMD deployed another radiological and nuclear (R/N) detection Straddle Carrier Portal for use by U.S. Customs and Border Protection (CBP). CWMD also completed Remote Operational capability for the deployed RPMs at major ports on the east and west coasts and completed deployment of enhanced R/N detection algorithm (ERNIE) at two ports. These actions enhance R/N detection capabilities while also significantly reducing the operational burden for both CBP officers and port operators.

- CWMD procured a series of R/N detection systems for DHS Operational Components, including 19,001 Personal Radiation Detectors and support to DHS "Special Mission Units," which expanded detection operational capabilities.

- CWMD established the DHS Chemical Coordination Group (CCG) to unify Department activities that address the chemical defense mission. The CCG will ensure that Component operators are postured to counter emerging and forecasted chemical threats.

- CWMD provided medical expertise in support of the combined U.S. Government response to the health and security crisis at the Southwest Border. The establishment of deployed medical teams, at more than 40 separate locations, reduced the medical and public health impacts of the migrant surge on CBP and local healthcare systems. CWMD continues to synchronize DHS Operational Components together with local public health officials and local healthcare leaders to identify and address problems, while also improving processes.

## Integrating Technology

- CWMD continued its multi-year effort to develop a 21st century-worthy biological detection program, which will provide State and local partners a capability for early detection of airborne biological particulates. CWMD completed part of the required acquisition process to develop the technology which, when fully deployed, will enable first responders to take initial actions that minimize the impact of exposure.

- CWMD has completed development of enhanced Radiation Portal Monitors (RPMs) to replace approximately 200 of over 1,300 aging RPMs that have been protecting our borders since 2003. Replacements will be acquired and deployed beginning in FY 2020.

Exhibit 6 - 087

## BUDGET REQUEST

*Dollars in Thousands*

| | 2019 Enacted | | 2020 Enacted | | 2021 President's Budget | | 2020 – 2021 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 232 | $187,095 | 232 | $179,467 | 266 | $172,875 | 34 | ($6,592) |
| Procurement, Construction, and Improvements | - | $100,096 | - | $118,988 | - | $87,413 | - | ($31,575) |
| Research and Development | - | $83,043 | - | $69,181 | - | $58,209 | - | ($10,972) |
| Federal Assistance | - | $64,663 | - | $64,663 | - | $58,663 | - | ($6,000) |
| Net Discretionary | 232 | $434,897 | 232 | $432,299 | 266 | $377,160 | 34 | ($55,139) |
| Gross Discretionary | 232 | $434,897 | 232 | $432,299 | 266 | $377,160 | 34 | ($55,139) |
| Total Budget Authority | 232 | $434,897 | 232 | $432,299 | 266 | $377,160 | 34 | ($55,139) |
| Less: Rescissions to Prior Year Balances | - | $18,248 | - | $1,596 | - | - | - | ($1,596) |
| Total | 232 | $416,649 | 232 | $430,703 | 266 | $377,160 | 34 | ($53,543) |

## FY 2021 Highlights

**CWMD's Staffing..........................................................................................$58.6M, 266 FTE**

The FY 2021 President's Budget includes funding for highly skilled CBRN experts and supporting staff to begin to establish a workforce that can capitalize on the authorities in the *Countering Weapons of Mass Destruction Act of 2018*. The funding level includes all CWMD Federal staff, Public Health Service Officers, and other Federal personnel on detail to CWMD to provide the full range of expertise. In FY 2021, CWMD is requesting an additional 38 positions for the Regional Medical Operations Group, to assist the Chief Medical Officer, to provide increased threat analysis, and for operational and mission support.

**BioWatch Program ..........................................................................................$79.8M, 0 FTE**

To support the CWMD Biodefense capability, the budget includes an increase of $5M to support full year funding of BioWatch, which is the Nation's only civilian-operated biodetection and response program. BioWatch is charged with working with FSLTT governments to prepare a rapid efficient response to a widespread bioterrorism attack, conduct environmental surveillance to provide early warning of an attack, and oversee initial situational awareness and response at all levels of government.

**Detection System Procurement..........................................................................$87.4M, 0 FTE**

The FY 2021 President's Budget requests $87.4M to acquire and deploy large scale and portable detection systems. Large scale Radiation Detection Equipment (RDE) is provided to DHS Operational Components to scan cargo at various locations throughout the United States to detect radiological and nuclear materials. Portable detection systems are chemical, biological, nuclear and radiological detection equipment that can be carried, worn, or easily moved to support operational end-users. CWMD acquires and deploys human portable, mobile, or relocatable detection equipment to address capability gaps for operational users within DHS Components

Exhibit 6 - 088

and local first responders. The procurement of this equipment provides continuous support for chemical, biological and radiological detection capability for combating known and emerging threats.

**FY 2021 Major Decreases**

**Securing the Cities** ............................................................................... **($11.0M, 0 FTE)**

The Securing the Cities (STC) Program provides counter R/N resources to high risk metropolitan regions to reduce the risk of successful importation, possession, storage, transportation, development, or use of R/N materials, devices or agents. In FY 2021, CWMD will reduce the program by $11 million to account for the planned late-FY 2020 STC equipment and grant awards. This will allow grant recipients proper time to execute the funds.

**Research and Development** ................................................................... **($11.0M, 0 FTE)**

The CWMD R&D program provides resources to identify, explore, and demonstrate new technologies and capabilities that will help enable DHS and its partners to prevent, protect against, respond to, and mitigate CBRN threats and incidents. The FY 2021 President's Budget decreases R&D by $11 million, reflecting the prioritization of other projects within CWMD.

Exhibit 6 - 089

# DHS Resource Table

Exhibit 6 - 090

Exhibit 6 - 091

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **TITLE I - DEPARTMENTAL MANAGEMENT AND OPERATIONS** | | | | | | | | | |
| **Office of the Secretary and Executive Management** | | | | | | | | | |
| Operations and Support | 622 | 570 | 141,381 | 658 | 605 | 168,808 | 693 | 635 | 150,359 |
| Office of the Secretary | 69 | 68 | 18,527 | | | | | | |
| Office of Strategy, Policy, and Plans | 168 | 157 | 37,950 | 194 | 183 | 48,571 | 215 | 195 | 52,121 |
| Office of Public Affairs | 26 | 24 | 5,321 | | | | | | |
| Office of Legislative Affairs | 27 | 25 | 5,462 | | | | | | |
| Office of Partnership and Engagement | 55 | 52 | 14,566 | | | | | | |
| Office of General Counsel | 105 | 85 | 19,379 | | | | | | |
| Office for Civil Rights and Civil Liberties | 101 | 95 | 25,312 | | | | | | |
| Office of the Citizenship and Immigration Services Ombudsman | 29 | 26 | 6,200 | | | | | | |
| Privacy Office | 42 | 38 | 8,664 | | | | | | |
| Operations and Engagement | | | | 186 | 170 | 59,022 | 189 | 177 | 43,740 |
| Management and Oversight | | | | 278 | 252 | 61,215 | 289 | 263 | 54,498 |
| Discretionary - Appropriation | 622 | 570 | 141,381 | 658 | 605 | 168,808 | 693 | 635 | 150,359 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (231) | | | (153) | | | |
| Adjusted Discretionary - Appropriation | 622 | 570 | 141,150 | 658 | 605 | 168,655 | 693 | 635 | 150,359 |
| Net Discretionary | 622 | 570 | 141,381 | 658 | 605 | 168,808 | 693 | 635 | 150,359 |
| Adjusted Net Discretionary | 622 | 570 | 141,150 | 658 | 605 | 168,655 | 693 | 635 | 150,359 |
| **Management Directorate** | 3,898 | 3,567 | 2,840,412 | 3,930 | 3,622 | 3,123,370 | 3,962 | 3,738 | 3,350,394 |
| Operations and Support | 2,296 | 2,060 | 1,083,837 | 2,328 | 2,115 | 1,082,142 | 2,360 | 2,331 | 1,402,196 |
| Immediate Office of the Under Secretary of Management | 31 | 28 | 7,788 | 31 | 29 | 7,903 | 31 | 29 | 4,569 |
| Office of the Chief Readiness Support Officer | 123 | 109 | 90,726 | 129 | 126 | 101,063 | 129 | 126 | 179,325 |
| Office of the Chief Human Capital Officer | 320 | 280 | 106,344 | 320 | 292 | 116,158 | 331 | 328 | 129,841 |
| Office of the Chief Security Officer | 322 | 293 | 79,431 | 328 | 295 | 83,476 | 323 | 289 | 135,340 |
| Office of the Chief Procurement Officer | 536 | 476 | 104,169 | 536 | 489 | 109,741 | 544 | 526 | 107,041 |
| Office of the Chief Financial Officer | 283 | 251 | 67,341 | 302 | 255 | 90,829 | 308 | 304 | 89,651 |
| Office of the Chief Information Officer | 504 | 446 | 397,230 | 505 | 482 | 418,246 | 503 | 438 | 502,456 |
| Office of Biometric Identity Management | 177 | 177 | 230,808 | 177 | 177 | 254,726 | 191 | 438 | 253,973 |
| Identity and Screening Program Operations | | | 70,117 | | | 70,820 | | | 76,912 |
| IDENT/Homeland Advanced Recognition Technology Operations and Maintenance | 177 | 177 | 160,691 | 177 | 177 | 183,906 | 191 | 191 | 177,061 |
| Procurement, Construction, and Improvements | | | 226,920 | | | 381,298 | | | 359,450 |
| Construction and Facility Improvements | | | 120,000 | | | 223,767 | | | 199,839 |
| DHS Headquarters Consolidation | | | 120,000 | | | 223,767 | | | 199,839 |
| Mission Support Assets and Infrastructure | | | 86,920 | | | 142,034 | | | 129,941 |
| Mission Support Assets and Infrastructure End Items | | | 13,991 | | | 11,522 | | | 19,916 |
| Financial Systems Modernization | | | 51,000 | | | 116,359 | | | 99,517 |
| Human Resources Information Technology (HRIT) | | | 8,814 | | | | | | 10,508 |
| Homeland Security Information Network (HSIN) | | | 8,360 | | | 10,353 | | | |
| Planning, Programming, Budgeting, and Execution System (PPBE One Number) | | | 4,030 | | | 3,890 | | | |
| Identity, Credential, and Access Management (ICAM) | | | 815 | | | | | | |
| Office of Biometric Identity Management | | | 20,000 | | | 15,497 | | | 29,670 |
| IDENT/Homeland Advanced Recognition Technology | | | 20,000 | | | 15,497 | | | 29,670 |
| **Research & Development** | | | 2,545 | | | | | | |
| Research & Development | | | 2,545 | | | | | | |
| | | | 2,545 | | | | | | |
| **Federal Protective Service** | 1,602 | 1,507 | 1,527,110 | 1,602 | 1,507 | 1,559,930 | 1,602 | 1,507 | 1,588,748 |
| FPS Operations | 1,602 | 1,507 | 359,196 | 1,602 | 1,507 | 387,500 | 1,602 | 1,507 | 387,500 |
| Operating Expenses | | | 359,196 | | | 387,500 | | | 387,500 |

Exhibit 6 - 092

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Countermeasures | | | 1,067,904 | | | 1,172,430 | | | 1,201,288 |
| Protective Security Officers | | | 1,121,683 | | | 1,148,400 | | | 1,177,100 |
| Technical Countermeasures | | | 46,031 | | | 24,030 | | | 24,148 |
| Discretionary - Appropriation | 2,296 | 2,060 | 1,313,302 | 2,328 | 2,115 | 1,503,440 | 2,360 | 2,231 | 1,761,666 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (1,583) | | | (304) | | | |
| Adjusted Discretionary - Appropriation | 2,296 | 2,060 | 1,311,719 | 2,328 | 2,115 | 1,503,136 | 2,360 | 2,231 | 1,761,666 |
| Discretionary - Offsetting Fee | 1,602 | 1,507 | 1,527,110 | 1,602 | 1,507 | 1,559,930 | 1,602 | 1,507 | 1,588,748 |
| Net Discretionary | 2,296 | 2,060 | 1,313,302 | 2,328 | 2,115 | 1,503,440 | 2,360 | 2,231 | 1,761,666 |
| Adjusted Net Discretionary | 2,296 | 2,060 | 1,311,719 | 2,328 | 2,115 | 1,503,136 | 2,360 | 2,231 | 1,761,666 |
| Gross Discretionary | 3,898 | 3,567 | 2,840,412 | 3,930 | 3,622 | 3,123,370 | 3,962 | 3,738 | 3,350,394 |
| Adjusted Gross Discretionary | 3,898 | 3,567 | 2,838,829 | 3,930 | 3,622 | 3,123,066 | 3,962 | 3,738 | 3,350,394 |
| Analysis and Operations | 878 | 841 | 253,253 | 897 | 852 | 284,141 | 897 | 853 | 312,638 |
| Operations and Support | 878 | 841 | 253,253 | 897 | 852 | 284,141 | 897 | 853 | 312,638 |
| Discretionary - Appropriation | 878 | 841 | 253,253 | 897 | 852 | 284,141 | 897 | 853 | 312,638 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (366) | | | (130) | | | |
| Adjusted Discretionary - Appropriation | 878 | 841 | 252,887 | 897 | 852 | 284,011 | 897 | 853 | 312,638 |
| Net Discretionary | 878 | 841 | 253,253 | 897 | 852 | 284,141 | 897 | 853 | 312,638 |
| Adjusted Net Discretionary | 878 | 841 | 252,887 | 897 | 852 | 284,011 | 897 | 853 | 312,638 |
| Office of Inspector General | 760 | 760 | 168,000 | 773 | 756 | 190,186 | 725 | 747 | 177,779 |
| Operations and Support | 760 | 760 | 168,000 | 773 | 756 | 190,186 | 725 | 747 | 177,779 |
| Discretionary - Appropriation | 760 | 760 | 168,000 | 773 | 756 | 190,186 | 725 | 747 | 177,779 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | | | | (3) | | | |
| Adjusted Discretionary - Appropriation | 760 | 760 | 168,000 | 773 | 756 | 190,183 | 725 | 747 | 177,779 |
| Net Discretionary | 760 | 760 | 168,000 | 773 | 756 | 190,186 | 725 | 747 | 177,779 |
| Adjusted Net Discretionary | 760 | 760 | 168,000 | 773 | 756 | 190,183 | 725 | 747 | 177,779 |
| **TITLE I - DEPARTMENTAL MANAGEMENT AND OPERATIONS** | 6,188 | 5,728 | 3,483,046 | 6,288 | 5,835 | 3,705,505 | 6,277 | 5,075 | 3,991,170 |
| **TITLE II - SECURITY, ENFORCEMENT, & INVESTIGATIONS** | | | | | | | | | |
| U.S. Customs and Border Protection | 61,627 | 60,855 | 17,257,250 | 64,499 | 61,644 | 17,372,298 | 65,285 | 62,697 | 18,209,969 |
| Operations and Support | 48,834 | 48,640 | 12,179,729 | 52,216 | 49,361 | 12,735,399 | 52,053 | 49,207 | 12,987,432 |
| Mission Support | 4,833 | 4,754 | 1,788,256 | 5,716 | 5,350 | 1,888,705 | 5,615 | 5,303 | 1,891,107 |
| Enterprise Services | 3,601 | 3,542 | 1,482,538 | 4,229 | 3,858 | 1,573,332 | 4,183 | 3,836 | 1,545,636 |
| Office of Professional Responsibility | 593 | 585 | 196,528 | 741 | 749 | 209,052 | 696 | 729 | 227,500 |
| Executive Leadership and Oversight | 639 | 627 | 109,590 | 746 | 743 | 112,321 | 756 | 738 | 117,971 |
| Border Security Operations | 21,399 | 21,334 | 4,739,201 | 24,028 | 22,605 | 4,938,544 | 24,108 | 22,672 | 5,037,485 |
| US Border Patrol | 21,160 | 21,096 | 4,678,852 | 23,799 | 22,370 | 4,838,308 | 23,879 | 22,437 | 4,960,786 |
| Operations | 21,160 | 21,096 | 3,884,735 | 23,799 | 22,370 | 4,161,450 | 23,879 | 22,437 | 4,205,954 |
| Assets and Support | | | 794,117 | | | 696,858 | | | 754,832 |
| Office of Training and Development | 239 | 238 | 60,349 | 229 | 235 | 60,236 | 229 | 238 | 76,699 |

Exhibit 6 - 093

## Department of Homeland Security
### Total Budget Authority

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Trade and Travel Operations | 20,087 | 19,473 | 4,562,701 | 19,453 | 18,603 | 4,789,033 | 19,406 | 18,506 | 4,873,952 |
| Office of Field Operations | 19,007 | 18,401 | 4,240,629 | 18,243 | 17,374 | 4,444,156 | 18,243 | 17,259 | 4,518,232 |
| Domestic Operations | 17,319 | 16,772 | 2,942,710 | 15,687 | 15,687 | 3,074,199 | 16,315 | 15,562 | 3,060,903 |
| International Operations | 840 | 836 | 155,217 | 940 | 675 | 144,940 | 940 | 675 | 152,390 |
| Targeting Operations | 848 | 793 | 250,528 | 988 | 1,012 | 241,449 | 988 | 1,022 | 288,031 |
| Assets and Support | | | 892,174 | | | 983,568 | | | 1,016,908 |
| Office of Trade | 905 | 903 | 260,395 | 1,004 | 1,022 | 279,362 | 1,053 | 1,046 | 292,557 |
| Office of Training and Development | 175 | 169 | 61,677 | 206 | 207 | 65,515 | 200 | 201 | 63,163 |
| Integrated Operations | 2,515 | 2,479 | 1,089,591 | 3,019 | 2,803 | 1,169,117 | 2,834 | 2,726 | 1,184,888 |
| Air and Marine Operations | 1,658 | 1,631 | 869,962 | 1,920 | 1,880 | 884,843 | 1,803 | 1,818 | 913,569 |
| Operations | 1,495 | 1,468 | 306,506 | 1,675 | 1,640 | 314,425 | 1,602 | 1,622 | 306,541 |
| Assets and Support | | | 525,867 | | | 533,768 | | | 565,554 |
| Air and Marine Operations Center | 163 | 163 | 37,589 | 245 | 240 | 36,650 | 201 | 196 | 41,474 |
| Office of International Affairs | 165 | 163 | 41,700 | 170 | 174 | 42,134 | | 174 | 44,051 |
| Office of Intelligence | 264 | 262 | 59,148 | 397 | 315 | 61,685 | 335 | 286 | 65,724 |
| Office of Training and Development | | | 6,546 | | | 6,886 | 10 | 10 | 7,959 |
| Operations Support | 428 | 423 | 112,235 | 532 | 434 | 173,569 | 516 | 438 | 153,555 |
| | | | | | | | | | |
| Procurement, Construction, and Improvements | | | 2,515,878 | | | 1,994,468 | | | 2,281,360 |
| Mission Support Assets and Infrastructure | | | 18,544 | | | 45,673 | | | 32,629 |
| Revenue Modernization | | | 18,544 | | | 15,673 | | | 13,173 |
| Mission Support Assets and Infrastructure End Items | | | | | | 30,000 | | | 10,000 |
| COBS Transformation Initiative | | | | | | | | | 9,456 |
| Border Security Assets and Infrastructure: | | | 1,475,000 | | | 1,508,788 | | | 2,060,413 |
| Integrated Fixed Towers (IFT) | | | 13,579 | | | 1,142 | | | |
| Remote Video Surveillance System (RVSS) | | | 49,577 | | | 40,740 | | | 7,600 |
| Mobile Video Surveillance System (MVSS) | | | 8,844 | | | 14,800 | | | |
| Border Security Assets and Infrastructure End Items | | | 28,000 | | | 77,106 | | | 88,000 |
| Border Wall System Program | | | 1,375,000 | | | 1,375,000 | | | 1,964,813 |
| Trade and Travel Assets and Infrastructure | | | 625,000 | | | 88,124 | | | 22,510 |
| Automated Commercial Environment (ACE) | | | | | | 10,000 | | | 10,000 |
| Non-Intrusive Inspection (NII) Systems Program | | | 564,000 | | | 59,124 | | | 12,510 |
| Trade and Travel Assets and Infrastructure End Items | | | 51,000 | | | 19,000 | | | |
| Integrated Operations Assets and Infrastructure: | | | 127,112 | | | 199,519 | | | 38,409 |
| Airframes and Sensors | | | 112,612 | | | 184,689 | | | 38,409 |
| KA350/CBP Multi-Role Enforcement Aircraft (MEA) | | | 86,112 | | | 85,146 | | | |
| UH-60 Medium Lift Helicopter | | | 15,000 | | | 46,525 | | | 15,500 |
| Airframes and Sensors End Items | | | 11,500 | | | 18,900 | | | 22,909 |
| Light Enforcement Helicopters | | | | | | 34,118 | | | |
| Watercraft | | | 14,500 | | | 14,830 | | | |
| Coastal Interceptor Vessels | | | 14,500 | | | 14,830 | | | |
| Construction and Facility Improvements | | | 270,222 | | | 62,364 | | | 127,399 |
| Border Patrol Facilities | | | 255,447 | | | 25,000 | | | 100,000 |
| OFO Facilities | | | | | | 22,364 | | | |
| Air & Marine Facilities | | | 14,775 | | | 6,000 | | | |
| Construction and Facility Improvements End Items | | | | | | 9,000 | | | 27,399 |
| | | | | | | | | | |
| Immigration Inspection User Fee | 4,479 | 4,509 | 769,636 | 4,179 | 4,179 | 826,447 | 4,179 | 4,179 | 793,876 |
| Immigration Enforcement Fines | 5 | 4 | 676 | 3 | 3 | 305 | 2 | 2 | 227 |
| Electronic System for Travel Authorization (ESTA) Fee | 94 | 94 | 61,417 | 94 | 94 | 64,384 | 94 | 94 | 63,417 |
| Land Border Inspection Fee | 202 | 202 | 53,512 | 202 | 202 | 56,467 | 202 | 202 | 59,364 |
| COBRA Customs Fees | 2,538 | 2,293 | 594,978 | 2,538 | 2,538 | 615,975 | 3,446 | 3,188 | 681,412 |
| COBRA FTA | 1,587 | 1,640 | 255,000 | 1,287 | 1,287 | 267,000 | 1,287 | 1,287 | 322,258 |

Exhibit 6 - 094

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Agricultural Quarantine and Inspection Fees | 3,061 | 3,208 | 539,325 | 3,061 | 3,061 | 539,325 | 3,361 | 3,361 | 582,187 |
| Global Entry Fee | 416 | 416 | 165,961 | 416 | 416 | 184,937 | 416 | 416 | 199,939 |
| Puerto Rico Trust Fund | 268 | 268 | 31,941 | 268 | 268 | 94,507 | 268 | 268 | 152,291 |
| Virgin Islands Deposit Fund | 63 | 63 | 7,795 | 63 | 63 | 11,537 | 63 | 63 | 11,442 |
| User Fee Facilities | 80 | 118 | 8,941 | 80 | 80 | 9,000 | 80 | 80 | 10,074 |
| Customs Unclaimed Goods | - | - | 1,461 | - | - | 1,547 | - | - | 3,690 |
| 9-11 Response and Biometric Exit Account | - | - | 71,000 | 92 | 92 | 61,000 | 92 | 92 | 61,000 |
| Discretionary - Appropriation | 48,834 | 48,040 | 14,695,607 | 52,216 | 49,361 | 14,639,867 | 52,053 | 49,207 | 15,268,792 |
| Rescission of Prior Year Unobligated Balance (Discretionary - Appropriation) | - | | (54,132) | | | (382,269) | | | |
| Adjusted Discretionary - Appropriation | 48,834 | 48,040 | 14,691,475 | 52,216 | 49,361 | 14,257,598 | 52,053 | 49,207 | 15,268,792 |
| Discretionary - Fee | 1,667 | 1,758 | 263,941 | 1,367 | 1,367 | 276,000 | 1,367 | 1,367 | 332,332 |
| Discretionary - Offsetting Fee | 416 | 416 | 165,961 | 416 | 416 | 184,937 | 416 | 416 | 199,939 |
| Net Discretionary | 50,501 | 49,798 | 14,959,548 | 53,583 | 50,728 | 14,915,867 | 53,420 | 50,574 | 15,601,124 |
| Adjusted Net Discretionary | 50,501 | 49,798 | 14,955,416 | 53,583 | 50,728 | 14,533,598 | 53,420 | 50,574 | 15,601,124 |
| Gross Discretionary | 50,917 | 50,214 | 15,125,509 | 53,999 | 51,144 | 15,100,804 | 53,836 | 50,990 | 15,801,063 |
| Adjusted Gross Discretionary | 50,917 | 50,214 | 15,121,377 | 53,999 | 51,144 | 14,718,535 | 53,836 | 50,990 | 15,801,063 |
| Mandatory - Fee | 10,710 | 10,641 | 2,131,741 | 10,500 | 10,500 | 2,271,494 | 11,449 | 11,707 | 2,408,996 |
| | | | | | | | | | |
| U.S. Immigration and Customs Enforcement | 21,104 | 20,600 | 7,965,712 | 21,327 | 20,912 | 8,399,871 | 25,963 | 22,176 | 10,416,160 |
| Operations and Support | 20,755 | 19,748 | 7,542,153 | 20,930 | 20,536 | 8,002,801 | 25,566 | 21,800 | 9,822,109 |
| Mission Support | 2,210 | 2,065 | 1,091,898 | 2,210 | 2,092 | 1,271,110 | 2,438 | 2,168 | 1,462,892 |
| Office of the Principal Legal Advisor | 1,566 | 1,465 | 260,185 | 1,735 | 1,612 | 290,337 | 2,278 | 1,833 | 352,991 |
| Homeland Security Investigations | 8,778 | 8,163 | 1,916,213 | 8,784 | 8,511 | 2,042,321 | 9,837 | 8,779 | 2,301,605 |
| Domestic Investigations | 8,167 | 7,594 | 1,658,935 | 8,167 | 7,872 | 1,769,410 | 9,075 | 8,102 | 1,991,986 |
| International Operations | 275 | 260 | 172,986 | 275 | 260 | 178,806 | 320 | 271 | 204,837 |
| Intelligence | 336 | 309 | 84,292 | 342 | 379 | 94,105 | 442 | 406 | 104,782 |
| Enforcement and Removal Operations | 8,201 | 8,055 | 4,273,857 | 8,201 | 8,321 | 4,429,033 | 10,993 | 9,020 | 5,704,621 |
| Custody Operations | 5,324 | 5,252 | 3,170,845 | 5,324 | 5,355 | 3,142,520 | 6,171 | 5,567 | 4,137,386 |
| Fugitive Operations | 792 | 783 | 125,969 | 792 | 783 | 139,622 | 1,219 | 890 | 194,602 |
| Criminal Alien Program | 1,689 | 1,651 | 219,074 | 1,689 | 1,651 | 265,228 | 2,812 | 1,932 | 415,223 |
| Alternatives to Detention | 327 | 304 | 274,621 | 327 | 467 | 319,213 | 627 | 542 | 353,941 |
| Transportation and Removal Program | 69 | 65 | 483,348 | 69 | 65 | 562,450 | 164 | 89 | 603,475 |
| | | | | | | | | | |
| Procurement, Construction, and Improvements | | | 45,559 | | | 47,270 | | | 104,954 |
| Mission Support Assets and Infrastructure | | | 4,700 | | | | | | 3,060 |
| Consolidated ICT Financial Solution (CFS) | | | 4,700 | | | | | | 3,060 |
| Mission Support Assets and Infrastructure End Items | | | | | | | | | |
| Operational Communications Information Technology | | | 30,859 | | | 10,300 | | | 21,478 |
| Operational Communications Information Technology End Items | | | | | | | | | 8,628 |
| T-S | | | 30,859 | | | 10,300 | | | 6,000 |
| TACCOM | | | | | | | | | 6,850 |
| Construction and Facility Improvements | | | 10,000 | | | 36,970 | | | 80,416 |
| Mission Capacity Expansion | | | | | | | | | 58,916 |
| Critical Repair Requirement | | | 10,000 | | | 36,970 | | | 21,500 |

86

Exhibit 6 - 095

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Immigration Inspection User Fees** | | | 135,000 | | | 135,000 | | | 135,000 |
| **Breached Bond Detention Fund** | | | 55,000 | | | 55,000 | | | 55,000 |
| **Student and Exchange Visitor Program** | 349 | 332 | 128,000 | 397 | 376 | 129,800 | 397 | 376 | 186,610 |
| **Immigration Examinations Fee Account** | | | | | | | | | 112,287 |
| **Immigration Enforcement Account** | | | | | | | | | 200 |
| Discretionary - Appropriation | 20,755 | 19,748 | 7,587,712 | 20,930 | 20,536 | 8,080,071 | 25,566 | 21,800 | 9,927,063 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (815) | | | (8,999) | | | |
| Adjusted Discretionary - Appropriation | 20,755 | 19,748 | 7,586,897 | 20,930 | 20,536 | 8,071,072 | 25,566 | 21,800 | 9,927,063 |
| Net Discretionary | 20,755 | 19,748 | 7,587,712 | 20,930 | 20,536 | 8,080,071 | 25,566 | 21,800 | 9,927,063 |
| Adjusted Net Discretionary | 20,755 | 19,748 | 7,586,897 | 20,930 | 20,536 | 8,071,072 | 25,566 | 21,800 | 9,927,063 |
| Mandatory - Fee | 349 | 332 | 318,000 | | 376 | 319,800 | | 376 | 489,097 |
| **Transportation Security Administration** | 58,530 | 55,607 | 8,090,147 | 59,503 | 56,425 | 8,304,481 | 58,192 | 55,314 | 8,241,792 |
| **Operations and Support** | 58,530 | 55,607 | 7,649,964 | 59,503 | 56,425 | 7,917,479 | 58,192 | 55,314 | 7,928,883 |
| Mission Support | 1,902 | 1,636 | 924,832 | 1,898 | 1,619 | 912,350 | 1,921 | 1,646 | 901,871 |
| Aviation Screening Operations | 53,231 | 50,766 | 5,110,689 | 54,233 | 51,657 | 5,382,014 | 53,123 | 50,727 | 5,376,564 |
| Screening Workforce | 47,953 | 45,693 | 3,775,070 | 49,010 | 46,624 | 3,993,527 | 47,940 | 45,722 | 3,958,156 |
| Screening Partnership Program | 10 | 10 | 197,062 | 10 | 10 | 226,375 | 10 | 10 | 204,647 |
| Screener Personnel, Compensation, and Benefits | 47,646 | 45,392 | 3,347,774 | 48,664 | 46,284 | 3,523,547 | 47,596 | 45,384 | 3,526,680 |
| Screener Training and Other | 297 | 291 | 230,234 | 336 | 330 | 243,605 | 334 | 328 | 226,829 |
| Airport Management | 3,918 | 3,792 | 658,479 | 3,879 | 3,754 | 637,005 | 3,875 | 3,750 | 656,105 |
| Canines | 787 | 755 | 164,597 | 785 | 753 | 166,861 | 783 | 779 | 170,713 |
| Screening Technology Maintenance | 226 | 201 | 398,137 | 216 | 185 | 468,964 | 161 | 146 | 473,687 |
| Secure Flight | 347 | 325 | 115,406 | 343 | 321 | 115,657 | 364 | 330 | 117,093 |
| Other Operations and Enforcement | 3,397 | 3,205 | 1,614,443 | 3,372 | 3,169 | 1,622,915 | 3,148 | 2,941 | 1,650,448 |
| Inflight Security | | | 786,213 | | 36 | 780,288 | | 38 | 788,551 |
| Federal Air Marshals | | | 763,598 | | | 755,682 | | | 771,576 |
| Federal Flight Deck Officer and Crew Training | 38 | 36 | 22,615 | 38 | 36 | 24,606 | 38 | 36 | 16,975 |
| Aviation Regulation | 1,079 | 1,026 | 220,235 | 1,076 | 1,017 | 230,560 | 1,091 | 1,025 | 193,714 |
| Air Cargo | 642 | 613 | 104,629 | 656 | 607 | 105,497 | 637 | 608 | 108,332 |
| Intelligence and TSOC | 427 | 402 | 80,324 | 417 | 387 | 76,972 | 430 | 397 | 77,168 |
| Surface Programs | 807 | 739 | 130,141 | 805 | 737 | 140,961 | 464 | 403 | 78,094 |
| Vetting Programs | 404 | 389 | 292,901 | 400 | 385 | 288,637 | 488 | 472 | 404,389 |
| Vetting Operations | 134 | 123 | 53,016 | 130 | 119 | 51,723 | 133 | 121 | 45,125 |
| TWIC Fee | 60 | 59 | 65,535 | 60 | 59 | 61,364 | 68 | 67 | 69,500 |
| Hazardous Materials Endorsement Fee | 41 | 40 | 18,500 | 41 | 40 | 18,660 | 42 | 41 | 19,200 |
| General Aviation at DCA Fee | 6 | 6 | 700 | 6 | 6 | 700 | 7 | 7 | 600 |
| Commercial Aviation and Airports Fee | | | 8,000 | | | 9,000 | | | 9,000 |
| Other Security Threat Assessments Fee | | | 50 | | | 50 | | | 50 |
| Air Cargo Certified Cargo Screening Program Fee | 14 | 14 | 5,000 | 14 | 14 | 5,000 | 16 | 16 | 5,000 |
| TSA Precheck Fee | 132 | 130 | 136,900 | 132 | 130 | 137,000 | 201 | 201 | 250,614 |
| Alien Flight School Fee | 17 | 17 | 5,200 | 17 | 17 | 5,200 | 19 | 19 | 5,500 |
| **Procurement, Construction, and Improvements** | | | 419,789 | | | 360,100 | | | 283,385 |
| Aviation Screening Infrastructure | | | 419,789 | | | 360,100 | | | 283,385 |
| Checkpoint Support | | | 984,422 | | | 70,100 | | | 28,893 |
| Checked Property Screening System | | | 91,500 | | | 70,100 | | | 28,893 |
| Security Technology Integrated Program | | | 2,922 | | | | | | |

Exhibit 6 - 096

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Checked Baggage | | | 75,567 | | | | | | 4,492 |
| Electronic Baggage Screening Program | | | 69,872 | | | | | | 4,492 |
| Security Technology Integrated Program | | | 5,695 | | | | | | |
| Aviation Security Capital Fund (mandatory) | | | 250,000 | | | 250,000 | | | 250,000 |
| **Research and Development** | | | | | | | | | |
| Research and Development | | | 20,594 | | | 22,902 | | | 29,524 |
| Emerging Alarm Resolution Technologies | | | 20,594 | | | 22,902 | | | 29,524 |
| On-Person Detection/NextGen AIT | | | | | | | | | 3,000 |
| Innovation Task Force | | | 15,604 | | | 17,912 | | | 16,534 |
| Checkpoint Automation (CPAM) | | | 4,990 | | | 4,990 | | | 4,990 |
| Discretionary - Appropriation | 58,260 | 55,341 | 7,690,462 | 59,233 | 56,159 | 7,813,567 | 57,837 | 54,963 | 7,632,328 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (36,544) | | | (48,143) | | | |
| Adjusted Discretionary - Appropriation | 58,260 | 55,341 | 7,532,722 | 59,233 | 56,159 | 7,771,188 | 57,837 | 54,963 | 7,632,328 |
| Discretionary - Offsetting Fee | 253 | 249 | 234,685 | 253 | 249 | 231,714 | 336 | 332 | 353,964 |
| September 11 Security Fee (Discretionary - Offsetting Fee) | | | (2,670,000) | | | (2,830,000) | | | (3,538,663) |
| Net Discretionary | 58,260 | 55,341 | 4,930,462 | 59,233 | 56,159 | 4,982,567 | 57,837 | 54,963 | 4,093,665 |
| Adjusted Net Discretionary | 58,260 | 55,341 | 4,895,918 | 59,233 | 56,159 | 4,935,424 | 57,837 | 54,963 | 4,093,665 |
| Gross Discretionary | 58,513 | 55,590 | 7,835,147 | 59,486 | 56,408 | 8,045,281 | 58,173 | 55,295 | 7,986,292 |
| Adjusted Gross Discretionary | 58,513 | 55,590 | 7,708,603 | 59,486 | 56,408 | 7,997,138 | 58,173 | 55,295 | 7,986,292 |
| Mandatory - Appropriation | | | 250,000 | | | 250,000 | | | 250,000 |
| Mandatory - Fee | 17 | 17 | 5,200 | 17 | 17 | 5,200 | 19 | 19 | 5,500 |
| **U.S. Coast Guard** | **50,160** | **48,810** | **12,237,046** | **50,753** | **49,412** | **12,188,870** | **51,170** | **49,856** | **12,331,137** |
| Operations and Support | 50,141 | 48,791 | 7,643,201 | 50,734 | 49,393 | 7,991,253 | 51,151 | 49,837 | 8,377,740 |
| Military Pay and Allowances | 41,054 | 40,764 | 3,864,816 | 41,129 | 41,129 | 4,023,053 | 41,278 | 41,278 | 4,157,388 |
| Civilian Pay and Benefits | 8,646 | 7,595 | 939,707 | 8,916 | 7,829 | 1,004,319 | 9,234 | 8,121 | 1,003,051 |
| Training and Recruiting | | | 189,983 | | | 210,912 | | | 230,901 |
| Operating Funds and Unit Level Maintenance | | | 919,533 | | | 929,895 | | | 993,993 |
| Centrally Managed Accounts | | | 161,441 | | | 161,205 | | | 93,451 |
| Intermediate and Depot Level Maintenance | | | 1,436,494 | | | 1,517,191 | | | 1,654,587 |
| Reserve Training | 416 | 409 | 117,758 | 422 | 412 | 124,696 | 422 | 415 | 130,714 |
| Environmental Compliance and Restoration | 25 | 23 | 13,469 | 25 | 23 | 19,982 | 25 | 23 | 13,745 |
| **Procurement, Construction, and Improvements** | | | **2,248,260** | | | **1,772,596** | | | **1,637,091** |
| Vessels | | | 1,581,350 | | | 994,000 | | | 1,280,400 |
| Survey and Design - Vessels and Boats | | | 5,500 | | | 2,500 | | | 2,000 |
| In-Service Vessel Sustainment | | | 63,250 | | | 91,400 | | | 82,600 |
| National Security Cutter | | | 72,600 | | | 160,500 | | | 31,000 |
| Offshore Patrol Cutter | | | 400,000 | | | 312,000 | | | 546,000 |
| Fast Response Cutter | | | 340,000 | | | 260,000 | | | 20,000 |
| Cutter Boats | | | 5,000 | | | 15,000 | | | 3,800 |
| Polar Security Cutter | | | 675,000 | | | 135,000 | | | 555,000 |
| Waterways Commerce Cutter | | | 5,000 | | | 2,500 | | | 25,000 |
| Polar Sustainment | | | 15,000 | | | 15,000 | | | 15,000 |
| Aircraft | | | 356,000 | | | 504,600 | | | 153,600 |
| HC-144 Conversion/Sustainment | | | 17,000 | | | 17,000 | | | 14,000 |
| HC-27J Conversion/Sustainment | | | 80,000 | | | 103,200 | | | 64,000 |
| HC-130J Acquisition/Conversion/Sustainment | | | 105,000 | | | 105,000 | | | 10,000 |

88

Exhibit 6 - 097

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| HH-65 Conversion-Sustainment | - | - | 28,000 | - | - | 50,000 | - | - | 45,000 |
| MH-60T Sustainment | - | - | 120,000 | - | - | 150,000 | - | - | 20,000 |
| Small Unmanned Aircraft Systems | - | - | 6,900 | - | - | 9,400 | - | - | 600 |
| Long Range Command and Control Aircraft | - | - | - | - | - | 70,000 | - | - | 70,000 |
| Other Acquisition Programs | - | - | 56,000 | - | - | 69,256 | - | - | 56,560 |
| Other Equipment and Systems | - | - | 3,500 | - | - | 3,500 | - | - | 3,500 |
| Program Oversight and Management | - | - | 20,000 | - | - | 20,000 | - | - | 20,000 |
| C4ISR | - | - | 23,300 | - | - | 25,156 | - | - | 15,260 |
| Coast Guard Logistics Information Management System | - | - | - | - | - | 6,400 | - | - | 1,100 |
| Cyber and Enterprise Mission Platform | - | - | - | - | - | 14,200 | - | - | 16,580 |
| Shore Facilities and Aids to Navigation (ATON) | - | - | 254,910 | - | - | 204,650 | - | - | 146,731 |
| Major Shore, Housing, ATON, Survey and Design | - | - | 74,510 | - | - | 77,550 | - | - | 74,000 |
| Major Acquisition Systems Infrastructure | - | - | 175,400 | - | - | 122,100 | - | - | 66,831 |
| Minor Shore | - | - | 5,000 | - | - | 5,000 | - | - | 5,000 |
| **Research and Development** | - | - | **20,256** | - | - | **4,949** | - | - | **5,276** |
| Research and Development | - | - | 20,256 | - | - | 4,949 | - | - | 5,276 |
| Unmanned Systems | - | - | 3,835 | - | - | 1,213 | - | - | 1,217 |
| Arctic Operations | - | - | 2,129 | - | - | 245 | - | - | 88 |
| Sensor Optimization, Automation, and Visualization | - | - | 2,993 | - | - | 1,282 | - | - | 449 |
| Intelligence and Other | - | - | 2,179 | - | - | 450 | - | - | 1,317 |
| Waterways Management and Environmental Response | - | - | 4,252 | - | - | 1,257 | - | - | 1,399 |
| Operational Performance Improvements and Modeling | - | - | 4,868 | - | - | 502 | - | - | 806 |
| **Medicare-Eligible Retiree Health Care Fund Contribution** | - | - | **199,360** | - | - | **205,107** | - | - | **215,787** |
| **Retired Pay** | - | - | **1,739,844** | - | - | **1,802,309** | - | - | **1,869,704** |
| **Boat Safety** | 19 | 19 | **117,261** | 19 | 19 | **118,882** | 19 | 19 | **118,002** |
| **Maritime Oil Spill Program** | - | - | **101,000** | - | - | **101,000** | - | - | **101,000** |
| **Funds** | | | | | | | | | |
| General Gift Fund | - | - | 2,864 | - | - | 2,864 | - | - | 6,537 |
| Housing Fund | - | - | 2,864 | - | - | 2,864 | - | - | 2,537 |
| | | | | | | | | | 4,000 |
| **Overseas Contingency Operations (OCO)/Global War on Terrorism** | - | - | **165,000** | - | - | **190,000** | - | - | |
| Discretionary - Appropriation | 50,141 | 48,791 | 10,111,077 | 50,734 | 49,393 | 9,973,815 | 51,151 | 49,837 | 10,235,894 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | - | - | (32,240) | - | - | (5,069) | - | - | (70,000) |
| Adjusted Discretionary - Appropriation | 50,141 | 48,791 | 10,078,837 | 50,734 | 49,393 | 9,968,746 | 51,151 | 49,837 | 10,165,894 |
| Discretionary - Fee | | | | | | | | | |
| Discretionary - Offsetting Fee | - | - | | - | - | | - | - | 4,000 |
| Net Discretionary | 50,141 | 48,791 | 10,111,077 | 50,734 | 49,393 | 9,973,815 | 51,151 | 49,837 | 10,235,894 |
| Adjusted Net Discretionary | 50,141 | 48,791 | 10,078,837 | 50,734 | 49,393 | 9,968,746 | 51,151 | 49,837 | 10,165,894 |
| Mandatory - Appropriation | 19 | 19 | 1,960,969 | 19 | 19 | 2,025,055 | 19 | 19 | 2,091,243 |
| Overseas Contingency Operations (OCO) | - | - | 165,000 | - | - | 190,000 | - | - | |

89

Exhibit 6 - 098

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| U.S. Secret Service | 7,650 | 7,359 | 2,513,159 | 7,777 | 7,647 | 2,680,845 | - | - | - |
| Operations and Support | 7,650 | 7,359 | 2,148,528 | 7,777 | 7,647 | 2,336,401 | - | - | - |
| Mission Support | 880 | 812 | 481,977 | 915 | 884 | 500,453 | - | - | - |
| Protective Operations | 3,434 | 3,398 | 884,701 | 3,446 | 3,427 | 1,021,437 | - | - | - |
| Protection of Persons and Facilities | 3,048 | 3,037 | 740,895 | 3,047 | 3,037 | 754,527 | - | - | - |
| Protective Countermeasures | 156 | 137 | 56,017 | 165 | 168 | 61,796 | - | - | - |
| Protective Intelligence | 230 | 224 | 49,395 | 234 | 230 | 49,955 | - | - | - |
| Presidential Campaigns and National Special Security Events | - | - | 37,494 | - | - | 155,159 | - | - | - |
| Field Operations | 3,098 | 2,921 | 678,927 | 3,173 | 3,097 | 703,977 | - | - | - |
| Domestic and International Field Operations | 3,098 | 2,921 | 647,905 | 3,173 | 3,097 | 667,600 | - | - | - |
| Support for Missing and Exploited Children Investigations | - | - | 6,000 | - | - | 6,000 | - | - | - |
| Support for Computer Forensics Training | - | - | 25,022 | - | - | 30,377 | - | - | - |
| Basic and In-Service Training and Professional Development | 238 | 228 | 102,923 | 243 | 239 | 110,534 | - | - | - |
| Procurement, Construction, and Improvements | - | - | 97,131 | - | - | 66,989 | - | - | - |
| Protective Assets and Infrastructure | - | - | 85,286 | - | - | 65,989 | - | - | - |
| Protection Assets and Infrastructure End Items | - | - | 85,286 | - | - | 65,989 | - | - | - |
| Operational Communications/Information Technology | - | - | 8,845 | - | - | - | - | - | - |
| Information Integration & Technology Transformation (IITT) | - | - | 8,845 | - | - | - | - | - | - |
| Construction and Facility Improvements | - | - | 3,000 | - | - | 1,000 | - | - | - |
| Construction and Facility Improvements End Items | - | - | 3,000 | - | - | 1,000 | - | - | - |
| Research and Development | - | - | 2,500 | - | - | 12,455 | - | - | - |
| Research and Development | - | - | 2,500 | - | - | 12,455 | - | - | - |
| Gen2 Fully Armored Vehicle (FAV) Program | - | - | - | - | - | 9,000 | - | - | - |
| Protective Systems and Weapons Testing Program | - | - | 2,250 | - | - | 1,705 | - | - | - |
| Computer Emergency Response Team (CERT) Program | - | - | 250 | - | - | 1,750 | - | - | - |
| Contribution for Annuity Accounts | - | - | 265,000 | - | - | 265,000 | - | - | - |
| Discretionary - Appropriation | 7,650 | 7,359 | 2,248,159 | 7,777 | 7,647 | 2,415,845 | - | - | - |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | - | - | (5,673) | - | - | (695) | - | - | - |
| Adjusted Discretionary - Appropriation | 7,650 | 7,359 | 2,242,486 | 7,777 | 7,647 | 2,415,150 | - | - | - |
| Net Discretionary | 7,650 | 7,359 | 2,248,159 | 7,777 | 7,647 | 2,415,845 | - | - | - |
| Adjusted Net Discretionary | 7,650 | 7,359 | 2,242,486 | 7,777 | 7,647 | 2,415,150 | - | - | - |
| Mandatory - Appropriation | - | - | 265,000 | - | - | 265,000 | - | - | - |
| **TITLE II - SECURITY, ENFORCEMENT, & INVESTIGATIONS** | 199,071 | 192,711 | 48,005,514 | 203,859 | 196,040 | 48,942,365 | 200,610 | 190,043 | 49,199,058 |
| | | | | | | | | | |
| **TITLE III - PREPAREDNESS AND RECOVERY** | | | | | | | | | |
| Cybersecurity and Infrastructure Security Agency | 2,469 | 1,976 | 1,681,757 | 2,675 | 2,158 | 2,015,622 | 2,698 | 2,235 | 1,757,798 |
| Operations and Support | 2,469 | 1,976 | 1,348,802 | 2,675 | 2,158 | 1,566,229 | 2,698 | 2,235 | 1,437,888 |
| Mission Support | 423 | 333 | 79,903 | 424 | 333 | 84,677 | 643 | 517 | 141,145 |
| Cybersecurity | 792 | 599 | 782,073 | 959 | 757 | 947,266 | 863 | 709 | 801,675 |
| Cyber Readiness and Response | 396 | 290 | 272,035 | 452 | 364 | 367,063 | - | - | - |
| Cyber Infrastructure Resilience | 48 | 37 | 46,571 | 138 | 90 | 86,535 | - | - | - |
| Federal Cybersecurity | 348 | 272 | 463,467 | 369 | 294 | 493,668 | - | - | - |
| Cyber Operations | - | - | - | - | - | - | 581 | 462 | 407,497 |
| Technology and Services | - | - | - | - | - | - | 282 | 247 | 394,178 |
| Infrastructure Security | 706 | 577 | 202,905 | 713 | 579 | 223,412 | 176 | 159 | 88,107 |
| Infrastructure Capacity Building | 418 | 348 | 128,470 | 425 | 350 | 147,901 | - | - | - |
| Infrastructure Security Compliance | 288 | 229 | 74,435 | 288 | 229 | 75,511 | - | - | - |
| Infrastructure Assessments and Security | - | - | - | - | - | - | 176 | 159 | 88,107 |

Exhibit 6 - 099

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Emergency Communications | 137 | 113 | 118,069 | 137 | 113 | 119,001 | 137 | 113 | 116,430 |
| Emergency Communications Preparedness | 107 | 87 | 54,069 | 107 | 87 | 54,338 | 107 | 87 | 51,549 |
| Priority Telecommunications Services | 30 | 26 | 64,000 | 30 | 26 | 64,663 | 30 | 26 | 64,881 |
| Integrated Operations | 411 | 354 | 162,852 | 442 | 376 | 191,873 | 603 | 514 | 166,693 |
| Critical Infrastructure Situational Awareness | 56 | 49 | 27,251 | 75 | 59 | 26,735 | | | |
| Risk Management Operations | 183 | 166 | 77,136 | 183 | 166 | 109,001 | | | |
| Stakeholder Engagement and Requirements | 108 | 86 | 45,386 | 116 | 94 | 42,511 | | | |
| Strategy, Policy, and Plans | 64 | 53 | 12,979 | 68 | 57 | 12,726 | | | |
| Regional Operations | | | | | | | 445 | 364 | 95,105 |
| Operations Coordination and Planning | | | | | | | 158 | 150 | 71,588 |
| Risk Management Operations | | | | | | | 168 | 141 | 86,318 |
| Stakeholder Engagement and Requirements | | | | | | | 168 | 141 | 86,318 |
| Stakeholder Engagement and Requirements | | | | | | | 108 | 82 | 37,520 |
| **Procurement, Construction, and Improvements** | | | 322,829 | | | 434,962 | | | 313,479 |
| Construction and Facilities Improvements | | | 15,000 | | | | | | |
| Pensacola Corry Station Facilities | | | 15,000 | | | | | | |
| Cybersecurity Assets and Infrastructure | | | 255,078 | | | 379,352 | | | 265,520 |
| Continuous Diagnostics and Mitigation | | | 160,000 | | | 213,514 | | | 174,350 |
| National Cybersecurity Protection System | | | 95,078 | | | 165,838 | | | 91,170 |
| Emergency Communications Assets and Infrastructure | | | 42,551 | | | 50,729 | | | 41,158 |
| Next Generation Networks Priority Services | | | 42,551 | | | 50,729 | | | 41,158 |
| Risk Management Assets and Infrastructure | | | 413 | | | | | | |
| Modeling Capability Transition Environment | | | 413 | | | | | | |
| Infrastructure Security Assets and Infrastructure | | | 9,787 | | | 4,881 | | | 6,801 |
| CISA Gateway | | | 9,787 | | | 4,881 | | | 6,801 |
| **Research and Development** | | | 13,126 | | | 14,431 | | | 6,431 |
| Cybersecurity R&D | | | 4,695 | | | | | | |
| Cybersecurity Technology Strategic Initiative | | | 4,695 | | | | | | |
| Infrastructure Security R&D | | | 3,216 | | | 1,216 | | | 1,216 |
| Improvised Explosive Device Precursor | | | 2,000 | | | | | | |
| Infrastructure Development and Recovery (IDR) | | | 793 | | | 793 | | | 793 |
| Technology Development and Recovery (IDR) | | | 423 | | | 423 | | | 423 |
| Risk Management R&D | | | 5,215 | | | 13,215 | | | 5,215 |
| Positioning, Navigation, and Timing (PNT) | | | 575 | | | 575 | | | 575 |
| Technology Development and Deployment Program (TDDP) | | | 640 | | | 640 | | | 640 |
| National Infrastructure Simulation and Analysis Center | | | 4,000 | | | 7,000 | | | 4,000 |
| Discretionary - Appropriation | 2,469 | 1,976 | 1,681,757 | 2,675 | 2,158 | 2,015,622 | 2,698 | 2,235 | 2,015,622 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (1,589) | | | (3,915) | | | |
| Adjusted Discretionary - Appropriation | 2,469 | 1,976 | 1,680,168 | 2,675 | 2,158 | 2,011,707 | 2,698 | 2,235 | 2,011,707 |
| Net Discretionary | 2,469 | 1,976 | 1,681,757 | 2,675 | 2,158 | 2,015,622 | 2,698 | 2,235 | 2,015,622 |
| Adjusted Net Discretionary | 2,469 | 1,976 | 1,680,168 | 2,675 | 2,158 | 2,011,707 | 2,698 | 2,235 | 2,011,707 |
| **Federal Emergency Management Agency** | 5,307 | 10,438 | 21,643,469 | 5,374 | 11,333 | 27,310,748 | 5,398 | 12,297 | 14,533,078 |
| Operations and Support | 4,216 | 3,685 | 1,066,258 | 4,283 | 3,753 | 1,102,199 | 4,300 | 3,802 | 1,134,195 |
| Mission Support | 1,318 | 1,170 | 492,162 | 1,327 | 1,182 | 508,229 | 1,330 | 1,180 | 511,356 |
| Regional Operations | 1,112 | 987 | 159,971 | 1,137 | 1,001 | 165,277 | 1,137 | 1,021 | 178,911 |
| Mitigation | 95 | 79 | 37,999 | 128 | 99 | 41,113 | 136 | 111 | 43,539 |
| Preparedness and Protection | 523 | 431 | 133,455 | 523 | 437 | 148,453 | 529 | 454 | 151,647 |
| Response and Recovery | 1,168 | 1,018 | 242,671 | 1,168 | 1,034 | 239,127 | 1,168 | 1,036 | 248,742 |
| Response | 828 | 735 | 194,419 | 830 | 742 | 190,114 | 830 | 744 | 195,950 |
| Recovery | 340 | 283 | 48,252 | 338 | 292 | 49,013 | 338 | 292 | 52,792 |

91

**Exhibit 6 - 100**

**Department of Homeland Security**
**Total Budget Authority**

| Line Item | FY 2019 Enacted Pos. | FY 2019 Enacted FTE | FY 2019 Enacted $$$ | FY 2020 Enacted Pos. | FY 2020 Enacted FTE | FY 2020 Enacted $$$ | FY 2021 President's Budget Pos. | FY 2021 President's Budget FTE | FY 2021 President's Budget $$$ |
|---|---|---|---|---|---|---|---|---|---|
| Procurement, Construction, and Improvements | | | | | | | | | |
| Operational Communications/Information Technology | | | 133,830 | | | 133,363 | | | 86,503 |
| Integrated Public Alert and Warning System (IPAWS) | | | 11,670 | | | 15,620 | | | 11,862 |
| Mobile Emergency Office Vehicles (MEOVs) | | | 11,670 | | | 9,620 | | | 9,862 |
| Construction and Facility Improvements | | | | | | 6,000 | | | 2,000 |
| Mt. Weather Facilities | | | 71,996 | | | 59,196 | | | 30,016 |
| Center for Domestic Preparedness (CDP) | | | 50,496 | | | 36,496 | | | 15,406 |
| National Emergency Training Center (NETC) | | | 20,000 | | | 18,200 | | | 10,600 |
| Regional Facilities | | | 1,500 | | | 4,500 | | | 4,520 |
| Mission Support Assets and Infrastructure | | | 50,164 | | | 58,547 | | | 44,025 |
| Grants Management Modernization | | | 28,081 | | | 42,106 | | | 24,083 |
| Financial Systems Modernization | | | 12,083 | | | 8,058 | | | 7,966 |
| Enterprise Data & Analytics Modernization | | | 10,000 | | | 8,383 | | | 11,626 |
| Access Lifecycle Management System | | | | | | | | | 350 |
| Federal Assistance | 381 | 370 | 3,135,210 | 381 | 370 | 3,229,467 | 381 | 370 | 2,482,552 |
| Grants | | | 2,858,531 | | | 2,949,000 | | | 2,326,048 |
| State Homeland Security Grant Program | | | 525,000 | | | 560,000 | | | 331,939 |
| Urban Area Security Initiative | | | 640,000 | | | 665,000 | | | 426,461 |
| Public Transportation Security Assistance | | | 100,000 | | | 100,000 | | | 36,358 |
| Port Security Grants | | | 100,000 | | | 100,000 | | | 36,358 |
| Presidential Residence Protection Assistance | | | 41,000 | | | 41,000 | | | |
| Assistance to Firefighters Grants | | | 350,000 | | | 355,000 | | | 344,344 |
| Staffing for Adequate Fire and Emergency Response (SAFER) Grants | | | 350,000 | | | 355,000 | | | 344,344 |
| Emergency Management Performance Grants | | | 350,000 | | | 355,000 | | | 279,335 |
| National Security and Resilience Grant Program | | | | | | | | | 406,909 |
| Flood Hazard Mapping and Risk Analysis Program (RiskMAP) | | | 262,531 | | | 263,000 | | | 100,000 |
| Regional Catastrophic Preparedness | | | 10,000 | | | 10,000 | | | |
| High Risk Dam Safety | | | 10,000 | | | 10,000 | | | |
| Emergency Food and Shelter | | | 120,000 | | | 125,000 | | | |
| Targeted Violence and Terrorism Prevention (TVTP) | | | 10,000 | | | 10,000 | | | 20,000 |
| Education, Training, and Exercises | | | 276,679 | | | 280,067 | | | 156,504 |
| Center for Domestic Preparedness | 114 | 109 | 66,057 | 114 | 109 | 66,796 | 114 | 109 | 67,326 |
| Center for Homeland Defense and Security | | | 18,000 | | | 18,000 | | | |
| Emergency Management Institute | 86 | 133 | 20,741 | 86 | 133 | 20,958 | 86 | 133 | 20,229 |
| U.S. Fire Administration | | | 44,179 | | | 46,844 | | | 49,716 |
| National Domestic Preparedness Consortium | | | 101,000 | | | 101,000 | | | |
| Continuing Training Grants | | | 3,000 | | | 8,000 | | | |
| National Exercise Program | 45 | 43 | 18,702 | 45 | 43 | 18,829 | 45 | 43 | 19,233 |
| Disaster Relief Fund | | 5,743 | 12,288,000 | | 6,563 | 17,863,259 | | 7,472 | 5,653,366 |
| Base Disaster Relief | | 512 | 288,000 | | 509 | 511,147 | | 488 | 593,417 |
| Disaster Relief Category | | 5,231 | 12,000,000 | | 6,054 | 17,352,112 | | 6,984 | 5,059,949 |
| National Flood Insurance Program | 540 | 508 | 5,050,836 | 540 | 513 | 4,983,460 | 547 | 517 | 5,176,462 |
| Mission Support | 49 | 46 | 13,858 | 49 | 46 | 13,906 | 49 | 46 | 13,906 |
| Floodplain Management and Flood Mapping | 288 | 275 | 188,295 | 288 | 275 | 189,052 | 288 | 275 | 190,506 |
| National Flood Insurance Fund - Mandatory | 203 | 187 | 3,901,800 | 203 | 192 | 3,797,537 | 210 | 196 | 3,904,386 |
| National Flood Insurance Reserve Fund | | | 946,883 | | | 982,965 | | | 1,067,664 |
| Radiological Emergency Preparedness Program | 170 | 132 | (665) | 170 | 134 | (1,000) | 136 | 136 | |
| Discretionary - Appropriation | 4,767 | 4,699 | 4,592,633 | 4,834 | 4,766 | 4,975,176 | 4,851 | 4,796 | 4,296,667 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (939) | | | (300,000) | | | |
| Adjusted Discretionary - Appropriation | 4,767 | 4,699 | 4,591,694 | 4,834 | 4,766 | 4,675,176 | 4,851 | 4,796 | 4,296,667 |
| Discretionary - Offsetting Fee | 337 | 321 | 202,153 | 337 | 321 | 202,958 | 337 | 321 | 204,412 |

Exhibit 6 - 101

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Discretionary - Major Disasters (DRF)** | | | | | | | | | |
| Net Discretionary | 4,767 | 4,699 | 4,592,633 | 4,834 | 4,766 | 4,675,176 | 4,851 | 4,796 | 4,206,667 |
| Adjusted Net Discretionary | 4,767 | 4,699 | 4,591,694 | 4,834 | 4,766 | 4,675,176 | 4,851 | 4,796 | 4,206,667 |
| Gross Discretionary | 5,104 | 10,251 | 16,794,786 | 5,171 | 11,141 | 22,530,246 | 5,188 | 12,101 | 9,561,028 |
| Adjusted Gross Discretionary | 5,104 | 10,251 | 16,793,847 | 5,171 | 11,141 | 22,230,246 | 5,188 | 12,101 | 9,561,028 |
| Mandatory - Fee | 203 | 187 | 4,848,683 | 203 | 192 | 4,780,502 | 210 | 196 | 4,972,050 |
| **TITLE III - PREPAREDNESS AND RECOVERY** | 7,776 | 12,444 | 23,325,226 | 8,049 | 13,491 | 29,326,370 | 8,096 | 14,532 | 16,790,876 |
| **TITLE IV - RESEARCH & DEVELOPMENT, TRAINING, & SERVICES** | | | | | | | | | |
| **United States Citizenship and Immigration Services** | | | | | | | | | |
| Operations and Support | 419 | 419 | 109,688 | 419 | 398 | 122,395 | 419 | 398 | 118,676 |
| Employment Status Verification | 419 | 419 | 109,688 | 419 | 398 | 122,395 | 419 | 398 | 118,676 |
| Procurement, Construction, and Improvements | | | 22,838 | | | | | | |
| Verification Modernization (VER MOD) | | | 22,838 | | | | | | |
| Federal Assistance | | | 10,000 | | | 10,000 | | | |
| Citizenship and Integration Grants | | | 10,000 | | | 10,000 | | | |
| Immigration Examinations Fee Account | 18,866 | 17,924 | 4,524,854 | 18,806 | | 4,655,366 | 20,451 | 19,429 | 4,861,984 |
| District Operations | 9,032 | 8,580 | 1,883,816 | 8,972 | | 1,934,033 | 9,771 | 9,282 | 2,044,162 |
| Service Center Operations | 3,806 | 3,616 | 731,654 | 3,852 | | 746,687 | 4,194 | 3,985 | 826,737 |
| Asylum, Refugee and International Operations | 1,917 | 1,822 | 337,544 | 1,840 | | 349,295 | 2,073 | 1,970 | 372,392 |
| Records Operations | 459 | 436 | 152,649 | 447 | | 155,150 | 506 | 480 | 157,271 |
| Premium Processing (Including Transformation) | 1,293 | 1,229 | 648,007 | 1,333 | | 688,190 | 1,403 | 1,334 | 666,725 |
| Information and Applicant Services | 376 | 357 | 119,450 | 404 | | 125,335 | 429 | 407 | 125,452 |
| Administration | 1,760 | 1,672 | 616,622 | 1,747 | | 651,808 | 1,850 | 1,757 | 682,106 |
| Systematic Alien Verification for Entitlements (SAVE) | 223 | 212 | 35,112 | 211 | | 34,868 | 225 | 214 | 37,139 |
| H-1B Nonimmigrant Petitioner Account | | | 15,000 | | | 15,000 | | | 20,000 |
| Service Center Operations | | | 15,000 | | | 15,000 | | | 20,000 |
| Fraud Prevention and Detection Account | 185 | 176 | 47,797 | 185 | 176 | 48,458 | 185 | 176 | 49,839 |
| District Operations | 115 | 109 | 27,333 | 115 | 109 | 27,773 | 115 | 109 | 28,703 |
| Service Center Operations | 70 | 67 | 20,156 | 70 | 67 | 20,377 | 70 | 67 | 20,828 |
| Asylum, Refugee and International Operations | | | 308 | | | 308 | | | 308 |
| Discretionary - Appropriation | 419 | 419 | 142,526 | 419 | 398 | 132,395 | 419 | 398 | 118,676 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (321) | | | (1,815) | | | |
| Adjusted Discretionary - Appropriation | 419 | 419 | 142,205 | 419 | 398 | 130,580 | 419 | 398 | 118,676 |
| Net Discretionary | 419 | 419 | 142,526 | 419 | 398 | 132,395 | 419 | 398 | 118,676 |
| CHIMP | | | (4,000) | | | (4,000) | | | |
| Adjusted Net Discretionary | 419 | 419 | 138,205 | 419 | 398 | 126,580 | 419 | 398 | 114,676 |
| Mandatory - Fee | 19,051 | 18,100 | 4,587,651 | 18,979 | | 4,718,824 | 20,636 | 19,605 | 4,931,873 |
| **Federal Law Enforcement Training Centers** | 1,095 | 1,068 | 328,819 | 1,108 | 1,081 | 351,170 | 1,084 | 1,053 | 331,479 |
| Operations and Support | 1,095 | 1,068 | 277,876 | 1,108 | 1,081 | 292,997 | 1,084 | 1,053 | 305,479 |
| Mission Support | 223 | 217 | 29,195 | 233 | | 29,288 | 239 | 233 | 29,640 |
| Law Enforcement Training | 872 | 851 | 248,681 | 869 | | 263,709 | 845 | 820 | 275,839 |

Exhibit 6 - 102

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Procurement, Construction, and Improvements** | | | **50,943** | | | **58,173** | | | **26,000** |
| Construction and Facility Improvements | | | 50,943 | | | 58,173 | | | 26,000 |
| USBP Tactical Awareness Training Center | | | 2,064 | | | 52,764 | | | |
| Modular Dormitories | | | 16,220 | | | | | | |
| Tactical Venues | | | 21,483 | | | 2,832 | | | |
| Modular Classrooms/Offices | | | 11,176 | | | 2,577 | | | |
| Water/Sewer Enhancements | | | | | | | | | |
| Purchase of Lease Dorms | | | | | | | | | 26,000 |
| Discretionary - Appropriation | 1,095 | 1,068 | 328,819 | | 1,081 | 351,170 | | 1,053 | 331,479 |
| Rescission of Prior Year Unobligated Balance (Discretionary - Appropriation) | | | (46) | | | (313) | | | |
| Adjusted Discretionary - Appropriation | 1,095 | 1,068 | 328,773 | | 1,081 | 350,857 | | 1,053 | 331,479 |
| Net Discretionary | 1,095 | 1,068 | 328,773 | | 1,081 | 351,170 | | 1,053 | 331,479 |
| Adjusted Net Discretionary | 1,095 | 1,068 | 328,773 | | 1,081 | 350,857 | | 1,053 | 331,479 |
| **Science and Technology Directorate** | **513** | **473** | **819,785** | **507** | **499** | **737,275** | **456** | **456** | **643,729** |
| **Operations and Support** | **513** | **473** | **308,520** | **507** | **499** | **314,864** | **456** | **456** | **284,789** |
| Mission Support | 372 | 342 | 138,058 | 374 | 366 | 143,632 | 323 | 323 | 108,287 |
| Laboratory Facilities | 141 | 131 | 121,952 | 133 | 133 | 122,722 | 133 | 133 | 123,030 |
| Acquisition and Operations Analysis | | | 48,510 | | | 48,510 | | | 53,472 |
| **Procurement, Construction, and Improvements** | | | | | | | | | **18,927** |
| Laboratory Facilities | | | | | | | | | 18,927 |
| Plum Island Closure and Sale | | | | | | | | | 18,927 |
| **Research and Development** | | | **511,265** | | | **422,411** | | | **340,013** |
| Research, Development, and Innovation | | | 470,765 | | | 381,911 | | | 318,267 |
| Border Security Threat Area | | | 118,637 | | | 114,113 | | | 89,533 |
| Chemical, Biological, and Explosive Defense Threat Area | | | 73,701 | | | 67,032 | | | 45,284 |
| Counter Terrorist Threat Area | | | 48,020 | | | 44,515 | | | 31,251 |
| Cyber Security / Information Analysis Threat Area | | | 71,301 | | | 29,500 | | | 24,091 |
| First Responder / Disaster Resilience Threat Area | | | 92,927 | | | 71,515 | | | 53,416 |
| Innovative Research and Foundational Tools Threat Area | | | 66,179 | | | 55,236 | | | 74,692 |
| University Programs | | | 40,500 | | | 40,500 | | | 21,746 |
| Centers of Excellence | | | 37,104 | | | 37,104 | | | 18,350 |
| Minority Serving Institutions (MSI) | | | 3,396 | | | 3,396 | | | 3,396 |
| Discretionary - Appropriation | 513 | 473 | 819,785 | 507 | 499 | 737,275 | 456 | 456 | 643,729 |
| Rescission of Prior Year Unobligated Balance (Discretionary - Appropriation) | | | (533) | | | (273) | | | |
| Adjusted Discretionary - Appropriation | 513 | 473 | 819,252 | 507 | 499 | 737,002 | 456 | 456 | 643,729 |
| Net Discretionary | 513 | 473 | 819,785 | 507 | 499 | 737,275 | 456 | 456 | 643,729 |
| Adjusted Net Discretionary | 513 | 473 | 819,252 | 507 | 499 | 737,002 | 456 | 456 | 643,729 |
| **Countering Weapons of Mass Destruction** | **248** | **232** | **434,897** | **248** | **232** | **432,299** | **266** | **266** | **377,160** |
| **Operations and Support** | **248** | **232** | **187,095** | **248** | **232** | **179,467** | **266** | **266** | **172,875** |
| Mission Support | | | 83,919 | | | 85,380 | | | 83,485 |
| Capability and Operational Support | | | 103,176 | | | 94,087 | | | 89,390 |
| **Procurement, Construction, and Improvements** | | | **100,096** | | | **118,988** | | | **87,413** |
| Portable Detection Systems | | | 25,200 | | | 27,000 | | | 26,615 |
| Large Scale Detection Systems | | | 74,896 | | | 91,988 | | | 60,798 |

Exhibit 6 - 103

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2019 Enacted | | | FY 2020 Enacted | | | FY 2021 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Research and Development** | | | | | | | | | |
| Transformational Research and Development.......... | - | - | 37,002 | - | - | 21,081 | - | - | 23,892 |
| Technical Forensics.......... | - | - | 7,100 | - | - | 7,100 | - | - | 24,317 |
| Detection Capability Development.......... | - | - | 30,941 | - | - | 33,000 | - | - | 10,000 |
| Rapid Capabilities.......... | - | - | 8,000 | - | - | 8,000 | - | - | 10,000 |
| | | | 83,043 | | | 69,181 | | | 58,209 |
| Discretionary - Appropriation | 248 | 232 | 434,897 | 248 | 232 | 432,299 | 266 | 266 | 377,160 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (18,248) | | | (1,596) | | | |
| Adjusted Discretionary - Appropriation | 248 | 232 | 416,649 | 248 | 232 | 430,703 | 266 | 266 | 377,160 |
| Net Discretionary | 248 | 232 | 434,897 | 248 | 232 | 432,299 | 266 | 266 | 377,160 |
| Adjusted Net Discretionary | 248 | 232 | 416,649 | 248 | 232 | 430,703 | 266 | 266 | 377,160 |
| Gross Discretionary | 248 | 232 | 434,897 | 248 | 232 | 432,299 | 266 | 266 | 377,160 |
| Adjusted Gross Discretionary | 248 | 232 | 416,649 | 248 | 232 | 430,703 | 266 | 266 | 377,160 |
| **Federal Assistance** | | | 64,663 | | | 64,663 | | | 58,663 |
| Training, Exercises, and Readiness.......... | - | - | 9,110 | - | - | 14,470 | - | - | 14,470 |
| Securing the Cities.......... | - | - | 30,000 | - | - | 24,640 | - | - | 13,640 |
| Biological Support.......... | - | - | 25,553 | - | - | 25,553 | - | - | 30,553 |
| **TITLE IV - RESEARCH & DEVELOPMENT, TRAINING & SERVICES** | 21,326 | 20,271 | 6,313,078 | 22,261 | 21,192 | 6,371,905 | 22,881 | 21,778 | 6,402,917 |
| **DEPARTMENT OF HOMELAND SECURITY** | 234,331 | 231,134 | 81,045,464 | 240,427 | 236,558 | 88,407,203 | 237,864 | 232,326 | 75,884,021 |
| Discretionary - Appropriation | 199,707 | 192,356 | 52,119,370 | 205,337 | 196,558 | 53,773,677 | 201,076 | 189,477 | 52,992,008 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (103,260) | | | (753,677) | | | (70,000) |
| Rescission of Prior Year Unobligated Balances (Treasury Forfeiture Fund) | | | (200,051) | | | | | | |
| Total Rescissions | | | (303,311) | | | (753,677) | | | (70,000) |
| Adjusted Discretionary - Appropriation (Less: Rescissions) | 199,707 | 192,356 | 51,816,059 | 205,337 | 196,558 | 53,020,000 | 201,076 | 189,477 | 52,922,008 |
| Discretionary - Fee | 1,667 | 1,758 | 263,941 | 1,367 | 1,367 | 276,000 | 1,367 | 1,367 | 332,332 |
| Discretionary - Offsetting Fee | 2,608 | 2,493 | 4,799,909 | 2,608 | 2,493 | 5,000,539 | 2,576 | 2,691 | 5,889,726 |
| Discretionary - Major Disasters (DRF) | | 5,231 | 12,000,000 | | 6,054 | 17,352,112 | | 6,984 | 5,059,949 |
| Net Discretionary | 201,374 | 194,114 | 49,713,311 | 206,704 | 197,925 | 51,219,677 | 202,443 | 190,844 | 49,785,677 |
| Adjusted Net Discretionary (Less: Rescissions and CHIMP) | 201,374 | 194,114 | 49,406,000 | 206,704 | 197,925 | 50,462,000 | 202,443 | 190,844 | 49,711,677 |
| Gross Discretionary | 203,982 | 201,838 | 66,678,220 | 209,312 | 206,472 | 73,771,328 | 205,134 | 200,404 | 60,735,352 |
| Adjusted Gross Discretionary (Less: Rescissions) | 203,982 | 201,838 | 66,370,909 | 209,312 | 206,472 | 73,013,651 | 205,134 | 200,404 | 60,661,352 |
| Mandatory - Appropriation | 19 | 19 | 2,475,069 | 19 | 19 | 2,540,055 | 19 | 19 | 2,341,243 |
| Mandatory - Fee | 30,330 | 29,277 | 11,890,275 | 31,096 | 30,067 | 12,095,820 | 31,903 | 32,711 | 12,807,426 |
| Overseas Contingency Operations (OCO) | | | 165,000 | | | 190,000 | | | |

Exhibit 6 - 104

Exhibit 6 - 105

Exhibit 6 - 106



Exhibit 6 - 107