# EXHIBIT 8

**Exhibit 8 - 001**



U.S. Department of Homeland Security

# Congressional Budget Justification Fiscal Year (FY) 2023

FY 2022 Budget Request Supporting Information. The documents are large and will take some time to download.

| Attachment | Ext. | Size | Date |
|---|---|---|---|
| Department of Homeland Security Congressional Justification Overview (https://www.dhs.gov/sites/default/files/2022-03/DEPARTMENT%20OF%20HOMELAND%20SECURITY.pdf) | PDF | 496.85 KB | 03/25/2022 |
| Office of the Secretary and Executive Management (https://www.dhs.gov/sites/default/files/2022-03/Office%20of%20the%20Secretary%20and%20Executive%20Managmentv2_Remediated.pdf) | PDF | 1.77 MB | 03/23/2022 |
| Management Directorate (https://www.dhs.gov/sites/default/files/2022-03/Management%20Directorate_Remediated.pdf) | PDF | 3.43 MB | 03/25/2022 |
| Analysis and Operations (https://www.dhs.gov/sites/default/files/2022-03/Analysis%20and%20Operations_Remediated.pdf) | PDF | 641.9 KB | 03/23/2022 |
| Office of the Inspector General (https://www.dhs.gov/sites/default/files/2022-03/OFFICE%20OF%20INSPECTOR%20GENERAL_Remediated.pdf) | PDF | 413.19 KB | 03/22/2022 |
| U.S. Customs and Border Protection (https://www.dhs.gov/sites/default/files/2022-03/U.S.%20Customs%20and%20Border%20Protection_Remediated.pdf) | PDF | 10.19 MB | 03/27/2022 |
| U.S. Immigration and Customs Enforcement (https://www.dhs.gov/sites/default/files/2022-03/U.S.%20Immigration%20and%20Customs%20Enforcement_Remediated.pdf) | PDF | 3.91 MB | 03/26/2022 |
| Transporation Security Administration (https://www.dhs.gov/sites/default/files/2022-03/Transportation%20Security%20Administration_Remediated.pdf) | PDF | 3.37 MB | 03/26/2022 |
| U.S. Coast Guard (https://www.dhs.gov/sites/default/files/2022-03/U.S.%20Coast%20Guard_Remediated.pdf) | PDF | 4.31 MB | 03/24/2022 |
| U.S. Secret Service (https://www.dhs.gov/sites/default/files/2022-03/U.S.%20Secret%20Service_Remediated.pdf) | PDF | 2.14 MB | 03/25/2022 |
| Cybersecurity and Infrastructure Security Agency (https://www.dhs.gov/sites/default/files/2022-03/Cybersecurity%20and%20Infrastructure%20Security%20Agency%20%28CISA%29_Remediated.pdf) | PDF | 8.64 MB | 03/24/2022 |
| Federal Emergency Management Agency (https://www.dhs.gov/sites/default/files/2022-03/Federal%20Emergency%20Management%20Agency_Remediated.pdf) | PDF | 4.81 MB | 03/25/2022 |
| Science and Technology (https://www.dhs.gov/sites/default/files/2022-03/Science%20and%20Technology%20Directorate_Remediated.pdf) | PDF | 9.73 MB | 03/26/2022 |
| U.S. Citizenship and Immigration Services (https://www.dhs.gov/sites/default/files/2022-03/U.S.%20Citizenship%20and%20Immigration%20Services_Remediated.pdf) | PDF | 2.06 MB | 03/28/2022 |
| Federal Law Enforcement Training Centers (https://www.dhs.gov/sites/default/files/2022-03/Federal%20Law%20Enforcement%20Training%20Centers_Remediated.pdf) | PDF | 1.08 MB | 03/23/2022 |
| Countering Weapons of Mass Destruction (https://www.dhs.gov/sites/default/files/2022-03/Countering%20Weapons%20of%20Mass%20Destruction_Remediated.pdf) | PDF | 2.32 MB | 03/22/2022 |

Exhibit 8 - 002

| Attachment ↕ | Ext. ↕ | Size ↕ | Date ↕ |
|---|---|---|---|
| GAO-OIG Report (https://www.dhs.gov/sites/default/files/2022-07/OCFO%20-%20Implementation%20Status%20of%20Public%20Recommendations.pdf) | PDF | 2.63 MB | 05/19/2022 |

## Keywords

BUDGET (/KEYWORDS/BUDGET)      BUDGET REQUEST (/KEYWORDS/BUDGET-REQUEST)

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

Last Updated: 07/28/2022

Exhibit 8 - 003