# EXHIBIT 11

Exhibit 11 - 001



# Operation Horizon

## Concept of Operations
Enforcement and Removal Operations
Enforcement Division

November 2021



*Law Enforcement Sensitive/For Official Use Only*

**Exhibit 11 - 002**

# Table of Contents

Background .................................................................................................................................... 3
Mission ......................................................................................................................................... 3
Overview ...................................................................................................................................... 3
Release Types............................................................................................................................... 4
   ICE Officers will process noncitizens based on these four release types ................................ 4
1.      Processing Activities for Noncitizens Released with an NTR and PD............................... 4
   In-Person Processing Activities for Noncitizens Released with an NTR (PD) ........................... 6
2.      Processing Activities for Noncitizens Paroled with SmartLINK ....................................... 6
   In-Person Processing Activities for Noncitizens Paroled with SmartLINK................................ 8
      ▪    If continuing ATD:.......................................................................................................... 8
      ▪    If terminating ATD:........................................................................................................ 8
3.      Processing Activities for Noncitizens Paroled with an Ankle Monitor............................ 9
   In-Person Processing Activities for Noncitizens Paroled with Ankle Monitors...................... 10
      ▪    If continuing ATD:........................................................................................................ 11
      ▪    If terminating ATD:...................................................................................................... 11
4.      Processing Activities for Noncitizens in a Dedicated Docket Jurisdiction..................... 12
   In-Person Processing Activities for Noncitizens on the Dedicated Docket............................ 13
Enforcement Responsibilities .................................................................................................... 14
Law Enforcement Systems and Analysis Responsibilities ......................................................... 14
A- File Documents...................................................................................................................... 14
   Processing Office Responsibilities........................................................................................... 14
   Reporting Office Responsibilities ............................................................................................ 15

Exhibit 11 - 003

Confidential            USA 000237

## Background

Beginning in March 2021 and continuing to date, U.S. Customs and Border Protection (CBP) initiated a prosecutorial discretion (PD) process and began releasing noncitizen families with a "notice to report" (NTR) to interior U.S. Immigration and Customs Enforcement (ICE) offices for the issuance of a Notice to Appear (NTA) and the commencement of immigration court proceedings.

In July 2021, CBP began paroling these noncitizens into the U.S. and collaborating with ICE to enroll them into ICE's Alternatives to Detention (ATD) program where they are subject to enhanced electronic monitoring. To date, CBP has released over 130,000 noncitizens with an NTR or parole. As days pass, these numbers continue escalating.

Due to a combination of factors, only a fraction of these noncitizens (approximately 30%) have reported to ICE for processing. ICE's efforts to increase compliance includes establishing an online scheduling tool to help noncitizens set appointments for processing. However, given limited office space and personnel some offices are now booked with appointments for multiple years in advance.

## Mission

The intent of Operation Horizon (OH) is to apply an organized and methodical approach to identify, locate, and place into removal proceedings those noncitizens referenced above. The success of this operation relies upon the allocation of resources needed to stabilize the ongoing influx of noncitizens arriving at the Southwest border.

## Overview

Since March 2021, CBP has been releasing noncitizens on prosecutorial discretion or humanitarian parole and directing them to report to the nearest ICE office where they intend to reside. This process does not address the underlying challenges regarding ICE's Congressionally mandated responsibility to locate, arrest and place into removal proceedings those noncitizens who are not in the possession of a valid unexpired entry document.

Under OH, ICE law enforcement officers (LEOs) will identify, locate, and place into removal proceedings those noncitizens who CBP released into the United States after March 15, 2021.

Each Field Office Director (FOD) will consult with the Special Agent in Charge (SAC) in their area of responsibility (AOR) and offer any ICE LEO and support staff, GS-13 or below, 1945 Act premium pay to complete the processing of these cases. The FOD will administer an overtime distribution plan and will seek guidance from ERO Domestic Operations when needed. This collaboration will continue until the outstanding cases are reduced or completed.

Exhibit 11 - 004

Confidential                                                                 USA 000238

Throughout OH, ICE staff must endeavor to communicate with noncitizens in a language that they understand and utilize interpreters when necessary. The anticipated requirement for interpretation services should be planned for in advance whenever possible, with the name of the interpreter documented in the noncitizen's file and in EARM comments.[1]

> ICE LEOs are required to document all actions through the creation of an **LEP** Event. For cases with incomplete addresses, an Event with the T-Other Processing Disposition will be utilized. For those noncitizens who have a currently pending Application for Asylum and for Withholding of Removal (I-589) with USCIS, an Event with the "Prosecutorial Discretion" (PD) Processing Disposition will be utilized and a Memorandum of Investigation (G-166C) created. A statement reflecting that the noncitizen has a currently pending I-589 will be recorded, and no further action will be taken.

## Release Types
ICE Officers will process noncitizens based on these four release types
1. Noncitizens Released with a Notice to Report (NTR) and Prosecutorial Discretion (PD)
2. Noncitizens Paroled with SmartLINK
3. Noncitizens Paroled with an Ankle Monitor
4. Noncitizens in a Dedicated Docket Jurisdiction

> All NTR-PD cases will be charged under both sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I)

## 1. Processing Activities for Noncitizens Released with an NTR and PD
- Maintaining the workflow and reporting any identified impediments or best practices to Enforcement at **LEP**
- Reviewing the list on the **LEP** to identify cases for noncitizens released with an NTR/PD.
- Reviewing **LEP**
   - Verifying all biographical information obtained from the CBP Event to determine if the noncitizen is part of a family unit by viewing **LEP** **LEP**
   - Verifying that the address provided by the noncitizen is valid using the United States Postal Service, Look up a ZIP Code website,[3] or other address verification tool.
   - Referring those cases with incomplete addresses to the local **LEP** **LEP**

---

[1] See ERO Language Access Plan at **LEP** **LEP**

4

Exhibit 11 - 005

Confidential                                                    USA 000239

- Verifying that the primary noncitizen and any riders have not already been issued an NTA.
- Following the guidance in the LEP for the primary noncitizen and any riders using the noncitizens A-number or Subject ID number previously assigned.
- Using the LEP LEP
- Checking LEP entering their A-number in the field provided for each noncitizen who does not already have an A-number assigned.

- Referring cases to supervisors for consultation with the Office of the Principal Legal Advisor (OPLA) when an NTA has been filed for the Head of Household and not for the riders.
- Reviewing and printing applicable records and supporting documents showing probable cause for removability, to include: LEP
- Documenting how alienage is established for each noncitizen, including members of FAMUs on each I-213.[4].
- In LEP **do not check** any boxes at the top of the NTA, for each noncitizen, to include those who were previously removed and arrived as part of a FAMU, and add the charges of 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I).
- On the LEP under Policy and Guidance Documents, use the LEP tool to locate the EOIR jurisdiction in which the noncitizen is residing. Then, utilizing the LEP LEP obtain an EOIR court date for the primary noncitizen.
- Creating a case in EARM (ERO only) based on the noncitizen's most recent encounter and linking it to the CBP encounter (see the guidance in the LEP
- Constructing A- or T-file(s) for all noncitizens.
- Reviewing files for approval and necessary signatures.
- Signing approved NTAs and returning the A- or T-file to the processing officer.
- Utilizing LEP to initiate and upload the primary noncitizen's signed NTA including any riders, with the regular mail checkbox selected for the method of service.
- Providing the noncitizen with the flyer titled, "Reporting to ICE after Release into the United States".[7] to schedule an in-person appointment using the ICE Appointment Scheduler.[8]
- Mailing the signed NTA, the most recent List of Pro Bono Legal Service Providers[9] for the EOIR jurisdiction scheduled, and a blank EOIR-33.[10] to the noncitizen's address.

---

[4] The law does not allow for a presumption based on the citizenship of the parent; to the contrary, DHS has the burden of proving that an individual is a noncitizen.

LEP

[7] Form has been translated into most frequently encountered languages

LEP

5

Exhibit 11 - 006

Confidential                                                                                                          USA 000240

- Transferring and mailing all cases and A-files to the ERO reporting office having jurisdiction over where the noncitizen has chosen to reside.
- Updating LEP comments to reflect OH cases LEP

LEP

### In-Person Processing Activities for Noncitizens Released with an NTR (PD)

- Utilizing the most recent LEP confirm biographic information, capture biometrics and collect, a DNA sample for all noncitizens who are age 14 years of age or older and book them into NGI.
- Serving all documents requiring service: I-862 (previously mailed NTA), I-200, I-286, and I-220A to the noncitizen and riders (when applicable)
- Providing noncitizen with a copy of the previously mailed NTA, and all other pertinent documents.
- Documenting how alienage is established for each noncitizen, including riders from FAMUs on each I-213.
- Reviewing the A- or T-file(s) for signatures.
- Updating LEP comments to reflect OH case LEP

LEP

> For those Noncitizens who have failed to schedule themselves for processing as required, the receiving field office will create a G-56 for the noncitizen and accompanying family members with an appointment date for the processing to be completed.

> All SmartLINK cases will be charged under both sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I)

### 2. Processing Activities for Noncitizens Paroled with SmartLINK

- Maintaining the workflow and reporting any identified impediments or best practices to Enforcement at LEP
- Reviewing the list on the LEP to identify cases for noncitizens released on parole with SmartLINK

---

LEP

6

Exhibit 11 - 007

Confidential                                              USA 000241

- Reviewing EAGLE and EARM
  - Verifying all biographical information obtained from the CBP Event to determine if the noncitizen is part of a family unit by viewing **LEP** **LEP**
  - Verifying that the address provided by the noncitizen is valid using the United States Postal Service, Look up a ZIP Code website,[12] or other address verification tool.
  - Referring those cases with incomplete addresses to the **LEP** **LEP**
  - Verifying that the primary noncitizen and any riders have not already been issued an NTA.
  - Following the guidance in the LESA QRG for the primary noncitizen and any riders using the noncitizens A-number or Subject ID number previously assigned.
  - Using the **LEP** **LEP**
  - Checking **LEP** and entering their A-number in the field provided for each noncitizen who does not already have an A-number assigned.
- Referring cases to supervisors for consultation with the Office of the Principal Legal Advisor (OPLA) when an NTA has been filed for the Head of Household and not for the riders.
- Reviewing and printing applicable records and supporting documents showing probable cause for removability, to include: **LEP**
- In **LEP** **do not check** any boxes at the top of the NTA, for each noncitizen, to include those who were previously removed and arrived as part of a FAMU, and add the charges of 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I). **The I-213 narrative must include the following statement:** "*CBP paroled the noncitizen pursuant to INA 212(d)(5).*" Then, utilizing the **LEP** **LEP**, obtain an EOIR court date for the primary noncitizen.
- Constructing A- or T-file(s) for all noncitizens.
- Reviewing files for approval and necessary signatures.
- Signing approved NTAs and returning the A- or T-file to the processing officer.
- Utilizing **LEP** to initiate and upload the primary noncitizen's signed NTA including any riders, with the regular mail checkbox selected for the method of service.
- Creating a case in **LEP** based on the noncitizen's most recent encounter and linking it to the CBP encounter (see the guidance in the LESA QRG).
- Providing the noncitizen with the flyer titled, "Reporting to ICE after Release into the United States.[14]" to schedule an in-person appointment using the ICE Appointment Scheduler.[15].

---

[1] **LEP**
[1]
[14] Form has been translated into most frequently encountered languages
[1] **LEP**

7

Exhibit 11 - 008

Confidential                                                                 USA 000242

- Mailing the signed NTA, the most recent List of Pro Bono Legal Service Providers,[16] for the EOIR jurisdiction scheduled, and a blank EOIR-33,[17] to the noncitizen's address.
- Updating LEP comments to reflect OH cases LEP

  LEP

- Transferring and mailing all cases and A-files to the ERO reporting office having jurisdiction over where the noncitizen has chosen to reside.

In-Person Processing Activities for Noncitizens Paroled with SmartLINK

- Utilizing the most recent LEP Event, confirm biographic information, capture biometrics and collect, a DNA sample for all noncitizens who are age 14 years of age or older and book them into NGI.
- Reviewing the A- or T-file(s) for signatures.
- Serving all documents requiring service: I-862 (previously mailed NTA), I-200, and Interim Notice Authorizing Parole to the noncitizen and riders (when applicable) and modifying or discontinuing ATD technologies as appropriate.
  - If continuing ATD:
    - Completing, printing, and serving appropriate release paperwork, ensuring that the checkbox is selected to print ATD-specific forms.
    - Forwarding paperwork (if applicable due to C-Site/G-Site availability) and referring participant to BI (per local procedures for ATD enrollment).
  - If terminating ATD:
    - Completing termination paperwork located in ATD tab in the LEP module and terminating in the LEP
- Providing noncitizen with a copy of the previously mailed NTA, and all other pertinent documents.
  - Updating LEP comments to reflect OH cases LEP

    LEP

> For those Noncitizens who have failed to schedule themselves for processing as required, the receiving field office will create a G-56 for the noncitizen and accompanying family members with an appointment date for the processing to be completed.

---

[16] 
[17] LEP
[18] If the officer does not have TA Access, record information in EARM and forward to local ATD team for update.

8

Exhibit 11 - 009

Confidential   USA 000243

> Noncitizens paroled with ankle monitors require in-person processing and will be charged under sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I).

3. Processing Activities for Noncitizens Paroled with an Ankle Monitor

- Maintaining the workflow and reporting any identified impediments or best practices to Enforcement a **LEP**
- Reviewing the list on the SharePoint site.[19] to identify cases for noncitizens released on parole with an ankle monitor.
- Reviewin **LEP**
    - Verifying all biographical information obtained from the CBP Event to determine if the noncitizen is part of a family unit by viewing **LEP** **LEP**
    - Verifying that the address provided by the noncitizen is valid using the United States Postal Service, Look up a ZIP Code website, or other address verification tool.
    - Referring those cases with incomplete addresses to the local **LEP** **LEP**
    - Verifying that the primary noncitizen and any riders have not already been issued an NTA.
    - Following the guidance in the LESA QRG for the primary noncitizen and any riders using the noncitizens A-number or Subject ID number previously assigned.
    - Using the **LEP** **LEP**
    - Checking **LEP** and entering their A-number in the field provided for each noncitizen who does not already have an A-number assigned.
- Referring cases to supervisors for consultation with the Office of the Principal Legal Advisor (OPLA) when an NTA has been filed for the Head of Household and not for the riders.
- Reviewing and printing applicable records and supporting documents showing probable cause for removability, to include **LEP**
    - Utilizing the **LEP** schedule the noncitizen to report to the office nearest to where they reside as soon as practical.  If no appointments are available during your initial search, please use the **Walk-In Appointment** schedule functionality (see  Field Office Appointment Scheduler – Officers QRG section 3.1) that allows you to schedule appointments outside of the office's regular hours.  Please make sure to coordinate with the office's POC where the appointment is being scheduled to make sure that they will be able to be process the

---

[19] https://icegov.sharepoint.com/sites/ntaoperation
[20] https://iceserviceportal.servicenowservices.com/foas
[21] Questions related to FOAS should be sent to T-8@ice.dhs.gov

noncitizen if the appointment is being scheduled outside of their normal processing hours.
- o  Mailing a G-56 with the appointment date and time to the primary noncitizen. Instructions should include the reporting of all other riders within FAMUs who are age 14 or older for complete processing.
- o  Providing the field OH POC with a copy of the G-56 to assist in coordinating with the local ATD team and ISAP contractor to ensure that the participant reports as instructed.
- Updating **LEP** comments to reflect OH cases **LEP**

**LEP**

> For those Noncitizens who have failed to report for processing as required, the receiving field office will **LEP**
> **LEP**

In-Person Processing Activities for Noncitizens Paroled with Ankle Monitors
- Documenting how alienage is established for each noncitizen, including riders from FAMUs on each I-213.[22]
- Utilizing the most recent **LEP** confirm biographic information, capture biometrics and collect, a DNA sample for all noncitizens who are age 14 years of age or older and book them into NGI.
- In **LEP** update the processing disposition from T-Other to a WA/NTA.
- In **LEP** **do not check** any boxes at the top of the NTA, for each noncitizen, to include those who were previously removed and arrived as part of a FAMU, and add the charges of 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I). **The I-213 narrative must include the following statement:** *"CBP paroled the noncitizen pursuant to INA 212(d)(5)."*
- On the Custody Management SharePoint site.[23] under Policy and Guidance Documents, use the **LEP** tool to locate the EOIR jurisdiction in which the noncitizen is residing. Then, utilizing the EOIR Case Assignment System (ECAS).[24], obtain an EOIR court date for the primary noncitizen.
  - Should the subject fall within a zip code located within the jurisdiction of a Dedicated Docket – See the Dedicated Docket QRG and follow the steps involved in enrolling the subject in the Dedicated Docket.

---

[22] The law does not allow for a presumption based on the citizenship of the parent; to the contrary, DHS has the burden of proving that an individual is a noncitizen.
[23]
[24] **LEP**

10

Exhibit 11 - 011

Confidential                                                                                                USA 000245

- Creating a case in LEP based on the noncitizen's most recent encounter and linking it to the CBP encounter (see the guidance in LESA QRG).
- Constructing A- or T-file(s) for all noncitizens.
- Reviewing files for approval and necessary signatures.
- Signing approved NTAs and returning the A- or T-file to the processing officer.
- Utilizing LEP to initiate and upload the primary noncitizen's signed NTA including any riders, with "in-person" checkbox selected for the method of service.
- Serving NTA I-862, I-200, and Interim Notice Authorizing Parole to the primary noncitizen and riders (when applicable) and modifying or discontinuing ATD technologies as appropriate.
    - If continuing ATD:
        - Completing, printing, and serving appropriate release paperwork, ensuring that the checkbox is selected to print ATD-specific forms.
        - Forwarding paperwork (if applicable due to C-Site/G-Site availability) and referring participant to BI (per local procedures for ATD enrollment).
    - If terminating ATD:
        - Completing termination paperwork located in ATD tab in the LEP module and terminating in the LEP.
- Providing the noncitizen with copies of the aforementioned documents, most recent List of Pro Bono Legal Service Providers.[26] for the EOIR jurisdiction scheduled, blank EOIR-33.[27] to the noncitizen's address, and ICE Change of Address Flyer.
- Updating LEP comments to reflect OH cases LEP

LEP

For those Noncitizens who have failed to report to appointment scheduled by the field office as required, the cases will be referred to LEP LEP

Noncitizens residing in a Dedicated Docket jurisdiction require in-person processing and will be charged under sections 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I).

---

[25] If the officer does not have LEP access, record information in LEP and forward to local ATD team for update.
[26]
[27] LEP

11

Exhibit 11 - 012

Confidential   USA 000246

## 4. Processing Activities for Noncitizens in a Dedicated Docket Jurisdiction

- Maintaining the workflow and reporting any identified impediments or best practices to Enforcement at [LEP]
- Reviewing the list on the [LEP] to identify cases for noncitizens released on parole in a Dedicated Docket jurisdiction.
- Reviewing [LEP]
    - Verifying all biographical information obtained from the CBP Event to determine if the noncitizen is part of a family unit by viewing [LEP] and checking for [LEP] [LEP]
    - Verifying that the address provided by the noncitizen is valid using the United States Postal Service, Look up a ZIP Code website, or other address verification tool.
    - Referring those cases with incomplete addresses [LEP] [LEP]
    - Verifying that the primary noncitizen and any riders have not already been issued an NTA.
    - Following the guidance in the LESA QRG for the primary noncitizen and any riders using the noncitizens A-number or Subject ID number previously assigned.
    - Using the [LEP], to create a new Event with a T-Other Processing Disposition.
    - Checking [LEP] nd entering their A-number in the field provided for each noncitizen who does not already have an A-number assigned.
- Referring cases to supervisors for consultation with the Office of the Principal Legal Advisor (OPLA) when an NTA has been filed for the Head of Household and not for the riders.
- Reviewing and printing applicable records and supporting documents showing probable cause for removability, to include [LEP]
- Utilizing the [LEP] schedule the noncitizen to report to the office nearest to where they reside as soon as practical. If no appointments are available during your initial search, please use the **Walk-In Appointment** schedule functionality [LEP] that allows you to schedule appointments outside of the office's regular hours. Please, coordinate with the office's POC where the appointment is being scheduled to ensure that they will be able to be process the noncitizen if the appointment is being scheduled outside of their normal processing hours.

---

[28] h[LEP]
[29] h[LEP]
[30] Questions related to [LEP] should be sent t[LEP]

12

Exhibit 11 - 013

Confidential                                                    USA 000247

- Mailing a G-56 with the appointment date and time to the primary noncitizen. Instructions should include the reporting of all other riders within FAMUs who are age 14 or older for complete processing.
- Providing the field OH POC with a copy of the G-56 to assist in coordinating with the local ATD team and ISAP contractor to ensure that the participant reports as instructed.
- Updating **LEP** comments to reflect OH cases **LEP**

**LEP**

For those Noncitizens who have failed to report for processing as required **LEP** **LEP** **LEP**

### In-Person Processing Activities for Noncitizens on the Dedicated Docket

- Documenting how alienage is established for each noncitizen, including riders from FAMUs on each I-213.
- Utilizing the most recent **LEP** confirm biographic information, capture biometrics, and collect a DNA sample for all noncitizens who are age 14 years of age or older and book them into NGI.
- In **LEP** update the processing disposition from T-Other to a WA/NTA.
- In **LEP** **do not check** any boxes at the top of the NTA, for each noncitizen, to include those who were previously removed and arrived as part of a FAMU and add the charges of 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I). **The I-213 narrative must include the following statement:** *"CBP paroled the noncitizen pursuant to INA 212(d)(5)"* or *"CBP released the noncitizen under Prosecutorial Discretion"*
- On the Custody Management SharePoint site[31] under Policy and Guidance Documents, use th **LEP** ) tool to locate the EOIR jurisdiction in which the noncitizen is residing. Then, utilizing the EOIR Case Assignment System **LEP**, obtain an EOIR court date for the primary noncitizen.
- Creating a case in **LEP** based on the noncitizen's most recent encounter and linking it to the CBP encounter (see the guidance in LESA QRG).
- Constructing A- or T-file(s) for all noncitizens.
- Reviewing files for approval and necessary signatures.
- Signing approved NTAs and returning the A- or T-file to the processing officer.

---

[31]
[32] **LEP**

13

Exhibit 11 - 014

Confidential                                                         USA 000248

- Utilizing [LEP] to initiate and upload the primary noncitizen's signed NTA including any riders, with "in-person" checkbox selected for the method of service.
- Serving NTA I-862, I-200, and Interim Notice Authorizing Parole to the primary noncitizen and riders (when applicable) and modifying or discontinuing ATD technologies as appropriate.
- **The primary noncitizen must remain on ATD while on the Dedicated Docket:**
- Completing, printing, and serving appropriate release paperwork, ensuring that the checkbox is selected to print ATD-specific forms.
- Refer all noncitizens not on ATD to your local ATD unit for enrollment into the program.
- Providing the noncitizen with copies of the aforementioned documents, most recent List of Pro Bono Legal Service Providers,[33] for the EOIR jurisdiction scheduled, blank EOIR-33.[34] to the noncitizen's address, ICE Change of Address flyer, EOIR Family Group Legal Orientation Program flyer (FGLOP) flyer, and Family Dedicated Docket Instructions flyer.
- Updating [LEP] comments to reflect OH cases [LEP]

[LEP]

### Enforcement Responsibilities

- Overseeing OH and working with the field to identify workflow impediments, and best practices.
- Providing virtual training to the 25 ERO Field Offices in advance of the Operation Horizon.

### Law Enforcement Systems and Analysis Responsibilities

- Production and consolidation of the OH reports from the 25 ERO Field Offices.
- Distribution of OH reports with all stakeholders (Enforcement, Field Operations, LESA, ATD, NDMU), including analysis of current throughput and use of resources throughout the operation.
- Reporting the number of NTAs filed with EOIR that were derived from the [LEP] operation code [LEP]

### A- File Documents

### Processing Office Responsibilities

- Assigning an A-number mand create an A-file or T-File as necessary
- Printing out the following documents and place them in the in the A-File/ T-File for each noncitizen:
    - IAFIS print out from original CBP encounter

---

[33] [LEP]
[34]

Exhibit 11 - 015

Confidential                                                                                                        USA 000249

- CIS
- Claims
- NCIC
- SQ 11
- Warrant of Arrest – I-200 (Signed by SDDO).[35]
- Notice to Appear – I-862 (Signed by Officer and SDDO)
- ECAS screen w/EOIR court location, date, and time for the file
- Alien's Change of Address/ Phone Number Form – EOIR-33
- I-213
- G-56
- Reporting Instructions*
- Legal and Other Resources Flyer*
- Change of Address Flyer-ICE
- List of Pro Bono Legal Service Providers
- The ICE Appointment Scheduler print out

### Reporting Office Responsibilities

- Printing out the following documents and place them in the in the A-File:
  - Arrest and Institution Fingerprint Form – FD-249
  - Custody Determination – I-286 (PD cases only)
  - Notice of Rights and Request for Disposition – I-826
  - El Sal Advisement (If Applicable)
  - Disposition Report – R 84
  - IDENT/IAFIS Response
  - NCIC Booking
  - Warrant of Arrest- I-200
  - Order of Release on Recognizance OREC – I-220A (PD cases only)
  - Interim Notice Authorizing Parole (Parole cases only)
  - Record of Deportable/Removable Alien – I-213 (w/Photo, Fingerprints and FINS #)
  - EOIR Family Group Legal Orientation Program flyer (FLOP) flyer*
  - Family Dedicated Docket Instructions flyer*

---

[35] For mail-out NTAs, the I-200 can be generated at the time the NTA is mailed, but it would be retained in the A-File to be executed when the noncitizen reports or is otherwise encountered.

15

Exhibit 11 - 016

Confidential                                                                                                          USA 000250