# EXHIBIT 12

Exhibit 12 - 001



# Operation Horizon

Phase 2

# Concept of Operations

Enforcement and Removal Operations
Enforcement Division

*February 2022*



*Law Enforcement Sensitive/For Official Use Only*

Exhibit 12 - 002

Confidential                                      USA 001157

# Table of Contents

Background ........................................................................................................................................ 3
Mission .............................................................................................................................................. 3
Overview ........................................................................................................................................... 3
**LES** .................................................................................................................................................. 5
    DHS Officers will process noncitizens based on **LES** ............................................................... 5
1.   Processing Activities for Noncitizens Paroled with an Ankle Monitor (**ERO only**) include: .............. 5
    a.   In-Person Processing Activities for Noncitizens Paroled with Ankle Monitors include: ................... 6
       ▪   If continuing ATD: ......................................................................................................... 7
       ▪   If terminating ATD: ....................................................................................................... 7
2.   Processing Activities for Noncitizens Released with a Notice to Report (NTR) and Prosecutorial Discretion (PD) or Paroled with SmartLINK include: ..................................................................... 8
    a.   In-Person Processing Activities for Noncitizens Released with an NTR (PD) or Paroled with SmartLINK (**ERO only**) include: ........................................................................................ 10
       ▪   If continuing ATD: ....................................................................................................... 10
       ▪   If terminating ATD: ..................................................................................................... 10
Enforcement Responsibilities .......................................................................................................... 11
Law Enforcement Systems and Analysis Responsibilities ................................................................ 11
OH2 Field Point of Contact Responsibilities .................................................................................... 11
A-File Documents ............................................................................................................................ 11
    Processing Office Responsibilities ............................................................................................. 11
    Reporting Office Responsibilities .............................................................................................. 12

## Background

Beginning in March 2021, and continuing to date, U.S. Customs and Border Protection (CBP) initiated a prosecutorial discretion (PD) process and began releasing noncitizen family units with a "notice to report" (NTR) to interior U.S. Immigration and Customs Enforcement (ICE) offices for the issuance of a Notice to Appear (NTA) and the commencement of removal proceedings pursuant to section 240 of the Immigration and Nationality Act.

In July 2021, CBP began paroling noncitizens into the United States and collaborating with ICE to enroll them into ICE's Alternatives to Detention (ATD) program where they are subject to enhanced electronic monitoring. As of January 2022, CBP has released over 170,000 noncitizens with a NTR or parole. These types of releases have not shown any signs of slowing and are increasing by approximately 700 per day.

Due to a combination of factors, only a fraction of these noncitizens (approximately 30%) have reported to ICE for processing. ICE's efforts to increase compliance includes establishing an online scheduling tool to help noncitizens set appointments for processing. However, due to limited office space and personnel, some offices do not have appointments available for years into the future.

Operation Horizon Phase 1 was conducted from November 7, 2021, to November 27, 2021, and applied an organized and methodical approach to place into removal proceedings noncitizens who have been released by CBP without the issuance of an NTA.

## Mission

The intent of Operation Horizon Phase 2 (OH2) is to identify, locate, and place into removal proceedings noncitizens referenced above who have continued to fail to report to ICE for processing. The success of this operation is contingent upon the allocation of resources needed to stabilize the ongoing influx of noncitizens arriving at the Southwest border.

OH2 seeks to capitalize on the lessons learned during the initial rollout and continue to process those individuals who were not processed during OH Phase 1. ERO Field Offices will continue to process assigned cases following the Operation Horizon Concept of Operations. The complete concept of operations, resources, and related training material can be found in the Criminal Alien Program (CAP) public SharePoint folder.

## Overview

Since March 2021, CBP has been releasing noncitizens on prosecutorial discretion or humanitarian parole and directing them to report to the nearest ICE office where they intend to reside. This process does not address the underlying challenges regarding ICE's Congressionally

Exhibit 12 - 004

Confidential

USA 001159

mandated responsibility to locate, arrest and place into removal proceedings those noncitizens who are not in the possession of a valid unexpired entry document.

Under OH2, DHS law enforcement officers (LEOs) will identify, locate, and place into removal proceedings those noncitizens who CBP released into the United States after March 15, 2021.

Each Field Office Director (FOD) in consultation with the Special Agent in Charge (SAC) in their area of responsibility (AOR) will offer ICE LEO and support staff, GS-13 or below, and 1945 Act premium pay to complete the processing of these cases.  The FOD and SAC will administer an overtime distribution plan and will seek guidance from their respective Domestic Operations Divisions when needed.  Further, in support of OH2, CBP will provide law enforcement staff to work 8-10 hour shifts for the duration of this operation.  This collaboration will continue until the outstanding cases are reduced or eliminated.

DHS staff must always endeavor to communicate with noncitizens in a language they understand and utilize interpreters when necessary.  The anticipated requirement for interpretation services should be planned for in advance, with the name of the interpreter documented in the noncitizen's file and in LES comments whenever it is accessible.[1]

> DHS LEOs are required to document all actions through the creation of an LES. For cases with incomplete addresses, an Event with a T-Other Processing Disposition will be utilized. For those noncitizens who have a currently pending Application for Asylum and for Withholding of Removal (I-589), Petition for Amerasian, Widow(er), or Special Immigrant (I-360), or Application for Temporary Protected Status (I-821) with USCIS, an Event with the "Prosecutorial Discretion" (PD) Processing Disposition will be utilized and a Memorandum of Investigation (G-166C) created. A statement reflecting that the noncitizen has a currently pending I-589 will be recorded, and no further action will be taken.

---

[1] See ERO Language Access Plan at LES

[ LES ]

DHS Officers will process noncitizens based on [ LES ]

1. Noncitizens Paroled with an Ankle Monitor

2. Noncitizens Released with a Notice to Report (NTR) and Prosecutorial Discretion (PD) or Paroled with SmartLINK

# 1. Processing Activities for Noncitizens Paroled with an Ankle Monitor (**ERO only**) include:

- Maintaining the workflow and reporting any identified impediments or best practices to Enforcement at [ LES ]
- Reviewing the list on the [ LES ] to identify cases for noncitizens released on parole with an ankle monitor.
- Reviewing [ LES ] and [ LES ]
   - Verifying all biographical information obtained from the CBP Event to determine if the noncitizen is part of a family unit by viewing [ LES ] [ LES ]
   - Verifying that the address provided by the noncitizen is valid using the United States Postal Service, Look up a ZIP Code website, and other address verification tool.
   - Making any effort possible to contact the noncitizen via phone or email whenever this information was disclosed during original encounter.
   - Referring those cases with incomplete addresses to the [ LES ] [ LES ]
   - Verifying that the primary noncitizen and any riders have not already been issued an NTA.
   - Following the guidance in the [ LES ] for the primary noncitizen and any riders using the noncitizens A-number or Subject ID number previously assigned.
   - Using the [ LES ] [ LES ]
   - Checking "new" in the A-File Information section in [ LES ] and entering their A-number in the field provided for each noncitizen who does not already have an A-number assigned.

---

[ LES ]

- Referring cases to supervisors for consultation with the Office of the Principal Legal Advisor (OPLA) when an NTA has been filed for the Head of Household and not for the riders.
- Reviewing and printing applicable records and supporting documents showing probable cause for removability, to include: [LES]
    - Utilizing the [LES] schedule the noncitizen to report to the office nearest to where they reside as soon as practical. If no appointments are available during the initial search, please use the **Walk-In Appointment** schedule functionality (see [LES] [LES] section 3.1) that allows you to schedule appointments outside of the office's regular hours. Please make sure to coordinate with the office's POC where the appointment is being scheduled to make sure that they will be able to be process the noncitizen if the appointment is being scheduled outside of their normal processing hours.
        - Mailing a G-56 with the appointment date and time to the primary noncitizen. Instructions should include the reporting of all other riders within FAMUs who are age 14 or older for complete processing.
        - Providing the field OH POC with a copy of the G-56 to assist in coordinating with the local ATD team and ISAP contractor to ensure that the participant reports as instructed.
- Updating [LES] to reflect OH cases (e.g., OH case. On (date) G-56 was mailed to noncitizen by (ERO/[AOR]). The noncitizen and any FAMU members 14 years of age or older is scheduled to report to (ERO/[AOR]) on (date/time) for the capture of biometrics, DNA sample collection, to receive a copy of charging documents and a custody redetermination.)

> For those Noncitizens who have failed to report for processing as required, the receiving field office [LES]

a. In-Person Processing Activities for Noncitizens Paroled with Ankle Monitors include:

- Documenting on each I-213 how alienage is established for each family member, and that NTAs for children under 14 years of age have been served on the parent or guardian.[5]
- Utilizing the [LES] confirm biographic information, capture biometrics and collect a DNA sample for all noncitizens who are 14 years of age or older and book them into NGI.
- In EAGLE, update the processing disposition from T-Other to a WA/NTA.

---

[3] [LES]
[4] Questions related to [LES] should be sent to [LES]
[5] The law does not allow for a presumption based on the citizenship of the parent; to the contrary, DHS has the burden of proving that an individual is a noncitizen.

6

Exhibit 12 - 007

Confidential   USA 001162

- In LES **do not check** any boxes at the top of the NTA for any noncitizen, to include those who were previously removed and arrived as part of a FAMU, and add both of the following
- charges: 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I). **The I-213 narrative must include the following statement:** *"Noncitizen was paroled by CBP pursuant to INA § 212(d)(5)."*
- On the LES under Policy and Guidance Documents, use the LES tool to locate the EOIR jurisdiction in which the noncitizen is residing. Then, utilizing the LES LES obtain an EOIR court date and time for the primary noncitizen.
- Creating a case in EARM based on the noncitizen's most recent encounter and linking it to the CBP encounter (see the guidance in LESA QRG).
- Constructing A- or T-file(s) for all noncitizens.
- Reviewing files for approval and necessary signatures.
- Signing approved NTAs and returning the A- or T-File to the processing officer.
- Serving NTA I-862, I-200, and Interim Notice Authorizing Parole to the primary noncitizen and riders.[8] (when applicable) and modifying or discontinuing ATD technologies as appropriate.
    - If continuing ATD:
        - Completing, printing, and serving appropriate release paperwork, ensuring that the checkbox is selected to print ATD-specific forms.
        - Forwarding paperwork (if applicable due to C-Site/G-Site availability) and referring participant to BI (per local procedures for ATD enrollment).
    - If terminating ATD:
- Completing termination paperwork located in ATD tab in the LES and terminating in the LES
- Utilizing LES to initiate and upload the primary noncitizen's signed NTA including any riders, with "in-person" checkbox selected for the method of service.
- Providing the noncitizen with copies of the aforementioned documents, most recent List of Pro Bono Legal Service Providers.[10] for the EOIR jurisdiction scheduled, blank EOIR-33.[11] to the noncitizen's address, and ICE Change of Address Flyer.
- Updating LES to reflect OH cases (*e.g., OH case. Noncitizen was processed in-person by (ERO/[AOR]). Biographic and biometric information was captured to include DNA*

> For those Noncitizens who have failed to report to appointment scheduled by the field office as required, LES LES

---

[6] LES
[7] LES
[8] All documents for noncitizens under 14 years of age are served on the parent or legal guardian
[9] If the officer does not have LES record information in LES and forward to local ATD team for update.
[10] LES
[11] LES

*sample collection. NTA was served and the noncitizen was re-paroled for one year pending immigration removal proceedings. A copy of the NTA was uploaded into* LES *for (EOIR/[AOR]) reflecting a hearing on (date/time). The noncitizen is scheduled to report to (ERO/[AOR]) on (date/time). A-File/T-File transferred and mailed to NRC.)*

## 2. Processing Activities for Noncitizens Released with a Notice to Report (NTR) and Prosecutorial Discretion (PD) or Paroled with SmartLINK include:

- Maintaining the workflow and reporting any identified impediments or best practices to the LES
- Reviewing the list on the LES to identify cases for noncitizens released with an NTR/PD or Paroled with SmartLINK.
- Reviewing LES and LES
    - Verifying all biographical information obtained from the CBP Event to determine if the noncitizen is part of a family unit by LES
      
      LES
    - Verifying that the address provided by the noncitizen is valid using the United States Postal Service, Look up a ZIP Code website,[13] and other address verification tool.
    - Making any effort possible to contact the noncitizen via phone or email whenever this information was disclosed during original encounter.
    - Referring those cases with incomplete addresses to LES
      
      LES
    - Verifying that the primary noncitizen and any riders have not already been issued an NTA.
    - Following the guidance in the LES for the primary noncitizen and any riders using the noncitizen's A-number or Subject ID number previously assigned.
    - Using the LES to create a new LES with a WA/NTA Processing Disposition.
    - Checking "new" in the A-File Information section in LES and entering their A-number in the field provided for each noncitizen who does not already have an A-number assigned.
- Referring cases to supervisors for consultation with the Office of the Principal Legal Advisor (OPLA) when an NTA has been filed for the Head of Household and not for the riders.

---

[14] LES
[15]

8

Exhibit 12 - 009

Confidential        USA 001164

- Reviewing and printing applicable records and supporting documents showing probable cause for removability, to include: **LES**
- Documenting how alienage is established for each noncitizen, including members of FAMUs, and that NTAs for minor children under 14 years of age have been served on the parent/guardian on each I-213.[14].
- In **LES** **do not check** any boxes at the top of the NTA for any noncitizen, to include those who were previously removed and arrived as part of a FAMU, and add both of the following charges: 212(a)(6)(A)(i) and 212(a)(7)(A)(i)(I).
- **For SmartLINK cases, the I-213 narrative must include the following statement:** *"Noncitizen was paroled by CBP pursuant to INA 212(d)(5)."* Then, utilizing the **LES** **LES** [15], obtain an EOIR court date and time for the primary noncitizen.
- On the **LES** [16] under Policy and Guidance Documents, use the **LES** tool to locate the EOIR jurisdiction in which the noncitizen is residing. Then, utilizing the **LES** **LES** obtain an EOIR court date for the primary noncitizen.
- Creating a case in **LES** (ERO only) based on the noncitizen's most recent encounter and linking it to the CBP encounter (see the guidance in the **LES** ).
- Constructing A- or T-file(s) for all noncitizens.
- Reviewing files for approval and necessary signatures.
- Signing approved NTAs and returning the A- or T-File to the processing officer.
- Utilizing **LES** to initiate and upload the primary noncitizen's signed NTA including any riders, with the regular mail checkbox selected for the method of service.
- Providing the noncitizen with the flyer titled, "Reporting to ICE after Release into the United States".[18],[19] to schedule an in-person appointment using the ICE Appointment Scheduler.[20].
- Mailing the signed NTA, the most recent List of Pro Bono Legal Service Providers[21] for the EOIR jurisdiction scheduled, and a blank EOIR-33.[22] to the noncitizen's address.
- Transferring and mailing all cases and A-Files to the ERO reporting office having jurisdiction over where the noncitizen has stated he or she will reside.
- Updating **LES** to reflect OH cases (*e.g., OH case. Noncitizen was processed by (ERO/[AOR]) and the NTA, Pro Bono list, and EOIR -33 were mailed to the last address reported by the noncitizen and a copy of the NTA was uploaded into* **LES** *for (EOIR/[AOR]). The noncitizen is scheduled to report to (ERO/[AOR])* **within 60 days** *of the receipt of the*

---

[14] The law does not allow for a presumption based on the citizenship of the parent; to the contrary, DHS has the burden of proving that an individual is a noncitizen.
[15]
[16] **LES**
[17]
[18] All documents for noncitizens under 14 years of age are served on the parent or legal guardian
[19] Form has been translated into most frequently encountered languages
[20]
[21] **LES**
[22]

9

Exhibit 12 - 010

Confidential                                              USA 001165

*NTA for the capture of biometrics, DNA sample collection, and to receive a copy of charging documents and a custody redetermination. A-File/T-File transferred and mailed to (ERO/[AOR]) on (date)).*

a. In-Person Processing Activities for Noncitizens Released with an NTR (PD) or Paroled with SmartLINK (**ERO only**) include:

- Utilizing the most [LES] confirm biographic information, capture biometrics and collect a DNA sample for all noncitizens who are 14 years of age or older and book them into NGI.
- Serving all documents: I-862 (previously mailed NTA), I-200, I-286, and I-220A to the noncitizen and riders (when applicable). For SmartLINK cases, instead of the I-220A, noncitizens and riders will receive the Interim Notice Authorizing Parole.[23] and be referred to ATD for the modification or termination of ATD technologies.
    - If continuing ATD:
        - Completing, printing, and serving appropriate release paperwork, ensuring that the checkbox is selected to print ATD-specific forms.
        - Forwarding paperwork (if applicable due to C-Site/G-Site availability) and referring participant to BI (per local procedures for ATD enrollment).
    - If terminating ATD:
        - Completing termination paperwork located in ATD tab in the EARM module and terminating in the [LES] [24].
- Updating [LES] to reflect OH cases (*e.g., OH case. Subject was processed in-person by ERO/[AOR]. Biographic and biometric information captured to include DNA sample. NTA was re-served, and the noncitizen was released on 212(d)(5) parole for a **period of one year** pending removal proceedings. The noncitizen is scheduled to report to (ERO/[AOR]) within one year. A-File/T-File transferred to local OPLA.*)

> For those Noncitizens who have failed to schedule themselves for processing as required, the receiving field office will create a G-56 for the noncitizen and accompanying family members with an appointment date for the processing to be completed.

- Providing noncitizens with a copy of the previously mailed NTA, and all other pertinent documents.
- Documenting how alienage is established for each noncitizen, including riders from FAMUs, and that NTAs for minor children under 14 years of age have been served on the parent/guardian on each I-213.

---

[23] All documents for noncitizens under 14 years of age are served on the parent or legal guardian
[24] If the officer does not have [LES] record information in [LES] and forward to local ATD team for update.

- Reviewing the A- or T-File(s) for signatures.
- Updating [LES] to reflect OH cases (*e.g., OH case. Subject was processed in-person by ERO/[AOR]. Biographic and biometric information captured to include DNA sample. NTA is re-served, and noncitizen is released on OREC for a period of one year pending removal proceedings after being served with Form I-220A. The noncitizen is scheduled to report to (ERO/[AOR]) on (date). A-File/T-File transferred to local OPLA.*

> For those Noncitizens who have failed to schedule themselves for processing as required, the receiving field office will create a G-56 for the noncitizen and accompanying family members with an appointment date for the processing to be completed.

## Enforcement Responsibilities

- Overseeing OH and working with the field to identify workflow impediments and best practices.
- Providing virtual training to all DHS participants in advance of the operation.

## Law Enforcement Systems and Analysis Responsibilities

- Production and consolidation of the OH reports from the 25 ERO Field Offices.
- Distribution of OH reports with all stakeholders [LES] [LES] including analysis of current throughput and use of resources throughout the operation.
- Reporting the number of NTAs filed with EOIR [LES] [LES].

## OH2 Field Point of Contact Responsibilities

- Maximizing resources.
- Maintaining data quality integrity.

## A-File Documents

### Processing Office Responsibilities

- Assigning an A-number and create an A-file or T-File as necessary
- Printing out the following documents and placing them in the A-File/T-File for each noncitizen:
  - 
  - 
  - **LES**
  - 
  - 

11

Exhibit 12 - 012

Confidential    USA 001167

- Warrant of Arrest – I-200 (Signed by SDDO).[25]
- Notice to Appear – I-862 (Signed by Officer and SDDO)
- LES screen w/EOIR court location, date, and time for the file
- Alien's Change of Address/ Phone Number Form – EOIR-33
- I-213
- G-56
- Reporting Instructions*
- Legal and Other Resources Flyer*
- Change of Address Flyer-ICE
- List of Pro Bono Legal Service Providers
- The ICE Appointment Scheduler print out

### Reporting Office Responsibilities

- Printing out the following documents and place them in the in the A-File:
    - Arrest and Institution Fingerprint Form – FD-249
    - Custody Determination – I-286 (PD cases only)
    - Notice of Rights and Request for Disposition – I-826
    - El Sal Advisement (If Applicable)
    - Disposition Report – R 84
    - IDENT/IAFIS Response
    - NCIC Booking
    - Warrant of Arrest- I-200
    - Order of Release on Recognizance OREC – I-220A (PD cases only)
    - Interim Notice Authorizing Parole (Parole cases only)
    - Record of Deportable/Removable Alien – I-213 (w/Photo, Fingerprints and FINS)

---

[25] For mail-out NTAs, the I-200 can be generated at the time the NTA is mailed but should be retained in the A-File for execution at a later date.