# EXHIBIT 13

**Exhibit 13 - 001**



Exhibit 13 - 002