# EXHIBIT 14

Exhibit 14 - 001

| | |
|---|---|
| **From:** | Darrow, Joseph A. (CIV) |
| **To:** | James Percival; Ryan, Erin T. (CIV) |
| **Cc:** | Natalie Christmas; Bilal Faruqui; Karen Brodeen; Anita Patel |
| **Subject:** | RE: FL v. DHS - Follow Up |
| **Date:** | Monday, August 1, 2022 4:35:20 PM |
| **Attachments:** | image001.png |

Hi Jimmy,

Hope everyone had a nice weekend and a safe flight back.

To respond to your questions/points:

- Per the email traffic earlier today, I think we are close to working out the AR issue.

We agree. We are preparing and will provide the AR with the discussed material redacted, and a new certification.

- We are waiting on an answer regarding the additional 30(b)(6) topic (the new July 18 memo).

We see this issue as moot. Chief Ortiz was designated to provide testimony on "the Parole + ATD policy" en toto, as noticed in Topic 1 of your 30(b)(6) notice, not just one timeframe or iteration of it. Indeed, this is why we worked overtime to get you the new administrative record as quickly as we did, so you would have it before Ortiz's deposition. And at that deposition, you were able to, and indeed did, ask Ortiz questions about the July 18 Parole + ATD memo and the record supporting it. We would ask for a meet and confer on this before any court intervention is sought.

- We are waiting on an answer regarding depos of Magnus and Johnson. We will go ahead and serve notices with dates that work for us if we don't get dates from you by Monday COB. We understand that you may oppose these two depos. We are happy to schedule them after the 30(b)(6) and we can see where we are after those take place (I am assuming there will be both an ICE witness and a CBP witness).

We do not understand the basis for deposing Magnus and Johnson, and so at this point oppose producing them. Our understanding of your interest in these officials is that they signed the July 18 Parole + ATD memo. However, Ortiz was our designated 30(b)(6) witness to address the Parole + ATD policy. And as to the memo itself and the record, the Court made clear in its order that there is no cause for further, extra-record discovery. Finally, these officials are too high-ranking and you have not indicated why your need for their testimony outweighs the intrusion and burden these depositions would impose on the operations of CBP and ICE, particularly given that Ortiz was designated to and did provide testimony on Parole + ATD, including the July 18 memo and its record. We would ask for a meet and confer on this before any court intervention is sought.

  ◦ Please provide a copy of the July 20 memo referenced by Chief Ortiz.

Exhibit 14 - 002

- Please provide all written instructions, including emails, about increasing parole and releases on recognizance following the swearing in of President Biden, as described by Chief Ortiz.

- Please provide the memos or emails that were issued *after* November 2, 2021, which expanded Parole + ATD for single adults. You referenced a July 2021 communication yesterday during the break, but what was described by Chief Ortiz (and Barker as well) occurred after the November 2 memo.

For these requests, as soon as the transcript is available, please provide us the page and line number(s) referencing the documents you are requesting, so there is no confusion as to what we are talking about.

Best,

Joe


**Joseph A. Darrow**
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
Liberty Square Building
450 5th Street, NW
Washington, DC 20530-0001

joseph.a.darrow@usdoj.gov

---

**From:** James Percival <James.Percival@myfloridalegal.com>
**Sent:** Friday, July 29, 2022 2:41 PM
**To:** Ryan, Erin T. (CIV) <Erin.T.Ryan@usdoj.gov>; Darrow, Joseph A. (CIV) <Joseph.A.Darrow@usdoj.gov>
**Cc:** Natalie Christmas <Natalie.Christmas@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Karen Brodeen <Karen.Brodeen@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>
**Subject:** [EXTERNAL] FL v. DHS - Follow Up

All,

I wanted to send one email with what I believe are all the outstanding items.

- Per the email traffic earlier today, I think we are close to working out the AR issue.
- We are waiting on an answer regarding the additional 30(b)(6) topic (the new July 18

Exhibit 14 - 003

- memo).
- We are waiting on an answer regarding depos of Magnus and Johnson. We will go ahead and serve notices with dates that work for us if we don't get dates from you by Monday COB. We understand that you may oppose these two depos. We are happy to schedule them after the 30(b)(6) and we can see where we are after those take place (I am assuming there will be both an ICE witness and a CBP witness).
- Stuff coming out of yesterday:
    - Please provide a copy of the July 20 memo referenced by Chief Ortiz.
    - Please provide all written instructions, including emails, about increasing parole and releases on recognizance following the swearing in of President Biden, as described by Chief Ortiz.
    - Please provide the memos or emails that were issued *after* November 2, 2021, which expanded Parole + ATD for single adults. You referenced a July 2021 communication yesterday during the break, but what was described by Chief Ortiz (and Barker as well) occurred after the November 2 memo.

Please get back to us on all items by Monday COB.

Thank you,

Jimmy



James H. Percival
Deputy Attorney General of Legal Policy
Office of the Attorney General
PL-01 The Capitol │ Tallahassee, FL 32399-1050

E-mail: james.percival@myfloridalegal.com

Exhibit 14 - 004