# EXHIBIT 15

Exhibit 15 - 001

| | |
|---|---|
| Message | |
| From: | PII |
| Sent: | 2/16/2021 4:11:28 PM |
| To: | SCOTT, RODNEY S PII |
| | PII |
| CC: | ORTIZ, RAUL L PII |
| | PII ; BARKER, TONY L |
| | PII |
| Subject: | RE: ERO Changes |

Agree Chief – that is what we will push.

**From:** SCOTT, RODNEY S PII
**Sent:** Tuesday, February 16, 2021 10:30 AM
**To:** PII
**Cc:** ORTIZ, RAUL L PII ; BARKER, TONY L PII
PII
**Subject:** Re: ERO Changes

Thank PII
I concur with the Deputy that **Deliberative Process Privilege**
**Deliberative Process Privilege** Also - am sure the filed already thought of it **Deliberative Process/Law Enforcement Priv** We can and should offer space but we should start pushing **Deliberative Process Privilege**

RSS
Sent from my iPad

On Feb 16, 2021, at 7:22 AM, PII wrote:

Gents,

Just spoke with PII at ERO and he advised me that the three FRCs (Dilley, Karnes, and Burke) were transitioning to reception centers where family units will be tested for COVID and released within 72 hours. They are still figuring out **Deliberative Process Privilege**
**Deliberative Process Privilege** What they cannot receive, we will continue to OR and ATD as available.

Additionally, he mentioned that they cannot hold UACs in FRCs as per the law. This will be more of a challenge to even explore now that FRCs will be reception centers.

Regarding ATD, I advised him that Donna SSF is an ideal location to co-locate to expedite their ATD processing. I owe him other locations and am thinking **Deliberative Process/Law Enforcement Privilege**
**Deliberative Process/Law Enforcement Privilege**

Yuma Cuban nationals will (should not) be a problem any longer.

Exhibit 15 - 002

USA 002091

Thanks – many rapid changes happening.



PII

Chief - Law Enforcement Operations Directorate
United States Border Patrol Headquarters

**PII**

Exhibit 15 - 003

USA 002092