EXHIBIT 18

Tony Barker
August 25, 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.:  3:21-CV-1066

STATE OF FLORIDA,

            Plaintiff,

vs.

The UNITED STATES OF AMERICA; ALEJANDRO
MAYORKAS, Secretary of the United States
Department of Homeland Security, in his
official capacity; UNITED STATES DEPARTMENT
OF HOMELAND SECURITY; TROY MILLER, Acting
Commissioner of U.S. Customs and Border
Protection, in his official capacity; U.S.
CUSTOMS AND BORDER PROTECTION; TAE JOHNSON,
Acting Director of U.S. Immigration and
Customs Enforcement, in his official
capacity; U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT; UR M. JADDOU, Director of U.S.
Citizenship and Immigration Services, in her
official capacity; U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

            Defendants.

_____/


REMOTE VIDEO-RECORDED DEPOSITION OF

TONY BARKER,
As Corporate Representative
of United States Department of Homeland Security,
Pursuant to Rule 30(B)(6)

Thursday, August 25, 2022
12:20 p.m. - 2:44 p.m.

Remote via Zoom
Washington, D.C.

Stenographically Reported By:
Cassie O. May, RPR, RMR
Job No.: 268754

Tony Barker
August 25, 2022

1    Q    Okay.  And so when we -- let's turn back to

2    the memo.  This memorandum is directed towards Border

3    Patrol and ICE; is that accurate?

4    A    Correct.

5    Q    And so why is it directed towards both CBP and

6    ICE as opposed to just CBP?

7    A    So CBP is on there due to the fact that

8    obviously we are utilizing Parole ATD.  ICE is on there

9    because of the fact that they -- the ATD portion sits

10   within ICE's functionality.  And what -- and a central

11   part of this memo is also directing the communication

12   between CBP and ICE in regards to expansion, meaning,

13   you know, the application of Parole ATD in a sector or,

14   you know, ceasing, you know, the cessation of

15   utilization of Parole ATD in a sector.

16         What this does is it allows ICE to more

17   effectively plan operationally for the utilization of

18   their ATD mechanisms.  So what it's doing is it's

19   driving a communication between the two as well as a

20   multi-component utilization to be able to process Parole

21   ATDs.

22   Q    And was this specific memorandum distributed

23   to Border Patrol officers?

24   A    To Border Patrol agents, yes.

25   Q    When was it distributed to them?

Tony Barker
August 25, 2022

1      A     I believe on the 19th is when we had sent it

2   out.

3      Q     And that's -- you are referring to July 19th?

4      A     Yes, ma'am.

5      Q     And how was it distributed to them?

6      A     Through our chief of staff mechanism, so they

7   will be -- you know, they are the ones who distribute

8   the material.

9      Q     What is that mechanism?

10     A     Just through e-mail.

11     Q     Okay.  And was there a different version of

12  this memo that was distributed to them as well?

13     A     It would be that version.

14     Q     Okay.  There wasn't a cover memo that was also

15  distributed to Border Patrol agents?

16     A     Not that I'm aware of.  I don't believe we

17  covered it at all.  I think we sent it out as it is.

18     Q     Okay.  Was any training provided to Border

19  Patrol agents?

20     A     No, no, just the memo pretty much speaks for

21  itself as the training for Parole ATD has already been

22  provided to the sectors, the personnel that was

23  previously discussed.

24     Q     Was this memo also distributed to ICE

25  personnel?

Tony Barker
August 25, 2022

Page 19

1    A    I believe so, yes.

2    **Q    When was it distributed to them?**

3    A    I'm not sure.  I just know it was sent out.

4    **Q    Okay.  Do you know how it was sent?**

5    A    Via e-mail.

6    **Q    Was any training provided to ICE personnel?**

7    A    I don't believe there was any additional

8    training as it literally is a continuation of an already

9    existing mechanism.

10    **Q    Do you know if there was a summary version of**

11    **this document that was also distributed to ICE**

12    **employees?**

13    A    Unknown.  I don't know off the top of my head.

14    I would have to look.

15    **Q    Okay.  And so I think during the last**

16    **deposition you testified as to the processing pathways.**

17    **Do you remember that?**

18    A    Yes.

19    **Q    And Parole + ATD was one of those pathways; is**

20    **that accurate?**

21    A    Yes.

22    **Q    Is that still one of the main processing**

23    **pathways that CBP utilizes?**

24    MS. RYAN:  Objection.  This is outside the

25    scope of the topic.  He is here to speak about the

Tony Barker
August 25, 2022

Page 20

1      administrative records.

2           MS. PATEL:  Well, I am asking about this

3      current memo.

4  BY MS. PATEL:

5      **Q    Is the Parole + ATD policy as outlined in this**

6  **July 18th memo one of the main processing pathways that**

7  **CBP uses?**

8           MS. RYAN:  Objection.  You can answer.

9      A    Yes.

10  BY MS. PATEL:

11      **Q    Okay.  And how has Border Patrol's**

12  **implementation of Parole + ATD changed since this policy**

13  **has been entered?**

14      A    The implementation of the pathway?  I am just

15  clarifying, trying to clarify your question.

16      **Q    Yeah.  The implementation of Parole + ATD.**

17      A    So you know, realistically speaking, the

18  utilization of the pathway has remained consistent.  We

19  haven't changed our process in any way.

20           As I sit here today, we are utilizing Parole

21  ATD in -- you know, beyond the locations where I spoke

22  about previously, you know, we are currently utilizing

23  it at El Paso sector, so in essence we have added an

24  additional sector, you know, since the -- since the

25  issuance of this memo on July 18th just due to the flows

Tony Barker
August 25, 2022

Page 21

1    that we are seeing.

2        Q    Okay.  So other than the additional of -- the

3    addition of another sector, Parole + ATD under this memo

4    is being applied the same; is that accurate?

5        A    Yes.

6        Q    And when did -- and this July 18th memo

7    applies to both families and single adults; is that

8    right?

9        A    Yes.

10       Q    When did DHS start applying Parole + ATD to

11   single adults?

12       A    This would have been previous -- I mean, it

13   would have been previously.  I can't remember the date

14   exactly.  It would have been the last time that I

15   provided testimony in deposition, you know, it -- when

16   we spoke about it.  I don't know the date off the top of

17   my head as to when we were utilizing it for single -- or

18   we added single adults, if you will.

19       Q    Okay.  So under this July 18th memo, does the

20   Parole + ATD as it applies to single adults, is it only

21   for single adults from specific countries?

22       A    No.

23       Q    Okay.  So is it currently being applied to

24   single adults from a variety of countries?

25       A    Yes.

Tony Barker
August 25, 2022

Page 22

1        Q    Okay.  And when was a decision made to expand

2    the application of Parole + ATD to persons of other

3    countries?

4              MS. RYAN:  Objection, outside the scope of the

5        administrative record.  I am directing him not to

6        answer.

7              MS. PATEL:  You are directing him not to

8        answer on what basis?

9              MS. RYAN:  We agreed that this deposition will

10        be limited to the topic of the administrative

11        record and asking about decisions outside of that

12        administrative record is beyond the scope.

13              MS. PATEL:  Okay.  Well, let's point to some

14        documents in the administrative record then.

15              MS. RYAN:  Please.

16              MS. PATEL:  And by the way, telling him not to

17        answer -- unless you are asserting some type of

18        privilege, you really can't do that.

19    BY MS. PATEL:

20        Q    But I will just point you to SAR0005.

21        A    Yes, I have it in front of me.

22        Q    Okay.  And so this is an e-mail that's

23    contained in the administrative record, correct?

24        A    Yes.

25        Q    Did you select the documents to place in this

Tony Barker
August 25, 2022

1   record?

2        A    Me personally, no.  I mean, it's -- you know,

3   there is some of those -- don't get me wrong.  I mean, I

4   am very familiar with those documents.  I have read

5   them.  I'm very familiar with them.  But you know, I

6   don't create the record.

7        Q    Okay.  Are you familiar with this document?

8        A    Yes.

9        Q    Okay.  So why or what is the purpose of

10  including this record in the -- this document in the

11  record?

12       A    So you know, as an example, right, this is an

13  e-mail from July 22, 2022, as -- you know, we just

14  discussed that this provides a greater degree of

15  flexibility into the application of Parole ATD, you

16  know, and I think what's important from this document is

17  it gives you and provides a depth of understanding as to

18  what we are encountering at that point in time of, you

19  know, on July 22nd, right?  You are talking 1.7 million

20  encounters.  As I sit here today, we are talking roughly

21  about 2.1.  You know, is that -- you know, that we'll at

22  least end the year somewhere between 2.1 and 2.3.  You

23  are talking about the demographics, right, of the

24  different, you know, families verses single adults and

25  what their percentage breakdown is as well as the

Tony Barker
August 25, 2022

Page 24

1   nationalities.

2          If you could scroll down so I can see --

3          THE VIDEOGRAPHER:  This is the videographer.

4      I just wanted to let you know we are not sharing

5      any documents on screen that can be seen.  Is that

6      your understanding?

7          MS. PATEL:  Yes.

8          THE VIDEOGRAPHER:  He can see it; it is just

9      not being recorded.  We don't have that --

10         MS. PATEL:  Yes, I understand.

11         THE VIDEOGRAPHER:  Okay.  Just double

12     checking.  Thank you.

13     A    This also provides me as the chief of

14  operations for the United States Border Patrol a

15  snapshot into what and who we are encountering, how long

16  it's taking for us to be able to process various

17  pathways, you know, what we have in custody, what our

18  TIC times are.  You know, it's provided me, for lack of

19  better terms, the health of the Southwest Border, you

20  know, and what -- and what we are encountering.

21  BY MS. PATEL:

22     Q    Okay.  And so why would there be a breakdown

23  of encounters by citizenship?

24         MS. RYAN:  Objection.  You can answer if you

25     know.

Tony Barker
August 25, 2022

1     A    Sure, yeah.  So it just -- it's the

2    demographic breakdown as to what percentage that we are

3    encountering every day.

4         So it's important for me as the field

5    commander to understand who we are receiving or

6    encountering at the border because some of those

7    populations will be returnable via Title 42; others of

8    those populations will only be returnable to their

9    country after a formal removal through Title 8; and then

10   some of those countries are not a viable, you know,

11   candidate to be able to be removed or expelled.

12        So having an understanding of what percentage

13   that is based upon my daily encounter rate, as like, for

14   instance, as I sit here right now, we are encountering

15   roughly 6,500 people a day, the percentage of what and

16   who we are encountering is critical to understand.

17   BY MS. PATEL:

18   **Q    Okay.  And under what circumstances under this**

19   **new memo would you apply Parole + ATD to a single adult?**

20        A    Realistically, it all depends.  It goes

21   further than what's simply contained within this e-mail.

22   You know, a lot of it is going to be dependent upon each

23   sector, what percentage their -- you know, they are over

24   capacity, what their average TIC time -- TIC times that

25   they are facing, are there any extenuating circumstances

Tony Barker
August 25, 2022

Page 26

1   to where ICE may or may not be able to take those

2   individuals from our custody, are the individuals who we

3   are encountering able to be returned to their home

4   country, do I have a viable pathway of removal or

5   expulsion.  These are all circumstances which will be

6   taken into account, you know, and again, of the things I

7   just noted, some are noted in this e-mail that you are

8   seeing in front of you.

9        Q    Okay.  So whether or not you have a return

10  mechanism is something that's taken into consideration?

11       A    Of course.

12       Q    Okay.  And so for what countries at this point

13  do you not have a return mechanism?

14            MS. RYAN:  Objection.  One moment.

15            THE VIDEOGRAPHER:  Did you want to go off the

16       record?

17            Did you want to go off the record for just a

18       bit?

19            MS. PATEL:  I don't think we need to go off

20       the record.

21            MS. RYAN:  We just needed to confer.

22            I am going to object and direct the witness --

23       direct the witness not to answer.  Which countries

24       do and do not have removal proceedings is law

25       enforcement privilege, is not public information,

Tony Barker
August 25, 2022

1          and there is security concerns in disseminating

2          that information.

3    BY MS. PATEL:

4          Q    Okay.  Are you applying Parole + ATD currently

5    to persons from countries other than Cuba, Venezuela,

6    and Nicaragua?

7          A    Yes.

8          Q    And how did that come to be under this new

9    policy?

10         MS. RYAN:  Objection.  You can answer.

11         A    Again, it's -- the utilization and application

12   of Parole ATD is not -- the foundation and the criteria

13   is not solely dependent upon the nationality that

14   somebody is, you know, or where they are coming from.

15   There are many other contributing factors that go into

16   whether or not we are going to utilize Parole ATD.

17         We are not solely utilizing Parole ATD for

18   Cubans and Venezuelans, you know, per your question.  It

19   is beyond that scope of demographics.

20   BY MS. PATEL:

21         Q    Okay.  So it is just my understanding from

22   your prior deposition testimony that Parole + ATD was

23   being applied primarily to persons from Cuba, Venezuela,

24   and Nicaragua.  So I am just trying to figure out if

25   there is something under this policy that has allowed it

Tony Barker
August 25, 2022

1  to be expanded to persons from other nationalities.

2      A    Sure.  So you are correct in what you just

3  said, but -- the word "primarily" is, you know, your

4  qualifying, you know, adjective, right.  So it's --

5  that's what I was saying.

6           As I sit here today, are we primarily, you

7  know, applying it to Cubans and Venezuelans?  Yes.  Are

8  there other demographics?  Absolutely.  Is it solely

9  based upon, you know, consideration of somebody's

10  demographic?  Absolutely not.  There are several factors

11  that go into whether we are going to utilize Parole ATD

12  or not.

13      Q    So let's go back to the actual policy itself

14  if you can, the administrative record page 2.

15      A    Yes, ma'am.

16      Q    So what is the basis for this policy as it's

17  outlined in this memo?

18      A    What do you mean?  Can you explain?  You mean

19  why we are utilizing Parole ATD?

20      Q    Correct.

21      A    So again, it's going to go directly back to

22  the previous testimony as well.  You know, as we sit

23  here today at 6,500 encounters a day, if not more, we

24  have had days over 7,000, in a finite set of detention

25  capacity and resources along the southwest border, the

Tony Barker
August 25, 2022

Page 67

1    absconder category?

2        A    Correct, exactly.  Exactly.

3        Q    Now let's go to SAR0257 -- I'm sorry --

4    SAR0261.

5             I think according to the index, this starts

6    the cost of P + ATD halted?

7        A    Yes, ma'am.  I am tracking.

8        Q    So if you go to -- let's just start on

9    SAR0262.  So this is an e-mail dated May 6, 2022, and

10   the subject is "Forward:  Projecting ICE workload."

11       A    Yes.

12       Q    So I just want to ask you, it says P + ATD.

13   Is that Parole + ATD?

14       A    Yes, ma'am.

15       Q    All right.  And so these e-mails show the cost

16   of -- the cost to ICE if Parole + ATD is halted as of

17   May 6th and projecting out 30, 60, and 90 days; is that

18   correct?

19       A    Yes.

20       Q    Okay.  Do you know who asked for this

21   information to be compiled?

22            MS. RYAN:  Objection.  I am going to direct

23       the witness not to answer to the extent it gets

24       under any of the redactions you see on this

25       document or reveals anything privileged; otherwise,

Tony Barker
August 25, 2022

Page 68

1          you can answer the question.

2          A      Yeah.   I think it will go right underneath

3    the -- you know, right in regards to the redactions.

4    BY MS. PATEL:

5          Q      Okay.   Is this type of analysis routinely

6    conducted by ICE?

7          A      Yes.

8          Q      Do you have an understanding of why this

9    analysis was conducted?

10          A      Yes.

11          Q      And why was that?

12          A      It is a analysis in regards to how many people

13    have been processed or are needing to be processed or

14    finalizing their process post-release from Parole ATD if

15    the numbers were consistently -- you know, if it was

16    stopped immediately.   The amount of enrollments, our

17    average enrollments, for 30, 60, 90 days out, right,

18    meaning that for an 30 to 60 to 90 days, you know, we

19    would continue to process for Parole ATD, obviously

20    respectively, the years associated in which it would

21    take ICE, solely ICE, in order to be able to process

22    those for NTAs, and then the financial cost, you know,

23    or burden, if you will, that would require them to be

24    able to process that through manhours.

25

Tony Barker
August 25, 2022

Page 69

1    BY MS. PATEL:

2         Q    Okay.  So if we are --

3         A    Personnel.

4         Q    So if we are looking at the May 6th e-mail at

5    the top again, it says that if they stop Parole + ATD

6    now, then it would take 2.8 years to clear the backlog

7    and $25 million; is that accurate?

8         A    Per the analysis that was generated, correct,

9    as you are seeing in front of you, yes.

10        Q    Okay.  And so now at this point in time as we

11   sit here today, we are more than 90 days out, right?

12        A    Correct.

13        Q    So according to this analysis at this time, it

14   would take at least 5.5 years to clear and $49 million?

15        A    As an approximate, correct, yeah.  I don't

16   think that that's a finite number because you never know

17   finite-wise how many Parole ATDs we are going to process

18   in a day, as we discussed earlier, but you know, for

19   approximations.

20        Q    Okay.  Do you have any reason to doubt, you

21   know, the veracity of this analysis?

22        A    No.

23        Q    The e-mail below on May 5th, that second

24   sentence, it says "Basically every 30 days, P + ATD

25   continues this costs us about a year and $8 million."

Tony Barker
August 25, 2022

Page 70

```
 1    A    Yes.
 2    Q    Is that correct?
 3         So how does the information contained in this
 4    e-mail support the decision to implement Parole + ATD?
 5         MS. RYAN:  Objection.  I will remind the
 6         witness not to reveal anything deliberative process
 7         privileged.
 8    A    It does not.
 9  BY MS. PATEL:
10    Q    It does not support the decision to implement
11  ATD?
12    A    No.
13    Q    Okay.  Is this something that weighs against
14  implementing Parole + ATD?
15         MS. RYAN:  Objection, same reminder.
16    A    No.
17  BY MS. PATEL:
18    Q    So what is involved in clearing this backlog?
19    A    Processing somebody who was processed for
20  Parole ATD for an NTA because, right, they would be --
21  you know, they are not in custody so they would be
22  placed on an NTA because they are on -- they would be
23  placed onto a non-detained docket, ultimately.  So
24  that's what it would require and necessitate.
25    Q    And has ICE taken measures to improve that
```

Tony Barker
August 25, 2022

Page 71

1    backlog?

2        A    Yes.

3        Q    What measures has it already taken?

4        A    They have conducted several focused operations

5    along with CBP in order to be able to collectively

6    process the backlog.

7        Q    When you say "focused operations," can you

8    expand on that, what do you mean?

9        A    No.  Absolutely, meaning that they have --

10   they have dedicated staff to process the NTAs for -- you

11   know, related to those individuals who have been

12   processed and released for Parole ATD.  So both CBP and

13   ICE have dedicated staff in order to be able to address,

14   you know, the -- as -- and I will just use the

15   terminology in the AR, the backlog.

16       Q    So when you talk about dedicating staff, are

17   you talking about hiring new staff?

18       A    No, dedicating -- utilizing existing current

19   staff in order to be able to process those individuals

20   for an NTA, place them on a non-detained docket, and

21   begin their -- what I would consider is their

22   immigration proceedings.

23       Q    And has this backlog impacted ICE's ability to

24   engage in its enforcement operations?

25       A    So this -- this function is directly related

Tony Barker
August 25, 2022

Page 72

1  to their enforcement operations.  I mean, this is

2  literally part of their job.

3      Q    When it's dedicating staff, is it dedicating

4  staff away from other units or divisions?

5      A    I couldn't speak to what their daily

6  deployment structure looks like in ICE, but processing

7  somebody who has been paroled into the United States for

8  an NTA and placing them into a non-detained docket and

9  beginning their immigration process and procedures is in

10  direct alignment with the roles and responsibilities of

11  ICE as an organization, as well as CBP and CIS, anybody

12  who is an immigration officer.

13      Q    Does this backlog affect the ICE offices in

14  Florida?

15      A    I would -- I mean, the ICE offices in Florida,

16  you know, are seeing a -- you know, migrants showing up

17  and checking in at their facilities.  Just like on many

18  others that were on the previous chart who are

19  scheduling appointments further out, you know, I have no

20  doubt based upon the information in the record that

21  those ICE offices are in there as well, the Florida

22  ones.

23      Q    How significant was this backlog before Biden

24  took office?

25          MS. RYAN:  Objection.  That's outside the

Tony Barker
August 25, 2022

Page 73

1          scope of the administrative record, Anita, unless

2          you can point me to something.

3               MS. PATEL:  I am asking about a backlog that's

4          referenced in this e-mail.  So if he knows the

5          answer, he can answer it.

6     A     So prior to this administration, the average

7  wait time for somebody to be able to have their parole

8  heard in front of immigration court was still roughly

9  about the same time frame of seven to ten years on

10  average.  So it is not indicative of sole -- of this

11  administration but several administrations previous

12  thereof as well.

13  BY MS. PATEL:

14     Q     **But this is specific to the backlog related to**

15  **Parole + ATD; is that accurate?**

16     A     That wasn't your question that you asked.

17     Q     **Right.  How much has this backlog cost DHS**

18  **thus far?**

19     A     Well, as indicated on the AR record that you

20  have in front of you, you know, the -- and surmising

21  that, you know, I will say taking as an assumption of

22  the 90-day spectrum of the analysis, you know,

23  49 million in order to be able to clear it at this point

24  in time.  That is again taking into account the

25  assumption that 90 days holds accurate in the analysis,

Tony Barker
August 25, 2022

Page 74

1    you know, for our current time period now here in

2    August.

3         Q    So let's move to SAR0272 through SAR0273.

4         A    Yes, ma'am.

5         Q    I think these charts are probably similar to

6    the ones that you previously discussed regarding the

7    family unit compliance rates?

8         A    Yes, ma'am.

9         Q    Okay.  So is this the same type of data that's

10   applied to non-family units?

11        A    Yes, ma'am.

12        Q    Okay.  So when it says non-family unit, is

13   that referring to single adults?

14        A    Yes, ma'am.

15        Q    Is there anything else that's included in that

16   as a non-family unit?

17        A    You could say a child, but I couldn't -- I

18   couldn't accurately depict whether a child would be

19   placed into an ATD type of structure or not and whether

20   they would be included into this analysis, but I can

21   tell you it would obviously include single adults.

22        Q    Now let me just have a brief minute.  I am

23   going to look through my outline.  It looks like we

24   might be almost done here.

25             MS. RYAN:  Can we just take five so I can look

Tony Barker
August 25, 2022

Page 87

1               CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF HILLSBOROUGH

5         I, Cassie O. May, RPR, RMR, Notary Public,

6         State of Florida, certify that TONY BARKER

7         remotely appeared before, and having produced

8         his U.S. Customs and Border Protection ID

9         badge, was duly sworn on the 25th day of

10        August, 2022.

11

12        Signed this 29th day of August, 2022.

13

14

15        _____

16   Cassie O. May, RPR, RMR
     Notary Public, State of Florida
     My Commission No. HH 106641
17   Expires: 04/23/2025

18

19

20

21

22

23

24

25

Tony Barker
August 25, 2022

Page 88

1                    CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA

4     COUNTY OF HILLSBOROUGH

5

6          I, Cassie O. May, RPR, RMR, do hereby certify

7          that I was authorized to and did

8          stenographically report the foregoing remote

9          video-recorded deposition of TONY BARKER, pages

10         1 through 86; that a review of the transcript

11         was not waived; and that the transcript is a

12         true record of my stenographic notes.

13         I FURTHER CERTIFY that I am not a relative,

14         employee, attorney, or counsel of any of the

15         parties, nor am I a relative or employee of any

16         of the parties' attorney or counsel connected

17         with the action, nor am I financially

18         interested in the action.

19         Dated this 29th day of August, 2022.

20

21

22

23         _____
           Cassie O. May, RPR, RMR
24

25

Tony Barker
August 25, 2022

Page 89

ERRATA SHEET

DO NOT WRITE ON THE TRANSCRIPT
ENTER CHANGES ON THIS SHEET

STATE OF FLORIDA VS. UNITED STATES
Deponent:  TONY BARKER, CORPORATE REPRESENTATIVE
Date of Deposition:  August 25, 2022
Case No.:  3:21-cv-1066

| PAGE | LINE | REMARKS |
|------|------|---------|
| 13 | 2 | "Patrol ATD" should be "Parole +ATD" |
| 13 | 6 | "Patrol ATD" should be "Parole + ATD" |
| 30 | 4 | Text should read "That is a form of disease mitigation." |
| 31 | 13 | "finite" should be "final" |
| 48 | 3 | "Ms. Patel" should be "Ms. Ryan" |
| 65 | 21 | "FMAU" should be "FAMU" |

Under penalties of perjury, I declare that I have read
the foregoing document and that the facts stated in it
are true.

Signature of Witness ____

Dated this 22nd day of September, 2022.

Job No.:  268754