EXHIBIT 20

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION


- - - - - - - - - - - - - - - - x

STATE OF FLORIDA,                :

        Plaintiff,          :

      vs.                       :   Case No.

THE UNITED STATES OF AMERICA,    :   3:21-cv-1066

et al.,                          :

       Defendants.         :

- - - - - - - - - - - - - - - - x

                 Arlington, Virginia

                 Thursday, July 28, 2022

      Videotaped Deposition of RAUL L. ORTIZ, a

witness herein, called for examination by counsel for

Plaintiff in the above-entitled matter, pursuant to

notice, taken at the offices of Henderson Legal

Services, 2300 Wilson Boulevard, Seventh Floor,

Arlington, Virginia, at 9:32 a.m. on Thursday, July

28, 2022, and the proceedings being taken down by

stenotype by and transcribed by KAREN YOUNG.

Oritz , Raul                                          July 28, 2022

22

1      Q.    Prior to being chief of the Border Patrol,
2   at what points in time in your career have you been
3   involved in developing guidance?
4      **A.    Probably since I became a supervisor, which**
5   **was in 1997, either implementing guidance or**
6   **providing information to those who were formulating**
7   **the guidance.**
8      Q.    Okay.  And how does -- as far as
9   implementing guidance, how does Border Patrol
10  typically I guess for lack of better words get the
11  word out about a new guidance?
12     **A.    So it happens on several different**
13  **platforms.  First, we issue memoranda to the field to**
14  **ensure that they understand policies, procedures.  We**
15  **also quite often develop either SOPs, standard**
16  **operating procedures, or IOPs, internal operating**
17  **procedures, for our operational components.  And then**
18  **quite often sometimes in exigent circumstances, it**
19  **could be via an e-mail, and then we also develop**
20  **operational plans.**
21          **Operational plans are a very formalized**
22  **approval process.  If a sector or an operational**

Oritz , Raul                                      July 28, 2022

23

1    component makes -- has a recommendation on a

2    particular initiative, they may submit a operational

3    plan to headquarters, and it will typically be

4    approved by either the operations directorate chief

5    or may even come to me for approval.

6         Q.    Okay, so if a sector -- well, strike that.

7    In developing guidance, does information come from

8    the field to whoever's developing -- involved in

9    developing the guidance?

10        A.    Yes, quite often it's very important to

11   involve field representation when developing guidance

12   because every sector's unique.  Every sector has

13   different challenges, and unfortunately, amongst the

14   20 sectors, you know, I have sectors that range from

15   36, 37 hundred employees all the way down to, you

16   know, a couple of hundred.  And so it can't be a

17   cookie cutter approach.  We certainly make sure that

18   we involve the sector reps as we start to develop

19   guidance that may impact them.

20        Q.    So the sector that's covering the state of

21   Vermont may have a different amount of employees than

22   the sector that's covering the Rio Grande Valley.

Oritz , Raul                                    July 28, 2022

24

1    **A.     That's correct.**

2    Q.    And to be clear, the sector that's covering

3    Vermont would have less employees.

4    **A.     Yes, most definitely.**

5    Q.    All right.  Now, the operational plans, the

6    IOP, the SOP and the memorandum, would those go to

7    the chiefs and deputy chiefs of each executive sector

8    for further dissemination to the Border Patrol

9    agents?

10   **A.     That's correct.**

11   Q.    Okay.  And they would go up through -- up

12   and down the chain of command?

13   **A.     That's correct.**

14   Q.    Okay.  If I were just an average line

15   Border Patrol agent and there was a change in policy

16   or change in guidance, would it be common for me to

17   get something in writing?

18         MR. DARROW:  Objection as to form.  You can

19   answer.

20   **A.     Yes.**

21   Q.    In your 31 years with Border Patrol, have

22   you ever done anything that you viewed as inhumane to

Oritz , Raul                                        July 28, 2022

25

1    an alien?

2        **A.    No.**

3        Q.    In your 31 years with Border Patrol, have

4    you ever done anything that you viewed as cruel to an

5    alien?

6        **A.    No.**

7        Q.    What would you do as chief of the Border

8    Patrol if you found out that an employee of Border

9    Patrol was doing something inhumane?

10            MR. DARROW:  Objection as to form.  You can

11   answer.

12       **A.    So certainly there's a disciplinary**

13   **process.  One of the things that I've been awfully**

14   **proud of in the 31 years is that, you know, the men**

15   **and women of the Border Patrol have done a phenomenal**

16   **job under very stressful and dire circumstances, and**

17   **they continue to demonstrate the utmost**

18   **professionalism, but any time I or expectation**

19   **anybody within the Border Patrol witnesses or**

20   **observes somebody mistreating or conducting**

21   **themselves in a manner that would not be to the**

22   **standard of the United States Border Patrol,**

Oritz , Raul

July 28, 2022

1   **expectation is that that would be reported.**

2       Q.    The expectation is that no one in Border

3   Patrol's going to condone inhumane behavior.

4       **A.    That's correct.**

5       Q.    All right, and the expectation is the

6   Border Patrol agents on the line or even the

7   supervisor, they're going to perform professionally.

8       **A.    That's correct.**

9             MR. DARROW:  Objection as to form.

10            BY MR. GUARD:

11      Q.    I know it's -- I know, again, if we were at

12  a meal, it would be typical for us just to talk and

13  rattle off, but if you could just pause a second so

14  that Mr. Darrow can get his objections in --

15      **A.    I will.**

16      Q.    -- that'll just help the court reporter,

17  and she won't yell at all of us.  Do you believe that

18  detaining an alien illegally present in the United

19  States until he can be processed and either removed

20  or admitted is inhumane?

21      **A.    Can you repeat the question?**

22      Q.    Sure.  Do you believe that detaining an

Oritz , Raul                                    July 28, 2022

27

1   alien illegally present in the United States until

2   that alien can be processed and either removed or

3   admitted is inhumane?

4        **A.     No.**

5        Q.    Do you believe that detaining an alien

6   illegally present in the United States until he or

7   she can be processed and either removed or admitted

8   is cruel?

9        **A.     No.**

10       Q.    In your career, would it be fair to say

11   that millions of aliens that have illegally entered

12   the United States have been detained by the Border

13   Patrol?

14       **A.     Yes.**

15       Q.    The detention of family units by Border

16   Patrol is not something that just happened under

17   President Trump, right?

18            MR. DARROW:  Objection as to form.

19       **A.     That's correct.**

20       Q.    The Border Patrol has detained family units

21   for your entire 31-year career, correct?

22       **A.     Well, the Border Patrol does not detain.**

Oritz , Raul                                              July 28, 2022

28

1    We process.  The detention operation is the

2    responsibility of ICE, enforcement removal

3    operations.  Typically we try and keep people in

4    custody for under 72 hours, and most of that time is

5    spent either processing or coordinating the

6    repatriation or the transfer to one of the other

7    agencies.

8        Q.    All right.  So what at least Border Patrol

9    tries to do is tries to detain temporarily for a

10   period of time that you try not to exceed 72 hours.

11   Is that fair?

12       A.    Yes.

13       Q.    Okay, and family units illegally present in

14   the United States were detained under President

15   Obama, right?

16       A.    Yes.

17       Q.    Family units illegally present in the

18   United States were detained under President Clinton,

19   correct?

20       A.    Yes.

21       Q.    Would it be fair to say that presidents of

22   both parties have detained family units?

Oritz , Raul                                            July 28, 2022

1       **A.      Yes.**

2       Q.     Now, the detention of juveniles is not

3   something that just happened under President Trump,

4   correct?

5       **A.      That's correct.**

6       Q.     Juveniles have been detained since you

7   joined the Border Patrol.

8       **A.      That's correct.**

9       Q.     Okay.  And are you familiar with something

10  known as the Flores consent decree?

11      **A.      Yes.**

12      Q.     And do you know when the Flores consent

13  decree was entered roughly?

14      **A.      I know that in 2018 and '19, I traveled to**

15  **Los Angeles to participate in a hearing under the**

16  **Flores decree.  I can't remember the exact month.**

17      Q.     Okay, all right.  Has the Flores decree

18  existed for decades?

19      **A.      No, not that I know of.**

20      Q.     Okay, so you're not aware that it was

21  roughly entered in 1997?

22      **A.      No.**

Oritz , Raul                                                    July 28, 2022

30

1      Q.    Okay.  And the Flores consent decree deals

2  with the detention and treatment of juveniles, does

3  it not?

4      **A.    Yes.**

5      Q.    Would you agree that the detention of

6  juveniles raises additional challenges for the Border

7  Patrol that are not present when you're dealing with

8  single adults?

9           MR. DARROW:  Objection.

10     **A.    Yes.**

11     Q.    What are those additional challenges?

12     **A.    So one, the Border Patrol facilities were**

13  **never designed to support long-term detention of**

14  **juveniles.  Juveniles require different care, to**

15  **include, you know, in some cases infant and tender**

16  **age children under the age of seven.  Our Border**

17  **Patrol agents first off didn't receive training at**

18  **their academy to be able to support the wrap-around**

19  **services that unaccompanied children pose in our, and**

20  **so just in general, when you -- when you're housing,**

21  **you know, large numbers of unaccompanied children in**

22  **congregate settings with adults and family units, the**

Oritz , Raul                                                    July 28, 2022

1   **facilities do not have sufficient space to ensure**

2   **that their safety and security is -- can be**

3   **prioritized the way it should be in a family**

4   **residential center or facility that HHS may operate.**

5       Q.    Okay.  I want to kind of carve off

6   unaccompanied children from family units.

7       **A.    Okay.**

8       Q.    Both of them have juveniles, correct?

9       **A.    That's correct.**

10      Q.    All right.  Unaccompanied children, Border

11  Patrol doesn't turn those children over to ICE,

12  correct?

13      **A.    That's correct.**

14      Q.    Instead, it turns them over to Department

15  of Health and Human Services, right?

16      **A.    HHS, yes.**

17      Q.    All right.  I'm going to call it HHS just

18  to -- for ease and comfort.  And does Border Patrol

19  segregate for a short time juveniles apart from

20  family units and single adults?

21          MR. DARROW:  Objection.

22      **A.    Yes.**

Oritz , Raul                                        July 28, 2022

32

1     Q.     Okay, and then it coordinates with HHS to

2   remove them from Border Patrol facilities, right?

3     **A.     Yes.**

4     Q.     Family units.  Do you segregate or separate

5   family units from single adults?

6            MR. DARROW:  Objection.

7     **A.     We try to.**

8     Q.     And when you say Border Patrol tries to

9   separate family units from single adults, is that

10   when there is capacity?

11    **A.     That's correct, it's dependent on space and**

12   **detention and the facility itself.  They are**

13   **certainly separated within cells, but quite often in**

14   **the processing area, we have seen on occasion family**

15   **units and single adults commingled.**

16    Q.     Okay.  Now, again, I'm going to carve off

17   unaccompanied children.  I'm not talking about HHS.

18   I'm not trying to wander into that because I think

19   the answer's going to vary.  I just want to talk

20   about family units.  So that's the premise of this

21   question and probably a series of questions.  Is

22   Border Patrol's capacity dependent upon how fast you

Oritz , Raul                                              July 28, 2022

33

1   can move out families to ICE?

2        **A.     Yes.**

3        Q.      So if ICE is either unwilling or unable to

4   take family units, Border Patrol's facilities become

5   more and more crowded?

6              MR. DARROW:  Objection.

7        **A.     Yes.**

8        Q.      So if ICE were to cut its detention

9   capacity in half, that would have an impact on Border

10  Patrol.

11             MR. DARROW:  Objection.

12       **A.     Yes.**

13       Q.      And if ICE were to cease detaining family

14  units, that could have an impact on Border Patrol.

15             MR. DARROW:  Objection.

16       **A.     Yes.**

17       Q.      I'm going to -- I'm going to show you what

18  I'm going to mark for identification as Exhibit 1.  I

19  actually got a copy for him.  I'm giving you --

20             MR. DARROW:  Okay.

21             MR. GUARD:  -- your copy too.

22                            (Ortiz Exhibit No. 1

Oritz , Raul                                      July 28, 2022

34

1                          was marked for

2                          identification.)

3           BY MR. GUARD:

4           Q.    Have you seen Exhibit 1 before?

5           **A.    Yes.**

6           Q.    What is Exhibit 1?

7           **A.    It is a table of organization for the**

8   **Department of Homeland Security.**

9           Q.    Okay.  Is it a fair and accurate

10   representation of the organization of the Department

11   of Homeland Security?

12          **A.    It appears to be.**

13          Q.    All right.  The United States Border Patrol

14   is not listed on this chart, is it?

15          **A.    It is a subcomponent of the U.S. Customs**

16   **and Border Protection, so no, by itself, it's not**

17   **listed on this.**

18          Q.    Okay.  And if I refer to the United States

19   Customs and Border Protection as CBP, you'll know

20   what I'm talking about?

21          **A.    Yes.**

22          Q.    Okay.  And what does CBP do?

Oritz , Raul                                                July 28, 2022

35

1      A.     Customs and Border Protection is a

2   component within the Department of Homeland Security

3   that is responsible for border security.  They're

4   responsible for facilitating legal trade and travel

5   at our ports of entry, seaports and airports, and

6   then we also have -- are responsible for facilitating

7   trade.  We have six operational components within

8   CBP, the Office of Trade, United States Border

9   Patrol, Office of Field Operations, Executive

10  Services, and Operational Services I believe, yeah.

11     Q.    All right.  I'm going to show you what I'm

12  going to mark as Exhibit 2 to your deposition.

13           MR. DARROW:  Thank you.

14                        (Ortiz Exhibit No. 2

15                         was marked for

16                         identification.)

17           THE WITNESS:  Thank you.

18           BY MR. GUARD:

19     Q.    Have you ever seen Exhibit 2 before?

20     A.    That's correct.

21     Q.    And what is Exhibit 2?

22     A.    Exhibit 2 is the table of organization for

Oritz , Raul                                                    July 28, 2022

36

1    **Customs and Border Protection.**

2        Q.    And that was what you were just -- the six

3    departments that you were just describing?

4        **A.    That's correct.**

5        Q.    And on this -- on Exhibit 2, there's

6    actually a place for Border Patrol?

7        **A.    That's correct.**

8        Q.    What does the Border Patrol do?

9        **A.    Border Patrol's responsible for securing**

10   **the border in between the ports of entry.**

11       Q.    Okay.  And would you agree that Border

12   Patrol's responsibilities are to act in concert with

13   the other components of CBP?

14       **A.    Yes.**

15       Q.    And to act with the other components of DHS

16   to secure the United States.

17       **A.    Yes.**

18       Q.    All right.  Would you agree that a large

19   part of what Border Patrol does is encounter and

20   determine who is entering the United States?

21           MR. DARROW:  Objection.

22       **A.    Yes.**

Oritz , Raul                                                    July 28, 2022

37

1      Q.    Okay.  And you report to the deputy

2   commissioner; is that correct?

3      **A.    That's correct.**

4      Q.    And Troy Miller is the current deputy

5   commissioner, right?

6      **A.    Yes.**

7      Q.    And do you understand the difference

8   between career and political appointees?

9      **A.    I do.**

10     Q.    Is Mr. Miller a career or a political

11   appointee?

12     **A.    Career.**

13     Q.    Okay, and who is the commissioner of Border

14   Patrol -- or excuse me, of CBP?

15     **A.    Chris Magnus.**

16     Q.    Okay, and is Mr. Magnus a career or

17   political appointee?

18     **A.    Political appointee.**

19     Q.    All right.  Below -- on Exhibit 2, below

20   Chief of Border Patrol, do you see Office of Field

21   Operations?

22     **A.    I do.**

Oritz , Raul                                    July 28, 2022

38

1      Q.    What are -- what is the Office of Field

2  Operations?

3      A.    So Office of Field Operations are the

4  customs and agricultural inspectors that work at our

5  ports of entry, our airports and our seaports to

6  facilitate legal trade and travel, and certainly

7  those folks that are traveling and presenting

8  themselves for inspection.

9      Q.    Okay, and how does Office of Field

10  Operations and the responsibilities they have differ

11  from the Border Patrol?

12      A.    So at ports of entry, it is a certainly

13  designated entry point.  They work closely with our

14  Canadian, our Mexican partners to the south of us,

15  and then even to some degree in foreign countries.

16  We have preclearance facilities throughout the world.

17  Our Office of Field Operations officers roughly have

18  about 25,000 employees, and they are responsible for

19  both goods, cargo that are traveling through our

20  ports of entry, but they're also responsible for the

21  inspection of individuals that are presenting

22  themselves for inspection.

Oritz , Raul                                          July 28, 2022

39

1      Q.    Okay.  If you'll flip back to Exhibit 1 and

2  look at Exhibit 1, does it -- Exhibit 1 contain a

3  component named United States Immigration and Customs

4  Enforcement?  It's on the bottom row to the right?

5      A.    Yes.

6      Q.    Okay, and is it all right if I refer to

7  them as ICE?

8      A.    Yes.

9      Q.    Okay, and ICE is a separate entity from

10  CBP, right?

11      A.    That's correct.

12      Q.    All right, and it's definitely a separate

13  entity from Border Patrol.

14      A.    Yes.

15      Q.    All right.  Would it be fair to say that

16  ICE and Border Patrol have an ongoing relationship?

17      A.    Yes.

18      Q.    Okay.  And would it be fair to say that

19  Border Patrol has multiple memorandums of

20  understanding with ICE?

21      A.    Yes.

22      Q.    All right.  Among those memorandums of

Oritz , Raul                                           July 28, 2022

40

1   understanding is there one that -- where ICE agrees

2   to provide transportation from the border?

3        A.   Yes.

4        Q.   All right.  Does ICE also agree to

5   transport aliens back to their country of origin as

6   part of the memorandum?

7        A.   Yes.

8        Q.   Okay.  And another I guess relationship

9   that ICE and Border Patrol has is that ICE agrees to

10  accept transfer aliens that need to be detained; is

11  that correct?

12       A.   That's correct.

13       Q.   All right.  And for -- strike that.  Would

14  it be fair to say that Border Patrol often detains

15  aliens that it encountered at the southern border

16  until they can be processed and turned over to ICE?

17       A.   Yes.

18       Q.   Would you agree, Chief Ortiz, that the

19  southern border is currently in crisis?

20            MR. DARROW:  Objection.

21       A.   Yes.

22       Q.   Would you agree, Chief Ortiz, that historic

Oritz , Raul                                    July 28, 2022

41

1   numbers of aliens are illegally entering the United

2   States through the southern border?

3          MR. DARROW:  Objection.

4   **A.     Yes.**

5      Q.    Would you agree, Chief Ortiz, that

6   unprecedented numbers of aliens are illegally

7   entering the United States right now?

8          MR. DARROW:  Objection.

9   **A.     Yes.**

10     Q.    Would you agree, Chief Ortiz, that more

11  aliens are going through the southern border than we

12  have seen in the last 20 years?

13  **A.     Yes.**

14     Q.    Would you agree -- would you agree, Chief

15  Ortiz, the Border Patrol has never had as many

16  encounters with aliens in a physical year as it has

17  had in the last two years?

18         MR. DARROW:  Objection.

19  **A.     Yes.**

20     Q.    Chief Ortiz, do you expect the historic

21  number of aliens illegally entering the United States

22  to increase in the near term?

Oritz , Raul                                                    July 28, 2022

42

1              MR. DARROW:  Objection.

2      **A.     Actually, we'd seen a decrease over the**

3  **last two months, and I expect that in July, we will**

4  **see a continuing decrease from the previous two**

5  **months.**

6      Q.    Is some of that the seasonality of the

7  border?

8      **A.     I haven't seen much of a seasonal trend**

9  **over the last three or four years.**

10     Q.    Okay.  Are you familiar with something

11  known as Title 42?

12     **A.     I am.**

13     Q.    Do you expect that the number of aliens

14  trying to illegally enter the United States will

15  increase if the Title 42 order is rescinded?

16             MR. DARROW:  Objection.

17     **A.     I always prepare for scenarios that may**

18  **impact the flow of the migrant population, and so we**

19  **have prepared for both higher and lower numbers.**

20     Q.    I'm going to show you what I'm going to

21  mark for identification as Exhibit 3 to your

22  deposition.

Oritz , Raul                                              July 28, 2022

43

1                              (Ortiz Exhibit No. 3

2                               was marked for

3                               identification.)

4          MR. DARROW:  Thank you.

5          BY MR. GUARD:

6      Q.    Have you seen Exhibit 3 before, Chief

7  Ortiz?

8      **A.    I have.**

9      Q.    What is Exhibit 3?

10     **A.    It's a memorandum that I signed on May**

11  **19th, 2022, and it discusses the non-citizen releases**

12  **from our custody.**

13     Q.    Okay.  And so that's roughly two months

14  ago?

15     **A.    That's correct.**

16     Q.    All right.  In your experience 31 years

17  with the Border Patrol, have you ever seen a document

18  -- or have you ever seen a memorandum like Exhibit 3

19  before?

20     **A.    No.**

21     Q.    Why did you send out Exhibit 3?

22          MR. DARROW:  Objection.

Oritz , Raul                                                     July 28, 2022

44

1    **A.    To ensure that our Border Patrol sectors**
2    **were coordinating with our non-governmental**
3    **organizations and were also focused on perhaps the**
4    **impact to the communities and ensuring that we were**
5    **coordinating with our ICE partners.**
6    Q.    Would you agree with me, Chief Ortiz, that
7    Exhibit 3 deals with the possible rescission of Title
8    42?
9          MR. DARROW:  Objection.
10   **A.    Yes.**
11   Q.    Would you agree with me, Chief Ortiz, that
12   Exhibit 3 provides directions to sectors in the
13   southwest border if the capacity becomes an issue?
14   **A.    Yes.**
15   Q.    And what does this memorandum direct the
16   sector chiefs to do if detention capacity becomes an
17   issue on the southwest border because of the repeal
18   of Title 42?
19         MR. DARROW:  Objection.
20   **A.    It directs the sectors to ensure that prior**
21   **to any releases, that we have worked closely with our**
22   **non-governmental organizations or our partners within**

Oritz , Raul                                    July 28, 2022

45

1   our respective communities.  It also reminds the

2   sectors to factor in the safety and security of the

3   migrant populations that we are processing.  One of

4   the things that we did not want to see happen is

5   migrants released in the middle of the night where

6   transportation nodes were closed if they weren't able

7   to be turned over to a nongovernmental organization

8   because NGOs and their facilities were also facing

9   some constraints and challenges with respect to

10  space.

11      Q.   Wasn't this guidance issued for situations

12  where ICE was either unable or unwilling to accept

13  transfers of aliens?

14           MR. DARROW:  Objection.

15      A.   Yes.

16      Q.   And if ICE were either unwilling or unable

17  to accept transfer of aliens, this memo authorizes

18  the sectors to release aliens into the interior of

19  the United States.

20           MR. DARROW:  Objection.

21      A.   Well, it authorizes them to release them

22  into the communities that they were apprehended in.

Oritz , Raul                                          July 28, 2022

1      Q.    Okay.  And does Exhibit 3 authorize the

2   release of aliens that would otherwise be

3   inadmissible into the United States?

4             MR. DARROW:  Objection.

5      **A.    Yes.**

6      Q.    Have you ever heard the term "broken

7   arrow"?

8      **A.    Yes.**

9      Q.    What is a broken arrow?

10     **A.    Typically in the context of operations, it**

11  **is unsustainable operational circumstances.**

12     Q.    Okay.  Is Exhibit 3 meant to deal with

13  situations where Border Patrol had what amounts to a

14  broken arrow?

15            MR. DARROW:  Objection.

16     **A.    No.**

17     Q.    Okay.  Can you explain to me why not?

18     **A.    Well, we still had processes in place, and**

19  **we still expected a majority of the encounters that**

20  **we were experiencing on the southwest border would be**

21  **facilitated from us to NGOs, but we also recognize**

22  **that in a couple locations, that we were going to**

Oritz , Raul

July 28, 2022

47

1    **experience some challenges.**

2       Q.   Okay.  Sorry.  Did I cut you off?

3       **A.   No, go ahead.**

4       Q.   I'm now going to show you what I've marked

5    for identification as Exhibit 4 to your deposition.

6                           (Ortiz Exhibit No. 4

7                            was marked for

8                            identification.)

9            MR. DARROW:  Thank you.

10           BY MR. GUARD:

11      Q.   Exhibit 4 is CBP enforcement statistics for

12   the physical year of 2018, correct?

13      **A.   Yes.**

14      Q.   And these are statistics that are publicly

15   available from CBP's web site, right?

16      **A.   It appears so.**

17      Q.   And these statistics include all ports of

18   entries; is that correct?

19      **A.   Yes.**

20      Q.   All right.  And it includes Border Patrol

21   statistics as well, right?

22      **A.   Yes.**

Oritz , Raul                                                    July 28, 2022

48

1        Q.     All right.  Is there currently or was there

2   in 2018 a crisis at the northern border?

3              MR. DARROW:  Objection.

4        **A.     No.**

5        Q.     Okay.  Now, looking at Exhibit 4 on its

6   first page, this document contains data not just from

7   physical year of 2018, right?

8        **A.     Yes.**

9        Q.     It also includes data from physical years

10  2016 and 2017, correct?

11       **A.     That's correct.**

12       Q.     The high number of apprehensions for Border

13  Patrol for those years was in 2016, right?

14       **A.     That's correct.**

15       Q.     And that was 415,816?

16       **A.     Yes.**

17       Q.     Right?  And if you look down at the -- for

18  the total for enforcement actions for all of the CBP

19  components, the high was again in 2016, right?

20       **A.     Yes.**

21       Q.     And that was 690,637, correct?

22       **A.     Yes.**

Oritz , Raul                                          July 28, 2022

49

1     Q.    All right.  I'm going to show you what I've

2   marked for identification as Exhibit 5 to your

3   deposition.

4                          (Ortiz Exhibit No. 5

5                             was marked for

6                             identification.)

7         MR. DARROW:  Thank you.

8         BY MR. GUARD:

9     Q.    Exhibit 5 is the CBP enforcement statistics

10  for fiscal year 2022, right?

11    **A.    Yes.**

12    Q.    And again, these are statistics that are

13  publicly available on CBP's web site, right?

14    **A.    Yes.**

15    Q.    And physical year 2022 is not yet

16  concluded, correct?

17    **A.    That's correct.**

18    Q.    All right.  Now, Exhibit 5 contains data

19  not just for fiscal year 2022, correct?

20    **A.    That's correct.**

21    Q.    It contains the data for physical years

22  2017 through physical year 2021?

Oritz , Raul                                              July 28, 2022

50

1          MR. DARROW:  Just for clarification, it

2     sounds like you're saying physical.  Fiscal, right?

3          MR. GUARD:  Yes.

4          MR. DARROW:  Okay, sorry.

5          BY MR. GUARD:

6     Q.    Sorry.  F-I-S-C-A-L, to be clear.  Prior to

7     the Biden administration being inaugurated, the

8     highest number of Border Patrol encounters occurred

9     in 2019, right?

10    **A.    Yes.**

11    Q.    And the highest number of enforcement

12    actions by CBP occurred in fiscal year 2019, correct?

13    **A.    '21, it was higher.**

14    Q.    Oh, sorry.  All right.  Prior to the Biden

15    administration.

16    **A.    Yes.**

17    Q.    Okay, and in '19, the number of Border

18    Patrol encounters was 859,501, right?

19    **A.    Yes.**

20    Q.    And the number of total enforcement actions

21    was 1,148,024, correct?

22    **A.    Yes.**

Oritz , Raul                                              July 28, 2022

51

1       Q.    All right.  And Joseph R. Biden, Junior was

2    inaugurated on January 20th of 2021, right?

3       **A.    Yes.**

4       Q.    Okay.  And if you look at the physical year

5    '21 numbers, and Donald Trump would have been

6    president for the first three months of that physical

7    year?

8       **A.    Yes.**

9       Q.    Okay.  And then Biden would have been

10   president after that point in time?

11      **A.    Yes.**

12      Q.    All right.  And in that year, fiscal year

13   '21, the number of Border Patrol encounters doubled

14   from 2019.

15           MR. DARROW:  Objection.

16           BY MR. GUARD:

17      Q.    Correct?

18      **A.    Yes.**

19      Q.    And the number of Border Patrol encounters

20   in fiscal year '21 is four times any other year other

21   than fiscal year '19.

22           MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

52

1      **A.      Yes.**

2      Q.    Okay.  Looking at fiscal year '22, year to

3   date, we have still roughly three months of

4   encounters to occur, and the number of encounters by

5   Border Patrol in fiscal year '22 is almost at the

6   total year number for fiscal year '21, right?

7      **A.      We've already exceeded that number, yes.**

8      Q.    Okay.  So you obviously in your role see

9   data as it happens and not necessarily as it gets

10  reported on a public web site.  You're already in

11  excess sitting here right now with roughly three

12  months to go, the total number of encounters that

13  you've had in fiscal year '22 is in excess of

14  physical year '21.

15          MR. DARROW:   Objection.

16     **A.      Yes.**

17     Q.    Now, the numbers that we're experiencing in

18  2021 and 2022 are mainly encounters at the southern

19  border, correct?

20     **A.      And we have seen some increases in the**

21  **coastal region in Miami and in Puerto Rico.**

22     Q.    Would you agree the primary driver of the

Oritz , Raul                                                    July 28, 2022

53

1    numbers in '21 and '22 is the southern border?

2              MR. DARROW:  Objection.

3         A.   Yes.

4         Q.   Okay.  From your 31 years of experience,

5    has the Border Patrol in a year ever had the number

6    of encounters that it's going to have in 2022?

7              MR. DARROW:  Objection.

8         A.   No.

9         Q.   Is the crisis that is currently ongoing at

10   the southern border making the border less safe for

11   Americans and aliens alike?

12             MR. DARROW:  Objection.

13        A.   Yes.

14        Q.   Before I move on, turning back for a minute

15   to I think it was Exhibit 3, has to your knowledge

16   Exhibit 3 ever been implemented?

17        A.   No.

18        Q.   Okay.  Chief Ortiz, are you aware that more

19   aliens have died trying to illegally enter the United

20   States in the last two years than ever before?

21             MR. DARROW:  Objection.

22        A.   Yes.

Oritz , Raul                                                  July 28, 2022

54

1       Q.    Now, Chief Ortiz, does CBP components

2   survey aliens that they encounter on why they were

3   entering the United States?

4       **A.    Yes.**

5       Q.    I'm going to show you what I marked for

6   identification as Exhibit I think 6.

7                           (Ortiz Exhibit No. 6

8                           was marked for

9                           identification.)

10       MR. DARROW:  Thank you.

11       BY MR. GUARD:

12       Q.    Exhibit 6 is an overview of the southwest

13   border by CBP, correct?

14       **A.    Yes.**

15       Q.    Have you ever seen Exhibit 6 before?

16       **A.    I'm not sure what the date is on this, but**

17   **yes, it does look familiar.**

18       Q.    All right.  Well, let's try to figure out

19   the date from -- from the document.  If you look at

20   the first paragraph of Exhibit 6, that first bullet

21   point mentions spring of 2021, correct?

22       **A.    Yes.**

Oritz , Raul                                          July 28, 2022

55

1        Q.    And that's -- it is talking about

2    unaccompanied children that arrived at the border

3    through spring of 2021; is that correct?

4        A.    That's correct.

5        Q.    So it would appear to be at some point in

6    time after the spring of 2021?  Is that fair to say?

7        A.    That's fair to say.

8        Q.    All right.  And if you look at page 2 at

9    the second bullet point, it talks about two

10   hurricanes, Ada and Iota, that made landfall in

11   November of 2020, so again, sometime after the late

12   2020 is what that paragraph seems to indicate?

13       A.    Yes.

14       Q.    And so sometime late 2020 would be when

15   this document -- hold on.  Strike that.  Going back

16   to that first bullet point, the first three months of

17   fiscal year 2021 -- never mind.  Strike that.  On the

18   second page of Exhibit 6, at the first bullet

19   point --

20       A.    On the second page you said?

21       Q.    Yes, sir.

22       A.    Uh-huh.

Oritz , Raul                                                    July 28, 2022

56

1      Q.    The overview lists seven factors that CBP

2   designates as, quote, the primary push-pull factors

3   cited by migrants?

4           MR. DARROW:  Objection.

5           BY MR. GUARD:

6      Q.    Did I read that correct?

7      **A.    Yes.**

8      Q.    All right.  And what are push-pull factors?

9      **A.    Those are factors that are considered**

10  **either drivers or opportunities that migrants may**

11  **perceive as a reason to enter illegally into the U.S.**

12     Q.    Okay.  Looking at the first I guess

13  sub-bullet point under -- under the primary push-pull

14  factors that are cited by migrants, it says economic

15  opportunities.  Did I read that correct?

16     **A.    Yes.**

17     Q.    All right.  Economic opportunities are --

18  would you agree are a consistent driver of aliens

19  entering the United States?

20          MR. DARROW:  Objection.

21     **A.    Yes.**

22     Q.    In your 31 years, economic opportunities

Oritz , Raul                                        July 28, 2022

57

1   has been a driver every year?

2          MR. DARROW:  Objection.

3      **A.    Yes.**

4      Q.    Okay, all right.  Looking at the next

5   bullet points, next bullet point, regional and

6   political instability, you see that?

7      **A.    Yes.**

8      Q.    And that's regional and political

9   instability in Central and Southern America?

10     **A.    Well, Haiti.  It's 158 different countries**

11  **that we encounter migrants from.**

12     Q.    Okay.  Would it be fair to say that over

13  your 31 years, there's been regional -- regional and

14  political instability somewhere in those 158

15  countries that you've encountered?

16     **A.    Yes.**

17         MR. DARROW:  Objection.

18         BY MR. GUARD:

19     Q.    And so that's a consistent driver --

20         MR. DARROW:  Objection.

21         BY MR. GUARD:

22     Q.    -- of illegal immigration into the United

Oritz , Raul                                                July 28, 2022

58

1   States?

2        **A.     Yes.**

3        Q.     Okay.  Fear of violence is the next bullet

4   point.  Did I read that correct?

5        **A.     Yes.**

6        Q.     All right.  Fear of violence -- has that

7   been a factor that has been present for at least part

8   of your 31 years as a Border Patrol agent driving

9   illegal immigrants into the United States?

10       **A.     Yes.**

11       Q.     Okay.  If you drop down a couple more,

12  perception -- perceptions of favorable U.S.

13  immigration policies, you see that?

14       **A.     Yes.**

15       Q.     Do you know if prior to the Biden

16  administration being inaugurated, whether aliens had

17  a favorable view or favorable perception of U.S.

18  immigration policies?

19            MR. DARROW:  Objection.

20       **A.     Repeat the question please?**

21       Q.     Sure.  Let me -- I inartfully worded it

22  because I actually worded two questions together.

Oritz , Raul                                                July 28, 2022

59

1   Prior to January 20th, 2021 when President Biden was

2   inaugurated, from your experience as a Border Patrol

3   agent, did aliens have a favorable view or

4   unfavorable view of Trump's immigration policies?

5            MR. DARROW:  Objection.

6       **A.    They had an unfavorable view.**

7       Q.    Okay.  Would an unfavorable view of Trump's

8   immigration policies kept aliens from coming the

9   border?

10           MR. DARROW:  Objection.

11      **A.    Some.**

12      Q.    Okay.  When President Biden was elected,

13  did the number of aliens trying to illegally enter

14  the United States increase or decrease?

15           MR. DARROW:  Objection.

16      **A.    Increase.**

17      Q.    Okay.  Did caravans restart to the border

18  after President Biden was elected?

19           MR. DARROW:  Objection.

20      **A.    Caravans are a recent phenomenon that we've**

21  **seen over the last couple of years.**

22      Q.    Okay.  Since President Biden was elected,

Oritz , Raul                                          July 28, 2022

60

1   does this document indicate that aliens illegally

2   entering the United States perceive that they will be

3   able to enter and remain in the United States?

4          MR. DARROW:  Objection.

5      A.    Yes.

6      Q.    You can set that document aside.  I think

7   we're on 7.

8                      (Ortiz Exhibit No. 7

9                       was marked for

10                      identification.)

11         BY MR. GUARD:

12     Q.    I'm going to show you what I marked for

13  identification as Deposition Exhibit 7.

14         MR. DARROW:  Thank you.

15         BY MR. GUARD:

16     Q.    Have you seen Deposition Exhibit 7 before?

17     A.    Not this specific document.

18     Q.    Okay.  Does Exhibit 7 have comments that

19  Secretary Mayorkas, Commissioner -- Acting

20  Commissioner Miller and you made?

21     A.    Yes.

22         MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

61

1           BY MR. GUARD:

2      Q.    What is the date of Exhibit 7?

3      **A.    September 20th.**

4      Q.    Okay.

5      **A.    '21, sorry.**

6      Q.    What were the circumstances that caused you

7 to -- you, Secretary Mayorkas and Acting Commissioner

8 Miller to make comments on that day?

9      **A.    We had a mass migration event in Del Rio,**

10 **Texas of between 16 and 19 thousand migrants from**

11 **principally Haiti, but we also encountered**

12 **individuals from Venezuela, Cuba, Nicaragua and a few**

13 **other countries.**

14     Q.    And there was news coverage going on of

15 migrants living under a bridge I think?

16           MR. DARROW:  Objection.

17           BY MR. GUARD:

18     Q.    Is that correct?

19     **A.    Yes.**

20     Q.    All right.  And there was a lot of press

21 coverage.  Would that be fair?

22           MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

62

1      **A.      Yes.**

2      Q.     Okay.  And you had to respond to that

3      situation, right?

4             MR. DARROW:  Objection.

5      **A.      Yes.**

6      Q.     Okay.  And what -- the comments that were

7      being made by the three of you were kind of detailing

8      that -- the Border Patrol's response to the situation

9      of the 16 to 19 thousand migrants that had entered

10     the United States illegally, right?

11            MR. DARROW:  Objection.

12     **A.      Yes.**

13     Q.     Okay.  I want to kind of focus on your

14     comments, and if you look at the third page of

15     Exhibit 7, and I'm not sure if it's -- since there's

16     no indents, I can't tell if it's a continuation of

17     the previous paragraph or it's a new paragraph, but

18     the paragraph that says, "I talked yesterday"?  Do

19     you see where I am at the top of the page?

20     **A.      Yes, okay.**

21     Q.     You said, "I talked yesterday about how so

22     much of this migration is driven through social media

Oritz , Raul                                             July 28, 2022

1    and word of mouth, and smugglers are significant

2    drivers of the misinformation that people that" --

3    "that gets to people to undertake these dangerous

4    journeys."  What are you describing with that

5    sentence?

6         A.    So prior to this event, we had scheduled

7    some repatriation flights back to Haiti.  Those

8    flights were cancelled, and when those flights were

9    cancelled, those migrants were unable to be

10   repatriated, and so what happens quite often is the

11   migrant population will use the social media

12   platforms to inform folks that were already making

13   the trek from South America and from some of the

14   other countries, most -- or quite a few of the

15   Haitian migrants that we encountered underneath the

16   bridge had already been domiciled in other countries

17   in South America.  So they had begun to make the

18   trek, and when they found out that the flights had

19   been turned off in Del Rio, we found that criminal

20   organizations, smuggling organizations were

21   chartering buses and driving them to Ciudad Acuna,

22   which is just south of Del Rio.

Oritz , Raul                                          July 28, 2022

64

1      Q.    Okay, and the migrants were being told that

2   if you go to the Del Rio sector, you will not be

3   repatriated, correct?

4            MR. DARROW:  Objection.

5      **A.    They were told a couple of things.  They**

6   **were told that it's safe in Acuna and in Del Rio.**

7   **They were told that they would be processed**

8   **relatively quickly, and then I'm sure they were told**

9   **that there was a chance that they may be released.**

10     Q.    Okay.  Were -- from those flights that were

11  cancelled, were any of those Haitians actually

12  released into the interior of the United States?

13     **A.    Yes.**

14     Q.    Do you know approximately how many Haitians

15  were released into the interior of the United States?

16     **A.    No.**

17     Q.    Are we talking tens, hundreds or thousands

18  --

19           MR. DARROW:  Objection.

20           BY MR. GUARD:

21     Q.    -- being released?

22     **A.    I would assume it was in the hundreds**

Oritz , Raul                                                    July 28, 2022

65

1  initially.

2      Q.    Okay.  Now, after the crowd of aliens under

3  the bridge had gathered, how were they dispersed?

4      **A.    So we focused on the vulnerable populations**

5  **first.  When I arrived, we had a rough estimate of**

6  **about 16,000 migrants underneath the bridge, and so**

7  **just in doing my initial assessment, I was able to**

8  **ascertain that many of them were family units and**

9  **quite a few of them were pregnant females, and so we**

10 **worked with our partners to try and focus on those**

11 **individuals first.**

12     Q.    Okay.  As to the family units and to the

13 pregnant females, when they would go through

14 processing, would -- would they have likely been

15 released into the interior of the United States or

16 would they have been removed?

17         MR. DARROW:  Objection.

18     **A.    So most of those family units and -- were**

19 **taken to our Office of Field Operations.  We had to**

20 **shut down the port of entry in Del Rio, and we began**

21 **processing them in a different facility, and then we**

22 **also bused some of those populations to some of the**

Oritz , Raul                                                July 28, 2022

66

1   other surrounding sectors, and we actually flew some

2   of them to other sectors.  What their disposition

3   once they reached the processing centers is unknown

4   to me.

5        Q.    Okay.  This was September of 2021?

6        A.    That's correct.

7        Q.    All right.  Do you know if by September of

8   2021, ICE was -- or had any detention beds for family

9   units?

10             MR. DARROW:   Objection.

11        A.    No.

12        Q.    No, you don't know that they had -- whether

13   they had detention for family units, or no, they did

14   not have any detention for family units?

15        A.    It is my understanding that they did not

16   have any detention beds for family units.

17        Q.    So as to the family units in that group of

18   16 to 19 thousand people, they could not have been

19   detained, right?

20             MR. DARROW:  Objection.

21        A.    That's correct.

22        Q.    All right.  So the option would have been

Oritz , Raul                                                    July 28, 2022

67

1    to admit them or to repatriate them, right?

2             MR. DARROW:  Objection.

3    A.    Yes.

4    Q.    Now, if you look at the next paragraph in

5    your statement -- first let me ask you this because I

6    forgot to ask it, and you can take a minute if you'd

7    like to take a minute, but are the paragraphs here

8    that -- where it says transcript of U.S. Border

9    Patrol Chief Ortiz, are they accurate?

10   A.    Yes.

11   Q.    Okay.  If you look at the last paragraph,

12   the first sentence says, "The smugglers leverage

13   misinformation to mislead people.  Some of that

14   information is focused on TPS."  First, what is TPS?

15   A.    Temporary protective status.

16   Q.    All right.  And what are smugglers doing

17   with information on TPS?

18   A.    They are telling -- or they were telling

19   the migrant population that regardless of when you

20   entered or were processed, that you would be allowed

21   to stay in the United States.

22   Q.    Would you agree, Chief Ortiz, that the

1    aliens who cite favorable immigration policy as a

2    reason to come to the United States are perceiving

3    what actually is happening in the United States?

4              MR. DARROW:  Objection.

5        A.    Yes.

6        Q.    Prior to President Biden being elected, did

7    you review Candidate Biden's immigration proposals?

8              MR. DARROW:  Objection.

9              THE WITNESS:  No.

10             MR. GUARD:  If this is a good time to take

11   a break, we can take a break because I did not write

12   down my tab number on --

13             THE WITNESS:  Yeah.

14             MR. GUARD:  -- this exhibit, and we've been

15   going for a while.

16             THE WITNESS:  That'll work.

17             MR. GUARD:  Okay.

18             THE VIDEOGRAPHER:  We are now off the

19   record at 10:48.

20                  (Recessed at 10:48 a.m.)

21                  (Reconvened at 10:57 a.m.)

22             THE VIDEOGRAPHER:  We're now back on the

Oritz , Raul                                    July 28, 2022

69

1    record at 10:57.

2          BY MR. GUARD:

3      Q.    All right, Chief Ortiz, I think before we

4    left and went on break, I was asking you if you'd

5    reviewed Candidate Biden's immigration proposals.  Do

6    you remember that?

7      **A.    Yes.**

8      Q.    All right, and you had not.

9      **A.    I had not.**

10     Q.    Okay.  I'm going to show you what I marked

11   for identification as Exhibit 8 to your deposition.

12                          (Ortiz Exhibit No. 8

13                           was marked for

14                           identification.)

15         BY MR. GUARD:

16     Q.    If you look at the second sentence on the

17   first page of Exhibit 8, it reads, "When children are

18   locked away in overcrowded detention centers and the

19   government seeks them there indefinitely."

20         MR. DARROW:  Take your time to read it if

21   you need it.

22         BY MR. GUARD:

Oritz , Raul                                      July 28, 2022

70

1    Q.    Did I read that sentence correctly?

2    **A.    Yes.**

3    Q.    During the Trump administration, is that

4    sentence -- was that sentence true, to your

5    knowledge?

6         MR. DARROW:  Objection.

7    **A.    We had a unaccompanied child crisis in**

8    **2014.  I was the deputy chief in Rio Grande Valley,**

9    **and we saw a significant spike in unaccompanied**

10   **children during that time.**

11   Q.    And so 2014, that would have been the Obama

12   administration?

13   **A.    That's correct.**

14   Q.    Okay.  Was that still true under the Trump

15   administration?

16        MR. DARROW:  Objection.

17   **A.    We had seen steady increases since 2014 of**

18   **unaccompanied children that we hadn't experienced**

19   **prior to that.**

20   Q.    Okay.  But were unaccompanied children

21   walked away in overcrowded detention facilities and

22   kept there indefinitely at that time?

Oritz , Raul                                                    July 28, 2022

71

1      **A.     No.**

2             MR. DARROW:  Objection.

3             BY MR. GUARD:

4      Q.    All right.  If you'll turn to page 5 of

5      Exhibit 8, the second bullet point says, "End

6      prolonged detention and reinvest in a case management

7      program."  You see that?

8      **A.     Yes.**

9      Q.    In the two years that the Biden

10     administration has been in office, or roughly two

11     years, have they ended prolonged detention?

12            MR. DARROW:  Objection, and take your time

13     to read it if you need it.

14     **A.     We have continued to do a better job of**

15     **minimizing the time in custody of the migrant**

16     **population within the Border Patrol, and I would**

17     **imagine that's probably holds true for our ICE/ERO**

18     **partners.**

19     Q.    Are you aware of whether or not ICE has cut

20     its detention capacity?

21            MR. DARROW:  Objection.

22     **A.     I could not speak to that.**

Oritz , Raul                                                                   July 28, 2022

72

```
 1        Q.     So you as the chief of Border Patrol do not
 2   know whether ICE has reduced the number of detention
 3   beds that it has.
 4              MR. DARROW:   Objection.
 5        A.     I do know that ICE has had some capacity
 6   issues with respect to detention beds and space, but
 7   the number of reduced beds, I'm not familiar with the
 8   exact number.
 9        Q.     And you are familiar, I believe, with the
10   fact that ICE has stopped detaining family units,
11   correct?
12              MR. DARROW:   Objection.
13        A.     I am familiar that they are no longer
14   manning residential facilities.
15        Q.     Okay.  If you'll look down in the
16   paragraph, one, two, three, four, five sentences in,
17   the sentence reads, "Biden will codify protections to
18   safeguard children to make sure their treatment is
19   consistent with their best interest and invest in
20   community-based" -- "community-based case management
21   programs, including those supported by faith-based
22   organizations, such as Lutheran Immigration and
```

Oritz , Raul                                              July 28, 2022

73

1    Refugee Services, to move migrants into safe

2    environments as quickly as possible."  Did I read

3    that correctly?

4         **A.    Yes.**

5         Q.    Now, that sentence uses the word "codify."

6    Do you see that?

7         **A.    I do.**

8         Q.    What does the word "codify" mean to you?

9         **A.    It means that they're going to establish a**

10   **process and develop a policy that focuses on**

11   **protecting unaccompanied children and migrants.**

12        Q.    Does it also mean for family units?

13            MR. DARROW:  Objection.

14        **A.    It doesn't indicate that it's for family**

15   **units.**

16        Q.    Okay, but family units have children,

17   right?

18        **A.    Typically.**

19        Q.    Okay.  And the word "codify" -- does that

20   indicate that they need to go to Congress to pass

21   something?

22            MR. DARROW:  Objection.

Oritz , Raul                                                July 28, 2022

74

1      A.     That I'm not going to assume.

2      Q.     Okay.

3      A.     **We've seen executive orders issued for the**

4   **last few years that we hadn't seen previously, and I**

5   **say the last, I'm talking about the last five or six**

6   **years.**

7      Q.     Sure.  Now, Border Patrol itself under your

8   direction -- strike that.  For a moment, Chief Ortiz,

9   I want you to ignore the existence of the Title 42 CD

10  order and assume Title 8 was the only -- Title 8

11  flows are the only flows for aliens encountered at

12  the southern border, okay?  When a Border Patrol

13  agent finds an individual on or near the southwest

14  border that he or she believes to be an alien, does

15  the agent seek a warrant to detain the alien?

16          MR. DARROW:  Objection.

17     A.     **Typically when we encounter migrants along**

18  **the southwest border, we process them via Title 8,**

19  **which is our authority to issue a notice to appear**

20  **and a warrant of arrest, and then if they are from**

21  **Mexico, we can voluntarily return that migrant**

22  **population with a repatriation agreement we have with**

Oritz , Raul                                          July 28, 2022

75

1    **the government of Mexico.**

2        Q.    Okay, but as far as the actual seizing of

3    the alien, is it a warrantless or a warrant seizure

4    of -- of -- of the --

5        A.    **Warrant.**

6        Q.    So okay.  All right, so the border agent

7    seizes the alien and conducts an inspection, right?

8        A.    **That's correct.**

9        Q.    Okay.  With that inspection, the Border

10   Patrol agent is trying to determine whether the alien

11   is admissible or inadmissible, right?

12            MR. DARROW:  Objection.

13       A.    **That's correct.**

14       Q.    Okay.  And you know, the Border Patrol

15   agent is trying to discern the appropriate pathway to

16   process an alien, correct?

17       A.    **That's correct.**

18       Q.    Okay.  And you're familiar with the

19   immigration and naturalization act of 1965?

20       A.    **I am.**

21       Q.    Okay.  And Congress and I'm going to call

22   it the INA established pathways, correct?

Oritz , Raul                                          July 28, 2022

76

1      **A.      That's correct.**

2              MR. DARROW:  Objection.

3              BY MR. GUARD:

4      Q.     And Congress set out the process for

5      inspections to happen.

6              MR. DARROW:  Objection.

7              BY MR. GUARD:

8      Q.     Correct?

9      **A.      Yes.**

10     Q.     And I believe it's section 235 of the

11     Immigration and Nationality Act, or also known as 8

12     USC section 1225; is that correct?

13     **A.      Yes.**

14     Q.     All right, let's -- let's look at that.  I

15     keep on losing my pen.  You'll have eight or ten pens

16     in this -- we're on 9?

17                              (Ortiz Exhibit No. 9

18                               was marked for

19                               identification.)

20             BY MR. GUARD:

21     Q.     I show you what I marked for identification

22     as Exhibit Number 9.  Now, Exhibit Number 9 is the --

Oritz , Raul                                                July 28, 2022

151

1                              (Ortiz Exhibit No. 17

2                               was marked for

3                               identification.)

4          MR. DARROW:  Thank you.

5          BY MR. GUARD:

6     Q.    Have you seen Exhibit Number 17 before?

7     **A.    Yes.**

8     Q.    You're actually copied on Exhibit 17,

9  correct?

10    **A.    That's correct.**

11    Q.    Before I get into Exhibit 17, do you recall

12 when you learned that ICE was no longer going to

13 accept transfer for detention family units?

14    **A.    I don't have the specific date, no.**

15    Q.    Okay.  Now, looking at Exhibit -- Exhibit

16 17, it looks like someone who it is not disclosed who

17 was e-mailing Rodney Scott, who was your chief at the

18 time, correct?

19    **A.    Yes.**

20    Q.    And forwarding him or I guess -- I can't

21 tell for sure if they're going back and forth because

22 the froms and tos are blocked out with PII, but

Oritz , Raul                                          July 28, 2022

152

1   they're either going back and forth or the chief is

2   getting an e-mail forwarded to him.  Is that -- is

3   that fair?

4        **A.    Yes.**

5        Q.    Okay, and I think you're copied on both --

6   both of the top two e-mails, right?

7        **A.    Yes.**

8        Q.    Okay.  And the subject line, first, this

9   e-mail is on February 16th of 2021, right?

10       **A.    Yes.**

11       Q.    That's 26 days after Joe Biden has been

12  inaugurated, right?

13       **A.    Yes.**

14       Q.    Okay, all right.  The subject matter of

15  this e-mail is ERO changes, correct?

16       **A.    Yes.**

17       Q.    And ERO again is the ICE component that

18  handles detention and/or transfers from Border

19  Patrol.

20       **A.    That's correct.**

21       Q.    All right.  If you look down at the third

22  e-mail, or what I think is the third e-mail in the

Oritz , Raul                                                July 28, 2022

153

1    chain, there is a paragraph that has been I guess --

2    I guess it was sent because of Chief Scott being in

3    this chain, I guess it was sent to at least at some

4    point to Chief Scott, right?

5        **A.    Yes.**

6        Q.    Okay, and if you look at the second page of

7    Exhibit 17, again, it is blacked out as per PII

8    reasons.  It says Chief, Law Enforcement Operations

9    Directorate, United States Border Patrol

10   headquarters.  Do you recall who served in that role

11   in February 2021?

12            MR. DARROW:  Objection.  You're trying

13   again to identify what's blocked out by the PII.

14            MR. GUARD:  Yes.  I'm asking who sent this

15   e-mail.

16            MR. DARROW:  That's privileged information,

17   hence, the redaction.

18            MR. GUARD:  So you're claiming what

19   privilege, Counsel?

20            MR. DARROW:  Law enforcement sensitive

21   privilege.

22            MR. GUARD:  For a senior-level official

Oritz , Raul                                                    July 28, 2022

154

1    reporting a conversation.

2            MR. DARROW:  One second.  Thank you.  I had

3    some clarification.  Yeah, the reason we consider it

4    law enforcement sensitive is that these officers are

5    regularly doxed when this information is released and

6    people get their PII.

7            BY MR. GUARD:

8        Q.    Can you please mark this, and I'll take

9    this up with the court, and we may have to come back.

10   So whoever was chief of law enforcement operations

11   directorate sent an e-mail to -- well, before I get

12   there, is -- if I -- if I were to Google chief of law

13   enforcement operations directorate, U.S. Border

14   Patrol, could I probably figure out who the chief of

15   law enforcement operations Border Patrol was at the

16   time?

17           MR. DARROW:  Objection.

18       **A.    You may be challenged because that has been**

19   **a acting capacity for probably 90 percent of the time**

20   **that I've been either the deputy chief or the chief.**

21   **It has -- we've struggled with filling the position**

22   **on a couple of occasions, and then at one point, the**

Oritz , Raul                                                            July 28, 2022

155

1   **person who occupied the position permanently that**

2   **Chief Scott transferred in there was detailed out.**

3       Q.    Okay.  Do Border Patrol agents, including

4   folks in the upper management of the Border Patrol,

5   use social media like LinkedIn?

6       **A.    Yes.**

7       Q.    Okay.  All right, we'll deal with that in

8   front of the court later.  Oh, Counsel, you're

9   instructing the witness not to answer.  I want to

10  make that sure that it's clear that you're

11  instructing him to.

12            MR. DARROW:  Yes.

13            MR. GUARD:  Okay.

14            MR. DARROW:  Not to answer, that's correct.

15            MR. GUARD:  Okay, I just -- you just --

16  never say that.

17            MR. DARROW:  Right, right, no.

18            BY MR. GUARD:

19      Q.    So I just wanted -- I didn't want that to

20  be the technical defense, that I forgot to get you to

21  say that.  All right, looking at the actual e-mail on

22  the first page, and sorry that you had to listen to

Oritz , Raul                                              July 28, 2022

156

1   all that lawyer talk.  It just happens from time to

2   time.  All right, this person who was the chief of

3   that group at Border Patrol had a conversation with

4   someone at ERO, right, and they advised that the

5   three FRCs -- what are FRCs?

6       A.    **Family residential centers.**

7       Q.    Okay, and then it lists out the three

8   family residential centers, were transitioning to

9   reception centers, correct?

10      A.    **That's what it indicates, yes.**

11      Q.    And basically those three facilities were

12  now going forward only going to be used to house

13  families for 72 hours.

14      A.    **That's correct.**

15      Q.    Okay, all right.  Do you know -- do you

16  recall receiving this e-mail?

17      A.    **Yes.**

18      Q.    Okay.  Do you recall thinking that this

19  e-mail was going to become an issue?

20      A.    **Well, during this time, it was the height**

21  **of COVID.**

22      Q.    Okay.

Oritz , Raul                                           July 28, 2022

157

1     A.     So this wasn't the only issue that we were

2   dealing with at the time, but it was certainly going

3   to be impactful, yes.

4     Q.     Okay, it was going to constrict or

5   constrain the available processing pathways for

6   family units, right?

7         MR. DARROW:  Objection.

8     A.     Well, it's going to mean that we are going

9   to have to transfer the family units to those

10   facilities as quickly as possible out of our custody

11   so they could be tested and then ultimately released.

12     Q.     Okay.  But there's not going to be -- this

13   e-mail's disclosing that ICE is no longer going to

14   retain family units, right?

15         MR. DARROW:  Objection.

16     A.     That's what it appears to be indicating,

17   yes.

18     Q.     All right, so as a policy member, ICE was

19   letting Border Patrol know we're not going to detain

20   any more family units, right?

21         MR. DARROW:  Objection.

22     A.     Well, they were advising that they were

Oritz , Raul                                                    July 28, 2022

158

1    changing the operational posture of the three FRCs in

2    central Texas.

3       Q.    Okay, but that change, that operational

4    change, as you referred to it, meant that family

5    units would no longer be able to be detained.

6       A.    For longer than 72 hours.  Looks like they

7    were going to release them within 72 hours.

8       Q.    Okay.  So if someone is from a -- a country

9    that -- where you cannot repatriate them to or even

10   if someone has some other indication that would make

11   them detainable, if they're with a family unit, there

12   no longer is going to be bed space for that

13   individual, right?

14          MR. DARROW:  Objection.

15      A.    Yeah, it appears that there was no longer

16   going to be an opportunity to detain them.

17      Q.    So at that point, all family units were

18   going to be released after the 72 hours at the,

19   quote, reception center, right?

20          MR. DARROW:  Objection.

21      A.    Yes.

22      Q.    Okay.  Now, do you know if this e-mail was

Oritz , Raul                                             July 28, 2022

159

1    the first notice that you got about this operational

2    change?

3        A.    I can't recall.

4        Q.    Okay, but as like a kind of -- like by

5    February 16th, 26 days into the Biden administration,

6    you knew this was going to be what was going to

7    happen going forward, right?

8             MR. DARROW:  Objection.

9        A.    Yeah, based upon the e-mail, yes.

10       Q.    We're on 18?  No, that's not going to work.

11   I'll come back to that.  I'm going to need a sticker.

12   I finally found one where I didn't put a sticker on

13   it.

14                        (Ortiz Exhibit No. 18

15                         was marked for

16                         identification.)

17            BY MR. GUARD:

18       Q.    Mark for identification USA 002081 as

19   Exhibit 18 for your deposition.

20            MR. DARROW:  Thank you.

21            BY MR. GUARD:

22       Q.    All right, now, this is an e-mail involving

Oritz , Raul                                     July 28, 2022

160

1    a Tony Barker, who's an employee -- or is the -- I

2    guess he's the deputy chief of operations for Border

3    Patrol, right, at the time?

4         **A.    At this time, he was, yes.**

5         Q.    Okay.  Is he still with Border Patrol?

6         **A.    Yeah, he's -- he's the acting operations**

7    **chief.**

8         Q.    Okay, all right.  Would Mr. Barker reported

9    to the mystery man on the previous page, the previous

10   e-mail, Exhibit 17?

11            MR. DARROW:  Objection.  Again, that calls

12   for disclosure of --

13            MR. GUARD:  I'm not asking his identity.

14   I'm asking the organizational structure, who reports

15   to who just by title.

16            MR. DARROW:  With that clarification, you

17   can answer.

18            THE WITNESS:  So the deputy chief reports

19   to the chief of operations, the deputy chief of the

20   Border Patrol and the chief of the United States

21   Border Patrol.

22            BY MR. GUARD:

Oritz , Raul                                                    July 28, 2022

161

1     Q.    Okay, so would that be a different person

2   than the person who was serving in chief, law

3   enforcement operations directorate, or is that the --

4     **A.    That's the same.**

5     Q.    Same, okay.  So Mr. Barker, whose name is

6   being disclosed, but whoever was the chief at the

7   time, was not.  All right, and I can't tell you who

8   this e-mail was sent to and who it was from.  My

9   initial question to you is do you know if you ever

10  received this e-mail?

11    **A.    I couldn't tell you.**

12    Q.    Okay.  That's fair enough.  What does this

13  e-mail seem to report?

14    **A.    It seems to report how many family units we**

15  **were apprehending, how many we were turning over to**

16  **ICE/ERO, and then how many of those family units are**

17  **NTA/OR'd.**

18    Q.    Okay, let's start with the -- I think it's

19  the -- probably the -- so the first e-mail in the

20  string is someone sending e-mails -- an e-mail to Mr.

21  Barker reporting the numbers at the different

22  southern border sectors of family units, right?

Oritz , Raul                                                July 28, 2022

162

1      **A.      Yeah, both the seven day and 21 day**

2      **average, yeah.**

3      Q.     Okay, and then the next e-mail in the chain

4      is Mr. Barker sending to it looks like it's probably

5      more than one person since there are multiple lines

6      blocked off, and it says this is the flow that ICE

7      will have to accept if we do a hundred percent

8      referral.  What does hundred percent referral refer

9      to?

10     **A.      That's a reference to the amount of family**

11     **units that we would want to dispo over to ICE/ERO.**

12     **Dispo, disposition, I'm sorry, or transfer.**

13     Q.     Then there's an e-mail from someone back to

14     Mr. Barker asking a question, "Is that number we are

15     currently releasing on NTA, right?"  And that's

16     releasing with notice to appear, correct?

17     **A.      That's correct.**

18     Q.     All right, and then Mr. Barker responds,

19     and all this is happening on May 21st of 2021, NTA

20     and PD, right?  What is PD?

21     **A.      Prosecutorial discretion.**

22     Q.     Okay.  We haven't talked about

Oritz , Raul                                                          July 28, 2022

163

1   prosecutorial discretion today.  What -- as a

2   processing pathway.  Is -- is PD or prosecutorial

3   discretion still being utilized by Border Patrol?

4       **A.    No.**

5       Q.    Okay.  When did it cease being utilized

6   approximately?

7       **A.    I couldn't tell you.**

8       Q.    Okay.  And what was prosecutorial

9   discretion?

10      **A.    That was the Border Patrol's or CBP, not**

11  **just the Border Patrol, CBP's authorization to not**

12  **issue a notice to appear for an alien in their**

13  **custody based upon certain conditions.**

14      Q.    Do you recall what those conditions were?

15      **A.    They obviously couldn't be a criminal**

16  **alien, you know, a threat to national security,**

17  **flight risk.  There was several factors.**

18      Q.    Okay.  Do you know approximately when the

19  prosecutorial discretion category began?

20      **A.    I couldn't tell you.**

21      Q.    Was it after the Biden administration

22  started?

Oritz , Raul                                          July 28, 2022

164

1       A.      We've leveraged PD in the past, so I would

2   imagine that it wasn't just under this

3   administration, but once again, I'm unsure.

4       Q.      Okay, all right.  And I don't want you to

5   speculate, but if you can approximate, I'd appreciate

6   it.  All right, was prosecutorial discretion in 2021

7   being utilized with any specific group of alien?

8       A.      I'm not going to speculate on that.

9       Q.      Okay, so you don't recall?

10      A.      That's correct.

11      Q.      Okay.  Was it -- if I were to look at a

12  report of releases by Border Patrol, would it be

13  under a -- do you know what category prosecutorial

14  discretion would be included in?

15      A.      Typically I think they were categorized

16  under O.R., but I'd have to confirm that.

17      Q.      Okay, all right.

18      A.      Our reports have changed quite a bit over

19  the last couple of years.  They continue to evolve,

20  and some of the data sets that we look at have

21  changed.

22      Q.      Okay.  I just have never seen PD on a

Oritz , Raul                                                July 28, 2022

165

1    report, so --

2        A.    Yeah, no.

3        Q.    I was just asking for my edification so I

4    can go back and see how frequently -- was PD the same

5    as the NTR program that we were talking about a

6    little bit earlier?

7        A.    No.

8        Q.    Okay.  How did PD differ from NTR?

9        A.    So NTRs were only for family units.

10       Q.    Okay.  And PD, could it be single adults?

11       A.    Could have been.

12       Q.    Okay.  Any other -- the result of either

13   process at least as you explained it is that the

14   alien is not getting an NTA, right?

15             MR. DARROW:  Objection.

16       A.    That's correct.

17       Q.    All right, so as far as that is concerned,

18   that they were similar, right?

19             MR. DARROW:  Objection.

20       A.    Well, the forms used were different.

21       Q.    Okay, but they didn't get a notice to

22   appear and a date and time to show up at an ICE

Oritz , Raul                                                July 28, 2022

166

1   facility, right?

2       A.    I think with the notice to report, they had

3   X amount of days to present themselves at an ICE

4   facility, and most of that was on the I-385, and I

5   believe they had 60 days.

6       Q.    Okay.  And I've tried to really avoid using

7   the -- all the different forms you utilize because

8   I'd just likely mess it up worse than I mess up --

9       A.    I got you.

10      Q.    -- mess up the statutes, but for -- for --

11  for PD, or for people that were released on

12  prosecutorial discretion, was an I-385 issued?

13      A.    That I do not know.  I do know for the ITR,

14  the I-385 was issued.

15      Q.    Okay.  Do you not -- do you recall if a

16  different form was utilized?

17      A.    It's been a while since I processed, so I

18  couldn't tell you.

19      Q.    Okay, all right.  But if something was

20  going to be rolled out to the rank and file during

21  May of 2021, you were the deputy chief, right?

22      A.    That's correct.

Oritz , Raul                                            July 28, 2022

167

1      Q.    And for -- did you typically at that time
2  look at what was being rolled out to the rank and
3  file?
4      **A.    I tried to review most of the forms that**
5  **were included, yes.**
6      Q.    Okay.
7      **A.    If it was already an existing program, I**
8  **wouldn't go back and review that, but if it was a new**
9  **program, I would have, yes.**
10     Q.    Okay, all right.  Fair enough.  Looking
11 back at Exhibit 18, it's the second page of the
12 exhibit, we're moving -- it's all again within a
13 couple hours on May 21st of 2021, Barker is
14 responding to someone -- or a group of people cc-ing
15 a bunch of people, and with last sector data, right?
16 All right.  What is LRT?
17     **A.    Laredo, Texas.**
18     Q.    Okay, I thought so, but I did not want to
19 assume.  And so is this just separate data for Laredo
20 being reported here?
21     **A.    No, it's going to include RGV, and it may**
22 **also include Del Rio.**

Oritz , Raul                                                July 28, 2022

168

1       Q.    Okay, so at the time, you were transferring

2    along the border it looks like family units from --

3    from sectors that were busier.

4       **A.    That's correct.**

5       Q.    And that's what this is kind of reporting,

6    right?

7       **A.    That's correct.**

8       Q.    Okay.  Looking back to the first page of

9    the e-mail, this is minutes after that last exchange,

10    and there's an e-mail from someone again that we

11    don't know who to Mr. Barker, and it says the fact

12    that RGV is only able to refer a hundred families a

13    day is absurd.  We should start with that.  What is

14    that statement referring to?

15          MR. DARROW:  Objection.

16       **A.    I'm assuming it's somebody's opinion that**

17    **the fact that only a hundred families can be referred**

18    **to ICE/ERO is unacceptable.**

19       Q.    Okay.  If ICE were only willing to accept a

20    hundred family units from the Rio Grande Valley,

21    would that cause a capacity issue at -- for the Rio

22    Grande?

Oritz , Raul                                          July 28, 2022

169

1            MR. DARROW:  Objection.

2       **A.     Yes.**

3       Q.    For -- okay, all right.  You can put that

4  exhibit aside.  I'll mark this as Exhibit 19 --

5                          (Ortiz Exhibit No. 19

6                           was marked for

7                           identification.)

8            BY MR. GUARD:

9       Q.    -- to your deposition.

10           MR. DARROW:  Thank you.

11           BY MR. GUARD:

12      Q.    Have you seen Exhibit 19 before?

13      **A.     It doesn't look familiar, but chances are I**

14  **may have seen it.**

15      Q.    Okay, all right.  And the only reason I'm

16  asking you again is that the to and the cc are

17  blocked out, so I don't know if you have or haven't,

18  but it's an e-mail from Mr. Barker, who now is chief,

19  right, of the law enforcement operations directorate,

20  so he's now promoted by this point in time, right?

21      **A.     He's acting chief, yes.**

22      Q.    Okay.  And that's the same role in Exhibit

Oritz , Raul                                              July 28, 2022

170

1    17 that was blocked out.  And you know, this e-mail's

2    -- right?  Let me --

3              MR. DARROW:  Objection.

4              BY MR. GUARD:

5      Q.    So on Exhibit 17, the chief of the law

6    enforcement operations directorate name was blocked

7    out, but here Mr. Barker's mail is being disclosed,

8    right?

9              MR. DARROW:  Objection.

10     **A.    Yes.**

11     Q.    Okay, all right.  And this is an e-mail

12   from May 15th, 2022, right?

13     **A.    Yes.**

14     Q.    Okay, and my question for you is there's a

15   quote, "We must ensure that we are detaining and

16   removing the demographics that are amenable or else

17   the flows will only compound more."  Do you see that

18   quote?

19     **A.    I do.**

20     Q.    Do you know what Mr. Barker's referring to

21   with that quote?

22             MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

171

1       A.    So it appears that this was part of a

2   tabletop exercise that was executed on that Saturday,

3   and part of the exercise -- the tabletop exercise

4   requires injects to determine what CBP, ICE and the

5   department are going to do if there were to be a mass

6   migration, if Title 42 were to come down and we were

7   to begin to see some increases in flow.  So it sounds

8   like Tony is describing to the FEMA exercise

9   operators that that should be a priority, removing

10  those demographics, but this is all I believe

11  centered around a tabletop exercise.  This wasn't the

12  operational environment on that particular day.

13      Q.    Okay.  Why is it important to detain and

14  remove demographics that are amenable to the Border

15  Patrol?

16      A.    One, you want to make sure you have

17  consequences.

18      Q.    Okay.  And if you don't have consequences,

19  what is likely going to happen?

20           MR. DARROW:  Objection.

21      A.    In my experiences -- in my experience, we

22  have seen increases when there are no consequences.

Oritz , Raul                                    July 28, 2022

172

1      Q.      Okay.   So if migrant populations believe

2      that they're going -- there are not going to be

3      consequences, more of them will come to the border?

4      Is that what you're saying?

5              MR. DARROW:   Objection.

6      A.      There is an assumption if migrant

7      populations are told that there's a potential that

8      they may be released, that yes, you can see

9      increases.

10     Q.      Okay.  And if you see -- and so if you do

11     not -- you said number one, consequences.  Are there

12     any other things that -- other than just that one,

13     consequences?  Is there a two or a three?

14     A.      Two or three what?

15     Q.      Well, you said number one, consequences.  I

16     didn't know if there were -- if that was the complete

17     list or there were other things that --

18     A.      Affect the flow?

19     Q.      Yeah.

20     A.      Of course, there's many things.  There's,

21     you know, what our partners to the south do, our

22     ability to communicate the dangers, our ability to

Oritz , Raul                                            July 28, 2022

173

1   **impact the criminal organizations, smuggling**

2   **organizations that are trafficking the migrant**

3   **populations, our ability to deploy technology and**

4   **manpower in areas where we're starting to see greater**

5   **flows.  All of those factor into the flow and how**

6   **it's managed.**

7       Q.    Okay, and if you're not detaining and

8   removing demographics that are amenable and the flow

9   will compound, so it will increase at an exponential

10  rate?  Is that what's being suggested here?

11          MR. DARROW:  Objection.

12      **A.    Well, I do think it will increase, yeah.**

13      Q.    Now, during the Trump administration, were

14  you able -- we've talked a little today about

15  releasing aliens on their own recognizance.  During

16  the Trump administration, were you able to release

17  aliens on their own recognizance?

18      **A.    It would have to be on very exigent**

19  **circumstances.**

20      Q.    Some humanitarian reason?

21      **A.    Medical or humanitarian reason, yes.**

22      Q.    Okay.  As far as using parole under the

Oritz , Raul                                          July 28, 2022

174

1    Trump administration, was that as well limited?

2         **A.    Yes.**

3         Q.    Okay.  Was it limited to aliens who agents

4    found were going to be admissible?

5              MR. DARROW:  Objection.

6         **A.    Parole was used on a limited basis based**

7    **upon humanitarian reasons also.**

8         Q.    Okay.  When the Biden administration took

9    over from the Trump administration, how were the

10   changes to parole and releasing aliens on own

11   recognizance communicated to Border Patrol and to the

12   line agents?

13             MR. DARROW:  Objection.

14             THE WITNESS:  Can I confer?

15             MR. GUARD:  We'll take a break.  We've been

16   going for a while anyway.

17             MR. PERCIVAL:  With an open question?

18             MR. GUARD:  I'll let him do it.

19             THE VIDEOGRAPHER:  We're now off the record

20   at 14:27.

21                    (Recessed at 2:27 p.m.)

22                    (Reconvened at 2:46 p.m.)

Oritz , Raul                                          July 28, 2022

175

1          THE VIDEOGRAPHER:  We're now back on record

2     at 14:46.

3          MR. GUARD:  If the court reporter can

4     please read the last question back.

5          THE REPORTER:  Question:  "When the Biden

6     administration took over from the Trump

7     administration, how were the changes to parole and

8     releasing aliens on own recognizance communicated to

9     Border Patrol and to the line agents?"

10          MR. DARROW:  And I remind the witness not

11     to reveal anything privileged in his answer.

12          THE WITNESS:  So during this time frame,

13     one of the things that we were encountering is Rio

14     Grande Valley, which is in South Texas, was really

15     the only area that was problematic for us at the

16     time, and so most of the coordination centered

17     between the headquarters operations directorate and

18     the sector personnel, and then some decompression

19     into Laredo, but at the time, it wasn't an issue for

20     all nine southwest border sectors.

21          BY MR. GUARD:

22     Q.    Okay, I thought the question was how was

Oritz , Raul                                              July 28, 2022

176

1    the changes to own recognizance and parole by the

2    Biden administration communicated.  I understand it

3    may have only been the Rio Grande Valley.  Were there

4    memorandum or e-mails or was it by telephone or radio

5    or however?  I mean, I'm not trying to be cute or

6    smart, but I mean, I'm asking you how was it

7    communicated.

8         A.    So most of the coordination occurred either

9    telephonically or through e-mail coordination between

10   Border Patrol headquarters and the sector.

11        Q.    Okay.  While the problem or the issue at

12   the time may have been the Rio Grande Valley, would

13   changes to Border Patrol's policies with respect to

14   parole or own recognizance that occurred after the

15   Biden administration taken -- had taken over

16   eventually trickled out to the other sectors of the

17   southern border?

18             MR. DARROW:  Objection.

19        A.    Yes.

20        Q.    Okay.  And how would those changes have

21   been communicated to those other sectors when they --

22   later?

Oritz , Raul                                    July 28, 2022

177

1      **A.      So at the time, we had a couple ways of**
2      **communicating with the field components.  Every**
3      **Tuesday we have a chiefs' call where we coordinate**
4      **directly with the sector chiefs and the deputy**
5      **chiefs.  And then the operations directorate would**
6      **also communicate with the sectors if there were**
7      **specific issues centered around coordination,**
8      **operational coordination that had to happen.**
9      Q.    Okay, all right.  I want to go back if we
10     can just briefly, I'm going to mark this as Exhibit
11     20 to your deposition.
12                          (Ortiz Exhibit No. 20
13                           was marked for
14                           identification.)
15          BY MR. GUARD:
16     Q.    You mentioned earlier at some point in time
17     going and testifying regarding Flores, right?
18     **A.    Yes.**
19     Q.    Okay.  Now, this document in particular is
20     dated March 5th, 2021, so that's after the time
21     period that you think you went to testify, right?
22     **A.    Definitely.**

Oritz , Raul                                          July 28, 2022

248

1           BY MR. GUARD:

2      Q.    Okay, just a couple follow-ups.  You were

3    just asked about MPP.  That program was suspended

4    after the Biden administration took over, correct?

5      A.    Yes.

6      Q.    All right, and then it had to be restarted

7    as a result of a court order; is that correct?

8      A.    Yes.

9      Q.    Okay, and so the fact that it's only

10   available in one sector reflects its suspension and

11   the court order, right?

12           MR. DARROW:  Objection.

13     A.    Yes.

14     Q.    Okay.  You mention the protected group.

15   Can you -- what is -- what --

16     A.    LGBQ2 -- QT.

17     Q.    Okay.

18     A.    Yeah.

19     Q.    Okay.

20     A.    Sorry.

21     Q.    I just wanted to make sure I understood

22   what that was.

Oritz , Raul                                                    July 28, 2022

249

1       A.      Uh-huh.

2       Q.      And then finally -- well, I may have two

3   questions.  You mentioned that you had been chasing

4   traffic since you got on the job and had seen

5   previous surges, right?  Have you ever seen traffic

6   like this before?

7       A.      Yes, in -- let me explain.  In 1991, when I

8   started, we had about 4,000 Border Patrol agents, and

9   the amount of apprehensions didn't even come close to

10  the amount of people that got away from us.  There --

11  I mean, we couldn't even count how many people got

12  away from us.  So I can tell you that, you know,

13  those first couple of years in my career weren't even

14  close, and that was -- and I was only one sector.  I

15  didn't have the national perspective, but I'm sure

16  that played out in multiple sectors.

17          Two, the population that we're experiencing

18  now is a little bit different than what we've

19  experienced in other surges.  When I was assigned to

20  South Texas in '96, Arizona in 2000, Southern

21  California in '98, during those surges, that

22  population wasn't turning themselves in to our Border

Oritz , Raul                                                July 28, 2022

250

1    Patrol agents.   They were all trying to evade

2    apprehension.   What we're experiencing now,

3    specifically in Yuma, Del Rio, and to some degree Rio

4    Grande Valley is, you know, 75 percent of that

5    population is turning themselves in, and then roughly

6    25 or maybe a little bit more than that are actually

7    trying to evade apprehension.

8            This isn't a matter of us not having the

9    ability to encounter those groups.  This is when you

10   break down the 1.8 million apprehensions that we've

11   already made so far this year, I would imagine quite

12   a few of those large groups are this no-threat

13   humanitarian population that, you know, should be

14   processed at a port of entry.

15   Q.    Are the individuals that are turning

16   themselves in -- are they turning themselves in

17   because they believe they're going to be paroled?

18        MR. DARROW:  Objection.

19        THE WITNESS:  I would imagine that they're

20   turning themselves in because they think they're

21   going to be released, yes.

22        MR. GUARD:  Okay, all right.  I don't think

Oritz , Raul                                          July 28, 2022

253

1   UNITED STATES OF AMERICA   )

2                              ss:

3   COMMONWEALTH OF VIRGINIA   )

4           I, KAREN C. YOUNG, a Notary Public within

5   and for the Commonwealth of Virginia, do hereby

6   certify that the witness whose deposition is

7   hereinbefore set forth was duly sworn and that the

8   within transcript is a true record of the testimony

9   given by such witness.

10          I further certify that I am not related to

11  any of the parties to this action by blood or

12  marriage and that I am in no way interested in the

13  outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto set my

15  hand this 4th day of August, 2022.

16

17

18  _____

19

20  My commission expires:

21  June 30, 2026

22  Registration No. 7046852

ERRATA SHEET FOR THE TRANSCRIPT OF:

Caption:    State of Florida v. The United States of America;
Alejandro Mayorkas
Deponent:  Raul Oritz
Dep. Date: July 28, 2022

I wish to make the following changes for the following reasons:

| Pg. | Ln. | Now Reads | Should Read | Reasons Therefore |
|---|---|---|---|---|
| 15 | 9 | Graduation year should be corrected from "1919" to "1991" | | (Reason: Typo/accuracy) |
| 25 | 18-19 | "any time I or my expectation is that anybody within the Border Patrol witnesses…." (Reason: bold/ underlined words are needed to make complete sentence) | | |
| 29 | 15-16 | "hearing under the Flores doctrine" should be "hearing about the Flores doctrine" (Reason:accuracy) | | |
| 48 | 7, 9 | Note that the answer responds to the question as "fiscal year" and not "physical year" (Reason: note counsel conversation clarifying language at pg 50) | | |
| 49 | 15, 21-22 | Note that the answer responds to the question as "fiscal year" and not "physical year" (Reason: note counsel conversation clarifying language at pg 50) | | |
| 51 | 4-7 | Note that the answer responds to the question as "fiscal year" and not "physical year" (Reason: note counsel conversation clarifying language at pg 50) | | |
| 52 | 14 | Note that the answer responds to the question as "fiscal year" and not "physical year" (Reason: note counsel conversation clarifying language at pg 50) | | |
| 67 | 15 | "temporary protective status" should be "temporary protected status" (Reason: typo) | | |
| 166 | 13 | "ITR" should be "NTR-Notice to Report" (Reason: typo) | | |
| 182 | 14 | Note that the answer responds to the question as "fiscal year" and not "physical year" (Reason: note counsel conversation clarifying language at pg 50) | | |
| 222 | 7 | "A Chief" should be "Associate Chief" (Reason: Explanation of shorthand language) | | |
| 229 | 17 | "ATDP" should be "P+ATD" (Reason: Correction of acronym) | | |
| 232 | 12 | "65, 70 thousand" should be "65 to 70 hundred" (Reason: accuracy; correct numbers are 6,500-7,000) | | |

SIGNATURE OF THE WITNESS

this _10_ day of _September_, 20_22_.