**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

   *Plaintiff*,

v.                                           Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA;
*et al.*,

   *Defendants*.
_____/

## **EXHIBIT 22**

Exhibit 22 to Florida's Response to Defendants' Motion for Summary Judgment is an excerpt of a video produced by Defendants during discovery. Exhibit 22 is a file named "ICE Training 1.mp4" contained on a disc that will be provided to the Court and opposing counsel via U.S. Mail.