**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

    *Plaintiff*,

v.                                                                    Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA;
*et al.*,

    *Defendants*.

_____/

**EXHIBIT 23**

Exhibit 23 to Florida's Response to Defendants' Motion for Summary Judgment is an excerpt of a video produced by Defendants during discovery. Exhibit 23 is a file named "ICE Training 2.mp4" contained on a disc that will be provided to the Court and opposing counsel via U.S. Mail.