UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, <br><br> *Plaintiff,* <br><br> v. <br><br> The UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants.* | Civil Action No. 3:21-cv-01066 |

## NOTICE OF FILING OF EXHIBITS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Defendants United States, et al., file this Notice of Filing Exhibits in support of Defendants' Opposition to Plaintiff's Partial Motion for Summary Judgment and Memorandum of Law.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Individual Deposition of Corey Price, U.S. Immigration and Customs Enforcement (ICE) – September 9, 2022 |

Date:  October 24, 2022

JASON R. COODY
*United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division
