# Exhibit 1

```
 1                 UNITED STATES DISTRICT COURT
 2             for the Northern District of Florida
 3    ----------------------------------------------------
 4    STATE OF FLORIDA,
 5                     Plaintiff,
 6      v.
 7    UNITED STATES OF AMERICA, et al.,
 8                     Defendant.
 9    ----------------------------------------------------
10
11               Deposition of COREY A. PRICE
12                      Washington, DC
13                  Friday, September 9, 2022
14                         11:00 a.m.
15
16
17
18
19
20    Job:   463273
21    Pages:   1 - 155
22    Transcribed by:   Pamela A. Flutie
```

```
 1       Deposition of COREY A. PRICE, held at the
 2   offices of:
 3
 4
 5           ICE Headquarters
 6           500 12th Street SW, #5600
 7           Washington, DC 20536
 8
 9
10       Pursuant to Notice/Pursuant to agreement,
11   before Mawira Nyamete, Notary Public in and for
12   the District of Columbia.
13
14
15
16
17
18
19
20
21
22
```

1        MR. DARROW: Objection.
2     Q.   Obviously, the people are coming in
3    over time.
4        A.   That's what I believe this to mean,
5    yes.
6        Q.   Okay.  And so, there would be some
7    period of time added to the five years that it
8    takes on the non-detained docket before an order
9    removal was entered.
10       MR. DARROW: Objection.
11       A.   Yes.
12       Q.   And during that period of time, those
13   aliens would be at large in different --
14   whatever states they are residing in, correct?
15       MR. DARROW: Objection.
16       A.   Yes.
17       Q.   Okay.  And some of them would commit
18   crimes, correct.
19       MR. DARROW: Objection.
20       A.   I mean, I don't have -- I can't tell
21   the future, but it's reasonable to assume that
22   some would commit some kind of criminal

1  activity, yes.
2  Q.  All right.  I mean, you have right
3  now, I mean, you have -- you launched detainers,
4  ERO does, all the time, correct?
5  A.  Every day.
6  Q.  Every day.  And you -- and you're your
7  lodging detainers against aliens who've
8  committed crimes, right?
9  MR. DARROW:  Objection.
10  A.  Yes.
11  Q.  Okay.  And so, past experience tells
12  you why you may not be able to see the future,
13  that some number of aliens that are included in
14  this parole population are going to commit
15  crimes, right?
16  MR. DARROW:  Objection.
17  A.  Yes.
18  Q.  And they're going to be -- that that's
19  going to cause the states where these aliens
20  live to incur cost for state criminal
21  proceedings, correct?
22  MR. DARROW:  Objection.

1     A.    Yes, that's been the way our
2  immigration system has worked for as long as
3  I've been in this job.
4     Q.    Okay.  And it's going to cause states
5  to incur the cost of providing housing if the
6  aliens are put in prison, right?
7           MR. DARROW:  Objection.
8     A.    I don't know the state funding
9  mechanism for that, but, you know, yes, it's
10 reasonable to assume that wherever they're
11 incarcerated, they would incur those costs, yes.
12    Q.    Okay.  And cost -- and to the extent
13 that they have children, schooling costs for
14 those -- education costs for those for those
15 kids, right?
16          MR. DARROW:  Objection.
17    A.    Yes.
18    Q.    And costs for health care to the
19 extent they qualify for Medicaid, right?
20          MR. DARROW:  Objection.
21    A.    Yeah, I don't know the, you know,
22 qualifications for Medicaid myself, but yes.

1      Q.   But you understand that it's a
2  program aimed at primarily lower socioeconomic
3  demographics?
4      A.   I am aware of that.
5      Q.   Okay.  And many of the folks that are
6  coming over the border are within those lower
7  socioeconomic demographics, right?
8           MR. DARROW:  Objection.
9      A.   I don't know the percentages, but
10 yeah, the aliens cut across all demographic
11 areas.
12     Q.   All right.  But at least some of them
13 are -- are probably not rich, correct?
14          MR. DARROW:  Objection.
15     A.   Yes.
16     Q.   Okay, all right.  And, indeed, during
17 the time period -- in the delayed time period
18 caused by the backlog, states are going to incur
19 costs regarding any form of government
20 assistance that it offers, right?
21          MR. DARROW:  Objection.
22     A.   I would assume.

1        Q.   Okay.  If the aliens that were
2   released on either NTR or parole plus ATD were
3   instead detained, states would not have incurred
4   those costs, right?
5             MR. DARROW:  Objection.
6        A.   It's a little complicated.  They would
7   have not have incurred the costs while they were
8   in ICE custody.  We would -- the federal
9   government would then bear those costs, ICE
10  specifically, but when they are released, if
11  they are not, you know, removed within, you
12  know, a short amount of time because we can only
13  detain for so long, they're going to be released
14  anyway.  If there is somebody who we simply
15  cannot remove because their country won't accept
16  them back, they would have to be released
17  anyway, so.
18       Q.   Okay.  But for at least for the period
19  of time they are detained, the state would not
20  bear those costs, right?
21            MR. DARROW:  Objection.
22       A.   That is correct.