UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No. 3:21-CV-1066

**STATE OF FLORIDA**,

      Plaintiff,

    v.

**The UNITED STATES OF AMERICA,** *et al.*,

      Defendants.

_____/

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF THE WORD LIMIT FOR DEFENDANTS' REPLY MEMORANDUM OF LAW**

    Defendants hereby submit this motion requesting the Court enlarge the word limit by 400 words—from 3,200 to 3,600—for Defendants' reply memorandum of law, being filed on October 31, 2022 in further support of their motion for summary judgment. Plaintiff, the State of Florida's position on this request is as follows: "Florida defers to the judgment of the Court."

    While Defendants are keeping their arguments concise and limited to new issues raised in Plaintiff's opposition brief, the voluminous nature of the factual record, the new exhibits Plaintiff attached to its opposition, the number of claims at issue in this matter, and the complexity of those arguments, all require a bit more explanation than the current word limit allows.

1

Accordingly, Defendants respectfully request an additional 400 words—enlarging the word limit from 3,200 to 3,600—to reply to Plaintiff's opposition to Defendants' motion for summary judgment.

| | |
|---|---|
| Date:  October 27, 2022 | Respectfully submitted, |
| JASON R. COODY<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Erin T. Ryan*<br>ERIN T. RYAN<br>JOSEPH A. DARROW<br>*Trial Attorneys*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 532-5802<br>Erin.t.ryan@usdoj.gov |
| | SARAH STEVENS WILSON<br>*Assistant Director*<br>Office of Immigration Litigation<br>Appellate Section |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Erin T. Ryan*
ERIN T. RYAN
Trial Attorney
United States Department of Justice
Civil Division