UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                 Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER EXPANDING WORD LIMIT

Upon due consideration of Defendants' motion for enlargement of the word limit for reply (Doc. 100), it is

**ORDERED** that the motion is **GRANTED**, and Defendants may file a reply of up to 3,600 words.

**DONE and ORDERED** this 28th day of October, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**