**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STATE OF FLORIDA**,

    **Plaintiff**,

**v.**                            **Case No. 3:21cv1066-TKW-ZCB**

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.

_____/

## ORDER ACCEPTING AMICUS BRIEF

This case is before the Court based on the Immigration Reform Law Institute's motion for leave to file an amicus brief (Doc. 101).  The motion represents that Plaintiff has no objection to the motion and Defendants take no position on the motion.

The Court previously allowed the same entity to file an amicus brief at the motion to dismiss stage, *see* Doc. 37, and the Court sees no prejudice to either party if the motion is granted because the arguments raised in the amicus brief are fairly straightforward and could have been anticipated and preemptively addressed by the parties in the prior briefing and/or can be addressed by the parties in their replies. Accordingly, it is

**ORDERED** that the motion for leave to file an amicus brief (Doc. 101) is **GRANTED**, and the Immigration Reform Law Institute's amicus brief (Doc. 101-1) is accepted.  The parties may address the arguments raised in the amicus brief in their replies by the deadline established in the existing briefing schedule.

**DONE and ORDERED** this 28th day of October, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**