# EXHIBIT 1

**Exhibit 1 - 001**

| | |
|---|---|
| **From:** | Natalie Christmas |
| **To:** | Darrow, Joseph A. (CIV); Ryan, Erin T. (CIV) |
| **Cc:** | Karen Brodeen; Bilal Faruqui; Reuveni, Erez R. (CIV); James Percival; marie.moyle@usdoj.gov; Anita Patel |
| **Subject:** | FL v. USA Outstanding Issues |
| **Date:** | Tuesday, August 23, 2022 5:26:00 PM |
| **Attachments:** | DHSMV_106.pdf |
| | DHSMV_107.pdf |
| | DHSMV_108.pdf |
| | DHSMV_109.pdf |
| | DHSMV_110.pdf |
| | DHSMV_111.pdf |
| | DHSMV_112.pdf |
| | DHSMV_113.pdf |
| | image001.png |

Hi Joe,

We wanted to follow up on a few items we think are outstanding since we are nearing the close of discovery.

On our end, we think the following things are outstanding:

1. Defendants requested documents during the 30(b)(6) deposition of Highway Safety. Those documents are attached. These documents have been redacted pursuant to 18 U.S.C. 2721 and section 119.0712(2), Florida Statutes.
2. We are still reviewing your clawback letter and will get back to you with a full response soon. In the meantime, we are continuing to sequester the documents. We also would like to know more information about why your letter claims the videos can't be redacted. From our quick look online, it looks like the Department of Justice routinely redacts videos: https://www.justice.gov/oip/best-practices-video-redaction.

Let us know if there are any other issues on our end that I've missed. On your end, we think the following things are outstanding:

1. The last of your production was due to us on August 19. I think you sent us that production earlier in the month, but can you confirm that you have produced everything you intend to produce at this point (not including any clawback related production or the documents referenced below)?
2. We are waiting on production of the documents referenced in Chief Ortiz's deposition. We sent citations to the deposition transcript on August 8.
3. We are waiting on a response from your clients regarding select redaction of certain emails. We sent the subset of emails we are requesting redactions from on August 10. (I think we are also awaiting clarity regarding the double bates-stamping issue we raised along with this request.)

Please get back to us on these issues by the end of the week.

Best,
Natalie

Natalie Christmas

Exhibit 1 - 002



Assistant Attorney General of Legal Policy
Office of the Attorney General
PL-01 The Capitol | Tallahassee, FL 32399-1050

E-mail: Natalie.christmas@myfloridalegal.com

Exhibit 1 - 003