# Exhibit 1

State of Florida

vs.

United States

Deposition of:

C/R: US Department of Homeland Security (Tony Barker)

July 13, 2022

Vol 1

**PHIPPS REPORTING**

*Raising the Bar!*

C/R: US Department of Homeland Security (Tony Barker)
July 13, 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
CASE NO.:  3:21-cv-1066

STATE OF FLORIDA,

       Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

       Defendants.
_____/

VIDEO RECORDED REMOTE RULE 30(b)(6) DEPOSITION OF TONY BARKER, CORPORATE REPRESENTATIVE FOR UNITED STATES DEPARTMENT OF HOMELAND SECURITY, TAKEN ON BEHALF OF THE PLAINTIFF

Volume 1
Pages 1 through 137

Wednesday, July 13, 2022
8:33 a.m. CT - 2:17 p.m. CT

Location:  Remote via Zoom
          Washington, D.C.

Stenographically Reported Via Zoom By:
Helen Marie Chase
Job No.: 259222

www.phippsreporting.com
(888) 811-3408

C/R: US Department of Homeland Security (Tony Barker)
July 13, 2022

Page 61

```
 1      A.   Exactly.
 2      Q.   Okay.  And when the person is taken into
 3  custody or arrest, is there a warrant that's
 4  obtained first?
 5      A.   No.  No, I mean, we -- I mean, don't get
 6  me wrong.  I mean, we execute warrants for sure, you
 7  know, but, but, you know, I mean, we don't have
 8  warrants when we're encountering somebody between
 9  the ports of entry.  You know, we -- obviously, we
10  don't do that, so...
11      Q.   Okay.  Is a warrant obtained at some later
12  point or date?
13      A.   It just depends.  I mean, we, we have --
14  you know, we have the ability to process somebody
15  for a Warrant of Arrest/Notice to Appear where we've
16  kept them in detention.  But, you know, it's
17  dependent upon the circumstances that are in front
18  of us.  Sometimes there's no warrant that is, that
19  is generated for an individual who, who we are --
20  have arrested in processing.
21      Q.   So, under what circumstances would a
22  warrant be generated?
23      A.   As an example, if somebody has a -- you
24  know, a criminal history and we are, you know, going
25  to be processing somebody for -- you know, for
```

www.phippsreporting.com
(888) 811-3408

C/R: US Department of Homeland Security (Tony Barker)
July 13, 2022

Page 62

1  detention or prosecution is a perfect example, you
2  know, we'll do a Warrant of Arrest/Notice to Appear
3  or we'll have a warrant completed.
4      Q.  So, when you say "criminal history," are
5  you referring to any type of criminal history?
6      A.  It just depends.  So, it depends on
7  severity of the crime, what the crime is.  You know,
8  are they a CIMT, crime of immoral turpitude.  You
9  know, it just depends on what the criminal history
10 is.  But, ultimately, you know, you know,
11 somebody -- as an example, somebody may have a
12 criminal history for burglary who we're absolutely
13 going to, you know, try to prosecute and detain and
14 remove from the country.  Somebody has a criminal
15 history of speeding on their record, we may not be
16 doing that.
17          It just depends.  It's dependents upon the
18 circumstances in front of us.  And it's dependent
19 upon other circumstances as well.  You know, for
20 instance, the ability for DOJ to prosecute, for us
21 to be able to detain.  There are several
22 circumstances that surround what the ability is.
23     Q.  Okay.  Does it matter whether the person
24 committed a crime in another country as opposed to
25 in the United States?