# Exhibit 2

## U.S. Immigration and Customs Enforcement

These statistics are made available to the public pursuant to the Fiscal Year 2020 Department of Homeland Security Appropriations Bill.

### ICE DETENTION DATA, FY2022

**ICE Currently Detained by Processing Disposition and Detention Facility Type:**

| Processing Disposition | FSC | Adult | Total |
|---|---|---|---|
| Total | - | 25,134 | 25,134 |
| Expedited Removal (I-860) | - | 11,548 | 11,548 |
| Notice to Appear (I-862) | - | 9,967 | 9,967 |
| Reinstatement of Deport Order (I-871) | - | 2,604 | 2,604 |
| Other | - | 1,015 | 1,015 |

**Average Time from USCIS Fear Decision Service Date to ICE Release (In Days)**

| ICE Release Fiscal Year | FSC | Adult | Total |
|---|---|---|---|
| FY2022 | 50.0 | 35.0 | 35.0 |

**Noncitizens with USCIS-Established Fear Decisions in an ICE Detention Facility by Facility Type**

| Detention Facility Type | Total Detained |
|---|---|
| Total | 5,615 |
| FSC | - |
| Adult | 5,615 |

**ICE Currently Detained by Criminality and Arresting Agency**

| Criminality | ICE | Percent ICE | CBP | Percent CBP | Total |
|---|---|---|---|---|---|
| Total | 7,609 | 30% | 17,525 | 70% | 25,134 |
| Convicted Criminal | 5,454 | 85% | 976 | 15% | 6,430 |
| Pending Criminal Charges | 1,695 | 83% | 345 | 17% | 2,040 |
| Other Immigration Violator | 460 | 3% | 16,204 | 97% | 16,664 |

**ICE Initial Book-Ins by Arresting Agency and Month: FY2022**

| Agency | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 28,669 | 30,326 | 30,422 | 25,598 | 25,631 | 31,040 | 25,405 | 26,134 | 21,483 | 21,680 | 24,781 | 15,810 | 306,979 |
| CBP | 24,341 | 26,119 | 26,747 | 22,123 | 21,906 | 25,813 | 20,308 | 20,944 | 16,441 | 16,219 | 18,195 | 10,956 | 250,112 |
| ICE | 4,328 | 4,207 | 3,675 | 3,475 | 3,725 | 5,227 | 5,097 | 5,190 | 5,042 | 5,461 | 6,586 | 4,854 | 56,867 |

**ICE Initial Book-Ins by Facility Type and Criminality: FY2022**

| Facility Type | Convicted Criminal | Pending Criminal Charges | Other Immigration Violator | Total |
|---|---|---|---|---|
| Total | 42,323 | 12,233 | 252,423 | 306,979 |
| FSC | 54 | 24 | 17,035 | 17,113 |
| Adult | 42,269 | 12,209 | 235,388 | 289,866 |

**ICE Final Releases by Facility Type: FY2022**

| Facility Type | Total |
|---|---|
| Total | 246,080 |
| FSC | 26,641 |
| Adult | 219,439 |

**ICE Removals: FY2022**

| | Removals |
|---|---|
| Total | 69,019 |
| Removals with a FSC Detention | 200 |

**ICE Final Releases by Release Reason, Month and Criminality: FY2022**

| Release Reason | Criminality | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | | 21,765 | 27,501 | 27,986 | 23,956 | 24,917 | 24,958 | 18,419 | 16,689 | 18,319 | 15,558 | 15,103 | 10,909 | 246,080 |
| Bonded Out | Total | 1,079 | 1,190 | 1,058 | 698 | 2,157 | 3,184 | 2,395 | 2,712 | 3,463 | 3,055 | 3,463 | 2,320 | 26,774 |
| | Convicted Criminal | 81 | 72 | 76 | 48 | 62 | 71 | 99 | 105 | 101 | 113 | 163 | 145 | 1,136 |
| | Pending Criminal Charges | 119 | 86 | 82 | 70 | 73 | 102 | 90 | 121 | 121 | 142 | 187 | 170 | 1,363 |
| | Other Immigration Violator | 879 | 1,032 | 900 | 580 | 2,022 | 3,011 | 2,206 | 2,486 | 3,241 | 2,800 | 3,113 | 2,005 | 24,275 |
| Bond Set by ICE | Total | 277 | 260 | 309 | 230 | 1,349 | 2,351 | 1,419 | 1,378 | 2,134 | 1,801 | 1,974 | 1,362 | 14,844 |
| | Convicted Criminal | 10 | 13 | 11 | 8 | 14 | 14 | 20 | 21 | 38 | 32 | 46 | 32 | 259 |
| | Pending Criminal Charges | 34 | 8 | 6 | 14 | 28 | 34 | 35 | 29 | 36 | 31 | 44 | 34 | 333 |
| | Other Immigration Violator | 233 | 239 | 292 | 208 | 1,307 | 2,303 | 1,364 | 1,328 | 2,060 | 1,738 | 1,884 | 1,296 | 14,252 |
| Bond Set by IJ | Total | 802 | 930 | 749 | 468 | 808 | 833 | 976 | 1,334 | 1,329 | 1,254 | 1,489 | 958 | 11,930 |
| | Convicted Criminal | 71 | 59 | 65 | 40 | 48 | 57 | 79 | 84 | 63 | 81 | 117 | 113 | 877 |
| | Pending Criminal Charges | 85 | 78 | 76 | 56 | 45 | 68 | 55 | 92 | 85 | 111 | 143 | 136 | 1,030 |
| | Other Immigration Violator | 646 | 793 | 608 | 372 | 715 | 708 | 842 | 1,158 | 1,181 | 1,062 | 1,229 | 709 | 10,023 |
| Order of Recognizance | Total | 11,625 | 14,980 | 17,311 | 16,954 | 17,779 | 16,248 | 10,893 | 7,013 | 7,788 | 5,519 | 4,229 | 2,929 | 133,268 |
| | Convicted Criminal | 143 | 145 | 167 | 131 | 111 | 111 | 98 | 76 | 117 | 128 | 151 | 122 | 1,500 |
| | Pending Criminal Charges | 205 | 203 | 238 | 159 | 205 | 307 | 205 | 97 | 98 | 143 | 190 | 244 | 2,294 |
| | Other Immigration Violator | 11,277 | 14,632 | 16,906 | 16,664 | 17,463 | 15,830 | 10,590 | 6,840 | 7,573 | 5,248 | 3,888 | 2,563 | 129,474 |
| Order of Supervision | Total | 463 | 759 | 1,143 | 1,187 | 535 | 614 | 558 | 605 | 584 | 431 | 565 | 425 | 7,869 |
| | Convicted Criminal | 161 | 184 | 257 | 239 | 158 | 250 | 185 | 181 | 241 | 169 | 187 | 128 | 2,340 |
| | Pending Criminal Charges | 34 | 24 | 43 | 60 | 33 | 36 | 40 | 23 | 28 | 37 | 51 | 34 | 443 |
| | Other Immigration Violator | 268 | 551 | 843 | 888 | 344 | 328 | 333 | 401 | 315 | 225 | 327 | 263 | 5,086 |
| Paroled | Total | 8,598 | 10,572 | 8,474 | 5,117 | 4,446 | 4,912 | 4,573 | 6,359 | 6,484 | 6,553 | 6,846 | 5,235 | 78,169 |
| | Convicted Criminal | 36 | 35 | 30 | 23 | 14 | 31 | 32 | 62 | 42 | 51 | 37 | 35 | 428 |
| | Pending Criminal Charges | 80 | 110 | 114 | 38 | 48 | 63 | 51 | 94 | 116 | 96 | 125 | 69 | 1,004 |
| | Other Immigration Violator | 8,482 | 10,427 | 8,330 | 5,056 | 4,384 | 4,818 | 4,490 | 6,203 | 6,326 | 6,406 | 6,684 | 5,131 | 76,737 |

**ICE Average Daily Population by Arresting Agency, Month and Criminality: FY2022**

| Agency | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | FY Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP Average | 17,961 | 18,499 | 16,788 | 16,593 | 14,774 | 14,761 | 14,237 | 18,025 | 18,180 | 17,164 | 17,911 | 18,228 | 16,919 |
| Convicted Criminal | 652 | 666 | 639 | 626 | 651 | 608 | 691 | 872 | 872 | 817 | 911 | 938 | 742 |
| Pending Criminal Charges | 411 | 313 | 296 | 311 | 366 | 358 | 343 | 374 | 378 | 340 | 349 | 334 | 348 |

|  | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | FY Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Immigration Violator | 16,899 | 17,519 | 15,853 | 15,655 | 13,757 | 13,795 | 13,203 | 16,778 | 16,930 | 16,007 | 16,652 | 16,956 | 15,829 |
| ICE Average | 4,837 | 4,839 | 4,781 | 4,862 | 4,996 | 5,184 | 5,461 | 5,767 | 6,120 | 6,521 | 7,253 | 7,655 | 5,659 |
| Convicted Criminal | 3,996 | 3,977 | 3,946 | 4,060 | 4,155 | 4,214 | 4,263 | 4,468 | 4,702 | 4,848 | 5,204 | 5,455 | 4,424 |
| Pending Criminal Charges | 585 | 583 | 580 | 580 | 635 | 704 | 810 | 926 | 1,012 | 1,213 | 1,540 | 1,724 | 895 |
| Other Immigration Violator | 256 | 280 | 254 | 222 | 207 | 265 | 388 | 373 | 407 | 460 | 509 | 475 | 340 |
| Average | 22,799 | 23,337 | 21,569 | 21,455 | 19,770 | 19,945 | 19,698 | 23,791 | 24,300 | 23,685 | 25,164 | 25,883 | 22,578 |
| Convicted Criminal | 4,648 | 4,643 | 4,586 | 4,687 | 4,806 | 4,822 | 4,954 | 5,340 | 5,573 | 5,665 | 6,115 | 6,394 | 5,167 |
| Pending Criminal Charges | 996 | 896 | 876 | 891 | 1,001 | 1,062 | 1,153 | 1,300 | 1,390 | 1,554 | 1,889 | 2,059 | 1,243 |
| Other Immigration Violator | 17,155 | 17,799 | 16,107 | 15,877 | 13,964 | 14,060 | 13,591 | 17,151 | 17,337 | 16,467 | 17,161 | 17,431 | 16,168 |

**ICE Average Length of Stay by Arresting Agency, Month and Criminality: FY2022**

| Agency | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | FY Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CBP Average | 21.6 | 21.8 | 21.9 | 23.0 | 19.2 | 20.3 | 20.9 | 21.8 | 26.3 | 29.1 | 29.4 | 32.1 | 23.3 |
| Convicted Criminal | 32.1 | 31.6 | 35.6 | 28.3 | 37.7 | 35.4 | 24.6 | 25.4 | 29.3 | 27.5 | 23.6 | 26.4 | 29.3 |
| Pending Criminal Charges | 35.2 | 48.7 | 30.9 | 34.8 | 24.7 | 28.7 | 32.1 | 33.1 | 36.2 | 45.4 | 33.6 | 34.2 | 34.4 |
| Other Immigration Violator | 21.2 | 21.2 | 21.4 | 22.8 | 18.7 | 19.7 | 20.6 | 21.5 | 26.1 | 28.9 | 29.7 | 32.4 | 22.9 |
| ICE Average | 33.3 | 36.2 | 48.2 | 41.8 | 45.7 | 38.6 | 34.4 | 34.0 | 37.4 | 35.3 | 35.0 | 34.3 | 37.4 |
| Convicted Criminal | 53.8 | 56.5 | 65.6 | 56.7 | 59.6 | 55.0 | 47.8 | 46.2 | 48.0 | 43.7 | 43.9 | 40.3 | 50.6 |
| Pending Criminal Charges | 22.4 | 36.9 | 52.5 | 47.8 | 48.1 | 37.0 | 37.3 | 37.4 | 39.3 | 34.6 | 30.4 | 30.8 | 35.5 |
| Other Immigration Violator | 5.1 | 5.7 | 10.2 | 8.5 | 7.8 | 6.4 | 5.5 | 6.2 | 7.6 | 11.8 | 12.9 | 14.9 | 8.1 |
| Average | 23.5 | 23.7 | 24.9 | 25.4 | 22.6 | 23.3 | 23.8 | 24.4 | 28.6 | 30.5 | 30.9 | 32.7 | 25.8 |
| Convicted Criminal | 49.8 | 51.6 | 59.1 | 50.6 | 55.7 | 51.1 | 43.5 | 41.7 | 44.1 | 40.5 | 39.6 | 37.5 | 46.3 |
| Pending Criminal Charges | 26.2 | 42.3 | 41.0 | 43.2 | 36.4 | 33.3 | 35.4 | 36.2 | 38.5 | 36.7 | 31.1 | 31.3 | 35.1 |
| Other Immigration Violator | 20.2 | 20.3 | 21.0 | 22.2 | 18.3 | 18.9 | 19.4 | 20.4 | 25.0 | 27.9 | 28.5 | 31.4 | 22.1 |

**ICE Average Daily Population by Facility Type and Month: FY2022**

| Facility Type | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | FY Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 22,799 | 23,337 | 21,569 | 21,455 | 19,770 | 19,945 | 19,698 | 23,791 | 24,300 | 23,685 | 25,164 | 25,883 | 22,578 |
| FSC | 911 | 1,061 | 655 | 251 | 216 | 54 | 1 | - | - | - | - | - | 528 |
| Adult | 21,887 | 22,277 | 20,914 | 21,204 | 19,554 | 19,901 | 19,697 | 23,791 | 24,300 | 23,685 | 25,164 | 25,883 | 22,312 |

**ICE Average Length of Stay by Facility Type and Month: FY2022**

| Facility Type | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | FY Overall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 23.5 | 23.7 | 24.9 | 25.4 | 22.6 | 23.3 | 23.8 | 24.4 | 28.6 | 30.5 | 30.9 | 32.7 | 25.8 |
| FSC | 3.9 | 2.9 | 3.3 | 5.7 | 5.8 | 3.9 |  |  |  |  |  |  | 3.6 |
| Adult | 29.4 | 28.0 | 28.4 | 25.9 | 23.2 | 23.6 | 23.8 | 24.4 | 28.6 | 30.5 | 30.9 | 32.7 | 27.2 |