UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   Plaintiff,

v.

Case No. 3:21-cv-1066

The UNITED STATES OF AMERICA;
et. al,

   Defendants.
_____/

## ACRONYM CHART FOR THE ADMINISTRATIVE RECORD

Pursuant to the Court's request at the September 21, 2022, status hearing, in order to assist with review of the administrative record for this case, Defendants hereby file two acronym charts, explaining the acronyms employed in each of the two portions of the administrative record for the Parole Plus Alternatives to Detention Program (Parole+ATD) produced by U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement, respectively, ECF No. 87-1.

**CBP Acronym List**

| AR page | Acronym | Acronym spelled out |
|---|---|---|
| ECF 87-1, 97 | TIC | Time in custody |
| ECF 87-1, 99 | Sit Rep | Situation Report |
| ECF 87-1, 99 | T42 | Title 42, U.S.C. |
| ECF 87-1, 99 | T8 | Title 8, U.S.C. |
| ECF 87-1, 99 | SA | Single Adult |
| ECF 87-1, 99 | FMUs | Family Units (a/k/a FAMUAs) |
| ECF 87-1, 99 | UCs | Unaccompanied Child(ren) |
| ECF 87-1, 99 | SSF | Softside Facility |
| ECF 87-1, 99 | CPC | Central Processing Center |
| ECF 87-1, 100 | OR | Order of Recognizance (release with Notice to Appear) |
| ECF 87-1, 100 | NB | Northern Border |
| ECF 87-1, 100 | ENV | Electronic Nationality Verification |
| ECF 87-1, 100 | NT | Northern Triangle (Guatemala, El Salvador, Honduras) |
| ECF 87-1, 100 | IFP | Interior Flight Program |
| ECF 87-1, 100 | ERO | ICE Enforcement and Removal Operations |
| ECF 87-1, 100 | EPT | El Paso Texas Sector |
| ECF 87-1, 101 | YUM | Yuma Sector |
| ECF 87-1, 101 | MCC | Movement Coordination Cell |
| ECF 87-1, 101 | ORR | Health and Human Services Office of Refugee Resettlement |
| ECF 87-1, 101 | MVM | MVM, Inc. (Company name, not an acronym) |
| ECF 87-1, 101 | VR | Voluntary Return |
| ECF 87-1, 102 | BBT | Big Bend Sector |
| ECF 87-1, 102 | BPA | Border Patrol Agent |
| ECF 87-1, 102 | DRS | Del Rio Sector |
| ECF 87-1, 102 | FTB | Fort Brown Border Patrol Station |
| ECF 87-1, 102 | LEISS | Law Enforcement Information Systems Specialist |
| ECF 87-1, 102 | BRP | Brownsville Border Patrol Station |
| ECF 87-1, 102 | OFO | CBP Office of Field Operations |

| AR page | Acronym | Acronym spelled out |
|---|---|---|
| ECF 87-1, 102 | YTD | Year to date |
| ECF 87-1, 102 | O72H | Over 72 Hours |
| ECF 87-1, 102 | FMUA | Family Units (a/k/a/ FMUs) |
| ECF 87-1, 102 | UNP | Unprocessed |
| ECF 87-1, 102 | FLF | Falfurrias Border Patrol Station |
| ECF 87-1, 102 | WSL | Welasco Border Patrol Station |
| ECF 87-1, 102 | LRN | Laredo North Border Patrol Station |
| ECF 87-1, 102 | LRW | Laredo West Border Patrol Station |
| ECF 87-1, 102 | HEB | Hebbronville Border Patrol Station |
| ECF 87-1, 106 | DNR | United States Department of Natural Resources |
| ECF 87-1, 106 | USCG | United States Coast Guard |
| ECF 87-1, 106 | MREs | Meal Ready to Eat |
| ECF 87-1, 106 | JPAT | Justice Prisoner and Alien Transportation |
| ECF 87-1, 107 | DRIA | Del Rio International Airport |
| ECF 87-1, 107 | ELP | El Paso Texas (Airport) |
| ECF 87-1, 107 | SWB | Southwest Border |
| ECF 87-1, 107 | NOL | New Orleans, Louisiana |
| ECF 87-1, 110 | LEOD | US Border Patrol, Law Enforcement Operations Directorate |
| ECF 87-1, 110 | BLUF | Bottom Line Up Front |
| ECF 87-1, 117 | DOD | US Department of Defense |
| ECF 87-1, 117 | PAX | Passenger |
| ECF 87-1, 117 | SDC | San Diego Sector |
| ECF 87-1, 117 | TCA | Tucson Sector Station |
| ECF 87-1, 118 | LOE | Line of Effort |
| ECF 87-1, 118 | LSGS | Loyal Source Government Services |
| ECF 87-1, 118 | TOPS | TALMEC Operations (Tactical Air, Land & Marine Enterprise Communications Operations) |
| ECF 87-1, 118 | BORSTAR | Border Patrol Search, Trauma, and Rescue |
| ECF 87-1, 118 | KIN | Kingsville Border Patrol Station |
| ECF 87-1, 118 | CCT | Corpus Christi Border Patrol Station |
| ECF 87-1, 118 | FOD | Field Office Director |

| AR page | Acronym | Acronym spelled out |
|---|---|---|
| ECF 87-1, 118 | RAILS | United States Citizenship and Immigration Services' Alien-File tracking system |
| ECF 87-1, 119 | BOP | US Bureau of Prisons |
| ECF 87-1, 119 | PMO | Program Management Office |
| ECF 87-1, 119 | IPC | US Border Patrol, Immigration, Prosecution and Custody Operations |
| ECF 87-1, 119 | PMOD | Program Management Office Directorate |
| ECF 87-1, 119 | ISS | ISS Action (name of a Transportation Contractor) |
| ECF 87-1, 119 | LEO | Law Enforcement Operations |
| ECF 87-1, 119 | TDY | Temporary duty |
| ECF 87-1, 119 | ICE FUG | ICE Fugitive Operations |
| ECF 87-1, 119 | HIS | ICE Homeland Security Investigations |
| ECF 87-1, 119 | EOIR | Executive Office of Immigration Review (DOJ) |
| ECF 87-1, 8 | WA/NTA | Warrant of Arrest/Notice to Appear |
| ECF 87-1, 8 | ER/ER-CF | Expedited Removal/Expedited Removal - Credible Fear |
| ECF 87-1, 10 | GTA | Gotaways |
| ECF 87-1, 12 | UAS | Unmanned aircraft systems |
| ECF 87-1, 13 | HRS | Hours |

*please note that these acronyms are specific to the AR. Some acronyms may stand for other abbreviations in other contexts.

Acronyms – ICE Administrative Record

| AR Page | Acronym | Definition |
| --- | --- | --- |
| ECF 87-1, 172 | NTA | Notice to Appear, Form I-862 |
| ECF 87-1, 172 | ERO | Enforcement and Removal Operations |
| ECF 87-1, 172 | HSI | Homeland Security Investigations |
| ECF 87-1, 172 | RTQ | Response to Query/Question |
| ECF 87-1, 172 | FMU | Family Units (also referred to as FAMU) |
| ECF 87-1, 172 | NTR | Notice to Report |
| ECF 87-1, 173 | ATD | Alternatives to Detention |
| ECF 87-1, 173 | TIC | Time in Custody |
| ECF 87-1, 173 | Parole + ATD | Parole plus Alternatives to Detention |
| ECF 87-1, 173 | EOIR | Executive Office for Immigration Review |
| ECF 87-1, 174 | VESL | Victims Engagement and Services Line |
| ECF 87-1, 174 | G-56 | Interview Notice |
| ECF 87-1, 175 | OPE | Office of Partnership and Engagement |
| ECF 87-1, 176 | CRO | Congressional Relations Office |
| ECF 87-1, 177 | AOR | Area of Responsibility |
| ECF 87-1, 254 | CO-LO | Co-located |
| ECF 87-1, 254 | RAC | Resident Agent in Charge |
| ECF 87-1, 255 | FOD | Field Office Director |
| ECF 87-1, 259 | Op Horizon | Operation Horizon |
| ECF 87-1, 259 | OT | Overtime |
| ECF 87-1, 259 | YTD | Year-to-Date |
| ECF 87-1, 260 | OH1 | Operation Horizon Phase 1 |
| ECF 87-1, 260 | OH2 | Operation Horizon Phase 2 |
| ECF 87-1, 260 | OH | Operation Horizon |
| ECF 87-1, 260 | FY | Fiscal Year |
| ECF 87-1, 262 | FAMU | Family Units |
| ECF 87-1, 262 | BI | BI Incorporated (also referred to as BI Inc.) |
| ECF 87-1, 266 | P+ATD | Parole plus Alternatives to Detention |
| ECF 87-1, 269 | SOA | Strategy and Operations Analysis [Unit] |
| ECF 87-1, 272 | CDI | Charging Documents Issued |
| ECF 87-1, 273 | NTR+ | Notice to Report Plus |
| ECF 87-1, 275 | PD | Prosecutorial Discretion |
| ECF 87-1, 279 | Non-FAMU | Non-family units (single adults) |

Date: October 31, 2022

JASON R. COODY
*United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-7537
Joseph.a.darrow@usdoj.gov

*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Joseph A. Darrow*
JOSEPH A. DARROW
Trial Attorney
United States Department of Justice
Civil Division

2