UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                   Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.
_____/

## ORDER

Based on the Court's preliminary review of the parties' summary judgment motions and related filings, the Court finds that oral argument will help the Court resolve the motions. The oral argument will also give the parties an opportunity to address whether the Court could grant summary judgment for Florida on its challenge to the Parole + ATD policy under Fed. R. Civ. P. 56(f)(1)[1] if the Court finds that its review of that policy is limited to the administrative record and determines that the record does not support the policy. Finally, assuming the Court determines that there are factual disputes that will require a trial, a pretrial conference will be held in conjunction with the oral argument.

---

[1] This rule provides the Court may grant summary judgment for a nonmovant after giving the parties notice and a reasonable time to respond.

Accordingly, it is **ORDERED** that within 7 days from the date of this Order, the parties shall confer and advise the Court of multiple mutually agreeable dates and times between November 28 and December 16, 2022, for an in-person oral argument on the summary judgment motions.  The Court anticipates reserving 3 hours for the argument and the potential pretrial conference, unless the parties believe that additional time is needed.

**DONE and ORDERED** this 8th day of November, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**