**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA,

    *Plaintiff*,

v.                                              Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA;
*et al.*,

    *Defendants*.

_____/

**JOINT NOTICE OF COMPLIANCE**
**WITH THE COURT'S NOVEMBER 8 ORDER**

On November 8, 2022, the Court ordered the parties to provide mutually agreeable dates for a summary judgment hearing. Doc. 110. The parties are available on the following dates: December 5, 9, 12, 14, 15, and 16, subject to the caveats below.

The Court's order also notified the parties of a potential pretrial conference to be held at the same time. Doc. 110 at 2. The parties request that, in its order setting the date for the hearing, the Court specify any materials the parties should submit or prepare in advance of that conference.

Finally, the parties notify the Court that Defendants plan to move to modify the Court's schedule. Florida plans to oppose that motion. As such, the parties' positions are briefly summarized below.

**Defendants' position:** Defendants plan to ask the Court for a brief continuance of the trial date to accommodate the Court's ruling on summary judgment and pretrial preparation, for the reasons stated in that motion. Should the Court grant that motion, Defendants would prefer to hold the summary judgment hearing the week of December 5, and to hold the pre-trial conference at a later date. Alternatively, should the Court deny Defendants' motion and hold the summary judgment argument and pretrial conference on the same day, Defendants would prefer the week of December 12, to permit the parties sufficient time to file any necessary pretrial motions.

**Florida's position:** Florida opposes moving the trial date for the reasons it will explain in its response to Defendants' motion. Florida prefers the week of December 12 for the hearing but, as discussed above, is available December 5 and 9.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Joseph E. Hart (FBN 124720)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

Bilal Faruqui (FBN 15212)
SENIOR ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

JASON R. COODY
*United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Erin T. Ryan*
ERIN T. RYAN
JOSEPH A. DARROW
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Erin.t.ryan@usdoj.gov

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties.

/s/ James H. Percival
James H. Percival