**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STATE OF FLORIDA**,

    **Plaintiff**,

**v.**                                                    **Case No. 3:21cv1066-TKW-ZCB**

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.

_____/

## NOTICE OF TELEPHONIC HEARING

    **TAKE NOTICE** that a telephonic status conference in this case has been set

before Judge T. Kent Wetherell as described below:

    **DATE**:                         Friday, November 18, 2022

    **TIME**:                         2:00 P.M. C.T.

    **CONFERENCE CALL**
    **INFORMATION**:            All parties are directed to call the AT&T

Conference Line.  You may dial into the conference

call up to five minutes before start time.  Call in

number: **866-434-5269**.  When prompted for an

access code, enter: **5394100#**.  If you are asked to

join as the host, just ignore and wait until you are

asked for a security code.  When asked for a security

code, enter: **3211066#**.   Say your name, when prompted.   You are now in the conference call. Remember to mute your phone when you are not speaking.   It is advised that counsel NOT use cell phones or speaker phones during the call as the quality of the audio connection is compromised by these devices.

**NOTE**:             If anyone participating in this conference has a disability that requires special accommodation, please contact the Clerk's office as immediately as possible so arrangements can be made.

**DONE and ORDERED** this 15th day of November, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**