# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 1:58 PM | Case No. | 3:21cv1066-TKW/ZCB |
| Time Concluded | 3:45 PM | Date | 11/18/2022 |

**DOCKET ENTRY:** Telephonic Hearing held. Court grants [115] Motion to Supplement and will accept the memo at doc 115-1 to substitute the 3/20/2021 email on Summary Judgment. Court will enter an order summarizing the rulings denying both [86], [88] Motions for Summary Judgment. Court denies [112] Motion, Pre-trial conference set for 12/16/2022 at 9am. (3 hours reserved). Bench trial scheduled for 1/9/2023 (4 days).

PRESENT: U.S. DISTRICT JUDGE **T. KENT WETHERELL, II**  Paula Cawby  Julie Wycoff
                                                          Deputy Clerk  Court Reporter

**Style of Case:** STATE OF FLORIDA v. UNITED STATES, et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| James Percival | State of Florida |
| Anita Patel | |
| Natalie Christmas | |
| Joseph Hart | |

| Defendant Counsel Present | Defendant |
|---|---|
| Joseph Darrow | United States, et al |
| Erin Ryan | |
| Marie Moyle | |

**PROCEEDINGS**

**Filed in Open Court**
   <u>**9/21/2022**</u>
Deputy Clerk:  PMC