UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 3:21-cv-01066 |
| The UNITED STATES OF AMERICA, *et al.*, | ) NOTICE OF APPEARANCE |
| *Defendants.* | ) |

Undersigned counsel respectfully notifies the Court and all parties of the entry of her appearance on behalf of all Defendants – the United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; U.S. Department of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection[1]; U.S. Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; Ur Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services.

The contact information for undersigned counsel is:

    Elissa P. Fudim
    Trial Attorney
    United States Department of Justice – Civil Division
    Office of Immigration Litigation, District Court Section
    Post Office Box 868, Ben Franklin Station

---

[1] Automatically substituted for Christopher Magnus pursuant to Fed.R.Civ.P. 25(d).

    Washington, D.C. 20044
    (202) 598-6073
    Elissa.p.fudim@usdoj.gov

Date: December 7, 2022　　　　　Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    WILLIAM C. PEACHEY
    Director

    EREZ REUVENI
    Assistant Director

    */s/ Elissa Fudim*
    ELISSA FUDIM
    Trial Attorney
    U.S. Department of Justice, Civil Division
    Office of Immigration Litigation,
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 598-6073
    Email: elissa.p.fudim@usdoj.gov

    *Counsel for Defendants*