UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                 Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.

_____/

## **ORDER**

Upon review of the parties' pretrial stipulation and related filings, it appears that the parties are under the misconception that the deadline for Rule 26(a)(3) designations and objections has not passed. Those deadlines were established in the Final Scheduling Order so than any objections could be resolved at the pre-trial conference. *See* Doc. 39 at ¶8 ("The deadline established for the attorney conference will also be the deadline for disclosures under Rule 26(a)(3), with any objections to be filed within 7 days thereafter."). Accordingly, it is

**ORDERED** that any objections to Rule 26(a)(3) designations shall be filed before the pretrial conference or they may be deemed waived.

**DONE and ORDERED** this 12th day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**