UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA

*Plaintiff*,

v.                                                                         No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA,
*et al.*,

*Defendants*.

_____

**FLORIDA'S DESIGNATIONS OF
DEPOSITION TESTIMONY TO BE USED AT TRIAL**

As indicated in the pre-trial stipulation, Doc. 122 at 15–16, Florida designates the following deposition testimony for trial, which will be presented to the Court by video where available and otherwise by reading the relevant portions into the record. Consistent with this Court's order, Doc. 124, Florida will file any objections to Defendants' designations before the pre-trial conference.

| **Corey A. Price, September 9, 2022** |
|---|
| 8:7 to 8:13 |
| 9:2 to 9:7 |
| 13:2 to 13:6 |
| 15:5 to 16:7 |
| 16:19 to 17:17 |
| 18:3 to 18:22 |
| 19:16 to 20:20 |
| 21:7 to 22:11 |
| 23:21 to 24:13 |
| 27:1 to 27:18 |

| |
|---|
| 28:17 to 40:6 |
| 41:11 to 52:21 |
| 60:7 to 63:8 |
| 68:8 to 73:5 |
| 80:22 to 81:7 |
| 83:1 to 85:19 |
| 86:6 to 93:13 |
| 94:4 to 96:17 |
| 98:6 to 100:18 |
| 101:14 to 106:12 |
| 107:4 to 108:5 |
| 111:10 to 113:8 |
| 116:14 to 120:10 |
| 121:21 to 122:18 |
| 123:19 to 124:11 |
| 125:14 to 127:1 |
| 128:4 to 131:22 |
| 132:16 to 134:8 |
| 138:11 to 140:9 |
| 150:4 to 151:17 |

| |
|---|
| **Raul Ortiz, July 28, 2022** |
| 7:11 to 8:6 |
| 14:15 to 14:17 |
| 16:10 to 17:20 |
| 26:2 to 26:8 |
| 26:17 to 28:7 |
| 28:13 to 29:8 |
| 32:16 to 33:16 |
| 40:18 to 41:19 |
| 42:20 to 43:12 |
| 43:21 to 46:5 |
| 53:4 to 53:13 |
| 53:18 to 53:22 |

| |
|---|
| 54:5 to 55:7 |
| 56:8 to 56:11 |
| 58:11 to 59:16 |
| 59:22 to 61:5 |
| 62:6 to 64:13 |
| 66:7 to 67:3 |
| 67:11 to 68:5 |
| 81:10 to 81:22 |
| 86:13 to 86:22 |
| 87:14 to 88:3 |
| 88:13 to 89:19 |
| 92:7 to 95:3 |
| 100:15 to 100:22 |
| 107:8 to 107:15 |
| 108:8 to 108:10 |
| 108:16 to 108:20 |
| 109:9 to 110:10 |
| 117:15 to 118:3 |
| 118:10 to 119:2 |
| 128:13 to 128:17 |
| 129:1 to 129:5 |
| 129:10 to 129:12 |
| 130:12 to 132:20 |
| 133:12 to 134:1 |
| 134:8 to 135:1 |
| 136:3 to 137:1 |
| 137:6 to 137:15 |
| 138:7 to 152:20 |
| 156:2 to 156:14 |
| 157:4 to 158:21 |

| |
|---|
| 159:4 to 160:7 |
| 161:12 to 163:13 |
| 164:4 to 164:21 |
| 168:8 to 169:14 |
| 171:13 to 172:9 |
| 173:7 to 174:12 |
| 175:22 to 177:8 |
| 180:14 to 181:15 |
| 182:1 to 182:18 |
| 189:3 to 190:1 |
| 212:4 to 212:14 |
| 224:18 to 225:11 |
| 230:10 to 234:5 |
| 249:17 to 250:21 |

| |
|---|
| **Tony Barker, Rule 30(b)(6) of DHS, July 13, 2022** |
| 8:20 to 9:4 |
| 11:15 to 11:25 |
| 33:1 to 33:25 |
| 51:19 to 52:6 |
| 61:2 to 62:3 |
| 99:22 to 100:21 |
| 102:2 to 102:10 |
| 103:6 to 105:11 |
| 106:10 to 107:19 |
| 108:11 to 108:23 |
| 109:9 to 109:13 |
| 135:25 to 136:5 |
| 144:18 to 145:22 |
| 146:5 to 146:11 |

| |
|---|
| 151:25 to 152:5 |
| 166:8 to 166:16 |
| 167:22 to 168:13 |
| 168:17 to 168:19 |
| 171:8 to 171:21 |
| 185:17 to 186:17 |
| 187:4 to 187:15 |

| |
|---|
| **Robert Gaudian, Rule 30(b)(6) of DHS, July 14, 2022** |
| 4:25 to 5:3 |
| 5:11 to 5:13 |
| 5:21 to 6:3 |
| 15:7 to 16:9 |
| 36:5 to 36:11 |
| 58:21 to 60:13 |
| 68:25 to 70:21 |
| 87:12 to 88:17 |
| 89:8 to 90:24 |
| 109:6 to 110:8 |
| 112:7 to 114:3 |
| 117:3 to 136:9 |
| 141:3 to 142:2 |
| 144:2 to 145:7 |
| 145:23 to 146:1 |
| 153:18 to 153:22 |
| 155:14 to 156:11 |
| 156:22 to 157:17 |
| 168:6 to 173:20 |
| 174:13 to 175:12 |

| Matthew Davies, Rule 30(b)(6) of DHS, July 18, 2022 |
| --- |
| 6:12 to 7:5 |
| 7:21 to 7:23 |
| 10:24 to 11:4 |
| 17:23 to 18:25 |
| 23:5 to 24:24 |
| 66:2 to 66:21 |
| 67:1 to 67:16 |
| 67:20 to 68:8 |
| 69:18 to 73:1 |
| 82:15 to 82:23 |
| 83:15 to 84:12 |
| 94:1 to 96:4 |
| 112:12 to 112:22 |

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

*/s/ Joseph E. Hart*
Joseph E. Hart (FBN 124720)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Anita Patel (FBN 70214)

6

SENIOR ASSISTANT ATTORNEY GENERAL

Karen Brodeen (FBN 512771)
SPECIAL COUNSEL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
joseph.hart@myfloridalegal.com

*Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 13th day of December, 2022.

*/s/ Joseph E. Hart*
Joseph E. Hart
