# Exhibit 2

# DEPOSITION OF RAUL ORTIZ

7

1            MS. PATEL:  Anita Patel for the State of

2    Florida.

3            MR. DARROW:  Joseph Darrow on behalf of the

4    United States.

5            MS. RYAN:  Erin Ryan on behalf of the

6    United States.

7            MS. TONELLI:  Michelle Tonelli on behalf of

8    the United States.

9            MS. MUFFETT:  Stephanie Muffett on behalf

10   of the United States.

11           MR. GUARD:  Good morning, Chief Ortiz.

12   Whereupon,

13                  RAUL ORTIZ,

14           business address at U.S. Department of

15           Homeland Security, 1300 Pennsylvania

16           Avenue, Northwest, Washington, D.C., called

17           for examination by counsel for

18           Plaintiff and having been duly

19           sworn by the Notary Public, was examined

20           and testified as follows:

21                   -   -   -

22           EXAMINATION BY COUNSEL FOR PLAINTIFF

Oritz , Raul                                           July 28, 2022

8

1          BY MR. GUARD:

2     Q.    Let me try that again.  Good morning, Chief

3     Ortiz.  Can you state and spell your name for the

4     record?

5     **A.    Yeah, Raul Ortiz, R-A-U-L, Ortiz,**

6     **O-R-T-I-Z.**

7     Q.    Thank you.  Chief Ortiz, some ground rules

8     for this deposition.  While if you and I were at a

9     restaurant talking, we would not always give audible

10    responses.  We have a court reporter sitting next to

11    my right, your left, who's taking everything down,

12    and she cannot take down shakes of the head and

13    other, you know, things that -- winks, nods, all

14    those kind of things.  So if you could please just

15    make sure that you -- you, when asked a question, you

16    give an audible response so she can take that down,

17    is that fair?

18    **A.    Yes.**

19    Q.    If you don't understand a question I ask, I

20    would ask you to ask me to rephrase it, and I will

21    try to make it so that you can understand the

22    question.  If you answer the question, I'm going to

Oritz , Raul                                                    July 28, 2022

14

1    responses to Florida's interrogatories in preparation

2    for this deposition?

3        A.    No.

4        Q.    All right.  Have you reviewed DHS's

5    responses to Florida's requests for admissions in

6    preparation for this deposition?

7        A.    No.

8        Q.    What is your understanding, Chief Ortiz, as

9    to what this lawsuit is about?

10       A.    I believe it's a challenge of our

11   utilization of ATD parole process as a processing

12   pathway.

13       Q.    Okay.  Do you have a college degree?

14       A.    No.

15       Q.    And you've been employed with the Border

16   Patrol for 31 years, correct?

17       A.    That's correct.

18       Q.    And you've not worked for any other law

19   enforcement agency other than the Border Patrol,

20   right?

21       A.    That's correct.

22       Q.    All right, and you have not worked any

Oritz , Raul                                              July 28, 2022

1      Q.    Just curious, how many Border Patrol agents
2   are still active that were part of your class?
3      **A.    One.**
4      Q.    Okay.  My wife just retired from the FBI,
5   and she was down to two.
6      **A.    Yeah.**
7      Q.    So I appreciate that.  So after you
8   graduated from the academy, you became an agent?
9      **A.    That's correct.**
10     Q.    And what capacity do you serve the Border
11  Patrol now?
12     **A.    I am the chief of the United States Border**
13  **Patrol.**
14     Q.    And when did you assume that office?
15     **A.    August 15th of last year.**
16     Q.    Okay, so roughly 11 months ago?
17     **A.    That's correct.**
18     Q.    Okay.  Almost a year.  What are your duties
19  as chief of the U.S. Border Patrol?
20     **A.    I oversee approximately 21,000 employees, a**
21  **budget of just under six billion dollars, and am**
22  **responsible for the operational oversight of the**

Oritz , Raul                                           July 28, 2022

17

1    southwest border, the northern border and our coastal

2    regions, plus our OCONUS mission, which is our

3    overseas deployments.

4         Q.    And prior to being chief of the U.S. Border

5    Patrol, what job did you have with the Border Patrol?

6         A.    I was the deputy chief of the United States

7    Border Patrol.

8         Q.    Is there just a single deputy chief or --

9         A.    That's -- there's only one deputy chief in

10   the United States Border Patrol.

11        Q.    Okay, and how do the duties of deputy chief

12   compare to the duties of chief?

13        A.    Very similar.  They're a partnership.  The

14   -- certainly the chief is the ultimate authority

15   within the United States Border Patrol, but as a

16   deputy chief, I was considered, you know, his chief

17   operating officer and coordinated all efforts with

18   respect to the border security mission and some of

19   the other coordination we have within the inter-

20   agency.

21        Q.    Okay.  And when did you become the deputy

22   chief of the U.S. Border Patrol?

Oritz , Raul                                    July 28, 2022

26

1    **expectation is that that would be reported.**

2        Q.    The expectation is that no one in Border

3    Patrol's going to condone inhumane behavior.

4        **A.    That's correct.**

5        Q.    All right, and the expectation is the

6    Border Patrol agents on the line or even the

7    supervisor, they're going to perform professionally.

8        **A.    That's correct.**

9            MR. DARROW:  Objection as to form.

10           BY MR. GUARD:

11       Q.    I know it's -- I know, again, if we were at

12   a meal, it would be typical for us just to talk and

13   rattle off, but if you could just pause a second so

14   that Mr. Darrow can get his objections in --

15       **A.    I will.**

16       Q.    -- that'll just help the court reporter,

17   and she won't yell at all of us.  Do you believe that

18   detaining an alien illegally present in the United

19   States until he can be processed and either removed

20   or admitted is inhumane?

21       **A.    Can you repeat the question?**

22       Q.    Sure.  Do you believe that detaining an

Oritz , Raul                                          July 28, 2022

27

1    alien illegally present in the United States until

2    that alien can be processed and either removed or

3    admitted is inhumane?

4        **A.    No.**

5        Q.    Do you believe that detaining an alien

6    illegally present in the United States until he or

7    she can be processed and either removed or admitted

8    is cruel?

9        **A.    No.**

10       Q.    In your career, would it be fair to say

11   that millions of aliens that have illegally entered

12   the United States have been detained by the Border

13   Patrol?

14       **A.    Yes.**

15       Q.    The detention of family units by Border

16   Patrol is not something that just happened under

17   President Trump, right?

18           MR. DARROW:  Objection as to form.

19       **A.    That's correct.**

20       Q.    The Border Patrol has detained family units

21   for your entire 31-year career, correct?

22       **A.    Well, the Border Patrol does not detain.**

Oritz , Raul                                                July 28, 2022

28

1   We process.  The detention operation is the

2   responsibility of ICE, enforcement removal

3   operations.  Typically we try and keep people in

4   custody for under 72 hours, and most of that time is

5   spent either processing or coordinating the

6   repatriation or the transfer to one of the other

7   agencies.

8       Q.    All right.  So what at least Border Patrol

9   tries to do is tries to detain temporarily for a

10  period of time that you try not to exceed 72 hours.

11  Is that fair?

12      A.    Yes.

13      Q.    Okay, and family units illegally present in

14  the United States were detained under President

15  Obama, right?

16      A.    Yes.

17      Q.    Family units illegally present in the

18  United States were detained under President Clinton,

19  correct?

20      A.    Yes.

21      Q.    Would it be fair to say that presidents of

22  both parties have detained family units?

Oritz , Raul                                                July 28, 2022

29

1      **A.      Yes.**

2      Q.     Now, the detention of juveniles is not

3  something that just happened under President Trump,

4  correct?

5      **A.      That's correct.**

6      Q.     Juveniles have been detained since you

7  joined the Border Patrol.

8      **A.      That's correct.**

9      Q.     Okay.  And are you familiar with something

10  known as the Flores consent decree?

11      **A.      Yes.**

12      Q.     And do you know when the Flores consent

13  decree was entered roughly?

14      **A.      I know that in 2018 and '19, I traveled to**

15  **Los Angeles to participate in a hearing under the**

16  **Flores decree.  I can't remember the exact month.**

17      Q.     Okay, all right.  Has the Flores decree

18  existed for decades?

19      **A.      No, not that I know of.**

20      Q.     Okay, so you're not aware that it was

21  roughly entered in 1997?

22      **A.      No.**

Oritz , Raul                                           July 28, 2022

32

1      Q.     Okay, and then it coordinates with HHS to

2   remove them from Border Patrol facilities, right?

3      **A.     Yes.**

4      Q.     Family units.  Do you segregate or separate

5   family units from single adults?

6             MR. DARROW:  Objection.

7      **A.     We try to.**

8      Q.     And when you say Border Patrol tries to

9   separate family units from single adults, is that

10  when there is capacity?

11     **A.     That's correct, it's dependent on space and**

12  **detention and the facility itself.  They are**

13  **certainly separated within cells, but quite often in**

14  **the processing area, we have seen on occasion family**

15  **units and single adults commingled.**

16     Q.     Okay.  Now, again, I'm going to carve off

17  unaccompanied children.  I'm not talking about HHS.

18  I'm not trying to wander into that because I think

19  the answer's going to vary.  I just want to talk

20  about family units.  So that's the premise of this

21  question and probably a series of questions.  Is

22  Border Patrol's capacity dependent upon how fast you

Oritz , Raul                                           July 28, 2022

33

1   can move out families to ICE?

2       **A.    Yes.**

3       Q.    So if ICE is either unwilling or unable to

4   take family units, Border Patrol's facilities become

5   more and more crowded?

6            MR. DARROW:  Objection.

7       **A.    Yes.**

8       Q.    So if ICE were to cut its detention

9   capacity in half, that would have an impact on Border

10  Patrol.

11           MR. DARROW:  Objection.

12      **A.    Yes.**

13      Q.    And if ICE were to cease detaining family

14  units, that could have an impact on Border Patrol.

15           MR. DARROW:  Objection.

16      **A.    Yes.**

17      Q.    I'm going to -- I'm going to show you what

18  I'm going to mark for identification as Exhibit 1.  I

19  actually got a copy for him.  I'm giving you --

20           MR. DARROW:  Okay.

21           MR. GUARD:  -- your copy too.

22                          (Ortiz Exhibit No. 1

Oritz , Raul                                                    July 28, 2022

                                                                        40

1   understanding is there one that -- where ICE agrees

2   to provide transportation from the border?

3        A.   Yes.

4        Q.   All right.  Does ICE also agree to

5   transport aliens back to their country of origin as

6   part of the memorandum?

7        A.   Yes.

8        Q.   Okay.  And another I guess relationship

9   that ICE and Border Patrol has is that ICE agrees to

10  accept transfer aliens that need to be detained; is

11  that correct?

12       A.   That's correct.

13       Q.   All right.  And for -- strike that.  Would

14  it be fair to say that Border Patrol often detains

15  aliens that it encountered at the southern border

16  until they can be processed and turned over to ICE?

17       A.   Yes.

18       Q.   Would you agree, Chief Ortiz, that the

19  southern border is currently in crisis?

20            MR. DARROW:  Objection.

21       A.   Yes.

22       Q.   Would you agree, Chief Ortiz, that historic

Oritz , Raul                                           July 28, 2022

41

1    numbers of aliens are illegally entering the United

2    States through the southern border?

3              MR. DARROW:  Objection.

4    **A.    Yes.**

5         Q.    Would you agree, Chief Ortiz, that

6    unprecedented numbers of aliens are illegally

7    entering the United States right now?

8              MR. DARROW:  Objection.

9    **A.    Yes.**

10        Q.    Would you agree, Chief Ortiz, that more

11   aliens are going through the southern border than we

12   have seen in the last 20 years?

13   **A.    Yes.**

14        Q.    Would you agree -- would you agree, Chief

15   Ortiz, the Border Patrol has never had as many

16   encounters with aliens in a physical year as it has

17   had in the last two years?

18             MR. DARROW:  Objection.

19   **A.    Yes.**

20        Q.    Chief Ortiz, do you expect the historic

21   number of aliens illegally entering the United States

22   to increase in the near term?

Oritz , Raul                                        July 28, 2022

42

1          MR. DARROW:  Objection.

2      **A.    Actually, we'd seen a decrease over the**

3  **last two months, and I expect that in July, we will**

4  **see a continuing decrease from the previous two**

5  **months.**

6      Q.    Is some of that the seasonality of the

7  border?

8      **A.    I haven't seen much of a seasonal trend**

9  **over the last three or four years.**

10     Q.    Okay.  Are you familiar with something

11  known as Title 42?

12     **A.    I am.**

13     Q.    Do you expect that the number of aliens

14  trying to illegally enter the United States will

15  increase if the Title 42 order is rescinded?

16          MR. DARROW:  Objection.

17     **A.    I always prepare for scenarios that may**

18  **impact the flow of the migrant population, and so we**

19  **have prepared for both higher and lower numbers.**

20     Q.    I'm going to show you what I'm going to

21  mark for identification as Exhibit 3 to your

22  deposition.

Oritz , Raul                                                            July 28, 2022

43

1                                    (Ortiz Exhibit No. 3

2                                     was marked for

3                                     identification.)

4              MR. DARROW:  Thank you.

5              BY MR. GUARD:

6         Q.   Have you seen Exhibit 3 before, Chief

7    Ortiz?

8         **A.   I have.**

9         Q.   What is Exhibit 3?

10        **A.   It's a memorandum that I signed on May**

11   **19th, 2022, and it discusses the non-citizen releases**

12   **from our custody.**

13        Q.   Okay.  And so that's roughly two months

14   ago?

15        **A.   That's correct.**

16        Q.   All right.  In your experience 31 years

17   with the Border Patrol, have you ever seen a document

18   -- or have you ever seen a memorandum like Exhibit 3

19   before?

20        **A.   No.**

21        Q.   Why did you send out Exhibit 3?

22             MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

44

1       A.      To ensure that our Border Patrol sectors

2    were coordinating with our non-governmental

3    organizations and were also focused on perhaps the

4    impact to the communities and ensuring that we were

5    coordinating with our ICE partners.

6       Q.      Would you agree with me, Chief Ortiz, that

7    Exhibit 3 deals with the possible rescission of Title

8    42?

9           MR. DARROW:  Objection.

10      A.      Yes.

11      Q.      Would you agree with me, Chief Ortiz, that

12   Exhibit 3 provides directions to sectors in the

13   southwest border if the capacity becomes an issue?

14      A.      Yes.

15      Q.      And what does this memorandum direct the

16   sector chiefs to do if detention capacity becomes an

17   issue on the southwest border because of the repeal

18   of Title 42?

19           MR. DARROW:  Objection.

20      A.      It directs the sectors to ensure that prior

21   to any releases, that we have worked closely with our

22   non-governmental organizations or our partners within

Oritz , Raul                                          July 28, 2022

45

1    our respective communities.  It also reminds the

2    sectors to factor in the safety and security of the

3    migrant populations that we are processing.  One of

4    the things that we did not want to see happen is

5    migrants released in the middle of the night where

6    transportation nodes were closed if they weren't able

7    to be turned over to a nongovernmental organization

8    because NGOs and their facilities were also facing

9    some constraints and challenges with respect to

10   space.

11        Q.    Wasn't this guidance issued for situations

12   where ICE was either unable or unwilling to accept

13   transfers of aliens?

14             MR. DARROW:  Objection.

15        A.    Yes.

16        Q.    And if ICE were either unwilling or unable

17   to accept transfer of aliens, this memo authorizes

18   the sectors to release aliens into the interior of

19   the United States.

20             MR. DARROW:  Objection.

21        A.    Well, it authorizes them to release them

22   into the communities that they were apprehended in.

Oritz , Raul                                                        July 28, 2022

46

1      Q.     Okay.   And does Exhibit 3 authorize the

2   release of aliens that would otherwise be

3   inadmissible into the United States?

4           MR. DARROW:   Objection.

5      **A.     Yes.**

6      Q.     Have you ever heard the term "broken

7   arrow"?

8      **A.     Yes.**

9      Q.     What is a broken arrow?

10     **A.     Typically in the context of operations, it**

11  **is unsustainable operational circumstances.**

12     Q.     Okay.   Is Exhibit 3 meant to deal with

13  situations where Border Patrol had what amounts to a

14  broken arrow?

15          MR. DARROW:   Objection.

16     **A.     No.**

17     Q.     Okay.   Can you explain to me why not?

18     **A.     Well, we still had processes in place, and**

19  **we still expected a majority of the encounters that**

20  **we were experiencing on the southwest border would be**

21  **facilitated from us to NGOs, but we also recognize**

22  **that in a couple locations, that we were going to**

Oritz , Raul                                          July 28, 2022

53

1  numbers in '21 and '22 is the southern border?

2         MR. DARROW:  Objection.

3     **A.    Yes.**

4     Q.    Okay.  From your 31 years of experience,

5  has the Border Patrol in a year ever had the number

6  of encounters that it's going to have in 2022?

7         MR. DARROW:  Objection.

8     **A.    No.**

9     Q.    Is the crisis that is currently ongoing at

10 the southern border making the border less safe for

11 Americans and aliens alike?

12        MR. DARROW:  Objection.

13    **A.    Yes.**

14    Q.    Before I move on, turning back for a minute

15 to I think it was Exhibit 3, has to your knowledge

16 Exhibit 3 ever been implemented?

17    **A.    No.**

18    Q.    Okay.  Chief Ortiz, are you aware that more

19 aliens have died trying to illegally enter the United

20 States in the last two years than ever before?

21        MR. DARROW:  Objection.

22    **A.    Yes.**

Oritz , Raul                                          July 28, 2022

54

1       Q.      Now, Chief Ortiz, does CBP components

2    survey aliens that they encounter on why they were

3    entering the United States?

4       A.      Yes.

5       Q.      I'm going to show you what I marked for

6    identification as Exhibit I think 6.

7                              (Ortiz Exhibit No. 6

8                               was marked for

9                               identification.)

10          MR. DARROW:  Thank you.

11          BY MR. GUARD:

12      Q.      Exhibit 6 is an overview of the southwest

13   border by CBP, correct?

14      **A.      Yes.**

15      Q.      Have you ever seen Exhibit 6 before?

16      **A.      I'm not sure what the date is on this, but**

17   **yes, it does look familiar.**

18      Q.      All right.  Well, let's try to figure out

19   the date from -- from the document.  If you look at

20   the first paragraph of Exhibit 6, that first bullet

21   point mentions spring of 2021, correct?

22      **A.      Yes.**

Oritz , Raul                                         July 28, 2022

55

1      Q.    And that's -- it is talking about

2   unaccompanied children that arrived at the border

3   through spring of 2021; is that correct?

4      A.    That's correct.

5      Q.    So it would appear to be at some point in

6   time after the spring of 2021?  Is that fair to say?

7      A.    That's fair to say.

8      Q.    All right.  And if you look at page 2 at

9   the second bullet point, it talks about two

10  hurricanes, Ada and Iota, that made landfall in

11  November of 2020, so again, sometime after the late

12  2020 is what that paragraph seems to indicate?

13     A.    Yes.

14     Q.    And so sometime late 2020 would be when

15  this document -- hold on.  Strike that.  Going back

16  to that first bullet point, the first three months of

17  fiscal year 2021 -- never mind.  Strike that.  On the

18  second page of Exhibit 6, at the first bullet

19  point --

20     A.    On the second page you said?

21     Q.    Yes, sir.

22     A.    Uh-huh.

Oritz , Raul                                        July 28, 2022

                                                              56

1      Q.    The overview lists seven factors that CBP

2  designates as, quote, the primary push-pull factors

3  cited by migrants?

4           MR. DARROW:  Objection.

5           BY MR. GUARD:

6      Q.    Did I read that correct?

7      **A.    Yes.**

8      Q.    All right.  And what are push-pull factors?

9      **A.    Those are factors that are considered**

10 **either drivers or opportunities that migrants may**

11 **perceive as a reason to enter illegally into the U.S.**

12     Q.    Okay.  Looking at the first I guess

13 sub-bullet point under -- under the primary push-pull

14 factors that are cited by migrants, it says economic

15 opportunities.  Did I read that correct?

16     **A.    Yes.**

17     Q.    All right.  Economic opportunities are --

18 would you agree are a consistent driver of aliens

19 entering the United States?

20          MR. DARROW:  Objection.

21     **A.    Yes.**

22     Q.    In your 31 years, economic opportunities

Oritz , Raul                                          July 28, 2022

58

1    States?

2         **A.    Yes.**

3         Q.    Okay.  Fear of violence is the next bullet

4    point.  Did I read that correct?

5         **A.    Yes.**

6         Q.    All right.  Fear of violence -- has that

7    been a factor that has been present for at least part

8    of your 31 years as a Border Patrol agent driving

9    illegal immigrants into the United States?

10        **A.    Yes.**

11        Q.    Okay.  If you drop down a couple more,

12   perception -- perceptions of favorable U.S.

13   immigration policies, you see that?

14        **A.    Yes.**

15        Q.    Do you know if prior to the Biden

16   administration being inaugurated, whether aliens had

17   a favorable view or favorable perception of U.S.

18   immigration policies?

19             MR. DARROW:  Objection.

20        **A.    Repeat the question please?**

21        Q.    Sure.  Let me -- I inartfully worded it

22   because I actually worded two questions together.

Oritz , Raul                                          July 28, 2022

                                                              59

1   Prior to January 20th, 2021 when President Biden was

2   inaugurated, from your experience as a Border Patrol

3   agent, did aliens have a favorable view or

4   unfavorable view of Trump's immigration policies?

5           MR. DARROW:  Objection.

6       A.    **They had an unfavorable view.**

7       Q.    Okay.  Would an unfavorable view of Trump's

8   immigration policies kept aliens from coming the

9   border?

10          MR. DARROW:  Objection.

11      A.    **Some.**

12      Q.    Okay.  When President Biden was elected,

13  did the number of aliens trying to illegally enter

14  the United States increase or decrease?

15          MR. DARROW:  Objection.

16      A.    **Increase.**

17      Q.    Okay.  Did caravans restart to the border

18  after President Biden was elected?

19          MR. DARROW:  Objection.

20      A.    **Caravans are a recent phenomenon that we've**

21  **seen over the last couple of years.**

22      Q.    Okay.  Since President Biden was elected,

Oritz , Raul                                              July 28, 2022

60

1   does this document indicate that aliens illegally

2   entering the United States perceive that they will be

3   able to enter and remain in the United States?

4            MR. DARROW:  Objection.

5       A.   **Yes.**

6       Q.   You can set that document aside.  I think

7   we're on 7.

8                           (Ortiz Exhibit No. 7

9                            was marked for

10                           identification.)

11           BY MR. GUARD:

12      Q.   I'm going to show you what I marked for

13  identification as Deposition Exhibit 7.

14           MR. DARROW:  Thank you.

15           BY MR. GUARD:

16      Q.   Have you seen Deposition Exhibit 7 before?

17      A.   **Not this specific document.**

18      Q.   Okay.  Does Exhibit 7 have comments that

19  Secretary Mayorkas, Commissioner -- Acting

20  Commissioner Miller and you made?

21      A.   **Yes.**

22           MR. DARROW:  Objection.

Oritz , Raul                                                    July 28, 2022

61

```
 1            BY MR. GUARD:
 2     Q.    What is the date of Exhibit 7?
 3     A.    September 20th.
 4     Q.    Okay.
 5     A.    '21, sorry.
 6     Q.    What were the circumstances that caused you
 7  to -- you, Secretary Mayorkas and Acting Commissioner
 8  Miller to make comments on that day?
 9     A.    We had a mass migration event in Del Rio,
10  Texas of between 16 and 19 thousand migrants from
11  principally Haiti, but we also encountered
12  individuals from Venezuela, Cuba, Nicaragua and a few
13  other countries.
14     Q.    And there was news coverage going on of
15  migrants living under a bridge I think?
16            MR. DARROW:  Objection.
17            BY MR. GUARD:
18     Q.    Is that correct?
19     A.    Yes.
20     Q.    All right.  And there was a lot of press
21  coverage.  Would that be fair?
22            MR. DARROW:  Objection.
```

Oritz , Raul                                              July 28, 2022

                                                                    62

1       **A.    Yes.**

2       Q.    Okay.  And you had to respond to that

3    situation, right?

4             MR. DARROW:  Objection.

5       **A.    Yes.**

6       Q.    Okay.  And what -- the comments that were

7    being made by the three of you were kind of detailing

8    that -- the Border Patrol's response to the situation

9    of the 16 to 19 thousand migrants that had entered

10   the United States illegally, right?

11            MR. DARROW:  Objection.

12      **A.    Yes.**

13      Q.    Okay.  I want to kind of focus on your

14   comments, and if you look at the third page of

15   Exhibit 7, and I'm not sure if it's -- since there's

16   no indents, I can't tell if it's a continuation of

17   the previous paragraph or it's a new paragraph, but

18   the paragraph that says, "I talked yesterday"?  Do

19   you see where I am at the top of the page?

20      **A.    Yes, okay.**

21      Q.    You said, "I talked yesterday about how so

22   much of this migration is driven through social media

Oritz , Raul                                                    July 28, 2022

63

1   and word of mouth, and smugglers are significant

2   drivers of the misinformation that people that" --

3   "that gets to people to undertake these dangerous

4   journeys."  What are you describing with that

5   sentence?

6        A.    So prior to this event, we had scheduled

7   some repatriation flights back to Haiti.  Those

8   flights were cancelled, and when those flights were

9   cancelled, those migrants were unable to be

10  repatriated, and so what happens quite often is the

11  migrant population will use the social media

12  platforms to inform folks that were already making

13  the trek from South America and from some of the

14  other countries, most -- or quite a few of the

15  Haitian migrants that we encountered underneath the

16  bridge had already been domiciled in other countries

17  in South America.  So they had begun to make the

18  trek, and when they found out that the flights had

19  been turned off in Del Rio, we found that criminal

20  organizations, smuggling organizations were

21  chartering buses and driving them to Ciudad Acuna,

22  which is just south of Del Rio.

Oritz , Raul                                                July 28, 2022

64

1      Q.     Okay, and the migrants were being told that

2    if you go to the Del Rio sector, you will not be

3    repatriated, correct?

4             MR. DARROW:  Objection.

5      **A.     They were told a couple of things.  They**

6    **were told that it's safe in Acuna and in Del Rio.**

7    **They were told that they would be processed**

8    **relatively quickly, and then I'm sure they were told**

9    **that there was a chance that they may be released.**

10     Q.     Okay.  Were -- from those flights that were

11   cancelled, were any of those Haitians actually

12   released into the interior of the United States?

13     **A.     Yes.**

14     Q.     Do you know approximately how many Haitians

15   were released into the interior of the United States?

16     **A.     No.**

17     Q.     Are we talking tens, hundreds or thousands

18   --

19            MR. DARROW:  Objection.

20            BY MR. GUARD:

21     Q.     -- being released?

22     **A.     I would assume it was in the hundreds**

Oritz , Raul                                              July 28, 2022

66

1    other surrounding sectors, and we actually flew some

2    of them to other sectors.  What their disposition

3    once they reached the processing centers is unknown

4    to me.

5         Q.    Okay.  This was September of 2021?

6         A.    That's correct.

7         Q.    All right.  Do you know if by September of

8    2021, ICE was -- or had any detention beds for family

9    units?

10             MR. DARROW:  Objection.

11        A.    No.

12        Q.    No, you don't know that they had -- whether

13   they had detention for family units, or no, they did

14   not have any detention for family units?

15        A.    It is my understanding that they did not

16   have any detention beds for family units.

17        Q.    So as to the family units in that group of

18   16 to 19 thousand people, they could not have been

19   detained, right?

20             MR. DARROW:  Objection.

21        A.    That's correct.

22        Q.    All right.  So the option would have been

Oritz , Raul                                                    July 28, 2022

67

1    to admit them or to repatriate them, right?

2            MR. DARROW:  Objection.

3    **A.    Yes.**

4    Q.    Now, if you look at the next paragraph in

5    your statement -- first let me ask you this because I

6    forgot to ask it, and you can take a minute if you'd

7    like to take a minute, but are the paragraphs here

8    that -- where it says transcript of U.S. Border

9    Patrol Chief Ortiz, are they accurate?

10   **A.    Yes.**

11   Q.    Okay.  If you look at the last paragraph,

12   the first sentence says, "The smugglers leverage

13   misinformation to mislead people.  Some of that

14   information is focused on TPS."  First, what is TPS?

15   **A.    Temporary protective status.**

16   Q.    All right.  And what are smugglers doing

17   with information on TPS?

18   **A.    They are telling -- or they were telling**

19   **the migrant population that regardless of when you**

20   **entered or were processed, that you would be allowed**

21   **to stay in the United States.**

22   Q.    Would you agree, Chief Ortiz, that the

Oritz , Raul                                          July 28, 2022

68

1    aliens who cite favorable immigration policy as a

2    reason to come to the United States are perceiving

3    what actually is happening in the United States?

4           MR. DARROW:  Objection.

5    **A.    Yes.**

6    Q.    Prior to President Biden being elected, did

7    you review Candidate Biden's immigration proposals?

8           MR. DARROW:  Objection.

9           THE WITNESS:  No.

10          MR. GUARD:  If this is a good time to take

11   a break, we can take a break because I did not write

12   down my tab number on --

13          THE WITNESS:  Yeah.

14          MR. GUARD:  -- this exhibit, and we've been

15   going for a while.

16          THE WITNESS:  That'll work.

17          MR. GUARD:  Okay.

18          THE VIDEOGRAPHER:  We are now off the

19   record at 10:48.

20              (Recessed at 10:48 a.m.)

21              (Reconvened at 10:57 a.m.)

22          THE VIDEOGRAPHER:  We're now back on the

Oritz , Raul                                                    July 28, 2022

81

1       Q.      What is pocket trash?

2       **A.      It could be anything from a map to phone**

3    **numbers to smugglers or, you know, information on who**

4    **to contact when they make it to the U.S.**

5       Q.      Do sometimes pocket trash include

6    information indicating that whatever they've told the

7    Border Patrol agent is not true?

8               MR. DARROW:  Objection.

9       **A.      Yes.**

10      Q.      Okay.  Under 1225, if an alien doesn't have

11   a visa and a valid passport, what is supposed to

12   happen to that alien?

13              MR. DARROW:  Objection.

14      **A.      We take them into custody.**

15      Q.      Okay.  Are they supposed to be detained?

16              MR. DARROW:  Objection.

17      **A.      Yes.**

18      Q.      Okay.  And -- and they're to be removed

19   unless they request asylum?

20              MR. DARROW:  Objection.

21      **A.      Yes.**

22      Q.      Okay.

Oritz , Raul                                                July 28, 2022

86

1      Q.     Would you agree with me, Chief Ortiz, that

2   the vast majority of asylum claims, there is not a

3   credible fear of persecution or torture?

4           MR. DARROW:  Objection.

5      **A.     I do not have the disposition of all the**

6   **credible fear claims, and it would be unfair for me**

7   **to --**

8      Q.     Okay.  And -- but that interview is

9   supposed to take place before the alien is processed

10  further, correct?

11          MR. DARROW:  Objection.

12     **A.     Yes.**

13     Q.     Okay.  Are Border Patrol agents currently

14  performing credible fear interviews before they

15  either parole or release aliens on their own

16  recognizance?

17          MR. DARROW:  Objection.

18     **A.     No.**

19     Q.     Is Border Patrol transferring aliens who

20  have made asylum claims to ICE custody without

21  performing credible fear interviews?

22     **A.     Yes.**

Oritz , Raul                                                July 28, 2022

87

1      Q.    Looking -- looking back at -- at Exhibit

2    Number 9 at I think it's (b)(1) large B sub -- you

3    got to love these statutes.  Three little I -- or no,

4    excuse me, two little I, it says "Referral of Certain

5    Aliens."  You see that?

6      **A.    I do.**

7      Q.    All right.  What does that section indicate

8    that is supposed to happen if the asylum officer

9    determines that an alien has a credible fear of

10   persecution?

11           MR. DARROW:  Objection.

12     **A.    The alien shall be detained for further**

13   **consideration of the application for asylum.**

14     Q.    If you look at the next subsection, so

15   that's 1225(b)(2) big B sub 3 little I big I, what is

16   supposed to happen if the asylum officer finds that

17   an alien does not have a credible fear of

18   persecution?

19           MR. DARROW:  Objection.

20     **A.    Removal without further review if no**

21   **credible fear of persecution.**

22     Q.    Is the alien supposed to be detained until

Oritz , Raul                                    July 28, 2022

88

1  removal?

2           MR. DARROW:  Objection.

3      **A.    Yes.**

4      Q.    Okay.  Now, that's not necessarily the end

5  of the process, correct?

6      **A.    That's correct.**

7           MR. DARROW:  Objection.

8           BY MR. GUARD:

9      Q.    An alien who's made an asylum claim can ask

10  for review; is that right?

11          MR. DARROW:  Objection.

12     **A.    Yes.**

13     Q.    If the alien asks for review of a finding

14  of no credible fear, if you look at 1225(b)(2), sub

15  B, I think it's three little I, sub 4, there's a

16  section that says "Mandatory Detention."  Excuse me.

17  (b)(1).  Sorry.  (b)(1) sub B three little I sub 4.

18  It's on 2, second column, second heading in, it says

19  "Mandatory Detention."  Do you see that?

20     **A.    I do.**

21     Q.    All right.  So if an alien who got a

22  finding of no credible fear on their asylum claim

Oritz , Raul                                          July 28, 2022

89

 1   wants a hearing, what is supposed to happen to that

 2   alien pending the hearing?

 3           MR. DARROW:  Objection.

 4   **A.    Should be detained.**

 5   Q.    And it actually uses the word "mandatory,"

 6   correct?

 7           MR. DARROW:  Objection.

 8           BY MR. GUARD:

 9   Q.    Now, Chief Ortiz, when you tell your Border

10   Patrol agents that they shall do something, do you

11   expect them to follow your command?

12           MR. DARROW:  Objection.

13   **A.    Yes.**

14   Q.    Okay.  When you tell your Border Patrol

15   agents that they shall do something, do you expect

16   that they will try and figure out ways around your

17   command?

18           MR. DARROW:  Objection.

19   **A.    No.**

20   Q.    Okay.  For example, did the Border Patrol

21   agent require its agents to obtain the COVID-19

22   vaccine?

Oritz , Raul                                                July 28, 2022

92

1    Q.    And we're going to look at I think the

2    statute that allows for that in a little bit, but

3    those situations that you just described are

4    individual one-off kind of situations, correct?

5         MR. DARROW:  Objection.

6    **A.    That's correct.**

7    Q.    Okay.  Is there anything within section

8    1225 that allows for the processing of family units

9    to be different --

10        MR. DARROW:  Objection.

11        BY MR. GUARD:

12   Q.    -- than single adults?

13   **A.    I don't believe so.**

14   Q.    Okay.  Chief Ortiz, if trafficking

15   organizations know that family units will be

16   released, aren't they likely to disseminate that

17   information to migrants?

18        MR. DARROW:  Objection.

19   **A.    Yes.**

20   Q.    Okay.  Does differentiating detention

21   policy based on whether an alien is part of a family

22   or not encourage some forms of irregular immigration

Oritz , Raul                                                   July 28, 2022

93

1    to the United States?

2            MR. DARROW:  Objection.

3        A.    I would imagine so.

4        Q.    Okay.  Does differentiating detention

5    policy based on the nationality of an alien encourage

6    irregular immigration?

7            MR. DARROW:  Objection.

8        A.    Yeah, so you think about, you know, what

9    we're experiencing right now with Cuban, Venezuelans

10   and Nicaraguans and to some degree Peruvians now, the

11   fact that we do not have the ability to repatriate

12   those populations has certainly increased the

13   migration flows from those countries, and so to

14   answer your question, yes.

15       Q.    Sure.  And do you know if ICE is detaining

16   individuals from those four countries that you just

17   listed?

18       A.    So we have instituted a initiative in the

19   last week where we are trying to detain as many of

20   that population within ICE custody in certain areas.

21   We -- when you look at the nine southwest border

22   sectors over the last 12 months, three of them have

Oritz , Raul                                          July 28, 2022

94

1   been problematic for us as an organization, Yuma, Del

2   Rio, Rio Grande Valley.  We have been able to do a

3   very good job of managing the security in San Diego,

4   El Centro, El Paso, Big Bend, Laredo.  We don't see

5   the same migration flow patterns in those sectors,

6   and a lot of that is driven by the criminal

7   organizations.

8           And so when you think about instituting a

9   -- and having the ability to detain certain

10  populations, you really want to focus that in areas

11  where you see the highest flows, and that continues

12  to be those three sectors, Yuma, Del Rio and Rio

13  Grande Valley.

14      Q.    And so you want -- is the purpose of kind

15  of targeted detention of specific populations to

16  either dissuade immigration coming to the southern

17  border, or is it to cause the flows to go to those

18  other sectors and spread out?

19          MR. DARROW:  Objection.

20          BY MR. GUARD:

21      Q.    Or both?

22      A.    It's actually even more than that.  It's an

Oritz , Raul                                        July 28, 2022

95

1   **opportunity, one, to institute a consequence against**

2   **the migrant populations, and then certainly as a**

3   **deterrent.**

4       Q.   Okay.  Going back for a moment to Exhibit

5   Number 9, if you look at I think it's (b)(2)(C), big

6   C, so that's on page 3, first column, bottom of it,

7   it says, "Treatment of aliens arriving from

8   contiguous territory."  It's on the bottom of the

9   third page, first column.

10      **A.   Okay.**

11      Q.   Are you familiar with a policy called

12  remain in Mexico?

13           MR. DARROW:  Objection.

14      **A.   Yes.**

15      Q.   Okay.  And that policy explicitly required

16  migrants to remain in Mexico until their asylum

17  hearing; is that correct?

18           MR. DARROW:  Objection.

19      **A.   Yes.**

20      Q.   Okay, and the Biden administration ended

21  that policy, correct?

22      **A.   Initially, yes.**

Oritz , Raul                                               July 28, 2022

                                                                    100

1   this subsection in memos, correct?

2        **A.    That's correct.**

3             MR. DARROW:  Objection.

4             BY MR. GUARD:

5        Q.    Looking at section 1182, I believe it's D

6   sub 5 sub A, the authority that's granted by Congress

7   in this section is for relief on a case-by-case

8   basis, correct?

9             MR. DARROW:  Objection.

10       **A.    Yes.**

11       Q.    And Congress chose in that subsection not

12  to utilize the word "class," right?

13            MR. DARROW:  Objection.

14       **A.    Yeah, I don't see class in here.**

15       Q.    Okay.  1182(b) sub 5 sub A requires an

16  individualized determination can be utilized, right?

17            MR. DARROW:  Objection.

18       **A.    It says by case-by-case basis, yes.**

19       Q.    Okay.  Now, you mentioned earlier on that

20  you were now detaining aliens from certain countries

21  in certain sectors.  You recall that?

22       **A.    Yes.**

Oritz , Raul                                                    July 28, 2022

                                                                        107

1   talked I believe about the MPP pathway, correct?

2       A.    Yes.

3       Q.    All right.  We haven't yet talked about the

4   expedited removal pathway, have we?

5       A.    No.

6             MR. DARROW:  Objection.

7             BY MR. GUARD:

8       Q.    Okay.  What is expedited removal?

9       A.    It's a Title 8 processing pathway for

10  migrants that do not have a credible fear or asylum

11  claim.

12      Q.    Okay, and what happens to aliens who are

13  subject to expedited removal?

14      A.    They are processed and then turned over to

15  ICE for detention and then repatriated back.

16      Q.    Okay.  Do you know if there are any pending

17  rules or pending proposed rules regarding expedited

18  removal?

19            MR. DARROW:  Objection.  That's subject to

20  the deliberative process privilege.  Don't answer

21  that.

22            MR. GUARD:  I believe it's actually been

Oritz , Raul                                                        July 28, 2022

108

1    published in the Federal Register, so I was not

2    seeking deliberative privilege material.  If you'll

3    let me get the proposed rule out, I'm happy to do

4    that.

5              MR. DARROW:  No, I just clarified that

6    you're asking for public matter.

7              BY MR. GUARD:

8       Q.    Yes.  Are you aware that there's public

9    information about a change to expedited removal?

10      **A.    Yes.**

11      Q.    And what is your understanding of the

12   proposed rule on expedited removal?  What is the

13   change?

14      **A.    I'd have to -- I'd have to go back and**

15   **review it.**

16      Q.    Well, does it expand -- do you know sitting

17   here right now as the chief of the Border Patrol

18   whether it expands or contracts expedited removal?

19             MR. DARROW:  Objection.

20      **A.    I believe it contracts it.**

21      Q.    Okay.  So you're having a historic surge of

22   aliens crossing the southern border, and the Biden

Oritz , Raul                                                    July 28, 2022

109

1  administration is trying to tie Border Patrol's hands

2  and restrict a processing pathway; is that correct?

3           MR. DARROW:  Objection.

4      A.    I can't assume what the policy officials

5  are proposing.  I can tell you that as Border Patrol

6  agents, you know, we try and leverage as many of the

7  pathways that we have at our disposal, and ER is one

8  of them.

9      Q.    Okay.  And the contraction of the

10 availability of ER, as you called it, means that the

11 aliens that were going through expedited removal have

12 to go through a different pathway, right?

13          MR. DARROW:  Objection.

14     A.    Potentially, yes.

15     Q.    Okay.  And so we talked about MPP earlier,

16 and that -- MPP is not being utilized to the extent

17 it was previously under the Trump administration,

18 correct?

19          MR. DARROW:  Objection.

20     A.    Yes.

21     Q.    So MPP has been contracted, right?

22          MR. DARROW:  Objection.

Oritz , Raul                                                    July 28, 2022

110

1     A.    Yes.

2     Q.    Expedited removal has been contracted.

3           MR. DARROW:  Objection.

4     A.    **We're still leveraging ERs, not -- not to**

5     **the same degree that -- that we have in the past.**

6     Q.    Okay, and so two pathways that were

7     previously available are being limited or contracted,

8     right?

9           MR. DARROW:  Objection.

10    A.    Yes.

11    Q.    There are -- on the seven -- or the --

12    looking at the bottom, the seven different

13    categories, we talked about expedited removal and

14    MPP.  There are two that have the -- well, yeah, have

15    -- one has NTA and the other has notice to appear.

16    Do you see that?

17    A.    Yes.

18    Q.    All right.  The warrant of arrest in NTA,

19    that's warrant of arrest slash notice to appear,

20    correct?

21    A.    **That's correct.**

22    Q.    All right.  And the one that's I guess two

Oritz , Raul                                                   July 28, 2022

117

1      Q.    Okay.  Did you approve of the expansion of

2  parole plus ATD to single adults?

3      A.    Yes.

4      Q.    Have you approved its utilization in

5  specific sectors?

6      A.    Yes.

7      Q.    What sectors have you approved its

8  utilization in?

9      A.    Yuma, Del Rio, and Rio Grande Valley.

10     Q.    Okay.  Now, we kind of moved past it pretty

11  quickly because of the bubble there, but as far as

12  family units, have you approved parole plus ATD being

13  utilized in any sectors?

14     A.    Yes.

15     Q.    What sectors have you approved parole plus

16  ATD to be utilized in?

17     A.    Those sectors that meet certain criteria,

18  to include detention capacity and our inability to

19  decompress to other locations.  So we have seen

20  spikes in other sectors on occasion, and so when we

21  do not have the ability to transfer the migrant

22  population to ICE, we do not have a mechanism to

Oritz , Raul                                                    July 28, 2022

118

1    return them, and they have been in our custody longer

2    than a certain period of time, I have authorized the

3    use of ATD plus parole in certain circumstances.

4        Q.     Okay.  Would it be in the three sectors

5    that you mentioned earlier?

6        A.     Yes.

7        Q.     And then a couple sectors on occasion

8    outside those three sectors.

9        A.     That's correct.

10       Q.     Okay.  Now, moving back to single adults,

11   how was the expansion of parole plus ATD communicated

12   to the associates of the southwest border?

13              MR. DARROW:  Objection.

14       A.     A couple of ways.  One, we issued a

15   memoranda, and then we also issued e-mail guidance to

16   the sectors.

17       Q.     Counsel, we've not received a copy of any

18   memoranda expanding it to single adults, and I think

19   we've requested that in discovery, so I would ask for

20   it again, and I'll reserve having to recall this

21   witness once we get that memo.  Do you have any idea

22   of approximately how many single adults have been

Oritz , Raul                                          July 28, 2022

1   released utilizing parole plus ATD?

2       **A.     No.**

3           MR. GUARD:  Okay, all right.  It is noon.

4   Do you want to take a break for lunch because I'm

5   about to start a whole new subject that's going to

6   take about an hour.

7           MR. DARROW:  Take a break for lunch?

8           THE WITNESS:  Sure.

9               (Recessed at 11:59 a.m.)

10              (Reconvened at 1:08 p.m.)

11          THE VIDEOGRAPHER:  We're now back on the

12  record at 13:08.

13          BY MR. GUARD:

14      Q.   All right, when we broke, we were talking

15  about immigration processing pathways that Border

16  Patrol utilizes.  I want to change the subject and

17  talk about detention and detention capacity.  Now, in

18  the last several physical years, Border Patrol under

19  your direction has taken proactive steps to deal with

20  the border crisis as far as its detention capacity,

21  correct?

22      **A.     Yes.**

Oritz , Raul                                    July 28, 2022

128

1    additions or subtractions to the budget of entities

2    that Border Patrol deals with?

3         **A.    Yes.**

4         Q.    Okay, and you were not Border Patrol chief

5    in -- when the physical year 2021 budget process was

6    going on, were you?

7         **A.    No, I was the deputy chief.**

8         Q.    Okay.  As deputy chief, would you have had

9    someone reporting to you on what was being published

10   as far as ICE's budget and the changes thereto as is

11   relevant to Border Patrol?

12        **A.    Yes.**

13        Q.    I'm going to mark for identification as

14   Exhibit 13 to your deposition the following document.

15                            (Ortiz Exhibit No. 13

16                             was marked for

17                             identification.)

18             MR. GUARD:  I couldn't get a stapler to

19   staple it.

20             MR. DARROW:  Too big.

21             BY MR. GUARD:

22        Q.    So that was my way of dealing with that

Oritz , Raul                                                July 28, 2022

129

1    problem.  Exhibit 13 is a Congressional justification

2    created by the Department of Homeland Security, U.S.

3    Immigration and Customs Enforcement budget overview,

4    correct?

5         **A.    That's what it appears to be, yes.**

6         Q.    And -- and there are similar documents for

7    each component of the Department of Homeland

8    Security, right?

9         **A.    Yes.**

10        Q.    And you're involved probably in the

11   creation of the CBP version of this document?

12        **A.    I am.**

13        Q.    Okay.  Now, looking at this document,

14   Exhibit 13, you first will turn to the page on the

15   bottom, it's labeled ICE 3, it's in the strategic

16   context portion of the document?

17             MR. DARROW:  You're talking this ICE-3?

18             MR. GUARD:  It's under the strategic

19   context component overview.  I'm not responsible for

20   --

21             MR. DARROW:  There might be a couple ICE 3s

22   in here.

Oritz , Raul                                      July 28, 2022

130

1          BY MR. GUARD:

2      Q.     I don't know why -- that would make no

3  sense, but -- hold on.  Let me look at it.

4      **A.     There is.**

5      Q.     Hold on.  Strike that.  Let's go back.

6  Let's go to instead ICE-O&S-18, or 17 is where it

7  starts.  Program change number 1 is listed as an

8  adult bed increase to 55,000 ADP.  That's the same as

9  that budget overview line item that we were looking

10  at a few minutes ago in Exhibit 12, correct?

11      **A.     Yeah, it appears to be the same.**

12      Q.     And if you look on page 18, it has a

13  justification for why the increase is necessary,

14  correct?

15      **A.     Yes.**

16      Q.     All right.  And -- and the reason at least

17  the Department of Homeland Security, or what the

18  Department of Homeland Security was telling Congress,

19  who appropriates money for it, is that the increase

20  provides ICE greater flexibility and capacity to

21  detain a larger number of recent border crossers,

22  alien populations ineligible for a quick turn,

Oritz , Raul                                              July 28, 2022

131

1    apprehensions and removals and criminal aliens.  Did

2    I read that justification correctly?

3         **A.    Yes.**

4         Q.    And then it -- it provides some ADP numbers

5    for previous years, correct?

6         **A.    Yeah, it appears like it goes back all the**

7    **way to 2017, and there's been a 33 percent increase,**

8    **22 percent increase over those years consecutively.**

9         Q.    And so for the 2019 number that is included

10   in this document, the number of an average daily

11   population at an ICE facility was 48,850, so almost

12   50,000 individuals.

13        **A.    That's correct.**

14        Q.    All right.  You'll turn to ICE dash O&S27,

15   it details a program change, it's program change

16   number 9 towards the bottom of the page, family bed

17   increase to 5,000 ADP.  Do you see that?

18        **A.    Yes.**

19        Q.    And so again, this is the other part of --

20   so the line item in the budget in brief that DHS

21   published was 60,000, the adult bed was 55,000, and

22   5,000 was family beds, correct?

Oritz , Raul                                          July 28, 2022

132

1     **A.      That's correct.**

2     Q.     All right.  And so this is just a

3     justification for two -- to Congress by DHS of what

4     they need, right?

5           MR. DARROW:  Objection.

6     **A.      It appears that that's what that is, yes.**

7     Q.     All right.  And if you turn, or you look at

8     the bottom of the page, the justification that ICE --

9     or that HHS is making to Congress, its appropriators,

10    is that in recent years, family unit arrivals have

11    outpaced ICE -- ICE's capacity for processing and

12    detaining families.  That's the justification for the

13    increase?

14          MR. DARROW:  Objection.

15          BY MR. GUARD:

16    Q.     Or what the document says the justification

17    for the increase is?

18    **A.      That, and the fact that they've seen a 341**

19    **percent increase from 2018 to 2019 was part of the**

20    **justification, yes.**

21    Q.     Okay.  All right, if you'll put that

22    document aside, and you're going to have to put it --

Oritz , Raul                                          July 28, 2022

133

1   I'm going to show you what I'm going to mark for

2   identification as Exhibit 14 to your deposition.

3                         (Ortiz Exhibit No. 14

4                          was marked for

5                          identification.)

6            THE WITNESS:  Thank you.

7            MR. DARROW:  Thank you.

8            BY MR. GUARD:

9       Q.   Exhibit 14 is the FY 2022 budget in brief

10  for the Department of Homeland Security, correct?

11      **A.   Yes.**

12      Q.   And again, this is a document that you

13  would have -- as either deputy chief or chief would

14  have been involved in at some point in time.

15      **A.   Yes.**

16      Q.   And it's a document that you would have had

17  someone on your staff review after it was published.

18      **A.   Yes.**

19      Q.   And that staff member would have been

20  looking to see changes for other DHS components that

21  could affect Border Patrol's operations, right?

22      **A.   Both the Border Patrol and CBP, and then**

Oritz , Raul                                          July 28, 2022

134

1    **also our partner agencies.**

2         Q.    Okay.  And again, this document contains a

3    section for CBP on page 23.

4         **A.    Yes.**

5         Q.    Okay.  And if you'll then flip to page 29,

6    there's a section for ICE, correct?

7         **A.    Yeah.**

8         Q.    All right, and if you'll look to page 35,

9    the only proposed major decrease to ICE's budget was

10   to decrease the number -- decrease to 30,000 adult

11   ADP.

12            MR. DARROW:  Objection.

13            BY MR. GUARD:

14        Q.    Did I read that correctly?

15        **A.    Yes.**

16        Q.    No other decrease that is disclosed in this

17   document for ICE?

18            MR. DARROW:  Objection.

19        **A.    I haven't reviewed the entire document, so**

20   **--**

21        Q.    Well, on page 35, is there any other

22   decrease?

Oritz , Raul                                                    July 28, 2022

135

1      **A.      That's the only one I see.**

2      Q.      Okay.  And if you look on -- do you see, if

3   you start on page 32 going through page 34, there are

4   a number of programs that are being increased, right?

5      **A.      Well, I believe the management efficiency's**

6   **being reduced.**

7      Q.      By five million dollars.

8      **A.      Yeah.**

9      Q.      Okay.  Other than the management

10  efficiencies and the adult ADP, there are no other

11  decreases disclosed in this DHS document, right?

12          MR. DARROW:  Objection.  He can't speak to

13  the whole document unless you give him a chance to

14  read the whole thing.

15          BY MR. GUARD:

16      Q.      Counsel, you're allowed to object to form.

17  You're not allowed to coach witnesses.  I would

18  appreciate if you would just please keep your

19  objections to object to form.  In the ICE section of

20  this document, so I'm talking pages 32 halfway down

21  through 35, little over three pages, there are only

22  two decreases proposed by DHS to ICE's budget, right?

Oritz , Raul                                             July 28, 2022

136

1       A.     Well, it actually starts on page 29.   Let

2  me -- those seem to be the only two decreases.

3       Q.     Okay, and if you look at the -- under -- on

4  page 35 under the major decreases section, it

5  indicates that their ADP level is going to 32,500,

6  paren, 30,000 adult and 2,500 family, correct?

7       A.     That's correct.

8       Q.     And in the previous budget, 55,000 adults

9  and 5,000 family beds were being requested.

10          MR. DARROW:  Objection.

11          BY MR. GUARD:

12      Q.     Right?

13      A.     Well, they were being requested, but that

14  was not what was authorized --

15      Q.     Okay, again, but --

16      A.     -- by Congress.

17      Q.     What was being requested was up to 55 and

18  five, correct?

19      A.     What was being requested in the '21 budget

20  was 60,000.  What was being requested in this budget

21  was 30 -- 30,000 -- or 3 -- 32,000 -- or 33,000, but

22  what was actually enacted was much lower than both

Oritz , Raul                                          July 28, 2022

137

1    those numbers.

2        Q.    And was that because DHS was operating on a

3    continuing resolution?

4        A.    I believe that's because that's what

5    Congress authorized, or appropriated.

6        Q.    Okay, all right.  And so this is a decrease

7    -- so this is 2021 is when this -- when this document

8    is being prepared.  We're at a historic unprecedented

9    flood of aliens across the border, and Department of

10   Homeland Security is decreasing the number of

11   detention beds?

12           MR. DARROW:  Objection.

13           BY MR. GUARD:

14       Q.    Is that right?

15       A.    1,500, yes.

16       Q.    You'll -- I'm going to mark for

17   identification as Exhibit 14, 15 --

18       A.    Yeah.

19           MR. DARROW:  Fifteen, yeah.

20                         (Ortiz Exhibit No. 15

21                          was marked for

22                          identification.)

Oritz , Raul                                                July 28, 2022

138

1            MR. DARROW:  Thank you.

2            BY MR. GUARD:

3       Q.    No problem.  Exhibit Number 15 is the FY

4  2023 budget in brief by the Department of Homeland

5  Security, correct?

6       **A.    Yes.**

7       Q.    Okay, and this again, you were chief of the

8  Border Patrol when this document was being created,

9  right?

10      **A.    That's correct.**

11      Q.    All right.  And would you have had some

12  involvement in at least either providing information

13  or in the preparation of this document?

14      **A.    On the CBP portion, yes.**

15      Q.    Okay.  And there is a, like in the previous

16  one, starting on page 26, there is a section for

17  Customs and Border Patrol, right?

18      **A.    Yes.**

19      Q.    All right.  And if you look on page 33,

20  there -- like in the previous budget in brief, the

21  two that we looked at, there is an ICE portion,

22  right?

Oritz , Raul                                    July 28, 2022

139

1     **A.     Yes.**

2     Q.     And if you turn to page 40, there's again a

3     section for FY 2023 major decreases, right?

4     **A.     Yes.**

5     Q.     And DHS was proposed to -- a budget that

6     decreased ADP to 25,000, right?

7     **A.     Yes.**

8     Q.     And so that's 5,000 adult ADP from the

9     previous budget.

10    **A.     Yes.**

11    Q.     Okay.  And in addition to the 5,000 less

12    adult ADP from the previous budget, so going from

13    30,000 to 25,000, this major decrease also eliminated

14    the funding for family detention beds, correct?

15          MR. DARROW:  Objection.

16    **A.     That's what it states, yes.**

17    Q.     Okay.  So again, in the middle of a

18    historic unprecedented flow of illegal immigrants

19    across the southern border, the Department of

20    Homeland Security's budget decreases the detention

21    capacity of ICE?

22          MR. DARROW:  Objection.

Oritz , Raul                                          July 28, 2022

140

1    **A.    It looks like it decreases the detention**

2    **capacity but increases the ATD program by $527**

3    **million.**

4         Q.    And so you brought up ATD, and so instead

5    of detaining aliens, this administration has decided

6    to release aliens, including inadmissible aliens into

7    the interior of the country, correct?

8              MR. DARROW:  Objection.

9    **A.    It decided to put them in another program**

10   **of detention, which is alternative to detention with**

11   **either electronic monitoring devices or another**

12   **technical means.**

13        Q.    Or having them call in or report

14   occasionally to an ICE facility, correct?

15   **A.    That's correct.**

16        Q.    All right.  I would assume, since you're

17   not an ICE person, you have no idea how many people

18   they're actually electronically monitoring right now,

19   do you?

20             MR. DARROW:  Objection.

21   **A.    I do not.**

22        Q.    Okay.  You do not know how many people

Oritz , Raul                                                    July 28, 2022

141

1    they're just having go by and occasionally check in

2    with an ICE office, right?

3        A.    No.

4              MR. DARROW:  Objection.

5        A.    I don't have access to that --

6        Q.    Okay.

7        A.    -- information.

8        Q.    Again, I assumed you wouldn't because

9    you're Border Patrol.  You're not ICE.  Now, have you

10   ever heard the phrase "catch and release"?

11       A.    Yes.

12       Q.    And the phrase "catch and release" is that

13   you -- at least in the context that you work in, is

14   that you catch an illegal alien and then you release

15   them, right?

16             MR. DARROW:  Objection.

17       A.    Typically that's how it's been used.

18       Q.    And so the budgets that we've looked at

19   have increased funding for releasing aliens,

20   including inadmissible aliens, right?

21             MR. DARROW:  Objection.

22       A.    It's using an alternate means of detention,

Oritz , Raul                                                    July 28, 2022

142

1   **yes.**

2        Q.    And that alternate means involves release,

3   right?

4        **A.    Ultimately --**

5              MR. DARROW:  Objection.

6        **A.    -- they are released into the community,**

7   **yes.**

8        Q.    Okay.  Do you have any idea how many people

9   on alternative detention have absconded from ICE's

10  custody?

11             MR. DARROW:  Objection.

12       **A.    I do not.**

13       Q.    In formulating policies for the Border

14  Patrol, did you consider the rate of -- that aliens

15  in the past had absconded in determining whether to

16  have a proposal pathway?

17             MR. DARROW:  Objection.  The formulation of

18  policies is deliberative process protected.

19             BY MR. GUARD:

20       Q.    Okay.  In the memo which we're about to get

21  to, there is no mention in that memo of the number of

22  aliens that absconded from parole, correct?

Oritz , Raul                                              July 28, 2022

143

1        **A.      That's correct.**

2        Q.    Okay.  For an organization that is to

3   provide security for the border, do you believe that

4   the number of aliens that abscond from control of ICE

5   would be a consideration that should be made?

6             MR. DARROW:  Objection.

7        **A.      The number of aliens that the Border Patrol**

8   **releases under the ATD parole pathway is typically**

9   **family units or single adults that are considered a**

10  **low threat population.  So there could be many**

11  **factors associated with their failure to report to an**

12  **ICE facility, anywhere from the address or their**

13  **final destination ended up being somewhere different**

14  **to, you know, their inability to actually get to an**

15  **ICE location close to where their final destination**

16  **was.**

17       Q.    Okay.  I'm going to show you what I marked

18  for identification to your deposition as Exhibit 16.

19                              (Ortiz Exhibit No. 16

20                               was marked for

21                               identification.)

22            MR. DARROW:  Thank you.

Henderson Legal Services, Inc.

Oritz , Raul                                            July 28, 2022

144

1              BY MR. GUARD:

2      Q.    Have you seen Exhibit 16 before?

3      **A.    No.**

4      Q.    Okay.  Exhibit 16 was information that the

5    Department of Homeland Security provided us in

6    connection with this case.  Now, looking at the top

7    query, there's a program called notice to report.

8    What was notice to report?

9      **A.    Notice to report was a processing pathway**

10   **that the previous chief of the Border Patrol, Rodney**

11   **Scott, developed and instituted because our**

12   **facilities were overcrowded and we needed to ensure**

13   **that we had a mechanism to process a low-threat**

14   **population and ease the overcrowded conditions in**

15   **some of our facilities.**

16     Q.    Okay.  And the aliens that were released to

17   the notice -- on the notice to report policy were

18   given a document that it was not a notice to appear,

19   correct?

20     **A.    That's correct.**

21     Q.    And they were basically told to go to the

22   nearest ICE location to the address they provided to

Oritz , Raul                                                    July 28, 2022

145

1   Border Patrol, right?

2           MR. DARROW:  Objection.

3       **A.     That's correct.**

4       Q.     Okay.  And does Border Patrol -- when it is

5   doing its biographical gathering during the

6   inspection, does it request addresses where the alien

7   is going to?

8       **A.     It depends on what type of process we're**

9   **doing, but normally when we issue a notice to appear,**

10  **yes.**

11      Q.     Okay.  And it's not unusual for them to

12  request -- request an address if they're thinking

13  about going through one of those processing avenues,

14  right?

15      **A.     That's correct.**

16      Q.     And it has the ability -- does the Border

17  Patrol have the ability to query and find out how

18  many aliens are going to a particular area or

19  particular state?

20      **A.     I don't know if our systems allow us to**

21  **query those data points.**

22      Q.     Okay.  Have you ever seen any reports that

Oritz , Raul                                                    July 28, 2022

146

1   report where people are going that are coming through

2   the border and being released?

3       **A.      Not any of the CBP or Border Patrol reports**

4   **that I've seen, no.**

5       Q.     Okay, all right.  That's why I'm asking

6   you.  I get a chance to find out what you all track

7   and what you don't track.

8       **A.      Yeah.**

9       Q.     All right, the first data point indicates

10  that between, you know, 1/2021 to 11/1/21,

11  non-citizens released with a notice to report during

12  those dates and who failed to check in but provided a

13  Florida address, and it's more than -- it's 1,127

14  people, correct?

15      **A.      That's what the report says, yes.**

16      Q.     Okay, and then looking down at the second

17  query, that's parole plus ATD, which we were just

18  talking about, right?

19      **A.      Yes.**

20      Q.     And same -- it's a little broader query,

21  non-citizens released with parole plus ATD between

22  11/1/2021 to 7/4/2022 and who failed to check in but

Oritz , Raul                                          July 28, 2022

147

1    provided a Florida address, and that is as of July

2    4th of 2022 47,984 non-citizens, correct?

3        A.    That's what the report says, yes.

4        Q.    Okay, all right.  Now, would that -- and

5    you may not be able to answer that.  I -- I get

6    you're not the guy who's running queries on a

7    database, and if you are, we're in a world of

8    trouble, not because you can't, but just because you

9    have better things to do.  Would that 47,984 number

10   -- when you're doing parole plus ATD, my

11   understanding is that you're only giving the -- a

12   document to one member of the family unit.  You're

13   not giving a document to all four -- you're doing an

14   alien file for the lead, for lack of a better term,

15   alien, right?

16            MR. DARROW:  Objection.

17       A.    So the A number's issued to the head of

18   household when we process a family unit for parole

19   plus ATD, but I would imagine that the children are

20   also going to be included as family members in this

21   data set.

22       Q.    Okay, all right.  That's what I was trying

Oritz , Raul                                        July 28, 2022

148

1    to get at.

2          A.     Yeah.

3          Q.     But you didn't run the query, and you don't

4    know for sure, but you think based on your 31 years'

5    experience inside Border Patrol that to be true.

6          A.     That's correct.

7          Q.     Okay.  50,000 people, or nearly 50,000

8    people is a lot of people to not know where they are.

9    Would you agree with that?

10         MR. DARROW:  Objection.

11         A.     50,000 people is a large number.

12   Comparatively speaking, when you're apprehending, you

13   know, 1.7 million people in eight months of a fiscal

14   year, it is certainly a number that is concerning,

15   but I'd be curious as to in this number, does it --

16   is it also taking in consideration the folks that are

17   already on a electronic monitoring device.  So

18   there's a lot of unknowns with respect to that 47,000

19   number that I -- I would, as a leader in the Border

20   Patrol organization, I'd ask additional questions

21   about.

22         Q.     Okay.  Obviously I'm not the database guy

Oritz , Raul                                                July 28, 2022

149

1   either, so I'm not going to be able to --

2       A.    Yeah.

3       Q.    -- to answer that question.

4       A.    I got you.

5       Q.    And -- and that 47,000 number, that's just

6   for Florida addresses, right?

7       A.    That's what it indicates, yeah, but for

8   Florida addresses, yeah.

9       Q.    Okay.  Do you know if -- if just by

10  anecdotal evidence, whether Florida's a common

11  destination for aliens entering at the southwest

12  border?

13          MR. DARROW:  Objection.

14      A.    Well, we've seen increases in migration

15  from Cuba and some of the other countries within the

16  Caribbean, and obviously their final destination

17  tends to be Florida, so Florida is a destination that

18  we see quite often --

19      Q.    Okay.

20      A.    -- from some of the demographics.

21      Q.    Have you ever seen any statistics or data

22  that shows that Florida's in the top six for

Oritz , Raul                                           July 28, 2022

150

1   destination for -- for aliens entering this country?

2        A.    I haven't seen --

3        Q.    Okay.

4        A.    -- a report that demonstrates that.  I can

5   tell you that, you know, for some reason, Haitian

6   migrants like to go to Maine, and that's one of those

7   things that -- Portland, Maine would never been a

8   final destination that I would have assumed Haitian

9   migrants would want to travel to.

10       Q.    I think you'd need to have some agents ask

11  some questions about why they're going to Portland,

12  Maine.

13       A.    Actually, Portland welcomed them.

14       Q.    Okay.  That's -- you couldn't get any

15  further from Haiti than Portland, Maine.

16       A.    I would agree.

17       Q.    Having been there, it's a wonderful place.

18  I'm not saying anything negative about it.  Just

19  would not be what I pictured for -- for Haitian

20  immigrants.  And they're wonderful people too, and we

21  have lots of them in Florida.  I'm going to show you

22  what I'm going to mark as 17.

Oritz , Raul                                                 July 28, 2022

151

                                    (Ortiz Exhibit No. 17

                                        was marked for

                                        identification.)

            MR. DARROW:  Thank you.

            BY MR. GUARD:

    Q.    Have you seen Exhibit Number 17 before?

    **A.    Yes.**

    Q.    You're actually copied on Exhibit 17,

correct?

    **A.    That's correct.**

    Q.    Before I get into Exhibit 17, do you recall

when you learned that ICE was no longer going to

accept transfer for detention family units?

    **A.    I don't have the specific date, no.**

    Q.    Okay.  Now, looking at Exhibit -- Exhibit

17, it looks like someone who it is not disclosed who

was e-mailing Rodney Scott, who was your chief at the

time, correct?

    **A.    Yes.**

    Q.    And forwarding him or I guess -- I can't

tell for sure if they're going back and forth because

the froms and tos are blocked out with PII, but

Oritz , Raul                                                    July 28, 2022

152

1    they're either going back and forth or the chief is

2    getting an e-mail forwarded to him.  Is that -- is

3    that fair?

4        **A.    Yes.**

5        Q.    Okay, and I think you're copied on both --

6    both of the top two e-mails, right?

7        **A.    Yes.**

8        Q.    Okay.  And the subject line, first, this

9    e-mail is on February 16th of 2021, right?

10       **A.    Yes.**

11       Q.    That's 26 days after Joe Biden has been

12   inaugurated, right?

13       **A.    Yes.**

14       Q.    Okay, all right.  The subject matter of

15   this e-mail is ERO changes, correct?

16       **A.    Yes.**

17       Q.    And ERO again is the ICE component that

18   handles detention and/or transfers from Border

19   Patrol.

20       **A.    That's correct.**

21       Q.    All right.  If you look down at the third

22   e-mail, or what I think is the third e-mail in the

Oritz , Raul                                               July 28, 2022

156

1   all that lawyer talk.  It just happens from time to

2   time.  All right, this person who was the chief of

3   that group at Border Patrol had a conversation with

4   someone at ERO, right, and they advised that the

5   three FRCs -- what are FRCs?

6        **A.    Family residential centers.**

7        Q.    Okay, and then it lists out the three

8   family residential centers, were transitioning to

9   reception centers, correct?

10       **A.    That's what it indicates, yes.**

11       Q.    And basically those three facilities were

12  now going forward only going to be used to house

13  families for 72 hours.

14       **A.    That's correct.**

15       Q.    Okay, all right.  Do you know -- do you

16  recall receiving this e-mail?

17       **A.    Yes.**

18       Q.    Okay.  Do you recall thinking that this

19  e-mail was going to become an issue?

20       **A.    Well, during this time, it was the height**

21  **of COVID.**

22       Q.    Okay.

Oritz , Raul                                                    July 28, 2022

157

1      **A.    So this wasn't the only issue that we were**

2   **dealing with at the time, but it was certainly going**

3   **to be impactful, yes.**

4      Q.    Okay, it was going to constrict or

5   constrain the available processing pathways for

6   family units, right?

7           MR. DARROW:  Objection.

8      **A.    Well, it's going to mean that we are going**

9   **to have to transfer the family units to those**

10  **facilities as quickly as possible out of our custody**

11  **so they could be tested and then ultimately released.**

12     Q.    Okay.  But there's not going to be -- this

13  e-mail's disclosing that ICE is no longer going to

14  retain family units, right?

15          MR. DARROW:  Objection.

16     **A.    That's what it appears to be indicating,**

17  **yes.**

18     Q.    All right, so as a policy member, ICE was

19  letting Border Patrol know we're not going to detain

20  any more family units, right?

21          MR. DARROW:  Objection.

22     **A.    Well, they were advising that they were**

Oritz , Raul                                          July 28, 2022

158

1    changing the operational posture of the three FRCs in

2    central Texas.

3        Q.    Okay, but that change, that operational

4    change, as you referred to it, meant that family

5    units would no longer be able to be detained.

6        A.    For longer than 72 hours.  Looks like they

7    were going to release them within 72 hours.

8        Q.    Okay.  So if someone is from a -- a country

9    that -- where you cannot repatriate them to or even

10   if someone has some other indication that would make

11   them detainable, if they're with a family unit, there

12   no longer is going to be bed space for that

13   individual, right?

14            MR. DARROW:  Objection.

15       A.    Yeah, it appears that there was no longer

16   going to be an opportunity to detain them.

17       Q.    So at that point, all family units were

18   going to be released after the 72 hours at the,

19   quote, reception center, right?

20            MR. DARROW:  Objection.

21       A.    Yes.

22       Q.    Okay.  Now, do you know if this e-mail was

Oritz , Raul                                            July 28, 2022

159

1   the first notice that you got about this operational

2   change?

3        A.    I can't recall.

4        Q.    Okay, but as like a kind of -- like by

5   February 16th, 26 days into the Biden administration,

6   you knew this was going to be what was going to

7   happen going forward, right?

8             MR. DARROW:  Objection.

9        A.    Yeah, based upon the e-mail, yes.

10       Q.    We're on 18?  No, that's not going to work.

11  I'll come back to that.  I'm going to need a sticker.

12  I finally found one where I didn't put a sticker on

13  it.

14                         (Ortiz Exhibit No. 18

15                          was marked for

16                          identification.)

17             BY MR. GUARD:

18       Q.    Mark for identification USA 002081 as

19  Exhibit 18 for your deposition.

20             MR. DARROW:  Thank you.

21             BY MR. GUARD:

22       Q.    All right, now, this is an e-mail involving

Oritz , Raul                                                                     July 28, 2022

160

1    a Tony Barker, who's an employee -- or is the -- I

2    guess he's the deputy chief of operations for Border

3    Patrol, right, at the time?

4        **A.    At this time, he was, yes.**

5        Q.    Okay.  Is he still with Border Patrol?

6        **A.    Yeah, he's -- he's the acting operations**

7    **chief.**

8        Q.    Okay, all right.  Would Mr. Barker reported

9    to the mystery man on the previous page, the previous

10   e-mail, Exhibit 17?

11           MR. DARROW:  Objection.  Again, that calls

12   for disclosure of --

13           MR. GUARD:  I'm not asking his identity.

14   I'm asking the organizational structure, who reports

15   to who just by title.

16           MR. DARROW:  With that clarification, you

17   can answer.

18           THE WITNESS:  So the deputy chief reports

19   to the chief of operations, the deputy chief of the

20   Border Patrol and the chief of the United States

21   Border Patrol.

22           BY MR. GUARD:

Oritz , Raul                                                July 28, 2022

161

1      Q.    Okay, so would that be a different person

2   than the person who was serving in chief, law

3   enforcement operations directorate, or is that the --

4      **A.    That's the same.**

5      Q.    Same, okay.  So Mr. Barker, whose name is

6   being disclosed, but whoever was the chief at the

7   time, was not.  All right, and I can't tell you who

8   this e-mail was sent to and who it was from.  My

9   initial question to you is do you know if you ever

10  received this e-mail?

11     **A.    I couldn't tell you.**

12     Q.    Okay.  That's fair enough.  What does this

13  e-mail seem to report?

14     **A.    It seems to report how many family units we**

15  **were apprehending, how many we were turning over to**

16  **ICE/ERO, and then how many of those family units are**

17  **NTA/OR'd.**

18     Q.    Okay, let's start with the -- I think it's

19  the -- probably the -- so the first e-mail in the

20  string is someone sending e-mails -- an e-mail to Mr.

21  Barker reporting the numbers at the different

22  southern border sectors of family units, right?

Oritz , Raul                                                July 28, 2022

162

1      **A.      Yeah, both the seven day and 21 day**

2   **average, yeah.**

3      Q.    Okay, and then the next e-mail in the chain

4   is Mr. Barker sending to it looks like it's probably

5   more than one person since there are multiple lines

6   blocked off, and it says this is the flow that ICE

7   will have to accept if we do a hundred percent

8   referral.  What does hundred percent referral refer

9   to?

10     **A.    That's a reference to the amount of family**

11  **units that we would want to dispo over to ICE/ERO.**

12  **Dispo, disposition, I'm sorry, or transfer.**

13     Q.    Then there's an e-mail from someone back to

14  Mr. Barker asking a question, "Is that number we are

15  currently releasing on NTA, right?"  And that's

16  releasing with notice to appear, correct?

17     **A.    That's correct.**

18     Q.    All right, and then Mr. Barker responds,

19  and all this is happening on May 21st of 2021, NTA

20  and PD, right?  What is PD?

21     **A.    Prosecutorial discretion.**

22     Q.    Okay.  We haven't talked about

Oritz , Raul                                                    July 28, 2022

163

1    prosecutorial discretion today.  What -- as a

2    processing pathway.  Is -- is PD or prosecutorial

3    discretion still being utilized by Border Patrol?

4         **A.    No.**

5         Q.    Okay.  When did it cease being utilized

6    approximately?

7         **A.    I couldn't tell you.**

8         Q.    Okay.  And what was prosecutorial

9    discretion?

10        **A.    That was the Border Patrol's or CBP, not**

11   **just the Border Patrol, CBP's authorization to not**

12   **issue a notice to appear for an alien in their**

13   **custody based upon certain conditions.**

14        Q.    Do you recall what those conditions were?

15        **A.    They obviously couldn't be a criminal**

16   **alien, you know, a threat to national security,**

17   **flight risk.  There was several factors.**

18        Q.    Okay.  Do you know approximately when the

19   prosecutorial discretion category began?

20        **A.    I couldn't tell you.**

21        Q.    Was it after the Biden administration

22   started?

Oritz , Raul                                                July 28, 2022

164

1    A.    We've leveraged PD in the past, so I would

2    imagine that it wasn't just under this

3    administration, but once again, I'm unsure.

4    Q.    Okay, all right.  And I don't want you to

5    speculate, but if you can approximate, I'd appreciate

6    it.  All right, was prosecutorial discretion in 2021

7    being utilized with any specific group of alien?

8    A.    I'm not going to speculate on that.

9    Q.    Okay, so you don't recall?

10   A.    That's correct.

11   Q.    Okay.  Was it -- if I were to look at a

12   report of releases by Border Patrol, would it be

13   under a -- do you know what category prosecutorial

14   discretion would be included in?

15   A.    Typically I think they were categorized

16   under O.R., but I'd have to confirm that.

17   Q.    Okay, all right.

18   A.    Our reports have changed quite a bit over

19   the last couple of years.  They continue to evolve,

20   and some of the data sets that we look at have

21   changed.

22   Q.    Okay.  I just have never seen PD on a

Oritz , Raul                                                July 28, 2022

168

1     Q.    Okay, so at the time, you were transferring

2   along the border it looks like family units from --

3   from sectors that were busier.

4     **A.    That's correct.**

5     Q.    And that's what this is kind of reporting,

6   right?

7     **A.    That's correct.**

8     Q.    Okay.  Looking back to the first page of

9   the e-mail, this is minutes after that last exchange,

10   and there's an e-mail from someone again that we

11   don't know who to Mr. Barker, and it says the fact

12   that RGV is only able to refer a hundred families a

13   day is absurd.  We should start with that.  What is

14   that statement referring to?

15         MR. DARROW:  Objection.

16     **A.    I'm assuming it's somebody's opinion that**

17   **the fact that only a hundred families can be referred**

18   **to ICE/ERO is unacceptable.**

19     Q.    Okay.  If ICE were only willing to accept a

20   hundred family units from the Rio Grande Valley,

21   would that cause a capacity issue at -- for the Rio

22   Grande?

Oritz , Raul                                                    July 28, 2022

                                                                      169

1              MR. DARROW:  Objection.

2        **A.    Yes.**

3        Q.    For -- okay, all right.  You can put that

4    exhibit aside.  I'll mark this as Exhibit 19 --

5                          (Ortiz Exhibit No. 19

6                           was marked for

7                           identification.)

8              BY MR. GUARD:

9        Q.    -- to your deposition.

10             MR. DARROW:  Thank you.

11             BY MR. GUARD:

12       Q.    Have you seen Exhibit 19 before?

13       **A.    It doesn't look familiar, but chances are I**

14  **may have seen it.**

15       Q.    Okay, all right.  And the only reason I'm

16   asking you again is that the to and the cc are

17   blocked out, so I don't know if you have or haven't,

18   but it's an e-mail from Mr. Barker, who now is chief,

19   right, of the law enforcement operations directorate,

20   so he's now promoted by this point in time, right?

21       **A.    He's acting chief, yes.**

22       Q.    Okay.  And that's the same role in Exhibit

Oritz , Raul                                            July 28, 2022

171

1       A.      So it appears that this was part of a

2   tabletop exercise that was executed on that Saturday,

3   and part of the exercise -- the tabletop exercise

4   requires injects to determine what CBP, ICE and the

5   department are going to do if there were to be a mass

6   migration, if Title 42 were to come down and we were

7   to begin to see some increases in flow.  So it sounds

8   like Tony is describing to the FEMA exercise

9   operators that that should be a priority, removing

10  those demographics, but this is all I believe

11  centered around a tabletop exercise.  This wasn't the

12  operational environment on that particular day.

13      Q.    Okay.  Why is it important to detain and

14  remove demographics that are amenable to the Border

15  Patrol?

16      A.      One, you want to make sure you have

17  consequences.

18      Q.    Okay.  And if you don't have consequences,

19  what is likely going to happen?

20          MR. DARROW:   Objection.

21      A.      In my experiences -- in my experience, we

22  have seen increases when there are no consequences.

Oritz , Raul                                                    July 28, 2022

172

1      Q.    Okay.  So if migrant populations believe

2   that they're going -- there are not going to be

3   consequences, more of them will come to the border?

4   Is that what you're saying?

5           MR. DARROW:  Objection.

6      **A.    There is an assumption if migrant**

7   **populations are told that there's a potential that**

8   **they may be released, that yes, you can see**

9   **increases.**

10     Q.    Okay.  And if you see -- and so if you do

11  not -- you said number one, consequences.  Are there

12  any other things that -- other than just that one,

13  consequences?  Is there a two or a three?

14     **A.    Two or three what?**

15     Q.    Well, you said number one, consequences.  I

16  didn't know if there were -- if that was the complete

17  list or there were other things that --

18     **A.    Affect the flow?**

19     Q.    Yeah.

20     **A.    Of course, there's many things.  There's,**

21  **you know, what our partners to the south do, our**

22  **ability to communicate the dangers, our ability to**

Oritz , Raul                                    July 28, 2022

173

1   **impact the criminal organizations, smuggling**

2   **organizations that are trafficking the migrant**

3   **populations, our ability to deploy technology and**

4   **manpower in areas where we're starting to see greater**

5   **flows.  All of those factor into the flow and how**

6   **it's managed.**

7        Q.    Okay, and if you're not detaining and

8   removing demographics that are amenable and the flow

9   will compound, so it will increase at an exponential

10  rate?  Is that what's being suggested here?

11            MR. DARROW:  Objection.

12       **A.    Well, I do think it will increase, yeah.**

13       Q.    Now, during the Trump administration, were

14  you able -- we've talked a little today about

15  releasing aliens on their own recognizance.  During

16  the Trump administration, were you able to release

17  aliens on their own recognizance?

18       **A.    It would have to be on very exigent**

19  **circumstances.**

20       Q.    Some humanitarian reason?

21       **A.    Medical or humanitarian reason, yes.**

22       Q.    Okay.  As far as using parole under the

Oritz , Raul                                                    July 28, 2022

174

1   Trump administration, was that as well limited?

2       **A.     Yes.**

3       Q.     Okay.  Was it limited to aliens who agents

4   found were going to be admissible?

5           MR. DARROW:  Objection.

6       **A.     Parole was used on a limited basis based**

7   **upon humanitarian reasons also.**

8       Q.     Okay.  When the Biden administration took

9   over from the Trump administration, how were the

10  changes to parole and releasing aliens on own

11  recognizance communicated to Border Patrol and to the

12  line agents?

13          MR. DARROW:  Objection.

14          THE WITNESS:  Can I confer?

15          MR. GUARD:  We'll take a break.  We've been

16  going for a while anyway.

17          MR. PERCIVAL:  With an open question?

18          MR. GUARD:  I'll let him do it.

19          THE VIDEOGRAPHER:  We're now off the record

20  at 14:27.

21              (Recessed at 2:27 p.m.)

22              (Reconvened at 2:46 p.m.)

Oritz , Raul                                                July 28, 2022

175

1          THE VIDEOGRAPHER:  We're now back on record

2     at 14:46.

3          MR. GUARD:  If the court reporter can

4     please read the last question back.

5          THE REPORTER:  Question:  "When the Biden

6     administration took over from the Trump

7     administration, how were the changes to parole and

8     releasing aliens on own recognizance communicated to

9     Border Patrol and to the line agents?"

10          MR. DARROW:  And I remind the witness not

11     to reveal anything privileged in his answer.

12          THE WITNESS:  So during this time frame,

13     one of the things that we were encountering is Rio

14     Grande Valley, which is in South Texas, was really

15     the only area that was problematic for us at the

16     time, and so most of the coordination centered

17     between the headquarters operations directorate and

18     the sector personnel, and then some decompression

19     into Laredo, but at the time, it wasn't an issue for

20     all nine southwest border sectors.

21          BY MR. GUARD:

22     Q.    Okay, I thought the question was how was

Oritz , Raul                                                    July 28, 2022

176

1    the changes to own recognizance and parole by the

2    Biden administration communicated.  I understand it

3    may have only been the Rio Grande Valley.  Were there

4    memorandum or e-mails or was it by telephone or radio

5    or however?  I mean, I'm not trying to be cute or

6    smart, but I mean, I'm asking you how was it

7    communicated.

8         **A.    So most of the coordination occurred either**

9    **telephonically or through e-mail coordination between**

10   **Border Patrol headquarters and the sector.**

11        Q.    Okay.  While the problem or the issue at

12   the time may have been the Rio Grande Valley, would

13   changes to Border Patrol's policies with respect to

14   parole or own recognizance that occurred after the

15   Biden administration taken -- had taken over

16   eventually trickled out to the other sectors of the

17   southern border?

18             MR. DARROW:  Objection.

19        **A.    Yes.**

20        Q.    Okay.  And how would those changes have

21   been communicated to those other sectors when they --

22   later?

Oritz , Raul                                          July 28, 2022

177

1     A.    So at the time, we had a couple ways of

2  communicating with the field components.  Every

3  Tuesday we have a chiefs' call where we coordinate

4  directly with the sector chiefs and the deputy

5  chiefs.  And then the operations directorate would

6  also communicate with the sectors if there were

7  specific issues centered around coordination,

8  operational coordination that had to happen.

9     Q.    Okay, all right.  I want to go back if we

10  can just briefly, I'm going to mark this as Exhibit

11  20 to your deposition.

12                         (Ortiz Exhibit No. 20

13                          was marked for

14                          identification.)

15     BY MR. GUARD:

16     Q.    You mentioned earlier at some point in time

17  going and testifying regarding Flores, right?

18     A.    Yes.

19     Q.    Okay.  Now, this document in particular is

20  dated March 5th, 2021, so that's after the time

21  period that you think you went to testify, right?

22     A.    Definitely.

Oritz , Raul                                        July 28, 2022

180

1      Q.    So in a little over -- little less than two

2    months of being in office, the Biden administration

3    has only -- has 13 families in ICE custody, right?

4          MR. DARROW:  Objection.

5          BY MR. GUARD:

6      Q.    Excuse me, 13 juveniles in custody, 13

7    families.  Sorry.  Strike that.

8      **A.    To be honest with you, I don't really**

9    **understand this whole report.**

10     Q.    Okay, but ICE is representing to a court

11   that there are 13 families in custody as of March

12   4th, 2021, right?

13     **A.    That's what the report states, yes.**

14     Q.    Okay, all right.  Well, you can put that

15   aside.  Now, when immigration law changes, like the

16   family detention rule, newspaper articles and -- and

17   press cover it, correct?

18          MR. DARROW:  Objection.

19     **A.    Yes.**

20     Q.    And smugglers and others see those

21   newspaper articles, and that can affect perception,

22   right?

Oritz , Raul                                                July 28, 2022

181

1              MR. DARROW:  Objection.

2      **A.    I can assume they read it also, yes.**

3      Q.    Okay, all right.  Well, folks that are here

4  legally or illegally can read those news sources,

5  right, if nothing else.

6              MR. DARROW:  Objection.

7      **A.    Yes.**

8      Q.    Okay, and I believe in one of your speeches

9  in Del Rio, you talked about word of mouth, right?

10     **A.    I did.**

11     Q.    Okay.  So changes like to the family

12 detention policy get communicated to folks outside

13 the United States.

14             MR. DARROW:  Objection.

15             THE WITNESS:  Yes.

16             MR. GUARD:  Okay.  I'm going to mark this

17 as 21?

18             MR. DARROW:  Yeah.

19                          (Ortiz Exhibit No. 21

20                           was marked for

21                           identification.)

22             MR. DARROW:  Thank you.

Oritz , Raul                                        July 28, 2022

182

1            MR. GUARD:  And I'll go ahead and mark the

2    second document as 22, because it may be just easier

3    to do.

4                          (Ortiz Exhibit No. 22

5                                was marked for

6                                identification.)

7            MR. DARROW:  Thank you again.

8            MR. GUARD:  No problem.

9            THE WITNESS:  I think you gave me two

10   copies.

11           BY MR. GUARD:

12       Q.    Okay, don't want to do that.  All right,

13   Exhibit 21 are custody and transfer statistics for

14   CBP for physical year 2020?

15       A.    Yes.

16       Q.    And 22 are custody and transfer statistics

17   for CBP for fiscal year 2021, right?

18       A.    That's correct.

19       Q.    All right.  If you look at the -- I think

20   it's one, two, three, the fourth page in the exhibit

21   --

22           MR. DARROW:  Exhibit 21?

Oritz , Raul                                                    July 28, 2022

189

1      Q.    Okay, all right.  If you look at notice to

2    appear, order of recognizance, there's now a third

3    category which says I-385 dash released.  What is

4    included within I-385 dash released?

5      **A.    That is the notice to report.**

6      Q.    And if you look at the last month, last

7    full month of the Trump administration, December of

8    2020, there were 17 aliens released on a notice to

9    appear order of recognizance, right?

10     **A.    That's correct.**

11     Q.    All right, and by July of 2021, that

12   number's over 60,000, correct?

13          MR. DARROW:  Objection.

14     **A.    That's correct.**

15     Q.    If you look, in July 2021 at -- and compare

16   the notice to appear order of recognizance I-385

17   released with the warrant slash notice to appear dash

18   detained, the number of aliens being detained under

19   the Biden administration is half of that which is

20   being released, right?

21          MR. DARROW:  Objection.

22     **A.    Yeah, it appears that it would be less than**

Oritz , Raul                                                July 28, 2022

190

1    **30,000, so less than half.**

2        Q.    Okay.  Put 21 and 22 aside.  I'm going to

3    mark this as Exhibit -- I did it again -- 23 to your

4    deposition.

5                              (Ortiz Exhibit No. 23

6                               was marked for

7                               identification.)

8            BY MR. GUARD:

9        Q.    Have you seen Exhibit 23 before?

10       **A.    I don't believe so.**

11       Q.    Okay.  This purports to be a memorandum

12   dated December 16th, 2014, correct?

13       **A.    That's correct.**

14       Q.    And it is for Directors, Field Operation

15   Director Preclearance Operations, Office of Field

16   Operations.  Is this an OFO program and not a Border

17   Patrol program?

18       **A.    Yeah, this seems to be focused on Office of**

19   **Field Operations.**

20       Q.    Okay, all right.  Was this -- was this --

21   this parole program or a parole program like this

22   ever created for Border Patrol?

Oritz , Raul                                                    July 28, 2022

212

1  right?

2          MR. DARROW:  Objection.

3      **A.    Yes.**

4      Q.    Okay.  So if the Rio Grande Valley or Del

5  Rio hit the thresholds that are laid out in the

6  second page of this document on AR 5, all family

7  units would be paroled plus ATD, correct?

8          MR. DARROW:  Objection.

9      **A.    All family units minus Central Americans**

10  **and Mexican family units.**

11     Q.    Okay.  So there are -- for those, there

12  were -- was at the time an alternative pathway that

13  expelled, correct?

14     **A.    That's correct.**

15     Q.    All right, all right.  Looking down at the

16  third paragraph, there's a reference to the 2019 May

17  daily average.  Why was the 2019 May daily average

18  utilized for those two statistics?

19          MR. DARROW:  Objection.

20     **A.    Because those two -- that month saw the two**

21  **highest encounter apprehension numbers for 2019.**

22     Q.    So 2019 was a surge year, right?

Oritz , Raul                                            July 28, 2022

224

1    Q.    All right, so did -- between July 31st and

2    August 5th, was there a revision of the policy

3    between whether -- whether single adults are included

4    or not?

5          MR. DARROW:  Objection.  That would be

6    deliberative process.

7          BY MR. GUARD:

8    Q.    Okay.  So we have the memo, which says

9    family units only, right?

10   **A.    Yes.**

11   Q.    Okay, and then we have, in a series of

12   time, we have an e-mail from August 5th that says

13   family units, right?

14   **A.    Yes.**

15   Q.    And then we have an e-mail from July 31st

16   that says family units and single adults, correct?

17   **A.    That's correct.**

18   Q.    Okay.  So when you issued the policy, it

19   was only family units, right?

20         MR. DARROW:  Objection.

21   **A.    Yes.**

22   Q.    Okay.  And if after the policy was issued,

Oritz , Raul                                           July 28, 2022

225

1   at some point in time you added single adults, right?

2           MR. DARROW:  Objection.

3   **A.     Yes.**

4       Q.    Okay.  And most likely that would have been

5   communicated in an e-mail that would be similar to

6   this one, right?

7           MR. DARROW:  Objection.

8   **A.     Yes.**

9       Q.    Would it necessarily require a new memo?

10          MR. DARROW:  Objection.

11  **A.     Not necessarily.**

12      Q.    Okay, all right.  You can put that aside.

13  What number are we on now?

14          MR. DARROW:  Twenty-seven I believe.

15          MR. GUARD:  Twenty-seven.

16                            (Ortiz Exhibit No. 27

17                             was marked for

18                             identification.)

19          BY MR. GUARD:

20      Q.    I'm going to mark this exhibit as Exhibit

21  27 to your deposition.

22          MR. DARROW:  Thank you.

Oritz , Raul                                          July 28, 2022

230

1   location, and then if we know that ICE is going to be

2   able to receive certain populations, we will work

3   with them to try and transfer those individuals as

4   quickly as we possibly can.

5        Q.    Okay, but barring those things, single

6   adults and family units, when the triggers are met,

7   will be released.

8              MR. DARROW:  Objection.

9        A.    Can be released.

10       Q.    Okay.  And they're going to be released

11  kind of as a class or a group, right?

12             MR. DARROW:  Objection.

13       A.    Well, it's supposed to be considered on a

14  case-by-case basis, and then a lot of it will depend

15  on our capacity to process the migrant population.

16  So I have folks assigned from -- or agents assigned

17  from all over the country supporting these processing

18  efforts, to include the northern -- northern border.

19             So if -- we use Yuma as an example.  If we

20  start to see a spike in Yuma, we will empty out

21  facilities near southern Arizona to try and

22  accommodate those populations.  And so if a sector

Oritz , Raul                                          July 28, 2022

231

1    hits a trigger point, it doesn't automatically go

2    straight to ATD parole as a processing pathway.  We

3    look at whether there are any other options available

4    to us before we leverage the ATD parole pathway.

5         Q.    Okay.  When those options max out, then

6    everyone after that certain point is going to be

7    going to parole ATD point unless there is a criminal

8    threat, you know, national security threat or some

9    other kind of threat to the United States, right?

10             MR. DARROW:  Objection.

11        A.    Yeah, if they're public safety, flight

12   risk, and then if -- that will happen until we can

13   get those facilities under what we would consider,

14   you know, acceptable detention conditions.

15        Q.    Okay.  Now, you mentioned decompression.

16        A.    Yes.

17        Q.    Now, earlier on, I showed you some budget

18   documents where ICE had gotten rid of, you know,

19   thousands of beds, detention beds, right?

20        A.    Yes.

21        Q.    If they had not gotten rid of those

22   thousands of beds, there would have been another

Oritz , Raul                                             July 28, 2022

232

1   place where you could have transferred aliens to,

2   right?

3           MR. DARROW:  Objection.

4      **A.    Yeah, potentially there would have been an**

5   **opportunity to transfer more of the non-citizens or**

6   **migrants to ICE/ERO, but their capacity was -- even**

7   **at 50,000 weren't going to be enough to support the**

8   **amount of encounters we were experiencing.**

9      Q.    Okay.  And I appreciate that, but at

10  50,000, that's possibly another, you know, average

11  daily population of 20,000 additional migrants or

12  25,000 additional migrants being detained, right?

13          MR. DARROW:  Objection.

14     **A.    Yes.**

15     Q.    And that would have taken the pressure off

16  of Border Patrol and its detention facilities,

17  correct?

18          MR. DARROW:  Objection.

19     **A.    For a short period of time, it would have.**

20     Q.    Okay.

21     **A.    But when you're an apprehending 65, 70**

22  **thousand migrants in a 24-hour period, you can do the**

Oritz , Raul                                        July 28, 2022

233

1    math.  It's not going to take long for them -- for us

2    to exceed their capacity also.

3         Q.    Okay.  And if the -- and that was a

4    decision by the Biden administration to not go

5    forward and to limit the capacity of ICE, right?

6              MR. DARROW:  Objection.  That calls for

7    deliberative process information.

8              BY MR. GUARD:

9         Q.    I'm just asking what administration made

10   that decision.  The decision's made in public.

11        A.    It would have been under this

12   administration, yes.

13        Q.    Okay.  And the Biden administration decided

14   to narrow other pathways too, correct?

15             MR. DARROW:  Objection.

16        A.    There were other pathways that were

17   eliminated, yes.

18        Q.    Okay.  And each one of those decisions in

19   the midst of a historic flood of aliens to the

20   southern border increased the pressure on Border

21   Patrol and its limited capacity, right?

22             MR. DARROW:  Objection.

Oritz , Raul                                    July 28, 2022

234

1     **A.    Yes.**

2     Q.    And as that pressure build, there's no

3     other choice other than to release, right?

4           MR. DARROW:  Objection.

5     **A.    That's correct.**

6     Q.    If you'll look at -- again, there's not

7     numbers on the bottom, but it's an e-mail -- there's

8     an e-mail from July 22nd, 2022.  Do you see that?

9     **A.    I do.**

10    Q.    All right.  Now, the policy's dated July

11    18th, 2022, right?

12    **A.    That's correct.**

13    Q.    So this e-mail couldn't possibly have been

14    considered by Commissioner Magnus and Mr. Johnson in

15    forming the policy, right, because it postdates the

16    policy.

17          MR. DARROW:  Objection.

18    **A.    That's correct.**

19    Q.    And is this an e-mail that you received?

20          MR. DARROW:  Objection.  That information

21    is blacked out for privilege reasons.

22          MR. GUARD:  What is your assertion of

Oritz , Raul                                                July 28, 2022

249

1       A.      Uh-huh.

2       Q.      And then finally -- well, I may have two

3    questions.  You mentioned that you had been chasing

4    traffic since you got on the job and had seen

5    previous surges, right?  Have you ever seen traffic

6    like this before?

7       A.      Yes, in -- let me explain.  In 1991, when I

8    started, we had about 4,000 Border Patrol agents, and

9    the amount of apprehensions didn't even come close to

10   the amount of people that got away from us.  There --

11   I mean, we couldn't even count how many people got

12   away from us.  So I can tell you that, you know,

13   those first couple of years in my career weren't even

14   close, and that was -- and I was only one sector.  I

15   didn't have the national perspective, but I'm sure

16   that played out in multiple sectors.

17           Two, the population that we're experiencing

18   now is a little bit different than what we've

19   experienced in other surges.  When I was assigned to

20   South Texas in '96, Arizona in 2000, Southern

21   California in '98, during those surges, that

22   population wasn't turning themselves in to our Border

Oritz , Raul                                                July 28, 2022

250

1    Patrol agents.  They were all trying to evade

2    apprehension.  What we're experiencing now,

3    specifically in Yuma, Del Rio, and to some degree Rio

4    Grande Valley is, you know, 75 percent of that

5    population is turning themselves in, and then roughly

6    25 or maybe a little bit more than that are actually

7    trying to evade apprehension.

8              This isn't a matter of us not having the

9    ability to encounter those groups.  This is when you

10   break down the 1.8 million apprehensions that we've

11   already made so far this year, I would imagine quite

12   a few of those large groups are this no-threat

13   humanitarian population that, you know, should be

14   processed at a port of entry.

15   Q.    Are the individuals that are turning

16   themselves in -- are they turning themselves in

17   because they believe they're going to be paroled?

18            MR. DARROW:  Objection.

19            THE WITNESS:  I would imagine that they're

20   turning themselves in because they think they're

21   going to be released, yes.

22            MR. GUARD:  Okay, all right.  I don't think