UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA, *Plaintiff,* v. The UNITED STATES OF AMERICA, *et al.*, *Defendants.* | Civil Action No. 3:21-cv-01066 |

**DEFENDANTS' COUNTER-DESIGNATIONS OF
DEPOSITION TESTIMONY TO BE USED AT TRIAL**

Pursuant to the Court's Order, dated December 12, 2022, ECF No. 124, Defendants hereby provide their objections and counter-designations to Florida's deposition designations.

**Barker:**

| Plaintiff designation | Objection | Counter designation |
|---|---|---|
| 8:20 to 9:4 | | |
| 11:15 to 11:25 | | |
| 33:1 to 33:25 | | 31:6-32:15 |
| 51:19 to 52:6 | Relevance, speculation, lack of foundation | 49:22-51:18 52:7-53:5 |
| 61:2 to 62:3 | Calls for a legal conclusion, calls for an expert opinion, speculation, | 62:4-63:9 112:18-113:12 189:13-191:2 |

| | | |
|---|---|---|
| 99:22 to 100:21 | Lack of personal knowledge, speculation | 96:1-99:21 |
| 102:2 to 102:10 | Speculation, calls for legal conclusion | |
| 103:6 to 105:11 | | 102:21-103:5 |
| 106:10 to 107:19 | | 106:2-9 |
| 108:11 to 108:23 | | 96:4-99:18<br>108:24-109:8 |
| 109:9 to 109:13 | Lack of foundation | 109:14-110:5 |
| 135:25 to 136:5 | P+ATD not relevant at trial | 136:6-11 |
| 144:18 to 145:22 | P+ATD not relevant at trial | 145:23-146:4 |
| 146:5 to 146:11 | Lack of foundation | 146:13-148:6 |
| 151:25 to 152:5 | Calls for a legal conclusion | 149:2-151:24 |
| 166:8 to 166:16 | Lack of foundation, calls for speculation | 166:17-167:2 |
| 167:22 to 168:13 | | 167:3-21 |
| 168:17 to 168:19 | | |
| 171:8 to 171:21 | Speculation, lack of personal knowledge, lack of foundation | |
| 185:17 to 186:17 | Lack of foundation | 186:18-187:3 |
| 187:4 to 187:15 | | |

## Ortiz:

| Plaintiff designation | Objection | Counter designation |
|---|---|---|
| 7:11 to 8:6 | | |
| 14:15 to 14:17 | | |
| 16:10 to 17:20 | | |
| 26:2 to 26:8 | Vague, speculation, relevance | |
| 26:17 to 28:7 | Relevance as it's his opinion | |
| 28:13 to 29:8 | Relevance | |
| 32:16 to 33:16 | | |

| | | |
|---|---|---|
| 40:18 to 41:19 | Relevance as to his opinion, speculation, lack of foundation, calls for expert opinion | |
| 42:20 to 43:12 | | |
| 43:21 to 46:5 | | |
| 53:4 to 53:13 | Speculation, lack of personal knowledge, lack of foundation, calls for expert opinion, relevance as to his opinion | 240:7-242:3<br>143:2-16 |
| 53:18 to 53:22 | Lack of foundation, relevance | |
| 54:5 to 55:7 | | |
| 56:8 to 56:11 | | 242:21-245:9 |
| 58:11 to 59:16 | | |
| 59:22 to 61:5 | Calls for speculation, hearsay, relevance as to his opinion on views of migrants | 245:10-247:19 |
| 62:6 to 64:13 | Relevance, hearsay, lack of foundation | |
| 66:7 to 67:3 | Hearsay, lack of personal knowledge, speculation, relevance as to his "understanding" | |
| 67:11 to 68:5 | Hearsay, speculation, lack of personal knowledge as to what smugglers were doing with the information, lack of foundation | |
| 81:10 to 81:22 | Calls for legal opinion, calls for expert opinion | 82:1-15 |
| 86:13 to 86:22 | | 239:21-240:6 |
| 87:14 to 88:3 | Calls for legal opinion, calls for expert opinion | |
| 88:13 to 89:19 | No answer to question at 89:5, calls for legal conclusion, calls for expert opinion, relevance, speculation | |

| | | |
|---|---|---|
| 92:7 to 95:3 | Calls for legal conclusion, calls for expert testimony, speculation, lack of personal knowledge | |
| 100:15 to 100:22 | Calls for legal conclusion, calls for expert testimony | |
| 107:8 to 107:15 | | |
| 108:8 to 108:10 | | |
| 108:16 to 108:20 | Relevance as to his understanding of the change, lack of personal knowledge, speculation, lack of foundation | 108:21-109:8 |
| 109:9 to 110:10 | Speculation, calls for expert testimony | 110:11-111:13<br>112:18-113:4 |
| 117:15 to 118:3 | P+ATD evidence no relevant at trial | |
| 118:10 to 119:2 | **Lines 17-21 -** not Q to witness | |
| 128:13 to 128:17 | | |
| 129:1 to 129:5 | | |
| 129:10 to 129:12 | | |
| 130:12 to 132:20 | | |
| 133:12 to 134:1 | | 133:3-11 |
| 134:8 to 135:1 | | |
| 136:3 to 137:1 | | |
| 137:6 to 137:15 | Calls for expert opinion, compound question | 137:20-138:6 |
| 138:7 to 152:20 | Calls for expert testimony, compound question | 137:20-138:6 |
| 156:2 to 156:14 | Multiple levels of hearsay | |
| 157:4 to 158:21 | | |
| 159:4 to 160:7 | | |
| 161:12 to 163:13 | | 163:14-17<br>165:8-11 |
| 164:4 to 164:21 | Speculation, says he's not sure and would have to confirm | |
| 168:8 to 169:14 | Multiple levels of hearsay | |
| 171:13 to 172:9 | | |
| 173:7 to 174:12 | Calls for speculation | |

|  | lines 8-12- Q w/o answer, answer when given after break not designated |  |
|---|---|---|
| 175:22 to 177:8 |  |  |
| 180:14 to 181:15 | Speculation |  |
| 182:1 to 182:18 |  | 181:16-21 |
| 189:3 to 190:1 |  |  |
| 212:4 to 212:14 | P+ATD not relevant at trial |  |
| 224:18 to 225:11 | Speculation, evidence of P+ATD not relevant to trial |  |
| 230:10 to 234:5 | Evidence of P+ATD not relevant to trial, speculation | 120:1-15<br>121:9-122:7 |
| 249:17 to 250:21 | Speculation |  |

## **Price:**

| Plaintiff designation | Objection | Counter designation |
|---|---|---|
| 8:7-13 |  |  |
| 9:2-7 |  |  |
| 13:2-6 |  |  |
| 15:5-16:7 |  |  |
| 18:7-10 |  |  |
| 20:13-20 |  | 20:21-21:6 |
| 21:7-22:11 |  |  |
| 23:21-24:13 |  | 24:14-19 |
| 28:17-29:22 |  |  |
| 31:4-40:6 | FRE 402, 403. Defendants' removal and Title 42 expulsion practices are not challenged here and irrelevant. The nonexistent probative value of this information is substantially outweighed by its likelihood to confuse | 40:7-13, 74:7-75:6, 79:4-80:3, 141:13-142:20 |

| | | |
|---|---|---|
| | the issues and prejudice Defendants. | |
| 41:11-46:12 | FRE 402, 802. This testimony lacks relevance, lacks a foundation, has no basis in personal knowledge, calls for speculation, and relies on inadmissible hearsay. | |
| 47:15-52:21 | FRE 402. This testimony lacks foundation, lacks relevance, calls for speculation, and has no basis in personal knowledge, and responds to vague and ambiguous questions. | 53:16-55:4, 56:14-22, 57:14-58:3 |
| 60:7-62:21 | FRE 402. This testimony lacks a foundation, lacks relevance, has no basis in personal knowledge, calls for speculation and calls for legal conclusions. | 62:22-63:5 |
| 63:6-8 | FRE 402. This testimony lacks a foundation, lacks a predicate establishing personal knowledge, and calls for speculation. | |
| 68:8-73:5 | FRE 402, 403. Detention of unaccompanied minors, as addressed in the Flores case, and primarily handled by | 73:6-18, 144:15-146:1, 146:7-148:15 |

| | | |
|---|---|---|
| | the Department of Health and Human Services, is not at issue in this case. The nonexistent relevance is more than substantially outweighed by the risk of prejudice and likelihood of confusion. | |
| 80:22-81:7 | | |
| 83:1-85:15 | | 85:20-86:5 |
| 86:6-92:6<br>92:19-93:13<br>94:4-95:12<br>95:19-96:17 | FRE 402, 403. Absconding, removal, etc. rates prior to Jan. 20, 2021, as well as previous Administration's budgetary rationale, are irrelevant, and such nonexistent probative value is substantially outweighed by their risk of confusion and prejudice, as this case challenges only actions taken after that date. Other testimony in this section lacks relevance, calls for speculation, calls for expert testimony, relies on inadmissible hearsay, does not establish personal knowledge, and fails the Rule 403 balancing test for other reasons. | 141:13-142:20 |
| 98:6-19 | | |
| 99:4-100:18 | FRE 402, 403. This testimony lacks | |

| | | |
|---|---|---|
| | foundation, fails to establish the personal knowledge of the witness, calls for speculation, and any probative value is substantially outweigh by the risk of confusing the issues and unfair prejudice. | |
| 101:14-104:2 | FRE 402, 403. An alleged border surge and the Migrant Protection Protocols are irrelevant to the legality of parole practices. Additionally this testimony does not lay a foundation in the witness's personal knowledge, calls for speculation, and any possible probative value is substantially outweighed by the risk of prejudice to Defendants. | 101:4-13 |
| 104:11-106:12 | | |
| 107:4-108:5 | | |
| 111:10-113:8 | FRE 402. The merits of a noncitizen's claim for relief from removal are irrelevant to whether they may be released from detention. | |
| 116:14-120:10 | FRE 402, 403. NTRs and Parole+ATD are irrelevant to triable issues in this case for the reasons given in | |

|  | Defendants' Motions in Limine, and any probative value gained from admitting evidence of them for the "nondetention policy" claims is substantially outweighed by risk of confusing the issues and unfairly prejudicing the APA record determination. |  |
|---|---|---|
| 123:19-124:11 | FRE 402. This testimony lacks relevance, lacks a foundation, calls for a legal conclusion, calls for speculation, and does not establish a basis in personal knowledge. | 124:13-125:13 |
| 125:18-127:1 | FRE 402, 403. NTRs and Parole+ATD are irrelevant to triable issues in this case for the reasons given in Defendants' Motions in Limine, and any probative value gained from admitting evidence of them for the "nondetention policy" claims is substantially outweighed by risk of confusing the issues and unfairly prejudicing the APA record determination. |  |

| | | |
|---|---|---|
| 128:4-131:22 | FRE 402, 403, 802. Same objection to testimony concerning NTRs and Parole+ATD as above; additionally, this testimony lacks foundation, fails to show a basis in personal knowledge, calls for speculation, calls for expert testimony, and relies on inadmissible hearsay. | |
| 132:16-134:8 | FRE 402, 802. This testimony lacks foundation, fails to show a basis in personal knowledge, calls for speculation, calls for expert testimony, and relies on inadmissible hearsay. | |
| 138:11-140:9 | | 143:8-16 |
| 150:14-151:17 | FRE 402, 403. NTRs and Parole+ATD are irrelevant to triable issues in this case for the reasons given in Defendants' Motions in Limine, and any probative value gained from admitting evidence of them for the "nondetention policy" claims is substantially outweighed by risk of confusing the issues and unfairly prejudicing | |

| | the APA record determination. | |
|---|---|---|

**Davies:**

| Plaintiff designation | Objection | Counter designation |
|---|---|---|
| 6:12 to 7:5 | | |
| 7:21 to 7:23 | | |
| 10:24 to 11:4 | | |
| 17:23 to 18:25 | | |
| 23:5 to 24:24 | | 26:9-27:18 |
| 66:2 to 66:21 | | 79:21-80:8, 80:10-22, 115:11-116:17 |
| 67:1 to 67:16 | | 66:23-24, 68:10-69:3, 79:21-80:8, 80:10-22 |
| 67:20 to 68:8 | Lack of foundation | |
| 69:18 to 73:1 | | 75:2-11, 75:24-76:13 |
| 82:15 to 82:23 | | |
| 83:15 to 84:12 | | 29:22-30:16, 77:20-78:10, 78:22-79:13, 84:14-21, 84:22-85:6, 104:9-107:7 |
| 94:1 to 96:4 | Relevance | |
| 112:12 to 112:22 | | 76:8-13, 111:1-11, 112:23-113:2 |

**Guadian:**

| Plaintiff Designation | Objection | Counter Designation |
|---|---|---|
| 4:25-5:3 | | |
| 5:11-13 | | |
| 5:21-6:3 | | |
| 15:7-21 | | 15:22-16:7 |
| 36:5-11 | | |
| 58:21-60:13 | | 60:14-19 |
| 68:25-69:21 | | |

| | | |
|---|---|---|
| 69:25-70:21 | FRE 402. Lacks relevance to the issues in this case. | |
| 87:12-88:17 | | 88:18-89:7 |
| 89:8-90:24 | FRE 402, 403. Parole+ATD is irrelevant and being adjudicated based on the record; this is extra record evidence with the potential to confuse and prejudice. | |
| 109:6-110:8 | FRE 402, 403. Crimes committed by noncitizens outside of the US are irrelevant to this case and prejudicial. | |
| 141:3-142:2 | | 140:13-141:2 |
| 142:24 | Not a complete question or answer | |
| 144:2-24 | | 144:25-145:3 |
| 145:4-7 | | 146:19-147:7 |
| 145:23-146:1 | | |
| 153:18-22 | | |
| 155:14-156:11 | | 156:15-21 |
| 156:22-157:17 | | |
| 170:17-172:5 | FRE 402, 403. Circumstances at regional ICE offices, particularly due to COVID, are irrelevant to whether the government is lawfully releasing border arrivals. Any probative value is substantially outweighed by the threat to confuse the | |

| | | |
|---|---|---|
| | issues or unfairly prejudice Defendants. | |
| 172:15-173:20 | Same FRE 402 and 403 objection as directly above. | |
| 174:13-175:12 | Same FRE 402 and 403 objection as directly above. Additionally, testimony regarding Parole+ATD is irrelevant and inadmissible at trial for the reasons provided in Defendants' Motions in Limine, and introducing such evidence substantially threatens to confuse the issues and prejudice the record-based determination of Parole+ATD. | 175:19-177:24, 179:25-180:7 |

Date:  December 15, 2022

JASON R. COODY
*United States Attorney General*

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Erin T. Ryan*
ERIN T. RYAN
JOSEPH A. DARROW

ELISSA P. FUDIM
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 532-5802
Erin.t.ryan@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Erin T. Ryan*
ERIN T. RYAN
Trial Attorney
United States Department of Justice
Civil Division