1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION


- - - - - - - - - - - - - - - - x

STATE OF FLORIDA,                    :

          Plaintiff,        :

      vs.                       :  Case No.

THE UNITED STATES OF AMERICA,    :  3:21-cv-1066

et al.,                              :

         Defendants.       :

- - - - - - - - - - - - - - - - x

                Arlington, Virginia

                Thursday, July 28, 2022

      Videotaped Deposition of RAUL L. ORTIZ, a

witness herein, called for examination by counsel for

Plaintiff in the above-entitled matter, pursuant to

notice, taken at the offices of Henderson Legal

Services, 2300 Wilson Boulevard, Seventh Floor,

Arlington, Virginia, at 9:32 a.m. on Thursday, July

28, 2022, and the proceedings being taken down by

stenotype by and transcribed by KAREN YOUNG.

Oritz , Raul                                           July 28, 2022

2

```
1    APPEARANCES:

2        On Behalf of the Plaintiff:

3              JOHN GUARD, ESQ.
               JAMES H. PERCIVAL, ESQ.
4              ANITA J. PATEL, ESQ.
               NATALIE CHRISTMAS, ESQ.
5              Office of the Attorney General
               State of Florida
6              PL-01 The Capitol
               Tallahassee, Florida 32399-1050
7              John.Guard@myfloridalegal.com
               James.Percival@myfloridalegal.com
8              Anita.Patel@myfloridalegal.com
               Natalie.Christmas@myfloridalegal.com
9              (850) 245-0147

10

         On Behalf of the Defendants:
11
               JOSEPH A. DARROW, ESQ.
12             ERIN RYAN, ESQ.
               U.S. Department of Justice
13             P.O. Box 868, Ben Franklin Station
               Washington, D.C. 20044
14             joseph.a.darrow@usdoj.gov
               (202) 598-7537
15

16        ALSO PRESENT:

17             Michelle Tonelli, Esq., DHS
               Stephanie Muffett, Esq., CBP
18             Krishna Sharma, Videographer

19

20

21

22
```

Oritz , Raul                                                    July 28, 2022

82

1      A.     If we have a repatriation agreement with

2   the country that they are traveling from or that they

3   are citizens of.

4      Q.     Okay.  And the removal, assuming that

5   there's a repatriation agreement, is supposed to be

6   immediate, correct?

7             MR. DARROW:  Objection.

8      A.     Well, that's very dependent on logistics.

9      Q.     Okay.

10     A.     Flights occur, you know, at different

11  times, and so a lot of coordination and logistics

12  have to happen.

13     Q.     Okay.  And that would be coordination and

14  logistics with ICE.

15     A.     With ICE and the host country.

16     Q.     Okay, all right.  And the exception -- and

17  again, the exception to removal is if the alien

18  claims asylum?

19             MR. DARROW:  Objection.

20             BY MR. GUARD:

21     Q.     Correct?

22     A.     Well, there's a couple of exceptions.  One

Oritz , Raul                                              July 28, 2022

                                                                    108

1    published in the Federal Register, so I was not

2    seeking deliberative privilege material.  If you'll

3    let me get the proposed rule out, I'm happy to do

4    that.

5           MR. DARROW:  No, I just clarified that

6    you're asking for public matter.

7           BY MR. GUARD:

8    Q.    Yes.  Are you aware that there's public

9    information about a change to expedited removal?

10   **A.    Yes.**

11   Q.    And what is your understanding of the

12   proposed rule on expedited removal?  What is the

13   change?

14   **A.    I'd have to -- I'd have to go back and**

15   **review it.**

16   Q.    Well, does it expand -- do you know sitting

17   here right now as the chief of the Border Patrol

18   whether it expands or contracts expedited removal?

19          MR. DARROW:  Objection.

20   **A.    I believe it contracts it.**

21   Q.    Okay.  So you're having a historic surge of

22   aliens crossing the southern border, and the Biden

Oritz , Raul                                        July 28, 2022

1   administration is trying to tie Border Patrol's hands

2   and restrict a processing pathway; is that correct?

3         MR. DARROW:  Objection.

4   **A.    I can't assume what the policy officials**

5   **are proposing.  I can tell you that as Border Patrol**

6   **agents, you know, we try and leverage as many of the**

7   **pathways that we have at our disposal, and ER is one**

8   **of them.**

9   Q.    Okay.  And the contraction of the

10  availability of ER, as you called it, means that the

11  aliens that were going through expedited removal have

12  to go through a different pathway, right?

13        MR. DARROW:  Objection.

14  **A.    Potentially, yes.**

15  Q.    Okay.  And so we talked about MPP earlier,

16  and that -- MPP is not being utilized to the extent

17  it was previously under the Trump administration,

18  correct?

19        MR. DARROW:  Objection.

20  **A.    Yes.**

21  Q.    So MPP has been contracted, right?

22        MR. DARROW:  Objection.

Oritz , Raul                                                        July 28, 2022

110

1    **A.    Yes.**

2    Q.    Expedited removal has been contracted.

3          MR. DARROW:  Objection.

4    **A.    We're still leveraging ERs, not -- not to**

5    **the same degree that -- that we have in the past.**

6    Q.    Okay, and so two pathways that were

7    previously available are being limited or contracted,

8    right?

9          MR. DARROW:  Objection.

10   **A.    Yes.**

11   Q.    There are -- on the seven -- or the --

12   looking at the bottom, the seven different

13   categories, we talked about expedited removal and

14   MPP.  There are two that have the -- well, yeah, have

15   -- one has NTA and the other has notice to appear.

16   Do you see that?

17   **A.    Yes.**

18   Q.    All right.  The warrant of arrest in NTA,

19   that's warrant of arrest slash notice to appear,

20   correct?

21   **A.    That's correct.**

22   Q.    All right.  And the one that's I guess two

Oritz , Raul                                                    July 28, 2022

112

1    Title 21 is controlled substance offenses; is that

2    correct?

3            MR. DARROW:  Objection.

4        **A.    Yes.**

5        Q.    Okay.  The first one, reinstatement of

6    prior order removal, bag and baggage, what is that?

7        **A.    That is somebody who's already been ordered**

8    **removed from the country, their immigration hearing**

9    **was either heard and they were ordered removed, and**

10   **so when the agent or the officer, immigration officer**

11   **encounters them in the field, the processing has**

12   **already been completed and a disposition has already**

13   **been rendered, and so they are taken into custody,**

14   **turned over to ICE and removed.**

15       Q.    Okay.  What does bag and baggage refer to?

16       **A.    It just refers to the processing of those**

17   **individuals.**

18       Q.    Okay, all right.  Looking down to the third

19   of the seven that are listed on the bottom of Exhibit

20   11, it says voluntary return slash withdrawal of

21   application of admission.  What does that pathway

22   include?

Oritz , Raul                                    July 28, 2022

113

1      **A.      Those are typically centered around the**
2      **Mexican nationals, that population group, and allows**
3      **us to process them and allows them to be removed at**
4      **the nearest port of entry.**
5          Q.      Okay, okay.  Looking at the notice to
6      appear slash own recognizance released, I believe you
7      described that those folks are released.  Is that
8      fair?
9               MR. DARROW:  Objection.
10     **A.      Yes.**
11         Q.      Okay.  Are aliens that are in that process
12     flow aliens that may be inadmissible?
13              MR. DARROW:  Objection.
14     **A.      They may be, yes.**
15         Q.      Okay.  And if we were to compare that
16     process way with the parole plus ATD process
17     through-put or whatever -- pathway, would the
18     difference between the two pathways largely be
19     whether a notice to appear is actually issued?
20              MR. DARROW:  Objection.
21     **A.      Yes.**
22         Q.      Okay.  Is there a consequence to an alien

Oritz , Raul                                    July 28, 2022

120

1      Q.    All right.  You've actually increased
2    Border Patrol's detention capacity, right?
3      **A.    Yes.**
4      Q.    You put up I think one or two soft-sided
5    facilities; is that correct?
6      **A.    We put up multiple soft-sided facilities,**
7    **and we also completed our centralized processing**
8    **center in Rio Grande Valley, which is our Ursula**
9    **facility.  We stood that up under the previous**
10   **administration after the -- in 2014, and continued to**
11   **operate that for the next four years, but it needed**
12   **some engineer's modifications to bring it up to code,**
13   **and so we in essence had to shut it down, but over**
14   **the last -- I believe we opened it back up in**
15   **December.**
16     Q.    Okay.  And increasing detention capacity
17   for any organization, but for a federal government
18   agency, takes time, right?
19     **A.    Yeah, most definitely.  You need both, in**
20   **this case, the contracting ability to be able to do**
21   **it, you have to have the funding to be able to do it,**
22   **and then you have to have the manpower to support**

Oritz , Raul                                                    July 28, 2022

121

1    those facilities.

2        Q.    And standing up additional facilities is

3    something that takes time, right?  Takes multiple

4    years, correct?

5        A.    Typically -- I mean, we have stood up some

6    soft-sided facilities in relatively quick periods of

7    time depending on the conditions, but more often than

8    not, it takes months if not a year to plan.

9        Q.    Okay, and today, you can now handle a

10   higher volume of aliens as far as processing than you

11   could before January of 2021, right?

12            MR. DARROW:  Objection.

13       A.    So depending on what you are sort of -- so

14   we were already dealing with this COVID environment

15   in January 2021, and so our ability to safely care

16   for, detain, process the migrant population as well

17   as care -- ensure safety and security of our

18   personnel was already being challenged.  When you

19   think about, you know, having the ability to --

20   normally without it being in a pandemic or in a COVID

21   environment, a whole 17,000 people at max capacity,

22   that's not optimal.  When you talk about detention,

Oritz , Raul                                                    July 28, 2022

122

1  space as law enforcement officials, you don't want to

2  fill every seat, every bed, every corner of those

3  processing centers.  I mean, that's -- when you get

4  to those -- or you exceed or reach those maximum

5  capacity levels, you are really stretching the

6  logistics and the capacity of the sectors and the

7  stations.

8      Q.   I appreciate that, Chief Ortiz, but I guess

9  from -- just from a mathematical perspective, the

10 number of available beds has increased as far as

11 Border Patrol from January 2021 till the present.

12     A.   Well, we have really no beds.  We were

13 never -- processing --

14     Q.   Yes.

15     A.   -- centers.

16     Q.   Okay, I was --

17     A.   Occupancy level of our facilities has

18 increased, yes.

19     Q.   Okay, that's all I was trying to get at.

20     A.   Okay.

21     Q.   And I appreciate that during COVID, you

22 were at 75 percent occupancy level; is that right?

Oritz , Raul                                                    July 28, 2022

133

1    I'm going to show you what I'm going to mark for

2    identification as Exhibit 14 to your deposition.

3                         (Ortiz Exhibit No. 14

4                          was marked for

5                          identification.)

6              THE WITNESS:  Thank you.

7              MR. DARROW:  Thank you.

8              BY MR. GUARD:

9         Q.    Exhibit 14 is the FY 2022 budget in brief

10   for the Department of Homeland Security, correct?

11        **A.    Yes.**

12        Q.    And again, this is a document that you

13   would have -- as either deputy chief or chief would

14   have been involved in at some point in time.

15        **A.    Yes.**

16        Q.    And it's a document that you would have had

17   someone on your staff review after it was published.

18        **A.    Yes.**

19        Q.    And that staff member would have been

20   looking to see changes for other DHS components that

21   could affect Border Patrol's operations, right?

22        **A.    Both the Border Patrol and CBP, and then**

Oritz , Raul                                        July 28, 2022

137

1    **those numbers.**

2        Q.    And was that because DHS was operating on a

3    continuing resolution?

4        **A.    I believe that's because that's what**

5    **Congress authorized, or appropriated.**

6        Q.    Okay, all right.  And so this is a decrease

7    -- so this is 2021 is when this -- when this document

8    is being prepared.  We're at a historic unprecedented

9    flood of aliens across the border, and Department of

10   Homeland Security is decreasing the number of

11   detention beds?

12           MR. DARROW:  Objection.

13           BY MR. GUARD:

14       Q.    Is that right?

15       **A.    1,500, yes.**

16       Q.    You'll -- I'm going to mark for

17   identification as Exhibit 14, 15 --

18       **A.    Yeah.**

19           MR. DARROW:  Fifteen, yeah.

20                         (Ortiz Exhibit No. 15

21                          was marked for

22                          identification.)

Oritz , Raul                                           July 28, 2022

1              MR. DARROW:  Thank you.

2              BY MR. GUARD:

3       Q.    No problem.  Exhibit Number 15 is the FY

4    2023 budget in brief by the Department of Homeland

5    Security, correct?

6       **A.    Yes.**

7       Q.    Okay, and this again, you were chief of the

8    Border Patrol when this document was being created,

9    right?

10      **A.    That's correct.**

11      Q.    All right.  And would you have had some

12   involvement in at least either providing information

13   or in the preparation of this document?

14      **A.    On the CBP portion, yes.**

15      Q.    Okay.  And there is a, like in the previous

16   one, starting on page 26, there is a section for

17   Customs and Border Patrol, right?

18      **A.    Yes.**

19      Q.    All right.  And if you look on page 33,

20   there -- like in the previous budget in brief, the

21   two that we looked at, there is an ICE portion,

22   right?

Oritz , Raul                                                    July 28, 2022

143

1      **A.      That's correct.**

2      Q.    Okay.  For an organization that is to

3    provide security for the border, do you believe that

4    the number of aliens that abscond from control of ICE

5    would be a consideration that should be made?

6              MR. DARROW:  Objection.

7      **A.      The number of aliens that the Border Patrol**

8    **releases under the ATD parole pathway is typically**

9    **family units or single adults that are considered a**

10   **low threat population.  So there could be many**

11   **factors associated with their failure to report to an**

12   **ICE facility, anywhere from the address or their**

13   **final destination ended up being somewhere different**

14   **to, you know, their inability to actually get to an**

15   **ICE location close to where their final destination**

16   **was.**

17     Q.    Okay.  I'm going to show you what I marked

18   for identification to your deposition as Exhibit 16.

19                            (Ortiz Exhibit No. 16

20                             was marked for

21                             identification.)

22             MR. DARROW:  Thank you.

Oritz , Raul                                                July 28, 2022

1    prosecutorial discretion today.  What -- as a

2    processing pathway.  Is -- is PD or prosecutorial

3    discretion still being utilized by Border Patrol?

4         **A.    No.**

5         Q.    Okay.  When did it cease being utilized

6    approximately?

7         **A.    I couldn't tell you.**

8         Q.    Okay.  And what was prosecutorial

9    discretion?

10        **A.    That was the Border Patrol's or CBP, not**

11   **just the Border Patrol, CBP's authorization to not**

12   **issue a notice to appear for an alien in their**

13   **custody based upon certain conditions.**

14        Q.    Do you recall what those conditions were?

15        **A.    They obviously couldn't be a criminal**

16   **alien, you know, a threat to national security,**

17   **flight risk.  There was several factors.**

18        Q.    Okay.  Do you know approximately when the

19   prosecutorial discretion category began?

20        **A.    I couldn't tell you.**

21        Q.    Was it after the Biden administration

22   started?

Oritz , Raul                                              July 28, 2022

165

1   report, so --

2        **A.     Yeah, no.**

3        Q.     I was just asking for my edification so I

4   can go back and see how frequently -- was PD the same

5   as the NTR program that we were talking about a

6   little bit earlier?

7        **A.     No.**

8        Q.     Okay.  How did PD differ from NTR?

9        **A.     So NTRs were only for family units.**

10       Q.     Okay.  And PD, could it be single adults?

11       **A.     Could have been.**

12       Q.     Okay.  Any other -- the result of either

13  process at least as you explained it is that the

14  alien is not getting an NTA, right?

15            MR. DARROW:  Objection.

16       **A.     That's correct.**

17       Q.     All right, so as far as that is concerned,

18  that they were similar, right?

19            MR. DARROW:  Objection.

20       **A.     Well, the forms used were different.**

21       Q.     Okay, but they didn't get a notice to

22  appear and a date and time to show up at an ICE

Oritz , Raul                                              July 28, 2022

181

1          MR. DARROW:  Objection.

2     **A.    I can assume they read it also, yes.**

3     Q.    Okay, all right.  Well, folks that are here

4     legally or illegally can read those news sources,

5     right, if nothing else.

6          MR. DARROW:  Objection.

7     **A.    Yes.**

8     Q.    Okay, and I believe in one of your speeches

9     in Del Rio, you talked about word of mouth, right?

10    **A.    I did.**

11    Q.    Okay.  So changes like to the family

12    detention policy get communicated to folks outside

13    the United States.

14         MR. DARROW:  Objection.

15         THE WITNESS:  Yes.

16         MR. GUARD:  Okay.  I'm going to mark this

17    as 21?

18         MR. DARROW:  Yeah.

19                        (Ortiz Exhibit No. 21

20                         was marked for

21                         identification.)

22         MR. DARROW:  Thank you.

Oritz , Raul                                                  July 28, 2022

239

1    Chief.  Try not to prolong things any longer than we

2    have to.  I believe you testified before, and correct

3    me if I'm wrong, that the government is currently

4    using MPP, the migrant protection protocol, less than

5    it was before; is that correct?

6         A.    That's correct.

7         Q.    Okay, and why is that?

8         A.    There are a couple other factors that have

9    forced or reduced the number of enrollees in the MPP

10   program.  First, the coordination with the government

11   of Mexico has to occur, and currently as it exists,

12   the one sector that is accepting MPP enrollees are,

13   or the one area is South Texas.  Two, one of the

14   things we have seen is that many of the individuals

15   that are enrolled in the MPP program claim protected

16   status, whether they are part of a protected group.

17   And so once that happens, they are no longer -- or

18   they're removed from the MPP program or process.

19        Q.    Okay.  Any other factors?

20        A.    No.

21        Q.    We talked before about expedited removal.

22   Which agency is primarily responsible for doing the

Oritz , Raul                                                July 28, 2022

240

1  credible fears -- credible fear interviews of

2  non-citizens in expedited removal?

3      A.    So that responsibility falls to U.S. CIS,

4  Citizenship and Immigration Services.  They have

5  asylum officers that are assigned to conduct these

6  credible fear claims or CF claims.

7      Q.    Have there been border surges under other

8  administrations?

9      A.    I've been a Border Patrol agent for 31

10 years and I've been chasing traffic since 1996.  I

11 have worked in South Texas in '96.  In '98, I worked

12 in Southern California when traffic surged there.  In

13 2000, I worked in Arizona when traffic surged there,

14 and then I was the deputy chief or acting chief under

15 the 2014 UAC crisis and the 2019 family unit surge,

16 and so yeah, there have been surges throughout my

17 career.

18     Q.    Were there any surges under the previous

19 Trump administration?

20     A.    Yes.

21     Q.    I believe you also said before, and also,

22 please correct the record if I'm wrong on this, that

Oritz , Raul                                        July 28, 2022

242

1    **then you have these smugglers that are just -- you**
2    **know, have little regard for the safety of the**
3    **community out there.**
4         Q.    I'd like to go back to what I believe is
5    marked as Exhibit 6 briefly.  It's this document
6    that's top line points.  Is it all right if I have
7    the witness look at my copy?
8              MR. GUARD:  That'll speed things up.
9              MR. DARROW:  Yeah, here you go.
10             MR. GUARD:  That's fine.
11             THE WITNESS:  Sorry.
12             BY MR. DARROW:
13        Q.    It's okay.  I opened it to the second page
14   --
15        **A.    All right.**
16        Q.    -- so we're all looking at the same --
17   there is there at the top a list of bullet points
18   with push-pull factors that we spoke about before.
19   Do you recall that?
20        **A.    Yes, I do.**
21        Q.    Are there any push-pull factors that you
22   have experienced that are not included in that list?

Oritz , Raul                                                    July 28, 2022

243

1      A.      Yeah, one of the things that, you know,

2   that we were just talking about is the criminal

3   organizations or the transnational criminal

4   organizations that are reaping all kinds of benefits

5   from migration and the surges that we're experiencing

6   right now, both from a -- the fees that they charge

7   the migrants that they're trafficking, and the fact

8   that they continue to flood the border area with, you

9   know, narcotics and whatnot.

10          So those are the criminal organizations'

11   ability to drive migration, not just in and along the

12   border area, but you know, in specific locations.

13   Cartel violence occurs south of many of our sectors,

14   and as we've seen acts of violence perpetrated

15   against our officers quite often.  We've had more

16   agents assaulted this year than we ever have, and we

17   continue to see increase in firearm seizures.  So

18   certainly the criminal organizations drive, you know,

19   these migrant populations because it's a billion

20   dollar business for them.

21          Previously cartels focused principally on

22   narcotics trafficking.  Now based upon some of the

Oritz , Raul                                              July 28, 2022

244

1    information that we receive from our intelligence

2    sources, it isn't uncommon for us to see these plaza

3    bosses or cartel bosses reap as much proceeds from

4    immigration smuggling as they do from narcotics

5    trafficking.

6        Q.    So among the factors, the ones listed on

7    the page and the ones that you just enumerated, and

8    feel free to review them further if you need to,

9    would you say that some factors are more significant

10   than others in -- in pushing as a push/pull factor?

11       A.    Yes, most definitely.  I think almost every

12   single one of the migrants that we encounter are

13   being driven by economic opportunities that exist or

14   the lack of economic opportunities in their home

15   country, and so that certainly is a factor that is

16   considered.  I track the remittances that occur

17   between the U.S. and Central America and Mexico, and

18   what is an indicator as to what type of migration

19   trends we may begin to see, and what I've seen over

20   the last several years is an uptick in those

21   remittances.

22            And so this is certainly in a COVID global

Oritz , Raul                                                    July 28, 2022

                                                                        245

1    environment, and lack of opportunities in some of

2    these countries is certainly pushing migrant -- these

3    migrant populations to an area where, you know, our

4    medical care and facilities are much better than what

5    they may be experiencing in Central America, South

6    America.  You see the political unrest that's

7    occurring in Peru and Venezuela and some of the other

8    countries is a significant driver of the population

9    into the U.S.

10       Q.    All right, we don't need to look at that

11   exhibit anymore.  How has Border Patrol's processing

12   capacity changed since January 20th, 2021?

13       A.    One of the things that question have been

14   able to invest in considerably is our ability to

15   process the migrant populations much more

16   efficiently.  We have made some significant

17   investments in our ability to begin the process much

18   sooner.  We have and are currently working on an

19   electronic A file.  Traditionally Border Patrol, when

20   they would issue an A file, everything was done via

21   computer and printed out and signed and stored in a

22   paper file system.

Oritz , Raul                                                July 28, 2022

246

1       We are rolling out our electronic A file

2  system across the country.  We are working on our

3  unified processing module, which will allow us to

4  transfer information from us to the other component

5  agencies to include CIS and ICE, Immigration and

6  Customs Enforcement.  We are able to take biometrics

7  in the field and determine immediately whether

8  somebody has been apprehended previously, whether

9  they have a criminal record, and whether they are a

10 threat to our national security or to our officers.

11      So what we've been able to do is speed up

12 the processing in some locations by as much as, you

13 know, half, or cut the processing times in half in

14 many locations, and this is -- you know, we do not

15 have unfortunately mobile devices in every Border

16 Patrol agent's hands, but we're working on

17 prioritizing that in those sectors that are seeing

18 the highest increases of flow.  Yuma's a hundred

19 percent conducting mobile intake, and our plan is to

20 roll it out to Del Rio and Rio Grande Valley, and

21 then continue to expand that across both the

22 southwest border and the northern border.

Oritz , Raul                                                    July 28, 2022

247

1            So on top of being able to make some

2    investments in some of our processing centers, to

3    include the one I mentioned earlier, the Ursula

4    facility, which has the ability to house about a

5    thousand people in a hardened structure, we continue

6    to also update and modernize our processing programs

7    because they certainly were in need of improvement.

8        Q.    And what impact does -- does cutting

9    processing time have on the immigration process as a

10   whole?

11       A.    Well, one, it's going to make it more

12   efficient, and two, it allows us to segregate the no-

13   threat humanitarian asylum seeker population from

14   what would -- what I would consider my normal or

15   traditional border security work, which are those

16   migrants that are seeking to come to the U.S. for

17   strictly economic reasons and would not, you know, be

18   eligible for some sort of immigration benefit based

19   upon, you know, humanitarian or political conditions.

20           MR. DARROW:  All right.  Thank you very

21   much, Chief.  That's it for us.

22        FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF