UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                    Case No. 3:21-cv-1066-TKW-ZCB

UNITED STATES OF AMERICA,
*et al.*,

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
## FOR STATE OF FLORIDA

Pursuant to Local Rule 11.1(H), Bilal Ahmed Faruqui moves to withdraw as counsel of record for the State of Florida for the following reasons:

The State of Florida is represented by the Office of the Attorney General. The undersigned counsel is no longer assigned to be counsel of record in this case. The State of Florida continues to be represented in this case through other counsel from the Office of the Attorney General. Accordingly, the undersigned counsel's withdrawal from this case should not cause any prejudice or delay.

The undersigned counsel is authorized to represent that the State of Florida consents to his withdrawal. Counsel for Defendants has indicated that Defendants do not oppose this motion.

Wherefore, Bilal Ahmed Faruqui requests that this Court enter an order allowing him to withdraw as counsel from this case.

> Respectfully submitted,
>
> ASHLEY MOODY
> ATTORNEY GENERAL
>
> */s/ Bilal Ahmed Faruqui*
> Bilal Ahmed Faruqui (FBN 15212)
> SENIOR ASSISTANT ATTORNEY GENERAL
> Bilal.Faruqui@myfloridalegal.com
> (850) 414-3757
> Office of the Attorney General
> Complex Litigation Bureau
> The Capitol, PL-01
> Tallahassee, Florida 32399-1050
> *Counsel for the State of Florida*

### Local Rule 7.1(C) Certification

I certify that I conferred with counsel for Defendants, who indicated that Defendants do not oppose this motion.

> */s/ Bilal Ahmed Faruqui*
> Bilal Ahmed Faruqui