# United States District Court
Civil Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 9:00 AM | Case No. | 3:21cr1066-TKW |
| Time Concluded | 12:22 PM | Date | 12/16/2022 |

**DOCKET ENTRY:** Pre-trial Conference held. Court grants [129] Motion to Withdraw – clerk to terminate atty Court rules on pending motions. Bench Trial remains scheduled for 1/9/2023 at 9:00 AM.  Order to be entered.

| PRESENT: U.S. District Judge | **T. KENT WETHERELL, II** | Paula Cawby | Julie Wycoff |
|---|---|---|---|
| | | Deputy Clerk | Court Reporter |

**Style of Case:** STATE OF FLORIDA v. UNITED STATES et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| John Guard | State of Florida |
| James Percival | |
| Joseph Hart | |
| Anita Patel | |
| Karen Brodeen | |
| Natalie Christmas | |

| Defendant Counsel Present | Defendant |
|---|---|
| Joseph Darrow | United States |
| Erin Ryan | |

**PROCEEDINGS**

| | |
|---|---|
| 9:00 AM | Court in session |
| | Pretrial conference hearing held |
| 9:02 AM | Court addresses counsel |
| 9:09 AM | Court grants [129] Motion to Withdraw – clerk to terminate atty |
| 9:11 AM | Counsel argue issues in [120] motion |
| 9:32 AM | Court finds evidence related to ATD and Notice to Report Policy will be accepted for limited purpose |
| 9:40 AM | Court denies motion re illegal immigration costs |
| 9:59 AM | Court denies motion re deposition witnesses |
| 10:00 AM | Counsel argue opposition re witness Barker |
| | Court finds def to provide the personal information (with protective order, if necessary) by 12/23/2022 |
| 10:24 AM | Court addresses exhibit objections |
| 10:40 AM | Court in recess |

**3:21cr1066-TKW        Pretrial Conference Hearing Continued        December 16, 2022**

| | |
|---|---|
| 10:55 AM | Court in session |
| | Counsel argue objections to plaintiff's designations |
| 12:00 PM | Court makes rulings on objections |
| 12:01 PM | Court discusses trial procedures with counsel |
| | Opening statements set at 15 minutes |
| | Court will discuss at conclusion of trial expectation for proposed findings |
| | Order to be entered |
| 12:22 PM | Court adjourned |