UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:21-cv-01066<br><br>**UNOPPOSED MOTION FOR PROTECTIVE ORDER** |

Defendants hereby move on consent, for the Court to So-Order the attached Stipulated Protective Order. The basis for this relief is that the Court previously ordered Defendants to disclose to Plaintiff the contact information for Tony Barker and, at the same time, indicated it would be willing to issue a Protective Order to facilitate the disclosure. ECF No. 130. Accordingly, the Parties prepared the attached Stipulated Protective Order, which Defendants now request, on consent, that the Court So-Order.

1

Dated: December 22, 2022

JASON A. COODY
*United States Attorney*

MARIE A. MOYLE
*Assistant United States Attorney*

Respectfully Submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Elissa P. Fudim*
ELISSA P. FUDIM
JOSEPH A. DARROW
ERIN T. RYAN
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
Elissa.p.fudim@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF CONFERENCE AND COMPLIANCE

I certify that I conferred with counsel for Plaintiff on December 21, 2022 as required by Local Rule 7.1(B) regarding this motion, and Plaintiff consented to it.

I certify that this brief complies with Local Rule 7.1(F) parts of the document exempted by the Rule, it contains 92 words.

/s/ *Elissa P. Fudim*
ELISSA P. FUDIM
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Florida by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Elissa P. Fudim*
ELISSA P. FUDIM
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
