UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                            Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.
_____/

## ORDER OF CLARIFICATION

    This case is before the Court based on Plaintiff's unopposed motion for clarification (Doc. 134). The motion seeks clarification as to whether paragraph 4 of the final pretrial order (Doc. 130) precludes the parties from continuing to work to narrow the issues for trial by agreeing to additional stipulations and/or eliminating exhibits and witnesses. That paragraph is derived from Fed. R. Civ. P. 16(e) and was merely intended to memorialize that the pretrial stipulation, rather than the pleadings, now frames the issues for trial. *See Rockwell Int'l Corp. v. United States*, 549 U.S. 457, 474 (2007). It was not intended to preclude the parties from working to further narrow the issues for trial through additional stipulations or otherwise. Accordingly, it is

**ORDERED** that Plaintiff's motion for clarification is **GRANTED**, and the final pretrial order is clarified as reflected above.

**DONE and ORDERED** this 28th day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**