

December 30, 2022								CBP-2022-003180

Natalie Christmas
Florida Attorney General's Office
PL01 The Capitol
Tallahassee, FL  32399

Dear Ms. Christmas:

In response to **State of Florida v. DHS et al, Case No. 21-14462-Civ.**  This is the seventh interim release to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP), submitted and received in our office on October 11, 2021.  In summary, you are seeking records pertaining to immigration enforcement, among other guidance.

A search of CBP databases produced records responsive to your request. CBP has considered the foreseeable harm standard when reviewing the record set and has applied the FOIA exemptions as required by the statute and the Attorney General's guidance[1].   CBP has reviewed 300 pages of records and determined that 209 pages of the records are partially releasable pursuant to Title 5 U.S.C. § 552 (b)(5), (b)(6), (b)(7)(C), and (b)(7)(E).

**FOIA Exemption (b)(5)** exempts from disclosure information considered to be predecisional and deliberative, and inter-agency or intra-agency memoranda or letters which would not be available by law to a party other than an agency in litigation with the agency.

**FOIA Exemption (b)(6)** exempts from disclosure personnel or medical files and similar files the release of which would cause a clearly unwarranted invasion of personal privacy.  This requires a balancing of the public's right to disclosure against the individual's right privacy.  The types of documents and/or information that we have withheld may consist of email addresses, phone numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.  The privacy interests of the individuals in the records you have requested outweigh any minimal public interest in disclosure of the information.  Any private interest you may have in that information does not factor into the aforementioned balancing test.

**FOIA Exemption (b)(7)(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy.  This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged

---

[1] Department of Justice (DOJ), "Freedom of Information Act Guidelines," March 15, 2022, available at https://www.justice.gov/ag/page/file/1483516/download



criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate.

**FOIA Exemption (b)(7)(E)** protects records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. CBP has determined that disclosure could reasonably be expected to risk circumvention of the law.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you have questions or concerns regarding this response, you may contact Assistant United States Attorney, Kuntal Cholera, at Kuntal.cholera@usdoj.gov.

Please notate file number CBP-2022-003180 on any future correspondence to CBP related to this request

Sincerely,

FOIA Division
U.S. Customs and Border Protection

| | |
|---|---|
| **From:** | (b)(6), (b)(7)(C) |
| **Sent:** | Thursday, January 28, 2021 12:46 PM |
| **To:** | SCOTT, RODNEY S |
| **Cc:** | ORTIZ, RAUL L; QUINN, TIMOTHY; MILLER, TROY A |
| **Subject:** | Re: Request for information - release of migrants along border |

Oh great. Thank you. I did not originally see you on the list.

> On Jan 28, 2021, at 12:40 PM, SCOTT, RODNEY S <(b)(6), (b)(7)(C)> wrote:
>
> ?
> I will be attending the 2p for BP.
>
> **Rodney Scott**
> Chief
> US Customs and Border Protection
> US Border Patrol
> Office (b)(6), (b)(7)(C)
>
> *Focus on what is right, regardless of who is right.*
>
> **From:** CLAVEL, LISE <(b)(6), (b)(7)(C)>
> **Sent:** Thursday, January 28, 2021 12:39 PM
> **To:** ORTIZ, RAUL L <(b)(6), (b)(7)(C)>
> **Cc:** QUINN, TIMOTHY <(b)(6), (b)(7)(C)> MILLER, TROY A <(b)(6), (b)(7)(C)> SCOTT, RODNEY S <(b)(6), (b)(7)(C)>
> **Subject:** Re: Request for information - release of migrants along border
>
> Thanks. Deputy Chief, are you the best person to ask to be added to the 2pm with the AS?
>
>> On Jan 28, 2021, at 12:23 PM, ORTIZ, RAUL L <(b)(6), (b)(7)(C)> wrote:
>>
>> ?
>> There is engagement with local law enforcement, spoke to Chief Hastings in RGV and Chief Skero in Del Rio earlier and they mentioned they have engaged their NGO's, Sheriffs and Federal Law Enforcement Partners and today they are discussing it with Mayors and County Judges in RGV and Chief Skero has already done this in Del Rio Sector. We will conduct an RFI to determine the extent of engagement but I am pretty confident this is happening across the SWB. This includes engagement with the local consulates.

*Raul L. Ortiz*
Deputy Chief
USBP Headquarters, Washington, DC
[ (b)(6), (b)(7)(C) ] cell
[ (b)(6), (b)(7)(C) ] office

CONFIDENTIALITY NOTICE: This e-mail, including any attachment, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Parts of this document may contain sensitive security information that is controlled under the provisions of 49 CFR 1520. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. WARNING: Parts of this document or any attachments may be designated: ~~FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES) it~~ is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information. This information shall not be distributed beyond the original.

**From:** CLAVEL, LISE <(b)(6), (b)(7)(C)>
**Sent:** Thursday, January 28, 2021 12:13 PM
**To:** ORTIZ, RAUL L <(b)(6), (b)(7)(C)>; QUINN, TIMOTHY <(b)(6), (b)(7)(C)>; MILLER, TROY A <(b)(6), (b)(7)(C)>
**Cc:** SCOTT, RODNEY S <(b)(6), (b)(7)(C)>
**Subject:** RE: Request for information - release of migrants along border

Thanks. Adding AC1 back.

You mentioned community stakeholder engagement; but is there any communication with local LE?

Commissioner, do you feel comfortable briefing the AS at 2pm or would you like someone from BP to join the call as well?

LC

**From:** ORTIZ, RAUL L <(b)(6), (b)(7)(C)>
**Sent:** Thursday, January 28, 2021 11:54 AM
**To:** CLAVEL, LISE <(b)(6), (b)(7)(C)> QUINN, TIMOTHY <(b)(6), (b)(7)(C).gov>
**Cc:** SCOTT, RODNEY S <(b)(6), (b)(7)(C)>
**Subject:** FW: Request for information - release of migrants along border

CoS,

Here are the bullets.

*Raul L. Ortiz*
Deputy Chief
USBP Headquarters, Washington, DC
[ (b)(6), (b)(7)(C) ] cell
[ (b)(6), (b)(7)(C) ] office

CONFIDENTIALITY NOTICE: This e-mail, including any attachment, is for the sole use of the intended

recipient(s) and may contain confidential and privileged information. Parts of this document may contain sensitive security information that is controlled under the provisions of 49 CFR 1520. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. WARNING: Parts of this document or any attachments may be designated: ~~FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE (FOUO/LES)~~ It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information. This information shall not be distributed beyond the original.

**From:** PADILLA, MANUEL JR (b)(6), (b)(7)(C)
**Sent:** Thursday, January 28, 2021 11:20 AM
**To:** ORTIZ, RAUL L (b)(6), (b)(7)(C)
**Cc:** BARKER, TONY L (b)(6), (b)(7)(C)
**Subject:** Request for information - release of migrants along border

Deputy,

Please review and forward

- Mexico recently passed a law that precludes Mexican Immigration from detaining children, even if they are accompanied by adults/relatives/parents. This further impacts USBP's ability to expel family units under CDC T42 authority. Top Line: (b)(5)

(b)(5)

- USBP continues to experience a stark increase in monthly illegal migration to the U.S., especially in the South Texas area. We are now seeing consecutive days over 3000 apprehensions/encounters which we had not seen since the 2019 crisis.
- This continued surge of Unaccompanied Children and Family Unit encounters will immediately overwhelm USBP's short term detention capacity and rival crises experienced in 2014/2019 but with an increased risk due to the COVID-19 pandemic.
- The pause on processing pathways (MPP, ACA, PACR) and recent policy changes have also impacted USBP's ability to expeditiously process and remove those encountered, including jail releases that do not fall into the Civil Enforcement Priorities
- Local INM has agreed to take FMUAs under T42 in Tamaulipas with the exception of tender age or other vulnerable populations, which is unfortunately the largest FMUA demographic currently being encountered.
- Moreover, capacity at Border Patrol stations has decreased by 75%, due to COVID-19, limiting overall capacity further. Sectors consistently move individuals to different stations in order to be in compliance with COVID limitations.
- The USBP will be required to promptly process and release family units and single adults due to lack of adjudication pathways and the necessity to maintain the health and safety of the workforce and those in detention during the pandemic.
- These releases are sought to mitigate risks experienced from overcrowding at USBP facilities, to maintain COVID-19 mitigation protocols, and due to USBP's inability to turn the detained migrants over to partner agencies.

- USBP works in close coordination with ICE ERO to transfer Family Units to Family Residential Centers (FRC) but placement at these facilities is limited and criteria/family demographic precludes many from being placed. EOR has already communicated that the FRCs are near maximum capacity.
- Individuals showing signs of illness or requesting medical support are evaluated by medical professionals and treated. Blanket COVID-19 testing for every individual pending release is not conducted and would further prohibit any T42 expulsion once tested.
- As we have done in the past, Sectors continue to engage with community stakeholders that may by impacted by the release of individuals into the community. This is done to be transparent and ensure stakeholders prepare accordingly for any community impact.
- **(b)(5)**
- Potential impacts:
- **(b)(5)**

Manuel Padilla, Jr.
Chief - Law Enforcement Operations Directorate
United States Border Patrol Headquarters
O: (b)(6), (b)(7)(C) | C: (b)(6), (b)(7)(C)
(b)(6), (b)(7)(C)