**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**STATE OF FLORIDA**,

    **Plaintiff**,

**v.**                            **Case No. 3:21cv1066-TKW-ZCB**

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.

_____/

**<u>ORDER</u>**

    This case is before the Court based on Defendants' motion to amend witness list (Doc. 137) and Plaintiff's motion to supplement exhibit list (Doc. 138). The Court held a telephonic hearing on the motion on January 5, 2023, and for the reasons stated on the record at the hearing, it is **ORDERED** that:

    1.    Defendants' motion to amend witness list is **GRANTED**, and all of Plaintiff's state agency witnesses are added to Defendants' witness list with the understanding that Defendants only intend to call Patti Grogan, James Heckman, and Lavitta Stanford.[1] Defendants shall advise Plaintiff as soon as practicable as to

---

[1] Defendants also wanted to call Robert Kynoch, but they agreed not to do so based on Plaintiff's stipulation that it was not going to rely on any impacts to the Department of Highway Safety and Motor Vehicles from issuing driver's licenses or identification cards to aliens to establish its standing. That renders the facts stipulated in paragraphs 64-70 of the pretrial stipulation irrelevant.

whether any of these witnesses' testimony can be presented through deposition designations in lieu of live testimony and Plaintiff shall advise Defendants as soon as practicable whether the witnesses that Defendants want to present live will voluntarily appear or whether they need to be subpoenaed.

2.     Plaintiff's motion to supplement exhibit list is **GRANTED**, and the email chain attached to the motion (Doc. 138-1) is added to Plaintiff's witness list. Any objections to that exhibit will be addressed at trial.

**DONE and ORDERED** this 5th day of January, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**