# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 10:00 AM | Case No. | 3:21cv1066-TKW |
| Time Concluded | 10:46 AM | Date | 1/5/2023 |

**DOCKET ENTRY:** Telephonic Hearing held. [138] Motion to Amend Exhibit list – Granted, [137] Motion to Amend Witness list - Granted. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE **T. KENT WETHERELL, II**   Paula Cawby   Julie Wycoff
                                                          Deputy Clerk   Court Reporter

**Style of Case:** STATE OF FLORIDA v. UNITED STATES, et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| James Percival | State of Florida |
| Anita Patel | |
| Natalie Christmas | |
| Joseph Hart | |
| Karen Brodeen | |

| Defendant Counsel Present | Defendant |
|---|---|
| Elissa Fudim | United States, et al |
| Joseph Darrow | |
| Erin Ryan | |
| Marie Moyle | |

**PROCEEDINGS**