# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                             Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA;
*et al.*,

   *Defendants*.

_____/

## JOINT NOTICE OF SUPPLEMENTAL DEPOSITION DESIGNATIONS, OBJECTIONS, AND STIPULATIONS

The parties have conferred in accordance with this Court's order, Doc. 141. Defendants notified Florida that they only intend to call Patti Grogan and Lavitta Stanford and will offer deposition designations of James Heckman and Jesse Bottcher. Accordingly, the parties file this joint notice to inform the Court of (1) further stipulations reached by the parties; (2) Defendants' deposition designations for Mr. Heckman and Mr. Bottcher along with Florida's counter designations; and (3) Defendants' objections to Florida's new exhibit (Exhibit 98).

**I.    Additional Stipulations**

The parties have agreed to stipulate to the following additional facts:

71. Qualifying noncitizens, as discussed in paragraphs 57–59 of the pre-trial stipulation, include those defined in 8 U.S.C. §§ 1612 and 1613. Qualifying

noncitizens include Cuban and Haitian entrants, as defined in section 501(e) of the Refugee Education Assistance Act of 1980, currently codified in the statutory note to 8 U.S.C. § 1522.

72. The types of services including within "emergency medical services," as described in paragraphs 42–46 of the pre-trial stipulation, are set out in Fla. Admin. Code 59G-1.058, Fla. Admin. Code 59G-1.050, and 42 C.F.R. § 440.255.

## II.  Deposition Designations and Counter Designations

**Jesse Bottcher**

| Designation by Page:Line | Objections | Counter Designation |
|---|---|---|
| 4:1-6 | | |
| 9:2-5 | | |
| 16:2-8 | | |
| 25:1-3 | | 22:19–24:25; 25:4–7 |
| 25:8-16 | | 22:19–25:7; 25:17–26:6 |
| 36:5-10 | | 36:10–13 |
| 36:14-38:1 | | 36:5–13 |
| 41:4-10 | | |
| 46:6-11 | | 44:12–46:5 |

**James Heckman**

| Designation by Page:Line | Objections | Counter Designation |
|---|---|---|
| 5:3-8 | | |
| 28:24-29:13 | | |
| 32:11-33:13 | | 30:19–32:10 |
| 64:5-24 | | |
| 66:5-11 | | 66:12–20 |
| 66:21-67:5 | | 66:5–20 |
| 70:15-17 | | 68:9–70:14; 70:18–71:5 |

| | | |
|---|---|---|
| 71:6-16 | | 68:9–71:5 |
| 75:3-5 | | 73:16–75:2 |
| 80:9-17 | | |
| 117:24-118:3 | | 117:18–23; 118:4–23 |
| 135:4-17 | | |
| 139:15-140:2 | | 138:4–139:14; 140:3–5 |

### III.   Objections to Florida's Exhibit 98

| Exhibit Number | Description | Defendants' Objections |
|---|---|---|
| Exhibit 98 | January 28, 2021 Email re: "Request for information - release of migrants along border" | 402, 802 |

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Joseph E. Hart (FBN 124720)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Anita Patel (FBN 70214)
SENIOR ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050

(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

| | |
|---|---|
| JASON R. COODY<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| MARIE A. MOYLE<br>*Assistant United States Attorney*<br>Northern District of Florida | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | /s/ *Elissa P. Fudim*<br>ELISSA P. FUDIM<br>ERIN T. RYAN<br>JOSEPH A. DARROW<br>*Trial Attorneys*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 598-6073<br>Elissa.p.fudim@usdoj.gov |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 8, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ James H. Percival*
Deputy Attorney General
