Page 1

1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF FLORIDA
2                      PENSACOLA DIVISION
3              Civil Action No.  3:21-cv-01066
4
        STATE OF FLORIDA,
5
                       Plaintiff,
6
        v.
7
        The UNITED STATES OF AMERICA, et
8       al.,
9                      Defendants.
        _____/
10
11
                        DEPOSITION OF
12
                       JESSE BOTTCHER
13
              Taken on Behalf of the Defendants
14
15                 Friday, July 8, 2022
                   10:00 a.m. - 11:28 a.m.
16
17          LOCATION:  Via Web Conference
18
19
20
21
22
        Stenographically Reported Via Web Conference By:
23                     Mary Hlavac
               Registered Professional Reporter
24               Registered Merit Reporter
                 Certified Realtime Reporter
25               Job No. CS5298292

Jesse Bottcher                                                    July 8, 2022

Page 4

1      The following proceedings began at 10:00 a.m.:

2      Thereupon,

3                          JESSE BOTTCHER,

4      having been produced and first duly sworn remotely as a

5      witness, and after responding "I do" to the oath, was

6      examined and testified as follows:

7                        DIRECT EXAMINATION

8      BY MS. FUDIM:

9          Q.   Good afternoon, Mr. Bottcher.  My name is

10     Elissa Fudim.  I'm going to be taking your deposition

11     today on behalf of the defendants.

12              MS. FUDIM:  Before we get started, I just

13          want to get a stipulation from counsel,

14          Mr. Schreiber, that we're holding this

15          deposition virtually and that we all agree that

16          the transcript of this deposition will be able

17          to be used to the full extent at trial or

18          subsequent hearing just as if we were all in a

19          room together.  Does counsel so stipulate?

20              MR. SCHREIBER:  Correct.

21              MS. FUDIM:  And will you further stipulate

22          that the court reporter, although she's not in

23          the same room with either of us, that we all

24          agree that she is an officer and authorized to

25          deliver an oath for purpose of the deposition?

 1      weeks ago.

 2              Q.   You said AHCA.  And just for the record, is

 3      that the Agency for Health Care Administration?

 4              A.   Yes.  We refer to the Agency for Health Care

 5      Administration as AHCA.

 6              Q.   Okay.  The two meetings that you had with

 7      counsel, do you recall how long they lasted?

 8              A.   The first meeting lasted approximately an

 9      hour and a half and the second meeting lasted

10      approximately half an hour.

11              Q.   Was it just you and Mr. Schreiber or was

12      anyone else present at either of those meetings?

13              A.   There was someone else present at both

14      meetings.  The first meeting, Josephina Tamayo, the

15      general counsel for AHCA, was present, along with

16      Andrew Sheeran, a senior attorney for AHCA.  Joe was

17      present and Joe's colleague --

18              MR. BUNTON:  Karen Brodeen.

19              A.   Karen Brodeen.

20      BY MS. FUDIM:

21              Q.   Okay.  Now, when you met with counsel, did

22      you review any documents to prepare for today's

23      deposition on either of those occasions?

24              A.   Yes.

25              Q.   What documents did you review?

1          A.    I was knowledgeable before.

2          Q.    What is your role within AHCA?

3          A.    My role is I am an AHCA administrator within

4    the Bureau of Medicaid Policy that is under the

5    Division of Medicaid at the agency.  I oversee the

6    coverage policies for all medical, behavioral and

7    specialized services.  And eligibility is also under

8    my section.

9          Q.    I had thought, and correct me if I'm wrong,

10   I assume I'm about to be corrected, that the Division

11   of Child and Family Services played a role in

12   assessing eligibility.  Am I mistaken?

13         A.    The Department of Children and Families,

14   which we refer to as DCF, is our sister agency, and

15   they are responsible for determining eligibilities

16   of -- eligibility of individuals for Medicaid.  We

17   have the eligibility rule that we promulgate, and

18   that's Rule 59G-1.065, I believe it is, that we

19   mentioned earlier.  We are responsible for

20   promulgating that rule.  We work closely with DCF on

21   any changes that we need to make to that rule.

22               And that rule lists out what we call ACWMs,

23   which is a category with modifier.  And that

24   specifically lists out what the eligibility types are

25   and what their -- an overview of what their coverage

Jesse Bottcher                                               July 8, 2022

Page 22

1        A.   No, it's limited to emergency services for

2   undocumented citizens.  So other eligibility

3   categories may have full Medicaid benefits which is

4   more comprehensive.

5        Q.   Got it.  Okay.  That makes more sense.

6             In terms of -- in terms of income

7   requirements and federal poverty levels, do those

8   apply as well to noncitizens for eligibility?

9        A.   To the best of my knowledge, yes.  But the

10  Department of Children and Families can answer that

11  more specifically because they actually determine the

12  eligibility and look at that documentation.

13       Q.   When you gave your prior answer, you again

14  mentioned dual eligibility.  Were you again referring

15  to Medicaid and Medicare?

16       A.   Yes, because there's a considerable

17  population in the State of Florida that are dual

18  eligible for Medicare and Medicaid.

19       Q.   In terms of eligibility for Medicaid -- and

20  I understand the coverage services may differ in terms

21  of whether one is a citizen or noncitizen.  But in

22  terms of eligibility, are the qualifications the same

23  for both citizens and noncitizens?

24       A.   Not necessarily, because we have several

25  different kinds of eligibility groups and we have

Jesse Bottcher                                              July 8, 2022

Page 23

```
 1      different types of coverage for Medicaid.

 2              For example, we have home and community

 3      based services for people with disabilities.  That is

 4      a more comprehensive coverage than regular Medicaid.

 5      We also have other limited areas of Medicaid, like the

 6      family planning waiver, which is only for family

 7      planning services.  And that is set at a higher FPL

 8      than regular Medicaid coverage.

 9          Q.   Are noncitizens eligible for those two

10      programs, the disability and the family planning?

11          A.   They are not.  To the best of my knowledge

12      again, the Department of Children and Families can

13      answer very specific questions on eligibility

14      determinations.

15          Q.   In terms of the income requirement for

16      eligibility, do you know if it's verified in any way

17      or is it merely self-reported?

18          A.   I do not know.  That is operational for the

19      Department of Children and Families.

20          Q.   Do participants who require -- well,

21      withdrawn.  Let me rephrase that.

22              Do individuals need to enroll in Medicaid

23      prior to receiving benefits?

24          A.   Not entirely.  There is a thing called

25      presumptive eligibility that qualified providers can
```

```
1    do, that they will determine on the information that

2    is given to them that they believe an individual to be

3    eligible for Medicaid.  And then that is later

4    confirmed by the Department of Children and Families.

5         Q.   So would that be a situation where somebody

6    shows up in an emergency room seeking care, they've

7    never previously enrolled in Medicaid, and now they

8    are potentially entitled to a benefit?

9         A.   Yes, that is correct.

10        Q.   In terms of individuals actively enrolling

11   in advance in Medicaid, do they enroll via AHCA or do

12   they enroll via Division of -- Department of Children

13   and Family Services?

14        A.   They enroll through DCF.

15        Q.   Are you at all familiar with the enrollment

16   process?

17        A.   Not fully, no.

18        Q.   Is disclosure of one's immigration status,

19   if you know, part of that enrollment process?

20        A.   I do not know.

21        Q.   So would it also be fair to say then you

22   wouldn't know the degree of disclosure that's required

23   in terms of specificity with respect to immigration

24   status?

25        A.   That is correct, I would not know.
```

Jesse Bottcher                                                    July 8, 2022

Page 25

```
 1          Q.    In terms of AHCA, does AHCA keep any records

 2     of an individual's immigration status?

 3          A.    To the best of my knowledge, no, we do not.

 4     That is not something that is housed in our FLMMIS

 5     system.  That is the data system I mentioned

 6     previously.  What is housed in there is their

 7     eligibility type.

 8          Q.    So in terms of looking at expenses that are

 9     paid for Medicaid, from AHCA's agency perspective, the

10     agency would have no way of knowing if any specific or

11     general dollars spent were being spent or allocated to

12     individuals who had been paroled at the southwest

13     border into the country.  Fair to say?

14          A.    I would not know specifically the answer to

15     that question.  I don't know if that information is

16     available.

17          Q.    Who would you ask if you wanted to know?

18          A.    Would the agency ask, is that your question?

19          Q.    Well, you as a person, like if you wanted to

20     know the answer to that question, is there somebody

21     that you would ask within your agency?

22          A.    Oh, yes.  Possibly we could ask, you know,

23     our data team.  There's also another bureau that --

24     going back to when I talked about the structure of

25     Medicaid, there's a bureau I left out.  It's our
```

Jesse Bottcher                                                    July 8, 2022

Page 26

1     Medicaid Fiscal Agent Operations, also under the

2     Division of Medicaid, and they are -- oversee the

3     FLMMIS program.

4          Q.    And they would potentially have that

5     information, if anyone would, within the agency?

6          A.    If anyone would, they would potentially.

7          Q.    In terms of care that's provided to

8     noncitizens, is that only emergency services or does

9     it go beyond that category?

10         A.    So it is under the umbrella of emergency

11    services, but we get a little more specific in our

12    eligibility rule.  Our eligibility rule is publicly

13    available online, as is all of our coverage policies

14    and everything else on our agency website.  Everything

15    is publicly available in Florida.  So it specifically

16    lists emergency services including emergency

17    inpatient, labor and delivery, and kidney dialysis.

18         Q.    When we talk about emergency services, does

19    that mean only the degree of service required

20    necessary to stabilize somebody or does it include

21    treatment?

22         A.    When you say "treatment," do you mean

23    treatment for the emergency?

24         Q.    Well, I guess -- and perhaps I'm not using

25    the right word, so feel free to explain this in a way

Jesse Bottcher                                              July 8, 2022

Page 36

1   individuals would not be included within the

2   undocumented aliens set forth in response to

3   Interrogatory No. 1?

4         A.   Correct.

5         Q.   And again, AHCA doesn't keep any records to

6   differentiate into which categories individuals fall

7   in terms of what their immigration status is

8   specifically?  That's not information that's kept by

9   your agency?

10        A.   Correct.  The information that we keep is

11  their eligibility status and eligibility category

12  referred to as the ACWM, which I spoke about

13  previously.

14        Q.   Is that the reason why in interrogatory

15  response No. 3, it says, "AHCA is not aware if any of

16  the noncitizens who received emergency medical

17  services are applicants for admission released by the

18  federal government pending pursuant of asylum or

19  removal proceedings?"

20        A.   Yes, that is correct.

21        Q.   So as far as AHCA is aware, that number

22  could be zero?

23        A.   I think your question is presumptive.

24        Q.   Yeah, it is.  I'm -- it is necessarily

25  presumptive.  I'm asking you -- it seems to me that in

Jesse Bottcher                                          July 8, 2022

Page 36

```
 1        individuals would not be included within the

 2        undocumented aliens set forth in response to

 3        Interrogatory No. 1?

 4             A.   Correct.

 5             Q.   And again, AHCA doesn't keep any records to

 6        differentiate into which categories individuals fall

 7        in terms of what their immigration status is

 8        specifically?  That's not information that's kept by

 9        your agency?

10             A.   Correct.  The information that we keep is

11        their eligibility status and eligibility category

12        referred to as the ACWM, which I spoke about

13        previously.

14             Q.   Is that the reason why in interrogatory

15        response No. 3, it says, "AHCA is not aware if any of

16        the noncitizens who received emergency medical

17        services are applicants for admission released by the

18        federal government pending pursuant of asylum or

19        removal proceedings?"

20             A.   Yes, that is correct.

21             Q.   So as far as AHCA is aware, that number

22        could be zero?

23             A.   I think your question is presumptive.

24             Q.   Yeah, it is.  I'm -- it is necessarily

25        presumptive.  I'm asking you -- it seems to me that in
```

Jesse Bottcher                                                        July 8, 2022

Page 37

1    response to Interrogatory No. 3, you're saying that --

2    let me finish the question.  You're saying that AHCA

3    doesn't know one way or the other whether any

4    noncitizens who received emergency medical services

5    are applicants for admission released by the federal

6    government pending asylum or removal proceedings.  And

7    assuming that's correct as far as AHCA is concerned,

8    that number could be anything from zero to some other

9    number; is that correct?

10            MR. SCHREIBER:  Objection to the form.

11   BY MS. FUDIM:

12       Q.   You can answer.

13       A.   My answer to that question is we do not know

14   one way or another.  I will not speculate on numbers.

15       Q.   But would it be fair to say, if you don't

16   know one way or the other, that number could be --

17   could be anything?

18       A.   If we do not know the status, then we could

19   reasonably assume that we do not know so, therefore,

20   it could be.

21       Q.   Anything?

22       A.   Anything, correct.

23       Q.   Or zero?

24       A.   Well, zero is part of anything.

25       Q.   So that's a yes?

Jesse Bottcher                                        July 8, 2022

Page 38

1          A.   Yes, because we do not know.

2          Q.   Okay.  So in response to

3    interrogatory -- excuse me, document demand No. 1, it

4    says, "The cost of providing such emergency services

5    is paid by both federal and state dollars.  The cost

6    incurred by the state for providing emergency medical

7    services is provided in response to defendant's

8    request for production No. 1."  And then it says,

9    1RFP-1_011.  And that was a spreadsheet that was

10   produced by counsel; is that accurate?

11         A.   Are you saying that what we produced is a

12   spreadsheet, or are you asking if the spreadsheet is

13   accurate?

14         Q.   If what you produced is the spreadsheet?

15         A.   Yes, that is accurate.

16         Q.   Okay.  And this morning -- I just want to be

17   clear for the record.  This morning your counsel

18   provided us with a spreadsheet that contains some

19   totals at the bottom of it.

20         A.   Yes.

21         Q.   Am I correct that the spreadsheet that was

22   produced this morning on July 8th at approximately

23   9:15 this morning by your counsel is the same

24   spreadsheet that was previously produced in response

25   to request for production No. 1 with the sole

Jesse Bottcher                                            July 8, 2022

Page 41

1      approximately 85 percent of our recipients.  But the

2      undocumented aliens are not part of the managed

3      Medicare program, so they are all fee for service.

4            Q.   And again, with regard to the title at the

5      top where it says "emergency assistance for

6      noncitizens," again you can't breakdown for me the

7      immigration status of those noncitizens as the word

8      noncitizens is used in this document?

9            A.   That is correct.  I cannot provide you with

10     the immigration status.

11           Q.   Was the data that we see in this document

12     pulled or culled from a larger set of data in order to

13     be responsive to the document demand?

14           A.   Yes.  So this was pulled from our FLMMIS

15     system.  And this was pulled by our Medicaid Data

16     Analytics.  And the way that they pulled the

17     information was by those ACWMs that we previously

18     spoke about.

19           Q.   What was word you said?  I missed that word.

20           A.   I'm sorry, it's an acronym.  ACWM, a

21     category with modifier, which is the eligibility type.

22           Q.   Can you just give us -- for the acronym, I

23     know the court reporter is going to be typing down.

24     What are the letters of the acronym you're saying

25     because I'm not sure I'm getting it.

Jesse Bottcher                                               July 8, 2022

                                                                Page 44

 1    complete, and also for July and August, because of the

 2    amount of time that had been that those claims could

 3    have come in, because providers do have one year to

 4    submit their claims.

 5         Q.   So if we wanted to have a full sense of what

 6    these figures are going through, let's at least say

 7    February or March of 2022, we'd need to get this data

 8    again in February or March of 2023 to see full figures

 9    reported?

10         A.   Yes.  That would be much more accurate than

11    this current data.

12         Q.   Did the COVID-19 pandemic, if you know, have

13    any effect upon the total number of claims both in

14    quantity and in dollar figures that was paid out with

15    respect to Medicaid for non -- for noncitizens?

16         A.   As far as the dollar amounts, I would need

17    to look at comparative data from previous years.  As

18    far as the eligibility, the Department of Children and

19    Families can answer that question better.  But there

20    are provisions in the CARES Act for eligibility

21    specifically, and it is for that a person maintains

22    their eligibility throughout the public health

23    emergency.

24              So, for example, in Florida, in February of

25    2020, there were 3.8 million roughly, approximately,

Jesse Bottcher                                                July 8, 2022

Page 45

1      Medicaid eligible recipients.  The most recent data I

2      saw was from the end of April.  And this is

3      information that we publish on our website.  We have

4      total numbers broken down by aid category, broken down

5      by counties, broken down by age for all Medicaid

6      eligibles in Florida.  And the last -- most recent

7      data we have is dated April 30th, and it was

8      5.2 million.  So there has been a large increase in

9      overall Medicaid eligibles.  The Department of

10     Children and Families can tell you if there -- if that

11     is specifically due to the requirements of the CARES

12     Act.

13            And the data that we have on the website, if

14     you were to pull previous months, you could see the

15     numbers and do a comparative analysis that way.

16         Q.   But from the point of your agency, you'd

17     have no way of knowing what causes any upward

18     departure in terms of number of claims or expenditures

19     made?

20         A.   I don't understand the question.  I'm sorry.

21         Q.   In terms of any increases that we see -- and

22     when I speak of increases, I'm seeing both

23     unduplicated claimants -- unduplicated recipients,

24     excuse me, and total amount paid.  From looking at

25     this data, we have no way of knowing the cause of any

Jesse Bottcher                                    July 8, 2022

Page 46

```
 1   increase during any period of time?

 2        A.   It could be due to the requirements of the

 3   CARES Act, but again, I will defer to the Department

 4   of Children and Families on how that affects their

 5   eligibility determinations.

 6        Q.   Do you have any information as to whether

 7   the parole practices of the federal government, the

 8   extent that there are general practices, caused any of

 9   the peaks that we see on this document?

10        A.   I do not have information on that.  I would

11   not know.

12        Q.   What percentage, if you know -- and I

13   believe this may have been one of the things you said

14   you did not know earlier.  But what percentage of the

15   total payments made by the state from Medicaid are

16   made to undocumented aliens as opposed to -- out of

17   the total percentage of payments made?

18             MR. SCHREIBER:  Objection to the form.

19        A.   So I do not know off the top of my head.

20   But if you were to pull the numbers by fiscal year and

21   compared it to the total Medicaid expenditures, and

22   then that would be -- your enumerator/denominator

23   would be the total paid for noncitizens and then that

24   would give you your percentage.

25
```