Page 1

1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF FLORIDA
2                   PENSACOLA DIVISION
3                      CASE NO.:  3:21-cv-01066
4    STATE OF FLORIDA,
5         Plaintiff,
6    vs.
7    The UNITED STATES OF
     AMERICA, et al.,
8
          Defendants.
9
     _____/
10
11   VIDEOCONFERENCE
     DEPOSITION OF:      JAMES HECKMAN, CORPORATE REPRESENTATIVE
12                       FLORIDA'S DEPARTMENT OF
                         ECONOMIC OPPORTUNITY
13
     TAKEN BY:           COUNSEL FOR THE DEFENDANT
14
     DATE:               WEDNESDAY, JUNE 29, 2022
15
     TIME:               10:20 A.M. - 2:21 P.M.
16
     PLACE:              OFFICE OF THE ATTORNEY GENERAL
17                       STATE OF FLORIDA
                         PL-01 THE CAPITOL
18                       TALLAHASSEE, FL 32399-1050
19   VIA:                WEBEX BY CISCO VIDEOCONFERENCING
20   STENOGRAPHICALLY
     REPORTED BY:        COURTNEY N. LANGHOFF, RMR, CRR, FPR-C
21
22
23
24
25   Job No. CS5298240

James Heckman                                    June 29, 2022

                                                        Page 5

1                 P R O C E E D I N G S

2                      * * * * * * * * *

3            THE COURT REPORTER:  Would you raise your right

4      hand, please?

5            Do you solemnly swear or affirm that the

6      testimony you're about to give in this cause is the

7      truth, the whole truth, and nothing but the truth?

8            THE WITNESS:  I do.

9            THE COURT REPORTER:  Thank you.

10           You may proceed.

11                      DIRECT EXAMINATION

12   BY MS. FUDIM:

13      Q.   Good afternoon, Mr. Heckman.  My name is

14   Elissa Fudim.  I'm an attorney at the Department of

15   Justice, and I'm going to be taking your deposition

16   today.

17           Before we get started, I just want to go over a

18   couple ground rules with you, as well as the stipulation

19   between counsel.

20           MS. FUDIM:  So right off the bat, let me -- let

21      me address Counsel.

22           We're holding this deposition virtually, and I

23      just want to confirm on the record that all parties

24      agree that the transcript of this deposition will be

25      able to be used fully at trial or a hearing, to the

James Heckman                                                 June 29, 2022

Page 28

1        Q.   And did you seek to obtain information about

2    whether your agency has such policies or practice,

3    practices pertaining specifically to noncitizen

4    residents of Florida?

5        A.   I did.

6        Q.   What did you do to seek to obtain that

7    information?

8        A.   I had spoke with our agency chief counsel,

9    Karen Gates.

10       Q.   All right.  And, again, I don't want to know

11   the substance of any conversations that you had with

12   counsel.

13       A.   Yeah.

14       Q.   But as a result of your conversation with

15   counsel, did you become knowledgeable as to whether or

16   not your agency has such services specifically for

17   noncitizen residents of Florida?

18       A.   I'm sorry.  Could you repeat that?

19       Q.   Yeah.  I don't want to know the specific

20   conversation that you had with your in-house attorney,

21   but I'm asking, as a result of that conversation, did

22   you become knowledgeable as to Topic Number 5?

23       A.   Yes.

24       Q.   And does your agency, the economic opportunity

25   department, have services that are specifically

James Heckman                                                    June 29, 2022

Page 29

1  available to noncitizen residents of Florida?

2      A.   When you say "specifically available," I'm

3  interpreting that as services that are only for -- for

4  the purposes of serving noncitizens.

5      Q.   That's correct.

6      A.   No, we do not have any programs or services

7  that are specific to noncitizens.

8      Q.   So all the services that you provide that are

9  available for which noncitizens can claim a benefit,

10 those are available to other members of the public as

11 well that have different -- who are citizens, for

12 example?

13     A.   Yes.

14     Q.   Okay.  Now, after Number 5, are there any other

15 remaining topics, other than ones that seek information

16 regarding specific data, numerical data, that you had to

17 go to another source to obtain information on?

18     A.   (Witness perused document.)

19          Number 10, Topic Number 10.

20     Q.   Okay.  Number 10 says, "If and how you

21 determine whether individuals receiving assistance from

22 your Agency are Citizens or Noncitizens and, for the

23 latter group, their immigration status."

24          Is that the topic you're referring to?

25     A.   Yes.

James Heckman

1       Q.   Okay.  And what did you do to become

2   knowledgeable as to Topic 10?

3       A.   I was not familiar with how our agency

4   determines citizenship or immigration status, so I had

5   to -- or for any programs -- sorry -- to learn about

6   that process.

7       Q.   What did you do to learn about that process?

8       A.   I consulted with other agency staff.

9       Q.   What other agency staff did you consult with?

10      A.   Our agency general counsel.

11      Q.   Is that the only person that you consulted

12  with?

13      A.   Yes.

14      Q.   Okay.  And, again, I don't want to know the

15  substance of your conversations with in-house counsel,

16  but as a result of having that conversation, did you

17  become knowledgeable as to Topic 10?

18      A.   Yes.

19      Q.   Okay.  And we're going to get into this more a

20  little bit later, but briefly, do you now -- can you now

21  share with us how your agency determines whether

22  individuals receiving assistance are citizens or

23  noncitizens?

24      A.   Initially, for the -- for -- for most programs,

25  that is self-reported, but they also have to provide

James Heckman                                            June 29, 2022

Page 31

1   Social Security numbers, which we run against the

2   Social Security Administration, and then for any

3   noncitizens that are identified, that way we pass their

4   information to the -- the SAVE system that is run by the

5   Department of Homeland Security and retrieve information

6   back from that, that tells us whether or not they are

7   authorized to work in the United States.

8       Q.   And is it fair to say that your systems then

9   track the information of whether or not a particular

10  individual is a citizen or noncitizen?

11          MS. BRODEEN:  Objection to form.

12          THE WITNESS:  Could you repeat that?

13  BY MS. FUDIM:

14      Q.   Well, you told me that they self-report the

15  information of whether they're a citizen or a noncitizen

16  and then there is verification procedures that your

17  agency takes advantage of thereafter.

18          Is that correct so far?

19      A.   Yes.

20      Q.   And the information that the agency then

21  obtains regarding an individual's status as a citizen or

22  a noncitizen, is that recorded, maintained, or tracked

23  in some way?

24      A.   Yeah.  We -- we record that information and

25  then store it in whatever system is used to -- to run

James Heckman                                                    June 29, 2022

 1    the program.

 2        Q.    What system are you referring to?

 3        A.    For Reemployment Assistance, that would be

 4    CONNECT.  I'm not familiar with the ins and outs of all

 5    of the systems that run the services that a noncitizen

 6    may apply for benefits from.

 7        Q.    And for CONNECT, just so we have it spelled

 8    correctly, is it -- it's "connect" just like the English

 9    word to connect two things together?

10        A.    Yes.  C-O-N-N-E-C-T.

11        Q.    Okay.  And in terms of an individual's status

12    as a citizen or a noncitizen, does the CONNECT system

13    break it down any further, in terms of what an

14    individual's particular immigration status is?

15        A.    The only information that CONNECT stores and

16    that we have, as an agency, is -- is what I just

17    described.  It's their citizenship status, whether they

18    are a citizen of the United States or not, and the

19    results from running their information against the SAVE

20    system, which tell us whether or not they're authorized

21    to work in the United States.

22        Q.    Okay.  So beyond that, you would have no way of

23    knowing whether or not the individual was, for example,

24    someone who was issued parole by the federal government?

25        A.    I believe that is correct, that we would not

James Heckman                                          June 29, 2022

Page 33

1    have that information.

2         Q.   Okay.  So you would also not know whether an

3    individual had submitted an application for asylum,

4    correct?

5         A.   Correct.

6         Q.   And you would not know, for example, where that

7    individual entered the United States?

8         A.   Did you say we wouldn't know where that

9    individual entered?

10        Q.   Right.  Is that accurate?  I mean, correct --

11   correct me if it's not, please.

12        A.   We would not know the -- the port of entry.

13   That is correct.

14        Q.   Okay.  Going beyond Topic 10, do you see any

15   others for which you had to obtain information that you

16   did not already know in order to become knowledgeable

17   about a particular topic?

18        A.   (Witness perused document.)

19             Topic Number 13, "Whether and to what degree

20   there have been any changes in the cost or type of

21   services stated in Topic Number 12 since January 21st,

22   2022."

23        Q.   And how you came to this conclusion?

24        A.   Yes.

25        Q.   Okay.  And the same question that we've gone to

James Heckman                                    June 29, 2022

Page 64

1   far in this deposition?

2        A.   Yes.

3        Q.   Okay.  So focusing upon reemployment

4   assistance -- give me one moment.

5             So we talked a little bit about qualifying for

6   benefits, and a person, in order to be entitled, to

7   qualify for benefits --

8             Well, first of all, fair to say, they have to

9   be -- they have to have work authorization in this

10  country, correct?

11       A.   Yes.

12       Q.   And does Florida -- or your agency, I should

13  say, verify their authorization to work?

14       A.   Yes.  In that we will run their name and

15  birthday and, I believe, an alien identification number

16  through the SAVE system, and the SAVE system provides

17  information on whether or not they're authorized to work

18  in the United States.

19       Q.   And the person would also have had to have

20  earned whatever that minimum income was, over whatever

21  that prior work period is, the four quarters, in order

22  to be entitled to claim benefits under the program as

23  well?

24       A.   That is correct.

25       Q.   So if a person, citizen or noncitizen -- I'm

James Heckman                                                    June 29, 2022

Page 66

1    appropriate office is, for them to make that

2    determination.

3        Q.   But the State of Florida and in terms of the --

4    well, withdrawn.

5             And if a noncitizen came to the state

6    of Florida and was unemployed in the state of Florida,

7    that individual, likewise, would not be entitled to

8    reemployment assistance through this program, correct?

9        A.   If that person had -- had never worked in the

10   state of Florida and never earned wages in the state

11   of Florida or in any other state, then that is correct.

12       Q.   And that would be true regardless of the

13   person's immigration status?

14       A.   Yes.

15       Q.   And by the same token, if a person relocated to

16   the state of Florida and was gainfully employed, whether

17   by a public entity or a private entity, that individual

18   would not be entitled to reemployment assistance,

19   correct?

20       A.   Could you repeat?

21       Q.   Yeah.  A person comes to the state of Florida

22   and is gainfully employed, has a job, is getting wages.

23            That person is not entitled to payments from

24   the reemploy- -- reemployment assurance program,

25   correct?

James Heckman                                                June 29, 2022

Page 67

1        A.   If they -- if they are still employed and have

2   not been laid off by that employer or any other

3   employer?

4        Q.   They're actively employed, yes.

5        A.   Yes.  Then -- yes.

6        Q.   And, again, that's true, regardless of a

7   person's immigration status?

8        A.   Yes.

9        Q.   Okay.  So the only people --

10            What I'm getting at is:  The only people who

11   are entitled to payments from the Florida economic

12   opportunity department are individuals who were lawfully

13   employed for a sufficient period of time, earning a

14   sufficient period of money -- and I understand that that

15   ratio can differ, as we discussed earlier -- and then

16   loses their job through no fault of their own?

17            Those are the people we're talking about?

18        A.   Yes.

19        Q.   And, again, with respect to noncitizens, those

20   individuals have to have government authorized work

21   permits to qualify?

22        A.   Yes.

23        Q.   So if someone were to come to the United States

24   illegally and -- however, by whatever means of doing

25   so -- and they settle in Florida, they would be

1    ineligible for reemployment assistance, presumably,

2    correct?

3         A.   If they are not authorized to work in the

4    United States, then yes.

5         Q.   Right.  And presumably, if they're not

6    authorized to be in the United States, they would also

7    be not authorized to work in the United States?

8         A.   Yeah, we can assume that.

9         Q.   In terms of -- I just want to circle back for a

10   minute.  We talked earlier about funding.

11        The benefits funded by the reemployment

12   insurance fund, for lack of a better word, that's funded

13   solely by employers who pay federal and state payroll

14   taxes, correct?

15        A.   Normally, yes.  You know, during the summer

16   of 2021, August and September of 2021, there was a --

17   the State legislature passed a bill that inserted more

18   funds into the Unemployment Compensation Trust Fund

19   which power -- which feeds benefits for that program,

20   about -- a little over $500 million, I think.

21   500 million or 5 million.  I'm not sure, off the top of

22   my head, but --

23        Q.   All right.  I want to -- I have some follow-up

24   questions about that.

25        First of all, did you say 5 million or

Page 69

1    500 million?

2         A.   I said both.  I said I'm not -- it's either

3    one.  I'm not 100 percent certain on the dollar amount

4    right now.

5         Q.   Okay.  And that was --

6              You said the State legislature passed a bill to

7    add those funds?

8         A.   That is correct.

9         Q.   And that was in the summer of 2021?

10        A.   Yes.

11        Q.   Where were those funds diverted from, if you

12   know?

13        A.   I don't know where they were di- -- diverted

14   from.

15        Q.   Do you know what the source of those funds

16   were, in terms of their genesis, whether they were

17   provided by employers or some other form of tax?

18        A.   I believe from the general revenue, but I could

19   be mistaken, which would be -- a source of that would be

20   many other things, other than taxes on employers.  It

21   would be sales tax and a lot of other sources.

22        Q.   But do you have a sense of whether the fund- --

23   that additional funding was occasioned by or related to

24   the COVID-19 pandemic in any way?

25        A.   Yes, it -- that was the -- the --

James Heckman                                                    June 29, 2022

Page 70

1          The -- the reason behind it was to replenish

2     the Unemployment Compensation Trust Fund, partially to

3     prevent it from exhausting.

4          Q.   Were there any other occasions, let's say -- we

5     can cabin this.

6          I -- I don't expect you to know it for forever,

7     but let's say within the last five years, where you're

8     aware of the state legislature further funding the

9     unemployment assistance fund in the way that they did in

10    the summer of 2021?

11         A.   I am not aware of any other instance.

12         Q.   Okay.  And so other than that infusion of

13    capital in the summer of 2021, which may be 5 million or

14    500 million or may be some other number, or in between,

15    generally speaking, the benefits are funded by employers

16    who pay federal and state payroll taxes, correct?

17         A.   Yes.

18         Q.   And that's actually information that is posted

19    on your agency's website as well, correct?

20         A.   I -- I believe so.

21         Q.   Does that mean that the funding is not

22    subsidized in any manner by the federal government?

23         A.   For state reemployment assistance funds, that

24    is correct.  I'm making that distinction because there

25    were federal -- additional federal unemployment programs

1    implemented specifically for the pandemic that were

2    funded by federal money.

3              But yes, the State, what I'm calling regular

4    unem- -- unemployment insurance benefits, are funded by

5    the State entirely.

6         Q.   Are funds that are typically paid by employers

7    that go into the Reemployment Assistance fund

8    specifically earmarked for reemployment assistance, or

9    do they go into a larger trust where that can be funding

10   other things, whether it's operational overhead or other

11   workforce programs within D- -- DEO?

12        A.   The taxes collected by -- by -- from employers

13   for Reemployment Assistance are specifically dedicated

14   to the Unemployment Compensation Trust Fund, which only

15   is -- which is also dedicated specifically for the

16   benefits that are received by eligible claimants.

17        Q.   So if there is --

18             And I realize that this may not have happened

19   recently, given the pandemic, but if there is a period

20   of time where there is a surplus of

21   reemployment assistance funds, can those monies be used

22   by the State for other purposes?

23        A.   No.

24        Q.   And what --

25             Is there a fiscal year?  I assume there's a

1      A.   No.  If -- if the -- and I believe this goes
2    for any other state as well.
3           If the Unemployment Compensation Trust Fund is
4    depleted, then the primary source of funds, would then
5    be a loan taken from the federal government to replenish
6    the fund that would have to be repaid.
7      Q.   And has that happened, to your knowledge,
8    within the past five years?
9      A.   That has not happened in the past five years.
10     Q.   When was the last time that that happened, if
11   you know?
12     A.   In Florida, specifically?
13     Q.   Yes, yes.  All -- all for Florida, yeah.
14     A.   Okay.  I don't know when the last time that's
15   happened.
16     Q.   Do -- and I think you may have hinted at this
17   before, but do state or local government employers also
18   pay into the fund?
19     A.   They do.  That -- that's what, I believe, is
20   referred to as the reimbursable category, where they
21   pay, dollar for dollar, the amount of benefits that were
22   received by their former employees.
23     Q.   And is that true both for municipal government
24   employee- -- employers, as well as state government
25   employers?

Page 74

1      A.    I believe so.

2      Q.    So an example would be -- and this is just so I

3   make sure I -- I understand.

4          An individual, let's say, is employed by the

5   fire department municipality and is terminated or laid

6   off through no fault of their own.  The individual

7   qualifies for benefits.  Benefits are paid for that

8   individual.  Let's say the benefits paid total $15,000.

9   The State would -- or, rather, the local municipality

10  would, thereafter, compensate the fund for that amount,

11  dollar for dollar.

12         Is that how, roughly speaking, that would work?

13     A.    I believe so, yes.

14     Q.    If, generally speaking, other than the summer

15  of 2021, a grant of capital to replenish the fund from

16  losses sustained as a result of the pandemic, putting

17  that aside, do you have an understanding as to how

18  the State of Florida is harmed by making payments of

19  unemployment insurance to noncitizens when the

20  employment payments are funded solely by private

21  employers?

22     A.    How is the State harmed?

23     Q.    Yes.

24     A.    So my understanding of the harm is that it --

25  it would put an increased tax burden on Florida

Page 75

1   employers by -- for any employers that -- that laid off

2   their population that you're referring to.

3       Q.   So the harm to the State of Florida would be

4   derivative of its private employers?

5       A.   Yes.

6       Q.   Now, in terms of calculating payments, are you

7   familiar with how payments are calculated, whether it's

8   some percentage of prior earnings or something else?

9       A.   Yes.  It's a -- it's a percentage of earnings

10  during the claimant's benefit period, which is the

11  previous four quarters that I referred to earlier, up to

12  $275 per week.

13      Q.   What is the percentage?

14      A.   It's a percentage of -- like a calculation of

15  weekly earnings over the --

16      Q.   No.  But I mean --

17      A.   Oh.

18      Q.   Sorry.

19      A.   I'm not -- I'm not certain, off the top of my

20  head.

21      Q.   Okay.  And just for the record, I apologize for

22  cutting you off.  I -- the question I was going to ask

23  was just what the numerical percentage was, but I

24  understand you to be saying you don't know; is that

25  correct?

Page 80

1   they just categorized under noncitizen?

2       A.   What we have -- what we store in our system is

3   the returned verification or -- or nonverification note,

4   authorization to work from the SAVE system.  So what

5   that system produces is what -- is what we record.  We

6   don't record any of the information specifically -- like

7   from a -- a green card or -- or their authorization.

8   It's whatever is returned from the DHS SAVE system.

9       Q.   Okay.  We're going to look at some of the

10  specific documents in this case, but before we get

11  there -- excuse me -- to the extent that there was data

12  that was reported with respect to noncitizens and how

13  much -- what benefits they're consuming, as a group, in

14  the aggregate, those figures would include, for example,

15  funds that were received by a lawful, permanent resident

16  who's been here ten years, let's say?

17      A.   Yes.

18      Q.   Is that accurate?

19      A.   Yes.

20      Q.   I'm looking at -- and I can put it on the

21  screen, but you may have it in front of you, so it's

22  really whatever you're more comfortable with -- the

23  response to interrogatories.

24           Is that something you have in front of you?

25           MS. BRODEEN:  Oh, I have it.

James Heckman                                                June 29, 2022

Page 117

1          WIOA is the Workforce Innovation and

2    Opportunity Act programs.  Those are workforce training

3    programs.  And so is Wagner-Peyser.  It's also a

4    workforce education and training, workforce preparation

5    program.

6          The first four are -- if we're going back to

7    the agency organization, the first four programs listed

8    here are under the Community Development Division.

9          WIOA and Wagner-Peyser are in the work --

10   Division of Workforce Services, along with

11   Reemployment Assistance.

12     Q.   And we didn't see any data in the larger

13   spreadsheet we were looking at with the eight separate

14   sheets which we marked as Defendants' D.

15         We didn't see any data with regard to these

16   specific programs; is that right?

17     A.   That is correct.

18     Q.   Okay.  And then going down to the

19   Reemployment Assistance Federal Funding, I originally

20   understood that the fund was filled solely by tax

21   payments made by employers and then the direct

22   reimbursement made by public employers, and now what I'm

23   seeing is that there's also federal funding.

24         Am I to understand from you that that federal

25   funding is solely as to the overhead and administrative

James Heckman                                                        June 29, 2022

Page 118

1    expenses as opposed to direct payments to applicants who

2    have been awarded reimbursements?

3         A.   Yes.

4         Q.   And do you know -- well, I feel like it's --

5    you'll either know or not know.

6              Do you know if there is a particular statute or

7    program or something else by which these payments from

8    the federal government are made to cover those overhead

9    costs?

10        A.   I don't know of a statute, but I -- I know -- I

11   know we -- we have -- we --

12             So we, being DEO, have regular correspondence

13   with the Department of -- federal Department of Labor.

14   One of those kind of regular correspondences that we --

15   that we get is -- is called a -- like UIPL or --

16   Unemployment Insurance Program Letter, or UIPL is the

17   acronym, which -- we receive several of those throughout

18   the course of the -- of the program year, but I -- I

19   believe those funding amounts are what come down from

20   U.S. DOL, from those program letters that say, We -- we

21   determined how much -- how much funding to allocate your

22   state for unemployment insurance this year, and this is

23   that number.

24        Q.   And those --

25        A.   I don't know if it's on that sheet, though.

James Heckman                                          June 29, 2022

1    so if the answer's no, you can -- you can comfortably

2    say no.  I don't want you to speculate.

3        A.   No, I -- I don't know.

4        Q.   In terms of -- we had -- I had asked you before

5    about the 169,446 figure which represents the number of

6    noncitizen claimants that received funds, and I had

7    asked you a question about whether you had any way of

8    determining whether any of those individuals were people

9    who were paroled by the federal government at the

10   southwest border, and you said no; is that correct?

11       A.   Yes.

12       Q.   So would the same thing be true with regard to

13   the $426 million figure and change, that you have no way

14   of knowing whether any of those dollars were paid to

15   individuals who were paroled by the federal government

16   at the southwest border?

17       A.   That's correct.

18       Q.   Okay.  I'm going to unshare this screen.

19            Give me a second.  Excuse me.

20            In terms of causes of, when you -- withdrawn.

21   Let me -- let me phrase this better.

22            Florida is obviously a state that benefits

23   from -- from the tourism industry; is that fair to say?

24            MS. BRODEEN:  Objection.  Beyond the scope of

25       the topics.

Page 138

1         But I can put those two numbers next to each

2    other, and I'm not saying that's a one-to-one

3    comparison, but that might give you an idea.

4         Q.   Do you have a sense of what percentage, as a

5    percentage of total dollars spent on reinsurance

6    payments, of the reemployment assurance payments are

7    made by the State to noncitizens?

8         A.   Yes.  So I can refer to -- again, to Exhibit A,

9    under the -- the table that breaks out numbers of

10   claimants and benefits paid by program.

11        Between January of 2020 and May of 2022, DEO

12   paid $426,521,033 to noncitizens in State benefits out

13   of -- and there is some slight time dif- -- time period

14   differences here.  Between January of 2020 and

15   May of 2022, compared -- is what we have noncitizen

16   information for.

17        March 15th of 2020 through June 27th of 2022 is

18   what we have overall information for, in front of me,

19   but that 426 million and change dollar amount spent on

20   noncitizens compares to $7,585,526,748 in total State

21   Reemployment Assistance benefits.

22        Q.   All right.  And that was --

23        So before, when you said you weren't sure if it

24   was a billion number or a million number, it's a billion

25   number?

Page 139

1    A.   No.  109 billion for the budget?

2    Q.   Uh-huh.

3    A.   Is that what you're referring to?

4    Q.   Yeah, yeah, yeah.  Sorry.  I confused what you

5    were -- what you were -- what you were speaking to.

6    With- -- withdrawn.

7         So the 400 and change million dollar figure is

8    in comparison to a 7 billion dollar and change global

9    figure payout?

10   A.   Yes.

11   Q.   Sorry.  I'm just looking at my notes to make

12   sure I -- I don't miss anything, and I don't want to be

13   too duplicative with you.

14        So give me a second.  Bear with me.

15        Okay.  And in no way -- again, no way to say

16   how much of those payouts are attributable to

17   individuals paroled by the federal government, anywhere,

18   let alone at the southwest border, correct?

19   A.   That is correct.

20   Q.   And so fair to say you can't quantify the harm

21   to the State of Florida from the federal government's

22   parole policies with respect to applicants for admission

23   who are paroled by the federal government at the

24   southwest border?

25   A.   Well, not with respect to

James Heckman                                              June 29, 2022

Page 140

1    Reemployment Assistance and not with the information

2    that DEO has available.

3        Q.   Is there a way to quantify it with information

4    that other individuals within the State has available?

5        A.   I don't know.

6             MS. FUDIM:  Okay.  I appreciate your time

7        today.  I don't have anything else.

8             I don't know if your attorney wants to follow

9        up on anything and has any questions for you.  I

10       leave that to her.

11            MS. BRODEEN:  And I do not have any follow-up

12       questions.

13            And he will read.

14            THE COURT REPORTER:  Would you like this

15       transcribed?

16            MS. BRODEEN:  No.  But if they do transcribe,

17       we will read.

18            MS. FUDIM:  No.  We'll send it to you, and

19       he'll have an opportunity to review it for accuracy

20       and completeness and make any changes.

21            To the extent that you make changes, we'll have

22       an opportunity to question you about those in the

23       future.

24            But I appreciate your time today and your

25       efforts to be patient with me while explaining how