# United States District Court
## Civil Minutes – Bench Trial

| | | | |
|---|---|---|---|
| Trial began: | 1/9/2023, 8:57 AM | Case No. | 3:21cv1066-TKW |
| Trial concluded | 1/12/2023, 3:50 PM | Trial Dates | 1/9/2023 – 1/12/2023 |

**DOCKET ENTRY:** Bench Trial held 1/9/2023 – 1/12/2023, evidence entered. Counsel to file briefs by 2/9/2023. Court to enter written order on findings.

| | | | |
|---|---|---|---|
| PRESENT: U.S. District Judge | **T. KENT WETHERELL, II** | Paula Cawby | Julie Wycoff |
| | | Deputy Clerk | Court Reporter |

**Style of Case:** STATE OF FLORIDA v. UNITED STATES et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| James Percival | State of Florida |
| John Guard | |
| Joseph Hart | |
| Natalie Christmas | |
| Anita Patel | |

| Defendant Counsel Present | Defendant |
|---|---|
| Joseph Darrow | United States |
| Erin Ryan | |

**PROCEEDINGS**

Monday, January 9, 2023   Bench Trial

| | |
|---|---|
| 8:57 AM | Court in session |
| | Plaintiff exhibit at 87-1, admitted |
| 9:01 AM | Plaintiff opening statement |
| 9:11 AM | Defense opening statement |
| 9:22 AM | Plaintiff's direct |
| 9:23 AM | Plaintiff exhibits 61, 62, admitted |
| 9:30 AM | Plaintiff witness direct, Jacob Oliva, sworn |
| | Plaintiff exhibit 95, admitted |
| 10:02 AM | Defense cross |
| 10:15 AM | Plaintiff redirect |
| 10:23 AM | Plaintiff exhibits 1 – 4, 10, 13, 15, admitted |
| | Plaintiff exhibits 18, 22, 25, 26, 27, 28, admitted |
| | Plaintiff exhibits 30, 31, 46, 49, admitted |
| 10:56 AM | Court in recess |

**3:21cv1066-TKW**　　　　　　　　**Bench Trial**　　　　　　　　**January 9 -12, 2023**

Monday, January 9, 2023　　　Bench Trial, continues

| | |
|---|---|
| 11:08 AM | Court in session |
| 11:09 AM | Court exhibit 1 Exhibit Chart (Ortiz) |
| | Plaintiff exhibit 44, admitted |
| 11:16 AM | Video deposition of Raul Ortiz |
| 12:32 PM | Court in recess for lunch |
| 1:32 PM | Court in session |
| 1:35 PM | Video deposition Raul Ortiz continues |
| 2:20 PM | Plaintiff exhibits 14, 20, 21, 45, 53, 54 - 58, 59, admitted |
| 2:41 PM | Deposition of Tony Barker (read) |
| 3:22 PM | Court in recess |
| 3:35 PM | Court in session |
| 3:39 PM | Court exhibit 2 Exhibit Chart (Barker) |
| | Plaintiff exhibits 23, 24, 60, admitted |
| 3:33 PM | Court exhibit 3 Exhibit Chart (Guadian) |
| 3:49 PM | Video deposition Robert Guadian (began) |
| 4:11 PM | Plaintiff exhibits 5 - 9, 11, 12, admitted |
| | Plaintiff exhibits 19, 33, 42, admitted |
| 4:40 PM | Court in recess |

6 hr 18 min

Tuesday, January 10, 2023　　　Bench Trial, continues

| | |
|---|---|
| 8:58 AM | Court in session |
| | Plaintiff exhibit 98, admitted |
| 9:02 AM | Video deposition Guadian, continues |
| 9:51 AM | Court exhibit 4 Exhibit Chart (Price) |
| 9:55 AM | Plaintiff exhibits 5A, 6A, 7A, admitted |
| 9:55 AM | Video deposition of Corey Price |
| 10:53 AM | Court in recess |
| 11:06 AM | Court in session |
| 11:07 AM | Plaintiff exhibit 64 withdrawn |
| 11:10 AM | Video deposition of Corey Price, continues |
| 12:00 PM | Court in recess |
| 1:30 PM | Court in session |
| 1:31 PM | Plaintiff exhibit 17 withdrawn |
| 1:34 PM | Plaintiff exhibit 16 admitted |
| 1:44 PM | Plaintiff exhibits 34, 35, 36, 37, 38 admitted |
| 2:06 PM | Plaintiff exhibits 48, 63, 96, admitted |
| 2:11 PM | Plaintiff case remains open to submit additional evidence |
| 2:13 PM | Defense direct |
| 2:13 PM | Defense exhibits A – DD and LL – OO, admitted |
| 2:19 PM | Defense witness direct, Matthew Davies, sworn |
| 3:00 PM | Plaintiff cross |
| 3:26 PM | Defense redirect |
| 3:33 PM | Court in recess |
| 3:51 PM | Court in session |

**3:21cv1066-TKW**          **Bench Trial**          **January 9 -12, 2023**

Tuesday, January 10, 2023      Bench Trial, continues

| | |
|---|---|
| 3:52 PM | Defense witness direct, Raul Ortiz, sworn |
| 4:53 PM | Bench conference |
| 4:57 PM | Plaintiff cross |
| 5:40 PM | Defense redirect |
| 5:46 PM | Court inquires of witness |
| 5:48 PM | Court in recess |

6 hr 49 min

Wednesday, January 11, 2023      Bench Trial, continues

| | |
|---|---|
| 8:56 AM | Court in session |
| 8:58 AM | Plaintiff and Defense Transcripts filed |
| 9:01 AM | Defense request for Judge to take Judicial notice of submissions |
| 9:11 AM | Court reserves ruling |
| 9:11 AM | Defense witness direct, Robert Guadian, sworn |
| 10:32 AM | Court in recess |
| 10:45 AM | Court in session |
| 10:47 AM | Plaintiff cross (Guadian) |
| 10:59 AM | Defense redirect |
| 11:03 AM | Defense witness direct, Labitta Stanford, sworn |
| 11:16 AM | Defense concludes for today |
| 11:20 AM | Parties to stipulate to submissions for the court to accept as judicial notice |
| 11:25 AM | Court in recess |

2 hr 16 min

Thursday, January 12, 2023      Bench Trial, continues

| | |
|---|---|
| 9:00 AM | Court in session |
| 9:01 AM | Court inquires regarding submissions |
| 9:03 AM | Counsel respond |
| 9:05 AM | Court will not take judicial notice of press release and 2/2021 and 9/2022 letters but will as to the judicial injunction |
| 9:08 AM | Defense witness direct, Patricia Grogan |
| | Defense Exhibit PP, admitted |
| 9:58 AM | Plaintiff cross |
| 10:05 AM | Defense redirect |
| 10:08 AM | Plaintiff rebuttal |
| 10:08 AM | Plaintiff exhibit 64, admitted |
| | Plaintiff judicial notice |
| 10:16 AM | Plaintiff rests |
| 10:17 AM | Defense argues 52(c) motion |
| 10:19 AM | Court takes motion under advisement |
| 10:20 AM | Court in recess |
| 10:39 AM | Court in session |
| 10:39 AM | Plaintiff closing oral argument |
| 12:13 PM | Court in recess |

**3:21cv1066-TKW**  **Bench Trial**  **January 9 -12, 2023**

Thursday, January 12, 2023   Bench Trial, continues

| | |
|---|---|
| 12:25 PM | Court in session |
| 12:25 PM | Defense closing oral argument |
| 2:13 PM | Court in recess |
| 2:23 PM | Court in session |
| 2:25 PM | Defense continues |
| 3:18 PM | Plaintiff rebuttal oral argument |
| 3:43 PM | Parties to file briefs by 2/9/2023 |
| | Court will enter written order on findings |
| 3:50 PM | Court adjourned |

*6 hr 16 min*