UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA

  *Plaintiff,*

  v.                                                        No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA,
*et al.,*

  *Defendants.*

### Plaintiff's Trial Exhibit List

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Exhibit 1 | Customs and Border Protection Custody and Transfer Statistics FY2020 | 1/9 | 1/9 |
| Exhibit 2 | Customs and Border Protection Custody and Transfer Statistics FY2021 | 1/9 | 1/9 |
| Exhibit 3 | Customs and Border Protection Custody and Transfer Statistics FY2022 | 1/9 | 1/9 |
| Exhibit 4 | Customs and Border Protection Custody and Transfer Statistics FY2023 | 1/9 | 1/9 |
| Exhibit 5 | ICE Detention Data FY19   5a | 1/9 | 1/9 |
| Exhibit 6 | ICE Detention Data EOFY2020   6a | 1/9 | 1/9 |
| Exhibit 7 | ICE Detention Data, FY21 YTD   7a | 1/9 | 1/9 |
| Exhibit 8 | ICE Detention Data, FY2022 | 1/9 | 1/9 |
| Exhibit 9 | ICE Detention Data, FY2023 (current through October 2022) | 1/9 | 1/9 |
| Exhibit 10 | Data produced by Defendants regarding numbers of aliens present in Florida | 1/9 | 1/9 |
| Exhibit 11 | Fiscal Year 2016 ICE Enforcement and Removal Operations Report | 1/9 | 1/9 |
| Exhibit 12 | ICE Fiscal Year 2020 Enforcement and Removal Operations Report | 1/9 | 1/9 |
| Exhibit 13 | FY2021 Budget in Brief | 1/9 | 1/9 |
| Exhibit 14 | DHS Statement on the Suspension of New Enrollments in the Migrant Protection Protocols Program (January, 20, 2021) | 1/9 | 1/9 |

Admin records filed @ Doc. 87-1 (admit for trial purpose) 1/9

1

| Exhibit 15 | ICE Budget Overview, Fiscal Year 2021 Congressional Justification | 1/9 | 1/9 |
| --- | --- | --- | --- |
| Exhibit 16 | January 20, 2021 Pekoske Memo | 1/9 | 1/10 |
| Exhibit 17 | January 27, 2021 Email from Enrique Lucero re: ERO historical book-in data compared to new DHS memo and PEP | 1/9 | w/drawn |
| Exhibit 18 | U.S. Border Patrol February 16, 2021 Email re "ERO Changes" | 1/9 | 1/9 |
| Exhibit 19 | March 2021 Interim Report of Juvenile Coordinator in *Flores v. Garland*, C.D. Cal., 2:85-cv-4544 | 1/9 | 1/9 |
| Exhibit 20 | March 19, 2021 Memo re: Prosecutorial Discretion | 1/9 | 1/9 |
| Exhibit 21 | U.S. Border Patrol March 20, 2021 Email regarding "Prosecutorial Discretion Authority" | 1/9 | 1/9 |
| Exhibit 22 | U.S. Border Patrol May 21, 2021 Email regarding "HOT TASKER – FMUA Daily Ave" | 1/9 | 1/9 |
| Exhibit 23 | July 27, 2021 DHS and Mayorkas Testimony to Sen. Comm. on Hom. Sec. and Gov. Affairs | 1/9 | 1/9 |
| Exhibit 24 | October 20, 2021 Letter from Tae Johnson to Governor Ron DeSantis | 1/9 | 1/9 |
| Exhibit 25 | DHS FY2022 Budget in Brief | 1/9 | 1/9 |
| Exhibit 26 | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2022 | 1/9 | 1/9 |
| Exhibit 27 | DHS FY 2023 Budget in Brief | 1/9 | 1/9 |
| Exhibit 28 | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2023 | 1/9 | 1/9 |
| Exhibit 29 | April 29, 2022 Letter from U.S. Reps. Soto and Murphy re: Backlog at Orlando ICE Facility | 1/9 | w/drawn |
| Exhibit 30 | May 15, 2022 Email from Tony Barker re: Quick Look Report | 1/9 | 1/9 |
| Exhibit 31 | May 19, 2022 Memo from Chief Ortiz re: Noncitizens releases from U.S. Border Patrol Custody | 1/9 | 1/9 |
| Exhibit 32 | November 2, 2021 Parole + ATD Memo Administrative Record | | |
| Exhibit 33 | July 1, 2022 Annual Report of Immigration and Customs Enforcement in *Flores v. Garland*, C.D. Cal., 2:85-cv-4544 | 1/9 | 1/9 |
| Exhibit 34 | Operation Horizon, Concept of Operations, November 2021 | 1/10 | 1/10 |
| Exhibit 35 | Operation Horizon Phase 2, Concept of Operations, February 2022 | 1/10 | 1/10 |
| Exhibit 36 | Operation Horizon NTA Packet Example | 1/10 | 1/10 |
| Exhibit 37 | Operation Horizon ICE Training Video 1 (produced file name: "1066 - ICE - OH Video-Redacted 101222") | 1/10 | 1/10 |
| Exhibit 38 | Operational Horizon ICE Training Video 2 (produced file name: "1066 - ICE - Processing Officers-Meeting Recording 1st Session-Redacted 101422") | 1/10 | 1/10 |
| Exhibit 39 | Operational Horizon ICE Training Video 3 (produced file name: "1066 - Ice - Operation Horizon Phase 2 ----HSI & CBP_ Train-the-Trainer 101422") | ID only 1/10 | |
| Exhibit 40 | July 18, 2022 Parole + ATD Memo CBP Supplemental Administrative Record | | |

2

| | | | |
|---|---|---|---|
| Exhibit 41 | July 18, 2022 Parole + ATD Memo ICE Supplemental Administrative Record | | |
| Exhibit 42 | Press Release: CBP Releases August 2022 Monthly Operational Update | 1/9 | 1/9 |
| Exhibit 43 | U.S. Government Accountability Office September 2022 Report regarding Challenges and Efforts Implementing New Processes for Noncitizen Families | 1 Deny 1/9 | |
| Exhibit 44 | December 16, 2014 memo from Acting Executive Director, Admissibility and Passenger Program re: Parole of Inadmissible Aliens | 1/9 | 1/9 |
| Exhibit 45 | The Biden Plan for Securing Our Values as a Nation of Immigrants | 1/9 | 1/9 |
| Exhibit 46 | U.S. Border Patrol Processing Pathways | 1/9 | 1/9 |
| Exhibit 47 | U.S. Customs and Border Protection (CBP), Overview of the Southwest Border | 1/9 | 1/9 |
| Exhibit 48 | Defendants' Responses to Plaintiff's First Set of Interrogatories | 1/10 | 1/10 |
| Exhibit 49 | Secretary Mayorkas Delivers Remarks in Del Rio, TX (September 20, 2021) | 1/9 | 1/9 |
| Exhibit 50 | Customs and Border Protection Custody and Transfer Statistics FY2023 | | |
| Exhibit 51 | [Intentionally left blank to avoid renumbering issues. Will be cut form final exhibit list.] | | |
| Exhibit 52 | [Intentionally left blank to avoid renumbering issues. Will be cut form final exhibit list.] | | |
| Exhibit 53 | Executive Order 14010, Creating a Comprehensive Regional Framework To Address the Causes of Migration, To Manage Migration Throughout North and Central America, and To Provide Safe and Orderly Processing of Asylum Seekers at the United States Border (Feb. 2, 2021) | 1/9 | 1/9 |
| Exhibit 54 | Executive Order 13767 of January 25, 2017 (Border Security and Immigration Enforcement Improvements) | 1/9 | 1/9 |
| Exhibit 55 | Proclamation 9880 of May 8, 2019 (Addressing Mass Migration Through the Southern Border of the United States) | 1/9 | 1/9 |
| Exhibit 56 | Presidential Memorandum of April 29, 2019 (Additional Measures to Enhance Border Security and Restore Integrity to Our Immigration System) | 1/9 | 1/9 |
| Exhibit 57 | Presidential Memorandum of April 6, 2018 (Ending "Catch and Release" at the Border of the United States and Directing Other Enhancements to Immigration Enforcement) | 1/9 | 1/9 |
| Exhibit 58 | Presidential Memorandum of April 4, 2018 (Securing the Southern Border of the United States) | 1/9 | 1/9 |
| Exhibit 59 | June 2021 Memo re Notice to Report | 1/9 | 1/9 |
| Exhibit 60 | OIG Report re ICE Housing Migrant Families in Hotels (April 12, 2022) | 1/9 | 1/9 |

3

| | | | |
|---|---|---|---|
| Exhibit 61 *Electronic* | May 4, 2022 Testimony of Alejandro Mayorkas before Senate Comm. on Homeland Security and Governmental Affairs (https://www.hsgac.senate.gov/hearings/05/04/2022/resources-and-authorities-needed-to-protect-and-secure-the-homeland) | 1/9 | 1/9 |
| Exhibit 62 *Electronic* | May 26, 2021 Testimony of Alejandro Mayorkas, Tae Johnson, and Troy Miller before House Committee on Appropriations, Subcommittee on Homeland Security | 1/9 | 1/9 |
| Exhibit 63 | Defendants' Responses to Plaintiff's First Set of Requests for Admission | 1/10 | 1/10 |
| Exhibit 64 | Apprehension, Processing, Care, and Custody of Alien Minors and UAC, 84 Fed. Reg. 44,392 (Aug. 23, 2019) | 1/9 | 1/12 |
| Exhibit 65 | AHCA Florida Emergency Assistance for Noncitizens | | |
| Composite Exhibit 66 | Composite Exhibit 66: Data from Florida Department of Economic Opportunity | | |
| Exhibit 67 | Florida Department of Education State FEFP Distributions by Month from FY 2019–2020 through 2022–23 | | |
| Exhibit 68 | Florida Department of Education State Class Size Reduction Distributions by Month from FY 2019–20 through 2022–23 | | |
| Exhibit 69 | Florida Education and Finance Program 2021–22 Final Calculation | | |
| Exhibit 70 | Florida Education and Finance Program 2020–21 Final Calculation | | |
| Exhibit 71 | Florida Education and Finance Program 2022–23 Second Calculation | | |
| Exhibit 72 | Florida Department of Education Enrollment by Immigration Status 2020–21 and 2021–22, Final Surveys 2,3,5 | | |
| Exhibit 73 | FLHSMV Non-Immigrants Transactions from Jan. 1, 2020 through May 31, 2022 | | |
| Exhibit 74 | FLHSMV Non-Immigrants Transactions from Jan. 1, 2020 through August 31, 2022 | | |
| Composite Exhibit 75 | Highway Safety Examples of Paroled Noncitizens who Applied for a Driver's License or ID Card | | |
| Exhibit 76 | FDC Costs of Incarceration Per Month | | |
| Exhibit 77 | FDC FY 15–16 SCAAP Data | | |
| Exhibit 78 | FDC FY 16–17 SCAAP Data | | |
| Exhibit 79 | FDC FY 17–18 SCAAP Data | | |
| Exhibit 80 | FDC FY 18–19 SCAAP Data | | |
| Exhibit 81 | FDC List of Criminal Aliens in FDC Custody as of May 6, 2022 | | |
| Exhibit 82 | DCF Domestic Violence Contractual Payments from July 1, 2020 through June 30, 2021 | | |
| Exhibit 83 | DCF Cheat Sheet for Domestic Violence Providers | | |
| Exhibit 84 | DCF FY 19–20 Bed Cost Chart | | |
| Exhibit 85 | DCF FY 20–21 Bed Cost Chart | | |
| Exhibit 86 | DCF FY 21–22 Bed Cost Chart | | |
| Exhibit 87 | DCF OCW Noncitizen Payments | | |

| Exhibit 88 | DCF ESS Data | | |
|---|---|---|---|
| Exhibit 89 | DCF Noncitizens Guide | | |
| Exhibit 90 | DCF FY 19–20 Undocumented Persons in State Mental Health Treatment Facilities | | |
| Exhibit 91 | DCF FY 21–22 Undocumented Persons in State Mental Health Treatment Facilities | | . |
| Exhibit 92 | DCF Community Mental Health Services Expenditures | | |
| Exhibit 93 | DCF ESS Summary of Costs | | |
| Exhibit 94 | Summary of FLHSMV DL and ID Issuances | | |
| Exhibit 95 | Copy of PERA 4206 Immigration Enrollments 2021–2022 FS235 | 1/9 | 1/9 |
| Exhibit 96 | BJA FY 2021 State Criminal Alien Assistance Program Grant Solicitation O-BJA-2021-171190 | 1/10 | 1/10 |
| Exhibit 97 | Public Health Determination and Order Regarding Suspending the Right To Introduce Certain Persons From Countries Where A Quarantinable Communicable Disease Exists (April 6, 2022) | 1/9 | w/drawn |
| Exhibit 98 | January 28, 2021 Email re: "Request for information - release of migrants along border" | 1/9 | 1/10 |

Exh. 5A, 6A, 7A                                                                                      1/10      1/10

5

Defense:
1/10
)

| Exhibit No. | | Description |
|---|---|---|
| ID | A | *Padilla* Injunction Implementation Guidance and the Interim Parole Policy |
| ID | B | CBP Parole Directive 3340-043 |
| ID | C | ICE Parole Directive 11002.1 |
| ID | D | CBP – Paroling Arriving Fugitives (Aug. 8, 2012) |
| ID | E | CBP – Parole of Inadmissible Nonimmigrant Aliens (Nov. 19, 2014) |
| ID | F | CBP – Parole of Inadmissible Nonimmigrant Aliens (Dec. 16, 2014) |
| ID | G | CBP – Parole of Inadmissible Nonimmigrant Aliens (May 12, 2015) |
| ID | H | ICE Academy: Guidelines for the Enforcement of Civil Immigration Law: Foundational Training |
| ID | I | ICE Transportation, Detention and Processing Requirements (Jan. 11, 2005) |
| ID | J | ICE ERO, Parole of Arriving Noncitizens Considered for Release (broadcast email) (Nov. 17, 2021) |
| ID | K | DHS Memo – "Implementing the President's Border Security and Immigration Enforcement Improvements Policies" (Feb. 20, 2017) |
| ID | L | USBP Processing Pathways Prioritization |
| ID | M | DHS Southwest Border Task Force Executive Leadership Report (excerpt) |
| ID | N | Statement by Secretary Mayorkas on CDC's Title 42 Order Termination |
| ID | O | *Flores v. Rosen*, No. 19-56326 (9th Cir. Dec. 29, 2020) |
| ID | P | "Prosecutorial Discretion Authority" email (March 20, 2021) |

1/10
1

| | | |
|---|---|---|
| ID | Q | CBP – Custody and Transfer Statistics FY2021 |
| ID | R | CBP – Custody and Transfer Statistics FY2022 |
| ID | S | CBP – Custody and Transfer Statistics FY2023 |
| ID | T | ICE Detention Data, FY2021 |
| ID | U | ICE Detention Data, FY2022 |
| ID | V | ICE Detention Data, FY2023 |
| ID | W | DHS FY2019 Budget in Brief |
| ID | X | DHS FY2020 Budget in Brief |
| ID | Y | DHS FY2021 Budget in Brief |
| ID | Z | DHS FY2022 Budget in Brief |
| ID | AA | Consolidated Appropriations Act 2019, H.J. Res. 31, P.L. 116-6 (DHS appropriations) |
| ID | BB | FY 2020 Consolidated Appropriations Act, P.L. 116-93 (DHS appropriations) |
| ID | CC | FY 2021 Omnibus and COVID Relief and Response Act, P.L. 116-260 (DHS appropriations) |
| ID | DD | FY 2022 Consolidated Appropriations Act, P.L. 117-103 (DHS appropriations) |
| | EE | Original Complaint, ECF No. 1 |
| | FF | First Amended Complaint, ECF No. 16 |
| | GG | Second Amended Complaint, ECF No. 74 |
| | HH | Plaintiff's Response to Defendants' First Set of Interrogatories |
| | II | Plaintiff's Amended Response to Defendants' First Set of Interrogatories |
| | JJ | Plaintiff's Second Amended Response to Defendants' First Set of Interrogatories |
| | KK | Plaintiff's Second Amended Response to Defendants' First Set of Interrogatories |
| ID | LL | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2019 |
| ID | MM | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2020 |
| ID | NN | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2021 |
| ID | OO | U.S. Immigration and Customs Enforcement, Budget Overview – Congressional Justification, FY2022 |

1/10
1

1/11  ID  PP  DCF Noncitizens Guide