UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No. 3:21-CV-1066

**STATE OF FLORIDA**,

      Plaintiff,

   v.

**The UNITED STATES OF AMERICA,** *et al.*,

      Defendants.

_____/

**CONSENT MOTION FOR AN EXTENSION OF TIME FOR THE
PARTIES TO FILE THEIR POST-TRIAL BRIEFS**

Defendants submit this motion requesting a brief, one week extension of time, from February 9 to February 16, 2023, for the parties to file their post-trial briefs. This is the first request for an extension of this deadline. Plaintiff's counsel consents to this request.

On January 12, 2023, the parties completed trial in this matter. ECF Nos. 144-147. The Court set February 9, 2023 as the deadline for the parties to file their post-trial briefs. Tr. Day 4, 258:5-12. Defendants are working on their post-trial brief, however, due an urgent personal matter that has arisen for one of Defendants' counsel, additional time is required for Defendants to complete their brief.

Accordingly, Defendants respectfully request a brief, one week extension of time, to February 16, 2023, for the parties to file their post-trial briefs.

Date: January 27, 2023            Respectfully submitted,

JASON R. COODY                 BRIAN M. BOYNTON
*United States Attorney*            *Principal Deputy Assistant Attorney General*

1

MARIE A. MOYLE
*Assistant United States Attorney*
Northern District of Florida

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
ERIN T. RYAN
ELISSA P. FUDIM
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 805-7537
Joseph.a.darrow@usdoj.gov

SARAH STEVENS WILSON
*Assistant Director*
Office of Immigration Litigation
Appellate Section

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

By: */s/ Erin T. Ryan*
ERIN T. RYAN
Trial Attorney
United States Department of Justice
Civil Division