# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                                                                     Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.

_____/

## ORDER GRANTING EXTENSION OF TIME

Upon due consideration of Defendants' consent motion for extension of time (Doc. 152), it is

**ORDERED** that the motion is **GRANTED**, and the parties shall have until February 16, 2023, to file their proposed findings of fact and conclusions of law.

**DONE and ORDERED** this 30th day of January, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**