# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:23-cv-9962 |
| STATE OF FLORIDA,<br><br>*Plaintiff,*<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | Civil Action No. 3:21-cv-01066 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO STAY TEMPORARY RESTRAINING ORDER AND VACATUR PENDING APPEAL**

1

Having considered Defendants' Emergency Motion to Stay Temporary Restraining Order and Vacatur Pending Appeal, all memorandum and exhibits in support thereof, and all oppositions and replies thereto,

IT IS HEREBY ORDERED:

The Court's order in *Florida v. United States*, No. 3:21-cv-01066, 2023 WL 2399883 (N.D. Fla. Mar. 8, 2023) (ECF No. 157), vacating the Parole + ATD policy, and the Court's order in *Florida v. Mayorkas*, No. 3:23-cv-9962 (N.D. Fl. May 11, 2023) (ECF No. 10), temporarily enjoining Defendants' implementation of a policy titled "Policy on Parole with Conditions in Limited Circumstances Prior to Issuance of a Charging Document," are STAYED pending completion of appellate proceedings in both cases.  The temporary restraining order entered on May 11, 2023, in No. 3:23-cv-9962 (ECF No. 10) is converted into a preliminary injunction with the same operative terms.

Date: _____     Signed: _____
                                          UNITED STATES DISTRICT JUDGE