# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.   Case No. 3:21-cv-1066-TKW-ZCB

The UNITED STATES OF AMERICA; *et al.*,

   *Defendants*.

_____/

## NOTICE OF CROSS APPEAL

Notice is hereby given that the State of Florida, plaintiff in the above captioned case, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's March 8, 2023 Opinion and Order, ECF No. 157, the Judgment, ECF No. 158, and all related rulings.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

James H. Percival (FBN 1016188)
CHIEF OF STAFF

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

/s/ Natalie P. Christmas
Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL

Joseph E. Hart (FBN 124720)
COUNSELOR TO THE ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT BUREAU CHIEF

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
natalie.christmas@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I certify that on May 16, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

                                       */s/ Natalie P. Christmas*
                                       Counselor to the Attorney General