# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 20, 2023

Joseph Anton Darrow
DOJ-USAO
Office of Immigration Litigation, Civil Division
PO BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044

Henry Charles Whitaker
Office of the Attorney General
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

Appeal Number: 23-11528-C ; 23-11644-G
Case Style: State of Florida v. USA, et al
District Court Docket No: 3:21-cv-01066-TKW-ZCB

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11528

_____

STATE OF FLORIDA,

                                                        Plaintiff-Appellee
                                                        Cross Appellant,

*versus*

UNITED STATES OF AMERICA,
ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, SECRETARY, et al.,

                                                       Defendants-Appellants
                                                       Cross Appellees.

2                              Order of the Court                              23-11528

_____

No. 23-11644

_____

STATE OF FLORIDA,

                                                                        Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES,

                                                                        Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida
D.C. Docket Nos. 3:21-cv-01066-TKW-ZCB,
3:23-cv-09962-TKW-ZCB

_____

23-11528           Order of the Court           3

Before JILL PRYOR, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

Defendants-Appellees-Cross-Appellees' motions to consolidate and to expedite the appeal are **GRANTED**.

Defendants-Appellees-Cross-Appellees have also filed a motion to stay the following two orders of the district court pending their appeal: (1) the March 8, 2023, order that vacated the Department of Homeland Security's ("DHS") Policy on the Use of Parole Plus Alternatives to Detention to Decompress Border Locations; and (2) the May 16, 2023, order that enjoined DHS's Parole with Conditions in Limited Circumstances Prior to the Issuance of a Charging Document memorandum. Plaintiff-Appellant-Cross-Appellant is **ORDERED** to file a response to the motion to stay by 5:00 p.m. EST on Wednesday, May 24, 2023.