# Jennifer Johnson

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Monday, October 2, 2023 8:16 AM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-11528-E State of Florida v. USA, et al "Record/Documents Requested from District Court" (3:21-cv-01066-TKW-ZCB) |

***NOTE TO USERS*** The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 10/02/2023

  **Case Name:**    State of Florida v. USA, et al
  **Case Number:**  23-11528

**Docket Text:**
USDC Clerk is requested to forward the following documents to our court: FRAP 11 completed, please forward all items not available electronically: 147 2 boxes of exhibits. Any exhibits identified in 11th Cir. R. 11-3, such as child pornography, should not be transmitted. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals.

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court