**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

STATE OF FLORIDA

VS.                                              USDC NO. 3:21-cv-01066-TKW-ZCB
                                                  USCA NO. 23-11528-C

UNITED STATES

**TRANSMITTAL OF ORIGINAL PAPERS**

The following documents are hereby transmitted to the Clerk, U.S. Court of Appeals. The original papers consist of volumes as follows:

3 Exhibit Boxes:   from Bench Trial (Day 4) at Doc. No 147

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION or email acknowledgement to FLND at  efile_appeals@flnd.uscourts.gov.

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

                                                  By: *Jennifer F. Johnson*

                                                  Deputy Clerk
                                                  One N. Palafox St.
                                                  Pensacola, Florida 32502

October 6, 2023