# Jennifer Johnson

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Tuesday, October 10, 2023 10:07 AM |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | 23-11528-E State of Florida v. USA, et al "Record on Appeal Filed" (3:21-cv-01066-TKW-ZCB) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 10/10/2023

  **Case Name:**    State of Florida v. USA, et al
  **Case Number:**  [23-11528](#)

**Docket Text:**
Record on Appeal filed. 3 Exhibit Boxes from Bench Trial (Day 4), DOC 147

**Notice will be electronically mailed to:**

Clerk - Northern District of Florida, Clerk of Court