# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 14, 2024

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 23-11528-CC and 23-11644-CC
Case Style: State of Florida v. USA, et al
District Court Docket No: 3:21-cv-01066-TKW-ZCB

LIMITED REMAND

Enclosed is a copy of an order remanding this appeal on a limited basis for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This appeal will be held in abeyance in this court pending disposition of limited remand proceedings in your court.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CLK-3 DC Letter with Ltd Remand order

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11528

_____

STATE OF FLORIDA,

                                                                Plaintiff-Appellee,

*versus*

UNITED STATES OF AMERICA,
ACTING COMMISIONER OF U.S. CUSTOMS AND BORDER PROTECTION,
U.S. CUSTOMS AND BORDER PROTECTION,
DIRECTOR, U.S. CITIZENSHIP & IMMIGRATION SERVICES,
U.S. CITIZENSHIP AND IMMIGRATION SERVICES, SECRETARY, et al.,

                                                        Defendants-Appellants.

_____

2                  Order of the Court                  23-11528

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:21-cv-01066-TKW-ZCB

_____

_____

No. 23-11644

_____

STATE OF FLORIDA,

                                                                               Plaintiff-Appellee,

*versus*

SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,
CHIEF OF THE UNITED STATES BORDER PATROL,
UNITED STATES OF AMERICA,

                                                                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-09962-TKW-ZCB

_____

Before WILSON, GRANT, AND LAGOA, Circuit Judges.

23-11528               Order of the Court                3

BY THE COURT:

Before us are the consolidated appeals from the district court's final judgment in *Florida v. United States*, No. 3:21-cv-1066 (N.D. Fla. Mar. 8, 2023), and the preliminary injunction order in *Florida v. Mayorkas*, No. 3:23-cv-9962 (N.D. Fla. May 16, 2023). While these appeals were pending, the U.S. Supreme Court decided *United States v. Texas*, 599 U.S. 670 (2023). We remand to the district court for the limited purpose of determining whether it had jurisdiction in light of that decision. After the court makes a determination, it should enter an indicative order to that effect. The case should then be returned, as supplemented, to this Court for further proceedings.

**REMANDED.**