AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| State of Florida | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:21-cv-01066-TKW-ZCB |
| United States, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Florida                    .

Date:   02/06/2025                    /s/ Allen L. Huang
                                      *Attorney's signature*

                                      Allen L. Huang (FL 1045396)
                                      *Printed name and bar number*

                                      Florida Office of the Attorney General
                                      3507 E Frontage Rd, #200
                                      Tampa, FL 33607
                                      *Address*

                                      allen.huang@myfloridalegal.com
                                      *E-mail address*

                                      (714) 878-8628
                                      *Telephone number*

                                      (850) 410-2672
                                      *FAX number*