# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STATE OF FLORIDA,

    *Plaintiffs*,

    v.                      Case No. 3:21-cv-1066-TKW-ZCB

UNITED STATES OF AMERICA et al.,

    *Defendants*.

_____/

## MOTION TO WITHDRAW AS COUNSEL

NATALIE P. CHRISTMAS moves to withdraw as counsel of record in this action. ANITA J. PATEL will continue to represent the State of Florida. The State of Florida consents to this withdrawal.

                           **JAMES UTHMEIER**
                           ATTORNEY GENERAL

                           */s/ Natalie P. Christmas*
                           **Natalie P. Christmas** (FBN 1019180)
                           COUNSELOR TO THE ATTORNEY GENERAL
                           Office of the Attorney General
                           The Capitol, Pl-01
                           Tallahassee, Florida 32399-1050
                           (850) 414-3300
                           (850) 410-2672 (fax)
                           natalie.christmas@myfloridalegal.com

## **LOCAL RULE 7.1(B) CERTIFICATION**

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 21st day of February 2025.

/s/ *Natalie P. Christmas*
**Natalie P. Christmas**