UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    Plaintiff,

v.                                  Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
et al.,

    Defendants.

_____

**ORDER**

Upon due consideration of the motion to withdraw as counsel (Doc. 182), it is

**ORDERED** that the motion is **GRANTED**, and attorney Natalie Christmas has no further obligation to represent Plaintiff in this case.  The Clerk shall terminate Ms. Christmas as counsel of record for Plaintiff in CM/ECF.

**DONE and ORDERED** this 24th day of February, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**