UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,　　　　　　　　　　　　　　No. 3:21-cv-1066-TKW-ZCB

   v.

UNITED STATES OF AMERICA, ET AL.,

   *Defendants*.

_____/

## MOTION TO WITHDRAW COUNSEL

The undersigned attorney for Plaintiff State of Florida respectfully requests that this Court withdraw Henry Whitaker, Joseph Hart, and James Percival as counsel in the above captioned case. They have departed from the Florida Office of the Attorney General. The State of Florida will continue to be represented by other counsel of record currently on the docket. The State of Florida consents to this withdrawal.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JAMES UTHMEIER
　　　　　　　　　　　　　　　　　　  *Attorney General*

　　　　　　　　　　　　　　　　　　JEFFREY P. DESOUSA
March 10, 2025　　　　　　　　　　　  *Acting Solicitor General*

OFFICE OF THE ATTORNEY GENERAL　　*/s/ Allen L. Huang*
The Capitol, PL-01　　　　　　　　ALLEN L. HUANG
Tallahassee, Florida 32399-1050　  *Deputy Solicitor General*
(850) 414-3300
(850) 410-2672 (fax)
*allen.huang@myfloridalegal.com*

　　　　　　　　　　　　　　　　　*Counsel for State of Florida*

1

2

## LOCAL RULE 7.1(B) CERTIFICATION

I certify that I have conferred with opposing counsel regarding this motion, and no party objects to this motion.

*/s/ Allen L. Huang*
ALLEN L. HUANG

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of March 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Allen L. Huang*
ALLEN L. HUANG