UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                      Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
**et al.**,

    **Defendants**.

_____

## ORDER

Upon due consideration of the motion to withdraw counsel (Doc. 184), it is

**ORDERED** that the motion is **GRANTED**, and attorneys Henry Whitaker, Joseph Hart, and James Percival have no further obligation to represent Plaintiff in this case. The Clerk shall terminate Messrs. Whitaker, Hart, and Percival as counsel of record for Plaintiff in CM/ECF.

**DONE and ORDERED** this 11th day of March, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**