# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                                Case No. 3:21-cv-01066

ALEJANDRO MAYORKAS;
et. al,

    Defendants.

_____

## NOTICE OF WITHDRAWAL OF ATTORNEYS

Undersigned counsel hereby notifies the Court of the withdrawal of Erin Ryan and Joe Darrow as counsel of record for the Defendants in this matter. These attorneys no longer work for the U.S. Department of Justice. Undersigned counsel, Elissa P. Fudim, previously entered her appearance and will continue to represent the Defendants in this matter.

July 9, 2025                                                       Respectfully submitted,

/s/ *Elissa Fudim*
Elissa P. Fudim
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel. (202) 598-6073
Elissa.p.fudim@usdoj.gov

*Counsel for Defendants*