# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**STATE OF FLORIDA**,

    **Plaintiff**,

v.                                   Case No. 3:21cv1066-TKW-ZCB

**UNITED STATES OF AMERICA**,
et al.,

    **Defendants**.

_____

## ORDER

Based on Defendants' notice of withdrawal of attorneys (Doc. 186), it is **ORDERED** that the Clerk shall terminate attorneys Erin Ryan and Joe Darrow as counsel of record for Defendants in CM/ECF.

**DONE and ORDERED** this 10th day of July, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**