# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 10, 2025

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: **23-11528-CC; 23-11644 -CC**
Case Style: State of Florida v. USA, et al
District Court Docket No: 3:21-cv-01066-TKW-ZCB

The following record materials in the referenced case are returned herewith:

Three Boxes of Exhibits.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:            404-335-6122
Case Administration:    404-335-6135      Capital Cases:                  404-335-6200
CM/ECF Help Desk:       404-335-6125      Cases Set for Oral Argument:    404-335-6141

REC-3 Ltr Returning Record to DC/ wpm

